| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| CALIFORNIA OPEN LANDS, | No. 2:20-CV-0123-KJM-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Upon consideration of the joint status report filed on May 5, 2020, see ECF No. 11, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

1. The parties shall make initial disclosures consistent Federal Rule of Civil Procedure 26(a)(1) and (f) on or before July 27, 2020;

2. Non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2021;

/ / /

/ / /

/ / /

3. The parties shall exchange initial lists of expert witnesses no later than July 22, 2021, and any supplemental lists of rebuttal expert witnesses no later than August 19, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

4. Expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 18, 2021;

5. Dispositive motions, shall be noticed so as to be heard by March 28, 2022; and

6. The final pre-trial conference and trial dates will be set by separate order issued, if necessary, upon completion of the schedule outlined above.

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE