# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>    Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al,<br><br>    Defendants. | Case No: 2:20-cv-0123-KJM-DMC<br><br>STIPULATED REQUEST FOR SETTLEMENT CONFERENCE AND ORDER |

WHEREAS, the parties are interested in resolving this matter without unnecessary litigation;

WHEREAS, the parties have scheduled a settlement-protected meeting among all experts and counsel in this case on March 10, 2021, to explore a comprehensive, early resolution of this matter;

WHEREAS, plaintiff has committed to making best efforts to provide defendants with a written demand, including all injunctive and monetary terms, as well as a draft consent decree on or before January 29, 2021;

WHEREAS, defendants have committed to making best efforts to provide a written response to plaintiff's demand, including a mark-up of the draft consent decree, on or before February 26, 2021;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, the parties have contacted Magistrate Judge Newman's clerk and obtained Judge Newman's agreement to convene a settlement conference on March 10, 2021.

THEREFORE, the parties request that the court order the parties to participate in a settlement conference with Magistrate Judge Newman on March 10, 2021 at 9:00 a.m.;

Dated: January 25, 2021                LAW OFFICES OF ANDREW L. PACKARD
                                       By: /s/ William N. Carlon
                                       William N. Carlon
                                       Attorneys for Plaintiff
                                       California Open Lands

Dated: January 25, 2021                ABBOT & KINDERMANN, INC

                                       By: /s/ Diane Kindermann
                                       Diane Kindermann
                                       Attorneys for Defendants
                                       Butte County, et al

<u>ORDER</u>

The court directs the parties to participate in a settlement conference with Magistrate Judge Newman on March 10, 2021 at 9:00 a.m. via video conference.

This order resolves ECF No. 13.

IT IS SO ORDERED.

DATED: January 26, 2021.

CHIEF UNITED STATES DISTRICT JUDGE