# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.,<br><br>Defendants. | No. 2:20-CV-0123-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' stipulation, ECF No. 18, for modification of the Court's May 22, 2020 scheduling order. Good cause appearing therefor, the parties' stipulation is approved. Non-expert discovery shall be completed, and all motions pertaining to such discovery be noticed to be heard by October 1, 2021. The parties shall exchange initial lists of expert witnesses no later than October 22, 2021. Supplemental expert witness lists shall be exchanged by November 19, 2021. Expert discovery shall be completed, and all motions pertaining to such

/ / /

/ / /

/ / /

/ / /

1

discovery be noticed to be heard by January 18, 2022.  Dispositive motions shall be noticed to be heard by June 28, 2022.

          IT IS SO ORDERED.

Dated: May 6, 2021

                                              DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE