IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.,<br><br>Defendants. | No. 2:20-CV-0123-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' stipulation, ECF No. 26, for modification of the Court's May 22, 2020 scheduling order. Good cause appearing therefor, the parties' stipulation is approved. Non-expert discovery shall be completed, and all motions pertaining to such discovery be noticed to be heard by July 1, 2022. The parties shall exchange initial lists of expert witnesses no later than July 22, 2022. Supplemental expert witness lists shall be exchanged by August 19, 2022. Expert discovery shall be completed, and all motions pertaining to such discovery be

/ / /

/ / /

/ / /

/ / /

1

noticed to be heard by October 18, 2022. Dispositive motions shall be noticed to be heard by March 28, 2023.

    IT IS SO ORDERED.

Dated: July 29, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE