**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>   Plaintiff,<br><br>   v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al.,<br><br>   Defendants. | No. 2:20-CV-0123-KJM-DMC<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on Plaintiff's motion to compel, ECF No. 28, scheduled for October 6, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and joint statement without oral argument.

IT IS SO ORDERED.

Dated: October 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1