ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@gmail.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>        Plaintiff,<br>   vs.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>        Defendants. | Case No. 2:20-cv-00123-KJM-DMC<br><br>**STIPULATION REGARDING DISCOVERY AGREEMENTS; ORDER THEREON** |

WHEREAS, the parties wish to increase the limit of 25 interrogatories set under FRCP 33(a)(1) to 50; and,

WHEREAS, the parties also wish to use, for the purposes of "counting" otherwise compound interrogatories seeking facts, persons or documents in support of any responses to requests for admission that are not unqualified admissions (as per Form Interrogatory 17.1 in California State Court), a 6:1 ratio, such that where, for example, a single interrogatory seeking all facts, persons or documents in support of any responses to requests for admission that are not unqualified admissions requires a response in twelve (12) subparts, such interrogatory will "count" as two against the modified limit of 50 interrogatories.

| | | |
|---|---|---|
| 1 | Dated: February 14, 2022 | LAW OFFICES OF ANDREW L. PACKARD |
| 2 | | By: /s/ William N. Carlon |
| | | William N. Carlon |
| 3 | | Attorneys for Plaintiff |
| | | California Open Lands |
| 4 | | |
| | Dated: February 14, 2022 | ABBOT & KINDERMANN, INC |
| 5 | | |
| 6 | | By: /s/ Diane Kindermann |
| | | Diane Kindermann |
| 7 | | Attorneys for Defendants |
| | | Butte County, et al |

## ORDER

IT IS SO ORDERED:

(1) The limit of 25 interrogatories set under FRCP 33(a)(1) shall be increased to 50, and;

(2) For the purposes of "counting" otherwise compound interrogatories seeking facts, persons or documents in support of any responses to requests for admission that are not unqualified admissions (as per Form Interrogatory 17.1 in California State Court), a 6:1 ratio, shall be used.

**It is so Ordered:**

Dated: February 17, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE