Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-KJM-DMC<br><br>**ORDER APPROVING STIPULATION TO FILE AMENDED ANSWER**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1387)** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties in the above-entitled matter on January 16, 2020.

WHEREAS, on February 27, 2020, Defendants filed their Answer To Complaint For Declaratory And Injunctive Relief And Civil Penalties;

1

**STIPULATION FOR ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER**

WHEREAS, Defendants seek to amend their Answer in order to add three new Affirmative Defenses as follows:

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendants are not liable for the causes of action alleged in the Complaint because the events, circumstances and occurrences that are alleged in the Complaint resulted from causes beyond Defendants' control, and because section 7.D of the Conservation Easement alleged in the Complaint provides, in relevant part: "Acts Beyond Parties' Control. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee for any injury to or changes in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement."

### SEVENTEENTH AFFIRMATIVE DEFENSE

By bringing the purported causes of action in the Complaint, Plaintiff breached the terms of the Conservation Easement that is alleged in the Complaint, because Defendants' causes of action allege events, circumstances and occurrences that resulted from causes beyond Defendants' control, and because section 7.D of the Conservation Easement provides, in relevant part: "Acts Beyond Parties' Control. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee for any injury to or changes in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement."

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendants are not liable for the causes of action alleged in the Complaint because the events, circumstances and occurrences that are alleged in the Complaint resulted from Acts of God.

WHEREAS, the deadline for discovery on all of Defendants' Affirmative Defenses is not until July 1, 2022.

THE PARTIES HEREBY STIPULATE that Defendants be granted leave to file an Amended Answer that adds the following Affirmative Defenses.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendants are not liable for the causes of action alleged in the Complaint because the events, circumstances and occurrences that are alleged in the Complaint resulted from causes beyond Defendants' control, and because section 7.D of the Conservation Easement alleged in the Complaint provides, in relevant part: "Acts Beyond Parties' Control. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee for any injury to or changes in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement."

**STIPULATION FOR ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER**

**SEVENTEENTH AFFIRMATIVE DEFENSE**

By bringing the purported causes of action in the Complaint, Plaintiff breached the terms of the Conservation Easement that is alleged in the Complaint, because Defendants' causes of action allege events, circumstances and occurrences that resulted from causes beyond Defendants' control, and because section 7.D of the Conservation Easement provides, in relevant part: "<u>Acts Beyond Parties' Control</u>. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee for any injury to or changes in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement."

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Defendants are not liable for the causes of action alleged in the Complaint because the events, circumstances and occurrences that are alleged in the Complaint resulted from Acts of God.

Dated:  April 26, 2022                     **ABBOTT & KINDERMANN, INC.**

By:   <u>/s/ Diane G. Kindermann</u>
   DIANE G. KINDERMANN
   GLEN C. HANSEN
   Attorneys for Defendants
   BUTTE COUNTY DEPARTMENT OF
   PUBLIC WORKS, DENNIS SCHMIDT,
   ERIC MILLER

Dated:  April 26, 2022                     **LAW OFFICES OF ANDREW L. PACKARD**

By:   <u>/s/ Andrew L. Packard</u>
   ANDREW L. PACKARD
   WILLIAM N. CARLON
   Attorney for Plaintiff
   CALIFORNIA OPEN LANDS

**IT IS ORDERED** that the parties' stipulation above is approved.  The Amended Answer has been filed at ECF No. 48.

**Dated:  April 28, 2022**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

**STIPULATION FOR ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER**

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

*CALIFORNIA OPEN LANDS v. BUTTE COUNTY DEPT OF PUBLIC WORKS, et al.*

Case No: 2:20-cv-00123-KJM-DMC

## STIPULATION FOR ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER

I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District by using the CM/ECF system.

Participants in the case who are registered have been served via the Eastern District of the United States District Court's CM/ECF system.

Date:  April 28, 2022          ABBOTT & KINDERMANN, INC.

By:    */s/ Lisa Haddix*
          LISA HADDIX