Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No.  2:20-CV-00123-KJM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1387)** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") in the above-entitled matter on January 16, 2020;

WHEREAS, on May 22, 2020, the Court filed an Order that set a schedule for this civil action pursuant to Federal Rule of Civil Procedure 16(b) (Dkt. No. 12);

1  WHEREAS, on March 10, 2021, the parties in this civil action engaged in a Settlement

2  Conference before United States Magistrate Judge Kendall J. Newman, after which Judge Newman

3  recommended and supported a continuance of the deadlines in this matter;

4  WHEREAS, the Parties then stipulated and the Court on May 6, 2021 ordered that non-expert

5  discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by

6  October 1, 2021; that initial lists of expert witnesses shall be exchanged no later than October 22,

7  2021; that supplemental lists of rebuttal expert witnesses be exchanged no later than November 19,

8  2021; that expert discovery shall be completed, and all motions pertaining to discovery shall be

9  noticed to be heard, by January 18, 2021; and that dispositive motions shall be noticed so as to be

10 heard by June 28, 2022 (Dkt. No. 23);

11 WHEREAS, following additional settlement discussions continuing through July 2021, the

12 Parties stipulated and the Court on July 29, 2021 ordered that non-expert discovery shall be

13 completed, and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2022; that

14 initial lists of expert witnesses shall be exchanged no later than July 22, 2022; that supplemental lists

15 of rebuttal expert witnesses be exchanged no later than August 19, 2022; that expert discovery shall

16 be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 18,

17 2022; and that dispositive motions shall be noticed so as to be heard by March 28, 2023;

18 WHEREAS, the Parties are continuing to make progress towards a settlement and have

19 shcheduled a second settlement conference with Magistrate Newman to occur on June 29, 2022;

20 WHEREAS, the Parties are concurrently filing with this stipulation a related stipulation for

21 an order granting Defendants leave to file an amended answer adding three new affirmative

22 Defenses to their Answer, filed on February 27, 2020 (Dkt. No. 8);

23 WHEREAS, in the interests of both settlement, and failing that, allowing additional time for

24 necessary discovery, the Parties wish to amend the pre-trial deadlines as follows.

25 THE PARTIES THEREFORE STIPULATE that the deadlines in the Order be amended and

26 extended as follows:

27    1.    Non-expert discovery shall be completed, and all motions pertaining to discovery

28 shall be noticed to be heard, by **January 1, 2023**;

1     2.    The parties shall exchange initial lists of expert witnesses no later than **January 22, 2023**, and any supplemental lists of rebuttal expert witnesses no later than **February 19, 2023**;

    3.    Expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by **April 18, 2023**; and,

    4.    Dispositive motions shall be noticed so as to be heard by **August 28, 2023**.

Dated: April 26, 2022     **ABBOTT & KINDERMANN, INC.**

By:   */s/ Diane G. Kindermann*
    DIANE G. KINDERMANN
    GLEN C. HANSEN
    Attorneys for Defendants
    BUTTE COUNTY DEPARTMENT OF
    PUBLIC WORKS, DENNIS SCHMIDT,
    ERIC MILLER

Dated: April 26, 2022     **LAW OFFICES OF ANDREW L. PACKARD**

By:   */s/ Andrew L. Packard*
    ANDREW L. PACKARD
    WILLIAM N. CARLON
    Attorney for Plaintiff
    CALIFORNIA OPEN LANDS

IT IS SO ORDERED.

Dated: April 28, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3

**STIPULATION EXTENDING PRE-TRIAL DEADLINES**

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

*CALIFORNIA OPEN LANDS v. BUTTE COUNTY DEPT OF PUBLIC WORKS, et al.*

Case No: 2:20-cv-00123-KJM-DMC

**STIPULATION TO EXTEND DISCOVERY AND TRIAL DEADLINES**

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District by using the CM/ECF system.

Participants in the case who are registered have been served via the Eastern District of the United States District Court's CM/ECF system.

Date:  April 28, 2022          ABBOTT & KINDERMANN, INC.


By:  */s/ Lisa Haddix*
          LISA HADDIX

**STIPULATION EXTENDING PRE-TRIAL DEADLINES**