ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al,<br><br>Defendants. | Case No: 2:20-cv-0123-KJM-DMC<br><br>**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE; ORDER THEREON** |

WHEREAS, the parties are interested in resolving this matter without unnecessary litigation;

WHEREAS, as part continuing settlement discussions, Plaintiff has committed to making best efforts to provide Defendants with a draft consent decree, setting forth all injunctive and monetary terms on or before May 4, 2022;

WHEREAS, Defendants have committed to making best efforts to provide a written response to Plaintiff's demand, including a mark-up of the draft consent decree, on or before May 25, 2022;

/////

- 2 -

WHEREAS, the parties have contacted Magistrate Judge Newman's clerk and obtained Judge Newman's agreement to convene a settlement conference on June 29, 2022.

THEREFORE, the parties request that the Court order the parties to participate in a settlement conference with Magistrate Judge Newman on June 29, 2022 at 9:00 a.m.

Dated: April 27, 2022            LAW OFFICES OF ANDREW L. PACKARD

                                                By: /s/ Andrew L. Packard
                                                Andrew L. Packard
                                                Attorneys for Plaintiff
                                                California Open Lands

Dated: April 27, 2022            ABBOT & KINDERMANN, INC

                                                By: /s/ Diane Kindermann
                                                Diane Kindermann
                                                Attorneys for Defendants
                                                Butte County, et al

## **ORDER**

The parties' request (ECF 50) is GRANTED. The parties are ORDERED to participate in an in-person settlement conference with Magistrate Judge Newman on June 29, 2022, at 9:00 a.m.

DATED: April 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE