Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:     (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No.  2:20-CV-00123-KJM-DMC<br><br>**STIPULATION TO EXTEND DEPOSITION DEADLINE; ORDER THEREON**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1387)** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") in the above-entitled matter on January 16, 2020;

WHEREAS, on May 22, 2020, the Court filed an Order that set a schedule for this civil action pursuant to Federal Rule of Civil Procedure 16(b) (Dkt. No. 12);

1

**STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

      WHEREAS, on March 10, 2021, the parties in this civil action engaged in a Settlement Conference before United States Magistrate Judge Kendall J. Newman, after which Judge Newman recommended and supported a continuance of the deadlines in this matter;

      WHEREAS, the Parties then stipulated and the Court on May 6, 2021 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 1, 2021; that initial lists of expert witnesses shall be exchanged no later than October 22, 2021; that supplemental lists of rebuttal expert witnesses be exchanged no later than November 19, 2021; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 18, 2021; and that dispositive motions shall be noticed so as to be heard by June 28, 2022 (Dkt. No. 23);

      WHEREAS, following additional settlement discussions continuing through July 2021, the Parties stipulated and the Court on July 29, 2021 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2022; that initial lists of expert witnesses shall be exchanged no later than July 22, 2022; that supplemental lists of rebuttal expert witnesses be exchanged no later than August 19, 2022; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 18, 2022; and that dispositive motions shall be noticed so as to be heard by March 28, 2023;

      WHEREAS, following additional settlement discussions continuing through April 2022, the Parties stipulated and the Court on April 28,2022 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 1, 2023; that initial lists of expert witnesses shall be exchanged no later than January 22, 2023; that supplemental lists of rebuttal expert witnesses be exchanged no later than February 19, 2023; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by April 18, 2022; and that dispositive motions shall be noticed so as to be heard by August 28, 2023;

      WHEREAS, following additional settlement discussions continuing through December 2022, the Parties stipulated and filed a Stipulation and proposed Order on December 16, 2022 that (1) the deposition(s) of Defendants' PMQ designees shall be continued from December 16, 2022, to January

13, 2023; (2) the deadline for the County's written responses to COL's currently outstanding requests for admission shall be continued by thirty (30) days, from December 22, 2022, to January 21, 2023; (3) the deadline for the County's written responses to COL's currently outstanding interrogatories shall be continued by thirty (30) days, from December 23, 2022, to January 22, 2023; (4) the deadline for the County's written responses to COL's currently outstanding requests for documents, and the document production itself, shall be continued by thirty (30) days, from December 27, 2022, to January 26, 2023; and (5) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before February 1, 2023 and set for hearing thereafter, and all motions pertaining disuputes under items (1) through (4) above shall be noticed for hearing on or before March 29, 2023 and set for hearing thereafter;

WHEREAS, on December 22, 2022, the Court issued the order that the parties requested on December 16, 2022;

WHEREAS, on December 16, 2022, the County noticed the deposition of COL's PMQ on thirty (30) subject matters to take place on December 29, 2022 without previously meeting and conferring concerning deposition;

WHEREAS, COL objects to the broad scope of the notice of deposition, and COL's PMQ designee is not available on December 29, 2022;

AND WHEREAS, the parties agree to meet and confer in good faith to resolove COL's concerns regarding the scope of the deposition before January 6, 2023.

///
///
///
///
///
///
///
///
///

THE PARTIES THEREFORE STIPULATE that the deadlines in the Order be amended and extended as follows:

1. Without waiver of COL's objections to the contents of the County's December 16, 2022 notice of deposition(s) of COL's PMQ designee or designees, the deposition shall be continued from **December 29, 2022**, to **January 12, 2023**.

Dated:  December 27, 2022        **ABBOTT & KINDERMANN, INC.**

By:   */s/ Diane G. Kindermann*
DIANE G. KINDERMANN
GLEN C. HANSEN
Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

Dated:  December 27, 2022        **LAW OFFICES OF ANDREW L. PACKARD**

By:   */s/ Andrew L. Packard (as authorized on 12/27/22)*
ANDREW L. PACKARD
WILLIAM N. CARLON
Attorney for Plaintiff
CALIFORNIA OPEN LANDS

**IT IS SO ORDERED.**

Dated:  December ____, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

4

**STIPULATION TO EXTEND DEPOSITION DEADLINE; ORDER THEREON**

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System.

***CALIFORNIA OPEN LANDS v. BUTTE COUNTY DEPT OF PUBLIC WORKS, et al.***

Case No: 2:20-cv-00123-KJM-DMC

**STIPULATION TO EXTEND DEPOSITION DEADLINE; ORDER THEREON**

    I hereby certify that on December 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of the Eastern District by using the CM/ECF system.

    Participants in the case who are registered have been served via the Eastern District of the United States District Court's CM/ECF system.

Date:  December 28, 2022        ABBOTT & KINDERMANN, INC.

                                      By:  */s/ Lisa Haddix*
                                            LISA HADDIX