Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-DAD-DMC<br><br>**SECOND STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1387)** |

1

**SECOND STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") in the above-entitled matter on January 16, 2020;

WHEREAS, on May 22, 2020, the Court filed an Order that set a schedule for this civil action pursuant to Federal Rule of Civil Procedure 16(b) (Dkt. No. 12);

WHEREAS, on March 10, 2021, the parties in this civil action engaged in a Settlement Conference before United States Magistrate Judge Kendall J. Newman, after which Judge Newman recommended and supported a continuance of the deadlines in this matter;

WHEREAS, the Parties then stipulated and the Court on May 6, 2021 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 1, 2021; that initial lists of expert witnesses shall be exchanged no later than October 22, 2021; that supplemental lists of rebuttal expert witnesses be exchanged no later than November 19, 2021; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 18, 2021; and that dispositive motions shall be noticed so as to be heard by June 28, 2022 (Dkt. No. 23);

WHEREAS, following additional settlement discussions continuing through July 2021, the Parties stipulated and the Court on July 29, 2021 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2022; that initial lists of expert witnesses shall be exchanged no later than July 22, 2022; that supplemental lists of rebuttal expert witnesses be exchanged no later than August 19, 2022; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 18, 2022; and that dispositive motions shall be noticed so as to be heard by March 28, 2023;

WHEREAS, following additional settlement discussions continuing through April 2022, the Parties stipulated and the Court on April 28, 2022 ordered that non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 1, 2023; that initial lists of expert witnesses shall be exchanged no later than January 22, 2023; that

supplemental lists of rebuttal expert witnesses be exchanged no later than February 19, 2023; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by April 18, 2022; and that dispositive motions shall be noticed so as to be heard by August 28, 2023;

WHEREAS, following additional settlement discussions continuing through December 2022, the Parties stipulated and filed a Stipulation and proposed Order on December 16, 2022 that (1) the deposition(s) of Defendants' PMQ designees shall be continued from December 16, 2022, to January 13, 2023; (2) the deadline for the County's written responses to COL's currently outstanding requests for admission shall be continued by thirty (30) days, from December 22, 2022, to January 21, 2023; (3) the deadline for the County's written responses to COL's currently outstanding interrogatories shall be continued by thirty (30) days, from December 23, 2022, to January 22, 2023; (4) the deadline for the County's written responses to COL's currently outstanding requests for documents, and the document production itself, shall be continued by thirty (30) days, from December 27, 2022, to January 26, 2023; and (5) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before February 1, 2023 and set for hearing thereafter, and all motions pertaining disuputes under items (1) through (4) above shall be noticed for hearing on or before March 29, 2023 and set for hearing thereafter;

WHEREAS, on December 22, 2022, the Court issued the order that the parties requested on December 16, 2022;

WHEREAS, on December 16, 2022, the County noticed the deposition of COL's PMQ designee on thirty (30) subject matters to take place on December 29, 2022 without previously meeting and conferring concerning deposition, and COL objected to the broad scope of the notice of deposition;

WHEREAS, it was stipulated and ordered on December 30, 2022 that, without waiver of COL's objections to the contents of the County's December 16, 2022 notice of deposition(s) of COL's PMQ designee or designees, the deposition shall be continued from December 29, 2022, to January 12, 2023; and

1  WHEREAS, the deposition of the County's PMQ designee(s) was scheduled for January 13, 2023;

3  WHEREAS, the parties are presently engaged in good faith settlement negotiations;

4  THE PARTIES THEREFORE STIPULATE that the deadlines in the Order be amended and extended as follows:

  1. Without waiver of COL's objections to the contents of the County's December 16, 2022 notice of deposition of COL's PMQ designee or designees, the deposition shall be continued from **January 12, 2023**, to **February 16, 2023.**

  2. The deposition(s) of Defendants' PMQ designees shall be continued from **January 13, 2023**, to **February 6, 2023**; (2) the deadline for the County's written responses to COL's currently outstanding requests for admission shall be continued by fifteen (15) days, from **January 21, 2023** to **February 5, 2023**; (3) the deadline for the County's written responses to COL's currently outstanding interrogatories shall be continued by fifteen (15) days, from **January 22, 2023** to **February 6, 2023**; (4) the deadline for the County's written responses to COL's currently outstanding requests for documents, and the document production itself, shall be continued by fifteen (15) days, from **January 26, 2023** to **February 10, 2023**; and (5) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before February 16, 2023 and set for hearing thereafter, and all motions pertaining disuputes under items (1) through (4) above shall be noticed for hearing on or before April 13, 2023 and set for hearing thereafter.

///
///
///
///
///
///
///

-4-

**SECOND STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

3.  Initial lists of expert witnesses shall be exchanged no later than **April 22, 2023**; that supplemental lists of rebuttal expert witnesses be exchanged no later than **May 20, 2023**; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by **June 16, 2023**.

Dated: January 24, 2023    **ABBOTT & KINDERMANN, INC.**

By:   */s/ Diane G. Kindermann*
    DIANE G. KINDERMANN
    GLEN C. HANSEN
    Attorneys for Defendants
    BUTTE COUNTY DEPARTMENT OF
    PUBLIC WORKS, DENNIS SCHMIDT,
    ERIC MILLER

Dated: January 24, 2023    **LAW OFFICES OF ANDREW L. PACKARD**

By: */s/ Andrew L. Packard (as authorized on Jan 23, 2023)*
    ANDREW L. PACKARD
    WILLIAM N. CARLON
    Attorney for Plaintiff
    CALIFORNIA OPEN LANDS

**IT IS SO ORDERED.**

**Dated: January 24, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

-5-

**SECOND STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**