Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-DAD-DMC<br><br>**THIRD STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1387)** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties ("Complaint") in the above-entitled matter on January 16, 2020;

WHEREAS, on May 22, 2020, the Court filed an Order that set a schedule for this civil action pursuant to Federal Rule of Civil Procedure 16(b) (Dkt. No. 12);

1

**THIRD STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

1  WHEREAS, on March 10, 2021, the parties in this civil action engaged in a Settlement
2  Conference before United States Magistrate Judge Kendall J. Newman, after which Judge Newman
3  recommended and supported a continuance of the deadlines in this matter;

4  WHEREAS, the Parties then stipulated and the Court on May 6, 2021 ordered that non-expert
5  discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by
6  October 1, 2021; that initial lists of expert witnesses shall be exchanged no later than October 22,
7  2021; that supplemental lists of rebuttal expert witnesses be exchanged no later than November 19,
8  2021; that expert discovery shall be completed, and all motions pertaining to discovery shall be
9  noticed to be heard, by January 18, 2021; and that dispositive motions shall be noticed so as to be
10 heard by June 28, 2022 (Dkt. No. 23);

11 WHEREAS, following additional settlement discussions continuing through July 2021, the
12 Parties stipulated and the Court on July 29, 2021 ordered that non-expert discovery shall be
13 completed, and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2022; that
14 initial lists of expert witnesses shall be exchanged no later than July 22, 2022; that supplemental lists
15 of rebuttal expert witnesses be exchanged no later than August 19, 2022; that expert discovery shall
16 be completed, and all motions pertaining to discovery shall be noticed to be heard, by October 18,
17 2022; and that dispositive motions shall be noticed so as to be heard by March 28, 2023;

18 WHEREAS, following additional settlement discussions continuing through April 2022, the
19 Parties stipulated and the Court on April 28,2022 ordered that non-expert discovery shall be
20 completed, and all motions pertaining to discovery shall be noticed to be heard, by January 1, 2023;
21 that initial lists of expert witnesses shall be exchanged no later than January 22, 2023; that
22 supplemental lists of rebuttal expert witnesses be exchanged no later than February 19, 2023; that
23 expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be
24 heard, by April 18, 2022; and that dispositive motions shall be noticed so as to be heard by
25 August 28, 2023;

26 WHEREAS, following additional settlement discussions continuing through December 2022,
27 the Parties stipulated and filed a Stipulation and proposed Order on December 16, 2022 that (1) the
28 deposition(s) of Defendants' PMQ designees shall be continued from December 16, 2022, to January

1

**THIRD STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

13, 2023; (2) the deadline for the County's written responses to COL's currently outstanding requests for admission shall be continued by thirty (30) days, from December 22, 2022, to January 21, 2023; (3) the deadline for the County's written responses to COL's currently outstanding interrogatories shall be continued by thirty (30) days, from December 23, 2022, to January 22, 2023; (4) the deadline for the County's written responses to COL's currently outstanding requests for documents, and the document production itself, shall be continued by thirty (30) days, from December 27, 2022, to January 26, 2023; and (5) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before February 1, 2023 and set for hearing thereafter, and all motions pertaining disputes under items (1) through (4) above shall be noticed for hearing on or before March 29, 2023 and set for hearing thereafter;

WHEREAS, on December 22, 2022, the Court issued the order that the parties requested on December 16, 2022;

WHEREAS, on December 16, 2022, the County noticed the deposition of COL's PMQ designee on thirty (30) subject matters to take place on December 29, 2022 without previously meeting and conferring concerning deposition, and COL objected to the broad scope of the notice of deposition;

WHEREAS, it was stipulated and ordered on December 30, 2022 that, without waiver of COL's objections to the contents of the County's December 16, 2022 notice of deposition(s) of COL's PMQ designee or designees, the deposition shall be continued from December 29, 2022, to January 12, 2023; and

WHEREAS, on January 25, 2023, the Court issued the order that the parties requested on January 24, 2023;

THE PARTIES THEREFORE STIPULATE that the deadlines in the Order be amended and extended as follows:

    1.    Without waiver of COL's objections to the contents of the County's December 16, 2022 notice of deposition of COL's PMQ designee or designees, the deposition shall be continued from February 16, 2023 to **March 9, 2023.**

**THIRD STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**

2. The deposition(s) of Defendants' PMQ designees shall be continued from February 6, 2023 to **March 15, 2023**; and (2) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before **March 16, 2023**, and set for hearing thereafter, and all motions pertaining to disputes regarding the County's responses to COL's written discovery, which responses were served on February 6, 2023, shall be noticed for hearing on or before **May 15, 2023**, and set for hearing thereafter.

3. Initial lists of expert witnesses and their expert reports shall be exchanged no later than **April 24, 2023**; that supplemental lists of rebuttal expert witnesses and their reports be exchanged no later than **May 22, 2023**; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by **June 23, 2023**.

4. All dispositive motions shall be noticed so as to be heard by **October 28, 2023**.

Dated: February 14, 2023     **ABBOTT & KINDERMANN, INC.**

By: _/s/ Diane G. Kindermann_
DIANE G. KINDERMANN
GLEN C. HANSEN
Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

Dated: February 14, 2023     **LAW OFFICES OF ANDREW L. PACKARD**
By: _/s/ Andrew L. Packard_
_(as authorized on February 14, 2023)_
ANDREW L. PACKARD
WILLIAM N. CARLON
Attorney for Plaintiff
CALIFORNIA OPEN LANDS

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1
**THIRD STIPULATION TO EXTEND DISCOVERY DEADLINES; ORDER THEREON**