ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail: ghansen@aklandlaw.com
         dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER** |

1  Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY
2  DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants")
3  (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:
4  WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil
5  Penalties ("Complaint") in the above-entitled matter on January 16, 2020;
6  WHEREAS, on May 22, 2020, the Court filed an Order that set a schedule for this civil action
7  pursuant to Federal Rule of Civil Procedure 16(b) (Dkt. No. 12);
8  WHEREAS, on March 10, 2021, the parties in this civil action engaged in a Settlement
9  Conference before United States Magistrate Judge Kendall J. Newman, after which Judge Newman
10 recommended and supported a continuance of the deadlines in this matter;
11 WHEREAS, the Parties then stipulated and the Court on May 6, 2021 ordered that non-expert
12 discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by
13 October 1, 2021; that initial lists of expert witnesses shall be exchanged no later than October 22, 2021;
14 that supplemental lists of rebuttal expert witnesses be exchanged no later than November 19, 2021; that
15 expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be
16 heard, by January 18, 2021; and that dispositive motions shall be noticed so as to be heard by June 28,
17 2022 (Dkt. No. 23);
18 WHEREAS, following additional settlement discussions continuing through July 2021, the
19 Parties stipulated and the Court on July 29, 2021 ordered that non-expert discovery shall be completed,
20 and all motions pertaining to discovery shall be noticed to be heard, by July 1, 2022; that initial lists of
21 expert witnesses shall be exchanged no later than July 22, 2022; that supplemental lists of rebuttal
22 expert witnesses be exchanged no later than August 19, 2022; that expert discovery shall be completed,
23 and all motions pertaining to discovery shall be noticed to be heard, by October 18, 2022; and that
24 dispositive motions shall be noticed so as to be heard by March 28, 2023;
25 WHEREAS, following additional settlement discussions continuing through April 2022, the
26 Parties stipulated and the Court on April 28,2022 ordered that non-expert discovery shall be completed,
27

and all motions pertaining to discovery shall be noticed to be heard, by January 1, 2023; that initial lists of expert witnesses shall be exchanged no later than January 22, 2023; that supplemental lists of rebuttal expert witnesses be exchanged no later than February 19, 2023; that expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by April 18, 2022; and that dispositive motions shall be noticed so as to be heard by August 28, 2023;

WHEREAS, following additional settlement discussions continuing through December 2022, the Parties stipulated and filed a Stipulation and proposed Order on December 16, 2022 that (1) the deposition(s) of Defendants' PMQ designees shall be continued from December 16, 2022, to January 13, 2023; (2) the deadline for the County's written responses to COL's currently outstanding requests for admission shall be continued by thirty (30) days, from December 22, 2022, to January 21, 2023; (3) the deadline for the County's written responses to COL's currently outstanding interrogatories shall be continued by thirty (30) days, from December 23, 2022, to January 22, 2023; (4) the deadline for the County's written responses to COL's currently outstanding requests for documents, and the document production itself, shall be continued by thirty (30) days, from December 27, 2022, to January 26, 2023; and (5) all motions pertaining to Defendants' September 28, 2021 Second Amended Privilege Log shall be noticed on or before February 1, 2023 and set for hearing thereafter, and all motions pertaining disputes under items (1) through (4) above shall be noticed for hearing on or before March 29, 2023 and set for hearing thereafter;

WHEREAS, on December 16, 2022, the County noticed the deposition of COL's PMQ on thirty (30) subject matters to take place on December 29, 2022 without previously meeting and conferring concerning deposition;

WHEREAS, the parties stipulated, and the Court ordered, to continue the deposition of COL's PMQ to January 12, 2023;

WHEREAS, the Parties agreed to schedule the deposition of the County's PMQ on April 11, 2023;

WHEREAS, counsel for Defendants had an unavoidable conflict arise for that date, and the next

available dates to conduct the County's PMQ depositions (the County having designated two people as most qualified to testify on the topics noticed) were April 24, 2023 and May 5, 2023;

AND WHEREAS, the last day to exchange expert disclosures and reports is April 24, 2023;

**THE PARTIES THEREFORE STIPULATE** that the deadlines in the Order be amended and extended as follows:

Last day to exchange expert disclosures and reports is May 24, 2023;

Last day to exchange rebuttal expert disclosures and reports is June 21, 2023; and,

Last day to notice motions re expert discovery and close of expert discovery is July 23, 2023.

Dated: April 20, 2023           Respectfully Submitted,

                                          LAW OFFICES OF ANDREW L. PACKARD

                                        By:      /s/ William N. Carlon
                                        William N. Carlon
                                        Attorneys for Plaintiff
                                        CALIFORNIA OPEN LANDS

Dated:  April 20, 2023           ABBOTT & KINDERMANN, INC.

                                        By:      /s/ Glen Hansen
                                        Glen Hansen
                                        Attorneys for Defendants
                                        BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS,
                                        DENNIS SCHMIDT, ERIC MILLER

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: April 20, 2023           By: /s/ William N. Carlon

**IT IS SO ORDERED.**


**Dated:  _____**

                                        _____
                                        **DENNIS M. COTA**
                                        **UNITED STATES MAGISTRATE JUDGE**