ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization, <br><br> Plaintiff, <br><br> vs. <br><br> BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual, <br><br> Defendants. | Case No. 2:20-cv-00123-DJC-DMC <br><br> **PLAINTIFF CALIFORNIA OPEN LANDS' NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION OF DEFENDANT BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS** <br><br> (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387) <br><br> Date: May 31, 2023 <br> Time: 10:00 a.m. <br> Hon. Magistrate Dennis M. Cota |

TO DEFENDANTS BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, ERIC MILLER, and THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 31, 2023, at 10:00 a.m., or as soon thereafter as the matter can be heard, at the United States Federal Court in the Eastern District of California, in the courtroom of the Honorable Magistrate Judge Dennis M. Cota, located at the Redding Federal Courthouse, 2986 Bechelli Lane in Redding, California, Plaintiff California Open Lands (hereafter "COL") will, and hereby does, move for an order granting COL's Motion To Compel Deposition of Defendant Butte County Department of Public Works ("Motion") and ordering Defendant Butte

1  County Department of Public Works to designate a person most knowledgeable to fully testify as
2  to the matters identified in COL's formal notice of deposition, issued to Defendants on August 16,
3  2021 (attached hereto as **Exhibit 1**).
4      The parties have met and conferred and have been unable to resolve the dispute.
5      COL further moves, pursuant to F.R.C.P. 37(a)(4), that Defendants be required to pay COL
6  the reasonable expenses, including attorneys' fees, incurred by COL in preparing for and conducting
7  the deposition, and incurred by COL in bringing this motion.  The motion is based on this Notice of
8  Motion and Motion, the Joint Statement re Discovery Disagreements, to be filed in accordance with
9  Local Rule 37-251, all of the files and records in this action, and on any additional material that may
10 be elicited at the hearing of this motion.

Dated: May 8, 2023                    Respectfully Submitted,

                                         LAW OFFICES OF ANDREW L. PACKARD

                                         By:    /s/ William Carlon
                                                  William Carlon
                                                  Attorneys for Plaintiff
                                                  CALIFORNIA OPEN LANDS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S EXHIBIT 1**

ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, et al,<br><br>Defendants. | Case No. 2:20-cv-00123-KJM-DMC<br><br>**NOTICE OF DEPOSITION OF PERSON(S) MOST QUALIFIED TO TESTIFY ON BEHALF OF DEFENDANT BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS** |

TO EACH PARTY AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that at 10:00 on September 22, 2021, pursuant to Federal Rule of Civil Procedure 30(b) (6), Plaintiff CALIFORNIA OPEN LANDS ("COL") will take the deposition(s) of the person or persons most qualified to testify on behalf of Defendant BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS ("the County") concerning the subject matters described below.

The deponent is not a natural person and is therefore directed to designate and produce the person(s) most qualified to testify as to each of the following matters:

(1) The County's discharges of storm water from the Neal Road Landfill (the "Facility") from 2015 through the present, including visual observations and/or

testing, sampling or analysis and efforts or lack thereof to control the discharges of storm water therefrom;

(2) The County's methods, practices and procedures regarding compliance with the storm water pollution control requirements of the Federal Water Pollution Control Act ("Clean Water Act"), 33 U.S.C. § 1342, et seq., and NPDES Permit No. CAS000001, State Water Resources Control Board Water Quality Order No. 97-03-DWQ ("1997 General Permit"), and State Water Resources Control Board Water Quality Order No. 14-57-DWQ ("2015 General Permit") at the Facility from 2015 through the present;

(3) Any spills or discharges of hazardous or toxic substances on or around the Facility, from 2015 through the present, including but not limited to, correspondence to or from, and disclosures to, state or local agencies, notices of violation, and clean-up orders or plans;

(4) The County's communications with the California Regional Water Quality Control Board regarding compliance or non-compliance with the Clean Water Act and/or the General Permit from 2015 through the present;

(5) The County's methods, practices and procedures regarding the development, implementation and updating of all Storm Water Pollution Prevention Plans ("SWPPPs") for the Facility, from 2015 through the present;

(6) The design, implementation, specific location at the Facility and the pollutant(s) intended to be addressed by the storm water best management practices ("BMPs") employed by the County from 2015 through the present;

(7) Any toxic chemicals and other pollutants that are likely to be present in storm water discharges from the Facility, from 2015 through the present;

(8) From 2015 through the present, the layout and/or design of the Facility's storm drain system and all drainage systems that contribute storm water and non-storm water thereto; and,

(9) Any studies the County has conducted or had conducted for it regarding the geology, hydrology, hydrogeology and/or hydrochemistry of the Facility.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded stenographically and by Zoom, and will continue from day to day, excluding Saturdays, Sundays and holidays thereafter until completed.

DATED: August 16, 2021                                          LAW OFFICES OF ANDREW L. PACKARD

_____
Andrew L. Packard
Attorneys for Plaintiff
California Open Lands

# PROOF OF SERVICE

I, Andrew L. Packard, declare as follows:

I am a resident of the State of California, and employed in Petaluma, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 245 Kentucky Street, Suite B3, Petaluma, California, 94952.

On August 16, 2021, I served the following document(s):

**PLAINTIFF'S NOTICE OF DEPOSITION OF PERSON(S) MOST QUALIFIED TO TESTIFY ON BEHALF OF DEFENDANT BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**

by placing a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to the party listed below, and depositing it in a United States Postal Service mail box:

Diane G. Kindermann Henderson
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, CA 95818

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 16, 2021, at Petaluma, California.

_____
Andrew L. Packard