ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail:ghansen@aklandlaw.com
        dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>    Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY

DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties hereby incorporate the "WHEREAS" clauses of their prior stipulation, Dkt. No. 68 at 1:4 – 4:2;

WHEREAS, the Parties stipulated, and the Court ordered, that the last day to exchange expert disclosures and reports be continued to May 24, 2023; the last day to exchange rebuttal expert disclosures and reports be continued to June 21, 2023; and, the last day to notice motions re expert discovery and close of expert discovery be continued to July 21, 2023, Dkt. Nos. 68 and 69;

WHEREAS, on April 24, 2023, Defendants' designated person most qualified to testify on behalf of the County was unable to attend the deposition due to illness, and the Parties agreed to reschedule his deposition for May 16, 2023;

WHEREAS, on May 5, 2023, the scheduled deposition went forward, however, in the course of the deposition it became clear that the designated deponent was not prepared to testify as to the topics designated by COL;

WHEREAS, the County has identified five possible persons, and one organization, as alternative persons most qualified to testify on behalf of the County, but the County has so far only identified one of the persons who will testify, and only the one deposition has been rescheduled;

WHEREAS, On May 8, 2023, COL filed a motion to compel the deposition of Defendant Butte County's Person(s) Most Qualified, to be heard June 5, 2023, and the parties are continuing to meet and confer in order to resolve the discovery dispute;

**THE PARTIES THEREFORE STIPULATE** that the deadlines in the Order be amended and extended as follows:

Last day to exchange expert disclosures and reports is July 15, 2023;

Last day to exchange rebuttal expert disclosures and reports is August 15, 2023; and,

Last day to notice motions re expert discovery and close of expert discovery is September 15, 2023.

Dated: May 15, 2023            Respectfully Submitted,

                                         LAW OFFICES OF ANDREW L. PACKARD

                                         By:     /s/ William N. Carlon
                                         William N. Carlon
                                         Attorneys for Plaintiff
                                         CALIFORNIA OPEN LANDS

Dated: May 15, 2023            ABBOTT & KINDERMANN, INC.

                                         By:     /s/ Glen Hansen
                                         Glen Hansen
                                         Attorneys for Defendants
                                         BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS,
                                         DENNIS SCHMIDT, ERIC MILLER

**ATTESTATION FOR E-FILING**

     I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: May 15, 2023            By: /s/ William N. Carlon

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**Dated: _____**

                                         _____
                                         **DANIEL J. CALABRETTA**
                                         **UNITED STATES JUDGE**