IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

CALIFORNIA OPEN LANDS, a          )
non-profit land trust             )
organization,                     ) CASE NO.
                                  ) 2:20-cv-00123-
      Plaintiff,                  ) KJM-DMC
                                  )
v.                                )
                                  )
BUTTE COUNTY DEPARTMENT OF PUBLIC )
WORKS, et al,                     )
                                  )
      Defendants.                 )
- - - - - - - - - - - - - - - - - )

**CERTIFIED TRANSCRIPT**

VIDEOCONFERENCE DEPOSITION OF DENNIS SCHMIDT

VOLUME 1

VIDEOCONFERENCE

Friday, May 5, 2023

Reported by:   Shaaron M. Shigio

              CSR No. 12286

Job No:   72735

1  aware of geologic reports, some hydrology reports.  We
2  had underground water studies done, groundwater
3  elevation, groundwater chemistry, groundwater pollution
4  reports done.  So I'm aware that those reports are out
5  there.  Don't know if I'm the most qualified guy to
6  discuss those or not.
7      Q.   And did do anything in preparation for this
8  deposition to become the person who might be most
9  qualified to testify for the County on Topic Number 9?
10     A.   I did not.
11     Q.   So sounds like from your responses, and please
12 correct me if I'm wrong, the only topic that you feel
13 like you're the person who's most qualified to testify
14 on behalf of Butte County Department of Public Works is
15 Topic Number 4 and specifically from the time period
16 after the leachate seeps of February 2019; is that
17 correct?
18              (Reporter clarification.)
19 BY MR. CARLON:
20     Q.   Do you understand the question?
21     A.   Yes, I do.  And, yes, that is correct.
22     Q.   So would you say that taking in the totality
23 of the notice, you are not the person who's most
24 qualified to testify here today on these topics?
25     A.   I would say that's a correct statement.  I

1  think it's important to also note that this incident
2  happened well over four years ago and I've been retired
3  for two years so the -- the time limits of this makes
4  it difficult from a memory standpoint to feel like I'm
5  the best qualified person for many of these issues.
6       Q.   Yeah, I would agree.  I don't think you're the
7  person who's most qualified to testify here today so
8  I'm wondering why the County designated you as the
9  deponent.
10      A.   I cannot answer that.
11           MR. CARLON:  Okay.  I'd like to take a brief
12 five-minute break if that's all right.
13           MR. HANSEN:  Yes.
14           THE WITNESS:  Okay.  Fine with me.
15                    (Brief recess.)
16           MR. CARLON:  Okay.  So let's go back on the
17 record.
18 BY MR. CARLON:
19      Q.   So Mr. Schmidt, I think we established that
20 you are not the person who's most knowledgeable or
21 qualified to testify on behalf of the topics identified
22 in Exhibit 1, correct?
23      A.   That is correct.
24           MR. CARLON:  And the County has represented
25 that they will designate a new deponent; is that right,

1  Counsel.
2        MR. HANSEN:  Yes.
3        MR. CARLON:  And who will that deponent be?
4        MR. HANSEN:  Well, we will designate Bill
5  Mannel and Todd Storti.  The issue will be -- and
6  that's independent of noticing is finding them because
7  they are not employees, but that's a different issue.
8        And we've also -- we've also already
9  designated Craig Cissell.
10 BY MR. CARLON:
11    Q.   So Mr. Schmidt, when you said Craig Stillwell,
12 did you mean Cissell?
13    A.   Yes, that was a misstatement on my part.
14    Q.   Thank you.  I was a little confused there.
15    A.   I know too many Craigs, I guess.
16        MR. CARLON:  Counsel, you're aware that the
17 County has an obligation to designate a witness
18 regardless of whether they are employed by the County?
19 If -- if the witness that you think is most
20 knowledgeable is not employed by the County, the County
21 still has an obligation to designate a person who
22 will -- who is prepared to testify on behalf of the
23 County.
24        MR. HANSEN:  Absolutely.
25        MR. CARLON:  Okay.  And -- and who will that

Carol Nygard & Associates, Inc.                    1-877-438-7787