ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**REQUEST TO APPEAR BY VIDEO TELECONFERENCE**<br>**(Civil Local Rule 174(a))**<br><br>**Hearing:** June 5, 2023<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Dennis M. Cota |

Plaintiff CALIFORNIA OPEN LANDS hereby requests, pursuant to the Court's order, ECF No 71, and Civil Local Rule 174(a), to appear by video teleconference at the hearing on Plaintiff's motion to compel, ECF No. 70, set for June 5, 2023 at 10:00 a.m.

Dated: May 22, 2023                Respectfully Submitted,

                                    LAW OFFICES OF ANDREW L. PACKARD

                                    By:     /s/ William N. Carlon
                                    William N. Carlon
                                    Attorneys for Plaintiff
                                    CALIFORNIA OPEN LANDS