Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:     (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-KJM-DMC<br><br>**REQUEST FOR REMOTE APPEARANCE AT HEARING**<br><br>**(CIVIL LOCAL RULE 174(a))**<br><br>Date:   June 5, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Dennis M. Cota |

Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER hereby request to appear remotely by teleconference or video at the hearing on Plaintiff's motion to compel, ECF No 70, set for June 5, 2023, at 10:00 a.m.

Dated:  May 22, 2023            ABBOTT & KINDERMANN, INC.

                                By:   */s/ Glen C. Hansen*
                                     GLEN C. HANSEN
                                     DIANE G. KINDERMANN
                                     Attorneys for Defendants
                                     BUTTE COUNTY DEPARTMENT OF
                                     PUBLIC WORKS, DENNIS SCHMIDT,
                                     ERIC MILLER

1

**REQUEST FOR REMOTE APPEARANCE AT HEARING**