ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | Case No. 2:20-cv-00123- DJC-DMC<br><br>**COST BILL RE DISCOVERY DISAGREEMENT NO. 2**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Date: N/A<br>Time: N/A<br>Hon. Magistrate Dennis M. Cota |

Pursuant to the Court's Minute Order, ECF No. 80, Plaintiff submits a Bill of Costs, attached as Exhibit 1 to the Declaration of William Carlon in support of Plaintiff's Motion to Compel Deposition of Defendant Butte County Department of Public Works ("Motion"). The Bill of Costs identifies the time incurred by Plaintiff in preparation for the 30(b)(6) depositions noticed in this case, beginning March 10, 2023, and indicates which of those hours is being sought in the Motion. The subsection of hours sought in the Motion is narrowly constrained to only those fees and costs associated with the failed Schmidt deposition, and Plaintiff's efforts to resolve the attendant discovery dispute.

Plaintiff would also like to draw the Court's attention to Plaintiff's May 11, 2023

communication, ECF No. 74-1 at 6-7, wherein Plaintiff offered to resolve this discovery dispute for $3,864 in attorney time, and the costs of the court reporter.  It took Defendants five days to respond, and in the interim, they continued to take unreasonable positions with respect to re-noticing a deponent.  *Id.* at 7-16.  Plaintiff updated its offer on May 12th and 15th ($5,124 in fees and $680.18 in costs) after it had to educate Defendants on their obligations under the Federal Rules.  *Id.* at 9-10.

It took drafting the Joint Statement to get Defendants' response, *id.* at 14, yet Defendants also object to those fees, and the fees associated with the Motion.  Defendants have yet to provide any legal basis for denying those fees here, despite the plain language of Rule 37(a)(5)(A).

Now Plaintiff's request for attorney fees is $6,258, and $680.18 in costs, for a total of $6,938.18.  The basis for this request is the detailed time records and the invoice in **Exhibit 1.** These additional fees could have been avoided if Defendants had taken a more reasonable position earlier.

Dated: June 6, 2023           LAW OFFICES OF ANDREW L. PACKARD

  /s/ William Carlon          
By:  William Carlon
Attorneys for Plaintiff
CALIFORNIA OPEN LANDS