ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@gmail.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00123-KJM-DMC<br><br>**DECLARATION OF WILLIAM N. CARLON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANT BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**<br>**(Fed. R. Civ. P. 37(a)(5)(A))** |

I, WILLIAM N. CARLON, hereby declare under penalty of law that the following facts are true and correct:

1. I am attorney with the Law Offices of Andrew L. Packard and counsel for Plaintiff California Open Lands ("COL") in the above-captioned action since its inception in 2019.

2. I make this declaration pursuant to this Court's June 5, 2023 (ECF No. 80) ordering Plaintiff to submit a cost bill on or before June 15, 2023.

3. I make this declaration based on my personal knowledge, and I am competent to testify to the matters set forth herein.

4. Plaintiff has incurred $6,258 in attorneys' fees associated with its motion to compel, and preparing for and taking the failed Schmidt deposition that is the subject of the motion.

Attached as **EXHIBIT 1** to this declaration is a spreadsheet documenting my contemporaneously recorded time entries. I applied the hourly rate of $420 based on this court's award of $400/hour for my rates over one year ago, ECF No. 35, plus 5% to account for inflation as reported by the federal Bureau of Labor Statistics (https://www.bls.gov/cpi/). Based on my experience and knowledge of the relevant legal market, I believe these rates to be reasonable.

5. I have practiced for 7 years and I am admitted to practice in the State of California and am a member of good standing in the state bar. I am admitted to practice before the United States District Court of the Eastern, Northern, and Central Districts of California.

6. I have exercised my professional billing judgment to ensure that the fees tallied herein represents only those efficient legal service hours reasonably expended in this litigation, streamlining and eliminating any potential duplication of effort.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2023 in Napa, California.

_____
William N. Carlon

**PLAINTIFF'S EXHIBIT 1**

Bill of Costs

| Attorney | Description | Start date | Duration | Notes |
|---|---|---|---|---|
| W. Carlon | prepare for PMQ deposition | 3/10/2023 | 0.8 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | draft outline for PMQ depo | 4/11/2023 | 3.4 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prep for pmq deposition | 4/18/2023 | 2.9 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for PMQ deposition | 4/20/2023 | 3.9 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for PMQ deposition | 4/21/2023 | 2.8 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for PMQ deposition | 4/23/2023 | 2.1 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for PMQ deposition | 4/24/2023 | 1.4 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for no show while waiting for response from opposing counsel re costs and reschudle | 4/24/2023 | 0.5 | Cissell Deposition - not sought in motion to compel |
| W. Carlon | prepare for PMQ (Schmidt) Deposition | 5/2/2023 | 1.8 | Schmidt Deposition |
| W. Carlon | prepare for PMQ (Schmidt) Deposition | 5/3/2023 | 3.1 | Schmidt Deposition |
| W. Carlon | prepare for PMQ (Schmidt) Deposition | 5/4/2023 | 2.1 | Schmidt Deposition |
| W. Carlon | prepare for PMQ (Schmidt) Deposition | 5/5/2023 | 0.9 | Schmidt Deposition |
| W. Carlon | PMQ (Schmidt) deposition | 5/5/2023 | 1.2 | Schmidt Deposition |
| W. Carlon | draft letter to hansen; draft joint statment | 5/5/2023 | 0.6 | Schmidt Deposition |
| W. Carlon | draft MTC and JS re PMQ (Schmidt) depo | 5/5/2023 | 1.2 | Schmidt Deposition |
| W. Carlon | edit and file notice of motion and motion to compel deposition | 5/8/2023 | 0.1 | Schmidt Deposition |
| W. Carlon | draft email to Glen re depo fees | 5/11/2023 | 0.6 | Schmidt Deposition |
| W. Carlon | draft email to counsel re disco dispute | 5/12/2023 | 0.3 | Schmidt Deposition |
| W. Carlon | review/edit joint statement | 5/12/2023 | 0.2 | Schmidt Deposition |
| W. Carlon | confer w/AP re pmq depo (Schmidt) issues | 5/15/2023 | 0.2 | Schmidt Deposition |
| W. Carlon | review correspondence; draft email to court reporter re invoices; draft email to hansen re costs/fees and rescheduling expert deadline | 5/15/2023 | 0.5 | Schmidt Deposition |
| W. Carlon | review Glen's email re pmq disco dispute; draft response | 5/16/2023 | 0.2 | Schmidt Deposition |
| W. Carlon | review/edit joint statement | 5/17/2023 | 0.5 | Schmidt Deposition |
| W. Carlon | prepare for miller deposition | 5/17/2023 | 0.2 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/17/2023 | 1.3 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/19/2023 | 0.6 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | draft and file request to appear by video | 5/22/2023 | 0.1 | Schmidt Deposition |
| W. Carlon | prepare for miller deposition | 5/24/2023 | 0.8 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/24/2023 | 1.1 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/24/2023 | 0.4 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/24/2023 | 0.3 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for miller deposition | 5/24/2023 | 0.4 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | Conduct pmq deposition (Miller) | 5/25/2023 | 6.5 | Miller Deposition - not sought in motion to compel, but incurred as a result of Defendants' first two deponents not being prepared. |
| W. Carlon | prepare for mtc hearing | 6/5/2023 | 0.2 | Schmidt Deposition |
| W. Carlon | hearing on mtc pmq depo | 6/5/2023 | 0.4 | Schmidt Deposition |
| W. Carlon | prepare timesheets per court order | 6/5/2023 | 0.5 | Schmidt Deposition |
| W. Carlon | draft bill of costs and file w/court | 6/6/2023 | 0.2 | Schmidt Deposition |

| | | |
|---|---|---|
| **Total Hours Sought** | | **14.9** |
| Total Hours not Sought | | 29.3 |
| | | |
| Total Fees Sought (Rate = $420/hour) | | $ 6,258.00 |
| Total Costs Sought (Court Reporter, see invoice) | | $ 680.18 |
| **GRAND TOTAL** | | **$ 6,938.18** |

COL v. Butte County, et al.; 20-cv-0123-DJC-DMC

**Carol Nygard & Associates**
2295 Gateway Oaks Dr. Suite 170
Sacramento, CA 95833
Phone: 877-438-7787



William N. Carlon, Esq.
Law Offices of Andrew L. Packard
245 Kentucky Street
Suite B3
Petaluma, CA 94952

## Invoice #115213

| Date | Terms |
|---|---|
| 05/15/2023 | Due on receipt |

| Job #72735 on 05/05/2023 | |
|---|---|

**Case:** California Open Lands v. Butte County Department of Public Works
**Court Case#:**
**Delivery Type:** Normal

| Description | Amount |
|---|---|
| **Deposition of Dennis Schmidt** | |
| Appearance Fee | $ 210.00 |
| Original & One Certified Copy | $ 382.80 |
| B&W Exhibits | $ 36.45 T |
| Color Exhibits | $ 4.00 T |
| Production | $ 15.00 |
| Shipping and Handling (Original) | $ 29.00 |
| | $ 677.25 |

| | |
|---|---|
| Subtotal: | $ 677.25 |
| Tax: | $ 2.93 |
| Amount Due: | $ 680.18 |
| Paid: | $ 0.00 |

| Balance Due: | $ 680.18 |
|---|---|
| Payment Due: | Upon Receipt |