ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail: ghansen@aklandlaw.com
         dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**STIPULATION RE DEADLINES AND ORDER** |

Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants") (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Parties hereby incorporate the "WHEREAS" clauses of their prior stipulations, Dkt. Nos. 68 at 1:4-4:2 and 76 at 2:6-21;

WHEREAS, the Parties stipulated, and the Court ordered, that the last day to exchange expert disclosures and reports be continued to July 15, 2023; the last day to exchange rebuttal expert disclosures and reports be continued to August 15, 2023; and, the last day to notice motions re expert discovery and close of expert discovery be continued to September 15, 2023.  Dkt. Nos. 72 and 76;

WHEREAS, the last day to file dispositive motions is October 13, 2023 and the last day to hear dispositive motions is November 30, 2023;

WHEREAS, the final pretrial conference is scheduled for February 8, 2024 and trial is scheduled for April 1, 2024 – April 5, 2024;

WHEREAS, on July 15, 2023, Plaintiff provided to Defendants its disclosure of its expert and Plaintiff's expert's report;

WHEREAS, on July 15, 2023, Defendants provided to Plaintiff a disclosure of Defendants' three experts, and three documents that Defendants purported to be their experts' reports, one of which, the report of Sean Covington, was not signed and was incomplete;

WHEREAS, on July 17, 2023, Defendants provided to Plaintiff the completed and signed copy of Mr. Covington's report;

WHEREAS, on August 11, 2023, Plaintiff informed Defendants that Defendants' expert reports were deficient because they a) failed to fully set forth each expert's testimony and instead referred Plaintiff to other documents; and, b) to the extent that any opinions were set forth, some were duplicative of each other;

WHEREAS, on August 14, 2023, Defendants agreed to provide COL with amended expert witness reports by August 22, 2023 that address the deficiencies set forth by Plaintiff;

WHEREAS, Plaintiff is unable to provide a rebuttal expert report until it receives Defendants' amended expert reports that conform to the Federal Rules of Civil Procedure;

**THE PARTIES THEREFORE STIPULATE** that the deadlines in the Order be amended and extended as follows:

Last day for Plaintiff to provide Defendants with rebuttal expert reports and witness is September 22, 2023;

Last day to notice motions re expert discovery and close of expert discovery is October 15, 2023;

Last day to file dispositive motions is November 15, 2023;

Last day to hear dispositive motion is December 30, 2023;

Final pretrial conference is March 8, 2024;

Trial is scheduled for May 6, 2024 – May 10, 2024.

Dated: August 15, 2023          Respectfully Submitted,

                                LAW OFFICES OF ANDREW L. PACKARD

                                By:     /s/ William N. Carlon
                                William N. Carlon
                                Attorneys for Plaintiff
                                CALIFORNIA OPEN LANDS

Dated:  August 15, 2023         ABBOTT & KINDERMANN, INC.

                                By:    /s/ Glen Hansen
                                Glen Hansen
                                Attorneys for Defendants
                                BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS,
                                DENNIS SCHMIDT, ERIC MILLER

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: August 15, 2023                          By: /s/ William N. Carlon

# ORDER

Having reviewed the parties' stipulation, with good cause shown, the Court orders that the pretrial schedule be amended and extended as follows:

Last day for Plaintiff to provide Defendants with rebuttal expert reports and witness is September 22, 2023;

Last day to notice motions re expert discovery and close of expert discovery is October 15, 2023;

Last day to file dispositive motions is November 15, 2023;

Last day to hear dispositive motion is January 4, 2024, at 1:30 PM;

Final pretrial conference is March 7, 2024, at 1:30 PM;

Jury Trial is scheduled for May 6, 2024, at 9:00 AM.

Dated:  August 16, 2023          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE