ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com
        wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail:ghansen@aklandlaw.com
       dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>       Plaintiff,<br><br>   v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>       Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**STIPULATION RE DEADLINES AND [PROPOSED] ORDER** |

1   Plaintiff CALIFORNIA OPEN LANDS ("Plaintiff") and Defendants BUTTE COUNTY
2  DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER ("Defendants")
3  (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:
4   WHEREAS, the Parties hereby incorporate the "WHEREAS" clauses of their prior stipulations,
5  Dkt. Nos. 68 at 1:4-4:2; 76 at 2:6-21; and, 84 at 2:6-28.
6   WHEREAS, the Parties stipulated, and the Court ordered, that the last day for Plaintiff to
7  provide Defendants with rebuttal expert reports and witnesses was September 22, 2023; the last day to
8  notice motion re expert discovery and close of expert discovery be continued to October 15, 2023; the
9  last day to file dispositive motions be continued to November 15, 2023; the last day to hear dispositive
10 motions be continued to December 30, 2023; the final pretrial conference be continued to March 8,
11 2024; and, the trial to be continued to May 6, 2024 – May 10, 2024.  Dkt. Nos. 73, 76, and 85.
12  WHEREAS, on September 22, 2023, Plaintiff noticed the deposition of Sean Covington, one of
13 Defendants' three declared experts, to be held on October 12, 2023;
14  WHEREAS, on September 28, 2023, Defendants informed Plaintiff that Mr. Covington was not
15 available at all between then and the cut-off of expert discovery;
16  WHEREAS, on September 29, 2023, Defendants noticed the deposition of Plaintiff's declared
17 expert Matthew Hagemann, to be held on October 13, 2023;
18  WHEREAS, the parties were unable to find a time before the cutoff to schedule Mr. Covington's
19 deposition;
20  WHEREAS, on October 10, 2023, Mr. Hagemann informed counsel for Plaintiff that he had
21 been ill for four days, and was unable to prepare for the deposition on October 13th, and that he was
22 worried he would not be healthy enough to attend the deposition;
23  WHEREAS, the parties have worked cooperatively to schedule and conduct the depositions of
24 Ginger Fodge and Eric Miller, two of the County's three declared experts; and the deposition of Travis
25 Peterson, the County's declared rebuttal expert witness within the cutoff date;
26  WHEREAS, the parties have made best efforts to make their respective experts available, but
27 due to circumstances outside their control, will be unable to conduct the two remaining depositions of
28 Mr. Covington and Mr. Hagemann within the remaining time left to conduct expert discovery;

WHEREAS, a brief extension of 30 days on all remaining case management deadlines would provide the parties time to complete the remaining depositions;

WHEREAS, the law firm of Abbott & Kindermann, Inc. (counsel for Butte County in this case) is also the lead counsel, and counsel of record, for Respondent County of El Dorado in the matter of *Sheetz v. County of El Dorado*, before the United States Supreme Court as case no. 22-1074; the Supreme Court granted *certiorai* in the *Sheetz* case on September 29, 2023 (https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/22-1074.html); the Supreme Court Clerk announced that oral argument in *Sheetz* will be either in January or February 2024, but a specific date for oral argument has not been scheduled as of the date this Stipulation is executed by the Parties; in December 2023 and January 2024, Abbott & Kindermann will need to prepare for that oral argument and review the many anticipated amicus curiae briefs; and Defendants will need to present to this Court a revision to the dates presented in this Stipulation once the Supreme Court announces a specific date upon which oral argument will be made in the *Sheetz* case, due to the unavailability of Abbott & Kindermann prior to and during that oral argument;

**THE PARTIES THEREFORE STIPULATE, AND SEEK AN ORDER OF THE COURT** that the deadlines in the Order be amended and extended as follows:

Last day to notice motions re expert discovery and close of expert discovery is November 15, 2023;

Last day to file dispositive motions is December 15, 2023;

Last day to hear dispositive motion is January 30, 2023;

Final pretrial conference is April 8, 2024;

Trial is scheduled for June 6, 2024 – June 10, 2024.

Dated: October 12, 2023            Respectfully Submitted,

LAW OFFICES OF ANDREW L. PACKARD

By:     /s/ William N. Carlon
William N. Carlon
Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

Dated: October 12, 2023     ABBOTT & KINDERMANN, INC.

By:   /s/ Glen Hansen
Glen Hansen
Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, ERIC MILLER

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: October 12, 2023                  <u>By: /s/ William N. Carlon</u>

**IT IS SO ORDERED.**

**Dated: _____**

_____
**THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE**