ANDREW L. PACKARD (State Bar No. 168690)
WILLIAM N. CARLON (State Bar No. 305739)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com
         wncarlon@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail:ghansen@aklandlaw.com
        dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's October 13, 2023 Order, ECF No. 88, and in light of the Supreme Court's scheduling of *Sheetz v. County of El Dorado* (case no. 22-1074) for oral argument, the parties have prepared and submit the following joint status report:

*Sheetz v. County of El Dorado* is set for oral argument on January 9, 2024. Accordingly, the parties stipulate to the following trial schedule:

1. Last day to file dispositive motions – January 18, 2024
2. Last day to hear dispositive motions – February 22, 2024
3. Pretrial Conference – April 11, 2024
4. Trial – June 24, 2024 – June 28, 2024

Dated: November 30, 2023           Respectfully Submitted,

　　　　　　　　　　　　　　　　　　LAW OFFICES OF ANDREW L. PACKARD

　　　　　　　　　　　　　　　　　　By:     /s/ William N. Carlon
　　　　　　　　　　　　　　　　　　William N. Carlon
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　CALIFORNIA OPEN LANDS

Dated: November 30, 2023           ABBOTT & KINDERMANN, INC.

　　　　　　　　　　　　　　　　　　By:     /s/ Glen Hansen
　　　　　　　　　　　　　　　　　　Glen Hansen
　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS,
　　　　　　　　　　　　　　　　　　DENNIS SCHMIDT, ERIC MILLER

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: November 30, 2023                               By: /s/ William N. Carlon