ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>        Plaintiff,<br><br>    v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, AND DENNIS SCHMIDT,<br><br>        Defendants. | Case No: 2:20-cv-00123-DJC-DMC<br><br>**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>(FRCP 56; Eastern District Civil L.R. 260)<br><br>Hearing Date: February 29, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10, Hon. Daniel J. Calabretta<br>Trial Date: June 24, 2024 |

Plaintiff's Appendix of Exhibits
In Support of Partial
Motion for Summary Judgment          1          Case No.: 2:20-cv-00123-DJC-DMC

Brian D. Acree (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

William N. Carlon (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

APPENDIX OF EXHIBITS

Plaintiff California Open Lands submits this Appendix of Exhibits in support of its Motion for Partial Summary Judgment filed concurrently.

| Exhibit and Page Nos. | Document |
|---|---|
| Ex. 1, pp. 2-76 | SCS Engineers Module 4 Seep Notification, March 13, 2019 |
| Ex. 2, pp. 78-109 | Excerpts of the Deposition of Eric Miller, May 25, 2023 |
| Ex. 3, pp. 111-114 | Excerpt of Defendants' Responses to Requests for Admission, Set Two |
| Ex. 4, pp. 116-160 | Storm Water Pollution Prevention Plan, September 30, 2019 |
| Ex. 5, pp. 162-229 | Storm Water Pollution Prevention Plan, February 21, 2021 |
| Ex. 6, pp. 231-236 | Excerpts of the Deposition of Sean Covington, October 25, 2023 |
| Ex. 7, pp. 238-239 | Army Corps of Engineer Compliance Inspection Report, June 28, 2011 |
| Ex. 8, pp. 241-299 | Perpetual Conservation Easement Grant No. 2007-0051757, November 2, 2007 |
| Ex. 9, pp. 301-309 | Excerpts of the Deposition of Travis Peterson, October 10, 2023 |
| Ex. 10, pp. 311-326 | Excerpts of the Deposition of Craig Cissell, May 16, 2023 |

Plaintiff's Appendix of Exhibits
In Support of Partial
Motion for Summary Judgment                3                Case No.: 2:20-cv-00123-DJC-DMC

| Ex. 11, pp. 328-578 | Storm Water Pollution Prevention Plan, June 24, 2015 |
|---|---|
| Ex. 12, pp. 580-684 | Storm Water Pollution Prevention Plan, August 6, 2014 |
| Ex. 13, pp. 686-687 | Excerpt of Second Quarter 2015 Monitoring Report |
| Ex. 14, pp. 689-690 | Excerpt of First Quarter 2016 Monitoring Report |
| Ex. 15, pp. 692-693 | Excerpt of Third Quarter 2016 Monitoring Report |
| Ex. 16, pp. 695-696 | Excerpt of Second Quarter 2018 Monitoring Report |
| Ex. 17, pp. 698-699 | Excerpt of Second Quarter 2020 Monitoring Report |
| Ex. 18, pp. 701-702 | Excerpt of First Quarter 2021 Monitoring Report |
| Ex. 19, pp. 704-705 | Excerpt of Second Quarter 2021 Monitoring Report |
| Ex. 20, pp. 707-708 | Excerpt of Third Quarter 2021 Monitoring Report |
| Ex. 21, pp. 710-711 | Excerpt of Fourth Quarter and Annual 2014 Monitoring Report |
| Ex. 22, pp. 713-722 | State Water Resources Control Board Notice of Violation, August 19, 2021. |
| Ex. 23, pp. 724-797 | Mutual Settlement Agreement and Release, April 25, 2022 |

| Ex. 24, pp. 799-809 | Letter from Gregory Einhorn, July 13, 2022 |
|---|---|
| Ex. 25, pp. 811-813 | Letter from Gregory Einhorn, June 16, 2023 |
| Ex. 26, pp. 815-833 | Technical Memorandum: "Summary of NRRWF's Module 4 Rainfly Installation Project, 2022," March 17, 2022 |
| Ex. 27, pp. 835-836 | Storm Water Pollution Prevention Plan Amendment, January 17, 2017 |
| Ex. 28, pp. 838-839 | Excerpt of Waste Discharge Requirements Order R5-2022-0009 |
| Ex. 29, pp. 841-847 | Excerpt of Butte County's Second Amended Responses to Requests for Admission |

Dated January 18, 2024

LAW OFFICE OF WILLIAM CARLON


By:  /s/ William Carlon
William Carlon
Attorney for Plaintiff
CALIFORNIA OPEN LANDS

# EXHIBIT 1

# SCS ENGINEERS    Environmental Consultants & Contractors

March 13, 2019
File No. 01212215.03


Mr. Patrick DeCarvalho
Central Valley Regional Water Quality Control Board
364 Knollcrest Drive, Suite 205
Redding, CA 96002

Subject:    Module 4 Seep Notification, Neal Road Recycling and Waste Facility, Butte County,
California


Dear Mr. De Carvalho:

This letter is to inform you of seepage from Module 4 initially observed on February 14, 2019 at the
Neal Road Recycling and Waste Facility (NRRWF) in Butte County, California.  Per Waste Discharge
Requirements (WDR) Order No. R5-2011-0049, this letter includes the following information:

   a.  *A map showing the locations of seepage;*

   b.  *An estimate of the flow rate;*

   c.  *A description of the nature of the discharge (e.g., all pertinent observations and
       analyses);*

   d.  *Verification that samples have been submitted for analyses of the COC and monitoring
       parameters, and an estimated date that the results will be submitted to the Central
       Valley Water Board; and*

   e.  *Corrective measures underway or proposed, and corresponding time schedule.*

SCS Engineers (SCS) is submitting this seep notification on behalf of Butte County.

*A map showing the locations of seepage*
Attached as Exhibit 1, Map of NRRWF Leachate Seeps.

*An estimate of the flow rate*
The flow rate into the storm water basin #4 was estimated at up to approximately 475 gallons per
hour, as observed on 2/14/19, and 90 gallons per hour on 3/6/19.

*A description of the nature of the discharge*
On February 14, 2019, seeps were first observed on the lower portion of the Module 4 sliver fill area
following a large precipitation event.  The seeps were observed to be flowing into the Module 4 storm

**Patrick DeCarvalho**
**March 13, 2019**
**Page 2**

water basin #4.  NRRWF staff later discovered that the Module 4 storm water basin #4 liquid was being pumped into a ditch which gravity flows into the primary sedimentation basin.  Pumping was immediately ceased, however the pump was inadvertently turned on before being shut down again.

Off-site discharge of storm water was also observed at NRRWF for the first time since December 2014, and so, storm water samples were collected from run-on and run-off locations.

A second storm water discharge sample was collected on February 26 and additional seep samples were collected from the Module 4 fill area and storm water basin #4 on February 28, 2019.

A log of NRRWF staff observations is provided as Exhibit 2 and photographs of the Module 4 seep are included as Exhibit 3.

*Verification that samples have been submitted for analyses of the COC and monitoring parameters, and an estimated date that the results will be submitted to the Central Valley Water Board*

Samples were collected by SCS Engineers (SCS) from the Module 4 fill area, drainage ditch, and storm water basin #4 on February 19, 2019 for the routine and COC monitoring parameters.  Additional samples were collected by SCS from the Module 4 fill area and storm water basin #4 on February 28, 2019, for the routine monitoring parameters.  Copies of the chain-of-custody forms for these samples are included as Exhibit 4.  Analytical results for the samples collected on February 19, 2019 were reported by the laboratory on March 12, 2019, and are included in Exhibit 4.  The samples collected on February 28, 2019 are due to be reported by the laboratory on March 15, 2019.

*Corrective action measures underway or proposed, and corresponding time schedule*

Immediate corrective actions have included the covering of the seeps with dirt and diverting seeps upstream from vulnerable areas.  Additional dirt is added as necessary, although access to the toe of Module 4 has been difficult due to muddy conditions.

The transfer of liquid from storm water basin #4 into the upstream drainage ditch, which drains into the primary sedimentation basin, has ceased.

Within 1-2 weeks, NRRWF will transfer liquid from storm water basin #4 into the primary septage pond (liquid waste impoundment), which is lined with an HDPE liner.

For questions regarding the content of this letter, please contact Eric Miller, Butte County at 530-879-2351 or the undersigned at 916-361-1297.

Sincerely,

Patrick Harms
Project Geologist
SCS Engineers

E. Wayne Pearce
Vice President
SCS Engineers

BUTTE01694

**Patrick DeCarvalho**
**March 12, 2019**
**Page 3**

ph/wp/em

Encl.    Exhibit 1 – Map of NRRWF Seeps, February 2019

Exhibit 2 – NRRWF Staff Observations, Module 4 Seep Reporting

Exhibit 3 – Photographs

Exhibit 4 – Laboratory Report and Chain-of-Custody Forms

BUTTE01695



Exhibit 1 - Map of NRRWF Seeps
February 2019

Neal Road Recycling and Waste Facility
Butte County

Feb 14, 2019 seeps
Feb 26, 2019 seeps
Mar 6, 2019 seeps
Pump/path to discharge

BUTTE01696

Exhibit 2 - NRRWF Staff Observations, Module 4 Seep Reporting

Observations: NRRWF Staff [Eric Miller, Manager, Steve Jackson, Engineering Technician]

| Date | Precip (in) | Observations |
|---|---|---|
| 2/13/19 | 1.87 | Flood Watch & Flood Warning in effect (Qualified Storm Event [QSE] 1) |
| 2/14/19 | 2.75 | 07:44 - NRRWF began discharging storm water from SW-1.   Numerous leachate pop-outs observed along the toe and mid-slope of Module 4.  Rills observed draining into temporary storm water basin #4, estimated flow of 475 gph. |
| " | - | 09:00 to 11:00 - Storm water samples collected from SW-1 and SW-2 (upstream location). |
| " | - | 13:30 -Numerous leachate pop-outs observed along the toe and mid-slope of Module 4.  Rills observed draining into temporary storm water basin #4, estimated flow of 475 gph (rough estimate). |
| " | - | 13:40 - staff became aware that a 6" pump was transferring water from storm water basin #4 and discharging it into a ditch that drains into NRRWF's primary sedimentation basin #1.  Pump was shut down immediately. |
| " | - | 15:36 - Observations reported to NRRWF management. |
| 2/15/19 | 0.01 | Management coordinates NRRWF consultant to collect samples from storm water basin #4.  Samples collected on February 19. |
| 2/15-2/22 | 0.13 | LF crews correct leachate pop-outs on Module 4 by covering areas with soil.  Five areas  of concern reduced to one area. |
| 2/25/19 | 0.25 | Consultant/management team coordinates for future sampling rounds, as needed |
| 2/26/19 | 1.55 | 08:00 - SWPPP weekly inspection.  New leachate pop-outs observed at toe of Module 4, liquids discharged into storm water basin #4. |
| " | - | 12:44 - NRRWF began discharging storm water from SW-1.  (13:00-15:00) - samples collected from SW-1, SW-2 and SW-3.  (15:45 - contacted NRRWF consultant to visit site and sample leachate problem areas. |
| 2/27/19 | 2.12 | 07:41 - NRRWF technician observed that 6" pump was delivering water from storm water basin #4 into the ditch draining into the primary sedimentation basin.  THIS HAS SINCE BEEN CORRECTED. |
| 2/28/19 | 0.05 | NRRWF consultant on-site to sample leachate pop-outs, three samples collected (1. from leachate pop-out located on Module 4, 2. from storm water basin #4, and 3. from primary sedimentation basin). |
| 3/4-3/5 | 0.94 | NRRWF staff continues to monitor |
| | | 10:45 - NRRWF staff observed new leachate pop-outs on the slope and toe of Module 4.  Black stained rills observed.  Liquid had fou odor and drained into storm water pond #4.  Estimated flow rate is 90gph.  Liquid was not transferred and remains in storm water |
| 3/6/19 | 0.49 | pond #4.   NRRWF management notified RWQCB staff via phone and email. |

NOTES

| | | |
|---|---|---|
| 10/2/18-3/7/19 | 26.83 | Total rainfall received at NRRWF from 10/2/18 thru 3/7/19.  Source: NRRWF rain gauge. |

BUTTE01697

Exhibit 3 - Photographs

Neal Road Recycling and Waste Facility, Butte County



Storm water basin #4 below Module 4 sliver fill area.

BUTTE01698

Exhibit 3 - Photographs

Neal Road Recycling and Waste Facility, Butte County



Module 4 seep run-on into storm water basin #4

Exhibit 3 - Photographs

Neal Road Recycling and Waste Facility, Butte County



Module 4 seep run-on into storm water basin #4

BUTTE01700

**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

Date of Report: 03/12/2019

Wayne Pearce

SCS Engineers

3117 Fite Circle, Suite 108
Sacramento, CA 95827

| | |
|---|---|
| Client Project: | [none] |
| BCL Project: | Neal Road LF - WW |
| BCL Work Order: | 1905434 |
| Invoice ID: | B333297 |

Enclosed are the results of analyses for samples received by the laboratory on 2/20/2019. If you have any questions concerning this report, please feel free to contact me.

Sincerely,

Contact Person: Vanessa Sandoval
Client Service Rep

Stuart Buttram
Technical Director

Certifications: CA ELAP #1186; NV #CA00014; OR ELAP #4032-001; AK UST101

The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953     4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918  www.bclabs.com
Page 1 of 66
15
BUTTE01701



**BC** *Laboratories, Inc.*
Environmental Testing Laboratory Since 1949

# Table of Contents

**Sample Information**
Chain of Custody and Cooler Receipt form.................................................................. 3
Laboratory / Client Sample Cross Reference................................................................ 7

**Sample Results**
**1905434-01  -  Module 5 Seep 5D Basin 5**
Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)....................................... 8
Chlorinated Herbicides (EPA Method 8151A)............................................................... 9
Volatile Organic Analysis  (EPA Method 8260B)........................................................ 10
Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)................ 13
Water Analysis (General Chemistry).......................................................................... 16
Metals Analysis......................................................................................................... 17
**1905434-02  -  Module 4 Seep Fill Area**
Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)..................................... 18
Chlorinated Herbicides (EPA Method 8151A)............................................................. 19
Volatile Organic Analysis  (EPA Method 8260B)........................................................ 20
Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)................ 23
Water Analysis (General Chemistry).......................................................................... 26
Metals Analysis......................................................................................................... 27
**1905434-03  -  Module 4 Storm Water Ditch**
Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)..................................... 28
Chlorinated Herbicides (EPA Method 8151A)............................................................. 29
Volatile Organic Analysis  (EPA Method 8260B)........................................................ 30
Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)................ 33
Water Analysis (General Chemistry).......................................................................... 36
Metals Analysis......................................................................................................... 37
**1905434-04  -  QCTB**
Volatile Organic Analysis  (EPA Method 8260B)........................................................ 38

**Quality Control Reports**
**Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)**
Method Blank Analysis............................................................................................... 41
Laboratory Control Sample........................................................................................ 42
Precision and Accuracy............................................................................................. 43
**Chlorinated Herbicides (EPA Method 8151A)**
Method Blank Analysis............................................................................................... 44
Laboratory Control Sample........................................................................................ 45
Precision and Accuracy............................................................................................. 46
**Volatile Organic Analysis  (EPA Method 8260B)**
Method Blank Analysis............................................................................................... 47
Laboratory Control Sample........................................................................................ 50
Precision and Accuracy............................................................................................. 51
**Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)**
Method Blank Analysis............................................................................................... 52
Laboratory Control Sample........................................................................................ 55
Precision and Accuracy............................................................................................. 56
**Water Analysis (General Chemistry)**
Method Blank Analysis............................................................................................... 58
Laboratory Control Sample........................................................................................ 59
Precision and Accuracy............................................................................................. 60
**Metals Analysis**
Method Blank Analysis............................................................................................... 62
Laboratory Control Sample........................................................................................ 63
Precision and Accuracy............................................................................................. 64

**Notes**
Notes and Definitions................................................................................................ 66

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation
Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com
Page 2 of 66
16
BUTTE01702

**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

Chain of Custody and Cooler Receipt Form for 1905434    Page 1 of 4

## Chain of Custody & Sample Information Record

**Client:** SCS Engineers

**Address:** 3117 Fite Circle, Suite 108

**Contact:** Wayne Pearce

**Phone No.** (916) 361-1297

**Project Name:** Neal Road Landfill

**Turn Around Time:**
[ ] 24 Hour  [ ] 48 Hour Rush  [ ] 3-5 Day Rush  [X] Routine

**Sample Matrix**
DW = Drinking Water
WW = Wastewater
GW = Groundwater
WM = Monitoring Well
S = Soil
SW = Stormwater
M = Miscellaneous

### Sampler Information

**Name:** Art Volonte

**Employer:** SCS Engineers

**Signature:**

### Additional Reporting Requests
Include QC Chain Package: [ ] Yes [ ] No
FAX Results: [ ] Yes [ ] No
Email Results: [ ] Yes [ ] No
State COC: [ ] Yes [ ] No

**Notes**

Shortening Times

Nitrate as N

Dissolved Metals: Al, Sb, Ba, Be

Cd, Cr, Co, Cu, Ag, Sn, V, Zn, Fe
Mn, As, Pb, Hg, Ni, Se, Th

See worksheet directions/Mirror
rejected analyses

Page  1  of  1

| Sample ID | Date | Time | TDS | Bicarbonate/Carbonate | Chloride | Sulfate | Nitrate as N | Nitrite as N | Ca, Mg, K, Na | TOC | Dissolved Metals | Dissolved Organics-Selected | VOCs (extended list), 8260B | SVOCs (8270C) | Chloro Herbs (8151A) | Oxy (8015A) | Short Holding Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/13/19 | 1100 | X | X | X | X | X | X | X | X | X | X | X | | X | X | |
| | 2/14/19 | 1040 | X | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | | |
| | 2/14/19 | 1245 | X | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | | |

**CHK BY**

**Relinquished By (sign)** / **Print Name / Company** / **Date / Time**

Art Volonte / SCS Engineers / 2/15/19 1400
Wade Ellis / BCL / 2/15/19 1445

**Received By (Sign)** / **Print Name / Company**

Wade Ellis / BCL
Krishma Gaonkar / BCL

**Lab No.**

**Temperature** °C

Cl Cooler Blank

**Lab Notes**

### QC'S

| | | |
|---|---|---|

**(For Lab Use Only)**

| Sample(s) Submitted on Ice? | Yes | No |
|---|---|---|
| Custody Seal(s) Intact? | Yes | No |
| Sample(s) Intact? | Yes | No |

---

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953      4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918  www.bclabs.com

17



**BC** *Laboratories, Inc.*
Environmental Testing Laboratory Since 1949

Chain of Custody and Cooler Receipt Form for 1905434     Page 2 of 4

| BC LABORATORIES INC. | COOLER RECEIPT FORM | Page 1 of 3 |
|---|---|---|

Submission #: 19-05434

**SHIPPING INFORMATION**
Fed Ex ☐   UPS ☐   Ontrac ☐   Hand Delivery ☐
BC Lab Field Service ☐   Other ☒ (Specify) _QA&C_

**SHIPPING CONTAINER**
Ice Chest ☒   None ☐   Box ☐
Other ☐ (Specify)

**FREE LIQUID**
YES ☐ NO ☐
W / S

Refrigerant:   Ice ☒   Blue Ice ☐   None ☐   Other ☐   Comments:

Custody Seals   Ice Chest ☐   Containers ☐   None ☒   Comments:
Intact? Yes ☐ No ☐     Intact? Yes ☐ No ☐

All samples received?   Yes ☒ No ☐     All samples containers intact?   Yes ☐ No ☐     Description(s) match COC?   Yes ☒ No ☐

**COC Received**
☒ YES   ☐ NO

Emissivity: 0.97   Container: PE   Thermometer: 274   Date/Time: 2-20-9
Temperature: ( A ) 2.3 °c ( C ) 2.7 °c   Analyst Init:   0840

| SAMPLE CONTAINERS | SAMPLE NUMBERS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| QT PE UNPRES | D | | | | | | | | | |
| 4oz / 8oz / 16oz PE UNPRES | E,F | | | | | | | | | |
| 8oz Cont   VOC   Unpres LU2   sanples | G | | | | | | | | | |
| QT INORGANIC CHEMICAL METALS | | | | | | | | | | |
| INORGANIC CHEMICAL METALS 4oz / 8oz / 16oz | | | | | | | | | | |
| PT CYANIDE | | | | | | | | | | |
| PT NITROGEN FORMS | | | | | | | | | | |
| PT TOTAL SULFIDE | | | | | | | | | | |
| 2oz NITRATE / NITRITE | | | | | | | | | | |
| PT TOTAL ORGANIC CARBON | H | | | | | | | | | |
| PT CHEMICAL OXYGEN DEMAND | | | | | | | | | | |
| Pta PHENOLICS | | | | | | | | | | |
| 40ml VOA VIAL TRAVEL BLANK | | | | | | | | | | |
| 40ml VOA VIAL | CBU₂ | M₁₂ | | | | | | | | |
| QT EPA 1664 | | | | | | | | | | |
| PT ODOR | | | | | | | | | | |
| RADIOLOGICAL | | | | | | | | | | |
| BACTERIOLOGICAL | | | | | | | | | | |
| 40 ml VOA VIAL - 504 | | | | | | | | | | |
| QT EPA 524/524.2 | NG   CTL | I | | | | | | | | |
| QT EPA 525.1/525 | CBL₂ | J | | | | | | | | |
| QT EPA 525 | | | | | | | | | | |
| QT EPA 525 TRAVEL BLANK | | | | | | | | | | |
| 40ml EPA 547 | | | | | | | | | | |
| 40ml EPA 531.1 | | | | | | | | | | |
| 8oz EPA 548 | | | | | | | | | | |
| QT EPA 549 | | | | | | | | | | |
| QT EPA 9035M | | | | | | | | | | |
| QT EPA 8330 | K | | | | | | | | | |
| 8oz / 16oz / 32oz AMBER | L | | | | | | | | | |
| 8oz / 16oz / 32oz JAR | | | | | | | | | | |
| SOIL SLEEVE | | | | | | | | | | |
| PCB VIAL | | | | | | | | | | |
| PLASTIC BAG | | | | | | | | | | |
| TEDLAR BAG | | | | | | | | | | |
| FERROUS IRON | | | | | | | | | | |
| ENCORE | | | | | | | | | | |
| SMART KIT | | | | | | | | | | |
| SUMMA CANISTER | | | | | | | | | | |

Comments:
Sample Numbering Completed By:   Date/Time: 2-20-19   1400   Rev 21   05/03/2018
A = Actual   /   C = Corrected   (BC\4Bhara\WordPerfect\LAB_BC:CM\CRME:14WP\Rev 20)

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

Chain of Custody and Cooler Receipt Form for 1905434     Page 3 of 4

| BC LABORATORIES INC. | COOLER RECEIPT FORM | Page 3 of 3 |
|---|---|---|

Submission #: 19-05434

| SHIPPING INFORMATION | SHIPPING CONTAINER | FREE LIQUID |
|---|---|---|
| Fed-Ex ☐   UPS ☐   Ontrac ☐   Hand Delivery ☐  BC Lab Field Service ☐   Other ☒ (Specify) ___ | Ice Chest ☒   None ☐   Box ☐  Other ☐ (Specify) ___ | YES ☐  NO ☐  W / S |

Refrigerant:   Ice ☒   Blue Ice ☐   None ☐   Other ☐   Comments:

Custody Seals   Ice Chest ☐   Containers ☐   None ☒   Comments:
Intact? Yes ☐ No ☐   Intact? Yes ☐ No ☐

All samples received?   Yes ☒   No ☐     All samples containers intact?   Yes ☐   No ☐     Description(s) match COC?   Yes ☐   No ☐

| COC Received  ☒ YES   ☐ NO | Emissivity: 0.97   Container: PE   Thermometer ID: 214   Date/Time 2-20-19  Temperature: [A] 0.8 °C   [C] 1-2 °C   Analyst Init. ___ 0840 |
|---|---|

| SAMPLE CONTAINERS | SAMPLE NUMBERS |
|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| QT PE UNPRES | D |  |  |  |  |  |  |  |  |  |
| 4oz / 8oz / 16oz PE UNPRES | EF |  |  |  |  |  |  |  |  |  |
| 8oz / M25 metals saple. PG | G |  |  |  |  |  |  |  |  |  |
| QT INORGANIC CHEMICAL METALS |  |  |  |  |  |  |  |  |  |  |
| INORGANIC CHEMICAL METALS 4oz / 8oz / 16oz |  |  |  |  |  |  |  |  |  |  |
| PT CYANIDE |  |  |  |  |  |  |  |  |  |  |
| PT NITROGEN FORMS |  |  |  |  |  |  |  |  |  |  |
| PT TOTAL SULFIDE |  |  |  |  |  |  |  |  |  |  |
| 2oz. NITRATE / NITRITE |  |  |  |  |  |  |  |  |  |  |
| PT TOTAL ORGANIC CARBON | H |  |  |  |  |  |  |  |  |  |
| PT CHEMICAL OXYGEN DEMAND |  |  |  |  |  |  |  |  |  |  |
| PIA PHENOLICS |  |  |  |  |  |  |  |  |  |  |
| 40ml VOA VIAL TRAVEL BLANK |  |  |  |  |  |  |  |  |  |  |
| 40ml VOA VIAL   Ultra | ABC |  |  |  |  |  |  |  |  |  |
| QT EPA 1664 |  |  |  |  |  |  |  |  |  |  |
| PT ODOR |  |  |  |  |  |  |  |  |  |  |
| RADIOLOGICAL |  |  |  |  |  |  |  |  |  |  |
| BACTERIOLOGICAL |  |  |  |  |  |  |  |  |  |  |
| 40 ml VOA VIAL -50s |  |  |  |  |  |  |  |  |  |  |
| QT EPA 80260/8015   8141   1772 | I |  |  |  |  |  |  |  |  |  |
| QT EPA 515.3/8150   Ultra | J |  |  |  |  |  |  |  |  |  |
| QT EPA 525 |  |  |  |  |  |  |  |  |  |  |
| QT EPA 525 TRAVEL BLANK |  |  |  |  |  |  |  |  |  |  |
| 40ml EPA 547 |  |  |  |  |  |  |  |  |  |  |
| 40ml EPA 531.1 |  |  |  |  |  |  |  |  |  |  |
| 8oz EPA 548 |  |  |  |  |  |  |  |  |  |  |
| QT EPA 549 |  |  |  |  |  |  |  |  |  |  |
| QT EPA 8015M |  |  |  |  |  |  |  |  |  |  |
| QT EPA 8270 |  |  |  |  |  |  |  |  |  |  |
| 8oz / 16oz / 32oz AMBER | K |  |  |  |  |  |  |  |  |  |
| 8oz / 16oz / 32oz JAR |  |  |  |  |  |  |  |  |  |  |
| SOIL SLEEVE |  |  |  |  |  |  |  |  |  |  |
| PCB VIAL |  |  |  |  |  |  |  |  |  |  |
| PLASTIC BAG |  |  |  |  |  |  |  |  |  |  |
| TEDLAR BAG |  |  |  |  |  |  |  |  |  |  |
| FERROUS IRON |  |  |  |  |  |  |  |  |  |  |
| ENCORE |  |  |  |  |  |  |  |  |  |  |
| SMART KIT |  |  |  |  |  |  |  |  |  |  |
| SUMMA CANISTER |  |  |  |  |  |  |  |  |  |  |

Comments:
Sample Numbering Completed By: JPL   Date/Time: 2/20/19   Rev 23  06/23/2016
A = Actual   /   C = Corrected

The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

Chain of Custody and Cooler Receipt Form for 1905434     Page 4 of 4

| BC LABORATORIES INC. | COOLER RECEIPT FORM | Page 3 of 3 |
|---|---|---|

Submission #: 19-03434

**SHIPPING INFORMATION**
Fed Ex ☐   UPS ☐   Ontrac ☐   Hand Delivery ☐
BC Lab Field Service ☐   Other ☒ (Specify) Use

**SHIPPING CONTAINER**
Ice Chest ☒   None ☐   Box ☐
Other ☐ (Specify)

**FREE LIQUID**
YES ☐ NO ☐
W / S

Refrigerant: Ice ☒   Blue Ice ☐   None ☐   Other ☐   Comments:

Custody Seals   Ice Chest ☐   intact? Yes ☐ No ☐
Containers ☐   intact? Yes ☐ No ☐
None ☒   Comments:

All samples received? Yes ☐ No ☒
All samples containers intact? Yes ☒ No ☐
Description(s) match COC? Yes ☒ No ☐

**COC Received**
☒ YES   ☐ NO

Emissivity: 0.97   Container: PE   Thermometer ID: 024   Date/Time: 2-20-19
Temperature: (A) 1.8 °C / (C) 2.2 °C   Analyst Init: 09:40

| SAMPLE CONTAINERS | SAMPLE NUMBERS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| QT PE UNPRES | | | | | | | | | | |
| 4oz / 8oz / 16oz PE UNPRES | E,E | | | | | | | | | |
| 2oz-Cr+ | G | | | | | | | | | |
| QT INORGANIC CHEMICAL METALS | | | | | | | | | | |
| INORGANIC CHEMICAL METALS 4oz / 8oz / 16oz | | | | | | | | | | |
| PT CYANIDE | | | | | | | | | | |
| PT NITROGEN FORMS | | | | | | | | | | |
| PT TOTAL SULFIDE | | | | | | | | | | |
| 2oz. NITRATE / NITRITE | | | | | | | | | | |
| PT TOTAL ORGANIC CARBON | 4 | | | | | | | | | |
| PT CHEMICAL OXYGEN DEMAND | | | | | | | | | | |
| P/A PHENOLICS | | | | | | | | | | |
| 40ml VOA VIAL TRAVEL BLANK | | A | | | | | | | | |
| 40ml VOA VIAL | | | | | | | | | | |
| QT EPA 1664 | | | | | | | | | | |
| PT ODOR | | | | | | | | | | |
| RADIOLOGICAL | | | | | | | | | | |
| BACTERIOLOGICAL | | | | | | | | | | |
| 40 ml VOA VIAL - 508 | | | | | | | | | | |
| QT EPA 500 series 525 | E | | | | | | | | | |
| QT EPA 515 / 515M | J | | | | | | | | | |
| QT EPA 525 | | | | | | | | | | |
| QT EPA 525 TRAVEL BLANK | | | | | | | | | | |
| 40ml EPA 547 | | | | | | | | | | |
| 40ml EPA 531.1 | | | | | | | | | | |
| 8oz EPA 548 | | | | | | | | | | |
| QT EPA 549 | | | | | | | | | | |
| QT EPA 8015M | | | | | | | | | | |
| QT EPA 8270 | B | | | | | | | | | |
| 8oz / 16oz / 32oz AMBER | L | | | | | | | | | |
| 8oz / 16oz / 32oz JAR | | | | | | | | | | |
| SOIL SLEEVE | | | | | | | | | | |
| FCB VIAL | | | | | | | | | | |
| PLASTIC BAG | | | | | | | | | | |
| TEDLAR BAG | | | | | | | | | | |
| FERROUS IRON | | | | | | | | | | |
| ENCORE | | | | | | | | | | |
| SMART KIT | | | | | | | | | | |
| SUMMA CANISTER | | | | | | | | | | |

Comments:
Sample Numbering Completed By: JRC   Date/Time: 2-20-19   Rev 21  05/23/2016

A = Actual   C = Corrected

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
*All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.*



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019  11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Laboratory / Client Sample Cross Reference

| Laboratory | Client Sample Information | | |
|---|---|---|---|
| **1905434-01** | COC Number: | --- | **Receive Date:** 02/20/2019  08:40 |
| | Project Number: | Neal Rd LF | **Sampling Date:** 02/19/2019  11:00 |
| | Sampling Location: | --- | **Sample Depth:** --- |
| | Sampling Point: | Module 5 Seep 5D Basin 5 | **Lab Matrix:** Water |
| | Sampled By: | Art Violenta of SCSE | **Sample Type:** Wastewater |
| | | | Metal Analysis: 2-Lab Filtered and Acidified past 15 minute holding time |
| **1905434-02** | COC Number: | --- | **Receive Date:** 02/20/2019  08:40 |
| | Project Number: | Neal Rd LF | **Sampling Date:** 02/19/2019  12:00 |
| | Sampling Location: | --- | **Sample Depth:** --- |
| | Sampling Point: | Module 4 Seep Fill Area | **Lab Matrix:** Water |
| | Sampled By: | Art Violenta of SCSE | **Sample Type:** Wastewater |
| | | | Metal Analysis: 2-Lab Filtered and Acidified past 15 minute holding time |
| **1905434-03** | COC Number: | --- | **Receive Date:** 02/20/2019  08:40 |
| | Project Number: | Neal Rd LF | **Sampling Date:** 02/19/2019  12:45 |
| | Sampling Location: | --- | **Sample Depth:** --- |
| | Sampling Point: | Module 4 Storm Water Ditch | **Lab Matrix:** Water |
| | Sampled By: | Art Violenta of SCSE | **Sample Type:** Wastewater |
| | | | Metal Analysis: 2-Lab Filtered and Acidified past 15 minute holding time |
| **1905434-04** | COC Number: | --- | **Receive Date:** 02/20/2019  08:40 |
| | Project Number: | Neal Rd LF | **Sampling Date:** 02/19/2019  12:45 |
| | Sampling Location: | --- | **Sample Depth:** --- |
| | Sampling Point: | QCTB | **Lab Matrix:** Water |
| | Sampled By: | Art Violenta of SCSE | **Sample Type:** Trip Blank |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation.

Report ID: 1000860953      4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com      Page 7 of 66

21

BUTTE01707



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| SCS Engineers | Reported: | 03/12/2019 11:59 |
|---|---|---|
| 3117 Fite Circle, Suite 108 | Project: | Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: | [none] |
| | Project Manager: | Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019 11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (86-50-0) Azinphos methyl | ND | ug/L | 0.20 | 0.17 | EPA-8141A | ND | | 1 |
| (35400-43-2) Bolstar | ND | ug/L | 0.20 | 0.079 | EPA-8141A | ND | | 1 |
| (2921-88-2) Chlorpyrifos | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (56-72-4) Coumaphos | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (8065-48-3) Demeton O/S | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (333-41-5) Diazinon | ND | ug/L | 0.20 | 0.080 | EPA-8141A | ND | | 1 |
| (62-73-7) Dichlorvos | ND | ug/L | 0.20 | 0.14 | EPA-8141A | ND | | 1 |
| (298-04-4) Disulfoton | ND | ug/L | 0.20 | 0.11 | EPA-8141A | ND | | 1 |
| (13194-48-4) Ethoprop | ND | ug/L | 0.20 | 0.078 | EPA-8141A | ND | | 1 |
| (115-90-2) Fensulfothion | ND | ug/L | 0.20 | 0.092 | EPA-8141A | ND | | 1 |
| (55-38-9) Fenthion | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (150-50-5) Merphos | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (298-00-0) Methyl parathion | ND | ug/L | 0.20 | 0.088 | EPA-8141A | ND | | 1 |
| (7786-34-7) Mevinphos | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (300-76-5) Naled | ND | ug/L | 0.50 | 0.11 | EPA-8141A | ND | | 1 |
| (298-02-2) Phorate | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (299-84-3) Ronnel (Fenchlorphos) | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (22248-79-9) Stirophos (Tetrachlorvinphos) | ND | ug/L | 0.20 | 0.072 | EPA-8141A | ND | | 1 |
| (34643-46-4) Tokuthion (Prothiofos) | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (327-98-0) Trichloronate | ND | ug/L | 0.20 | 0.091 | EPA-8141A | ND | | 1 |
| (115-86-6) Triphenylphosphate (Surrogate) | 39.6 | % | 50 - 130 (LCL - UCL) | | EPA-8141A | | S09 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8141A | 02/22/19 18:15 | 02/24/19 02:29 | ZZZ | GC-18 | 1 | B038532 |

The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Chlorinated Herbicides (EPA Method 8151A)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019  11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (94-75-7) 2,4-D | ND | ug/L | 4.0 | 0.61 | EPA-8151A | ND | A01 | 1 |
| (94-82-6) 2,4-DB | ND | ug/L | 30 | 9.6 | EPA-8151A | ND | A01 | 1 |
| (75-99-0) Dalapon | ND | ug/L | 100 | 2.8 | EPA-8151A | ND | A01 | 1 |
| (1918-00-9) Dicamba | ND | ug/L | 0.80 | 0.29 | EPA-8151A | ND | A01 | 1 |
| (120-36-5) Dichloroprop | ND | ug/L | 5.0 | 1.1 | EPA-8151A | ND | A01 | 1 |
| (88-85-7) Dinoseb | ND | ug/L | 2.0 | 0.51 | EPA-8151A | ND | A01 | 1 |
| (93-76-5) 2,4,5-T | ND | ug/L | 0.90 | 0.39 | EPA-8151A | ND | A01 | 1 |
| (93-72-1) 2,4,5-TP (Silvex) | ND | ug/L | 0.70 | 0.39 | EPA-8151A | ND | A01 | 1 |
| (19719-28-9) 2,4-Dichlorophenylacetic acid (Surrogate) | 82.5 | % | 40 - 120 (LCL - UCL) | | EPA-8151A | | A01 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8151A | 02/25/19 19:35 | 02/27/19 17:05 | ZZZ | GC-8 | 10 | B038840 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019  11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (71-43-2) Benzene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (74-97-5) Bromochloromethane | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-27-4) Bromodichloromethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (75-25-2) Bromoform | ND | ug/L | 2.5 | 1.4 | EPA-8260B | ND | A01 | 1 |
| (74-83-9) Bromomethane | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (108-90-7) Chlorobenzene | ND | ug/L | 2.5 | 0.46 | EPA-8260B | ND | A01 | 1 |
| (75-00-3) Chloroethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (67-66-3) Chloroform | ND | ug/L | 2.5 | 0.60 | EPA-8260B | ND | A01 | 1 |
| (74-87-3) Chloromethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (124-48-1) Dibromochloromethane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (96-12-8) 1,2-Dibromo-3-chloropropane | ND | ug/L | 5.0 | 2.2 | EPA-8260B | ND | A01 | 1 |
| (106-93-4) 1,2-Dibromoethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (74-95-3) Dibromomethane | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 2.5 | 0.36 | EPA-8260B | ND | A01 | 1 |
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 2.5 | 0.75 | EPA-8260B | ND | A01 | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 2.5 | 0.31 | EPA-8260B | ND | A01 | 1 |
| (75-71-8) Dichlorodifluoromethane | ND | ug/L | 2.5 | 0.50 | EPA-8260B | ND | A01 | 1 |
| (75-34-3) 1,1-Dichloroethane | ND | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (107-06-2) 1,2-Dichloroethane | ND | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (75-35-4) 1,1-Dichloroethene | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (156-59-2) cis-1,2-Dichloroethene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (156-60-5) trans-1,2-Dichloroethene | ND | ug/L | 2.5 | 0.75 | EPA-8260B | ND | A01 | 1 |
| (78-87-5) 1,2-Dichloropropane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (142-28-9) 1,3-Dichloropropane | ND | ug/L | 2.5 | 0.43 | EPA-8260B | ND | A01 | 1 |
| (594-20-7) 2,2-Dichloropropane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (563-58-6) 1,1-Dichloropropene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (10061-01-5) cis-1,3-Dichloropropene | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (10061-02-6) trans-1,3-Dichloropropene | ND | ug/L | 2.5 | 0.40 | EPA-8260B | ND | A01 | 1 |
| (100-41-4) Ethylbenzene | ND | ug/L | 2.5 | 0.49 | EPA-8260B | ND | A01 | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (75-09-2) Methylene chloride | ND | ug/L | 5.0 | 2.4 | EPA-8260B | ND | A01 | 1 |
| (1634-04-4) Methyl t-butyl ether | ND | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 2.5 | 1.8 | EPA-8260B | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953                    4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com                    Page 10 of 66

24                                                                                                                              BUTTE01710



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-01 | **Client Sample Name:** | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019  11:00:00AM, Art Violenta | | | | | |
|---|---|---|---|---|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (100-42-5) Styrene | ND | ug/L | 2.5 | 0.34 | EPA-8260B | ND | A01 | 1 |
| (630-20-6) 1,1,1,2-Tetrachloroethane | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (79-34-5) 1,1,2,2-Tetrachloroethane | ND | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (127-18-4) Tetrachloroethene | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| **(108-88-3) Toluene** | **1.9** | **ug/L** | **2.5** | **0.46** | **EPA-8260B** | **ND** | **J,A01** | **1** |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 2.5 | 0.95 | EPA-8260B | ND | A01 | 1 |
| (71-55-6) 1,1,1-Trichloroethane | ND | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (79-00-5) 1,1,2-Trichloroethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (79-01-6) Trichloroethene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (75-69-4) Trichlorofluoromethane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (96-18-4) 1,2,3-Trichloropropane | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-01-4) Vinyl chloride | ND | ug/L | 2.5 | 0.60 | EPA-8260B | ND | A01 | 1 |
| (1330-20-7) Total Xylenes | ND | ug/L | 5.0 | 1.8 | EPA-8260B | ND | A01 | 1 |
| **(67-64-1) Acetone** | **810** | **ug/L** | **50** | **23** | **EPA-8260B** | **ND** | **A01** | **1** |
| (75-05-8) Acetonitrile | ND | ug/L | 50 | 28 | EPA-8260B | ND | A01 | 1 |
| (107-02-8) Acrolein | ND | ug/L | 50 | 40 | EPA-8260B | ND | A01 | 1 |
| (107-13-1) Acrylonitrile | ND | ug/L | 25 | 6.0 | EPA-8260B | ND | A01 | 1 |
| (107-05-1) Allyl chloride | ND | ug/L | 25 | 4.0 | EPA-8260B | ND | A01 | 1 |
| (994-05-8) t-Amyl Methyl ether | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-65-0) t-Butyl alcohol | ND | ug/L | 50 | 47 | EPA-8260B | ND | A01 | 1 |
| (75-15-0) Carbon disulfide | ND | ug/L | 5.0 | 1.9 | EPA-8260B | ND | A01 | 1 |
| (126-99-8) Chloroprene | ND | ug/L | 25 | 1.8 | EPA-8260B | ND | A01 | 1 |
| (110-57-6) trans-1,4-Dichloro-2-butene | ND | ug/L | 25 | 7.0 | EPA-8260B | ND | A01 | 1 |
| (108-20-3) Diisopropyl ether | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| **(64-17-5) Ethanol** | **78000** | **ug/L** | **6200** | **1200** | **EPA-8260B** | **ND** | **A01** | **2** |
| (97-63-2) Ethyl methacrylate | ND | ug/L | 20 | 4.8 | EPA-8260B | ND | A01 | 1 |
| (637-92-3) Ethyl t-butyl ether | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (591-78-6) 2-Hexanone | ND | ug/L | 50 | 17 | EPA-8260B | ND | A01 | 1 |
| **(78-83-1) Isobutanol** | **170** | **ug/L** | **100** | **38** | **EPA-8260B** | **ND** | **A01** | **1** |
| (126-98-7) Methacrylonitrile | ND | ug/L | 50 | 8.5 | EPA-8260B | ND | A01 | 1 |
| **(78-93-3) Methyl ethyl ketone** | **1100** | **ug/L** | **50** | **12** | **EPA-8260B** | **ND** | **A01** | **1** |
| (74-88-4) Methyl iodide | ND | ug/L | 10 | 2.4 | EPA-8260B | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation

Report ID: 1000860953     4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com     Page 11 of 66

25

BUTTE01711





## BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project:  Neal Road LF - WW<br>Project Number:  [none]<br>Project Manager:  Wayne Pearce |

## Volatile Organic Analysis   (EPA Method 8260B)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019  11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (108-10-1) Methyl isobutyl ketone | ND | ug/L | 50 | 10 | EPA-8260B | ND | A01 | 1 |
| (80-62-6) Methyl methacrylate | ND | ug/L | 25 | 7.5 | EPA-8260B | ND | A01 | 1 |
| (107-12-0) Propionitrile | ND | ug/L | 100 | 21 | EPA-8260B | ND | A01 | 1 |
| (108-05-4) Vinyl acetate | ND | ug/L | 50 | 9.0 | EPA-8260B | ND | A01 | 1 |
| (179601-23-1) p- & m-Xylenes | ND | ug/L | 2.5 | 1.4 | EPA-8260B | ND | A01 | 1 |
| (95-47-6) o-Xylene | ND | ug/L | 2.5 | 0.41 | EPA-8260B | ND | A01 | 1 |
| (17060-07-0) 1,2-Dichloroethane-d4 (Surrogate) | 151 | % | 75 - 125 (LCL - UCL) | | EPA-8260B | | S09 | 1 |
| (17060-07-0) 1,2-Dichloroethane-d4 (Surrogate) | 104 | % | 75 - 125 (LCL - UCL) | | EPA-8260B | | | 2 |
| (2037-26-5) Toluene-d8 (Surrogate) | 102 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 1 |
| (2037-26-5) Toluene-d8 (Surrogate) | 98.2 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 2 |
| (460-00-4) 4-Bromofluorobenzene (Surrogate) | 105 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 1 |
| (460-00-4) 4-Bromofluorobenzene (Surrogate) | 99.2 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 2 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8260B | 02/26/19  07:00 | 02/26/19  17:30 | MGC | MS-V5 | 5 | B038623 |
| 2 | EPA-8260B | 02/26/19  07:00 | 03/01/19  03:32 | MGC | MS-V5 | 25 | B038623 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019 11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (83-32-9) Acenaphthene | ND | ug/L | 20 | 2.2 | EPA-8270C | ND | A01 | 1 |
| (208-96-8) Acenaphthylene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (309-00-2) Aldrin | ND | ug/L | 20 | 2.8 | EPA-8270C | ND | A01 | 1 |
| (62-53-3) Aniline | ND | ug/L | 50 | 18 | EPA-8270C | ND | A01 | 1 |
| (120-12-7) Anthracene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (92-87-5) Benzidine | ND | ug/L | 200 | 30 | EPA-8270C | ND | A01 | 1 |
| (56-55-3) Benzo[a]anthracene | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (205-99-2) Benzo[b]fluoranthene | ND | ug/L | 20 | 4.2 | EPA-8270C | ND | A01 | 1 |
| (207-08-9) Benzo[k]fluoranthene | ND | ug/L | 20 | 2.9 | EPA-8270C | ND | A01 | 1 |
| (50-32-8) Benzo[a]pyrene | ND | ug/L | 20 | 2.1 | EPA-8270C | ND | A01 | 1 |
| (191-24-2) Benzo[g,h,i]perylene | ND | ug/L | 20 | 4.8 | EPA-8270C | ND | A01 | 1 |
| **(65-85-0) Benzoic acid** | **410** | **ug/L** | **100** | **7.2** | **EPA-8270C** | **ND** | **A01** | **1** |
| **(100-51-6) Benzyl alcohol** | **91** | **ug/L** | **20** | **3.5** | **EPA-8270C** | **ND** | **A01** | **1** |
| (85-68-7) Benzyl butyl phthalate | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (319-84-6) alpha-BHC | ND | ug/L | 20 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (319-85-7) beta-BHC | ND | ug/L | 20 | 2.5 | EPA-8270C | ND | A01 | 1 |
| (319-86-8) delta-BHC | ND | ug/L | 20 | 2.8 | EPA-8270C | ND | A01 | 1 |
| (58-89-9) gamma-BHC (Lindane) | ND | ug/L | 20 | 3.2 | EPA-8270C | ND | A01 | 1 |
| (111-91-1) bis(2-Chloroethoxy)methane | ND | ug/L | 20 | 2.7 | EPA-8270C | ND | A01 | 1 |
| (111-44-4) bis(2-Chloroethyl) ether | ND | ug/L | 20 | 19 | EPA-8270C | ND | A01 | 1 |
| (39638-32-9) bis(2-Chloroisopropyl)ether | ND | ug/L | 20 | 17 | EPA-8270C | ND | A01 | 1 |
| (117-81-7) bis(2-Ethylhexyl)phthalate | ND | ug/L | 40 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (101-55-3) 4-Bromophenyl phenyl ether | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (106-47-8) 4-Chloroaniline | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |
| (91-58-7) 2-Chloronaphthalene | ND | ug/L | 20 | 2.3 | EPA-8270C | ND | A01 | 1 |
| (7005-72-3) 4-Chlorophenyl phenyl ether | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (218-01-9) Chrysene | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (72-54-8) 4,4'-DDD | ND | ug/L | 20 | 4.0 | EPA-8270C | ND | A01 | 1 |
| (72-55-9) 4,4'-DDE | ND | ug/L | 30 | 3.2 | EPA-8270C | ND | A01 | 1 |
| (50-29-3) 4,4'-DDT | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (53-70-3) Dibenzo[a,h]anthracene | ND | ug/L | 30 | 5.9 | EPA-8270C | ND | A01 | 1 |
| (132-64-9) Dibenzofuran | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court   Bakersfield, CA 93308   (661) 327-4911 FAX (661) 327-1918   www.bclabs.com

27          Page 13 of 66

BUTTE01713




# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019 11:00:00AM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |
| (91-94-1) 3,3-Dichlorobenzidine | ND | ug/L | 100 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (60-57-1) Dieldrin | ND | ug/L | 30 | 4.5 | EPA-8270C | ND | A01 | 1 |
| **(84-66-2) Diethyl phthalate** | **7.1** | **ug/L** | **20** | **2.0** | **EPA-8270C** | ND | **J,A01** | 1 |
| **(131-11-3) Dimethyl phthalate** | **5.8** | **ug/L** | **20** | **2.5** | **EPA-8270C** | ND | **J,A01** | 1 |
| (84-74-2) Di-n-butyl phthalate | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (121-14-2) 2,4-Dinitrotoluene | ND | ug/L | 20 | 8.7 | EPA-8270C | ND | A01 | 1 |
| (606-20-2) 2,6-Dinitrotoluene | ND | ug/L | 20 | 4.6 | EPA-8270C | ND | A01 | 1 |
| (117-84-0) Di-n-octyl phthalate | ND | ug/L | 20 | 3.1 | EPA-8270C | ND | A01 | 1 |
| (122-66-7) 1,2-Diphenylhydrazine | ND | ug/L | 20 | 4.4 | EPA-8270C | ND | A01 | 1 |
| (959-98-8) Endosulfan I | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (33213-65-9) Endosulfan II | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (1031-07-8) Endosulfan sulfate | ND | ug/L | 30 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (72-20-8) Endrin | ND | ug/L | 20 | 6.7 | EPA-8270C | ND | A01 | 1 |
| (7421-93-4) Endrin aldehyde | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (206-44-0) Fluoranthene | ND | ug/L | 20 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (86-73-7) Fluorene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (76-44-8) Heptachlor | ND | ug/L | 20 | 2.2 | EPA-8270C | ND | A01 | 1 |
| (1024-57-3) Heptachlor epoxide | ND | ug/L | 20 | 3.5 | EPA-8270C | ND | A01 | 1 |
| (118-74-1) Hexachlorobenzene | ND | ug/L | 20 | 2.3 | EPA-8270C | ND | A01 | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 20 | 4.6 | EPA-8270C | ND | A01 | 1 |
| (77-47-4) Hexachlorocyclopentadiene | ND | ug/L | 20 | 3.5 | EPA-8270C | ND | A01 | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 20 | 13 | EPA-8270C | ND | A01 | 1 |
| (193-39-5) Indeno[1,2,3-cd]pyrene | ND | ug/L | 20 | 7.1 | EPA-8270C | ND | A01 | 1 |
| (78-59-1) Isophorone | ND | ug/L | 20 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (91-57-6) 2-Methylnaphthalene | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (91-59-8) 2-Naphthylamine | ND | ug/L | 200 | 17 | EPA-8270C | ND | A01 | 1 |
| (88-74-4) 2-Nitroaniline | ND | ug/L | 20 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (99-09-2) 3-Nitroaniline | ND | ug/L | 20 | 5.2 | EPA-8270C | ND | A01 | 1 |
| (100-01-6) 4-Nitroaniline | ND | ug/L | 50 | 8.5 | EPA-8270C | ND | A01 | 1 |
| (98-95-3) Nitrobenzene | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation.


BUTTE01714



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019 11:00:00AM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (62-75-9) N-Nitrosodimethylamine | ND | ug/L | 20 | 5.6 | EPA-8270C | ND | A01 | 1 |
| (621-64-7) N-Nitrosodi-N-propylamine | ND | ug/L | 20 | 5.6 | EPA-8270C | ND | A01 | 1 |
| (86-30-6) N-Nitrosodiphenylamine | ND | ug/L | 20 | 2.7 | EPA-8270C | ND | A01 | 1 |
| (85-01-8) Phenanthrene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (129-00-0) Pyrene | ND | ug/L | 20 | 3.1 | EPA-8270C | ND | A01 | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 20 | 2.4 | EPA-8270C | ND | A01 | 1 |
| (59-50-7) 4-Chloro-3-methylphenol | ND | ug/L | 50 | 4.2 | EPA-8270C | ND | A01 | 1 |
| (95-57-8) 2-Chlorophenol | ND | ug/L | 20 | 8.5 | EPA-8270C | ND | A01 | 1 |
| (120-83-2) 2,4-Dichlorophenol | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (105-67-9) 2,4-Dimethylphenol | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (534-52-1) 4,6-Dinitro-2-methylphenol | ND | ug/L | 100 | 4.3 | EPA-8270C | ND | A01 | 1 |
| (51-28-5) 2,4-Dinitrophenol | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (95-48-7) 2-Methylphenol | ND | ug/L | 20 | 4.3 | EPA-8270C | ND | A01 | 1 |
| **(15831-10-4) 3- & 4-Methylphenol** | **210** | **ug/L** | **20** | **13** | **EPA-8270C** | ND | **A01** | 1 |
| (88-75-5) 2-Nitrophenol | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |
| (100-02-7) 4-Nitrophenol | ND | ug/L | 20 | 6.6 | EPA-8270C | ND | A01 | 1 |
| (87-86-5) Pentachlorophenol | ND | ug/L | 100 | 4.3 | EPA-8270C | ND | A01 | 1 |
| **(108-95-2) Phenol** | **93** | **ug/L** | **20** | **8.4** | **EPA-8270C** | ND | **A01** | 1 |
| (95-95-4) 2,4,5-Trichlorophenol | ND | ug/L | 50 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (88-06-2) 2,4,6-Trichlorophenol | ND | ug/L | 50 | 3.4 | EPA-8270C | ND | A01 | 1 |
| (367-12-4) 2-Fluorophenol (Surrogate) | 56.2 | % | 30 - 120 (LCL - UCL) | | EPA-8270C | | A01 | 1 |
| (4165-62-2) Phenol-d5 (Surrogate) | 39.6 | % | 12 - 110 (LCL - UCL) | | EPA-8270C | | A01 | 1 |
| (4165-60-0) Nitrobenzene-d5 (Surrogate) | 82.7 | % | 50 - 130 (LCL - UCL) | | EPA-8270C | | A01 | 1 |
| (321-60-8) 2-Fluorobiphenyl (Surrogate) | 41.3 | % | 55 - 125 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (118-79-6) 2,4,6-Tribromophenol (Surrogate) | 41.6 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01 | 1 |
| (1718-51-0) p-Terphenyl-d14 (Surrogate) | 27.7 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8270C | 02/25/19 12:30 | 02/26/19 21:19 | MK1 | MS-B2 | 9.900 | B038647 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.


BUTTE01715



# BC *Laboratories, Inc.*
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Water Analysis (General Chemistry)

| BCL Sample ID: | 1905434-01 | Client Sample Name: | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019 11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7440-70-2) Dissolved Calcium | 240 | mg/L | 0.10 | 0.016 | EPA-6010B | ND | | 1 |
| (7439-95-4) Dissolved Magnesium | 70 | mg/L | 0.050 | 0.019 | EPA-6010B | ND | | 1 |
| (7440-23-5) Dissolved Sodium | 120 | mg/L | 1.0 | 0.051 | EPA-6010B | ND | | 1 |
| (7440-09-7) Dissolved Potassium | 64 | mg/L | 1.0 | 0.10 | EPA-6010B | ND | | 1 |
| (71-52-3) Bicarbonate | 730 | mg/L | 10 | 10 | EPA-310.1 | ND | A07 | 2 |
| (3812-32-6) Carbonate | ND | mg/L | 5.0 | 5.0 | EPA-310.1 | ND | A07 | 2 |
| (16887-00-6) Chloride | 140 | mg/L | 1.0 | 0.15 | EPA-300.0 | ND | A07 | 3 |
| (14797-55-8) Nitrate as N | ND | mg/L | 0.20 | 0.042 | EPA-300.0 | ND | A07 | 3 |
| (14808-79-8) Sulfate | 230 | mg/L | 2.0 | 0.26 | EPA-300.0 | ND | A07 | 3 |
| (No CAS) Total Dissolved Solids @ 180 C | 2100 | mg/L | 100 | 50 | EPA-160.1 | ND | | 4 |
| (57-12-5) Dissolved Cyanide | 0.0044 | mg/L | 0.0050 | 0.0013 | EPA-335.4 | ND | J | 5 |
| (18496-25-8) Dissolved Sulfide | ND | mg/L | 0.10 | 0.050 | SM-4500SD | ND | | 6 |
| (No CAS) Non-Volatile Organic Carbon | 950 | mg/L | 100 | 30 | EPA-415.1 | ND | A07 | 7 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 03/07/19 09:00 | 03/07/19 14:13 | JRG | PE-OP2 | 1 | B039636 |
| 2 | EPA-310.1 | 02/25/19 07:30 | 02/25/19 13:05 | MEV | MET-1 | 2 | B031735 |
| 3 | EPA-300.0 | 02/20/19 23:00 | 02/21/19 01:10 | SAV | IC5 | 2 | B038175 |
| 4 | EPA-160.1 | 02/23/19 11:30 | 02/23/19 11:30 | CAD | MANUAL | 10 | B038459 |
| 5 | EPA-335.4 | 02/28/19 11:30 | 02/28/19 13:27 | MC1 | KONE-1 | 1 | B038887 |
| 6 | SM-4500SD | 02/22/19 16:00 | 02/22/19 16:00 | JKS | SPEC06 | 1 | B038444 |
| 7 | EPA-415.1 | 02/21/19 07:30 | 02/21/19 14:39 | ALW | TOC2 | 100 | B038185 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Metals Analysis

| **BCL Sample ID:** | 1905434-01 | **Client Sample Name:** | Neal Rd LF, Module 5 Seep 5D Basin 5, 2/19/2019  11:00:00AM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7429-90-5) **Dissolved Aluminum** | 140 | ug/L | 50 | 23 | **EPA-6010B** | ND | | 1 |
| (7440-36-0) **Dissolved Antimony** | 26 | ug/L | 100 | 4.9 | **EPA-6010B** | ND | J | 1 |
| (7440-38-2) Dissolved Arsenic | ND | ug/L | 50 | 9.2 | EPA-6010B | ND | | 1 |
| (7440-39-3) **Dissolved Barium** | 230 | ug/L | 10 | 3.5 | **EPA-6010B** | ND | | 1 |
| (7440-41-7) Dissolved Beryllium | ND | ug/L | 10 | 0.50 | EPA-6010B | ND | | 1 |
| (7440-43-9) Dissolved Cadmium | ND | ug/L | 10 | 1.1 | EPA-6010B | ND | | 1 |
| (7440-47-3) **Dissolved Chromium** | 20 | ug/L | 10 | 1.0 | **EPA-6010B** | ND | | 1 |
| (7440-48-4) **Dissolved Cobalt** | 82 | ug/L | 50 | 1.1 | **EPA-6010B** | ND | | 1 |
| (7440-50-8) **Dissolved Copper** | 4.6 | ug/L | 10 | 1.0 | **EPA-6010B** | ND | J | 1 |
| (7439-89-6) **Dissolved Iron** | 8200 | ug/L | 50 | 30 | **EPA-6010B** | ND | | 1 |
| (7439-92-1) Dissolved Lead | ND | ug/L | 50 | 3.5 | EPA-6010B | ND | | 1 |
| (7439-96-5) **Dissolved Manganese** | 5100 | ug/L | 10 | 4.0 | **EPA-6010B** | ND | | 1 |
| (7439-97-6) Dissolved Mercury | ND | ug/L | 0.20 | 0.029 | EPA-7470A | ND | | 2 |
| (7440-02-0) **Dissolved Nickel** | 120 | ug/L | 10 | 2.4 | **EPA-6010B** | ND | | 1 |
| (7782-49-2) Dissolved Selenium | ND | ug/L | 100 | 15 | EPA-6010B | ND | | 1 |
| (7440-22-4) Dissolved Silver | ND | ug/L | 10 | 1.2 | EPA-6010B | ND | | 1 |
| (7440-31-5) Dissolved Tin | ND | ug/L | 50 | 7.2 | EPA-6010B | ND | | 1 |
| (7440-28-0) Dissolved Thallium | ND | ug/L | 100 | 10 | EPA-6010B | ND | | 1 |
| (7440-62-2) **Dissolved Vanadium** | 10 | ug/L | 10 | 2.2 | **EPA-6010B** | ND | | 1 |
| (7440-66-6) **Dissolved Zinc** | 1800 | ug/L | 10 | 5.0 | **EPA-6010B** | ND | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 02/25/19  08:12 | 02/25/19  12:25 | JCC | PE-OP3 | 1 | B038500 |
| 2 | EPA-7470A | 02/26/19  09:00 | 02/27/19  11:10 | JP1 | CETAC2 | 1 | B038643 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

| BCL Sample ID: | 1905434-02 | Client Sample Name: | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (86-50-0) Azinphos methyl | ND | ug/L | 0.20 | 0.17 | EPA-8141A | ND | | 1 |
| (35400-43-2) Bolstar | ND | ug/L | 0.20 | 0.079 | EPA-8141A | ND | | 1 |
| (2921-88-2) Chlorpyrifos | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (56-72-4) Coumaphos | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (8065-48-3) Demeton O/S | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (333-41-5) Diazinon | ND | ug/L | 0.20 | 0.080 | EPA-8141A | ND | | 1 |
| (62-73-7) Dichlorvos | ND | ug/L | 0.20 | 0.14 | EPA-8141A | ND | | 1 |
| (298-04-4) Disulfoton | ND | ug/L | 0.20 | 0.11 | EPA-8141A | ND | | 1 |
| (13194-48-4) Ethoprop | ND | ug/L | 0.20 | 0.078 | EPA-8141A | ND | | 1 |
| (115-90-2) Fensulfothion | ND | ug/L | 0.20 | 0.092 | EPA-8141A | ND | | 1 |
| (55-38-9) Fenthion | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (150-50-5) Merphos | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (298-00-0) Methyl parathion | ND | ug/L | 0.20 | 0.088 | EPA-8141A | ND | | 1 |
| (7786-34-7) Mevinphos | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (300-76-5) Naled | ND | ug/L | 0.50 | 0.11 | EPA-8141A | ND | | 1 |
| (298-02-2) Phorate | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (299-84-3) Ronnel (Fenchlorphos) | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (22248-79-9) Stirophos (Tetrachlorvinphos) | ND | ug/L | 0.20 | 0.072 | EPA-8141A | ND | | 1 |
| (34643-46-4) Tokuthion (Prothiofos) | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (327-98-0) Trichloronate | ND | ug/L | 0.20 | 0.091 | EPA-8141A | ND | | 1 |
| (115-86-6) Triphenylphosphate (Surrogate) | 9.8 | % | 50 - 130 (LCL - UCL) | | EPA-8141A | | A20 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8141A | 02/22/19 18:15 | 02/24/19 04:56 | ZZZ | GC-18 | 1 | B038532 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953   4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com   Page 18 of 66

32

BUTTE01718



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Chlorinated Herbicides (EPA Method 8151A)

| BCL Sample ID: | 1905434-02 | Client Sample Name: | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019 12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (94-75-7) 2,4-D | ND | ug/L | 4.0 | 0.61 | EPA-8151A | ND | A01 | 1 |
| (94-82-6) 2,4-DB | ND | ug/L | 30 | 9.6 | EPA-8151A | ND | A01 | 1 |
| (75-99-0) Dalapon | ND | ug/L | 100 | 2.8 | EPA-8151A | ND | A01 | 1 |
| (1918-00-9) Dicamba | ND | ug/L | 0.80 | 0.29 | EPA-8151A | ND | A01 | 1 |
| (120-36-5) Dichloroprop | ND | ug/L | 5.0 | 1.1 | EPA-8151A | ND | A01 | 1 |
| (88-85-7) Dinoseb | ND | ug/L | 2.0 | 0.51 | EPA-8151A | ND | A01 | 1 |
| (93-76-5) 2,4,5-T | ND | ug/L | 0.90 | 0.39 | EPA-8151A | ND | A01 | 1 |
| (93-72-1) 2,4,5-TP (Silvex) | ND | ug/L | 0.70 | 0.39 | EPA-8151A | ND | A01 | 1 |
| (19719-28-9) 2,4-Dichlorophenylacetic acid (Surrogate) | 82.5 | % | 40 - 120 (LCL - UCL) | | EPA-8151A | | A01 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8151A | 02/25/19 19:35 | 02/27/19 17:26 | ZZZ | GC-8 | 10 | B038840 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation

Report ID: 1000860953       4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com


BUTTE01719



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-02 | **Client Sample Name:** | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (71-43-2) Benzene | 3.0 | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (74-97-5) Bromochloromethane | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-27-4) Bromodichloromethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (75-25-2) Bromoform | ND | ug/L | 2.5 | 1.4 | EPA-8260B | ND | A01 | 1 |
| (74-83-9) Bromomethane | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (108-90-7) Chlorobenzene | ND | ug/L | 2.5 | 0.46 | EPA-8260B | ND | A01 | 1 |
| (75-00-3) Chloroethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (67-66-3) Chloroform | 1.7 | ug/L | 2.5 | 0.60 | EPA-8260B | ND | J,A01 | 1 |
| (74-87-3) Chloromethane | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (124-48-1) Dibromochloromethane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (96-12-8) 1,2-Dibromo-3-chloropropane | ND | ug/L | 5.0 | 2.2 | EPA-8260B | ND | A01 | 1 |
| (106-93-4) 1,2-Dibromoethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (74-95-3) Dibromomethane | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 2.5 | 0.36 | EPA-8260B | ND | A01 | 1 |
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 2.5 | 0.75 | EPA-8260B | ND | A01 | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 2.5 | 0.31 | EPA-8260B | ND | A01 | 1 |
| (75-71-8) Dichlorodifluoromethane | ND | ug/L | 2.5 | 0.50 | EPA-8260B | ND | A01 | 1 |
| (75-34-3) 1,1-Dichloroethane | 2.8 | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (107-06-2) 1,2-Dichloroethane | 26 | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (75-35-4) 1,1-Dichloroethene | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (156-59-2) cis-1,2-Dichloroethene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (156-60-5) trans-1,2-Dichloroethene | ND | ug/L | 2.5 | 0.75 | EPA-8260B | ND | A01 | 1 |
| (78-87-5) 1,2-Dichloropropane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (142-28-9) 1,3-Dichloropropane | ND | ug/L | 2.5 | 0.43 | EPA-8260B | ND | A01 | 1 |
| (594-20-7) 2,2-Dichloropropane | ND | ug/L | 2.5 | 0.65 | EPA-8260B | ND | A01 | 1 |
| (563-58-6) 1,1-Dichloropropene | ND | ug/L | 2.5 | 0.42 | EPA-8260B | ND | A01 | 1 |
| (10061-01-5) cis-1,3-Dichloropropene | ND | ug/L | 2.5 | 0.70 | EPA-8260B | ND | A01 | 1 |
| (10061-02-6) trans-1,3-Dichloropropene | ND | ug/L | 2.5 | 0.40 | EPA-8260B | ND | A01 | 1 |
| (100-41-4) Ethylbenzene | 4.6 | ug/L | 2.5 | 0.49 | EPA-8260B | ND | A01 | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (75-09-2) Methylene chloride | 94 | ug/L | 5.0 | 2.4 | EPA-8260B | ND | A01 | 1 |
| (1634-04-4) Methyl t-butyl ether | 4.8 | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 2.5 | 1.8 | EPA-8260B | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.<br>Report ID: 1000860953          4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918   www.bclabs.com          Page 20 of 66<br>34





# BC Laboratories, Inc.

Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-02 | **Client Sample Name:** | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (100-42-5) Styrene | 5.9 | ug/L | 2.5 | 0.34 | EPA-8260B | ND | A01 | 1 |
| (630-20-6) 1,1,1,2-Tetrachloroethane | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (79-34-5) 1,1,2,2-Tetrachloroethane | ND | ug/L | 2.5 | 0.85 | EPA-8260B | ND | A01 | 1 |
| (127-18-4) Tetrachloroethene | 1.2 | ug/L | 2.5 | 0.65 | EPA-8260B | ND | J,A01 | 1 |
| (108-88-3) Toluene | 33 | ug/L | 2.5 | 0.46 | EPA-8260B | ND | A01 | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 2.5 | 0.95 | EPA-8260B | ND | A01 | 1 |
| (71-55-6) 1,1,1-Trichloroethane | 3.5 | ug/L | 2.5 | 0.55 | EPA-8260B | ND | A01 | 1 |
| (79-00-5) 1,1,2-Trichloroethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (79-01-6) Trichloroethene | 0.50 | ug/L | 2.5 | 0.42 | EPA-8260B | ND | J,A01 | 1 |
| (75-69-4) Trichlorofluoromethane | 1.0 | ug/L | 2.5 | 0.65 | EPA-8260B | ND | J,A01 | 1 |
| (96-18-4) 1,2,3-Trichloropropane | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-01-4) Vinyl chloride | ND | ug/L | 2.5 | 0.60 | EPA-8260B | ND | A01 | 1 |
| (1330-20-7) Total Xylenes | 17 | ug/L | 5.0 | 1.8 | EPA-8260B | ND | A01 | 1 |
| (67-64-1) Acetone | 3400 | ug/L | 50 | 23 | EPA-8260B | ND | A01 | 1 |
| (75-05-8) Acetonitrile | ND | ug/L | 50 | 28 | EPA-8260B | ND | A01 | 1 |
| (107-02-8) Acrolein | ND | ug/L | 50 | 40 | EPA-8260B | ND | A01 | 1 |
| (107-13-1) Acrylonitrile | ND | ug/L | 25 | 6.0 | EPA-8260B | ND | A01 | 1 |
| (107-05-1) Allyl chloride | ND | ug/L | 25 | 4.0 | EPA-8260B | ND | A01 | 1 |
| (994-05-8) t-Amyl Methyl ether | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (75-65-0) t-Butyl alcohol | 410 | ug/L | 50 | 47 | EPA-8260B | ND | A01 | 1 |
| (75-15-0) Carbon disulfide | 4.8 | ug/L | 5.0 | 1.9 | EPA-8260B | ND | J,A01 | 1 |
| (126-99-8) Chloroprene | ND | ug/L | 25 | 1.8 | EPA-8260B | ND | A01 | 1 |
| (110-57-6) trans-1,4-Dichloro-2-butene | ND | ug/L | 25 | 7.0 | EPA-8260B | ND | A01 | 1 |
| (108-20-3) Diisopropyl ether | ND | ug/L | 2.5 | 1.2 | EPA-8260B | ND | A01 | 1 |
| (64-17-5) Ethanol | 230000 | ug/L | 25000 | 5000 | EPA-8260B | ND | A01 | 2 |
| (97-63-2) Ethyl methacrylate | 9.8 | ug/L | 20 | 4.8 | EPA-8260B | ND | J,A01 | 1 |
| (637-92-3) Ethyl t-butyl ether | ND | ug/L | 2.5 | 0.90 | EPA-8260B | ND | A01 | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 2.5 | 0.80 | EPA-8260B | ND | A01 | 1 |
| (591-78-6) 2-Hexanone | 150 | ug/L | 50 | 17 | EPA-8260B | ND | A01 | 1 |
| (78-83-1) Isobutanol | 3900 | ug/L | 100 | 38 | EPA-8260B | ND | A01 | 1 |
| (126-98-7) Methacrylonitrile | ND | ug/L | 50 | 8.5 | EPA-8260B | ND | A01 | 1 |
| (78-93-3) Methyl ethyl ketone | 5600 | ug/L | 1000 | 250 | EPA-8260B | ND | A01 | 2 |
| (74-88-4) Methyl iodide | ND | ug/L | 10 | 2.4 | EPA-8260B | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918  www.bclabs.com          Page 21 of 66

35

BUTTE01721





# Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Volatile Organic Analysis  (EPA Method 8260B)

**BCL Sample ID:** 1905434-02    **Client Sample Name:** Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (108-10-1)  Methyl isobutyl ketone | ND | ug/L | 50 | 10 | EPA-8260B | ND | A01 | 1 |
| (80-62-6)  Methyl methacrylate | ND | ug/L | 25 | 7.5 | EPA-8260B | ND | A01 | 1 |
| (107-12-0)  Propionitrile | ND | ug/L | 100 | 21 | EPA-8260B | ND | A01 | 1 |
| (108-05-4)  Vinyl acetate | ND | ug/L | 50 | 9.0 | EPA-8260B | ND | A01 | 1 |
| **(179601-23-1)  p- & m-Xylenes** | **12** | **ug/L** | **2.5** | **1.4** | **EPA-8260B** | **ND** | **A01** | 1 |
| **(95-47-6)  o-Xylene** | **5.0** | **ug/L** | **2.5** | **0.41** | **EPA-8260B** | **ND** | **A01** | 1 |
| (17060-07-0)  1,2-Dichloroethane-d4 (Surrogate) | 149 | % | 75 - 125 (LCL - UCL) | | EPA-8260B | | S09 | 1 |
| (17060-07-0)  1,2-Dichloroethane-d4 (Surrogate) | 104 | % | 75 - 125 (LCL - UCL) | | EPA-8260B | | | 2 |
| (2037-26-5)  Toluene-d8 (Surrogate) | 97.9 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 1 |
| (2037-26-5)  Toluene-d8 (Surrogate) | 98.4 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 2 |
| (460-00-4)  4-Bromofluorobenzene (Surrogate) | 103 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 1 |
| (460-00-4)  4-Bromofluorobenzene (Surrogate) | 98.5 | % | 80 - 120 (LCL - UCL) | | EPA-8260B | | | 2 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8260B | 02/26/19  07:00 | 02/26/19  17:53 | MGC | MS-V5 | 5 | B038623 |
| 2 | EPA-8260B | 02/26/19  07:00 | 03/01/19  03:55 | MGC | MS-V5 | 100 | B038623 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation

Report ID: 1000860953    4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com





# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-02 | Client Sample Name: | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (83-32-9) Acenaphthene | ND | ug/L | 100 | 11 | EPA-8270C | ND | A01 | 1 |
| (208-96-8) Acenaphthylene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (309-00-2) Aldrin | ND | ug/L | 100 | 14 | EPA-8270C | ND | A01 | 1 |
| (62-53-3) Aniline | ND | ug/L | 250 | 90 | EPA-8270C | ND | A01 | 1 |
| (120-12-7) Anthracene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (92-87-5) Benzidine | ND | ug/L | 1000 | 150 | EPA-8270C | ND | A01 | 1 |
| (56-55-3) Benzo[a]anthracene | ND | ug/L | 100 | 15 | EPA-8270C | ND | A01 | 1 |
| (205-99-2) Benzo[b]fluoranthene | ND | ug/L | 100 | 21 | EPA-8270C | ND | A01 | 1 |
| (207-08-9) Benzo[k]fluoranthene | ND | ug/L | 100 | 14 | EPA-8270C | ND | A01 | 1 |
| (50-32-8) Benzo[a]pyrene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (191-24-2) Benzo[g,h,i]perylene | ND | ug/L | 100 | 24 | EPA-8270C | ND | A01 | 1 |
| **(65-85-0) Benzoic acid** | **730** | **ug/L** | **500** | **36** | **EPA-8270C** | **ND** | **A01** | **1** |
| **(100-51-6) Benzyl alcohol** | **240** | **ug/L** | **100** | **18** | **EPA-8270C** | **ND** | **A01** | **1** |
| (85-68-7) Benzyl butyl phthalate | ND | ug/L | 100 | 13 | EPA-8270C | ND | A01 | 1 |
| (319-84-6) alpha-BHC | ND | ug/L | 100 | 18 | EPA-8270C | ND | A01 | 1 |
| (319-85-7) beta-BHC | ND | ug/L | 100 | 12 | EPA-8270C | ND | A01 | 1 |
| (319-86-8) delta-BHC | ND | ug/L | 100 | 14 | EPA-8270C | ND | A01 | 1 |
| (58-89-9) gamma-BHC (Lindane) | ND | ug/L | 100 | 16 | EPA-8270C | ND | A01 | 1 |
| (111-91-1) bis(2-Chloroethoxy)methane | ND | ug/L | 100 | 14 | EPA-8270C | ND | A01 | 1 |
| (111-44-4) bis(2-Chloroethyl) ether | ND | ug/L | 100 | 95 | EPA-8270C | ND | A01 | 1 |
| (39638-32-9) bis(2-Chloroisopropyl)ether | ND | ug/L | 100 | 85 | EPA-8270C | ND | A01 | 1 |
| (117-81-7) bis(2-Ethylhexyl)phthalate | ND | ug/L | 200 | 13 | EPA-8270C | ND | A01 | 1 |
| (101-55-3) 4-Bromophenyl phenyl ether | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (106-47-8) 4-Chloroaniline | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |
| (91-58-7) 2-Chloronaphthalene | ND | ug/L | 100 | 12 | EPA-8270C | ND | A01 | 1 |
| (7005-72-3) 4-Chlorophenyl phenyl ether | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (218-01-9) Chrysene | ND | ug/L | 100 | 13 | EPA-8270C | ND | A01 | 1 |
| (72-54-8) 4,4'-DDD | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |
| (72-55-9) 4,4'-DDE | ND | ug/L | 150 | 16 | EPA-8270C | ND | A01 | 1 |
| (50-29-3) 4,4'-DDT | ND | ug/L | 100 | 13 | EPA-8270C | ND | A01 | 1 |
| (53-70-3) Dibenzo[a,h]anthracene | ND | ug/L | 150 | 30 | EPA-8270C | ND | A01 | 1 |
| (132-64-9) Dibenzofuran | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 100 | 90 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953    4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com
Page 23 of 66
37



BUTTE01723



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
|---|---|
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-02 | **Client Sample Name:** | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019 12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 100 | 90 | EPA-8270C | ND | A01 | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 100 | 90 | EPA-8270C | ND | A01 | 1 |
| (91-94-1) 3,3-Dichlorobenzidine | ND | ug/L | 500 | 20 | EPA-8270C | ND | A01 | 1 |
| (60-57-1) Dieldrin | ND | ug/L | 150 | 22 | EPA-8270C | ND | A01 | 1 |
| **(84-66-2) Diethyl phthalate** | **16** | **ug/L** | **100** | **10** | **EPA-8270C** | **ND** | **J,A01** | **1** |
| **(131-11-3) Dimethyl phthalate** | **18** | **ug/L** | **100** | **12** | **EPA-8270C** | **ND** | **J,A01** | **1** |
| (84-74-2) Di-n-butyl phthalate | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (121-14-2) 2,4-Dinitrotoluene | ND | ug/L | 100 | 44 | EPA-8270C | ND | A01 | 1 |
| (606-20-2) 2,6-Dinitrotoluene | ND | ug/L | 100 | 23 | EPA-8270C | ND | A01 | 1 |
| (117-84-0) Di-n-octyl phthalate | ND | ug/L | 100 | 16 | EPA-8270C | ND | A01 | 1 |
| (122-66-7) 1,2-Diphenylhydrazine | ND | ug/L | 100 | 22 | EPA-8270C | ND | A01 | 1 |
| (959-98-8) Endosulfan I | ND | ug/L | 500 | 18 | EPA-8270C | ND | A01 | 1 |
| (33213-65-9) Endosulfan II | ND | ug/L | 500 | 18 | EPA-8270C | ND | A01 | 1 |
| (1031-07-8) Endosulfan sulfate | ND | ug/L | 150 | 18 | EPA-8270C | ND | A01 | 1 |
| (72-20-8) Endrin | ND | ug/L | 100 | 34 | EPA-8270C | ND | A01 | 1 |
| (7421-93-4) Endrin aldehyde | ND | ug/L | 500 | 18 | EPA-8270C | ND | A01 | 1 |
| (206-44-0) Fluoranthene | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |
| (86-73-7) Fluorene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (76-44-8) Heptachlor | ND | ug/L | 100 | 11 | EPA-8270C | ND | A01 | 1 |
| (1024-57-3) Heptachlor epoxide | ND | ug/L | 100 | 18 | EPA-8270C | ND | A01 | 1 |
| (118-74-1) Hexachlorobenzene | ND | ug/L | 100 | 12 | EPA-8270C | ND | A01 | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 100 | 23 | EPA-8270C | ND | A01 | 1 |
| (77-47-4) Hexachlorocyclopentadiene | ND | ug/L | 100 | 18 | EPA-8270C | ND | A01 | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 100 | 65 | EPA-8270C | ND | A01 | 1 |
| (193-39-5) Indeno[1,2,3-cd]pyrene | ND | ug/L | 100 | 36 | EPA-8270C | ND | A01 | 1 |
| (78-59-1) Isophorone | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |
| (91-57-6) 2-Methylnaphthalene | ND | ug/L | 100 | 15 | EPA-8270C | ND | A01 | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (91-59-8) 2-Naphthylamine | ND | ug/L | 1000 | 85 | EPA-8270C | ND | A01 | 1 |
| (88-74-4) 2-Nitroaniline | ND | ug/L | 100 | 18 | EPA-8270C | ND | A01 | 1 |
| (99-09-2) 3-Nitroaniline | ND | ug/L | 100 | 26 | EPA-8270C | ND | A01 | 1 |
| (100-01-6) 4-Nitroaniline | ND | ug/L | 250 | 42 | EPA-8270C | ND | A01 | 1 |
| (98-95-3) Nitrobenzene | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.





**Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-02 | Client Sample Name: | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (62-75-9) N-Nitrosodimethylamine | ND | ug/L | 100 | 28 | EPA-8270C | ND | A01 | 1 |
| (621-64-7) N-Nitrosodi-N-propylamine | ND | ug/L | 100 | 28 | EPA-8270C | ND | A01 | 1 |
| (86-30-6) N-Nitrosodiphenylamine | ND | ug/L | 100 | 14 | EPA-8270C | ND | A01 | 1 |
| (85-01-8) Phenanthrene | ND | ug/L | 100 | 10 | EPA-8270C | ND | A01 | 1 |
| (129-00-0) Pyrene | ND | ug/L | 100 | 16 | EPA-8270C | ND | A01 | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 100 | 12 | EPA-8270C | ND | A01 | 1 |
| (59-50-7) 4-Chloro-3-methylphenol | ND | ug/L | 250 | 21 | EPA-8270C | ND | A01 | 1 |
| (95-57-8) 2-Chlorophenol | ND | ug/L | 100 | 42 | EPA-8270C | ND | A01 | 1 |
| (120-83-2) 2,4-Dichlorophenol | ND | ug/L | 100 | 13 | EPA-8270C | ND | A01 | 1 |
| (105-67-9) 2,4-Dimethylphenol | ND | ug/L | 100 | 15 | EPA-8270C | ND | A01 | 1 |
| (534-52-1) 4,6-Dinitro-2-methylphenol | ND | ug/L | 500 | 22 | EPA-8270C | ND | A01 | 1 |
| (51-28-5) 2,4-Dinitrophenol | ND | ug/L | 500 | 18 | EPA-8270C | ND | A01 | 1 |
| (95-48-7) 2-Methylphenol | ND | ug/L | 100 | 22 | EPA-8270C | ND | A01 | 1 |
| **(15831-10-4) 3- & 4-Methylphenol** | **540** | **ug/L** | **100** | **65** | **EPA-8270C** | ND | **A01** | 1 |
| (88-75-5) 2-Nitrophenol | ND | ug/L | 100 | 20 | EPA-8270C | ND | A01 | 1 |
| (100-02-7) 4-Nitrophenol | ND | ug/L | 100 | 33 | EPA-8270C | ND | A01 | 1 |
| (87-86-5) Pentachlorophenol | ND | ug/L | 500 | 22 | EPA-8270C | ND | A01 | 1 |
| **(108-95-2) Phenol** | **300** | **ug/L** | **100** | **42** | **EPA-8270C** | ND | **A01** | 1 |
| (95-95-4) 2,4,5-Trichlorophenol | ND | ug/L | 250 | 18 | EPA-8270C | ND | A01 | 1 |
| (88-06-2) 2,4,6-Trichlorophenol | ND | ug/L | 250 | 17 | EPA-8270C | ND | A01 | 1 |
| (367-12-4) 2-Fluorophenol (Surrogate) | 0 | % | 30 - 120 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (4165-62-2) Phenol-d5 (Surrogate) | 0 | % | 12 - 110 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (4165-60-0) Nitrobenzene-d5 (Surrogate) | 0 | % | 50 - 130 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (321-60-8) 2-Fluorobiphenyl (Surrogate) | 0 | % | 55 - 125 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (118-79-6) 2,4,6-Tribromophenol (Surrogate) | 0 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |
| (1718-51-0) p-Terphenyl-d14 (Surrogate) | 0 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01,A17 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8270C | 02/25/19 12:30 | 02/27/19 13:21 | MK1 | MS-B1 | 50 | B038647 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Water Analysis (General Chemistry)

**BCL Sample ID:** 1905434-02   **Client Sample Name:** Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019 12:00:00PM, Art Violenta

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7440-70-2) Dissolved Calcium | 1900 | mg/L | 0.50 | 0.080 | EPA-6010B | ND | A07 | 1 |
| (7439-95-4) Dissolved Magnesium | 630 | mg/L | 0.25 | 0.095 | EPA-6010B | ND | A07 | 1 |
| (7440-23-5) Dissolved Sodium | 750 | mg/L | 5.0 | 0.26 | EPA-6010B | ND | A07 | 1 |
| (7440-09-7) Dissolved Potassium | 230 | mg/L | 5.0 | 0.50 | EPA-6010B | ND | A07 | 1 |
| (71-52-3) Bicarbonate | 5900 | mg/L | 10 | 10 | EPA-310.1 | ND | A07 | 2 |
| (3812-32-6) Carbonate | ND | mg/L | 5.0 | 5.0 | EPA-310.1 | ND | A07 | 2 |
| (16887-00-6) Chloride | 890 | mg/L | 2.5 | 0.38 | EPA-300.0 | ND | A07 | 3 |
| (14797-55-8) Nitrate as N | ND | mg/L | 0.50 | 0.10 | EPA-300.0 | ND | A07 | 3 |
| (14808-79-8) Sulfate | 690 | mg/L | 5.0 | 0.65 | EPA-300.0 | ND | A07 | 3 |
| (No CAS) Total Dissolved Solids @ 180 C | 15000 | mg/L | 500 | 250 | EPA-160.1 | ND | | 4 |
| (57-12-5) Dissolved Cyanide | 0.011 | mg/L | 0.0050 | 0.0013 | EPA-335.4 | ND | | 5 |
| (18496-25-8) Dissolved Sulfide | ND | mg/L | 0.10 | 0.050 | SM-4500SD | ND | | 6 |
| (No CAS) Non-Volatile Organic Carbon | 1400 | mg/L | 200 | 60 | EPA-415.1 | ND | A07 | 7 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 03/07/19 09:00 | 03/07/19 14:16 | JRG | PE-OP2 | 5 | B039636 |
| 2 | EPA-310.1 | 02/25/19 07:30 | 02/25/19 13:13 | MEV | MET-1 | 2 | B031735 |
| 3 | EPA-300.0 | 02/20/19 23:00 | 02/21/19 01:28 | SAV | IC5 | 5 | B038175 |
| 4 | EPA-160.1 | 02/23/19 11:30 | 02/23/19 11:30 | CAD | MANUAL | 50 | B038459 |
| 5 | EPA-335.4 | 02/28/19 11:30 | 02/28/19 13:27 | MC1 | KONE-1 | 1 | B038887 |
| 6 | SM-4500SD | 02/22/19 16:00 | 02/22/19 16:00 | JKS | SPEC06 | 1 | B038444 |
| 7 | EPA-415.1 | 02/21/19 07:30 | 02/21/19 14:57 | ALW | TOC2 | 200 | B038185 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive party of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911 FAX (661) 327-1918   www.bclabs.com          Page 26 of 66

40


BUTTE01726



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019  11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Metals Analysis

| BCL Sample ID: | 1905434-02 | Client Sample Name: | Neal Rd LF, Module 4 Seep Fill Area, 2/19/2019  12:00:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7429-90-5) **Dissolved Aluminum** | **280** | ug/L | **250** | **120** | **EPA-6010B** | ND | **A07** | 1 |
| (7440-36-0) **Dissolved Antimony** | **98** | ug/L | **500** | **24** | **EPA-6010B** | ND | **J,A07** | 1 |
| (7440-38-2) Dissolved Arsenic | ND | ug/L | 250 | 46 | EPA-6010B | ND | A07 | 1 |
| (7440-39-3) **Dissolved Barium** | **370** | ug/L | **50** | **18** | **EPA-6010B** | ND | **A07** | 1 |
| (7440-41-7) Dissolved Beryllium | ND | ug/L | 50 | 2.5 | EPA-6010B | ND | A07 | 1 |
| (7440-43-9) Dissolved Cadmium | ND | ug/L | 50 | 5.5 | EPA-6010B | ND | A07 | 1 |
| (7440-47-3) **Dissolved Chromium** | **110** | ug/L | **50** | **5.0** | **EPA-6010B** | ND | **A07** | 1 |
| (7440-48-4) **Dissolved Cobalt** | **1000** | ug/L | **250** | **5.5** | **EPA-6010B** | ND | **A07** | 1 |
| (7440-50-8) Dissolved Copper | ND | ug/L | 50 | 5.0 | EPA-6010B | ND | A07 | 1 |
| (7439-89-6) **Dissolved Iron** | **120000** | ug/L | **250** | **150** | **EPA-6010B** | ND | **A07** | 1 |
| (7439-92-1) Dissolved Lead | ND | ug/L | 250 | 18 | EPA-6010B | ND | A07 | 1 |
| (7439-96-5) **Dissolved Manganese** | **58000** | ug/L | **50** | **20** | **EPA-6010B** | ND | **A07** | 1 |
| (7439-97-6) **Dissolved Mercury** | **0.14** | ug/L | **0.20** | **0.029** | **EPA-7470A** | ND | **J** | 2 |
| (7440-02-0) **Dissolved Nickel** | **1100** | ug/L | **50** | **12** | **EPA-6010B** | ND | **A07** | 1 |
| (7782-49-2) Dissolved Selenium | ND | ug/L | 500 | 75 | EPA-6010B | ND | A07 | 1 |
| (7440-22-4) **Dissolved Silver** | **8.5** | ug/L | **50** | **6.0** | **EPA-6010B** | ND | **J,A07** | 1 |
| (7440-31-5) **Dissolved Tin** | **110** | ug/L | **250** | **36** | **EPA-6010B** | ND | **J,A07** | 1 |
| (7440-28-0) **Dissolved Thallium** | **62** | ug/L | **500** | **50** | **EPA-6010B** | ND | **J,A07** | 1 |
| (7440-62-2) **Dissolved Vanadium** | **28** | ug/L | **50** | **11** | **EPA-6010B** | ND | **J,A07** | 1 |
| (7440-66-6) **Dissolved Zinc** | **12000** | ug/L | **50** | **25** | **EPA-6010B** | ND | **A07** | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 02/25/19  08:12 | 02/25/19  13:07 | JCC | PE-OP3 | 5 | B038500 |
| 2 | EPA-7470A | 02/26/19  09:00 | 02/27/19  11:12 | JP1 | CETAC2 | 1 | B038643 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.





**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (86-50-0) Azinphos methyl | ND | ug/L | 0.20 | 0.17 | EPA-8141A | ND | | 1 |
| (35400-43-2) Bolstar | ND | ug/L | 0.20 | 0.079 | EPA-8141A | ND | | 1 |
| (2921-88-2) Chlorpyrifos | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (56-72-4) Coumaphos | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (8065-48-3) Demeton O/S | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (333-41-5) Diazinon | ND | ug/L | 0.20 | 0.080 | EPA-8141A | ND | | 1 |
| (62-73-7) Dichlorvos | ND | ug/L | 0.20 | 0.14 | EPA-8141A | ND | | 1 |
| (298-04-4) Disulfoton | ND | ug/L | 0.20 | 0.11 | EPA-8141A | ND | | 1 |
| (13194-48-4) Ethoprop | ND | ug/L | 0.20 | 0.078 | EPA-8141A | ND | | 1 |
| (115-90-2) Fensulfothion | ND | ug/L | 0.20 | 0.092 | EPA-8141A | ND | | 1 |
| (55-38-9) Fenthion | ND | ug/L | 0.20 | 0.086 | EPA-8141A | ND | | 1 |
| (150-50-5) Merphos | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (298-00-0) Methyl parathion | ND | ug/L | 0.20 | 0.088 | EPA-8141A | ND | | 1 |
| (7786-34-7) Mevinphos | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (300-76-5) Naled | ND | ug/L | 0.50 | 0.11 | EPA-8141A | ND | | 1 |
| (298-02-2) Phorate | ND | ug/L | 0.20 | 0.12 | EPA-8141A | ND | | 1 |
| (299-84-3) Ronnel (Fenchlorphos) | ND | ug/L | 0.20 | 0.097 | EPA-8141A | ND | | 1 |
| (22248-79-9) Stirophos (Tetrachlorvinphos) | ND | ug/L | 0.20 | 0.072 | EPA-8141A | ND | | 1 |
| (34643-46-4) Tokuthion (Prothiofos) | ND | ug/L | 0.20 | 0.096 | EPA-8141A | ND | | 1 |
| (327-98-0) Trichloronate | ND | ug/L | 0.20 | 0.091 | EPA-8141A | ND | | 1 |
| (115-86-6) Triphenylphosphate (Surrogate) | 57.4 | % | 50 - 130 (LCL - UCL) | | EPA-8141A | | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8141A | 02/22/19 18:15 | 02/24/19 06:23 | ZZZ | GC-18 | 1 | B038532 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com

42

**BUTTE01728**



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Chlorinated Herbicides (EPA Method 8151A)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (94-75-7) 2,4-D | ND | ug/L | 0.40 | 0.061 | EPA-8151A | ND | | 1 |
| (94-82-6) 2,4-DB | ND | ug/L | 3.0 | 0.96 | EPA-8151A | ND | | 1 |
| (75-99-0) Dalapon | ND | ug/L | 10 | 0.28 | EPA-8151A | ND | | 1 |
| (1918-00-9) Dicamba | ND | ug/L | 0.080 | 0.029 | EPA-8151A | ND | | 1 |
| (120-36-5) Dichloroprop | ND | ug/L | 0.50 | 0.11 | EPA-8151A | ND | | 1 |
| (88-85-7) Dinoseb | ND | ug/L | 0.20 | 0.051 | EPA-8151A | ND | | 1 |
| (93-76-5) 2,4,5-T | ND | ug/L | 0.090 | 0.039 | EPA-8151A | ND | | 1 |
| (93-72-1) 2,4,5-TP (Silvex) | ND | ug/L | 0.070 | 0.039 | EPA-8151A | ND | | 1 |
| (19719-28-9) 2,4-Dichlorophenylacetic acid (Surrogate) | 52.5 | % | 40 - 120 (LCL - UCL) | | EPA-8151A | | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8151A | 02/25/19  19:35 | 02/27/19  20:56 | ZZZ | GC-8 | 1 | B038840 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

BUTTE01729



## BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (71-43-2) Benzene | ND | ug/L | 0.50 | 0.083 | EPA-8260B | ND | | 1 |
| (74-97-5) Bromochloromethane | ND | ug/L | 0.50 | 0.24 | EPA-8260B | ND | | 1 |
| (75-27-4) Bromodichloromethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (75-25-2) Bromoform | ND | ug/L | 0.50 | 0.27 | EPA-8260B | ND | | 1 |
| (74-83-9) Bromomethane | ND | ug/L | 1.0 | 0.25 | EPA-8260B | ND | | 1 |
| (108-90-7) Chlorobenzene | ND | ug/L | 0.50 | 0.093 | EPA-8260B | ND | | 1 |
| (75-00-3) Chloroethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (67-66-3) Chloroform | ND | ug/L | 0.50 | 0.12 | EPA-8260B | ND | | 1 |
| (74-87-3) Chloromethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (124-48-1) Dibromochloromethane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (96-12-8) 1,2-Dibromo-3-chloropropane | ND | ug/L | 1.0 | 0.44 | EPA-8260B | ND | | 1 |
| (106-93-4) 1,2-Dibromoethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (74-95-3) Dibromomethane | ND | ug/L | 0.50 | 0.24 | EPA-8260B | ND | | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 0.50 | 0.072 | EPA-8260B | ND | | 1 |
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 0.50 | 0.15 | EPA-8260B | ND | | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 0.50 | 0.062 | EPA-8260B | ND | | 1 |
| (75-71-8) Dichlorodifluoromethane | ND | ug/L | 0.50 | 0.099 | EPA-8260B | ND | | 1 |
| (75-34-3) 1,1-Dichloroethane | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (107-06-2) 1,2-Dichloroethane | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (75-35-4) 1,1-Dichloroethene | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (156-59-2) cis-1,2-Dichloroethene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (156-60-5) trans-1,2-Dichloroethene | ND | ug/L | 0.50 | 0.15 | EPA-8260B | ND | | 1 |
| (78-87-5) 1,2-Dichloropropane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (142-28-9) 1,3-Dichloropropane | ND | ug/L | 0.50 | 0.086 | EPA-8260B | ND | | 1 |
| (594-20-7) 2,2-Dichloropropane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (563-58-6) 1,1-Dichloropropene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (10061-01-5) cis-1,3-Dichloropropene | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (10061-02-6) trans-1,3-Dichloropropene | ND | ug/L | 0.50 | 0.079 | EPA-8260B | ND | | 1 |
| (100-41-4) Ethylbenzene | ND | ug/L | 0.50 | 0.098 | EPA-8260B | ND | | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (75-09-2) Methylene chloride | ND | ug/L | 1.0 | 0.48 | EPA-8260B | ND | | 1 |
| (1634-04-4) Methyl t-butyl ether | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 0.50 | 0.36 | EPA-8260B | ND | | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (100-42-5) Styrene | ND | ug/L | 0.50 | 0.068 | EPA-8260B | ND | | 1 |
| (630-20-6) 1,1,1,2-Tetrachloroethane | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (79-34-5) 1,1,2,2-Tetrachloroethane | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (127-18-4) Tetrachloroethene | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| **(108-88-3) Toluene** | **0.12** | **ug/L** | **0.50** | **0.093** | **EPA-8260B** | **ND** | **J** | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 0.50 | 0.19 | EPA-8260B | ND | | 1 |
| (71-55-6) 1,1,1-Trichloroethane | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (79-00-5) 1,1,2-Trichloroethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (79-01-6) Trichloroethene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (75-69-4) Trichlorofluoromethane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (96-18-4) 1,2,3-Trichloropropane | ND | ug/L | 1.0 | 0.24 | EPA-8260B | ND | | 1 |
| (75-01-4) Vinyl chloride | ND | ug/L | 0.50 | 0.12 | EPA-8260B | ND | | 1 |
| (1330-20-7) Total Xylenes | ND | ug/L | 1.0 | 0.36 | EPA-8260B | ND | | 1 |
| **(67-64-1) Acetone** | **130** | **ug/L** | **10** | **4.6** | **EPA-8260B** | **ND** | | 1 |
| (75-05-8) Acetonitrile | ND | ug/L | 10 | 5.5 | EPA-8260B | ND | | 1 |
| (107-02-8) Acrolein | ND | ug/L | 10 | 7.9 | EPA-8260B | ND | | 1 |
| (107-13-1) Acrylonitrile | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | | 1 |
| (107-05-1) Allyl chloride | ND | ug/L | 5.0 | 0.80 | EPA-8260B | ND | | 1 |
| (994-05-8) t-Amyl Methyl ether | ND | ug/L | 0.50 | 0.25 | EPA-8260B | ND | | 1 |
| (75-65-0) t-Butyl alcohol | ND | ug/L | 10 | 9.4 | EPA-8260B | ND | | 1 |
| (75-15-0) Carbon disulfide | ND | ug/L | 1.0 | 0.38 | EPA-8260B | ND | | 1 |
| (126-99-8) Chloroprene | ND | ug/L | 5.0 | 0.37 | EPA-8260B | ND | | 1 |
| (110-57-6) trans-1,4-Dichloro-2-butene | ND | ug/L | 5.0 | 1.4 | EPA-8260B | ND | | 1 |
| (108-20-3) Diisopropyl ether | ND | ug/L | 0.50 | 0.23 | EPA-8260B | ND | | 1 |
| **(64-17-5) Ethanol** | **370** | **ug/L** | **250** | **50** | **EPA-8260B** | **ND** | | 1 |
| (97-63-2) Ethyl methacrylate | ND | ug/L | 4.0 | 0.97 | EPA-8260B | ND | | 1 |
| (637-92-3) Ethyl t-butyl ether | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (591-78-6) 2-Hexanone | ND | ug/L | 10 | 3.4 | EPA-8260B | ND | | 1 |
| (78-83-1) Isobutanol | ND | ug/L | 20 | 7.7 | EPA-8260B | ND | | 1 |
| (126-98-7) Methacrylonitrile | ND | ug/L | 10 | 1.7 | EPA-8260B | ND | | 1 |
| **(78-93-3) Methyl ethyl ketone** | **51** | **ug/L** | **10** | **2.5** | **EPA-8260B** | **ND** | | 1 |
| (74-88-4) Methyl iodide | ND | ug/L | 2.0 | 0.47 | EPA-8260B | ND | | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.





## BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

**BCL Sample ID:** 1905434-03    **Client Sample Name:** Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019 12:45:00PM, Art Violenta

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (108-10-1) Methyl isobutyl ketone | ND | ug/L | 10 | 2.1 | EPA-8260B | ND | | 1 |
| (80-62-6) Methyl methacrylate | ND | ug/L | 5.0 | 1.5 | EPA-8260B | ND | | 1 |
| (107-12-0) Propionitrile | ND | ug/L | 20 | 4.2 | EPA-8260B | ND | | 1 |
| (108-05-4) Vinyl acetate | ND | ug/L | 10 | 1.8 | EPA-8260B | ND | | 1 |
| (179601-23-1) p- & m-Xylenes | ND | ug/L | 0.50 | 0.28 | EPA-8260B | ND | | 1 |
| (95-47-6) o-Xylene | ND | ug/L | 0.50 | 0.082 | EPA-8260B | ND | | 1 |
| (17060-07-0) 1,2-Dichloroethane-d4 (Surrogate) | 145 | % | 75 - 125  (LCL - UCL) | | EPA-8260B | | S09 | 1 |
| (2037-26-5) Toluene-d8 (Surrogate) | 99.7 | % | 80 - 120  (LCL - UCL) | | EPA-8260B | | | 1 |
| (460-00-4) 4-Bromofluorobenzene (Surrogate) | 99.6 | % | 80 - 120  (LCL - UCL) | | EPA-8260B | | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8260B | 02/26/19  07:00 | 02/26/19  17:07 | MGC | MS-V5 | 1 | B038623 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
*All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.*



# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-03 | **Client Sample Name:** | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (83-32-9) Acenaphthene | ND | ug/L | 20 | 2.2 | EPA-8270C | ND | A01 | 1 |
| (208-96-8) Acenaphthylene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (309-00-2) Aldrin | ND | ug/L | 20 | 2.8 | EPA-8270C | ND | A01 | 1 |
| (62-53-3) Aniline | ND | ug/L | 50 | 18 | EPA-8270C | ND | A01 | 1 |
| (120-12-7) Anthracene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (92-87-5) Benzidine | ND | ug/L | 200 | 30 | EPA-8270C | ND | A01 | 1 |
| (56-55-3) Benzo[a]anthracene | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (205-99-2) Benzo[b]fluoranthene | ND | ug/L | 20 | 4.2 | EPA-8270C | ND | A01 | 1 |
| (207-08-9) Benzo[k]fluoranthene | ND | ug/L | 20 | 2.9 | EPA-8270C | ND | A01 | 1 |
| (50-32-8) Benzo[a]pyrene | ND | ug/L | 20 | 2.1 | EPA-8270C | ND | A01 | 1 |
| (191-24-2) Benzo[g,h,i]perylene | ND | ug/L | 20 | 4.8 | EPA-8270C | ND | A01 | 1 |
| (65-85-0) Benzoic acid | ND | ug/L | 100 | 7.2 | EPA-8270C | ND | A01 | 1 |
| (100-51-6) Benzyl alcohol | ND | ug/L | 20 | 3.5 | EPA-8270C | ND | A01 | 1 |
| (85-68-7) Benzyl butyl phthalate | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (319-84-6) alpha-BHC | ND | ug/L | 20 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (319-85-7) beta-BHC | ND | ug/L | 20 | 2.5 | EPA-8270C | ND | A01 | 1 |
| (319-86-8) delta-BHC | ND | ug/L | 20 | 2.8 | EPA-8270C | ND | A01 | 1 |
| (58-89-9) gamma-BHC (Lindane) | ND | ug/L | 20 | 3.2 | EPA-8270C | ND | A01 | 1 |
| (111-91-1) bis(2-Chloroethoxy)methane | ND | ug/L | 20 | 2.7 | EPA-8270C | ND | A01 | 1 |
| (111-44-4) bis(2-Chloroethyl) ether | ND | ug/L | 20 | 19 | EPA-8270C | ND | A01 | 1 |
| (39638-32-9) bis(2-Chloroisopropyl)ether | ND | ug/L | 20 | 17 | EPA-8270C | ND | A01 | 1 |
| (117-81-7) bis(2-Ethylhexyl)phthalate | ND | ug/L | 40 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (101-55-3) 4-Bromophenyl phenyl ether | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (106-47-8) 4-Chloroaniline | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |
| (91-58-7) 2-Chloronaphthalene | ND | ug/L | 20 | 2.3 | EPA-8270C | ND | A01 | 1 |
| (7005-72-3) 4-Chlorophenyl phenyl ether | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (218-01-9) Chrysene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (72-54-8) 4,4'-DDD | ND | ug/L | 20 | 4.0 | EPA-8270C | ND | A01 | 1 |
| (72-55-9) 4,4'-DDE | ND | ug/L | 30 | 3.2 | EPA-8270C | ND | A01 | 1 |
| (50-29-3) 4,4'-DDT | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (53-70-3) Dibenzo[a,h]anthracene | ND | ug/L | 30 | 5.9 | EPA-8270C | ND | A01 | 1 |
| (132-64-9) Dibenzofuran | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953        4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com

47

Page 33 of 66

BUTTE01733



# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019 11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019 12:45:00PM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 20 | 18 | EPA-8270C | ND | A01 | 1 |
| (91-94-1) 3,3-Dichlorobenzidine | ND | ug/L | 100 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (60-57-1) Dieldrin | ND | ug/L | 30 | 4.5 | EPA-8270C | ND | A01 | 1 |
| (84-66-2) Diethyl phthalate | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (131-11-3) Dimethyl phthalate | ND | ug/L | 20 | 2.5 | EPA-8270C | ND | A01 | 1 |
| (84-74-2) Di-n-butyl phthalate | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (121-14-2) 2,4-Dinitrotoluene | ND | ug/L | 20 | 8.7 | EPA-8270C | ND | A01 | 1 |
| (606-20-2) 2,6-Dinitrotoluene | ND | ug/L | 20 | 4.6 | EPA-8270C | ND | A01 | 1 |
| (117-84-0) Di-n-octyl phthalate | ND | ug/L | 20 | 3.1 | EPA-8270C | ND | A01 | 1 |
| (122-66-7) 1,2-Diphenylhydrazine | ND | ug/L | 20 | 4.4 | EPA-8270C | ND | A01 | 1 |
| (959-98-8) Endosulfan I | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (33213-65-9) Endosulfan II | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (1031-07-8) Endosulfan sulfate | ND | ug/L | 30 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (72-20-8) Endrin | ND | ug/L | 20 | 6.7 | EPA-8270C | ND | A01 | 1 |
| (7421-93-4) Endrin aldehyde | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (206-44-0) Fluoranthene | ND | ug/L | 20 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (86-73-7) Fluorene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (76-44-8) Heptachlor | ND | ug/L | 20 | 2.2 | EPA-8270C | ND | A01 | 1 |
| (1024-57-3) Heptachlor epoxide | ND | ug/L | 20 | 3.5 | EPA-8270C | ND | A01 | 1 |
| (118-74-1) Hexachlorobenzene | ND | ug/L | 20 | 2.3 | EPA-8270C | ND | A01 | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 20 | 4.6 | EPA-8270C | ND | A01 | 1 |
| (77-47-4) Hexachlorocyclopentadiene | ND | ug/L | 20 | 3.5 | EPA-8270C | ND | A01 | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 20 | 13 | EPA-8270C | ND | A01 | 1 |
| (193-39-5) Indeno[1,2,3-cd]pyrene | ND | ug/L | 20 | 7.1 | EPA-8270C | ND | A01 | 1 |
| (78-59-1) Isophorone | ND | ug/L | 20 | 4.1 | EPA-8270C | ND | A01 | 1 |
| (91-57-6) 2-Methylnaphthalene | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (91-59-8) 2-Naphthylamine | ND | ug/L | 200 | 17 | EPA-8270C | ND | A01 | 1 |
| (88-74-4) 2-Nitroaniline | ND | ug/L | 20 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (99-09-2) 3-Nitroaniline | ND | ug/L | 20 | 5.2 | EPA-8270C | ND | A01 | 1 |
| (100-01-6) 4-Nitroaniline | ND | ug/L | 50 | 8.5 | EPA-8270C | ND | A01 | 1 |
| (98-95-3) Nitrobenzene | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953      4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com      Page 34 of 66

48



BUTTE01734



**BC** *Laboratories, Inc.*
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

| BCL Sample ID: | 1905434-03 | **Client Sample Name:** | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019 12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (62-75-9) N-Nitrosodimethylamine | ND | ug/L | 20 | 5.6 | EPA-8270C | ND | A01 | 1 |
| (621-64-7) N-Nitrosodi-N-propylamine | ND | ug/L | 20 | 5.6 | EPA-8270C | ND | A01 | 1 |
| (86-30-6) N-Nitrosodiphenylamine | ND | ug/L | 20 | 2.7 | EPA-8270C | ND | A01 | 1 |
| (85-01-8) Phenanthrene | ND | ug/L | 20 | 2.0 | EPA-8270C | ND | A01 | 1 |
| (129-00-0) Pyrene | ND | ug/L | 20 | 3.1 | EPA-8270C | ND | A01 | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 20 | 2.4 | EPA-8270C | ND | A01 | 1 |
| (59-50-7) 4-Chloro-3-methylphenol | ND | ug/L | 50 | 4.2 | EPA-8270C | ND | A01 | 1 |
| (95-57-8) 2-Chlorophenol | ND | ug/L | 20 | 8.5 | EPA-8270C | ND | A01 | 1 |
| (120-83-2) 2,4-Dichlorophenol | ND | ug/L | 20 | 2.6 | EPA-8270C | ND | A01 | 1 |
| (105-67-9) 2,4-Dimethylphenol | ND | ug/L | 20 | 3.0 | EPA-8270C | ND | A01 | 1 |
| (534-52-1) 4,6-Dinitro-2-methylphenol | ND | ug/L | 100 | 4.3 | EPA-8270C | ND | A01 | 1 |
| (51-28-5) 2,4-Dinitrophenol | ND | ug/L | 100 | 3.7 | EPA-8270C | ND | A01 | 1 |
| (95-48-7) 2-Methylphenol | ND | ug/L | 20 | 4.3 | EPA-8270C | ND | A01 | 1 |
| (15831-10-4) 3- & 4-Methylphenol | ND | ug/L | 20 | 13 | EPA-8270C | ND | A01 | 1 |
| (88-75-5) 2-Nitrophenol | ND | ug/L | 20 | 3.9 | EPA-8270C | ND | A01 | 1 |
| (100-02-7) 4-Nitrophenol | ND | ug/L | 20 | 6.6 | EPA-8270C | ND | A01 | 1 |
| (87-86-5) Pentachlorophenol | ND | ug/L | 100 | 4.3 | EPA-8270C | ND | A01 | 1 |
| (108-95-2) Phenol | ND | ug/L | 20 | 8.4 | EPA-8270C | ND | A01 | 1 |
| (95-95-4) 2,4,5-Trichlorophenol | ND | ug/L | 50 | 3.6 | EPA-8270C | ND | A01 | 1 |
| (88-06-2) 2,4,6-Trichlorophenol | ND | ug/L | 50 | 3.4 | EPA-8270C | ND | A01 | 1 |
| (367-12-4) 2-Fluorophenol (Surrogate) | 13.8 | % | 30 - 120 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |
| (4165-62-2) Phenol-d5 (Surrogate) | 22.6 | % | 12 - 110 (LCL - UCL) | | EPA-8270C | | A01 | 1 |
| (4165-60-0) Nitrobenzene-d5 (Surrogate) | 30.3 | % | 50 - 130 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |
| (321-60-8) 2-Fluorobiphenyl (Surrogate) | 16.7 | % | 55 - 125 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |
| (118-79-6) 2,4,6-Tribromophenol (Surrogate) | 8.7 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |
| (1718-51-0) p-Terphenyl-d14 (Surrogate) | 22.8 | % | 40 - 150 (LCL - UCL) | | EPA-8270C | | A01,S09 | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8270C | 02/25/19 12:30 | 02/26/19 22:12 | MK1 | MS-B2 | 9.700 | B038647 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

49

BUTTE01735



**BC** *Laboratories, Inc.*
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Water Analysis (General Chemistry)

| BCL Sample ID: | 1905434-03 | Client Sample Name: | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019 12:45:00PM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7440-70-2) **Dissolved Calcium** | 98 | mg/L | 0.10 | 0.016 | EPA-6010B | ND | | 1 |
| (7439-95-4) **Dissolved Magnesium** | 44 | mg/L | 0.050 | 0.019 | EPA-6010B | ND | | 1 |
| (7440-23-5) **Dissolved Sodium** | 21 | mg/L | 1.0 | 0.051 | EPA-6010B | ND | | 1 |
| (7440-09-7) **Dissolved Potassium** | 6.2 | mg/L | 1.0 | 0.10 | EPA-6010B | ND | | 1 |
| (71-52-3) **Bicarbonate** | 500 | mg/L | 5.0 | 5.0 | EPA-310.1 | ND | | 2 |
| (3812-32-6) Carbonate | ND | mg/L | 2.5 | 2.5 | EPA-310.1 | ND | | 2 |
| (16887-00-6) **Chloride** | 13 | mg/L | 0.50 | 0.077 | EPA-300.0 | ND | | 3 |
| (14797-55-8) **Nitrate as N** | 2.5 | mg/L | 0.10 | 0.021 | EPA-300.0 | ND | | 3 |
| (14808-79-8) **Sulfate** | 29 | mg/L | 1.0 | 0.13 | EPA-300.0 | ND | | 3 |
| (No CAS) **Total Dissolved Solids @ 180 C** | 550 | mg/L | 33 | 17 | EPA-160.1 | ND | | 4 |
| (57-12-5) **Dissolved Cyanide** | 0.0018 | mg/L | 0.0050 | 0.0013 | EPA-335.4 | ND | J | 5 |
| (18496-25-8) **Dissolved Sulfide** | ND | mg/L | 0.10 | 0.050 | SM-4500SD | ND | | 6 |
| (No CAS) **Non-Volatile Organic Carbon** | 46 | mg/L | 5.0 | 1.5 | EPA-415.1 | ND | A07 | 7 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 02/25/19 08:12 | 02/25/19 12:17 | JCC | PE-OP3 | 1 | B038500 |
| 2 | EPA-310.1 | 02/25/19 07:30 | 02/25/19 13:57 | MEV | MET-1 | 1 | B031735 |
| 3 | EPA-300.0 | 02/20/19 23:00 | 02/21/19 02:04 | SAV | IC5 | 1 | B038175 |
| 4 | EPA-160.1 | 02/23/19 11:30 | 02/23/19 11:30 | CAD | MANUAL | 3.333 | B038459 |
| 5 | EPA-335.4 | 02/28/19 11:30 | 02/28/19 13:27 | MC1 | KONE-1 | 1 | B038887 |
| 6 | SM-4500SD | 02/22/19 16:00 | 02/22/19 16:00 | JKS | SPEC06 | 1 | B038444 |
| 7 | EPA-415.1 | 02/21/19 07:30 | 02/21/19 15:15 | ALW | TOC2 | 5 | B038185 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953     4100 Atlas Court  Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918   www.bclabs.com
Page 36 of 66
50
BUTTE01736



## BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Metals Analysis

| BCL Sample ID: | 1905434-03 | **Client Sample Name:** | Neal Rd LF, Module 4 Storm Water Ditch, 2/19/2019  12:45:00PM, Art Violenta |

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (7429-90-5) Dissolved Aluminum | ND | ug/L | 50 | 23 | EPA-6010B | ND | | 1 |
| (7440-36-0) Dissolved Antimony | 12 | ug/L | 100 | 4.9 | EPA-6010B | ND | J | 1 |
| (7440-38-2) Dissolved Arsenic | 12 | ug/L | 50 | 9.2 | EPA-6010B | ND | J | 1 |
| (7440-39-3) Dissolved Barium | 71 | ug/L | 10 | 3.5 | EPA-6010B | ND | | 1 |
| (7440-41-7) Dissolved Beryllium | ND | ug/L | 10 | 0.50 | EPA-6010B | ND | | 1 |
| (7440-43-9) Dissolved Cadmium | ND | ug/L | 10 | 1.1 | EPA-6010B | ND | | 1 |
| (7440-47-3) Dissolved Chromium | 1.2 | ug/L | 10 | 1.0 | EPA-6010B | ND | J | 1 |
| (7440-48-4) Dissolved Cobalt | 11 | ug/L | 50 | 1.1 | EPA-6010B | ND | J | 1 |
| (7440-50-8) Dissolved Copper | 2.5 | ug/L | 10 | 1.0 | EPA-6010B | ND | J | 1 |
| (7439-89-6) Dissolved Iron | 110 | ug/L | 50 | 30 | EPA-6010B | ND | | 1 |
| (7439-92-1) Dissolved Lead | ND | ug/L | 50 | 3.5 | EPA-6010B | ND | | 1 |
| (7439-96-5) Dissolved Manganese | 1800 | ug/L | 10 | 4.0 | EPA-6010B | ND | | 1 |
| (7439-97-6) Dissolved Mercury | ND | ug/L | 0.20 | 0.029 | EPA-7470A | ND | | 2 |
| (7440-02-0) Dissolved Nickel | 19 | ug/L | 10 | 2.4 | EPA-6010B | ND | | 1 |
| (7782-49-2) Dissolved Selenium | ND | ug/L | 100 | 15 | EPA-6010B | ND | | 1 |
| (7440-22-4) Dissolved Silver | ND | ug/L | 10 | 1.2 | EPA-6010B | ND | | 1 |
| (7440-31-5) Dissolved Tin | ND | ug/L | 50 | 7.2 | EPA-6010B | ND | | 1 |
| (7440-28-0) Dissolved Thallium | ND | ug/L | 100 | 10 | EPA-6010B | ND | | 1 |
| (7440-62-2) Dissolved Vanadium | 11 | ug/L | 10 | 2.2 | EPA-6010B | ND | | 1 |
| (7440-66-6) Dissolved Zinc | 39 | ug/L | 10 | 5.0 | EPA-6010B | ND | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-6010B | 02/25/19 08:12 | 02/25/19 12:17 | JCC | PE-OP3 | 1 | B038500 |
| 2 | EPA-7470A | 02/27/19 08:35 | 02/27/19 15:33 | JP1 | CETAC2 | 1 | B038759 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.


# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

**BCL Sample ID:**  1905434-04          **Client Sample Name:**  Neal Rd LF, QCTB, 2/19/2019  12:45:00PM, Art Violenta

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (71-43-2) Benzene | ND | ug/L | 0.50 | 0.083 | EPA-8260B | ND | | 1 |
| (74-97-5) Bromochloromethane | ND | ug/L | 0.50 | 0.24 | EPA-8260B | ND | | 1 |
| (75-27-4) Bromodichloromethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (75-25-2) Bromoform | ND | ug/L | 0.50 | 0.27 | EPA-8260B | ND | | 1 |
| (74-83-9) Bromomethane | ND | ug/L | 1.0 | 0.25 | EPA-8260B | ND | | 1 |
| (108-90-7) Chlorobenzene | ND | ug/L | 0.50 | 0.093 | EPA-8260B | ND | | 1 |
| (75-00-3) Chloroethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (67-66-3) Chloroform | ND | ug/L | 0.50 | 0.12 | EPA-8260B | ND | | 1 |
| (74-87-3) Chloromethane | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (124-48-1) Dibromochloromethane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (96-12-8) 1,2-Dibromo-3-chloropropane | ND | ug/L | 1.0 | 0.44 | EPA-8260B | ND | | 1 |
| (106-93-4) 1,2-Dibromoethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (74-95-3) Dibromomethane | ND | ug/L | 0.50 | 0.24 | EPA-8260B | ND | | 1 |
| (95-50-1) 1,2-Dichlorobenzene | ND | ug/L | 0.50 | 0.072 | EPA-8260B | ND | | 1 |
| (541-73-1) 1,3-Dichlorobenzene | ND | ug/L | 0.50 | 0.15 | EPA-8260B | ND | | 1 |
| (106-46-7) 1,4-Dichlorobenzene | ND | ug/L | 0.50 | 0.062 | EPA-8260B | ND | | 1 |
| (75-71-8) Dichlorodifluoromethane | ND | ug/L | 0.50 | 0.099 | EPA-8260B | ND | | 1 |
| (75-34-3) 1,1-Dichloroethane | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (107-06-2) 1,2-Dichloroethane | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (75-35-4) 1,1-Dichloroethene | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (156-59-2) cis-1,2-Dichloroethene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (156-60-5) trans-1,2-Dichloroethene | ND | ug/L | 0.50 | 0.15 | EPA-8260B | ND | | 1 |
| (78-87-5) 1,2-Dichloropropane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (142-28-9) 1,3-Dichloropropane | ND | ug/L | 0.50 | 0.086 | EPA-8260B | ND | | 1 |
| (594-20-7) 2,2-Dichloropropane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (563-58-6) 1,1-Dichloropropene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (10061-01-5) cis-1,3-Dichloropropene | ND | ug/L | 0.50 | 0.14 | EPA-8260B | ND | | 1 |
| (10061-02-6) trans-1,3-Dichloropropene | ND | ug/L | 0.50 | 0.079 | EPA-8260B | ND | | 1 |
| (100-41-4) Ethylbenzene | ND | ug/L | 0.50 | 0.098 | EPA-8260B | ND | | 1 |
| (87-68-3) Hexachlorobutadiene | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (75-09-2) Methylene chloride | ND | ug/L | 1.0 | 0.48 | EPA-8260B | ND | | 1 |
| (1634-04-4) Methyl t-butyl ether | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (91-20-3) Naphthalene | ND | ug/L | 0.50 | 0.36 | EPA-8260B | ND | | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com          Page 38 of 66

52


BUTTE01738



# Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-04 | **Client Sample Name:** | Neal Rd LF, QCTB, 2/19/2019  12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (100-42-5) Styrene | ND | ug/L | 0.50 | 0.068 | EPA-8260B | ND | | 1 |
| (630-20-6) 1,1,1,2-Tetrachloroethane | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (79-34-5) 1,1,2,2-Tetrachloroethane | ND | ug/L | 0.50 | 0.17 | EPA-8260B | ND | | 1 |
| (127-18-4) Tetrachloroethene | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (108-88-3) Toluene | ND | ug/L | 0.50 | 0.093 | EPA-8260B | ND | | 1 |
| (120-82-1) 1,2,4-Trichlorobenzene | ND | ug/L | 0.50 | 0.19 | EPA-8260B | ND | | 1 |
| (71-55-6) 1,1,1-Trichloroethane | ND | ug/L | 0.50 | 0.11 | EPA-8260B | ND | | 1 |
| (79-00-5) 1,1,2-Trichloroethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (79-01-6) Trichloroethene | ND | ug/L | 0.50 | 0.085 | EPA-8260B | ND | | 1 |
| (75-69-4) Trichlorofluoromethane | ND | ug/L | 0.50 | 0.13 | EPA-8260B | ND | | 1 |
| (96-18-4) 1,2,3-Trichloropropane | ND | ug/L | 1.0 | 0.24 | EPA-8260B | ND | | 1 |
| (75-01-4) Vinyl chloride | ND | ug/L | 0.50 | 0.12 | EPA-8260B | ND | | 1 |
| (1330-20-7) Total Xylenes | ND | ug/L | 1.0 | 0.36 | EPA-8260B | ND | | 1 |
| (67-64-1) Acetone | ND | ug/L | 10 | 4.6 | EPA-8260B | ND | | 1 |
| (75-05-8) Acetonitrile | ND | ug/L | 10 | 5.5 | EPA-8260B | ND | | 1 |
| (107-02-8) Acrolein | ND | ug/L | 10 | 7.9 | EPA-8260B | ND | | 1 |
| (107-13-1) Acrylonitrile | ND | ug/L | 5.0 | 1.2 | EPA-8260B | ND | | 1 |
| (107-05-1) Allyl chloride | ND | ug/L | 5.0 | 0.80 | EPA-8260B | ND | | 1 |
| (994-05-8) t-Amyl Methyl ether | ND | ug/L | 0.50 | 0.25 | EPA-8260B | ND | | 1 |
| (75-65-0) t-Butyl alcohol | ND | ug/L | 10 | 9.4 | EPA-8260B | ND | | 1 |
| (75-15-0) Carbon disulfide | ND | ug/L | 1.0 | 0.38 | EPA-8260B | ND | | 1 |
| (126-99-8) Chloroprene | ND | ug/L | 5.0 | 0.37 | EPA-8260B | ND | | 1 |
| (110-57-6) trans-1,4-Dichloro-2-butene | ND | ug/L | 5.0 | 1.4 | EPA-8260B | ND | | 1 |
| (108-20-3) Diisopropyl ether | ND | ug/L | 0.50 | 0.23 | EPA-8260B | ND | | 1 |
| (64-17-5) Ethanol | ND | ug/L | 250 | 50 | EPA-8260B | ND | | 1 |
| (97-63-2) Ethyl methacrylate | ND | ug/L | 4.0 | 0.97 | EPA-8260B | ND | | 1 |
| (637-92-3) Ethyl t-butyl ether | ND | ug/L | 0.50 | 0.18 | EPA-8260B | ND | | 1 |
| (67-72-1) Hexachloroethane | ND | ug/L | 0.50 | 0.16 | EPA-8260B | ND | | 1 |
| (591-78-6) 2-Hexanone | ND | ug/L | 10 | 3.4 | EPA-8260B | ND | | 1 |
| (78-83-1) Isobutanol | ND | ug/L | 20 | 7.7 | EPA-8260B | ND | | 1 |
| (126-98-7) Methacrylonitrile | ND | ug/L | 10 | 1.7 | EPA-8260B | ND | | 1 |
| (78-93-3) Methyl ethyl ketone | ND | ug/L | 10 | 2.5 | EPA-8260B | ND | | 1 |
| (74-88-4) Methyl iodide | ND | ug/L | 2.0 | 0.47 | EPA-8260B | ND | | 1 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com          Page 39 of 66
53
BUTTE01739



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

| BCL Sample ID: | 1905434-04 | Client Sample Name: | Neal Rd LF, QCTB, 2/19/2019 12:45:00PM, Art Violenta |
|---|---|---|---|

| Constituent | Result | Units | PQL | MDL | Method | MB Bias | Lab Quals | Run # |
|---|---|---|---|---|---|---|---|---|
| (108-10-1)  Methyl isobutyl ketone | ND | ug/L | 10 | 2.1 | EPA-8260B | ND | | 1 |
| (80-62-6)  Methyl methacrylate | ND | ug/L | 5.0 | 1.5 | EPA-8260B | ND | | 1 |
| (107-12-0)  Propionitrile | ND | ug/L | 20 | 4.2 | EPA-8260B | ND | | 1 |
| (108-05-4)  Vinyl acetate | ND | ug/L | 10 | 1.8 | EPA-8260B | ND | | 1 |
| (179601-23-1)  p- & m-Xylenes | ND | ug/L | 0.50 | 0.28 | EPA-8260B | ND | | 1 |
| (95-47-6)  o-Xylene | ND | ug/L | 0.50 | 0.082 | EPA-8260B | ND | | 1 |
| (17060-07-0)  1,2-Dichloroethane-d4 (Surrogate) | 129 | % | 75 - 125  (LCL - UCL) | | EPA-8260B | | S09 | 1 |
| (2037-26-5)  Toluene-d8 (Surrogate) | 99.3 | % | 80 - 120  (LCL - UCL) | | EPA-8260B | | | 1 |
| (460-00-4)  4-Bromofluorobenzene (Surrogate) | 94.9 | % | 80 - 120  (LCL - UCL) | | EPA-8260B | | | 1 |

| Run # | Method | Prep Date | Run Date/Time | Analyst | Instrument | Dilution | QC Batch ID |
|---|---|---|---|---|---|---|---|
| 1 | EPA-8260B | 02/26/19  07:00 | 02/26/19  16:44 | MGC | MS-V5 | 1 | B038623 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038532** | | | | | | |
| Azinphos methyl | B038532-BLK1 | ND | ug/L | 0.20 | 0.17 | |
| Bolstar | B038532-BLK1 | ND | ug/L | 0.20 | 0.079 | |
| Chlorpyrifos | B038532-BLK1 | ND | ug/L | 0.20 | 0.097 | |
| Coumaphos | B038532-BLK1 | ND | ug/L | 0.20 | 0.086 | |
| Demeton O/S | B038532-BLK1 | ND | ug/L | 0.20 | 0.12 | |
| Diazinon | B038532-BLK1 | ND | ug/L | 0.20 | 0.080 | |
| Dichlorvos | B038532-BLK1 | ND | ug/L | 0.20 | 0.14 | |
| Disulfoton | B038532-BLK1 | ND | ug/L | 0.20 | 0.11 | |
| Ethoprop | B038532-BLK1 | ND | ug/L | 0.20 | 0.078 | |
| Fensulfothion | B038532-BLK1 | ND | ug/L | 0.20 | 0.092 | |
| Fenthion | B038532-BLK1 | ND | ug/L | 0.20 | 0.086 | |
| Merphos | B038532-BLK1 | ND | ug/L | 0.20 | 0.096 | |
| Methyl parathion | B038532-BLK1 | ND | ug/L | 0.20 | 0.088 | |
| Mevinphos | B038532-BLK1 | ND | ug/L | 0.20 | 0.12 | |
| Naled | B038532-BLK1 | ND | ug/L | 0.50 | 0.11 | |
| Phorate | B038532-BLK1 | ND | ug/L | 0.20 | 0.12 | |
| Ronnel (Fenchlorphos) | B038532-BLK1 | ND | ug/L | 0.20 | 0.097 | |
| Stirophos (Tetrachlorvinphos) | B038532-BLK1 | ND | ug/L | 0.20 | 0.072 | |
| Tokuthion (Prothiofos) | B038532-BLK1 | ND | ug/L | 0.20 | 0.096 | |
| Trichloronate | B038532-BLK1 | ND | ug/L | 0.20 | 0.091 | |
| **Triphenylphosphate (Surrogate)** | **B038532-BLK1** | **118** | **%** | | **50 - 130 (LCL - UCL)** | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document . This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party.  BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953      4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com      Page 41 of 66

55

BUTTE01741



**Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

### Quality Control Report - Laboratory Control Sample

| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Control Limits Percent Recovery | RPD | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038532** | | | | | | | | | | |
| Bolstar | B038532-BS1 | LCS | 2.2200 | 2.0000 | ug/L | 111 | | 50 - 130 | | |
| Chlorpyrifos | B038532-BS1 | LCS | 2.0900 | 2.0000 | ug/L | 104 | | 60 - 120 | | |
| Diazinon | B038532-BS1 | LCS | 2.0950 | 2.0000 | ug/L | 105 | | 60 - 130 | | |
| Methyl parathion | B038532-BS1 | LCS | 2.1600 | 2.0000 | ug/L | 108 | | 60 - 120 | | |
| Mevinphos | B038532-BS1 | LCS | 2.0000 | 2.0000 | ug/L | 100 | | 50 - 120 | | |
| Ronnel (Fenchlorphos) | B038532-BS1 | LCS | 2.1850 | 2.0000 | ug/L | 109 | | 50 - 120 | | |
| Stirophos (Tetrachlorvinphos) | B038532-BS1 | LCS | 2.2200 | 2.0000 | ug/L | 111 | | 50 - 120 | | |
| Triphenylphosphate (Surrogate) | B038532-BS1 | LCS | 2.7250 | 2.5000 | ug/L | 109 | | 50 - 130 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953        4100 Atlas Court  Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918  www.bclabs.com        Page 42 of 66

56

BUTTE01742



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Organo-Phosphorus Pesticide Analysis (EPA Method 8141A)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD | Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038532** | | Used client sample: N | | | | | | | | | |
| Bolstar | MS | 1902131-78 | ND | 2.3050 | 2.0000 | ug/L | | 115 | | 60 - 120 | |
| | MSD | 1902131-78 | ND | 2.2350 | 2.0000 | ug/L | 3.1 | 112 | 30 | 60 - 120 | |
| Chlorpyrifos | MS | 1902131-78 | ND | 2.0750 | 2.0000 | ug/L | | 104 | | 60 - 120 | |
| | MSD | 1902131-78 | ND | 2.2400 | 2.0000 | ug/L | 7.6 | 112 | 30 | 60 - 120 | |
| Diazinon | MS | 1902131-78 | ND | 2.1750 | 2.0000 | ug/L | | 109 | | 60 - 130 | |
| | MSD | 1902131-78 | ND | 2.4450 | 2.0000 | ug/L | 11.7 | 122 | 30 | 60 - 130 | |
| Methyl parathion | MS | 1902131-78 | ND | 2.0750 | 2.0000 | ug/L | | 104 | | 60 - 120 | |
| | MSD | 1902131-78 | ND | 2.2750 | 2.0000 | ug/L | 9.2 | 114 | 30 | 60 - 120 | |
| **Mevinphos** | MS | 1902131-78 | ND | 2.4150 | 2.0000 | ug/L | | 121 | | 50 - 120 | Q03 |
| | MSD | 1902131-78 | ND | 2.3950 | 2.0000 | ug/L | 0.8 | 120 | 30 | 50 - 120 | |
| **Ronnel (Fenchlorphos)** | MS | 1902131-78 | ND | 2.0700 | 2.0000 | ug/L | | 104 | | 50 - 120 | |
| | MSD | 1902131-78 | ND | 2.5350 | 2.0000 | ug/L | 20.2 | 127 | 30 | 50 - 120 | Q03 |
| Stirophos (Tetrachlorvinphos) | MS | 1902131-78 | ND | 2.2200 | 2.0000 | ug/L | | 111 | | 50 - 120 | |
| | MSD | 1902131-78 | ND | 2.2950 | 2.0000 | ug/L | 3.3 | 115 | 30 | 50 - 120 | |
| Triphenylphosphate (Surrogate) | MS | 1902131-78 | ND | 2.9750 | 2.5000 | ug/L | | 119 | | 50 - 130 | |
| | MSD | 1902131-78 | ND | 2.9600 | 2.5000 | ug/L | 0.5 | 118 | | 50 - 130 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

BUTTE01743



**Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Chlorinated Herbicides (EPA Method 8151A)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038840** | | | | | | |
| 2,4-D | B038840-BLK1 | ND | ug/L | 0.40 | 0.061 | |
| 2,4-DB | B038840-BLK1 | ND | ug/L | 3.0 | 0.96 | |
| Dalapon | B038840-BLK1 | ND | ug/L | 10 | 0.28 | |
| Dicamba | B038840-BLK1 | ND | ug/L | 0.080 | 0.029 | |
| Dichloroprop | B038840-BLK1 | ND | ug/L | 0.50 | 0.11 | |
| Dinoseb | B038840-BLK1 | ND | ug/L | 0.20 | 0.051 | |
| 2,4,5-T | B038840-BLK1 | ND | ug/L | 0.090 | 0.039 | |
| 2,4,5-TP (Silvex) | B038840-BLK1 | ND | ug/L | 0.070 | 0.039 | |
| **2,4-Dichlorophenylacetic acid (Surrogate)** | **B038840-BLK1** | **77.0** | **%** | **40 - 120  (LCL - UCL)** | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com          Page 44 of 66

58

BUTTE01744



## Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
|---|---|
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Chlorinated Herbicides (EPA Method 8151A)

## Quality Control Report - Laboratory Control Sample

| | | | | | | | | Control Limits | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Percent Recovery | RPD | Lab Quals |
| **QC Batch ID:  B038840** | | | | | | | | | | |
| 2,4-D | B038840-BS1 | LCS | 1.6500 | 2.4000 | ug/L | 68.8 | | 50 - 120 | | |
| 2,4-DB | B038840-BS1 | LCS | 3.8100 | 5.4000 | ug/L | 70.6 | | 50 - 120 | | |
| Dicamba | B038840-BS1 | LCS | 0.40000 | 0.60000 | ug/L | 66.7 | | 50 - 120 | | |
| Dichloroprop | B038840-BS1 | LCS | 1.6100 | 2.4000 | ug/L | 67.1 | | 50 - 120 | | |
| Dinoseb | B038840-BS1 | LCS | 0.60000 | 1.2000 | ug/L | 50.0 | | 50 - 120 | | |
| 2,4,5-T | B038840-BS1 | LCS | 0.45000 | 0.60000 | ug/L | 75.0 | | 40 - 120 | | |
| 2,4,5-TP (Silvex) | B038840-BS1 | LCS | 0.40000 | 0.60000 | ug/L | 66.7 | | 50 - 120 | | |
| 2,4-Dichlorophenylacetic acid (Surrogate) | B038840-BS1 | LCS | 2.8500 | 4.0000 | ug/L | 71.2 | | 40 - 120 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308   (661) 327-4911 FAX (661) 327-1918  www.bclabs.com

59

Page 45 of 66

BUTTE01745



**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| SCS Engineers | |
|---|---|
| 3117 Fite Circle, Suite 108 | |
| Sacramento, CA 95827 | |

| **Reported:** | 03/12/2019  11:59 |
|---|---|
| Project: | Neal Road LF - WW |
| Project Number: | [none] |
| Project Manager: | Wayne Pearce |

## Chlorinated Herbicides (EPA Method 8151A)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD | Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID:  B038840** | | Used client sample:  N | | | | | | | | | |
| 2,4-D | MS | 1902131-73 | ND | 1.9500 | 2.4000 | ug/L | | 81.2 | | 40 - 120 | |
| | MSD | 1902131-73 | ND | 1.7000 | 2.4000 | ug/L | 13.7 | 70.8 | 30 | 40 - 120 | |
| 2,4-DB | MS | 1902131-73 | ND | 4.5600 | 5.4000 | ug/L | | 84.4 | | 50 - 120 | |
| | MSD | 1902131-73 | ND | 3.5800 | 5.4000 | ug/L | 24.1 | 66.3 | 30 | 50 - 120 | |
| Dicamba | MS | 1902131-73 | ND | 0.49000 | 0.60000 | ug/L | | 81.7 | | 50 - 120 | |
| | MSD | 1902131-73 | ND | 0.40000 | 0.60000 | ug/L | 20.2 | 66.7 | 30 | 50 - 120 | |
| Dichloroprop | MS | 1902131-73 | ND | 2.0400 | 2.4000 | ug/L | | 85.0 | | 40 - 120 | |
| | MSD | 1902131-73 | ND | 1.6200 | 2.4000 | ug/L | 23.0 | 67.5 | 30 | 40 - 120 | |
| Dinoseb | MS | 1902131-73 | ND | 0.77000 | 1.2000 | ug/L | | 64.2 | | 40 - 130 | |
| | MSD | 1902131-73 | ND | 0.59000 | 1.2000 | ug/L | 26.5 | 49.2 | 30 | 40 - 130 | |
| 2,4,5-T | MS | 1902131-73 | ND | 0.52000 | 0.60000 | ug/L | | 86.7 | | 40 - 120 | |
| | MSD | 1902131-73 | ND | 0.43000 | 0.60000 | ug/L | 18.9 | 71.7 | 30 | 40 - 120 | |
| 2,4,5-TP (Silvex) | MS | 1902131-73 | ND | 0.47000 | 0.60000 | ug/L | | 78.3 | | 40 - 120 | |
| | MSD | 1902131-73 | ND | 0.40000 | 0.60000 | ug/L | 16.1 | 66.7 | 30 | 40 - 120 | |
| 2,4-Dichlorophenylacetic acid (Surrogate | MS | 1902131-73 | ND | 3.2200 | 4.0000 | ug/L | | 80.5 | | 40 - 120 | |
| | MSD | 1902131-73 | ND | 2.7800 | 4.0000 | ug/L | 14.7 | 69.5 | | 40 - 120 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918   www.bclabs.com

Page 46 of 66

60


BUTTE01746



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID:  B038623** | | | | | | |
| Benzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.083 | |
| Bromochloromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.24 | |
| Bromodichloromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.14 | |
| Bromoform | B038623-BLK1 | ND | ug/L | 0.50 | 0.27 | |
| Bromomethane | B038623-BLK1 | ND | ug/L | 1.0 | 0.25 | |
| Chlorobenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.093 | |
| Chloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.14 | |
| Chloroform | B038623-BLK1 | ND | ug/L | 0.50 | 0.12 | |
| Chloromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.14 | |
| Dibromochloromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.13 | |
| 1,2-Dibromo-3-chloropropane | B038623-BLK1 | ND | ug/L | 1.0 | 0.44 | |
| 1,2-Dibromoethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.16 | |
| Dibromomethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.24 | |
| 1,2-Dichlorobenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.072 | |
| 1,3-Dichlorobenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.15 | |
| 1,4-Dichlorobenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.062 | |
| Dichlorodifluoromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.099 | |
| 1,1-Dichloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.11 | |
| 1,2-Dichloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.17 | |
| 1,1-Dichloroethene | B038623-BLK1 | ND | ug/L | 0.50 | 0.18 | |
| cis-1,2-Dichloroethene | B038623-BLK1 | ND | ug/L | 0.50 | 0.085 | |
| trans-1,2-Dichloroethene | B038623-BLK1 | ND | ug/L | 0.50 | 0.15 | |
| 1,2-Dichloropropane | B038623-BLK1 | ND | ug/L | 0.50 | 0.13 | |
| 1,3-Dichloropropane | B038623-BLK1 | ND | ug/L | 0.50 | 0.086 | |
| 2,2-Dichloropropane | B038623-BLK1 | ND | ug/L | 0.50 | 0.13 | |
| 1,1-Dichloropropene | B038623-BLK1 | ND | ug/L | 0.50 | 0.085 | |
| cis-1,3-Dichloropropene | B038623-BLK1 | ND | ug/L | 0.50 | 0.14 | |
| trans-1,3-Dichloropropene | B038623-BLK1 | ND | ug/L | 0.50 | 0.079 | |
| Ethylbenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.098 | |
| Hexachlorobutadiene | B038623-BLK1 | ND | ug/L | 0.50 | 0.17 | |
| Methylene chloride | B038623-BLK1 | ND | ug/L | 1.0 | 0.48 | |
| Methyl t-butyl ether | B038623-BLK1 | ND | ug/L | 0.50 | 0.11 | |
| Naphthalene | B038623-BLK1 | ND | ug/L | 0.50 | 0.36 | |
| Styrene | B038623-BLK1 | ND | ug/L | 0.50 | 0.068 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com          Page 47 of 66

61





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project:  Neal Road LF - WW<br>**Project Number:** [none]<br>Project Manager:  Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038623** | | | | | | |
| 1,1,1,2-Tetrachloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.18 | |
| 1,1,2,2-Tetrachloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.17 | |
| Tetrachloroethene | B038623-BLK1 | ND | ug/L | 0.50 | 0.13 | |
| Toluene | B038623-BLK1 | ND | ug/L | 0.50 | 0.093 | |
| 1,2,4-Trichlorobenzene | B038623-BLK1 | ND | ug/L | 0.50 | 0.19 | |
| 1,1,1-Trichloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.11 | |
| 1,1,2-Trichloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.16 | |
| Trichloroethene | B038623-BLK1 | ND | ug/L | 0.50 | 0.085 | |
| Trichlorofluoromethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.13 | |
| 1,2,3-Trichloropropane | B038623-BLK1 | ND | ug/L | 1.0 | 0.24 | |
| Vinyl chloride | B038623-BLK1 | ND | ug/L | 0.50 | 0.12 | |
| Total Xylenes | B038623-BLK1 | ND | ug/L | 1.0 | 0.36 | |
| Acetone | B038623-BLK1 | ND | ug/L | 10 | 4.6 | |
| Acetonitrile | B038623-BLK1 | ND | ug/L | 10 | 5.5 | |
| Acrolein | B038623-BLK1 | ND | ug/L | 10 | 7.9 | |
| Acrylonitrile | B038623-BLK1 | ND | ug/L | 5.0 | 1.2 | |
| Allyl chloride | B038623-BLK1 | ND | ug/L | 5.0 | 0.80 | |
| t-Amyl Methyl ether | B038623-BLK1 | ND | ug/L | 0.50 | 0.25 | |
| t-Butyl alcohol | B038623-BLK1 | ND | ug/L | 10 | 9.4 | |
| Carbon disulfide | B038623-BLK1 | ND | ug/L | 1.0 | 0.38 | |
| Chloroprene | B038623-BLK1 | ND | ug/L | 5.0 | 0.37 | |
| trans-1,4-Dichloro-2-butene | B038623-BLK1 | ND | ug/L | 5.0 | 1.4 | |
| Diisopropyl ether | B038623-BLK1 | ND | ug/L | 0.50 | 0.23 | |
| Ethanol | B038623-BLK1 | ND | ug/L | 250 | 50 | |
| Ethyl methacrylate | B038623-BLK1 | ND | ug/L | 4.0 | 0.97 | |
| Ethyl t-butyl ether | B038623-BLK1 | ND | ug/L | 0.50 | 0.18 | |
| Hexachloroethane | B038623-BLK1 | ND | ug/L | 0.50 | 0.16 | |
| 2-Hexanone | B038623-BLK1 | ND | ug/L | 10 | 3.4 | |
| Isobutanol | B038623-BLK1 | ND | ug/L | 20 | 7.7 | |
| Methacrylonitrile | B038623-BLK1 | ND | ug/L | 10 | 1.7 | |
| Methyl ethyl ketone | B038623-BLK1 | ND | ug/L | 10 | 2.5 | |
| Methyl iodide | B038623-BLK1 | ND | ug/L | 2.0 | 0.47 | |
| Methyl isobutyl ketone | B038623-BLK1 | ND | ug/L | 10 | 2.1 | |
| Methyl methacrylate | B038623-BLK1 | ND | ug/L | 5.0 | 1.5 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.


BUTTE01748



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID:  B038623** | | | | | | |
| Propionitrile | B038623-BLK1 | ND | ug/L | 20 | 4.2 | |
| Vinyl acetate | B038623-BLK1 | ND | ug/L | 10 | 1.8 | |
| p- & m-Xylenes | B038623-BLK1 | ND | ug/L | 0.50 | 0.28 | |
| o-Xylene | B038623-BLK1 | ND | ug/L | 0.50 | 0.082 | |
| 1,2-Dichloroethane-d4 (Surrogate) | B038623-BLK1 | 119 | % | 75 - 125 (LCL - UCL) | | |
| Toluene-d8 (Surrogate) | B038623-BLK1 | 99.8 | % | 80 - 120 (LCL - UCL) | | |
| 4-Bromofluorobenzene (Surrogate) | B038623-BLK1 | 99.4 | % | 80 - 120 (LCL - UCL) | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com

63

Page 49 of 66





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| SCS Engineers | |
|---|---|
| 3117 Fite Circle, Suite 108 | **Reported:** 03/12/2019 11:59 |
| Sacramento, CA 95827 | Project: Neal Road LF - WW |
| | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

### Quality Control Report - Laboratory Control Sample

| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Control Limits Percent Recovery | RPD | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID:  B038623** | | | | | | | | | | |
| Benzene | B038623-BS1 | LCS | 23.350 | 25.000 | ug/L | 93.4 | | 70 - 130 | | |
| Bromodichloromethane | B038623-BS1 | LCS | 27.580 | 25.000 | ug/L | 110 | | 70 - 130 | | |
| Chlorobenzene | B038623-BS1 | LCS | 24.230 | 25.000 | ug/L | 96.9 | | 70 - 130 | | |
| Chloroethane | B038623-BS1 | LCS | 29.870 | 25.000 | ug/L | 119 | | 70 - 130 | | |
| 1,4-Dichlorobenzene | B038623-BS1 | LCS | 22.220 | 25.000 | ug/L | 88.9 | | 70 - 130 | | |
| 1,1-Dichloroethane | B038623-BS1 | LCS | 25.020 | 25.000 | ug/L | 100 | | 70 - 130 | | |
| 1,1-Dichloroethene | B038623-BS1 | LCS | 26.640 | 25.000 | ug/L | 107 | | 70 - 130 | | |
| Toluene | B038623-BS1 | LCS | 23.320 | 25.000 | ug/L | 93.3 | | 70 - 130 | | |
| Trichloroethene | B038623-BS1 | LCS | 25.230 | 25.000 | ug/L | 101 | | 70 - 130 | | |
| 1,2-Dichloroethane-d4 (Surrogate) | B038623-BS1 | LCS | 12.490 | 10.000 | ug/L | 125 | | 75 - 125 | | |
| Toluene-d8 (Surrogate) | B038623-BS1 | LCS | 9.7400 | 10.000 | ug/L | 97.4 | | 80 - 120 | | |
| 4-Bromofluorobenzene (Surrogate) | B038623-BS1 | LCS | 10.200 | 10.000 | ug/L | 102 | | 80 - 120 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com          Page 50 of 66

64




# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Volatile Organic Analysis  (EPA Method 8260B)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD | Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038623** | | Used client sample: N | | | | | | | | Control Limits | |
| Benzene | MS | 1905612-07 | ND | 26.090 | 25.000 | ug/L | | 104 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 25.140 | 25.000 | ug/L | 3.7 | 101 | 20 | 70 - 130 | |
| Bromodichloromethane | MS | 1905612-07 | ND | 30.140 | 25.000 | ug/L | | 121 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 29.200 | 25.000 | ug/L | 3.2 | 117 | 20 | 70 - 130 | |
| Chlorobenzene | MS | 1905612-07 | ND | 25.670 | 25.000 | ug/L | | 103 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 25.460 | 25.000 | ug/L | 0.8 | 102 | 20 | 70 - 130 | |
| Chloroethane | MS | 1905612-07 | ND | 29.500 | 25.000 | ug/L | | 118 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 32.200 | 25.000 | ug/L | 8.8 | 129 | 20 | 70 - 130 | |
| 1,4-Dichlorobenzene | MS | 1905612-07 | ND | 24.170 | 25.000 | ug/L | | 96.7 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 23.610 | 25.000 | ug/L | 2.3 | 94.4 | 20 | 70 - 130 | |
| 1,1-Dichloroethane | MS | 1905612-07 | ND | 27.840 | 25.000 | ug/L | | 111 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 26.810 | 25.000 | ug/L | 3.8 | 107 | 20 | 70 - 130 | |
| 1,1-Dichloroethene | MS | 1905612-07 | ND | 28.750 | 25.000 | ug/L | | 115 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 27.450 | 25.000 | ug/L | 4.6 | 110 | 20 | 70 - 130 | |
| Toluene | MS | 1905612-07 | ND | 26.040 | 25.000 | ug/L | | 104 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 24.900 | 25.000 | ug/L | 4.5 | 99.6 | 20 | 70 - 130 | |
| Trichloroethene | MS | 1905612-07 | ND | 26.830 | 25.000 | ug/L | | 107 | | 70 - 130 | |
| | MSD | 1905612-07 | ND | 26.230 | 25.000 | ug/L | 2.3 | 105 | 20 | 70 - 130 | |
| 1,2-Dichloroethane-d4 (Surrogate) | MS | 1905612-07 | ND | 12.300 | 10.000 | ug/L | | 123 | | 75 - 125 | |
| | MSD | 1905612-07 | ND | 11.820 | 10.000 | ug/L | 4.0 | 118 | | 75 - 125 | |
| Toluene-d8 (Surrogate) | MS | 1905612-07 | ND | 10.140 | 10.000 | ug/L | | 101 | | 80 - 120 | |
| | MSD | 1905612-07 | ND | 10.080 | 10.000 | ug/L | 0.6 | 101 | | 80 - 120 | |
| 4-Bromofluorobenzene (Surrogate) | MS | 1905612-07 | ND | 9.7800 | 10.000 | ug/L | | 97.8 | | 80 - 120 | |
| | MSD | 1905612-07 | ND | 10.160 | 10.000 | ug/L | 3.8 | 102 | | 80 - 120 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953                     4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918   www.bclabs.com

Page 51 of 66

65

**BUTTE01751**



**Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038647** | | | | | | |
| Acenaphthene | B038647-BLK1 | ND | ug/L | 2.0 | 0.22 | |
| Acenaphthylene | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Aldrin | B038647-BLK1 | ND | ug/L | 2.0 | 0.28 | |
| Aniline | B038647-BLK1 | ND | ug/L | 5.0 | 1.8 | |
| Anthracene | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Benzidine | B038647-BLK1 | ND | ug/L | 20 | 3.0 | |
| Benzo[a]anthracene | B038647-BLK1 | ND | ug/L | 2.0 | 0.30 | |
| Benzo[b]fluoranthene | B038647-BLK1 | ND | ug/L | 2.0 | 0.42 | |
| Benzo[k]fluoranthene | B038647-BLK1 | ND | ug/L | 2.0 | 0.29 | |
| Benzo[a]pyrene | B038647-BLK1 | ND | ug/L | 2.0 | 0.21 | |
| Benzo[g,h,i]perylene | B038647-BLK1 | ND | ug/L | 2.0 | 0.48 | |
| Benzoic acid | B038647-BLK1 | ND | ug/L | 10 | 0.72 | |
| Benzyl alcohol | B038647-BLK1 | ND | ug/L | 2.0 | 0.35 | |
| Benzyl butyl phthalate | B038647-BLK1 | ND | ug/L | 2.0 | 0.26 | |
| alpha-BHC | B038647-BLK1 | ND | ug/L | 2.0 | 0.36 | |
| beta-BHC | B038647-BLK1 | ND | ug/L | 2.0 | 0.25 | |
| delta-BHC | B038647-BLK1 | ND | ug/L | 2.0 | 0.28 | |
| gamma-BHC (Lindane) | B038647-BLK1 | ND | ug/L | 2.0 | 0.32 | |
| bis(2-Chloroethoxy)methane | B038647-BLK1 | ND | ug/L | 2.0 | 0.27 | |
| bis(2-Chloroethyl) ether | B038647-BLK1 | ND | ug/L | 2.0 | 1.9 | |
| bis(2-Chloroisopropyl)ether | B038647-BLK1 | ND | ug/L | 2.0 | 1.7 | |
| bis(2-Ethylhexyl)phthalate | B038647-BLK1 | ND | ug/L | 4.0 | 0.20 | |
| 4-Bromophenyl phenyl ether | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| 4-Chloroaniline | B038647-BLK1 | ND | ug/L | 2.0 | 0.39 | |
| 2-Chloronaphthalene | B038647-BLK1 | ND | ug/L | 2.0 | 0.23 | |
| 4-Chlorophenyl phenyl ether | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Chrysene | B038647-BLK1 | ND | ug/L | 2.0 | 0.26 | |
| 4,4'-DDD | B038647-BLK1 | ND | ug/L | 2.0 | 0.40 | |
| 4,4'-DDE | B038647-BLK1 | ND | ug/L | 3.0 | 0.32 | |
| 4,4'-DDT | B038647-BLK1 | ND | ug/L | 2.0 | 0.26 | |
| Dibenzo[a,h]anthracene | B038647-BLK1 | ND | ug/L | 3.0 | 0.59 | |
| Dibenzofuran | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| 1,2-Dichlorobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 1.8 | |
| 1,3-Dichlorobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 1.8 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911  FAX (661) 327-1918   www.bclabs.com          Page 52 of 66

66


BUTTE01752



# Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID:  B038647** | | | | | | |
| 1,4-Dichlorobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 1.8 | |
| 3,3-Dichlorobenzidine | B038647-BLK1 | ND | ug/L | 10 | 0.41 | |
| Dieldrin | B038647-BLK1 | ND | ug/L | 3.0 | 0.45 | |
| Diethyl phthalate | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Dimethyl phthalate | B038647-BLK1 | ND | ug/L | 2.0 | 0.25 | |
| Di-n-butyl phthalate | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| 2,4-Dinitrotoluene | B038647-BLK1 | ND | ug/L | 2.0 | 0.87 | |
| 2,6-Dinitrotoluene | B038647-BLK1 | ND | ug/L | 2.0 | 0.46 | |
| Di-n-octyl phthalate | B038647-BLK1 | ND | ug/L | 2.0 | 0.31 | |
| 1,2-Diphenylhydrazine | B038647-BLK1 | ND | ug/L | 2.0 | 0.44 | |
| Endosulfan I | B038647-BLK1 | ND | ug/L | 10 | 0.37 | |
| Endosulfan II | B038647-BLK1 | ND | ug/L | 10 | 0.37 | |
| Endosulfan sulfate | B038647-BLK1 | ND | ug/L | 3.0 | 0.37 | |
| Endrin | B038647-BLK1 | ND | ug/L | 2.0 | 0.67 | |
| Endrin aldehyde | B038647-BLK1 | ND | ug/L | 10 | 0.37 | |
| Fluoranthene | B038647-BLK1 | ND | ug/L | 2.0 | 0.41 | |
| Fluorene | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Heptachlor | B038647-BLK1 | ND | ug/L | 2.0 | 0.22 | |
| Heptachlor epoxide | B038647-BLK1 | ND | ug/L | 2.0 | 0.35 | |
| Hexachlorobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 0.23 | |
| Hexachlorobutadiene | B038647-BLK1 | ND | ug/L | 2.0 | 0.46 | |
| Hexachlorocyclopentadiene | B038647-BLK1 | ND | ug/L | 2.0 | 0.35 | |
| Hexachloroethane | B038647-BLK1 | ND | ug/L | 2.0 | 1.3 | |
| Indeno[1,2,3-cd]pyrene | B038647-BLK1 | ND | ug/L | 2.0 | 0.71 | |
| Isophorone | B038647-BLK1 | ND | ug/L | 2.0 | 0.41 | |
| 2-Methylnaphthalene | B038647-BLK1 | ND | ug/L | 2.0 | 0.30 | |
| Naphthalene | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| 2-Naphthylamine | B038647-BLK1 | ND | ug/L | 20 | 1.7 | |
| 2-Nitroaniline | B038647-BLK1 | ND | ug/L | 2.0 | 0.36 | |
| 3-Nitroaniline | B038647-BLK1 | ND | ug/L | 2.0 | 0.52 | |
| 4-Nitroaniline | B038647-BLK1 | ND | ug/L | 5.0 | 0.85 | |
| Nitrobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 0.39 | |
| N-Nitrosodimethylamine | B038647-BLK1 | ND | ug/L | 2.0 | 0.56 | |
| N-Nitrosodi-N-propylamine | B038647-BLK1 | ND | ug/L | 2.0 | 0.56 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com          Page 53 of 66

67


BUTTE01753



## BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

## Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038647** | | | | | | |
| N-Nitrosodiphenylamine | B038647-BLK1 | ND | ug/L | 2.0 | 0.27 | |
| Phenanthrene | B038647-BLK1 | ND | ug/L | 2.0 | 0.20 | |
| Pyrene | B038647-BLK1 | ND | ug/L | 2.0 | 0.31 | |
| 1,2,4-Trichlorobenzene | B038647-BLK1 | ND | ug/L | 2.0 | 0.24 | |
| 4-Chloro-3-methylphenol | B038647-BLK1 | ND | ug/L | 5.0 | 0.42 | |
| 2-Chlorophenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.85 | |
| 2,4-Dichlorophenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.26 | |
| 2,4-Dimethylphenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.30 | |
| 4,6-Dinitro-2-methylphenol | B038647-BLK1 | ND | ug/L | 10 | 0.43 | |
| 2,4-Dinitrophenol | B038647-BLK1 | ND | ug/L | 10 | 0.37 | |
| 2-Methylphenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.43 | |
| 3- & 4-Methylphenol | B038647-BLK1 | ND | ug/L | 2.0 | 1.3 | |
| 2-Nitrophenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.39 | |
| 4-Nitrophenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.66 | |
| Pentachlorophenol | B038647-BLK1 | ND | ug/L | 10 | 0.43 | |
| Phenol | B038647-BLK1 | ND | ug/L | 2.0 | 0.84 | |
| 2,4,5-Trichlorophenol | B038647-BLK1 | ND | ug/L | 5.0 | 0.36 | |
| 2,4,6-Trichlorophenol | B038647-BLK1 | ND | ug/L | 5.0 | 0.34 | |
| **2-Fluorophenol (Surrogate)** | **B038647-BLK1** | **67.0** | **%** | | **30 - 120 (LCL - UCL)** | |
| **Phenol-d5 (Surrogate)** | **B038647-BLK1** | **34.9** | **%** | | **12 - 110 (LCL - UCL)** | |
| **Nitrobenzene-d5 (Surrogate)** | **B038647-BLK1** | **108** | **%** | | **50 - 130 (LCL - UCL)** | |
| **2-Fluorobiphenyl (Surrogate)** | **B038647-BLK1** | **72.1** | **%** | | **55 - 125 (LCL - UCL)** | |
| **2,4,6-Tribromophenol (Surrogate)** | **B038647-BLK1** | **77.0** | **%** | | **40 - 150 (LCL - UCL)** | |
| **p-Terphenyl-d14 (Surrogate)** | **B038647-BLK1** | **89.2** | **%** | | **40 - 150 (LCL - UCL)** | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953    4100 Atlas Court   Bakersfield, CA 93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com

68

Page 54 of 66





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

### Quality Control Report - Laboratory Control Sample

| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Control Limits Percent Recovery | RPD | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID:  B038647** | | | | | | | | | | |
| Acenaphthene | B038647-BS1 | LCS | 31.711 | 50.000 | ug/L | 63.4 | | 50 - 120 | | |
| 1,4-Dichlorobenzene | B038647-BS1 | LCS | 39.178 | 50.000 | ug/L | 78.4 | | 50 - 120 | | |
| 2,4-Dinitrotoluene | B038647-BS1 | LCS | 41.240 | 50.000 | ug/L | 82.5 | | 50 - 120 | | |
| Hexachlorobenzene | B038647-BS1 | LCS | 31.112 | 40.000 | ug/L | 77.8 | | 60 - 120 | | |
| Hexachlorobutadiene | B038647-BS1 | LCS | 44.812 | 50.000 | ug/L | 89.6 | | 40 - 110 | | |
| Hexachloroethane | B038647-BS1 | LCS | 33.070 | 50.000 | ug/L | 66.1 | | 50 - 120 | | |
| Nitrobenzene | B038647-BS1 | LCS | 49.894 | 50.000 | ug/L | 99.8 | | 50 - 120 | | |
| N-Nitrosodi-N-propylamine | B038647-BS1 | LCS | 36.984 | 50.000 | ug/L | 74.0 | | 50 - 120 | | |
| Pyrene | B038647-BS1 | LCS | 37.962 | 50.000 | ug/L | 75.9 | | 40 - 140 | | |
| 1,2,4-Trichlorobenzene | B038647-BS1 | LCS | 46.864 | 50.000 | ug/L | 93.7 | | 45 - 120 | | |
| 4-Chloro-3-methylphenol | B038647-BS1 | LCS | 36.366 | 50.000 | ug/L | 72.7 | | 50 - 120 | | |
| 2-Chlorophenol | B038647-BS1 | LCS | 41.857 | 50.000 | ug/L | 83.7 | | 50 - 120 | | |
| 2-Methylphenol | B038647-BS1 | LCS | 33.678 | 50.000 | ug/L | 67.4 | | 40 - 110 | | |
| 3- & 4-Methylphenol | B038647-BS1 | LCS | 61.398 | 100.00 | ug/L | 61.4 | | 40 - 110 | | |
| 4-Nitrophenol | B038647-BS1 | LCS | 18.022 | 50.000 | ug/L | 36.0 | | 10 - 110 | | |
| Pentachlorophenol | B038647-BS1 | LCS | 28.975 | 40.000 | ug/L | 72.4 | | 30 - 130 | | |
| Phenol | B038647-BS1 | LCS | 20.216 | 50.000 | ug/L | 40.4 | | 20 - 110 | | |
| 2,4,6-Trichlorophenol | B038647-BS1 | LCS | 37.088 | 50.000 | ug/L | 74.2 | | 54 - 120 | | |
| 2-Fluorophenol (Surrogate) | B038647-BS1 | LCS | 26.096 | 40.000 | ug/L | 65.2 | | 30 - 120 | | |
| Phenol-d5 (Surrogate) | B038647-BS1 | LCS | 14.269 | 40.000 | ug/L | 35.7 | | 12 - 110 | | |
| Nitrobenzene-d5 (Surrogate) | B038647-BS1 | LCS | 37.858 | 40.000 | ug/L | 94.6 | | 50 - 130 | | |
| 2-Fluorobiphenyl (Surrogate) | B038647-BS1 | LCS | 24.444 | 40.000 | ug/L | 61.1 | | 55 - 125 | | |
| 2,4,6-Tribromophenol (Surrogate) | B038647-BS1 | LCS | 29.868 | 40.000 | ug/L | 74.7 | | 40 - 150 | | |
| p-Terphenyl-d14 (Surrogate) | B038647-BS1 | LCS | 14.877 | 20.000 | ug/L | 74.4 | | 40 - 150 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | Control Limits RPD | Control Limits Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038647** | | Used client sample: N | | | | | | | | | |
| Acenaphthene | MS | 1902131-42 | ND | 21.903 | 50.000 | ug/L | | 43.8 | | 50 - 120 | Q03 |
| | MSD | 1902131-42 | ND | 36.653 | 50.000 | ug/L | 50.4 | 73.3 | 30 | 50 - 120 | Q02 |
| 1,4-Dichlorobenzene | MS | 1902131-42 | ND | 28.763 | 50.000 | ug/L | | 57.5 | | 47 - 120 | |
| | MSD | 1902131-42 | ND | 45.418 | 50.000 | ug/L | 44.9 | 90.8 | 30 | 47 - 120 | Q02 |
| 2,4-Dinitrotoluene | MS | 1902131-42 | ND | 28.616 | 50.000 | ug/L | | 57.2 | | 50 - 130 | |
| | MSD | 1902131-42 | ND | 46.454 | 50.000 | ug/L | 47.5 | 92.9 | 30 | 50 - 130 | Q02 |
| Hexachlorobenzene | MS | 1902131-42 | ND | 22.060 | 40.000 | ug/L | | 55.1 | | 50 - 120 | |
| | MSD | 1902131-42 | ND | 35.270 | 40.000 | ug/L | 46.1 | 88.2 | 30 | 50 - 120 | Q02 |
| Hexachlorobutadiene | MS | 1902131-42 | ND | 29.714 | 50.000 | ug/L | | 59.4 | | 40 - 110 | |
| | MSD | 1902131-42 | ND | 50.467 | 50.000 | ug/L | 51.8 | 101 | 30 | 40 - 110 | Q02 |
| Hexachloroethane | MS | 1902131-42 | ND | 24.177 | 50.000 | ug/L | | 48.4 | | 40 - 120 | |
| | MSD | 1902131-42 | ND | 34.906 | 50.000 | ug/L | 36.3 | 69.8 | 30 | 40 - 120 | Q02 |
| Nitrobenzene | MS | 1902131-42 | ND | 36.172 | 50.000 | ug/L | | 72.3 | | 50 - 120 | |
| | MSD | 1902131-42 | ND | 58.147 | 50.000 | ug/L | 46.6 | 116 | 30 | 50 - 120 | Q02 |
| N-Nitrosodi-N-propylamine | MS | 1902131-42 | ND | 28.645 | 50.000 | ug/L | | 57.3 | | 50 - 120 | |
| | MSD | 1902131-42 | ND | 42.806 | 50.000 | ug/L | 39.6 | 85.6 | 30 | 50 - 120 | Q02 |
| Pyrene | MS | 1902131-42 | ND | 26.999 | 50.000 | ug/L | | 54.0 | | 40 - 140 | |
| | MSD | 1902131-42 | ND | 40.982 | 50.000 | ug/L | 41.1 | 82.0 | 30 | 40 - 140 | Q02 |
| 1,2,4-Trichlorobenzene | MS | 1902131-42 | ND | 32.340 | 50.000 | ug/L | | 64.7 | | 43 - 120 | |
| | MSD | 1902131-42 | ND | 51.600 | 50.000 | ug/L | 45.9 | 103 | 30 | 43 - 120 | Q02 |
| 4-Chloro-3-methylphenol | MS | 1902131-42 | ND | 24.794 | 50.000 | ug/L | | 49.6 | | 50 - 120 | Q03 |
| | MSD | 1902131-42 | ND | 43.382 | 50.000 | ug/L | 54.5 | 86.8 | 30 | 50 - 120 | Q02 |
| 2-Chlorophenol | MS | 1902131-42 | ND | 34.094 | 50.000 | ug/L | | 68.2 | | 50 - 120 | |
| | MSD | 1902131-42 | ND | 53.040 | 50.000 | ug/L | 43.5 | 106 | 30 | 50 - 120 | Q02 |
| 2-Methylphenol | MS | 1902131-42 | ND | 27.303 | 50.000 | ug/L | | 54.6 | | 40 - 110 | |
| | MSD | 1902131-42 | ND | 41.194 | 50.000 | ug/L | 40.6 | 82.4 | 30 | 40 - 110 | Q02 |
| 3- & 4-Methylphenol | MS | 1902131-42 | ND | 48.922 | 100.000 | ug/L | | 48.9 | | 40 - 110 | |
| | MSD | 1902131-42 | ND | 70.358 | 100.000 | ug/L | 35.9 | 70.4 | 30 | 40 - 110 | Q02 |
| 4-Nitrophenol | MS | 1902131-42 | ND | 13.201 | 50.000 | ug/L | | 26.4 | | 10 - 110 | |
| | MSD | 1902131-42 | ND | 21.840 | 50.000 | ug/L | 49.3 | 43.7 | 30 | 10 - 110 | Q02 |
| Pentachlorophenol | MS | 1902131-42 | ND | 20.629 | 40.000 | ug/L | | 51.6 | | 30 - 120 | |
| | MSD | 1902131-42 | ND | 34.483 | 40.000 | ug/L | 50.3 | 86.2 | 30 | 30 - 120 | Q02 |
| Phenol | MS | 1902131-42 | ND | 15.415 | 50.000 | ug/L | | 30.8 | | 20 - 110 | |
| | MSD | 1902131-42 | ND | 24.211 | 50.000 | ug/L | 44.4 | 48.4 | 30 | 20 - 110 | Q02 |
| 2,4,6-Trichlorophenol | MS | 1902131-42 | ND | 26.548 | 50.000 | ug/L | | 53.1 | | 50 - 150 | |
| | MSD | 1902131-42 | ND | 42.787 | 50.000 | ug/L | 46.8 | 85.6 | 30 | 50 - 150 | Q02 |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*<br>All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.<br>Report ID: 1000860953   4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com   Page 56 of 66<br>70

BUTTE01756



**BC** *Laboratories, Inc.*
Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Base Neutral and Acid Extractables Organic Analysis (EPA Method 8270C)

## Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD (Control Limits) | Percent Recovery (Control Limits) | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038647** | | Used client sample: N | | | | | | | | | |
| 2-Fluorophenol (Surrogate) | MS | 1902131-42 | ND | 20.345 | 40.000 | ug/L | | 50.9 | | 30 - 120 | |
| | MSD | 1902131-42 | ND | 31.805 | 40.000 | ug/L | 44.0 | 79.5 | | 30 - 120 | |
| Phenol-d5 (Surrogate) | MS | 1902131-42 | ND | 10.839 | 40.000 | ug/L | | 27.1 | | 12 - 110 | |
| | MSD | 1902131-42 | ND | 16.848 | 40.000 | ug/L | 43.4 | 42.1 | | 12 - 110 | |
| Nitrobenzene-d5 (Surrogate) | MS | 1902131-42 | ND | 28.841 | 40.000 | ug/L | | 72.1 | | 50 - 130 | |
| | MSD | 1902131-42 | ND | 41.414 | 40.000 | ug/L | 35.8 | 104 | | 50 - 130 | |
| **2-Fluorobiphenyl (Surrogate)** | **MS** | **1902131-42** | **ND** | **17.787** | **40.000** | **ug/L** | | **44.5** | | **55 - 125** | **S09** |
| | **MSD** | **1902131-42** | **ND** | **28.147** | **40.000** | **ug/L** | **45.1** | **70.4** | | **55 - 125** | |
| 2,4,6-Tribromophenol (Surrogate) | MS | 1902131-42 | ND | 22.138 | 40.000 | ug/L | | 55.3 | | 40 - 150 | |
| | MSD | 1902131-42 | ND | 34.550 | 40.000 | ug/L | 43.8 | 86.4 | | 40 - 150 | |
| p-Terphenyl-d14 (Surrogate) | MS | 1902131-42 | ND | 12.181 | 20.000 | ug/L | | 60.9 | | 40 - 150 | |
| | MSD | 1902131-42 | ND | 17.232 | 20.000 | ug/L | 34.3 | 86.2 | | 40 - 150 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.



# Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019  11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Water Analysis (General Chemistry)

### Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B031735** | | | | | | |
| Bicarbonate | B031735-BLK1 | ND | mg/L | 5.0 | 5.0 | |
| Carbonate | B031735-BLK1 | ND | mg/L | 2.5 | 2.5 | |
| **QC Batch ID: B038175** | | | | | | |
| Chloride | B038175-BLK1 | ND | mg/L | 0.50 | 0.077 | |
| Nitrate as N | B038175-BLK1 | ND | mg/L | 0.10 | 0.021 | |
| Sulfate | B038175-BLK1 | ND | mg/L | 1.0 | 0.13 | |
| **QC Batch ID: B038185** | | | | | | |
| Non-Volatile Organic Carbon | B038185-BLK1 | ND | mg/L | 1.0 | 0.30 | |
| **QC Batch ID: B038444** | | | | | | |
| Dissolved Sulfide | B038444-BLK1 | ND | mg/L | 0.10 | 0.050 | |
| **QC Batch ID: B038459** | | | | | | |
| Total Dissolved Solids @ 180 C | B038459-BLK1 | ND | mg/L | 6.7 | 3.3 | |
| **QC Batch ID: B038500** | | | | | | |
| Dissolved Calcium | B038500-BLK1 | ND | mg/L | 0.10 | 0.016 | |
| Dissolved Magnesium | B038500-BLK1 | ND | mg/L | 0.050 | 0.019 | |
| Dissolved Sodium | B038500-BLK1 | ND | mg/L | 1.0 | 0.051 | |
| Dissolved Potassium | B038500-BLK1 | ND | mg/L | 1.0 | 0.10 | |
| **QC Batch ID: B038887** | | | | | | |
| Dissolved Cyanide | B038887-BLK1 | ND | mg/L | 0.0050 | 0.0013 | |
| **QC Batch ID: B039636** | | | | | | |
| Dissolved Calcium | B039636-BLK1 | ND | mg/L | 0.10 | 0.016 | |
| Dissolved Magnesium | B039636-BLK1 | ND | mg/L | 0.050 | 0.019 | |
| Dissolved Sodium | B039636-BLK1 | ND | mg/L | 1.0 | 0.051 | |
| Dissolved Potassium | B039636-BLK1 | ND | mg/L | 1.0 | 0.10 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953         4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com         Page 58 of 66

72





**BC** **Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

# Water Analysis (General Chemistry)

## Quality Control Report - Laboratory Control Sample

| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Control Limits Percent Recovery | RPD | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038175** | | | | | | | | | | |
| Chloride | B038175-BS1 | LCS | 51.928 | 50.000 | mg/L | 104 | | 90 - 110 | | |
| Nitrate as N | B038175-BS1 | LCS | 5.1120 | 5.0000 | mg/L | 102 | | 90 - 110 | | |
| Sulfate | B038175-BS1 | LCS | 102.64 | 100.00 | mg/L | 103 | | 90 - 110 | | |
| **QC Batch ID: B038185** | | | | | | | | | | |
| Non-Volatile Organic Carbon | B038185-BS1 | LCS | 5.0910 | 5.0000 | mg/L | 102 | | 85 - 115 | | |
| **QC Batch ID: B038444** | | | | | | | | | | |
| Dissolved Sulfide | B038444-BS1 | LCS | 0.51898 | 0.50000 | mg/L | 104 | | 90 - 110 | | |
| **QC Batch ID: B038459** | | | | | | | | | | |
| Total Dissolved Solids @ 180 C | B038459-BS1 | LCS | 580.00 | 586.00 | mg/L | 99.0 | | 90 - 110 | | |
| **QC Batch ID: B038500** | | | | | | | | | | |
| Dissolved Calcium | B038500-BS1 | LCS | 11.001 | 10.000 | mg/L | 110 | | 85 - 115 | | |
| Dissolved Magnesium | B038500-BS1 | LCS | 10.401 | 10.000 | mg/L | 104 | | 85 - 115 | | |
| Dissolved Sodium | B038500-BS1 | LCS | 10.463 | 10.000 | mg/L | 105 | | 85 - 115 | | |
| Dissolved Potassium | B038500-BS1 | LCS | 9.9899 | 10.000 | mg/L | 99.9 | | 85 - 115 | | |
| **QC Batch ID: B038887** | | | | | | | | | | |
| Dissolved Cyanide | B038887-BS1 | LCS | 0.15152 | 0.15000 | mg/L | 101 | | 90 - 110 | | |
| **QC Batch ID: B039636** | | | | | | | | | | |
| Dissolved Calcium | B039636-BS1 | LCS | 9.8691 | 10.000 | mg/L | 98.7 | | 85 - 115 | | |
| Dissolved Magnesium | B039636-BS1 | LCS | 9.9339 | 10.000 | mg/L | 99.3 | | 85 - 115 | | |
| Dissolved Sodium | B039636-BS1 | LCS | 8.9794 | 10.000 | mg/L | 89.8 | | 85 - 115 | | |
| Dissolved Potassium | B039636-BS1 | LCS | 9.3977 | 10.000 | mg/L | 94.0 | | 85 - 115 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation

Report ID: 1000860953     4100 Atlas Court   Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com     Page 59 of 66
73

BUTTE01759



# Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| SCS Engineers | **Reported:** 03/12/2019 11:59 |
|---|---|
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Water Analysis (General Chemistry)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD (Control Limits) | Percent Recovery (Control Limits) | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B031735** | | Used client sample: N | | | | | | | | | |
| Bicarbonate | DUP | 1905753-02 | 205.52 | 205.90 | | mg/L | 0.2 | | 10 | | |
| Carbonate | DUP | 1905753-02 | ND | ND | | mg/L | | | 10 | | |
| **QC Batch ID: B038175** | | Used client sample: N | | | | | | | | | |
| Chloride | DUP | 1905512-03 | 24.247 | 24.220 | | mg/L | 0.1 | | 10 | | |
| | MS | 1905512-03 | 24.247 | 80.607 | 50.505 | mg/L | | 112 | | 80 - 120 | |
| | MSD | 1905512-03 | 24.247 | 80.974 | 50.505 | mg/L | 0.5 | 112 | 10 | 80 - 120 | |
| Nitrate as N | DUP | 1905512-03 | 21.129 | 21.140 | | mg/L | 0.1 | | 10 | | |
| | MS | 1905512-03 | 21.129 | 25.922 | 5.0505 | mg/L | | 94.9 | | 80 - 120 | |
| | MSD | 1905512-03 | 21.129 | 26.100 | 5.0505 | mg/L | 0.7 | 98.4 | 10 | 80 - 120 | |
| Sulfate | DUP | 1905512-03 | 68.320 | 68.894 | | mg/L | 0.8 | | 10 | | |
| | MS | 1905512-03 | 68.320 | 180.14 | 101.01 | mg/L | | 111 | | 80 - 120 | |
| | MSD | 1905512-03 | 68.320 | 180.67 | 101.01 | mg/L | 0.3 | 111 | 10 | 80 - 120 | |
| **QC Batch ID: B038185** | | Used client sample: N | | | | | | | | | |
| Non-Volatile Organic Carbon | DUP | 1905291-01 | 1.5520 | 1.5730 | | mg/L | 1.3 | | 10 | | |
| | MS | 1905291-01 | 1.5520 | 6.5709 | 5.0251 | mg/L | | 99.9 | | 80 - 120 | |
| | MSD | 1905291-01 | 1.5520 | 6.5357 | 5.0251 | mg/L | 0.5 | 99.2 | 10 | 80 - 120 | |
| **QC Batch ID: B038444** | | Used client sample: N | | | | | | | | | |
| Dissolved Sulfide | DUP | 1905396-01 | ND | ND | | mg/L | | | 10 | | |
| | MS | 1905396-01 | ND | 0.49929 | 0.50000 | mg/L | | 99.9 | | 80 - 120 | |
| | MSD | 1905396-01 | ND | 0.50824 | 0.50000 | mg/L | 1.8 | 102 | 10 | 80 - 120 | |
| **QC Batch ID: B038459** | | Used client sample: N | | | | | | | | | |
| Total Dissolved Solids @ 180 C | DUP | 1905654-01 | 4420.0 | 4420.0 | | mg/L | 0 | | 10 | | |
| **QC Batch ID: B038500** | | Used client sample: Y - Description: Module 4 Storm Water Ditch, 02/19/2019 12:45 | | | | | | | | | |
| Dissolved Calcium | DUP | 1905434-03 | 98.302 | 99.395 | | mg/L | 1.1 | | 20 | | |
| | MS | 1905434-03 | 98.302 | 107.57 | 10.204 | mg/L | | 90.8 | | 75 - 125 | |
| | MSD | 1905434-03 | 98.302 | 109.27 | 10.204 | mg/L | 1.6 | 107 | 20 | 75 - 125 | |
| **Dissolved Magnesium** | DUP | 1905434-03 | 44.239 | 44.748 | | mg/L | 1.1 | | 20 | | |
| | MS | 1905434-03 | 44.239 | 57.624 | 10.204 | mg/L | | 131 | | 75 - 125 | A03 |
| | MSD | 1905434-03 | 44.239 | 57.900 | 10.204 | mg/L | 0.5 | 134 | 20 | 75 - 125 | A03 |
| Dissolved Sodium | DUP | 1905434-03 | 21.428 | 21.643 | | mg/L | 1.0 | | 20 | | |
| | MS | 1905434-03 | 21.428 | 31.744 | 10.204 | mg/L | | 101 | | 75 - 125 | |
| | MSD | 1905434-03 | 21.428 | 31.919 | 10.204 | mg/L | 0.6 | 103 | 20 | 75 - 125 | |
| Dissolved Potassium | DUP | 1905434-03 | 6.1942 | 6.3520 | | mg/L | 2.5 | | 20 | | |
| | MS | 1905434-03 | 6.1942 | 16.649 | 10.204 | mg/L | | 102 | | 75 - 125 | |
| | MSD | 1905434-03 | 6.1942 | 16.650 | 10.204 | mg/L | 0.0 | 102 | 20 | 75 - 125 | |
| **QC Batch ID: B038887** | | Used client sample: N | | | | | | | | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953   4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com   Page 60 of 66

74

BUTTE01760



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Water Analysis (General Chemistry)

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | Control Limits RPD | Control Limits Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038887** | | Used client sample: N | | | | | | | | | |
| Dissolved Cyanide | DUP | 1906110-01 | ND | ND | | mg/L | | | 10 | | |
| | MS | 1906110-01 | ND | 0.090020 | 0.10000 | mg/L | | 90.0 | | 90 - 110 | |
| | MSD | 1906110-01 | ND | 0.091659 | 0.10000 | mg/L | 1.8 | 91.7 | 10 | 90 - 110 | |
| **QC Batch ID: B039636** | | Used client sample: Y - Description: Module 4 Storm Water Ditch, 02/19/2019 12:45 | | | | | | | | | |
| Dissolved Calcium | DUP | 905434-03RE¹ | 92.398 | 87.250 | | mg/L | 5.7 | | 20 | | |
| | MS | 905434-03RE¹ | 92.398 | 103.00 | 10.204 | mg/L | | 104 | | 75 - 125 | |
| | MSD | 905434-03RE¹ | 92.398 | 105.19 | 10.204 | mg/L | 2.1 | 125 | 20 | 75 - 125 | |
| Dissolved Magnesium | DUP | 905434-03RE¹ | 43.454 | 41.507 | | mg/L | 4.6 | | 20 | | |
| | MS | 905434-03RE¹ | 43.454 | 53.639 | 10.204 | mg/L | | 99.8 | | 75 - 125 | |
| | MSD | 905434-03RE¹ | 43.454 | 54.837 | 10.204 | mg/L | 2.2 | 112 | 20 | 75 - 125 | |
| Dissolved Sodium | DUP | 905434-03RE¹ | 23.254 | 21.976 | | mg/L | 5.7 | | 20 | | |
| | MS | 905434-03RE¹ | 23.254 | 33.256 | 10.204 | mg/L | | 98.0 | | 75 - 125 | |
| | MSD | 905434-03RE¹ | 23.254 | 33.756 | 10.204 | mg/L | 1.5 | 103 | 20 | 75 - 125 | |
| Dissolved Potassium | DUP | 905434-03RE¹ | 7.7290 | 7.3743 | | mg/L | 4.7 | | 20 | | |
| | MS | 905434-03RE¹ | 7.7290 | 18.460 | 10.204 | mg/L | | 105 | | 75 - 125 | |
| | MSD | 905434-03RE¹ | 7.7290 | 18.536 | 10.204 | mg/L | 0.4 | 106 | 20 | 75 - 125 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
*All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation*

Report ID: 1000860953                4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911 FAX (661) 327-1918   www.bclabs.com                Page 61 of 66

75





# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Metals Analysis

## Quality Control Report - Method Blank Analysis

| Constituent | QC Sample ID | MB Result | Units | PQL | MDL | Lab Quals |
|---|---|---|---|---|---|---|
| **QC Batch ID: B038500** | | | | | | |
| Dissolved Aluminum | B038500-BLK1 | ND | ug/L | 50 | 23 | |
| Dissolved Antimony | B038500-BLK1 | ND | ug/L | 100 | 4.9 | |
| Dissolved Arsenic | B038500-BLK1 | ND | ug/L | 50 | 9.2 | |
| Dissolved Barium | B038500-BLK1 | ND | ug/L | 10 | 3.5 | |
| Dissolved Beryllium | B038500-BLK1 | ND | ug/L | 10 | 0.50 | |
| Dissolved Cadmium | B038500-BLK1 | ND | ug/L | 10 | 1.1 | |
| Dissolved Chromium | B038500-BLK1 | ND | ug/L | 10 | 1.0 | |
| Dissolved Cobalt | B038500-BLK1 | ND | ug/L | 50 | 1.1 | |
| Dissolved Copper | B038500-BLK1 | ND | ug/L | 10 | 1.0 | |
| Dissolved Iron | B038500-BLK1 | ND | ug/L | 50 | 30 | |
| Dissolved Lead | B038500-BLK1 | ND | ug/L | 50 | 3.5 | |
| Dissolved Manganese | B038500-BLK1 | ND | ug/L | 10 | 4.0 | |
| Dissolved Nickel | B038500-BLK1 | ND | ug/L | 10 | 2.4 | |
| Dissolved Selenium | B038500-BLK1 | ND | ug/L | 100 | 15 | |
| Dissolved Silver | B038500-BLK1 | ND | ug/L | 10 | 1.2 | |
| Dissolved Tin | B038500-BLK1 | ND | ug/L | 50 | 7.2 | |
| Dissolved Thallium | B038500-BLK1 | ND | ug/L | 100 | 10 | |
| Dissolved Vanadium | B038500-BLK1 | ND | ug/L | 10 | 2.2 | |
| Dissolved Zinc | B038500-BLK1 | ND | ug/L | 10 | 5.0 | |
| **QC Batch ID: B038643** | | | | | | |
| Dissolved Mercury | B038643-BLK1 | ND | ug/L | 0.20 | 0.029 | |
| **QC Batch ID: B038759** | | | | | | |
| Dissolved Mercury | B038759-BLK1 | ND | ug/L | 0.20 | 0.029 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com          Page 62 of 66
76





**BC Laboratories, Inc.**
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Metals Analysis

### Quality Control Report - Laboratory Control Sample

| Constituent | QC Sample ID | Type | Result | Spike Level | Units | Percent Recovery | RPD | Control Limits Percent Recovery | RPD | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038500** | | | | | | | | | | |
| Dissolved Aluminum | B038500-BS1 | LCS | 990.32 | 1000.0 | ug/L | 99.0 | | 85 - 115 | | |
| Dissolved Antimony | B038500-BS1 | LCS | 383.16 | 400.00 | ug/L | 95.8 | | 85 - 115 | | |
| Dissolved Arsenic | B038500-BS1 | LCS | 183.19 | 200.00 | ug/L | 91.6 | | 85 - 115 | | |
| Dissolved Barium | B038500-BS1 | LCS | 414.67 | 400.00 | ug/L | 104 | | 85 - 115 | | |
| Dissolved Beryllium | B038500-BS1 | LCS | 190.28 | 200.00 | ug/L | 95.1 | | 85 - 115 | | |
| Dissolved Cadmium | B038500-BS1 | LCS | 189.55 | 200.00 | ug/L | 94.8 | | 85 - 115 | | |
| Dissolved Chromium | B038500-BS1 | LCS | 194.55 | 200.00 | ug/L | 97.3 | | 85 - 115 | | |
| Dissolved Cobalt | B038500-BS1 | LCS | 196.36 | 200.00 | ug/L | 98.2 | | 85 - 115 | | |
| Dissolved Copper | B038500-BS1 | LCS | 368.45 | 400.00 | ug/L | 92.1 | | 85 - 115 | | |
| Dissolved Iron | B038500-BS1 | LCS | 1099.1 | 1000.0 | ug/L | 110 | | 85 - 115 | | |
| Dissolved Lead | B038500-BS1 | LCS | 405.09 | 400.00 | ug/L | 101 | | 85 - 115 | | |
| Dissolved Manganese | B038500-BS1 | LCS | 492.74 | 500.00 | ug/L | 98.5 | | 85 - 115 | | |
| Dissolved Nickel | B038500-BS1 | LCS | 403.62 | 400.00 | ug/L | 101 | | 85 - 115 | | |
| Dissolved Selenium | B038500-BS1 | LCS | 184.56 | 200.00 | ug/L | 92.3 | | 85 - 115 | | |
| Dissolved Silver | B038500-BS1 | LCS | 93.822 | 100.00 | ug/L | 93.8 | | 85 - 115 | | |
| Dissolved Tin | B038500-BS1 | LCS | 208.52 | 200.00 | ug/L | 104 | | 85 - 115 | | |
| Dissolved Thallium | B038500-BS1 | LCS | 405.24 | 400.00 | ug/L | 101 | | 85 - 115 | | |
| Dissolved Vanadium | B038500-BS1 | LCS | 193.62 | 200.00 | ug/L | 96.8 | | 85 - 115 | | |
| Dissolved Zinc | B038500-BS1 | LCS | 476.17 | 500.00 | ug/L | 95.2 | | 85 - 115 | | |
| **QC Batch ID: B038643** | | | | | | | | | | |
| Dissolved Mercury | B038643-BS1 | LCS | 0.96250 | 1.0000 | ug/L | 96.2 | | 85 - 115 | | |
| **QC Batch ID: B038759** | | | | | | | | | | |
| Dissolved Mercury | B038759-BS1 | LCS | 0.97750 | 1.0000 | ug/L | 97.8 | | 85 - 115 | | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.

Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911 FAX (661) 327-1918  www.bclabs.com          Page 53 of 66

77

BUTTE01763



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers<br>3117 Fite Circle, Suite 108<br>Sacramento, CA 95827 | **Reported:** 03/12/2019 11:59<br>Project: Neal Road LF - WW<br>Project Number: [none]<br>Project Manager: Wayne Pearce |

## Metals Analysis

### Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD (Control Limits) | Percent Recovery (Control Limits) | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038500** | | Used client sample: Y - Description: Module 4 Storm Water Ditch, 02/19/2019 12:45 | | | | | | | | | |
| Dissolved Aluminum | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 1045.5 | 1020.4 | ug/L | | 102 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 1053.1 | 1020.4 | ug/L | 0.7 | 103 | 20 | 75 - 125 | |
| Dissolved Antimony | DUP | 1905434-03 | 11.893 | 11.955 | | ug/L | 0.5 | | 20 | | J |
| | MS | 1905434-03 | 11.893 | 343.53 | 408.16 | ug/L | | 81.3 | | 75 - 125 | |
| | MSD | 1905434-03 | 11.893 | 361.61 | 408.16 | ug/L | 5.1 | 85.7 | 20 | 75 - 125 | |
| Dissolved Arsenic | DUP | 1905434-03 | 11.843 | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | 11.843 | 194.35 | 204.08 | ug/L | | 89.4 | | 75 - 125 | |
| | MSD | 1905434-03 | 11.843 | 194.88 | 204.08 | ug/L | 0.3 | 89.7 | 20 | 75 - 125 | |
| Dissolved Barium | DUP | 1905434-03 | 70.984 | 68.702 | | ug/L | 3.3 | | 20 | | |
| | MS | 1905434-03 | 70.984 | 485.52 | 408.16 | ug/L | | 102 | | 75 - 125 | |
| | MSD | 1905434-03 | 70.984 | 484.35 | 408.16 | ug/L | 0.2 | 101 | 20 | 75 - 125 | |
| Dissolved Beryllium | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 199.27 | 204.08 | ug/L | | 97.6 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 200.91 | 204.08 | ug/L | 0.8 | 98.4 | 20 | 75 - 125 | |
| Dissolved Cadmium | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 199.67 | 204.08 | ug/L | | 97.8 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 200.32 | 204.08 | ug/L | 0.3 | 98.2 | 20 | 75 - 125 | |
| Dissolved Chromium | DUP | 1905434-03 | 1.1719 | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | 1.1719 | 193.98 | 204.08 | ug/L | | 94.5 | | 75 - 125 | |
| | MSD | 1905434-03 | 1.1719 | 195.39 | 204.08 | ug/L | 0.7 | 95.2 | 20 | 75 - 125 | |
| Dissolved Cobalt | DUP | 1905434-03 | 11.301 | 11.129 | | ug/L | 1.5 | | 20 | | J |
| | MS | 1905434-03 | 11.301 | 205.54 | 204.08 | ug/L | | 95.2 | | 75 - 125 | |
| | MSD | 1905434-03 | 11.301 | 206.86 | 204.08 | ug/L | 0.6 | 95.8 | 20 | 75 - 125 | |
| **Dissolved Copper** | **DUP** | **1905434-03** | **2.4964** | **3.3125** | | **ug/L** | **28.1** | | **20** | | **J,A02** |
| | **MS** | **1905434-03** | **2.4964** | **376.05** | **408.16** | **ug/L** | | **91.5** | | **75 - 125** | |
| | **MSD** | **1905434-03** | **2.4964** | **377.17** | **408.16** | **ug/L** | **0.3** | **91.8** | **20** | **75 - 125** | |
| Dissolved Iron | DUP | 1905434-03 | 110.32 | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | 110.32 | 1135.1 | 1020.4 | ug/L | | 100 | | 75 - 125 | |
| | MSD | 1905434-03 | 110.32 | 1003.6 | 1020.4 | ug/L | 12.3 | 87.5 | 20 | 75 - 125 | |
| Dissolved Lead | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 408.81 | 408.16 | ug/L | | 100 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 410.20 | 408.16 | ug/L | 0.3 | 100 | 20 | 75 - 125 | |
| Dissolved Manganese | DUP | 1905434-03 | 1768.6 | 1747.8 | | ug/L | 1.2 | | 20 | | |
| | MS | 1905434-03 | 1768.6 | 2220.5 | 510.20 | ug/L | | 88.6 | | 75 - 125 | |
| | MSD | 1905434-03 | 1768.6 | 2239.5 | 510.20 | ug/L | 0.9 | 92.3 | 20 | 75 - 125 | |
| Dissolved Nickel | DUP | 1905434-03 | 19.047 | 18.901 | | ug/L | 0.8 | | 20 | | |
| | MS | 1905434-03 | 19.047 | 409.96 | 408.16 | ug/L | | 95.8 | | 75 - 125 | |
| | MSD | 1905434-03 | 19.047 | 411.13 | 408.16 | ug/L | 0.3 | 96.1 | 20 | 75 - 125 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, separation, detachment or third party interpretation.
Report ID: 1000860953          4100 Atlas Court  Bakersfield, CA  93308  (661) 327-4911  FAX (661) 327-1918  www.bclabs.com
78
Page 64 of 66



BUTTE01764



# BC Laboratories, Inc.
### Environmental Testing Laboratory Since 1949

SCS Engineers
3117 Fite Circle, Suite 108
Sacramento, CA 95827

**Reported:** 03/12/2019  11:59
Project: Neal Road LF - WW
Project Number: [none]
Project Manager: Wayne Pearce

## Metals Analysis

## Quality Control Report - Precision & Accuracy

| Constituent | Type | Source Sample ID | Source Result | Result | Spike Added | Units | RPD | Percent Recovery | RPD | Percent Recovery | Lab Quals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **QC Batch ID: B038500** | | Used client sample: Y - Description: Module 4 Storm Water Ditch, 02/19/2019 12:45 | | | | | | | | | |
| Dissolved Selenium | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 209.49 | 204.08 | ug/L | | 103 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 209.26 | 204.08 | ug/L | 0.1 | 103 | 20 | 75 - 125 | |
| Dissolved Silver | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 96.669 | 102.04 | ug/L | | 94.7 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 95.980 | 102.04 | ug/L | 0.7 | 94.1 | 20 | 75 - 125 | |
| Dissolved Tin | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 197.55 | 204.08 | ug/L | | 96.8 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 200.49 | 204.08 | ug/L | 1.5 | 98.2 | 20 | 75 - 125 | |
| Dissolved Thallium | DUP | 1905434-03 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905434-03 | ND | 415.49 | 408.16 | ug/L | | 102 | | 75 - 125 | |
| | MSD | 1905434-03 | ND | 415.25 | 408.16 | ug/L | 0.1 | 102 | 20 | 75 - 125 | |
| Dissolved Vanadium | DUP | 1905434-03 | 11.104 | 12.025 | | ug/L | 8.0 | | 20 | | |
| | MS | 1905434-03 | 11.104 | 208.03 | 204.08 | ug/L | | 96.5 | | 75 - 125 | |
| | MSD | 1905434-03 | 11.104 | 209.75 | 204.08 | ug/L | 0.8 | 97.3 | 20 | 75 - 125 | |
| Dissolved Zinc | DUP | 1905434-03 | 39.010 | 36.796 | | ug/L | 5.8 | | 20 | | |
| | MS | 1905434-03 | 39.010 | 528.83 | 510.20 | ug/L | | 96.0 | | 75 - 125 | |
| | MSD | 1905434-03 | 39.010 | 535.52 | 510.20 | ug/L | 1.3 | 97.3 | 20 | 75 - 125 | |
| **QC Batch ID: B038643** | | Used client sample: N | | | | | | | | | |
| Dissolved Mercury | DUP | 1905734-01 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905734-01 | ND | 0.96500 | 1.0000 | ug/L | | 96.5 | | 70 - 130 | |
| | MSD | 1905734-01 | ND | 0.94250 | 1.0000 | ug/L | 2.4 | 94.2 | 20 | 70 - 130 | |
| **QC Batch ID: B038759** | | Used client sample: N | | | | | | | | | |
| Dissolved Mercury | DUP | 1905900-01 | ND | ND | | ug/L | | | 20 | | |
| | MS | 1905900-01 | ND | 0.94500 | 1.0000 | ug/L | | 94.5 | | 70 - 130 | |
| | MSD | 1905900-01 | ND | 1.0500 | 1.0000 | ug/L | 10.5 | 105 | 20 | 70 - 130 | |

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation.
Report ID: 1000860953     4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911 FAX (661) 327-1918   www.bclabs.com     Page 65 of 66
79
BUTTE01765

# BC Laboratories, Inc.
Environmental Testing Laboratory Since 1949

| | |
|---|---|
| SCS Engineers | **Reported:** 03/12/2019 11:59 |
| 3117 Fite Circle, Suite 108 | Project: Neal Road LF - WW |
| Sacramento, CA 95827 | Project Number: [none] |
| | Project Manager: Wayne Pearce |

## Notes And Definitions

| | |
|---|---|
| J | Estimated Value (CLP Flag) |
| MDL | Method Detection Limit |
| ND | Analyte Not Detected |
| PQL | Practical Quantitation Limit |
| A01 | Detection and quantitation limits are raised due to sample dilution. |
| A02 | The difference between duplicate readings is less than the quantitation limit. |
| A03 | The sample concentration was more than 4 times the spike level. |
| A07 | Detection and quantitation limits were raised due to sample dilution caused by high analyte concentration or matrix interference. |
| A17 | Surrogate not reportable due to sample dilution. |
| A20 | Surrogate is low due to matrix interference. Interference verified through second extraction/analysis. |
| Q02 | Matrix spike precision is not within the control limits. |
| Q03 | Matrix spike recovery(s) was(were) not within the control limits. |
| S09 | The surrogate recovery for this compound was not within the control limits. |

---

*The results in this report apply to the samples analyzed in accordance with the chain of custody document. This analytical report must be reproduced in its entirety.*
All results listed in this report are for the exclusive use of the submitting party. BC Laboratories, Inc. assumes no responsibility for report alteration, detachment or third party interpretation.
Report ID: 1000860953    4100 Atlas Court   Bakersfield, CA  93308   (661) 327-4911 FAX (661) 327-1918   www.bclabs.com    Page 66 of 66
80


BUTTE01766

# Chain of Custody & Sample Information Record

**BC Laboratories Inc.**
4100 Atlas Ct.
Bakersfield, CA 93308

| Client: | SCS Engineers | Contact: | Wayne Pearce | Phone No. | (916) 361-1297 |
|---|---|---|---|---|---|

**Address:** 3117 Fite Circle, Suite 108

**Project Name:** Neal Road Landfill

19-06521

**Turn Around Time:**
[X] Routine   [ ] 3-5 Day Rush   [ ] 48 Hour Rush   [ ] 24 Hour Rush

*Additional Charges May Apply

**Lab TAT Approval:** _____   By _____

**Additional Reporting Requests**
Include QC Data Package: [ ] Yes [ ] No
FAX Results [ ] Yes [ ] No
Email Results [ ] Yes [ ] No
State EDT [ ] Yes [ ] No

**Notes**
(Include Source Number in Notes)

Short Holding Times

Nitrate as N

See WDR R5-2011-0049 for full list of organics analyses

**Sample Matrix**
DW = Drinking Water
WW = Wastewater
GW = Groundwater
MW = Monitoring Well
S = Soil
SW = Stormwater
M = Miscellaneous

**Sampler Information**

Name: Art Violenta

Employer: SCS Engineers

Signature: _____

**Analysis Requested**

| Sample ID | Date | Time | TDS | Bicarbonate/Carbonate | Chloride | Sulfate | Nitrate as N | Ca, Mg, K, Na | VOCs (8260B) | Source Matrix |
|---|---|---|---|---|---|---|---|---|---|---|
| MODULES STEP 3 SHELTER/AS | 2/20 | 1/45 | X | X | X | X | X | X | X | WW |
| MODULE 4 STEP FILL AREA | 2/20 | 1230 | X | X | X | X | X | X | X | WW |
| MODULE 4 STEP FILL AREA | 2/20 | 1300 | X | X | X | X | X | X | X | WW |
| | | | X | X | X | X | X | X | X | |
| | | | | | | | | | | |
| QCTB | | | | | | | | | X | M |

CHK BY

SHORT HOLDING TIME
Cr+6   NO₂   NO₃   SS
DO   Cl₂   BOD   MBAS   COT

DISTRIBUTION
NU☐N☐
SUB-OUT ☐

| Relinquished By (sign) | Print Name / Company | Date / Time | Received By (Sign) | Print Name / Company |
|---|---|---|---|---|
| | ART VIOLENTA / SCS ENGR | 2/20/19 1525 pm | | Maketis /BC |
| | MakeBLS /BCL | 2/20/19 1525 | | KrushnaGauffox DCL 2-1-19 |

**Sample Integrity Upon Receipt**

| Sample(s) Submitted on Ice? | Yes | No | N/A |
| Custody Seal(s) Intact? | Yes | No | |
| Sample(s) Intact? | Yes | No | |

**(For Lab Use Only)**

**Temperature** _____ °C
☐ Cooler Blank

**Lab Notes**

Lab No. _____

16930

Page  1  of  1

**BUTTE01767**

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

CALIFORNIA OPEN LANDS, a )
non-profit land trust )
organization, ) CASE NO.
) 2:20-cv-00123-
    Plaintiff, ) KJM-DMC
)
V. )
)
BUTTE COUNTY DEPARTMENT OF PUBLIC )
WORKS, et al, )
)
    Defendants. )
- - - - - - - - - - - - - - - - - - )

**CERTIFIED TRANSCRIPT**

VIDEOCONFERENCE DEPOSITION OF ERIC A. MILLER

VOLUME 1

ZOOM VIDEOCONFERENCE

Thursday, May 25, 2023

Reported by:  Shaaron M. Shigio

             CSR No. 12286

Job No:  72933





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNLIMITED JURISDICTION

CALIFORNIA OPEN LANDS, a          )
non-profit land trust             )
organization,                     ) CASE NO.
                                  ) 2:20-cv-00123-
        Plaintiff,                ) KJM-DMC
                                  )
v.                                )
                                  )
BUTTE COUNTY DEPARTMENT OF PUBLIC )
WORKS, et al,                     )
                                  )
        Defendants.               )
- - - - - - - - - - - - - - - - - )

**CERTIFIED TRANSCRIPT**

VIDEOCONFERENCE DEPOSITION OF ERIC A. MILLER

VOLUME 1

ZOOM VIDEOCONFERENCE

Thursday, May 25, 2023

Reported by:  Shaaron M. Shigio

            CSR No. 12286

Job No:  72933

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF CALIFORNIA

 3
       - - - - - - - - - - - - - - - - )
 4     CALIFORNIA OPEN LANDS, a        )
       non-profit land trust           )
 5     organization,                   ) CASE NO.
                                       ) 2:20-cv-00123-
 6          Plaintiff,                 ) KJM-DMC
                                       )
 7     V.                              )
                                       )
 8     BUTTE COUNTY DEPARTMENT OF PUBLIC )
       WORKS, et al,                   )
 9                                     )
            Defendants.                )
10     - - - - - - - - - - - - - - - - )

11

12

13          Deposition of ERIC A. MILLER, taken on behalf

14     of Plaintiff, witness appearing via Zoom

15     Videoconference, commencing at 9:00 A.M., Thursday,

16     May 25, 2023, before Shaaron M. Shigio, Certified

17     Shorthand Reporter No. 12286, pursuant to Notice of

18     Deposition.

19

20

21

22

23

24

25
```

1    Q.   And that it was implemented beginning

2  February 4th, 2021?

3    A.   Yes.

4    Q.   And how long -- let me rephrase that.

5         Are you aware of any amendments to this SWPPP?

6    A.   To the February 2020 -- this SWPPP?  No.

7    Q.   And so the February -- the February 4th, 2021

8  SWPPP is the current SWPPP that's in effect at the

9  facility today?

10   A.   I'm scrolling through a few pages if that's

11  okay.

12   Q.   Okay.

13   A.   The answer's "no."

14   Q.   This is not the current SWPPP that's in effect

15  at the facility today?

16   A.   It is the current SWPPP, but we do not

17  actively operate the covered aerated static pile

18  compost facility.

19   Q.   Okay.  Just to be clear, my question was is

20  this the operative SWPPP at the facility?

21   A.   Yes, in terms of BMPs.

22   Q.   Okay.  And you're clarifying that this SWPPP

23  contains information about a compost aerated static

24  pile, a C-A-S-P or CASP, that is not present at the

25  site?

1       A.    Yes.

2       Q.    Okay.  But the answer to my question then

3   would be "yes," this is the operative SWPPP, correct?

4       A.    Yes.

5       Q.    Okay.  Thank you for clarifying that.  And

6   we'll get to the CASP in a little bit.  And you're not

7   aware of any amendments that have been made since

8   February 4th, 2021, to this SWPPP?

9       A.    No.

10      Q.    Are you aware of any site map amendments after

11  February 4th, 2021?

12      A.    Can you clarify, site map amendments to what?

13      Q.    Yeah, that's fair.

14            So this SWPPP contains site maps, correct?

15      A.    Yes.

16      Q.    Have those site maps been amended since

17  February 4th, 2021?

18      A.    Yes.

19      Q.    And were they included as part of this SWPPP?

20      A.    No.

21      Q.    So have the SWPPP site maps been amended since

22  February 4th, 2021?

23      A.    No.

24      Q.    Okay.  So could you explain what you mean by

25  the -- the site maps have been amended?

1        Q.   If you look in the bottom right corner of

2    these pages, there's a series of letters and numbers.

3    We call that the Bates number.  I'd like to direct your

4    attention to Bates number COL009309.

5        A.   9309.

6        Q.   And if it's helpful, it's page 6 of the PDF.

7    Were you able to find that page?

8        A.   Yes, I see 9309.

9        Q.   Great.  So beginning the second paragraph,

10   under Section 2, Introduction, it says:  (Reading.)

11            This SWPPP updates the previous SWPPP

12            (September 30th, 2019 to present

13            information on the composting facility

14            [a covered aerated static pile (CASP)

15            facility] proposed for the top deck of

16            Module 4 the Facility.

17            Do you see that?

18       A.   Yes.

19       Q.   I think a minute ago you mentioned that that

20   CASP facility does not exist on the top deck of

21   Module 4; is that correct?

22       A.   Yes, that is correct.

23       Q.   And is it true that it's no longer proposed

24   for the top deck of Module 4?

25       A.   Yes, the CASP is no longer proposed for the

 1  top deck of Module 4.
 2      Q.    And why is that?
 3      A.    The CASP project was a grant-supported project
 4  through CalRecycle.  Development costs of that facility
 5  far exceeded what the original -- our ability to cover
 6  our match, if you will, to do the project economically.
 7      Q.    And so the project's been totally abandoned.
 8  There's no prospect of it being implemented?
 9      A.    Yes.
10      Q.    A little further down on the last paragraph of
11  this page, the last sentence of that last paragraph
12  talks about a preserved area and in parentheses it
13  says:  (Reading.)
14          "The Neal Road Preserve mentioned
15          above."
16          Do you see that?
17      A.    Yes.
18      Q.    I can't find where the Neal Road Preserve is
19  mentioned above.  Do you know where that is?
20      A.    I do not see it above this sentence.
21      Q.    Do you know whether the preserved area, the
22  Neal Road Preserve, is described or characterized
23  anywhere in the SWPPP?
24      A.    I believe we should check the joint technical
25  document which is one of the appendices which is

1  presented in this copy.  Let's see... hold on.  I'm

2  checking.  Correction on what I said in drawing 3

3  there's a Figure 2 from the November 2020 joint

4  technical document prepared by Golder Associates.

5       Q.   What page are you looking at, please?

6       A.   I'm trying to find it.

7       Q.   If you give me a PDF number, that may help.

8       A.   Yeah, I...

9       Q.   Is that COL9347?

10      A.   Let's see... I'm still scrolling.

11      Q.   Oh, I'm sorry.  You said drawing number 3

12  which is --

13      A.   Drawing 3.  What -- could you repeat your

14  question again, please?

15      Q.   Yeah.  My question is do you know if the Neal

16  Road Preserve that's mentioned in the introduction that

17  we were just looking at, is -- is that identified or

18  described anywhere in the SWPPP?

19      A.   No.  No.

20      Q.   Do you know what the Neal Road Preserve is?

21      A.   Yes.

22      Q.   And what do you understand it to be?

23      A.   The Neal Road Preserve is a facility that

24  serves multiple functions to serve as a sedimentation

25  basin.  A portion of it is served as a sedimentation

1  basin, and then another portion is to not be disturbed.

2  It's been reestablished with -- well, correct that --

3  vegetation.  It's an area that is vegetative and not to

4  be disturbed.

5      Q.   And are you aware that the area that you

6  described as being vegetative, not to be disturbed, are

7  you aware whether that area contains wetlands or not?

8      A.   What's the definition of "wetlands"?

9      Q.   A wetland is an area that's inundated or

10 saturated by surface or groundwater at a frequency and

11 duration sufficient to support and that under normal

12 circumstances do support a prevalence of vegetation

13 typically adapted for life in saturated soil

14 conditions.

15     A.   I'm sorry.  Can you repeat your question

16 again?

17          MR. CARLON:  Could you please read back the

18 question?

19               (Record read.)

20          THE WITNESS:  I understand based on that

21 definition, it -- yes.

22 BY MR. CARLON:

23     Q.   Do you know whether the 2021 SWPPP describes

24 the wetlands that exist in the Neal Road Preserve at

25 all?

1   Preserve in this SWPPP?

2      A.   No.   No.

3      Q.   So we looked at Section 8.1.5.1, Section 5,

4   and Section 5.2.

5          And none of those sections identify or

6   describe wetlands in the Neal Road Preserve, correct?

7      A.   Yes, that is correct.

8      Q.   And there's no other section of the stormwater

9   permit -- I'm sorry -- the 2021 SWPPP that you would

10  look to to see whether it describes wetlands in the

11  Neal Road Preserve, correct?

12     A.   That is correct.

13     Q.   So let me ask you this question again.   Does

14  this 2021 SWPPP identify or describe wetlands in the

15  Neal Road Preserve?

16     A.   No.

17     Q.   Going back up to the introduction.

18     A.   Okay.

19     Q.   Actually, I take that back.   Go down a few

20  pages to COL9312, please.

21     A.   Okay.

22     Q.   And the last paragraph of this page references

23  the Golder September 2019 operations plan.

24          Do you see that?

25     A.   Yes.

 1  impoundments appears to be shown and that no longer

 2  exists.

 3      Q.    Which septage waste impoundment is shown but

 4  no longer exists?

 5      A.    We had a very large waste impoundment which

 6  was decommissioned.

 7      Q.    Can you describe for me where on the map that

 8  is situated?

 9      A.    If you view the box -- the text box that says

10  "waste oil."

11      Q.    Umm-hmm.

12      A.    At roughly the 10:00 o'clock position where,

13  you know, it becomes -- you can see -- not a

14  rectangle -- almost a rectangular-shaped pond.  That

15  appears to me to be the old septage waste impoundment.

16      Q.    And that no longer exists?

17      A.    That is correct.

18      Q.    So this site map is -- the topography of this

19  site map is out of date?

20      A.    Yes.

21      Q.    Are there any other -- are there any other

22  areas of the facility that are not accurately reflected

23  on this site map?

24      A.    I'm sorry.  I lost my page.  I'm back.  No.

25      Q.    I think you mentioned Module 5 before?

 1        A.    Module 5.   That's correct.

 2        Q.    And so this site map, Drawing 1 is not

 3   accurate to the extent that it doesn't show Module 5;

 4   is that correct?

 5        A.    That is correct.

 6        Q.    And I think we covered this earlier, but just

 7   to confirm, Drawing 1 does not show -- let me rephrase

 8   this.   Drawing 1 does not identify the wetland

 9   preserve; is that correct?

10              MR. HANSEN:   I'll object on the grounds that

11   could be vague and ambiguous.

12   BY MR. CARLON:

13        Q.    Do you understand my question?

14        A.    I understand the question.

15        Q.    Do you have an answer to the question?

16        A.    Sorry.   Didn't know where we were going with

17   this.   There is no labeling of the preserve on

18   Drawing 1.

19        Q.    So Drawing 1 does not identify the Neal Road

20   Preserve, correct?

21        A.    Correct.

22        Q.    And Drawing 1 does not identify any wetlands,

23   correct?

24        A.    Yes; that's correct.

25        Q.    Does Drawing 1 identify any areas with

 1        A.    Yes.

 2        Q.    Is that where Module 5D was installed?

 3        A.    No.  Module 5D is located -- if you look at --

 4   Phase C is the hashed area.

 5              Do you see that, green?

 6        Q.    I do, in green, yeah.

 7        A.    That's currently active.

 8        Q.    Okay.

 9        A.    5D is below the words "Phase B" on that south

10   bench, if you will.  So 5 -- 5D is on the -- it's the

11   side slope.

12        Q.    I see.  Okay.

13        A.    And then it stops just to the west.

14        Q.    So let's go back up to Drawing 2, please.

15        A.    Okay.

16        Q.    Does Drawing 2 identify the Neal Road

17   Preserve?

18        A.    No.

19        Q.    Does Drawing 2 identify wetlands?

20        A.    No.

21        Q.    And I think we've established that Drawing 2

22   and Drawing 1 show different topography; is that

23   correct?

24        A.    Yes.

25        Q.    Does Drawing 2 show areas -- let me rephrase

 1   that.

 2          Does Drawing 2 identify areas with Posi-Shell

 3   put on them?

 4     A.   No.

 5     Q.   Does Drawing 2 show areas -- does Drawing 2

 6   identify areas with geosynthetic interim cover?

 7     A.   Drawing 2, no.

 8     Q.   Okay.  Let's go down to Drawing 3, please.  In

 9   the bottom right corner there's a date.  It appears to

10   be November 12th, 2020.

11          Do you see that?

12     A.   Yes.

13     Q.   And in the notes it says date of topography

14   July 1st, 2019.

15          Do you see that?

16     A.   Yes.

17     Q.   So is it understanding -- is it your

18   understanding that this map was created on

19   November 12th, 2020, using topographic contour

20   information that was generated July 1st, 2019?

21     A.   Yes.

22     Q.   Does this map show Module 5D?

23     A.   No.

24     Q.   And does this drawing, drawing number 3, share

25   the same topography as drawing number 1?

 1      A.    Drawing number 1?

 2      Q.    Correct.

 3      A.    Trying to zoom.  Hmm... no.

 4      Q.    Does drawing number 3 identify any areas of

 5   Posi-Shell?

 6      A.    No.

 7      Q.    Does drawing number 3 identify any areas with

 8   geosynthetic interim cover?

 9      A.    No.

10      Q.    There's an area identified by a green polygon

11   that's situated on top of what's labeled as Module 4.

12   Do you see that?

13      A.    Yes.

14      Q.    That's the proposed CASP facility; is that

15   correct?

16      A.    Yes.

17      Q.    And is it fair to say that this site map is

18   inaccurate to the extent that there is no proposed CASP

19   facility?

20           MR. HANSEN:  Object on the -- as to time.

21   Your question is -- your question is ambiguous as to

22   time.

23           MR. CARLON:  Thank you, Glen.  I'll rephrase

24   that question.

25

```
 1   BY MR. CARLON:
 2       Q.   Is it accurate to say that as of today, this
 3   site map is inaccurate because there is no proposed
 4   CASP facility?
 5       A.   Yes, it is inaccurate.   There is no proposed
 6   CASP facility.
 7       Q.   Could you explain to me what the future
 8   landfill expansion area means?
 9       A.   Where are you referring to?
10       Q.   It's identified in the legend as the
11   second-to-last item --
12       A.   I see.
13       Q.   -- above the proposed CASP facility legend?
14       A.   You're indicating the area that's red hashed
15   through it?
16       Q.   Correct.
17       A.   Future Module 5 area.   Yes.
18       Q.   And so my question is what does "future
19   landfill expansion area" mean?
20       A.   The development of Module 5 will continue to
21   the west in various phases, whether it's 5D, 5E,
22   et cetera, or if it's titled Module 6.   Just has not
23   been developed, but that is future waste placement.
24       Q.   And as of today, the only proposed -- the only
25   specifically proposed expansion is module -- actually
```

1   management unit?

2        A.    Yes.

3        Q.    And so if -- if you have a seep that comes

4   out, say, at 200 feet elevation in your hypothetical,

5   the waste management unit has failed because it has

6   failed to contain the leachate within the -- the unit;

7   is that fair?

8        A.    No, no.  The leachate is directed -- the seep

9   is corrected by directing the leachate downward so it

10  is captured by the liner.

11       Q.    We're talking about a seep though.

12       A.    That's what you just said.

13       Q.    So if -- if that -- a seep is -- is leachate

14  leaving the waste management unit, correct?

15       A.    No.  A seep does not mean that leachate is

16  leaving the waste management unit.

17       Q.    So if -- you're saying that if there's a seep

18  that only makes it on the outside of the -- maybe help

19  me with the terminology here.  The -- the cap --

20       A.    A liner system.

21       Q.    A liner system.  As long as that doesn't

22  migrate off of that module's slope, you're saying it

23  hasn't left the module; is that correct?

24       A.    That is correct.

25       Q.    In that circumstance, though, if it were to

1  rain, would that seep be a potential pollutant that

2  could be discharged via stormwater?

3      A.   Yes, if the seep leaves the lined area, there

4  is that potential.

5      Q.   And so in preparing a stormwater pollution

6  prevention plan and thinking about potential pollutant

7  sources such as spills and leaks, wouldn't a seep be a

8  relevant type of event that impacts your ability to

9  manage stormwater?

10     A.   Seeps are always an ongoing concern during the

11 rainy season.  Our mission is to prevent any leachate

12 from leaving a waste management unit without -- you

13 know, unless it's collected through the leachate

14 collection removal system and sent to the liquid waste

15 impoundment.

16     Q.   I'd like to have you scroll down a couple

17 pages to COL9317, please.

18     A.   Okay.  I'm there.

19     Q.   This is Section 6, "List of Industrial

20 Materials."

21          Do you see that?

22     A.   Yes.  Yes, I see it.

23     Q.   And it identifies the primary materials

24 handled and stored at the facility which includes solid

25 waste, including inert construction and demolition, C&D

 1       Q.   So you used the word "cell" or "module

 2   development cell" earlier, that phrase?

 3       A.   Right.

 4       Q.   Is that -- is a -- is a module development

 5   cell the -- are you using that to refer to the larger

 6   module, that Module 5, or does that -- does a cell mean

 7   Phase A within Module 5?

 8       A.   I see what you're saying.  "Module" is used --

 9   the bigger picture.  The working face, the cell, could

10   be at any given place at any time of season or day.

11       Q.   So there you used "cell" and "working face"

12   interchangeably; is that --

13       A.   Yes.  It's -- it's -- it's an operational

14   nomenclature.

15       Q.   So within each module there are -- there are

16   cells and working faces -- I guess I'm trying to

17   understand the hierarchy of the -- the nomenclature

18   here.  So you've got, as I understand it, a module

19   which is the larger development area.  And then within

20   a module you'll have different phases which allow you

21   to fill in the module in a logical way that conforms to

22   the engineering protocols and design.

23                 (Reporter clarification.)

24            MR. CARLON:  Protocols and design I think is

25   what I said.

```
 1   BY MR. CARLON:
 2       Q.    And then within each phase, you have a cell or
 3   a working face that moves around as needed on a daily
 4   basis in order to conform with that engineering design
 5   within the phase?
 6       A.    Yes.
 7       Q.    Do I have that more or less right?
 8       A.    Yes.  The working face and cell going
 9   together.  The working face is the actual surface where
10   the bulldozers and machinery is compressing garbage.
11       Q.    I see.
12       A.    That's the active face of the garbage in
13   that -- for that cell.
14       Q.    Okay.  And are there -- are cells defined
15   within a phase?
16       A.    Explain "defined."
17       Q.    Are they separately designated so that you
18   know when you've filled up a cell and you move to the
19   next cell?
20       A.    I wouldn't say "defined" is the correct word.
21       Q.    Okay.  How would you describe it?
22       A.    Let's see here... let's take Costco parking
23   lot for an example.  I'm going to the Costco parking
24   lot which is a developed parking lot.  Where you
25   actually park your car might be the cell for that day
```

1   and where you load your groceries is the working face

2   of the hatchback of your car.

3            So depending on where we are in the season of

4   trash, where -- and where we want to be the subsequent

5   winter, we try to estimate where the working face will

6   be six months from now.

7       Q.   Okay.  I like the analogy.  I'm going to run

8   with it.  So it -- do you know how many available

9   parking spots or cells are left in your -- your parking

10  lot or module?

11      A.   We have a rough idea.

12      Q.   But maybe the paint is worn on the parking lot

13  and so -- I'm trying -- maybe we're getting far afield

14  here.

15      A.   The size of the cell depends on how many

16  customers come in, what they're bringing, the type of

17  material.

18      Q.   Is a cell a daily thing?  Like is it each day

19  a cell is closed and you -- and then you start a new --

20      A.   Yes, each day a cell is closed.

21      Q.   Okay.  That's helpful.  So a cell is the --

22  the area that you're going to put solid waste for that

23  particular day?

24      A.   Yeah, active disposal area.

25      Q.   All right.  And then working face is the

```
 1   C&D materials under the definition of "solid waste."

 2   Is that your reading of that?

 3        A.   Yes, yes.

 4        Q.   Okay.  So -- but -- is inert C&D stored or

 5   managed at the same location as other types of solid

 6   waste at the landfill?

 7        A.   No.  So the inert -- the C&D material is -- is

 8   not at the working face.  It's stored at its own

 9   location as the other commodities.

10        Q.   So under Location for inert C&D, green waste,

11   recyclable materials, waste tires, it says:  (Reading.)

12            "Varies and See Drawing 1."

13        A.   Okay.

14        Q.   Do you see that?

15        A.   Yes, I see the reference to Drawing 1.

16        Q.   And what does "varies" mean in that section to

17   you?

18        A.   There -- because I work here, I know that

19   these locations are different.  The tires is not in the

20   same location as the inert C&D, which is not in the

21   same location as the green waste, so the location of

22   that particular commodity varies.

23        Q.   And why weren't these materials separated as

24   separate line items in this chart?

25        A.   I don't -- I do not know.
```

1       Q.   Do you think it would be more appropriate if
2  they were?
3       A.   Yes.
4            MR. HANSEN:   Object; asking for an expert
5  opinion.
6            But you can answer if you can.
7            THE WITNESS:   It would be helpful for
8  presentation.
9  BY MR. CARLON:
10      Q.   But they were different materials, correct?
11      A.   Yes.
12      Q.   So inert C&D is not the same as green waste,
13 and that's not the same as recycled materials or waste
14 tires, correct?
15      A.   Yes, that is correct.
16      Q.   And so identifying them in one column under
17 material is sort of lumping together one, two, three,
18 four different types of materials and calling it one
19 type of industrial material, right?
20      A.   No, I don't see it that way.  It refers to a
21 drawing.
22      Q.   Okay.  Let's get to the drawing in a second.
23 I'm sticking with the "varies" for a second.
24            You -- well, actually I think we covered that.
25 So let's go to the Drawing 1 which is page 9345.

```
 1      A.    Okay.  So what PDF is that?

 2      Q.    42.

 3      A.    Okay.

 4      Q.    So does Drawing 1 identify inert C&D?

 5      A.    No.

 6      Q.    And does Drawing 1 identify green waste?

 7      A.    No.

 8      Q.    Drawing 1 does identify tires and recyclables,

 9  correct?

10      A.    Correct, yes.

11      Q.    And -- and it also identifies white goods,

12  correct?

13      A.    Yes.

14      Q.    And what are white goods?

15      A.    White -- white goods are appliances.  It's

16  industry slang.

17            (Reporter clarification.)

18            THE WITNESS:  White, as in the color, goods.

19            So white refrigerators, white washing

20  machines, white dryers, which now come in different

21  colors and brands and styles, but yeah.

22  BY MR. CARLON:

23      Q.    Okay.  Thank you.  And I think you mentioned

24  earlier mattresses?

25      A.    Correct.
```

1  you had a rain fly installed on the Module 4 deck.

2      A.   Okay.  Yes, we installed the rain fly in the

3  top deck of Module 4.

4      Q.   And approximately how much new rain fly was

5  installed there?

6      A.   Rough numbers I think it was five acres.  I

7  can investigate that though.

8      Q.   And this SWPPP was not updated to reflect that

9  new rain fly installation, correct?

10     A.   That's correct.

11     Q.   Let's turn to page 9321, which is PDF 17.

12  Section 7.1.5.

13     A.   7. -- oh, 7.1.5.  Okay.

14     Q.   Non-stormwater discharges.

15     A.   Correct.

16     Q.   And the next section is identification of

17  non-stormwater discharges, sources, and drainage areas.

18          Do you see that?

19     A.   Yes.

20     Q.   Is leachate considered non-stormwater?

21     A.   I've never heard that question before.

22     Q.   Would you consider leachate to be

23  non-stormwater?

24     A.   No, leachate is just leachate.

25     Q.   I'm not sure I understood your response.

1      A.    Yes.

2      Q.    And does this look like a true and correct

3  copy of --

4      A.    Yes.

5      Q.    And -- and what is this document?

6      A.    This document summarizes the incidents that

7  occurred in leachate entry stormwater Basin 4 and how

8  we excavated and remediated that basin, essentially

9  cleaned it up, to ensure that no leachate would get to

10  groundwater from the seep events that occurred prior

11  to -- you know, previously.

12     Q.    And the seep events that you're talking about,

13  could you be a little more specific, please?

14     A.    The seep events that occurred on

15  February 14th.  Well, that was a storm, but during the

16  period -- seep for Module 4 that entered sediment --

17  the seep from Module 4 left the line area of Module 4

18  and flowed into Sediment Basin 4 during

19  February/March of 2019.

20     Q.    And from stormwater basin number 4, the

21  leachate that seeped from Module 4 commingled with

22  stormwater that was in that basin; is that correct?

23     A.    That is correct.

24     Q.    And then it was pumped into a stormwater

25  drainage ditch which flowed to the preserve, correct?

1       A.    That is correct.

2       Q.    And on February 14th, stormwater flowed out of

3  the preserve over the concrete spillway and offsite,

4  correct?

5       A.    Yes, correct.

6       Q.    When was the regional board notified of the

7  February 14th seep?

8       A.    They were notified in March or -- I believe it

9  was March of 2019, but I would need to check that.

10      Q.    Whose responsibility was it to inform the

11 regional board?

12      A.    It is landfill staff.

13      Q.    And who in particular on the landfill staff?

14      A.    Well, I'll own up to it.  Me.

15      Q.    It was your responsibility to report it to the

16 regional board?

17      A.    Yes.

18      Q.    And why did it take so long to report the

19 February 14th seep to the regional board?

20      A.    Quite frankly, I was overwhelmed coordinating

21 stormwater sampling and remediation activities.  It was

22 very -- very harried time period.

23      Q.    Is there a requirement to inform the regional

24 board with a certain amount of time -- within a certain

25 amount of time?

1      A.    Yes.

2      Q.    And -- and what is that time frame?

3      A.    As soon as possible via telephone.

4      Q.    And did you do that?

5      A.    No, not on February 14th.

6      Q.    What about on February 25th when the next

7   storm event began?

8      A.    No, I don't recall notifying them on that one.

9      Q.    And I guess the pop-outs, the leachate

10  pop-outs and seeps began again on February 26th, the

11  following day; is that correct?

12     A.    Yes.

13     Q.    And, again, it -- it flowed from Module 4 to

14  the stormwater basin number 4; is that correct?

15     A.    Yes.

16     Q.    And on February 26th, 2019, it was leachate

17  commingled with stormwater, and stormwater basin number

18  4 was pumped to a ditch that flowed to the preserve; is

19  that correct?

20     A.    Yes.

21     Q.    And the -- the preserve was discharging over

22  the concrete spillway; is that correct?

23     A.    Yes.

24     Q.    On February 26th, 2019?

25     A.    Yes.

1      Q.   Does that mean there was no freeboard or no

2  measurement?

3      A.   No measurement.

4      Q.   On the next page, the first -- I'm sorry.  The

5  February 27th, 2019 entry.  It says 47 gallons.  That

6  means somebody put 47 gallons of fuel into the pump on

7  February 27th, correct?

8      A.   Yes.

9      Q.   And the note says that site was discharging

10  from sediment basin number 1, correct?

11     A.   Correct.

12     Q.   And you saw that happening?

13     A.   Correct.

14     Q.   And then from February 27th through March 4th,

15  the notes say:  (Reading.)

16          Site discharge from sediment basin

17          number 1.

18          Correct?

19     A.   The dates site discharge February 1, 2019,

20  through -- no.  Could you repeat what you said and I

21  won't interrupt.

22          I'm sorry, Shaari.

23     Q.   February 27th through March 4th, the notes say

24  that site discharge from sediment basin number 1,

25  correct?

1        A.    Yes; that's correct.

2        Q.    And you know that to be true because you saw

3    it happen, correct?

4        A.    Correct.

5        Q.    And then there was no discharge on March 5th;

6    is that correct?

7        A.    That's correct.

8        Q.    But there was discharge on the 6th, 7th, and

9    8th of March, correct?

10        A.    That's correct.

11        Q.    And you saw that happen on those dates?

12        A.    Yes.

13        Q.    And then on March 13th the notes say:

14    (Reading.)

15              Started transferring Pond 4 water to

16              lined pond (former primary septage

17              pond).

18              Do you see that?

19        A.    Correct, yes.

20        Q.    And that's when you began pumping water from

21    Pond 4 not to the ditch that carries it to Sed Basin 1

22    but to the lined leachate pond, correct?

23        A.    To the lined septage pond.

24        Q.    I'm sorry.   The lined septage pond.

25        A.    Yes.

1            the SWPPP."

2            And then you sort of referenced a couple of

3    the amendments that were made.

4            We have not been produced an amended -- an

5    amended SWPPP that reflects these changes.  Are you

6    aware of such a document existing?

7       A.   No, other than this being the -- this two-page

8    document, the only amendment.

9       Q.   So to your understanding, that the SWPPP was

10   not amended so much as this was supposed to be some

11   sort of addition to it?

12      A.   Can you rephrase that question?

13      Q.   Yeah.  Was the -- was the SWPPP ever revised

14   to incorporate these amendments?

15      A.   To my knowledge, no.

16      Q.   And was there ever a -- was there ever an

17   amended SWPPP reflecting these changes uploaded to

18   SMARTS?

19      A.   From what I viewed on SMARTS, no.

20      Q.   Who decided to revise the SWPPP from the 2015

21   SWPPP to the 2019 SWPPP?

22      A.   So who did --

23      Q.   Whose decision was that?

24      A.   Let's see here... so 2015 and 2017, Dennis

25   Schmidt joins the department.  Bill -- Mr. Mannel

```
 1   retired so he's retired.  And 2019 -- it may have --
 2   I'm only guessing.  I don't know if I want to guess or
 3   assume.  I don't know if that does any good, but --
 4   2019... we had more -- more changes in management
 5   positions.  I had a new boss.  We needed to amend
 6   various contact information and all that sort of thing.
 7       Q.    So from the 2017 SWPPP which made these -- or
 8   the amendment which made these few changes --
 9       A.    Correct.
10       Q.    -- setting aside this -- this amendment, there
11   was a approximately four-year period where the SWPPP
12   was not amended, correct?
13       A.    That's correct.
14       Q.    Between June 24th, 2015, and September 30th,
15   2019, do you know how many new waste management units
16   were constructed?
17       A.    Let me write them down.  I -- when I joined
18   the county in February of 2016, we opened Module 4F
19   during the summer of 2019 -- excuse me -- during the
20   summer of 2016.
21            And Module 5A I will have to get back on those
22   dates to you.  We didn't have the ability to build
23   Module 5 because I had two septage ponds in the way.  I
24   needed to decommission two septage ponds, and that took
25   two or three years.
```

 1      Q.   -- is a map.

 2      A.   Of 81?

 3      Q.   Yeah.  Now, I can make out some of the text on

 4  this, but this is the -- this is how it was produced to

 5  us.

 6           MR. HANSEN:  Are you at Butte 3288?

 7           MR. CARLON:  Correct.

 8  BY MR. CARLON:

 9      Q.   I'm not sure if you can make out the text on

10  this map.  I'm having a bit of a hard time.  I can see

11  some things, but -- for instance, if I tried to read

12  the notes, I can't really make that out.  Can you read

13  any of that?

14      A.   I can read some of the print.

15      Q.   Okay.

16      A.   What specifically are you looking at?

17      Q.   I guess what I want to know is if this map

18  identifies the Neal Road Preserve.

19      A.   No, it does not appear to do so.

20      Q.   And does this map identify any wetland?

21      A.   No, it does not appear so.

22           MR. CARLON:  There have been some subsequent

23  maps uploaded.  I'm dropping in the Chat Exhibit 7.

24           [Whereupon, Exhibit 7 was marked for

25           identification.]

```
 1   BY MR. CARLON:
 2        Q.    Please let me know when you have a chance to
 3   open that.
 4        A.    Okay.  It's open.
 5        Q.    And this map is much better quality.  Same
 6   question:  Do you -- does this map identify the Neal
 7   Road Preserve?
 8        A.    No.
 9        Q.    And does it identify any wetland?
10        A.    This one's dated June 3rd, 2015?  No, it does
11   not.
12             MR. CARLON:  I think that's where I'm going to
13   leave it today.  That's all the questions I have for
14   you, Mr. Miller.  Thank you for your time.
15             THE WITNESS:  Okay.
16             MR. CARLON:  Glen, do you have any questions?
17             MR. HANSEN:  Nope.  I'm good.
18             THE REPORTER:  Mr. Hansen, would you like a
19   copy of the transcript?
20             MR. HANSEN:  Please.
21
22             (Whereupon, at the hour of 3:41 p.m. the
23   matter was adjourned.)
24
25                     ---o0o---
```

```
 1                    CERTIFICATE OF REPORTER

 2

 3        I, SHAARON M. SHIGIO, a Certified Shorthand

 4   Reporter, hereby certify that the witness in the

 5   foregoing deposition was by me duly sworn to tell the

 6   truth, the whole truth and nothing but the truth in the

 7   within-entitled cause;

 8        That said deposition was taken down in shorthand

 9   by me, a disinterested person, at the time and place

10   therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13        That before completion of the deposition, review

14   of the transcript { } was { } was not requested.  If

15   requested, any changes made by the deponent (and

16   provided to the reporter) during that period allowed

17   are appended hereto.

18        I further certify that I am not of counsel or

19   attorney for either or any of the parties to the said

20   deposition, nor in any way interested in the events of

21   this cause, and that I am not related to any of the

22   parties thereto.

23        DATED: June 6th, 2023

24

25                  Shaaron M. Shigio, CSR #12286
```

# EXHIBIT 3

Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:    (916) 456-9595
Facsimile:     (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-KJM-DMC<br><br>**DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION, SET TWO PROPOUNDED BY PLAINTIFF CALIFORNIA OPEN LANDS** |

PROPOUNDING PARTY:   Plaintiff CALIFORNIA OPEN LANDS

RESPONDING PARTY:    Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER

SET NUMBER:           Two

1

1    Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS

2    SCHMIDT, and ERIC MILLER (collectively, "Defendants") responds to Plaintiff CALIFORNIA

3    OPEN LANDS' ("Plaintiff") Requests for Admission, Set Two as follows:

4                              **GENERAL OBJECTIONS**

5    1.      To the extent any of these requests may be construed as calling for information

6    which is subject to a claim of privilege, including, without limitation, the attorney/client privilege,

7    the attorney work product doctrine, the right to privacy under common law, the California

8    Constitution or the United States Constitution or any other lawfully recognized privilege or

9    immunity which may attach to the information or documents requested, Defendants hereby assert

10   such doctrine and privileges and objects to such document request on that basis.

11   2.      Defendants have not yet completed his review and investigation of the facts

12   relating to this case.  The following responses are necessarily based on information presently

13   known to, in the possession of, or identified by Defendants, and the information provided

14   pursuant to these requests are provided without prejudice to Defendants' right to utilize

15   subsequently discovered facts or documents and to amplify the meaning of existing facts or

16   documents, all of which may lead to substantial additions to and changes in the responses herein

17   provided.  Discovery is in its preliminary stages and is continuing.

18   3.      In responding to the requests for admission herein, Defendants do not concede the

19   relevancy of materiality of any request for admissions.  Defendants' responses are made expressly

20   subject to, and without in any way waiving or intending to waive, any objections as to

21   competency, relevancy, materiality or privilege, as evidence or for any other purpose, of any of

22   the information referred to or of the responses given herein, or of the subject matter thereof, in

23   any proceeding, including trial of this action.

24   4.      Defendants object to these requests for admissions on the grounds, and to the

25   extent, that they require information from persons or entities outside of Defendants' control.

26   5.      Defendants will make reasonable efforts to respond to any request, to the extent it

27   has not been objected to, as Defendants understand and interpret the requests.  If Plaintiff

28   subsequently asserts an interpretation of the request which differs from that of Defendants, they

2

1    reserve the right to object to and supplement their response(s).

2        6.    Defendants object to these requests on the grounds, and to the extent, that they

3    attempt or purport to impose obligations on Defendants beyond those imposed or authorized by

4    the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or other federal law or rule

5    of court.

6        7.    Defendants object to these requests on the grounds, and to the extent, that they

7    seek documents, information and data peculiarly within the possession, custody or control of

8    Plaintiff and not Defendants, or that they seek documents, information or data equally within

     Plaintiff's possession, custody, or control.

9

10                    **RESPONSES TO REQUESTS FOR ADMISSION**

11       **REQUEST FOR ADMISSION NO. 46:**

12       That there are WETLANDS in what YOU refer to in YOUR Second Amended Responses

13   to Plaintiff's Requests for Admission Nos. 3-6, 8-15, and 19-21 as "the wetlands portion of the

14   Preserve."

15   **RESPONSE TO REQUEST NO. 46:**

16       Admit.

17   **REQUEST FOR ADMISSION NO. 47:**

18       That the WETLANDS in what YOU refer to in YOUR Second Amended Responses to

19   Plaintiffs Requests for Admission Nos. 3-6, 8-15, and 19-21 as "the wetlands portion of the

20   Preserve" are WATERS OF THE UNITED STATES.

21   **RESPONSE TO REQUEST NO. 47:**

22       Admit.

23   **REQUEST FOR ADMISSION NO. 48:**

24       That there are WATERS OF THE UNITED STATES in what YOU refer to in YOUR

25   Second Amended Responses to Plaintiff's Requests for Admission Nos. 3-6, 8-15, and 19-21 as

26   "the wetlands portion of the Preserve."

27

28

                                              3

1  **RESPONSE TO REQUEST NO. 63:**

2      Responding Party objects to this Request to the extent that it implies that there was a duty

3  to describe in "the FACILITY'S site maps in the February 4, 2021" "any preserved WATERS OF

4  THE UNITED STATES within the WETLAND PRESERVE."

5      Responding Party further objects to this Request that it is vague and ambiguous as to what

6  is "the February 4, 2021 …."

7  **REQUEST FOR ADMISSION NO. 64:**

8      That the FACILITY'S February 4, 2021 SWPPP does not identify the points at which

9  STORM WATER ASSOCIATED WITH INDUSTRIAL ACTIVITY is discharged into the

10  WETLAND PRESERVE as DISCHARGE LOCATIONS.

11  **RESPONSE TO REQUEST NO. 64:**

12      Responding Party objects to this Request to the extent that it implies that there was a duty

13  that "the FACILITY'S February 4, 2021 SWPPP" "identify the points at which STORM WATER

14  ASSOCIATED WITH INDUSTRIAL ACTIVITY is discharged into the WETLAND

15  PRESERVE as DISCHARGE LOCATIONS."

16      Without waiving that objection, Responding Party responds as follows:

17      Admit.

18  **REQUEST FOR ADMISSION NO. 65:**

19      That STORM WATER runoff from the FACILITY drains in a southwesterly direction

20  toward an unnamed intermittent stream that joins the intermittent stream in Nance Canyon

21  approximately 1 mile southwest of the FACILITY property boundary and approximately 0.5 mile

22  southwest of Neal Road.

23  **RESPONSE TO REQUEST NO. 65:**

24      Admit.

25  **REQUEST FOR ADMISSION NO. 66:**

26      That the combined flow of STORM WATER runoff from the NRRWF and the "unnamed

27  intermittent stream" referenced in YOUR Second Amended Responses to Plaintiff's Requests for

28  Admissions Nos. 19 — 21 flows to Nance Canyon.

12

# EXHIBIT 4



# STORM WATER POLLUTION PREVENTION PLAN
## And
## STORM WATER MONITORING PLAN

## Neal Road Recycling and Waste Facility

1023 Neal Road
Paradise, California 95969

### WDID  5R04I0000249

September 30, 2019

**Prepared by:**



# FUJII CIVIL ENGINEERING

An Old-School Commitment to Client Service

fujiiciveng@icloud.com

121

BUTTE02947

## Table of Contents

**1   CERTIFICATION** ........................................................................................................... **1**

**2   INTRODUCTION** .......................................................................................................... **2**

**3   FACILITY NAME AND CONTACT INFORMATION** ........................................... **3**

**4   PLANNING AND ORGANIZATION** ....................................................................... **3**

**4.1   POLLUTION PREVENTION TEAM** .......................................................................... 3
**4.2   OTHER REQUIREMENTS AND EXISTING FACILITY PLANS** ..................................... 4

**5   SITE MAP** ...................................................................................................................... **4**

**5.1   SECTION 3.A – GENERAL INFORMATION** ............................................................... 4
**5.2   SECTION 3.B – ON-SITE STORM WATER SYSTEMS AND SAMPLE LOCATIONS** ......... 5
**5.3   SECTION 3.C – STRUCTURAL CONTROLS** .............................................................. 6
**5.4   SECTION 3.D – IMPERVIOUS AREAS** ..................................................................... 7
**5.5   SECTION 3.E – LOCATIONS WHERE MATERIALS ARE DIRECTLY EXPOSED TO PRECIPITATION, AND OF
SIGNIFICANT SPILLS, OR LEAKS** ................................................................................. 7
**5.6   SECTION 3.F - AREAS OF INDUSTRIAL ACTIVITY** ................................................ 8

**6   LIST OF INDUSTRIAL MATERIALS** .................................................................... **8**

**7   POTENTIAL POLLUTANT SOURCES** ................................................................... **9**

**7.1   DESCRIPTION OF POTENTIAL POLLUTANT SOURCES** ............................................ 9
7.1.1   INDUSTRIAL PROCESSES ..................................................................................... 9
7.1.2   MATERIAL HANDLING AND STORAGE AREAS ...................................................... 9
7.1.3   DUST AND PARTICULATE GENERATING ACTIVITIES ............................................ 10
7.1.4   SIGNIFICANT SPILLS AND LEAKS ........................................................................ 10
7.1.5   NON-STORM WATER DISCHARGES (NSWDS) .................................................... 11
7.1.6   ERODIBLE SURFACES ......................................................................................... 12
**7.2   ASSESSMENT OF POTENTIAL POLLUTANT SOURCES** ............................................ 12
7.2.1   AREAS WITH LIKELY SOURCES OF POLLUTANTS IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED
NSWDS ..................................................................................................................... 12
7.2.2   POLLUTANTS LIKELY TO BE PRESENT IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS   13
7.2.3   APPROXIMATE QUANTITY, PHYSICAL CHARACTERISTICS AND LOCATIONS OF INDUSTRIAL MATERIALS ........ 14
7.2.4   DEGREE TO WHICH POLLUTANTS ASSOCIATED WITH INDUSTRIAL MATERIALS MAY BE EXPOSED TO, AND
MOBILIZED BY, CONTACT WITH STORM WATER ............................................................ 14
7.2.5   PATHWAYS BY WHICH POLLUTANTS MAY BE EXPOSED TO STORM WATER OR AUTHORIZED NSWDS ......... 14
7.2.6   SAMPLING, VISUAL OBSERVATION AND INSPECTION RECORDS ............................ 14
7.2.7   EFFECTIVENESS OF EXISTING BMPS .................................................................. 14
7.2.8   EFFECTIVENESS OF MINIMUM BMPS .................................................................. 14
7.2.9   INDUSTRIAL POLLUTANTS RELATED TO RECEIVING WATERS WITH 303(D) LISTED IMPAIRMENTS OR APPROVED
TOTAL MAXIMUM DAILY LOADS (TMDLS) ................................................................. 15
7.2.10   FACILITY AREAS WHERE MINIMUM BMPS WILL NOT ADEQUATELY REDUCE OR PREVENT POLLUTANTS IN
STORM WATER DISCHARGES – PROPOSED ADVANCED BMPS ....................................... 15
7.2.11   AREAS WITH NO EXPOSURE TO INDUSTRIAL ACTIVITIES AND MATERIALS ......... 15

Neal Road Recycling and Waste Facility          i                              September 30, 2019
SWPPP

BUTTE02948

7.2.12   PROPOSED ADDITIONAL MONITORING PARAMETERS ......... 15

**8   BEST MANAGEMENT PRACTICES (BMPS)** ......... **15**

**8.1   MINIMUM BMPs** ......... **15**
8.1.1   GOOD HOUSEKEEPING ......... 16
8.1.2   PREVENTATIVE MAINTENANCE ......... 17
8.1.3   SPILL AND LEAK PREVENTION AND RESPONSE ......... 18
8.1.4   MATERIAL HANDLING AND WASTE MANAGEMENT ......... 19
8.1.5   EROSION AND SEDIMENT CONTROLS ......... 20
8.1.6   EMPLOYEE TRAINING ......... 21
8.1.7   QUALITY ASSURANCE AND RECORD KEEPING ......... 22
**8.2   ADVANCED BMPs** ......... **22**
**8.3   TEMPORARY SUSPENSION OF INDUSTRIAL ACTIVITIES** ......... **22**
**8.4   BMP DESCRIPTIONS** ......... **22**
8.4.1   POLLUTANTS EACH BMP IS DESIGNED TO REDUCE OR PREVENT ......... 22
8.4.2   FREQUENCY, TIMES OF DAY, OR CONDITIONS FOR BMP IMPLEMENTATION ......... 22
8.4.3   LOCATIONS FOR BMP IMPLEMENTATION ......... 23
8.4.4   POSITIONS RESPONSIBLE FOR BMP IMPLEMENTATION ......... 23
8.4.5   PROCEDURES FOR BMP IMPLEMENTATION ......... 23
8.4.6   EQUIPMENT AND TOOLS NECESSARY FOR BMP IMPLEMENTATION ......... 24
8.4.7   BMPS THAT MAY REQUIRE VISUAL OBSERVATIONS MORE FREQUENTLY THAN MONTHLY ......... 24
8.4.8   JUSTIFICATION FOR NOT IMPLEMENTING MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS ......... 24
8.4.9   BMPS IMPLEMENTED IN LIEU OF MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS ......... 24
**8.5   BMP SUMMARY TABLE** ......... **24**
**8.6   DESIGN STORM STANDARDS FOR TREATMENT CONTROL BMPS** ......... **24**

**9   MONITORING IMPLEMENTATION PLAN** ......... **24**

**9.1   GENERAL MONITORING INFORMATION** ......... **24**
9.1.1   TEAM MEMBERS ASSIGNED TO CONDUCT MONITORING ......... 24
9.1.2   DISCHARGE LOCATIONS ......... 25
9.1.3   VISUAL OBSERVATION PROCEDURES ......... 25
9.1.4   VISUAL OBSERVATION RESPONSE PROCEDURES ......... 25
9.1.5   JUSTIFICATION FOR ALTERNATIVE DISCHARGE LOCATIONS ......... 25
9.1.6   JUSTIFICATION FOR REPRESENTATIVE SAMPLING REDUCTION ......... 25
9.1.7   JUSTIFICATION FOR QUALIFIED COMBINED SAMPLES ......... 25
9.1.8   PROCEDURES FOR FIELD INSTRUMENT CALIBRATION ......... 25
9.1.9   SAMPLE CHAIN OF CUSTODY FORM ......... 25
**9.2   VISUAL OBSERVATIONS** ......... **25**
9.2.1   MONTHLY VISUAL OBSERVATIONS ......... 25
9.2.2   SAMPLING EVENT VISUAL OBSERVATIONS ......... 26
9.2.3   VISUAL OBSERVATION RECORDS ......... 26
9.2.4   BMP REVISION ......... 26
**9.3   SAMPLING AND ANALYSIS** ......... **27**
9.3.1   SAMPLING ......... 27

**10   FACILITIES SUBJECT TO FEDERAL STORM WATER EFFLUENT LIMITATION GUIDELINES (EGLS)** ......... **29**

**11   ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION (ANNUAL EVALUATION)** ......... **30**

**Figures and Drawings**

Figure 1 – Location Map

Drawing 1 – Site Map

Drawing 2 – Figure 1 from the September 23, 2019 Operations Plan for Managing Stormwater and Leachate, Neal Road Recycling and Waste Facility, prepared by Golder Associates, Inc.

Drawing 3 - Figure 7 from the December 17, 2015 Joint Technical Document prepared by Golder Associates, Inc.

**Tables**

Table 1 – Key Acronyms

Table 2 – Best Management Practices

**Attachments**

Attachment 1 – September 23, 2019 Operations Plan for Managing Stormwater and Leachate, Neal Road Recycling and Waste Facility, prepared by Golder Associates, Inc. (Golder 2019 Operations Plan

Attachment 2 – SCS September 23, 2019 Technical Memorandum presenting the Module 4 and Module 5 Interim Cover Plan (SCS Technical Memorandum)

Attachment 3 – Leachate Seep Notifications

Attachment 4 – pH Meter Calibration Procedures (Not Used - pH Meter Not Required)

Attachment 5 – Sample Chain of Custody Form

Attachment 6 – Monthly Observation Log

Attachment 7 – Sampling Event Observation Log

Attachment 8 -- Sample Collection and Handling Instructions

Attachment 9 -- Storm Water Pollution Plan Checklist

# STORM WATER POLLUTION PREVENTION PLAN
## And
# STORM WATER MONITORING PLAN

## Neal Road Recycling and Waste Facility

1023 Neal Road
Paradise, California 95969

### WDID  5R04I0000249

September 30, 2019

## 1   CERTIFICATION

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to ensure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, to the best of my knowledge and belief, the information submitted is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

NOTE:  As required by Order 2014-0057-DWQ, National Pollutant Discharge Elimination System (NPDES), General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES No. CAS000001, a Legally Responsible Person for the Discharger shall certify this document electronically via the Storm Water Multiple Application and Report Tracking System (SMARTS), consistent with Section K, Electronic Signature and Certification Requirements of the Order.

Printed Name:  Todd Storti

Signature:  *Certified Electronically via SMARTS*

Title:  Deputy Director Waste Management, Department of Public Works

Date:  *Certified Electronically via SMARTS*

BUTTE02951

## 2   INTRODUCTION

Fujii Civil Engineering (FCE) has prepared this Storm Water Pollution Prevention Plan and Storm Water Monitoring Plan (SWPPP) for the Neal Road Recycling and Waste Facility (Facility) in Butte County, California for the Butte County Department of Public Works.  FCE has prepared this plan to present the information required by Order 2014-0057-DWQ, as amended by Order 2015-0122-DWQ, National Pollutant Discharge Elimination System (NPDES), General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES No. CAS000001 (the Order), also known as the Industrial General Permit, or IGP. Mr. Curt Fujii, P.E., of FCE prepared this SWPPP, and has completed the special QISP training for registered engineers.

In addition, this SWPPP responds to Item 3 in the August 28, 2019 Order to Submit Technical Reports Pursuant to California Waster Code Section 13267 issued by the Regional Water Quality Control Board (RWQCB) to the Facility. Item 3 of this order requires Butte County to submit a revised SWPPP that includes the following elements:

* An evaluation of drainage controls for the Facility.

* The management of storm water run-on and run-off.

* A plan to regrade site surface drainage to avoid polluted storm water flow into the sedimentation basin and Neal Road Preserve.

* Other appropriate content based on the revised Operations Plan required by Item 1 of the Order.

As presented below in Section 3, the name of the Facility is the Neal Road Recycling and Waste Facility.  The Facility is located in Butte County, approximately 7 miles south of Chico, California (Figure 1). The property surrounding the Facility to the west, north and east is zoned "U," Grazing Open Land. A 50-acre parcel to the south is zoned "Industrial". Additionally, there is a Solid Waste Management Facility overlay extending 1,000 feet from the Facility property boundary. The Solid Waste Management Facility overlay allows uses that are accessory and/or related to solid waste and/or septage disposal.

The Facility has been developed in a northeast-to-southwest-trending canyon eroded into a gently sloping plateau. The canyon containing the Facility outlets to Nance Canyon to the southwest. Elevations at the site range from about 410 feet mean sea level (MSL) at the northeastern facility boundary to about 210 feet MSL at the southwestern facility boundary.

As identified in WDR Order No. R5-2011-049, the Facility comprises 229 acres. The Solid Waste Facility Permit lists Permitted Area at 190 acres of which 140 acres is permitted for disposal. The Facility consists of five waste management units (WMUs). WMUs 1, 2 & 3 occupy approximately 66 acres. WMU 4 is approximately 21 acres, and WMU 5 is approximately 53 acres. Other significant features at the Facility include a Class II surface impoundment for landfill leachate and landfill gas condensate, a cover soil stockpile, and a primary sedimentation basin. The primary sedimentation basin was designed to serve as both a storm water sedimentation basin and a Preserve Area (the Neal Road Preserve mentioned above) as part of an environmental mitigation program.

Storm water runoff from the NRRWF and upslope areas drains in a southwesterly direction toward an

Neal Road Recycling and Waste Facility                2                September 30, 2019
SWPPP

BUTTE02952

unnamed intermittent stream that joins the intermittent stream in Nance Canyon approximately 1 mile southwest of the facility property boundary and approximately 0.5 mile southwest of Neal Road. The combined flow from these two streams discharges into Hamlin Slough, which is tributary to Butte Creek, and ultimately the Sacramento River.

**It is important to note that information available from SMARTS indicates that from the 2010/11 reporting year, through the 2017/18 reporting year, off-site discharge of storm water occurred only three times. During the 2018/19 reporting year, off-site discharge of storm water occurred twice.**

The primary SIC code for the Facility is 4953, "Landfills and Land Application Facilities."

The secondary SIC code for the Facility is 5093, "Scrap and Waste Materials (not including source-separated recycling)."

Table 1 presents key acronyms used in this document.


## 3   FACILITY NAME AND CONTACT INFORMATION

| | |
|---|---|
| Facility Name: | Neal Road Recycling and Waste Facility |
| Contact Person: | Eric Miller, Manager, Waste Management Division |
| Phone: | 530-879-2351 |
| Emergency Phone | 530-693-7835 |
| Email: | emiller@buttecounty.net |
| Facility Address | 1023 Neal Road, Paradise, CA 95969 |


## 4   PLANNING AND ORGANIZATION

### 4.1   POLLUTION PREVENTION TEAM

Persons in the following positions constitute the Pollution Prevention Team for the Facility:

| Title | Responsibilities and Duties |
|---|---|
| Deputy Director, Waste Management | Overall management and coordination of Facility personnel and operations in implementing the SWPPP and complying with the requirements of the IGP |
| Manager Waste Management Division | Overall SWPPP implementation and IGP compliance |
| Senior Landfill Supervisor | Implement SWPPP as directed and document that BMPs are in-place and adequate |
| Landfill Supervisor | Implement SWPPP as directed and document that BMPs are in-place and adequate |
| | |
| | |

Either the Deputy Director, Waste Management, or the Manager, Waste Management Division will designate alternate team members to implement the SWPPP when the regularly assigned team members are temporarily unavailable.  The alternates may be other members of the Pollution Prevention Team.

## 4.2   OTHER REQUIREMENTS AND EXISTING FACILITY PLANS

This SWPPP has been prepared to be consistent with Local, State and Federal requirements that are applicable to the Order.  This SWPPP is also consistent with the following facility-specific documents:

- Waste Discharge Requirements, Order No. No. R5-2011-049.
- Solid Waste Facility Permit
- Joint Technical Document Format, Revised November, 2017.

The permitted Facility operating hours are as shown below:

- Receipt of Refuse          7:00 a.m. to 4:00 p.m.
- Facility Operating Hours          6:00 a.m. to 5:30 p.m.

The Facility is open seven days per week, excluding the following holidays:

| | |
|---|---|
| New Year's Day | Easter Sunday |
| Independence Day | Thanksgiving Day |
| Christmas Day | |

## 5   SITE MAP

The Site Map for the Facility consists of three drawings. Drawing 1 shows the overall Facility. Drawing 2 is Figure 1 from the September 23, 2019 Operations Plan for Managing Stormwater and Leachate, Neal Road Recycling and Waste Facility, prepared by Golder Associates, Inc. (Attachment 1) and shows detailed drainage facilities proposed to respond to the August 28, 2019 Section 13267 Order. Drawing 3 is Figure 7 from the December 17, 2015 Joint Technical Document prepared by Golder Associates, Inc., and shows the various modules and lined areas at the Facility. The following sections 5.1 through 5.6 discuss the information required by Section X.E.3 of the Order.

## 5.1   SECTION 3.A – GENERAL INFORMATION

Figure 1 presents the general location of the Facility.

Drawings 1 and 2 show the Facility boundary, storm water drainage areas and direction of flow (indicated by the elevation contours on Drawings 1 and 2) , storm water systems, paved and unpaved areas, and on-site water bodies. (NOTE: There are no naturally occurring on-site water bodies.) The permitted Facility occupies 190 acres, and the industrial use area occupies approximately 140 acres. Due

to the nature of the on-site soils, virtually all areas of the facility are potentially subject to erosion, except for the following areas:

- Paved roads.

- Lined ditches.

- Buildings.

- Areas with geosynthetic interim cover.

## 5.2   SECTION 3.B – ON-SITE STORM WATER SYSTEMS AND SAMPLE LOCATIONS

As noted in Section 5.1, Drawings 1 and 2 present the on-site storm water conveyance systems.  These systems consist of the following features:

- Ditches, swales, culverts, and downdrains with associated inlets.
- Berms to direct storm runoff.
- Temporary storm water basins.
- The (permanent) primary sedimentation basin.
- The discharge/sampling location.

In general, all storm water runoff at the Facility flows to the southwest. Before flowing off-site, storm water flows into the primary sedimentation basin. Any off-site flow that occurs flows through the spillway for the primary sedimentation basin. This spillway is the only storm water sampling location at the Facility and is designated as SW-1. The previous SWPPP for the Facility described 6 drainage areas at the Facility. However, since all industrial storm water flows offsite at one location, SW-1, this SWPPP considers the Facility to consist of one drainage area with one discharge/sampling location. As shown on Drawing 1, SW-1 is the spillway for the primary sedimentation basin. In addition, there are no municipal storm drain systems in the vicinity of the Facility.

In addition to the primary sedimentation basin, there are four additional temporary basins at the Facility. Attachment 1 (Golder September, 2019 Operations Plan), notes the following items related to Basin 2:

- NRRWF staff enlarged the basin during 2019.

- The basin has had a relatively high percolation rate.

- NRRWF staff have never had to pump water from Basin 2 to another storm water basin.

The Golder 2019 Operations Plan presents provisions to direct much of the industrial storm water run-off at the Facility to this recently enlarged Basin 2. As noted in Section 2, off-site discharge of storm water is extremely rare at the Facility. Directing much of the storm water runoff at the Facility to Basin 2 may reduce the number of off-site storm water discharges at the Facility.

In addition, Facility personnel have enlarged Basins 3 and 4 and have lined Basin 4 (the basin into which the leachate seeps at Module 4, discussed below, flowed) with a flexible membrane liner.

As noted in Section 1, the August 28, 2019 Section 13267 Order requires this SWPPP to address the following topics specifically:

- An evaluation of drainage controls for the Facility – The Golder 2019 Operations Plan presents the most recent and complete discussion of the drainage controls for the facility. This Operations Plan presents numerous improvements to the drainage controls at the Facility. In addition it presents provisions to direct much of the industrial storm water run-off at the Facility to the recently enlarged Basin 2. As noted, this basin has always had a relatively high percolation rate, and NRRWF staff have never had to pump water from this basin to another basin. This Operations Plan notes also that, although the runoff from a 100-year, 24-hour storm will slightly exceed the capacity of the Facility basins, this is consistent with the design of the Facility. The improvements presented in the Golder 2019 Operations Plan, combined with the site history of minimal off-site discharge of storm water for approximately 10 years, supports the conclusion that with the improvements noted in the Golder 2019 Operations Plan, the drainage controls at the Facility should be adequate.

- The management of storm water run-on and run-off – Storm water run-on flows onto the Facility at two locations as shown on Drawing 1, and the Facility monitors run-on at these locations as part of its surface water monitoring under WDR Order No. R5-2011-049. NRRWF staff have constructed ditches and swales to convey storm water run-on around areas of industrial activity. Section 8.1.4.4 presents additional information regarding storm water run-on at the Facility.

  The discussions throughout this SWPPP describe provisions to manage storm water run-off and to mitigate potential impacts to storm water run-off from industrial activities at the Facility.

- A plan to regrade site surface drainage to avoid polluted storm water flow into the sedimentation basin and Neal Road Preserve – As noted above, the Golder 2019 Operations Plan presents provisions to direct much of the industrial storm water run-off at the Facility to Basin 2. This constitutes a significant portion of the *regrading* to avoid polluted storm water flow into the sedimentation basin and the Neal Road Preserve. Also, the only known instance of polluted storm water flow into these features resulted from leachate seeps at Modules 4 and 5, comingling with storm water runoff and being pumped to the Facility storm water conveyance system. To prevent this from recurring, NRRWF staff are constructing drainage trenches and sumps (not "regarding", but very applicable to this discussion) to capture any leachate seeps from Module 4 so that they can contain any leachate and transport it to the Facility leachate pond (a Class II surface impoundment) or transport it off-site for disposal at a wastewater treatment plant. These improvements to capture leachate before it can comingle with storm water runoff will also reduce the potential for polluted storm water flow into the sedimentation basin and the Neal Road Preserve.

- Other appropriate content based on the revised Operations Plan required by Item 1 of the Order – Attachment 1 presents the revised Operations Plan, and this SWPPP is consistent with it.

## 5.3   SECTION 3.C – STRUCTURAL CONTROLS

The Golder 2019 Operations Plan and the SCS September 23, 2019 Technical Memorandum presenting the Module 4 and Module 5 Interim Cover Plan (Attachment 2) present the structural controls for the Facility. These structural controls consist of the following features and improvements:

- Temporary (storm water) basins discussed above.

Neal Road Recycling and Waste Facility      6      September 30, 2019
SWPPP

BUTTE02956

- The primary sedimentation basin discussed above.
- Berms to control storm water.
- Downdrains to convey storm water runoff efficiently down landfill slopes and to prevent erosion.
- Lined and unlined ditches.
- Sediment and erosion control measures such as straw wattles, silt fencing, hydroseeding and earthguard.
- Installing rainfly panels over landfill areas that will be inactive during the winter.
- Posi-Shell EC4, or approved equal for slope stabilization.

The Golder 2019 Operations Plan and the SCS Technical Memorandum discuss specific locations for these structural controls for the 2019-2020 winter. However, NRRWF staff will employ these controls, as appropriate, at various locations in future years, as well.

## 5.4   SECTION 3.D – IMPERVIOUS AREAS

Impervious areas at the Facility consist of the following areas:

- Paved roads (See Drawing 1).
- Lined ditches (See Drawing 2).
- Buildings (See Drawing 1).
- Areas with geosynthetic interim cover (Not shown on drawings because locations can vary from year to year).

## 5.5   SECTION 3.E – LOCATIONS WHERE MATERIALS ARE DIRECTLY EXPOSED TO PRECIPITATION, AND OF SIGNIFICANT SPILLS, OR LEAKS

Materials are exposed to precipitation in the following areas:

- The soil stockpile (shown on Drawing 2) – Soil eroded from this stockpile has been an item of concern. The Golder 2019 Operations Plan presents improvements to mitigate potential storm water impacts from this stockpile.
- The active working face of the landfill (not shown on the drawings due to the changing location) – In general, the fresh refuse at the working face absorbs almost all precipitation that falls on the working face. In addition, consistent with standard practice at California landfills, Facility personnel take other precautions to capture storm water that might contact refuse and is not absorbed. Facility personnel manage this contact water as leachate and dispose of it properly either in the on-site Class II surface impoundment or off-site at a wastewater treatment plant.
- The stockpile and processing location for inerts (not shown on the drawings due to the changing location).
- Various stockpile locations for greenwaste (not shown on the drawings due to the changing location).
- Storage locations for waste tires, white goods and other recyclables. (Drawing 1)

Neal Road Recycling and Waste Facility          7                    September 30, 2019
SWPPP

BUTTE02957

The leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years.

## 5.6   SECTION 3.F - AREAS OF INDUSTRIAL ACTIVITY

The major area of industrial activity at the Facility is the active working face of the landfill. The location of this area changes over time as part of normal landfill operations.

Other areas of industrial activity are identified below:

- Class II surface impoundment for leachate. (Drawing 2)
- Maintenance shop, equipment storage and parking area. (Drawing 1)
- Access road. (Drawing 1)
- Soil stockpile. (Drawing 2)
- Stockpile and processing location for inerts (not shown on the drawings due to the changing location.)
- Storage locations for waste tires, white goods and other recyclables. (Drawing 1)

## 6   LIST OF INDUSTRIAL MATERIALS

The primary materials handled and stored at the facility are solid waste (including inert construction and demolition [C&D] materials,) greenwaste, recyclable materials, waste tires, stockpiled cover soil, leachate, diesel, used oil, motor oil and lubricants (e.g., grease,) hydraulic oil, and cleaners. In addition, occasionally, small amounts of hazardous materials are found within the incoming solid waste and recyclables. These load-checking wastes are stored in Secure containers with secondary containment at the locations shown on Drawing 1. Facility personnel store random load check wastes and hazardous/special wastes from special occurrences found at the end of the day in the container next to the Maintenance Building. Facility personnel store load check wastes from commercial haulers in the container near the easterly Facility boundary near Neal Road.

The table below indicates the types of materials, location and estimated quantities of significant materials at the Neal Road Recycling and Waste Facility.

BUTTE02958

| Material | Location | Typical Quantity on Site | Frequency, Estimated |
|---|---|---|---|
| Solid Waste | Working Face | Varies | Approx. 500 tons per day average (540 tons per day maximum) |
| Inert C&D, Greenwaste, Recyclable Materials, Waste Tires | Varies and See Drawing 1 | N.A. | Varies |
| Stockpiled Cover Soil | See Drawing 2 | Varies | Varies |
| Leachate | Class II Surface Impoundment – See Drawing 2 | Varies | Produced continuously in landfill |
| Diesel | See Drawing 1 | 8,000 gal tank | Varies |
| Used Oil | Used Oil Tanks – See Drawing 1 | 1,480 total tank capacity | Varies |
| Motor Oil, Lubricants, Hydraulic Oil, and Cleaners | Maintenance Bldg. – See Drawing 1 | Varies | Varies |
| Load Checking Wastes | Load Check Waste Containers | Varies | Varies |

# 7   POTENTIAL POLLUTANT SOURCES

## 7.1   DESCRIPTION OF POTENTIAL POLLUTANT SOURCES

### 7.1.1   INDUSTRIAL PROCESSES

Industrial activities occurring at the facility include vehicle parking, unloading, maintenance, repair, washing, fueling, and parking. Solid waste and recyclables are unloaded in the designated areas.

### 7.1.2   MATERIAL HANDLING AND STORAGE AREAS

Unloading — Trucks and public vehicles enter the Facility, weigh in on the scale, and unload at the working face of the landfill, or other designated areas. Trucks carrying imported cover soils unload at the soil stockpile. These vehicles then exit the Facility.

Material Handling — At the landfill working face, Facility personnel use bulldozers and landfill compactors to spread and compact solid wastes. Facility personnel use loaders, excavators, and other

BUTTE02959

appropriate equipment to handle inerts, greenwaste, other recyclables, and waste tires. Facility personnel use standard earth moving equipment and to place cover soils over the in-place wastes.

Diesel Fuel Tank — An aboveground factory-built diesel tank with secondary containment is located as shown on Drawing 1.

Used Oil Collection — Two used oil tanks are located as shown on Drawing 1.

Load Checking — Small amounts of household hazardous wastes may be discovered in incoming solid waste and recyclables and are moved to a storage facility designed and constructed specifically for this purpose. A properly licensed hauler removes these load-checking wastes as required by applicable regulations.

Leachate Collection and Removal – The leachate collection and removal systems in the landfill units collect leachate, which is pumped to the Class II surface impoundment. Facility personnel use water trucks to haul leachate for dust control on lined landfill units. Tanker trucks haul leachate off-site for disposal in a wastewater treatment plant.

Motor Oil, Lubricants, Hydraulic Oil, and Cleaners – Facility personnel store these materials in the maintenance building. They use these materials in the maintenance building, or at various locations while servicing equipment.

The type, location, characteristics, and quantity of the significant materials in this area are described above. The best management practices to prevent spills and leaks are addressed in Section 8.

### 7.1.3   DUST AND PARTICULATE GENERATING ACTIVITIES

Small quantities of dust are generated during the unloading and sorting of materials, spreading and compacting wastes, placing daily cover, and handling/managing inerts, greenwaste, and other recyclables. In addition, on-site traffic and construction activities can also generate dust. Water used for dust control and cleaning is limited and will typically evaporate before flowing off-site. The amount of dust and particulates generated at the facility is not known. Generally, the material settles throughout the Facility.

### 7.1.4   SIGNIFICANT SPILLS AND LEAKS

7.1.4.1   AREAS WHERE SPILLS AND LEAKS CAN LIKELY OCCUR

As noted above in Section 5.5, the leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years. In addition, spills or leaks are not likely, but could occur in the areas described in the table above.

7.1.4.2   INDUSTRIAL MATERIALS THAT HAVE SPILLED OR LEAKED IN SIGNIFICANT QUANTITIES AND HAVE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

BUTTE02960

As noted above in Section 5.5, the leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years.

7.1.4.3  TOXIC CHEMICALS THAT HAVE BEEN DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM AS REPORTED ON U.S. EPA FORM R AND OIL AND HAZARDOUS SUBSTANCES EXCEEDING REPORTABLE QUANTITIES THAT HAVE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

As noted above in Section 5.5, the leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years. Laboratory results of samples of the leachate indicate that the leachate was not a hazardous waste.

7.1.4.4  INDUSTRIAL MATERIALS THAT HAVE SPILLED OR LEAKED IN SINGIFICANT QUANTITIES AND HAD THE POTENTIAL TO BE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

As noted above in Section 5.5, the leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years. Laboratory results of samples of storm water discharged from the Facility indicate that the leachate was not a hazardous waste.

7.1.4.5  FOR EACH DISCHARGE, OR POTENTIAL DISCHARGE LISTED ABOVE, LOCATION, CHARACTERISTICS, AND APPROXIMATE QUANTITY OF MATERIALS SPILLED OR LEAKED; APPROXIMATE QUANTITY OF MATERIALS DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM; CLEANUP OR REMEDIAL ACTIONS; APPROXIMATE REMAINING QUANTITY OF MATERIALS THAT HAVE THE POTENTIAL TO BE DISCHARGED AND MEASURES TO PREVENT SPILLS OR LEAKS

As noted above in Section 5.5, the leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks at the Facility within the previous five years. Laboratory results of samples of storm water discharged from the Facility indicate that the leachate was not a hazardous waste. Attachment 3 presents notifications to the RWQCB of these seeps. These notifications provide available additional information regarding these seeps.

7.1.5   NON-STORM WATER DISCHARGES (NSWDS)

7.1.5.1  IDENTIFICATION OF NSWDS, SOURCES, AND DRAINAGE AREAS

There are no authorized NSWDS at the Facility.

As mentioned in Section 7.1.3 above, the only potential unauthorized NSWDs at the facility would result from water used either for dust control, or Facility/equipment washing.  As noted above, Facility personnel exercise care to minimize the quantity of water used.  In addition such activities, especially dust control occur primarily during dry weather, and NSWDs are not likely.

As noted above, in Section 7.1.3, dust control occurs at various locations on the landfill, depending on current operations.  Facility/equipment washing occurs within or near the maintenance building.

7.1.5.2   EVALUATION OF DRAINS AND IDENTIFICATION OF CONNECTIONS TO FACILITY STORM WATER SYSTEM

As discussed above in Section 5.2 and shown on Drawings 1 and 2, storm water conveyance systems at the Facility consist mainly of ditches, swales, culverts, downdrains, berms, temporary basins, and the primary sedimentation basin.  As noted in Section 5.2, there are no municipal storm drain systems in the vicinity of the Facility.

7.1.5.3   ELIMINATION OF UNAUTHORIZED NSWDS

As described in Section 7.1.5.1 above, Facility personnel exercise care to minimize the amount of water used on-site to prevent unauthorized NSWDs.

7.1.5.4   DESCRIPTION OF NSWDS

See Section 7.1.5.1.

7.1.6   ERODIBLE SURFACES

See Section 5.2.

**7.2   ASSESSMENT OF POTENTIAL POLLUTANT SOURCES**

7.2.1   AREAS WITH LIKELY SOURCES OF POLLUTANTS IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS

The potential sources of storm water pollution are:

a. Traffic areas and material storage areas

Storm water in contact with piles of metal, green waste, or other recyclables could result in elevated levels of metals or organics.

Litter, consisting of paper and plastic, if present in this area, can be washed from the site during rain events and contaminate storm water runoff. Litter can also be carried on the wheels of trucks exiting the facility or blown off site.

Fuel or petroleum fluids could be released accidentally from incoming vehicles or the on-site loader or other equipment.

b. Used oil area

Customers utilizing the used oil area could spill used oil. The used oil tank is unlikely to be vulnerable to vehicle impacts. An oil spill could occur during transfer of oil from the tank to the oil tanker removing the oil.

c. Fueling area

The fuel from the diesel tank could spill during fueling.  Damage sufficiently severe to rupture both the primary and secondary containment of the tank is unlikely given the construction of the tank.  Due to the topography around the fuel tank, Facility personnel

would likely be able to contain and cleanup any fuel that spills during fueling, or in the unlikely event sufficiently severe damage to the tank, before off-site transport occurs.

d. Landfill working face

As noted in Section 5.5 above, the landfill working face is a potential source of storm water pollutants due to precipitation contacting exposed solid wastes. As described in Section 5.5, discharge of contaminated storm water from the working face is not likely. However, if such a discharge occurred, it could contain a wide variety of organic and inorganic pollutants due to the varied composition of solid wastes.

Total Suspended Solids (TSS) are another potential storm water pollutant at the working face due to the earth moving involved in placing daily cover over landfilled wastes. In addition, litter could blow from the working face.

e. Load check waste storage areas

Storage containers for load check wastes could develop leaks.

f. Roof runoff

Any debris [soil (TSS) or litter] on the roofs would flow into the Facility drainage system.

g. Class II Surface Impoundment

Drawing 2 shows the location of Class II surface impoundment for leachate at the Facility. Leachate that leaks from the trucks hauling leachate from the impoundment could contain a wide variety of inorganic and organic pollutants.

h. Bare Soil Areas

Storm water flows from the soil stockpile and other areas of bare soil could contribute TSS and associated total metals to storm water flows at sample locations.

7.2.2   POLLUTANTS LIKELY TO BE PRESENT IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS

As described in Section 7.2.1 above, the following pollutants could be present in storm water discharges from the Facility:

- Metals.
- Organics.
- Litter.
- Petroleum products such as diesel, gasoline, oil, and lubricants.
- Leachate.
- Hazardous wastes.
- Dust.

Neal Road Recycling and Waste Facility   13   September 30, 2019
SWPPP

BUTTE02963

### 7.2.3   APPROXIMATE QUANTITY, PHYSICAL CHARACTERISTICS AND LOCATIONS OF INDUSTRIAL MATERIALS

See table in Section 6, above.  Except for load-checking wastes, which could have a variety of physical characteristics, the physical characteristics (e.g., liquid, solid, powder) of the industrial materials on-site are self-evident.

### 7.2.4   DEGREE TO WHICH POLLUTANTS ASSOCIATED WITH INDUSTRIAL MATERIALS MAY BE EXPOSED TO, AND MOBILIZED BY, CONTACT WITH STORM WATER

Except for wastes, inerts, waste tires, and recyclable materials, most industrial materials are stored in buildings, appropriately designed and constructed containers, or within secondary containment.  The structural controls described in Section 5.3 will limit transport of pollutants from wastes, inerts, waste tires and recyclable materials. In addition, spills or leaks are most likely to occur on surfaces where they can be detected and cleaned up easily.  Therefore, the degree to which pollutants may be exposed to, and mobilized by contact with storm water is minimal.

### 7.2.5   PATHWAYS BY WHICH POLLUTANTS MAY BE EXPOSED TO STORM WATER OR AUTHORIZED NSWDS

The pathways by which pollutants may be exposed to storm water or NSWDs are described below:

- Leaks/overflows from tanks, vehicles, containment structures, or buildings.
- Direct contact with precipitation, or storm runoff outside a building, or containment structure.

### 7.2.6   SAMPLING, VISUAL OBSERVATION AND INSPECTION RECORDS

Review of storm water monitoring records for the Facility indicates that iron and magnesium are the only parameters that tend to exceed the Numeric Action levels (NALs) in the Order. Both of these metals have been detected at relatively high concentrations in samples of run-on that flows onto the facility from off-site. Therefore, there may be an off-site source of these metals that is responsible for the NAL exceedances.

In addition, the difference between dissolved iron and total iron in the sample from the February 26, 2019 QSE indicates that TSS may be a significant source of the iron in the sample. Although the Facility did not analyze the sample for dissolved magnesium, it is possible that TSS is also a significant source of the magnesium in the sample. Therefore, additional efforts using BMPs to control TSS appear to be warranted. The improvements proposed by Golder and SCS in Attachments 1 and 2 include increased use of such BMPs.

### 7.2.7   EFFECTIVENESS OF EXISTING BMPS

The information presented in Section 7.2.6 indicates that existing BMPs are generally effective, with the condition that additional efforts to control TSS are necessary.

### 7.2.8   EFFECTIVENESS OF MINIMUM BMPS

Neal Road Recycling and Waste Facility            14                    September 30, 2019
SWPPP

BUTTE02964

The information presented in Section 7.2.6 indicates that Minimum BMPS, particularly erosion and sediment controls, are likely to be effective, with the added note that additional efforts to control TSS are necessary.

### 7.2.9   INDUSTRIAL POLLUTANTS RELATED TO RECEIVING WATERS WITH 303(D) LISTED IMPAIRMENTS OR APPROVED TOTAL MAXIMUM DAILY LOADS (TMDLS)

The Order requires this SWPPP to identify industrial pollutants related to receiving waters with 303(d) listed impairments identified in Appendix 3, or approved TMDLs that may be causing or contributing to an exceedance of a water quality standard in the receiving waters.

Information generated automatically in SMARTS indicates that the facility is within a watershed with 303(d) listed impairments for the following compounds:

- Diuron
- Mercury
- pH

Previous annual reports have indicated that, of these parameters, only pH is present at the Facility. Therefore, storm water sampling and analysis will not include diuron or mercury.

### 7.2.10   FACILITY AREAS WHERE MINIMUM BMPS WILL NOT ADEQUATELY REDUCE OR PREVENT POLLUTANTS IN STORM WATER DISCHARGES – PROPOSED ADVANCED BMPS

The information presented in Section 7.2.6 indicates that Minimum BMPS are likely to be effective.

### 7.2.11   AREAS WITH NO EXPOSURE TO INDUSTRIAL ACTIVITIES AND MATERIALS

The only areas at the Facility that might not be exposed to industrial activities and materials are narrow strips of land along the Facility perimeter. However, even these areas are potentially exposed to wind-borne dust, or spills from vehicles. Therefore, there are no areas at the Facility with no exposure to industrial activities and materials.

### 7.2.12   PROPOSED ADDITIONAL MONITORING PARAMETERS

Based on the information presented above in this section, no monitoring parameters, other than those required by Section XI.B.6 of the Order, are proposed.

## 8   BEST MANAGEMENT PRACTICES (BMPS)

The Order requires dischargers to implement, to the extent feasible, all minimum BMPs described in Section H.1 of the Order.  In addition, the Order requires dischargers to implement, to the extent feasible, the advanced BMPs proposed in Section 7.2.10 of this SWPPP.

### 8.1   MINIMUM BMPS

Neal Road Recycling and Waste Facility           15                    September 30, 2019
SWPPP

BUTTE02965

This SWPPP discusses the minimum BMPs required by the Order and their implementation at the Facility below:  (what facility below?)

## 8.1.1   GOOD HOUSEKEEPING
The following sections discuss the major components of Good Housekeeping at the Facility.

### 8.1.1.1   FACILITY OBSERVATIONS

Facility personnel will observe all outdoor areas associated with industrial activity.  Personnel will give particular attention to the following areas:

- Storm water discharge and sampling locations.
- The landfill working face.
- Areas surrounding the Class II surface impoundment.
- Drainage facilities.
- The condition of the structural controls listed in Section 5.3.
- Areas where wind-blown litter may collect.
- Areas where industrial materials, such as inerts, greenwaste, recyclables, and waste tires are stored
- The used oil areas.
- The fueling area.
- Areas with bare soil.

Facility personnel will clean and dispose of any litter or spilled, tracked, or leaked material properly. (See Section 8.1.3 below for spill response procedures.)

### 8.1.1.2   TRACKING

On-site haul roads to the landfill working face are either paved, or covered with an all weather surface (gravel, base rock, etc.).  Therefore, off-site tracking of material will be reduced to the extent possible, and limited mainly to occasional tracking of litter from the solid waste handling activities.

### 8.1.1.3   DUST

As noted in Section 7.1.3, Facility personnel control dust generation by using water for dust control in a manner that minimizes the chances of dust-control water flowing off-site.

### 8.1.1.4   RINSE/WASH WATER CLEANING

Facility personnel will continue current practices to maintain areas impacted by rinse/wash water to prevent storm water contamination.  Facility personnel prevent rinse/wash water from flowing off-site. As indicated in Section 7.2.6 above, monitoring results indicate that these practices have been effective. (Only iron and magnesium exceed NALs.)

BUTTE02966

## 8.1.1.5   STORED INDUSTRIAL MATERIALS

Facility personnel will cover containers (e.g., roll-off boxes) with stored industrial materials before forecasted precipitation events.

## 8.1.1.6   STORED NON-SOLID INDUSTRIAL MATERIALS OR WASTES

Facility personnel will store non-solid industrial materials in containers.

## 8.1.1.7   PREVENTION OF DISPOSAL OF RINSE/WASH WATERS INTO THE FACILITY STORM WATER SYSTEM

As noted above in Section 8.1.1.4, facility personnel maintain areas impacted by rinse/wash water to prevent storm water contamination and prevent rinse/wash water from flowing off-site.  If necessary, a wattle could be placed around the wash area to provide additional protection for the facility storm water system.  As described in Section 7.2.6 above, monitoring results indicate that current practices to prevent disposal of rinse/wash water into the Facility Storm Water conveyance system are effective.

## 8.1.1.8   STORM WATER DISCHARGES FROM NON-INDUSTRIAL AREAS THAT CONTACT INDUSTRIAL AREAS

As noted in Section 7.2.11, there are virtually no areas at the Facility that are not impacted by industrial activities, or materials.

## 8.1.1.9   NSWDS FROM NON-INDUSTRIAL AREAS THAT CONTACT INDUSTRIAL AREAS

There are no NSWDs from non-industrial areas that contact industrial areas at this Facility.

## 8.1.2   PREVENTATIVE MAINTENANCE

The following sections discuss the major components of Preventative Maintenance at the Facility.

## 8.1.2.1   EQUIPMENT OR SYSTEMS USED OUTDOORS THAT MAY SPILL OR LEAK POLLUTANTS

The following equipment or systems used outdoors may spill or leak pollutants:

- Diesel pumping system.
- Heavy equipment.
- Diesel storage tank.
- Used oil storage tanks.
- Material storage containers.
- Class II surface impoundment.
- Temporary containment berms for contact water (weak leachate) at the landfill working face (if used).

## 8.1.2.2   EQUIPMENT AND SYSTEM OBSERVATIONS

Facility personnel observe the following equipment and systems daily to detect leaks or conditions that might result in leaks:

- Diesel pumping station.
- Heavy equipment (pre-trip observations).
- Temporary containment berms for contact water (weak leachate) at the landfill working face (if used).

Facility personnel will observe the following equipment and systems monthly to detect leaks or spills, or conditions that might result in leaks or spills:

- Diesel storage tank.
- Used oil storage tanks.
- Material storage containers.
- Class II surface impoundment.
- Septage transfer station.

### 8.1.2.3   EQUIPMENT AND SYSTEM MAINTENANCE SCHEDULE

Facility personnel follow manufacturer's recommended schedule for equipment and system maintenance.

### 8.1.2.4   EQUIPMENT AND SYSTEM MAINTENANCE PROCEDURES

Facility personnel advise the supervisory personnel promptly of conditions requiring repairs or unscheduled maintenance. The supervisory personnel arrange for such repairs and maintenance in a sufficiently timely manner to prevent spills or leaks.

### 8.1.3   SPILL AND LEAK PREVENTION AND RESPONSE

The observations and maintenance described above should prevent most spills, or leaks. Should "routine" spills, or leaks (e.g., minor, small quantity, spills of materials used frequently at the Facility, minor equipment leaks, etc.) occur, Facility personnel will contain and clean up the spilled, or leaked material using such typical spill response materials and tools as absorbent, flexible containment berms, brooms, shovels, and buckets. Facility personnel will notify the management personnel promptly of all spills or leaks. Depending on the nature and extent of the spill or leak, management personnel will notify other appropriate parties, such as the following agencies:

- Local Enforcement Agency.
- Regional Water Quality Control Board.
- Local Air Quality District.
- Fire Department.
- California Highway Patrol.
- Department of Toxic Substances Control.

If major, non-routine, potentially hazardous spills or leaks (e.g., large quantities of extremely volatile, or flammable materials, unknown materials, etc.) occur, Facility personnel will clear customers and other persons from the area of the spill and down-wind of the spill immediately and notify management personnel immediately. Facility personnel may attempt to contain the material from a safe distance, if possible. However, Facility personnel will not attempt to clean up the material or approach the material without the approval of management personnel. The safety of Facility personnel and other persons at the Facility will be the prime concern under such circumstances. If necessary, management personnel will contact appropriate professional "cleanup" contractors to handle the material.

If a spill, or leachate seep, flows into the Facility storm water system, Facility personnel will implement procedures immediately (consistent with Facility safety procedures) to contain the contaminated storm water. Such measures could include the following actions:

- Shutting off any storm water pumps that might pump contaminated storm water to other portions of the on-site storm water system. In particular, Facility personnel will shut off any pumps that might pump contaminated storm water to locations where it could flow into the Primary Sedimentation Basin (and then off-site).

- Re-routing storm water discharge hoses, or storm water pipes to contain contaminated storm water on-site.

- Using earth-moving equipment to construct temporary berms, diversion ditches, or retention features (**small**, **shallow**, **temporary** impoundments, or ponds) to help contain contaminated storm water on-site. For example, Facility personnel could construct a small, shallow, temporary basin, from which contaminated storm water could be pumped into a tanker truck for off-site disposal at a wastewater treatment plant.

- In stalling temporary tanks to contain contaminated storm water for off-site disposal at a wastewater treatment plant.

- Shutting off storm water pumps will also include lockout tagout procedures to prevent accidental re-starting of the pumps.

The overall objective of Facility personnel in these circumstances will be to contain any contaminated storm water on-site and to maintain that containment until Facility Management determines the appropriate course of action.

## 8.1.4    MATERIAL HANDLING AND WASTE MANAGEMENT

The following sections discuss the material handling and waste management at the Facility.

### 8.1.4.1   INDUSTRIAL MATERIAL AND WASTE HANDLING

The liquids identified in Section 6 are the materials most readily mobilized by contact with storm water. Facility personnel will minimize handling of these materials during storm events.

### 8.1.4.2   NON-SOLID INDUSTRIAL MATERIAL AND WASTE STORAGE AND CONTAINMENT

Facility personnel will store non-solid industrial materials and wastes in containers.

BUTTE02969

### 8.1.4.3 COVERING OF INDUSTRIAL MATERIAL AND WASTE STORAGE CONTAINERS WHEN NOT IN USE

Facility personnel will cover containers (for industrial materials or wastes) that have not been washed and are not in use prior to forecasted precipitation events.

### 8.1.4.4 RUN-ON AND STORM WATER DIVERSION

As noted above, the Facility does receive storm water run-on from adjacent property. Facility personnel have constructed ditches to convey run-on around industrial areas. (The ditches may still be subject to dust, or spills from vehicles as noted above in Section 7.2.11.) In addition, the Facility samples and analyzes run-on under its WDR monitoring and reporting program. Since run-on is a potential source of iron and magnesium as noted in Section 7.2.6 above, Facility management personnel may evaluate further actions related to run-on control.

At the working face, Facility personnel will construct temporary berms to divert storm water run-on from adjacent covered areas away from exposed wastes at the working face. As described in Section 5.5, Facility personnel will also construct temporary berms around the active working face if necessary to capture storm water that might become leachate by contacting exposed wastes.

### 8.1.4.5 SPILL CLEAN-UP

See Section 8.1.3 above.

### 8.1.4.6 OUTDOOR EQUIPMENT AND CONTAINER OBSERVATIONS AND CLEANING

Facility personnel wash equipment as needed. See Sections 8.1.2 and 8.1.4.3 for additional information.

### 8.1.5 EROSION AND SEDIMENT CONTROLS

Prior to the start of wet weather each year (typically identified as prior to October 15), Facility personnel install the following erosion and sediment controls, as necessary, at the Facility:

- Berms to control storm water.
- Downdrains to convey storm water runoff efficiently down landfill slopes and to prevent erosion.
- Lined and unlined ditches.
- Sediment and erosion control measures such as straw wattles, silt fencing, hydroseeding and earthguard.
- Installing rainfly panels over landfill areas that will be inactive during the winter.
- Posi-Shell EC4, or approved equal for slope stabilization.

### 8.1.5.1 SEDIMENT BASINS

BUTTE02970

The primary sediment basin shown on Drawing 2 is an existing feature and was not designed to comply with current requirements in the Order. Although storm water monitoring results for TSS indicate that existing sediment control features and practices at the Facility are generally effective, increased use of sediment and erosion control BMPs appears to be necessary to address NAL exceedances for iron, and, possibly, magnesium. The temporary basins shown on Drawing 2 provide additional sediment control for runoff from the Facility.

8.1.6   EMPLOYEE TRAINING

The following sections discuss the employee training related to this SWPPP at the Facility.

8.1.6.1   TEAM MEMBER TRAINING

Butte County will provide appropriate training to all Pollution Prevention Team members. Training shall include, but not be limited to, BMP implementation, BMP effectiveness evaluations, visual observations, and monitoring activities.

8.1.6.2   TRAINING MANUALS OR MATERIALS

Butte County maintains copies of appropriate training manuals and materials at the Facility. These include the following items:

- Equipment maintenance manuals.
- The SPCC.
- This SWPPP.
- Copies of procedures for sampling storm water discharges.
- Chains of custody.
- Forms for recording observations.

8.1.6.3   PERSONNEL REQUIRING TRAINING

The Pollution Prevention Team are the primary persons requiring training in this SWPPP. They will train, or arrange for training for other Facility personnel, such as mechanics, load checkers and equipment operators, in portions of this SWPPP as needed.

The employee training program includes emphasis on litter control and the importance of minimizing contamination of storm water runoff. Topics included in the routine training programs are:

- Review of the objectives of the SWPPP and the requirements of the General Permit.
- Demonstration of the consequences of the discharge of contaminated of storm water from the site.
- General housekeeping procedures for interior and exterior areas.
- Daily litter patrol responsibilities and procedures.
- Wet weather procedures.
- Conducting visual observations.
- Sampling techniques and procedures.
- Spill clean-up responsibilities and procedures.

Neal Road Recycling and Waste Facility   21                    September 30, 2019
SWPPP

BUTTE02971

#### 8.1.6.4  TRAINING SCHEDULE

Existing personnel will receive training annually.  New hires will receive training soon after hire and before performing any SWPPP-related work.

#### 8.1.6.5  TRAINING DOCUMENTATION

Facility personnel will maintain records of training on-site.

### 8.1.7  QUALITY ASSURANCE AND RECORD KEEPING

The following sections discuss the quality assurance and record keeping procedures at the Facility.

#### 8.1.7.1  MANAGEMENT PROCEDURES

Management personnel will determine appropriate personnel to implement the elements of this SWPPP, including the Monitoring Implementation Plan.

#### 8.1.7.2  BMP IMPLEMENTATION TRACKING

Visual observation records and the Annual Evaluation (See Section 11) will be the main tools for tracking and recording BMP implementation.

#### 8.1.7.3  RECORD KEEPING

The Facility will maintain all records associated with SWPPP implementation for at least five years.

### 8.2  ADVANCED BMPS

The information presented in Section 7.2.6 indicates that Minimum BMPS are likely to be effective.

### 8.3  TEMPORARY SUSPENSION OF INDUSTRIAL ACTIVITIES

Not Applicable

### 8.4  BMP DESCRIPTIONS

### 8.4.1  POLLUTANTS EACH BMP IS DESIGNED TO REDUCE OR PREVENT

See Table 2.

### 8.4.2  FREQUENCY, TIMES OF DAY, OR CONDITIONS FOR BMP IMPLEMENTATION

The BMP activities described in this SWPPP are routine components of solid waste facility operations. Facility personnel perform most of them continuously, or on an as-needed basis, as described in other sections of this document.  In particular, the following sections of this document present additional information on this topic:

- Section 8.1.2.2.
- Section 8.1.2.3.
- Section 8.1.6.4.
- Section 9.1.3.
- Section 9.2.

### 8.4.3   LOCATIONS FOR BMP IMPLEMENTATION

See Table 2.

### 8.4.4   POSITIONS RESPONSIBLE FOR BMP IMPLEMENTATION

The Pollution Prevention Team is responsible for implementing all BMPs. However, they will delegate certain tasks (e.g., picking up litter, working on equipment, etc.) to appropriate Facility employees.

### 8.4.5   PROCEDURES FOR BMP IMPLEMENTATION

Housekeeping – Special procedures are not necessary for most of the housekeeping activities (e.g., observing general facility conditions, picking up litter, storing materials in appropriate containers, etc.) described in Section 8.1.1 above. Most of these are routine, "common sense" activities. The following text describes procedures for non-routine activities:

- Checking holding tank condition and liquid level – Facility personnel will open the covers/lids of the holding tanks and observe the liquid level visually. Following pump-out, Facility personnel will observe the interior tank conditions visually.
- Cleaning drain inlets – Occasionally, cleaning drain inlets my necessitate removing the inlet grate and removing sediment or other material in the inlet.

Preventative Maintenance – Facility personnel will follow manufacturers recommendation for routine maintenance of equipment, vehicles, and systems like the fuel pump.

Spill and leak prevention response – Management personnel will arrange for training in spill response for Facility Employees.

Material Handling and Waste Management – Management personnel will monitor weather forecasts and direct Facility personnel to cover containers if precipitation is forecast. Other activities necessary for this BMP are routine activities (e.g., storing materials in appropriate containers) for solid waste facility personnel. Special procedures are not necessary, and supervisors will direct Facility personnel in performing them.

Training – Management personnel will either train Facility personnel, or arrange for outside consultants to provide training. Management personnel will contact appropriate consultants and vendors to provide their training.

BUTTE02973

Quality Assurance and Record Keeping – Management personnel will provide quality assurance monitoring of Facility personnel performing BMP-related activities. They will also maintain records in binders, or files at the Facility.

### 8.4.6   EQUIPMENT AND TOOLS NECESSARY FOR BMP IMPLEMENTATION

The only equipment and tools necessary to implement BMPs are equipment and tools typically present at a solid waste facility. These include the following items:

- Hand tools such as brooms, shovels, buckets, crowbars, etc.
- Typical mechanics tools.
- Spill kits and associated materials such as absorbent, inlet grate covers, and flexible containment berms.
- Heavy equipment.

### 8.4.7   BMPS THAT MAY REQUIRE VISUAL OBSERVATIONS MORE FREQUENTLY THAN MONTHLY

As described in Section 8.1.2.2 above, Facility personnel conduct certain observations daily as part of the routine operation of the Facility. However, for purposes of SWPPP implementation, monthly observations of BMPs are appropriate.

### 8.4.8   JUSTIFICATION FOR NOT IMPLEMENTING MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS

Not Applicable

### 8.4.9   BMPS IMPLEMENTED IN LIEU OF MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS

Not Applicable

### 8.5   BMP SUMMARY TABLE

Table 2 summarizes each identified industrial activity area, the associated industrial pollutant sources, the industrial pollutants, and the BMPs being implemented.

### 8.6   DESIGN STORM STANDARDS FOR TREATMENT CONTROL BMPS

Not Applicable

## 9   MONITORING IMPLEMENTATION PLAN

### 9.1   GENERAL MONITORING INFORMATION

### 9.1.1   TEAM MEMBERS ASSIGNED TO CONDUCT MONITORING

Either a member of the Pollution Prevention Team, or an appropriately trained and designated employee (e.g., heavy equipment operator) will conduct monitoring.

### 9.1.2   DISCHARGE LOCATIONS

Drawings 1 and 2 show discharge/sampling locations for the Facility.

### 9.1.3   VISUAL OBSERVATION PROCEDURES

Either a member of the Pollution Prevention Team, or an appropriately trained and designated employee (e.g., heavy equipment operator) will conduct visual observations. Visual observations will be conducted during daylight and during normal operating hours. Except for Sampling Event Observations as described in Section 9.2.2, visual observations will not be conducted during conditions, such as storm events, that might impair the ability to observe Facility conditions clearly.

### 9.1.4   VISUAL OBSERVATION RESPONSE PROCEDURES

If necessary, management personnel will take appropriate action to respond to conditions observed during visual observations.

### 9.1.5   JUSTIFICATION FOR ALTERNATIVE DISCHARGE LOCATIONS

Not Applicable

### 9.1.6   JUSTIFICATION FOR REPRESENTATIVE SAMPLING REDUCTION

Not Applicable

### 9.1.7   JUSTIFICATION FOR QUALIFIED COMBINED SAMPLES

Not Applicable

### 9.1.8   PROCEDURES FOR FIELD INSTRUMENT CALIBRATION

The Facility is not currently at Level 1 status for pH, and it is not subject to Subchapter N ELGs as discussed in Section 10. Therefore, Facility personnel measure field pH using litmus paper. If use of a pH meter becomes necessary, Attachment 4 will present calibration procedures for the field instrument that Facility personnel use to measure pH.

### 9.1.9   SAMPLE CHAIN OF CUSTODY FORM

Attachment 5 is a sample chain of custody form.

### 9.2   VISUAL OBSERVATIONS

### 9.2.1   MONTHLY VISUAL OBSERVATIONS

At least once per calendar month, Facility personnel shall visually observe each drainage area for the following:

Neal Road Recycling and Waste Facility                25                          September 30, 2019
SWPPP

BUTTE02975

- The presence or indications of prior, current, or potential unauthorized NSWDs and their sources.
- Authorized NSWDs, sources, and associated BMPs to ensure compliance with the Order.
- Outdoor equipment and systems, storage areas, outdoor industrial activities areas, BMPs, and all other potential sources of industrial pollutants described in the preceding sections of this SWPPP.

The monthly visual observation shall be conducted during daylight hours of scheduled facility operating hours and on days without precipitation. Attachment 6 presents the form Facility personnel will use to record monthly visual observations. The Facility will provide an explanation in the Annual Report for any uncompleted monthly visual observations.

## 9.2.2   SAMPLING EVENT VISUAL OBSERVATIONS

Facility personnel will conduct sampling event visual observations at the same time that sampling occurs in a discharge location. At each discharge location where a sample is obtained, Facility personnel shall observe the discharge of storm water associated with industrial activity.

Facility personnel will visually observe discharged storm water and record the presence or absence of floating and suspended materials, oil and grease, discoloration, turbidity, odors, trash/debris, and the source of any discharged pollutants. Attachment 7 presents the form that Facility personnel will use to record sampling event observations.

If a discharge/sampling location is not observed visually during the sampling event, Facility personnel will record which discharge locations were not observed during sampling or that there was no discharge from those locations. In addition Facility personnel will provide an explanation in the Annual Report for any uncompleted sampling event visual observations.

## 9.2.3   VISUAL OBSERVATION RECORDS

Butte County will maintain records of all visual observations. Records shall include the following information:

- Date.
- Approximate time.
- Locations observed.
- Presence and probable source of any pollutants observed.
- Name of person conducting the observation.
- Any response actions or SWPPP revisions necessary due to the visual observations.

## 9.2.4   BMP REVISION

Butte County will revise BMPs as necessary if visual observations indicate that this SWPPP has not addressed pollutant sources adequately.

**9.3     SAMPLING AND ANALYSIS**

<u>9.3.1</u>   <u>SAMPLING</u>

9.3.1.1   QUALIFYING STORM EVENT (QSE)

The Order defines a QSE as a precipitation event that meets the following criteria:

- The event produces discharge for at least one drainage area.
- The event is preceded by at least 48 hours with no discharge from any drainage area.

9.3.1.2   SAMPLING EVENTS

The positions/persons identified in Section 9.1.1 above will collect and analyze storm water samples from two QSEs between July 1 and December 31 and two QSEs between January 1 and June 30 of each year.

9.3.1.3   COMPLIANCE GROUP PARTICIPANTS

Not Applicable

9.3.1.4   SAMPLING LOCATIONS

Drawings 1 and 2 show the discharge/sampling location for the Facility.  Samples collected at this location will be representative of storm water associated with industrial activities at the Facility.

9.3.1.5   SAMPLING TIMES

The positions/persons identified in Section 9.1.1 above will collect samples within four hours of either the start of discharge, or the start of Facility operations, if the QSE occurs within the previous 12-hour period.  Sample collection is required during scheduled Facility operating hours when sampling conditions are safe.

9.3.1.6   SAMPLE COLLECTION AND HANDLING PROCEDURES

The positions/persons identified in Section 9.1.1 above will collect and handle samples consistent with Attachment 8.  This Attachment is "Attachment H" to the Order.

9.3.1.7   PARAMETERS FOR SAMPLING AND ANALYSIS

Storm water samples will be collected and analyzed for the following parameters shown below, using the indicated analytical methods, or alternate methods that meet the requirements of the Order.  The Numeric Action Level (NAL) for each parameter, if established, is also shown below:

| Parameter | Analytical Method | Units | NAL (Annual, Unless Noted) |
|---|---|---|---|
| Total Suspended Solids (TSS) | SM 2540-D | mg/L | 100<br>400 - Instantaneous |
| Oil and Grease (O&G) | EPA 1664A | mg/L | 15 |

Neal Road Recycling and Waste Facility          27                                September 30, 2019
SWPPP

BUTTE02977

|  |  |  | 25 - Instantaneous |
|---|---|---|---|
| pH | Litmus Paper | pH units | less than 6 & greater than 9 |
| Iron, Total | EPA 200.7 | mg/L | 1.0 |
| Lead, Total (H) | EPA 200.8 | mg/L | 0.262* |
| Aluminum, Total | EPA 200.8 | mg/L | 0.75 |
| Zinc, Total (H) | EPA 200.8 | mg/L | 0.26* |
| Chemical Oxygen Demand (COD) | SM 5220C | mg/L | 120 |

NOTES:
(H) – Hardness dependent
* - The NAL is the highest value used by U.S. EPA, based on their hardness table in the 2008 MSGP.

Additional "303 Impairment" Parameters

None

9.3.1.8   QUALIFIED COMBINED SAMPLES

Not Applicable

9.3.1.9   SAMPLING ANALYSIS REPORTING

Facility personnel will submit analytical results within 30 days of receiving the results via SMARTS. As required by the Order, Facility personnel shall provide the method detection limit for "non-detect" analytical results and shall not report "0" for such results. Facility personnel shall report the analytical result for laboratory detections below the "reporting limit" (or minimum level), but above the method detection limit.

9.3.1.10 ALTERNATIVE DISCHARGE LOCATIONS

Not Applicable

9.3.1.11 REPRESENTATIVE SAMPLING REDUCTION

Not Applicable

9.3.1.12 QUALIFIED COMBINED SAMPLES

Not Applicable

9.3.1.13 SAMPLE COLLECTION AND VISUAL OBSERVATION EXCEPTIONS

Consistent with the Order, the Facility is not required to collect samples or conduct visual observations under the following conditions:

- During dangerous weather conditions, such as electrical storms or flooding.
- Outside scheduled Facility operating hours. (The Facility is not precluded from collecting samples, or conducting visual observations outside of scheduled Facility operating hours.)

If the Facility does not collect samples, or conduct visual observations due to the above exceptions, then the Facility will include an explanation of this in the Annual Report.

In addition, the Order does not require the Facility to collect samples or conduct visual observations for drainage areas with no exposure to industrial activities or materials.

9.3.1.14 SAMPLING REDUCTION FREQUENCY CERTIFICATION

Not Applicable

## 10   FACILITIES SUBJECT TO FEDERAL STORM WATER EFFLUENT LIMITATION GUIDELINES (EGLS)

The Order requires dischargers with facilities subject to storm water ELGs in Subchapter N of 40 Code of Federal Regulations (40 CFR) to collect and analyze samples from QSEs for each regulated pollutant specified in the appropriate category in Subchapter N. Subchapter N contains requirements for landfills (Part 445). However, the NRRWF is not subject to Subchapter N requirements as demonstrated below:

- Part 445.2(f) defines "Landfill wastewater." "Landfill wastewater" includes "contaminated storm water" as defined in Part 445.2(b).
- Part 445.20 states that "…this subchapter applies to discharges of wastewater from landfills…"
- As discussed above, NRRWF does not, as part of their standard operating procedures, discharge landfill wastewater, as defined in Part 445.2(f). (In particular, in Section 5.5 above describes procedures to prevent discharge of potentially contaminated storm water from the working face of the landfill.)

Therefore, this Facility is not subject to the storm water EGLs in Subchapter N of 40 CFR. However, if the Facility discharges landfill wastewater, as defined in Part 445.2(f), then it will be subject to the storm water EGLs, and facility personnel will collect and analyze samples from QSEs for each of the following (additional) regulated pollutants specified for landfills in Subchapter N.

- Biological Oxygen Demand (BOD) by SM 5210B
- Ammonia (as nitrogen) by SM 4500-NH3C
- A-Terpineol by USEPA 8270
- Benzoic Acid by USEPA 625
- P-Cresol by USEPA 625
- Phenol by USEPA 625

The Facility will collect and analyze samples for these additional parameters for one QSE following the discharge. Since eliminating such discharges as soon as possible is standard practice at the Facility (through repairs or other corrective measures,) only one sampling and analysis event is likely to be necessary. However, if conditions, such as wet weather, prevent immediate elimination of the discharge (e.g., if wet weather delays repairs,) then such additional sampling and analysis will continue for as long

as the discharge continues and during the first QSE, following elimination of the discharge. Since such a discharge would also likely be a "reportable" event under the Facility's Waste Discharge Requirements, the Facility may also conduct additional sampling and analysis (either voluntarily, or at the direction of the Regional Water Quality Control Board) for submittal to the Regional Water Quality Control Board. In addition, facility personnel will comply with the other requirements of Part 445 of Subchapter N applicable to landfills.

## 11   ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION (ANNUAL EVALUATION)

The Facility, shall conduct one Annual Evaluation for each reporting year (July 1 through June 30). If the Facility conducts an Annual Evaluation less than eight months, or more than 16 months after the previous Annual Evaluation, they shall document the justification for doing so. The Facility, will revise this SWPPP, if indicated by the Annual Evaluation, and implement the revisions within 90 days of completing the Annual Evaluation. At a minimum, the Annual Evaluation shall consist of the following activities:

- A review of all sampling, visual observations and inspection records conducted during the previous reporting year.
- An inspection of all areas of industrial activity and associated potential pollutant sources for evidence of, or the potential for pollutants entering the storm water system.
- An inspection of all drainage areas previously identified as having no exposure to industrial activities and materials.
- An inspection of equipment needed to implement the BMPs.
- A review and effectiveness assessment of all BMPs for each area of industrial activity and associated potential pollutant sources to determine if the BMPs are properly designed, implemented, and are effective in reducing and preventing pollutants in the industrial storm water discharges and authorized NSWDs.
- An assessment of any other factors related to comply with the requirements of Section XVI.B of the order.

BUTTE02980

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

September 30, 2019

# FIGURE 1

BUTTE02981

| FUJIICIVIL ENGINEERING  fujiiciveng@icloud.com | STORM WATER POLLUTION PROTECTION PLAN  NEAL ROAD RECYCLING AND WASTE FACILITY  September, 2019 | FIGURE 1  LOCATION MAP |
| --- | --- | --- |



APPROX. SITE LOCATION

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

September 30, 2019

# SITE MAP

Consisting of Three Drawings

BUTTE02983

STORM WATER POLLUTION PREVENTION PLAN
NEAL ROAD RECYCLING AND WASTE FACILITY
September, 2019

FUJII CIVIL ENGINEERING
fujiiciveng@icloud.com

DRAWING 1
SITE MAP
Sheet 1 of 3

BUTTE02984



STORM WATER POLLUTION PREVENTION PLAN
NEAL ROAD RECYCLING & WASTE FACILITY
September, 2019

DRAWING 2, SITE MAP, Sheet 2 of 3

FUJII CIVIL ENGINEERING
fujiiciveng@icloud.com

Figure 1 From Golder Assoc. Operations
Plan for Managing
Stormwater and Leachate,
September 23, 2019

BUTTE02985

STORM WATER POLLUTION PREVENTION
PLAN
NEAL ROAD RECYCLING & WASTE FACILITY
September, 2019

DRAWING 3
SITE MAP
Sheet 3 of 3

Figure 7 From
Golder Assoc.
Joint Technical Document, 12/17/15

FUJII CIVIL ENGINEERING
fujiiciveng@icloud.com

BUTTE02986

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

September 30, 2019

# TABLES

BUTTE02987

**Neal Road Recycling and Waste Facility**
**SWPPP**

**TABLE 1**
**Key Acronyms**

| | |
|---|---|
| BMP | Best Management Practice(s) |
| BOD | Biological Oxygen Demand |
| C&D | Construction and Demolition |
| COD | Chemical Oxygen Demand |
| ELGs | Effluent Limitation Guidelines |
| IGP | Industrial General Permit |
| MSL | Mean Sea Level |
| NAL | Numeric Action Level |
| NPDES | National Pollutant Discharge Elimination System |
| NRRWF | Neal Road Recycling and Waste Facility |
| NSWDS | Non-Storm Water Discharges |
| O&G | Oil & Grease |
| QSE | Qualifying Storm Event |
| RWQCB | Regional Water Quality Control Board |
| SIC | Standard Industrial Classification |
| SMARTS | Storm Water Multiple Application and Report Tracking System |
| SPCC | Spill Prevention Control and Countermeasure (Plan) |
| SWPPP | Storm Water Pollution Prevention Plan (and Storm Water Monitoring Plan) |
| TMDL | Total Maximum Daily Loads |
| TSS | Total Suspended Solids |
| WDR | Waste Discharge Requirements |
| WMU | Waste Management Unit |

BUTTE02988

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| AREA | ACTIVITY | POTENTIAL POLLUTANT SOURCES | POTENTIAL POLLUTANTS | Best Management Practices |
|---|---|---|---|---|
| All | All | All | All | Employee Training<br>Quality Assurance & Record Keeping |
| Storage and Traffic Areas | Material Storage | Solid Wastes<br>Recycled Materials | Metals<br>Orgaincs | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Material Handling | Solid Wastes<br>Recycled Materials | Litter | Housekeeping<br>Material Handling & Waste Management |
| | Vehicle Driving<br>Equipment Operating | Vehicles<br>Equipment | Petroleum Fluids<br>Gasoline<br>Diesel<br>Engine Coolant | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| Used Oil Area | Unloading | Customer Containers | Used Oil | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Removal | Tank Fittiings<br>Truck Hoses & Fittings | Used Oil | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| Fueling Area | Delivery | Tank Fittiings<br>Truck Hoses & Fittings | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |

Page 1 of 3

BUTTE02989

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| | | | | |
|---|---|---|---|---|
| | Fueling | Pump System | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Leaks | Storage Tank<br>Pump System | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Landfill Working Face | Spreading, Compacting, and Covering Solid Waste | Landfilled Solid Wastes<br>Daliy Cover Soils | Leachate<br>Litter<br>Soil TSS | Housekeeping<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| | Load Checking | Wastes Delivered by Customers | Hazardous Waste | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Load Check Waste Storage Areas | Storing Load Check Wastes | Load Check Wastes | Hazardous Wastes | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Roof Runoff | Storm Runoff From Roofs | Roof Drainage | Soil (TSS)<br>Litter | Housekeeping<br>Material Handling & Waste Management |
| | | | | |

BUTTE02990

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| | | | | |
|---|---|---|---|---|
| Class II Surface Impoundment | Filling Trucks Hauling Leachate | Truck Hoses and Fittings | Leachate | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Hauling Leachate in Trucks | Truck Hoses and Fittings<br>Truck Storage Tank<br>(Damaged in Collision) | Leachate | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Bare Soil Areas | Delivering Soil<br>Storing Soil<br>Transporting Soil | Soil Stockpile | Soil (TSS) | Housekeeping<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| | Erosion | Other Bare Soil Areas | Soil (TSS) | Housekeeping<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| | | | | |
| | | | | |
| | | | | |

BUTTE02991

# EXHIBIT 5



# STORM WATER POLLUTION PREVENTION PLAN
# And
# STORM WATER MONITORING PLAN

## Neal Road Recycling and Waste Facility

1023 Neal Road
Paradise, California 95969

### WDID  5R04I0000249

February 4, 2021

**Prepared by:**



An Old-School Commitment to Client Service

fujiiciveng@icloud.com

COL009304

# Table of Contents

**1   CERTIFICATION**                                                                 **1**

**2   INTRODUCTION**                                                                  **2**

**3   FACILITY NAME AND CONTACT INFORMATION**                                         **3**

**4   PLANNING AND ORGANIZATION**                                                     **3**

**4.1   POLLUTION PREVENTION TEAM**                                                   **3**
**4.2   OTHER REQUIREMENTS AND EXISTING FACILITY PLANS**                              **4**

**5   SITE MAP**                                                                      **4**

**5.1   SECTION 3.A – GENERAL INFORMATION**                                           **5**
**5.2   SECTION 3.B – ON-SITE STORM WATER SYSTEMS AND SAMPLE LOCATIONS**              **5**
**5.3   SECTION 3.C – STRUCTURAL CONTROLS**                                           **7**
**5.4   SECTION 3.D – IMPERVIOUS AREAS**                                              **8**
**5.5   SECTION 3.E – LOCATIONS WHERE MATERIALS ARE DIRECTLY EXPOSED TO PRECIPITATION, AND OF SIGNIFICANT SPILLS, OR LEAKS**   **8**
**5.6   SECTION 3.F - AREAS OF INDUSTRIAL ACTIVITY**                                  **9**

**6   LIST OF INDUSTRIAL MATERIALS**                                                  **10**

**7   POTENTIAL POLLUTANT SOURCES**                                                   **11**

**7.1   DESCRIPTION OF POTENTIAL POLLUTANT SOURCES**                                  **11**
7.1.1   INDUSTRIAL PROCESSES                                                          11
7.1.2   MATERIAL HANDLING AND STORAGE AREAS                                           11
7.1.3   DUST AND PARTICULATE GENERATING ACTIVITIES                                    12
7.1.4   SIGNIFICANT SPILLS AND LEAKS                                                  12
7.1.5   NON-STORM WATER DISCHARGES (NSWDS)                                            14
7.1.6   ERODIBLE SURFACES                                                             14
**7.2   ASSESSMENT OF POTENTIAL POLLUTANT SOURCES**                                   **14**
7.2.1   AREAS WITH LIKELY SOURCES OF POLLUTANTS IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS   14
7.2.2   POLLUTANTS LIKELY TO BE PRESENT IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS   16
7.2.3   APPROXIMATE QUANTITY, PHYSICAL CHARACTERISTICS AND LOCATIONS OF INDUSTRIAL MATERIALS   16
7.2.4   DEGREE TO WHICH POLLUTANTS ASSOCIATED WITH INDUSTRIAL MATERIALS MAY BE EXPOSED TO, AND MOBILIZED BY, CONTACT WITH STORM WATER   16
7.2.5   PATHWAYS BY WHICH POLLUTANTS MAY BE EXPOSED TO STORM WATER OR AUTHORIZED NSWDS   16
7.2.6   SAMPLING, VISUAL OBSERVATION AND INSPECTION RECORDS                           17
7.2.7   EFFECTIVENESS OF EXISTING BMPS                                                17
7.2.8   EFFECTIVENESS OF MINIMUM BMPS                                                 17
7.2.9   INDUSTRIAL POLLUTANTS RELATED TO RECEIVING WATERS WITH 303(D) LISTED IMPAIRMENTS OR APPROVED TOTAL MAXIMUM DAILY LOADS (TMDLS)   17
7.2.10   FACILITY AREAS WHERE MINIMUM BMPS WILL NOT ADEQUATELY REDUCE OR PREVENT POLLUTANTS IN STORM WATER DISCHARGES – PROPOSED ADVANCED BMPS   18
7.2.11   AREAS WITH NO EXPOSURE TO INDUSTRIAL ACTIVITIES AND MATERIALS               18

7.2.12   PROPOSED ADDITIONAL MONITORING PARAMETERS                                          18

**8   BEST MANAGEMENT PRACTICES (BMPS)**                                                     **18**

**8.1   MINIMUM BMPS**                                                                       **18**
8.1.1   GOOD HOUSEKEEPING                                                                    18
8.1.2   PREVENTATIVE MAINTENANCE                                                             20
8.1.3   SPILL AND LEAK PREVENTION AND RESPONSE                                               21
8.1.4   MATERIAL HANDLING AND WASTE MANAGEMENT                                               22
8.1.5   EROSION AND SEDIMENT CONTROLS                                                        23
8.1.6   EMPLOYEE TRAINING                                                                    23
8.1.7   QUALITY ASSURANCE AND RECORD KEEPING                                                 24
**8.2   ADVANCED BMPS**                                                                      **25**
**8.3   TEMPORARY SUSPENSION OF INDUSTRIAL ACTIVITIES**                                       **25**
**8.4   BMP DESCRIPTIONS**                                                                   **25**
8.4.1   POLLUTANTS EACH BMP IS DESIGNED TO REDUCE OR PREVENT                                 25
8.4.2   FREQUENCY, TIMES OF DAY, OR CONDITIONS FOR BMP IMPLEMENTATION                         25
8.4.3   LOCATIONS FOR BMP IMPLEMENTATION                                                     25
8.4.4   POSITIONS RESPONSIBLE FOR BMP IMPLEMENTATION                                         25
8.4.5   PROCEDURES FOR BMP IMPLEMENTATION                                                    26
8.4.6   EQUIPMENT AND TOOLS NECESSARY FOR BMP IMPLEMENTATION                                 26
8.4.7   BMPS THAT MAY REQUIRE VISUAL OBSERVATIONS MORE FREQUENTLY THAN MONTHLY                27
8.4.8   JUSTIFICATION FOR NOT IMPLEMENTING MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS          27
8.4.9   BMPS IMPLEMENTED IN LIEU OF MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS                 27
**8.5   BMP SUMMARY TABLE**                                                                  **27**
**8.6   DESIGN STORM STANDARDS FOR TREATMENT CONTROL BMPS**                                   **27**

**9   MONITORING IMPLEMENTATION PLAN**                                                        **27**

**9.1   GENERAL MONITORING INFORMATION**                                                      **27**
9.1.1   TEAM MEMBERS ASSIGNED TO CONDUCT MONITORING                                          27
9.1.2   DISCHARGE LOCATIONS                                                                  27
9.1.3   VISUAL OBSERVATION PROCEDURES                                                        27
9.1.4   VISUAL OBSERVATION RESPONSE PROCEDURES                                               27
9.1.5   JUSTIFICATION FOR ALTERNATIVE DISCHARGE LOCATIONS                                    28
9.1.6   JUSTIFICATION FOR REPRESENTATIVE SAMPLING REDUCTION                                  28
9.1.7   JUSTIFICATION FOR QUALIFIED COMBINED SAMPLES                                         28
9.1.8   PROCEDURES FOR FIELD INSTRUMENT CALIBRATION                                          28
9.1.9   SAMPLE CHAIN OF CUSTODY FORM                                                         28
**9.2   VISUAL OBSERVATIONS**                                                                 **28**
9.2.1   MONTHLY VISUAL OBSERVATIONS                                                          28
9.2.2   SAMPLING EVENT VISUAL OBSERVATIONS                                                   28
9.2.3   VISUAL OBSERVATION RECORDS                                                           29
9.2.4   BMP REVISION                                                                         29
**9.3   SAMPLING AND ANALYSIS**                                                               **29**
9.3.1   SAMPLING                                                                             29

**10   FACILITIES SUBJECT TO FEDERAL STORM WATER EFFLUENT LIMITATION GUIDELINES (EGLS)**      **32**

**11   ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION (ANNUAL EVALUATION)**              **33**

**Figures and Drawings**

Figure 1 – Location Map

Drawing 1 – Site Map

Drawing 2 – June 8, 2020 *Site Drainage Plan and LCRS Infrastructure* drawing, prepared by Golder Associates, Inc.

Drawing 3 - Figure 2 from the November, 2020 Joint Technical Document, prepared by Golder Associates, Inc.

**Tables**

Table 1 – Key Acronyms

Table 2 – Best Management Practices

**Attachments**

Attachment 1 – September 23, 2019 Operations Plan for Managing Stormwater and Leachate, Neal Road Recycling and Waste Facility, prepared by Golder Associates, Inc. (Golder 2019 Operations Plan

Attachment 2 – SCS September 23, 2019 Technical Memorandum presenting the Module 4 and Module 5 Interim Cover Plan (SCS Technical Memorandum)

Attachment 3 – Leachate Seep/Spill Notifications

Attachment 4 – pH Meter Calibration Procedures (Not Used - pH Meter Not Required)

Attachment 5 – Sample Chain of Custody Form

Attachment 6 – Monthly Observation Log

Attachment 7 – Sampling Event Observation Log

Attachment 8 -- Sample Collection and Handling Instructions

Attachment 9 -- Storm Water Pollution Plan Checklist

# STORM WATER POLLUTION PREVENTION PLAN
## And
# STORM WATER MONITORING PLAN

## Neal Road Recycling and Waste Facility

1023 Neal Road
Paradise, California 95969

### WDID  5R04I0000249

February 4, 2021

## 1   CERTIFICATION

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to ensure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, to the best of my knowledge and belief, the information submitted is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

NOTE:  As required by Order 2014-0057-DWQ, National Pollutant Discharge Elimination System (NPDES), General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES No. CAS000001, as amended, a Legally Responsible Person for the Discharger shall certify this document electronically via the Storm Water Multiple Application and Report Tracking System (SMARTS), consistent with Section K, Electronic Signature and Certification Requirements of the Order.

Printed Name: Joshua Pack

Signature:  *Certified Electronically via SMARTS*

Title:  Director of Public Works

Date:  *Certified Electronically via SMARTS*

## 2   INTRODUCTION

Fujii Civil Engineering (FCE) has prepared this Storm Water Pollution Prevention Plan and Storm Water Monitoring Plan (SWPPP) for the Neal Road Recycling and Waste Facility (Facility) in Butte County, California for the Butte County Department of Public Works.  FCE has prepared this plan to present the information required by Order 2014-0057-DWQ, as amended, National Pollutant Discharge Elimination System (NPDES), General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES No. CAS000001 (the Order), also known as the Industrial General Permit, or IGP. Mr. Curt Fujii, P.E., of FCE prepared this SWPPP, and has completed the special QISP training for registered engineers.

This SWPPP updates the previous SWPPP (September 30, 2019 to present information on the composting facility [a covered aerated static pile (CASP) facility] proposed for the top deck of Module 4 at the Facility. Butte County will sample and analyze storm water runoff for the additional parameters required for the SIC code for a composting facility. Other than that, however, the proposed composting facility will not likely lead to significant changes to storm water monitoring and management at the Facility. The facility will capture contact water from the compost windrows to use as process water in the composting process. Storm water from the general composting facility that does not contact the composting material is not likely to differ significantly from existing storm water runoff from the top deck of Module 4 and will flow through Facility's existing storm water management system. Golder Associates, Inc., (Golder) has prepared an updated Joint Technical Document (JTD) for Butte County to submit to the RWQCB to support revising the Facility's WDR to reflect the proposed composting facility.

In addition, this SWPPP updates other information presented in the September 30, 2019 SWPPP.

As presented below in Section 3, the name of the Facility is the Neal Road Recycling and Waste Facility.  The Facility is located in Butte County, approximately 7 miles south of Chico, California (Figure 1). The property surrounding the Facility to the west, north and east is zoned "AG" (Agriculture with minimum parcels of 20 acres to 160 acres). A 50-acre parcel to the south is zoned "Industrial". Additionally, there is a Solid Waste Management Facility overlay extending 1,000 feet from the Facility property boundary. The Solid Waste Management Facility overlay allows uses that are accessory and/or related to solid waste and/or septage disposal.

The Facility has been developed in a northeast-to-southwest-trending canyon eroded into a gently sloping plateau. The canyon containing the Facility outlets to Nance Canyon to the southwest. Elevations at the site range from about 410 feet mean sea level (MSL) at the northeastern facility boundary to about 210 feet MSL at the southwestern facility boundary.

As identified in WDR Order No. R5-2011-049, the Facility comprises 229 acres. The Solid Waste Facility Permit lists the Permitted Area at 190 acres of which 140 acres is permitted for disposal. The Facility consists of five waste management units (WMUs). WMUs 1, 2 & 3 occupy approximately 66 acres. WMU 4 is approximately 21acres, and WMU 5 is approximately 53 acres. Other significant features at the Facility include a Class II surface impoundment for landfill leachate and landfill gas condensate, a cover soil stockpile, and a primary sedimentation basin. The primary sedimentation basin was designed to serve as both a storm water sedimentation basin and a Preserve Area (the Neal Road Preserve mentioned above) as part of an environmental mitigation program.

Storm water runoff from the NRRWF and upslope areas drains in a southwesterly direction toward an unnamed intermittent stream that joins the intermittent stream in Nance Canyon approximately 1 mile southwest of the facility property boundary and approximately 0.5 mile southwest of Neal Road. The combined flow from these two streams discharges into Hamlin Slough, which is tributary to Butte Creek, and ultimately the Sacramento River.

**It is important to note that information available from SMARTS indicates that from the 2010/11 reporting year, through the 2017/18 reporting year, off-site discharge of storm water occurred only three times. During the 2018/19 reporting year, off-site discharge of storm water occurred twice. During the 2019/20 reporting year, there was no off-site discharge of storm water.**

The primary SIC code for the Facility is 4953, "Landfills and Land Application Facilities."

The current secondary SIC code for the Facility is 5093, "Scrap and Waste Materials (not including source-separated recycling)."

When the composting facility begins operation, an additional secondary SIC code, 2875, "Fertilizers, Mixing Only" will be assigned for the facility. (NOTE: The North American Industry Classification System (NAICS) Association website indicates that NAICS Code 325314 includes compost manufacturing. The NAICS Association "NAICS To SIC Crosswalk" indicates that SIC code 2875 corresponds to NAICS Code 325314. In addition, personal communications with individuals involved heavily in the California composting industry indicates that SIC code 2875 is appropriate for composting facilities.)

Table 1 presents key acronyms used in this document.

## 3   FACILITY NAME AND CONTACT INFORMATION

| | |
|---|---|
| Facility Name: | Neal Road Recycling and Waste Facility |
| Contact Person: | Eric Miller, Manager, Waste Management Division |
| Phone: | 530-879-2351 |
| Emergency Phone | 530-693-7835 |
| Email: | emiller@buttecounty.net |
| Facility Address | 1023 Neal Road, Paradise, CA 95969 |

## 4   PLANNING AND ORGANIZATION

### 4.1   POLLUTION PREVENTION TEAM

Persons in the following positions constitute the Pollution Prevention Team for the Facility:

| Title | Responsibilities and Duties |
|---|---|
| | |

| Deputy Director, Waste Management | Overall management and coordination of Facility personnel and operations in implementing the SWPPP and complying with the requirements of the IGP |
|---|---|
| Manager Waste Management Division | Overall SWPPP implementation and IGP compliance |
| Senior Landfill Supervisor | Implement SWPPP as directed and document that BMPs are in-place and adequate |
| Landfill Supervisor | Implement SWPPP as directed and document that BMPs are in-place and adequate |
| Solid Waste Engineer | On-site technical support and active site monitoring (i.e. SWPPP storm water BMPs) |
|  |  |

Either the Deputy Director, Waste Management, or the Manager, Waste Management Division will designate alternate team members to implement the SWPPP when the regularly assigned team members are temporarily unavailable.  The alternates may be other members of the Pollution Prevention Team.

## 4.2    OTHER REQUIREMENTS AND EXISTING FACILITY PLANS

This SWPPP has been prepared to be consistent with Local, State and Federal requirements that are applicable to the Order.  This SWPPP is also consistent with the following facility-specific documents:

- Waste Discharge Requirements, Order No. No. R5-2011-049.
- Solid Waste Facility Permit
- Joint Technical Document Format, Revised November, 2020.

The permitted Facility operating hours are as shown below:

- Receipt of Refuse                 7:00 a.m. to 4:00 p.m.
- Facility Operating Hours         6:00 a.m. to 5:30 p.m.

The Facility is open seven days per week, excluding the following holidays:

| | |
|---|---|
| New Year's Day | Easter Sunday |
| Independence Day | Thanksgiving Day |
| Christmas Day | |

## 5    SITE MAP

The Site Map for the Facility consists of three drawings. Drawing 1 shows the overall Facility. Drawing 2 is a June 8, 2020 *Site Drainage Plan and LCRS Infrastructure* drawing prepared by Golder and presents detailed information on drainage and leachate conveyance at the Facility. Drawing 3 is Figure 2 from the November, 2020 Joint Technical Document prepared by Golder, and shows proposed location

for the CASP facility and the various modules at the Facility. The following sections 5.1 through 5.6 discuss the information required by Section X.E.3 of the Order.

## 5.1   SECTION 3.A – GENERAL INFORMATION

Figure 1 presents the general location of the Facility.

Drawings 1 and 2 show the Facility boundary, storm water drainage areas and direction of flow (indicated by the elevation contours on Drawings 1 and 2), storm water systems, paved and unpaved areas, and on-site water bodies. (NOTE: There are no naturally occurring on-site water bodies.) The permitted Facility occupies 190 acres, and the industrial use area occupies approximately 140 acres. Due to the nature of the on-site soils, virtually all areas of the facility are potentially subject to erosion, except for the following areas:

- Paved roads.

- Lined ditches.

- Buildings.

- Areas with geosynthetic interim cover.

- Areas with Posi-Shell. (Posi-Shell is a polymer and cement based material sprayed on earthen surfaces at the landfill. It dries to a hard, durable crust that sheds rainfall and prevents erosion of underlying soil.)

## 5.2   SECTION 3.B – ON-SITE STORM WATER SYSTEMS AND SAMPLE LOCATIONS

As noted in Section 5.1, Drawings 1 and 2 present the on-site storm water conveyance systems.  These systems consist of the following features:

- Ditches, swales, culverts, and downdrains with associated inlets.
- Berms to direct storm runoff.
- Temporary storm water basins.
- The (permanent) primary sedimentation basin.
- The discharge/sampling location.

In general, all storm water runoff at the Facility flows to the southwest. Before flowing off-site, storm water flows into the primary sedimentation basin. Any off-site flow that occurs flows through the spillway for the primary sedimentation basin. This spillway is the only storm water sampling location at the Facility and is designated as SW-1. The previous SWPPP for the Facility described 6 drainage areas at the Facility. However, since all industrial storm water flows offsite at one location, SW-1, this SWPPP considers the Facility to consist of one drainage area with one discharge/sampling location. As shown on Drawing 1, SW-1 is the spillway for the primary sedimentation basin. In addition, there are no municipal storm drain systems in the vicinity of the Facility.

In addition to the primary sedimentation basin, there are four additional temporary basins at the Facility. Attachment 1 (Golder September, 2019 Operations Plan), notes the following items related to Basin 2:

- NRRWF staff enlarged the basin during 2019.

- The basin has had a relatively high percolation rate.

- NRRWF staff have never had to pump water from Basin 2 to another storm water basin.

The Golder 2019 Operations Plan presents provisions to direct much of the industrial storm water run-off at the Facility to this recently enlarged Basin 2. As noted in Section 2, off-site discharge of storm water is extremely rare at the Facility. Directing much of the storm water runoff at the Facility to Basin 2 may reduce the number of off-site storm water discharges at the Facility.

In addition, Facility personnel have enlarged Basins 3 and 4 and have lined Basin 4 (the basin into which the leachate seeps at Module 4, discussed below, flowed) with a flexible membrane liner.

The drainage system for the proposed CASP facility will collect any storm water that has contacted the composting materials. The proposed CASP facility will store this "contact water" for use in the composting process. General storm water that has not contacted composting materials at the proposed CASP facility will not differ significantly from existing storm water runoff from the Module 4 top deck and will flow into the general storm water management system for the overall landfill.

An August 28, 2019 Section 13267 Order issued by the RWQCB to Butte County required the previous SWPPP to address the following topics specifically, and this SWPPP retains this information:

- An evaluation of drainage controls for the Facility – The Golder 2019 Operations Plan presents the most recent and complete discussion of the drainage controls for the facility. This Operations Plan presents numerous improvements to the drainage controls at the Facility. In addition, it presents provisions to direct much of the industrial storm water run-off at the Facility to the recently enlarged Basin 2. As noted, this basin has always had a relatively high percolation rate, and NRRWF staff have never had to pump water from this basin to another basin. This Operations Plan notes also that, although the runoff from a 100-year, 24-hour storm will slightly exceed the capacity of the Facility basins, this is consistent with the design of the Facility. The improvements presented in the Golder 2019 Operations Plan, combined with the site history of minimal off-site discharge of storm water for approximately 10 years, supports the conclusion that with the improvements noted in the Golder 2019 Operations Plan, the drainage controls at the Facility should be adequate.

- The management of storm water run-on and run-off – Storm water run-on flows onto the Facility at two locations as shown on Drawing 1, and the Facility monitors run-on at these locations as part of its surface water monitoring under Waste Discharge Requirements (WDR) Order No. R5-2011-049. NRRWF staff have constructed ditches and swales to convey storm water run-on around areas of industrial activity. Section 8.1.4.4 presents additional information regarding storm water run-on at the Facility.

  The discussions throughout this SWPPP describe provisions to manage storm water run-off and to mitigate potential impacts to storm water run-off from industrial activities at the Facility.

- A plan to regrade site surface drainage to avoid polluted storm water flow into the sedimentation basin and Neal Road Preserve – As noted above, the Golder 2019 Operations Plan presents

provisions to direct much of the industrial storm water run-off at the Facility to Basin 2. This constitutes a significant portion of the *regrading* to avoid polluted storm water flow into the sedimentation basin and the Neal Road Preserve. Also, the only known instance of polluted storm water flow into these features resulted from leachate seeps at Modules 4 and 5, comingling with storm water runoff and being pumped to the Facility storm water conveyance system. (NOTE: See sections 5.5 and 7.1.4 for additional information regarding leaks and spills at the Facility.) To prevent this from recurring, NRRWF staff are constructing drainage trenches and sumps (not "regrading", but very applicable to this discussion) to capture any leachate seeps from Module 4 so that they can contain any leachate and transport it to the Facility leachate pond (a Class II surface impoundment) or transport it off-site for disposal at a wastewater treatment plant. These improvements to capture leachate before it can comingle with storm water runoff will also reduce the potential for polluted storm water flow into the sedimentation basin and the Neal Road Preserve.

- Other appropriate content based on the revised Operations Plan required by Item 1 of the Order – Attachment 1 presents the revised Operations Plan, and this SWPPP is consistent with it.

As noted above, Drawing 2 is a June 8, 2020 *Site Drainage Plan and LCRS Infrastructure* drawing prepared by Golder. This drawing presents updates to the discussion of drainage presented above and is generally consistent with the Golder 2019 Operations Plan.

## 5.3    SECTION 3.C – STRUCTURAL CONTROLS

The Golder 2019 Operations Plan and the SCS September 23, 2019 Technical Memorandum presenting the Module 4 and Module 5 Interim Cover Plan (Attachment 2) present the structural controls for the Facility. These structural controls consist of the following features and improvements:

- Temporary (storm water) basins discussed above.

- The primary sedimentation basin discussed above.

- Berms to control storm water.

- Downdrains to convey storm water runoff efficiently down landfill slopes and to prevent erosion.

- Lined and unlined ditches.

- Sediment and erosion control measures such as straw wattles, silt fencing, hydroseeding and earthguard.

- Installing rainfly panels over landfill areas that will be inactive during the winter.

- Posi-Shell EC4, or approved equal for slope stabilization.

The Golder 2019 Operations Plan and the SCS Technical Memorandum discuss specific locations for these structural controls for the 2019-2020 winter. However, NRRWF staff will employ these controls, as appropriate, at various locations in future years, as well.

In addition, the proposed CASP facility will include drainage systems to collect contact water from the composting material (for use in the composting process) and to convey other (non-contact) storm water runoff to the overall Facility drainage system.

**5.4   SECTION 3.D – IMPERVIOUS AREAS**

Impervious areas at the Facility consist of the following areas:

- Paved roads (See Drawing 1).
- Lined ditches (See Drawing 2).
- Buildings (See Drawing 1).
- Areas with geosynthetic interim cover (Not shown on drawings because locations can vary from year to year).
- Areas with Posi-Shell.
- Areas within the proposed CASP facility with impervious surfaces, such as the covered aerated static piles.

**5.5   SECTION 3.E – LOCATIONS WHERE MATERIALS ARE DIRECTLY EXPOSED TO PRECIPITATION, AND OF SIGNIFICANT SPILLS, OR LEAKS**

Materials are exposed to precipitation in the following areas:

- The soil stockpile (shown on Drawing 2) – Soil eroded from this stockpile has been an item of concern. The Golder 2019 Operations Plan presents improvements to mitigate potential storm water impacts from this stockpile.
- The active working face of the landfill (not shown on the drawings due to the changing location) – In general, the fresh refuse at the working face absorbs almost all precipitation that falls on the working face.  In addition, consistent with standard practice at California landfills, Facility personnel take other precautions to capture storm water that might contact refuse and is not absorbed.  Facility personnel manage this contact water as leachate and dispose of it properly either in the on-site Class II surface impoundment or off-site at a wastewater treatment plant.
- The stockpile and processing location for inerts (not shown on the drawings due to the changing location).
- Various stockpile locations for greenwaste (not shown on the drawings due to the changing location).
- Storage locations for waste tires, white goods and other recyclables. (Drawing 1)
- The proposed CASP facility. (Drawing 3) However, since composting will occur in covered aerated static piles, there will be minimal exposure of composting materials to precipitation. In addition, as noted, the proposed CASP facility drainage system will collect and store all contact water for use in the composting process.

The leachate seeps at Modules 4 and 5 have been the only significant or reportable spills or leaks that have resulted in off-site discharge of potentially contaminated storm water runoff at the Facility within the previous five years. Attachment 3 presents the written notifications of these seeps submitted to the RWQCB. In addition, the following spills, or leaks have occurred at the Facility within the previous five years:

- In November, 2018, the Camp Fire damaged an above-ground leachate conveyance line west of Module 4, and the need to respond to more obvious impacts from the fire prevented Facility staff

from noticing the damage to the leachate conveyance line immediately. At the time of the damage to the line, there was no electrical power at the Facility due to the fire. Therefore, the Facility leachate pumps were not running, and there was no leachate in the line. When power was restored, Facility personnel observed that leachate had flowed from the damaged line and turned the pumps off immediately. Leachate from the damaged line flowed into Sediment Basin #2, and there was not discharge from Sediment Basin #2 during the remainder of the winter. Therefore, there was no off-site discharge of leachate from this leak. Attachment 3 (an amendment to the Fourth Quarter (WDR) Monitoring Report for the Facility) provides detailed information regarding this event.  Sediment Basin #2 has since been excavated to increase on-site storage capacity.  Excavated soil was utilized as daily cover material in Module 4 operations. Confirmation soil sampling was conducted post-excavation and analytical results were provided to the Regional Board.

- On July 31, 2019, due to a malfunction, a water truck hauling leachate spilled approximately 150 gallons of leachate onto an on-site roadway. Facility personnel cleaned up the spill, preventing any off-site release of materials. Attachment 3 presents the notification to the RWQCB of this spill.

- On October 17, 2019, leachate flowed from a broken leachate collection and removal system (LCRS) pipe near the leachate pond. Facility personnel used appropriate materials to absorb and collect all free liquid from the leak and disposed of all materials in Module 4 of the landfill. Facility personnel also excavated and removed all potentially contaminated soil from the area of the leak and disposed of this soil in Module 4. SCS Engineers obtained confirmation samples to verify that all contaminated materials were removed and disposed of in Module 4. Attachment 3, the Technical Memorandum submitted to the RWQCB to notify them of this leak presents detailed information regarding this leak.

- On July 25, 2020 a minor tear in the leachate pond evaporator system hose resulted in a minor discharge of leachate into the soil near the leachate pond. Facility personnel excavated impacted soils and disposed of them in a lined waste management unit (Module 5A). Attachment 3 presents the SCS Engineers report documenting notification of the RWQCB of the event, remediation activities and the results of sampling and analysis confirming remediation of impacted soils.


## 5.6    SECTION 3.F - AREAS OF INDUSTRIAL ACTIVITY

The major area of industrial activity at the Facility is the active working face of the landfill. The location of this area changes over time as part of normal landfill operations.

Other areas of industrial activity are identified below:

- Class II surface impoundment for leachate. (Drawing 2)
- Maintenance shop, equipment storage and parking area. (Drawing 1)
- Access road. (Drawing 1)
- Soil stockpile. (Drawings 2 and 3)
- Stockpile and processing location for inert materials. (not shown on the drawings due to the changing location.)

- Storage locations for waste tires, white goods and other recyclables. (Drawing 1)
- Proposed CASP facility. (Drawing 3)


## 6   LIST OF INDUSTRIAL MATERIALS

The primary materials handled and stored at the facility are solid waste (including inert construction and demolition [C&D] materials,) greenwaste, recyclable materials, waste tires, stockpiled cover soil, leachate, diesel, used oil, motor oil and lubricants (e.g., grease,) hydraulic oil, cleaners, and proposed organic feedstocks for the proposed CASP facility. In addition, occasionally, small amounts of hazardous materials are found within the incoming solid waste and recyclables. These load-checking wastes are stored in Secure containers with secondary containment at the locations shown on Drawing 1. Facility personnel store random load check wastes and hazardous/special wastes from special occurrences found at the end of the day in the container next to the Maintenance Building. Facility personnel store load check wastes from commercial haulers in the container near the easterly Facility boundary near Neal Road.

The table below indicates the types of materials, location and estimated quantities of significant materials at the Neal Road Recycling and Waste Facility.

| Material | Location | Typical Quantity on Site | Frequency, Estimated |
|---|---|---|---|
| Solid Waste | Working Face | Varies | Approx. 500 tons per day average (540 tons per day maximum) |
| Inert C&D, Greenwaste, Recyclable Materials, Waste Tires | Varies and See Drawing 1 | N.A. | Varies |
| Stockpiled Cover Soil | See Drawing 2 | Varies | Varies |
| Leachate | Class II Surface Impoundment – See Drawing 2 | Varies | Produced continuously in landfill |
| Diesel | See Drawing 1 | 8,000 gal tank | Varies |
| Used Oil | Used Oil Tanks – See Drawing 1 | 1,480 total tank capacity | Varies |
| Motor Oil, Lubricants, Hydraulic Oil, and Cleaners | Maintenance Bldg. – See Drawing 1 | Varies | Varies |
| Load Checking Wastes | Load Check Waste Containers | Varies | Varies |
| Proposed organic feedstocks for the proposed CASP facility | See Drawing 3 | Up to 39,000 tons per year | Up to 39,000 tons per year |

# 7   POTENTIAL POLLUTANT SOURCES

## 7.1   DESCRIPTION OF POTENTIAL POLLUTANT SOURCES

### 7.1.1   INDUSTRIAL PROCESSES

Industrial activities occurring at the facility include vehicle parking, unloading, maintenance, repair, washing, fueling, and parking. Solid waste, recyclables, and proposed compost feedstocks are/will be unloaded in the designated areas.

### 7.1.2   MATERIAL HANDLING AND STORAGE AREAS

Unloading — Trucks and public vehicles enter the Facility, weigh in on the scale, and unload at the working face of the landfill, or other designated areas (e.g., proposed CASP facility). Trucks carrying imported cover soils unload at the soil stockpile. These vehicles then exit the Facility.

Material Handling — At the landfill working face, Facility personnel use bulldozers and landfill compactors to spread and compact solid wastes. Facility personnel use loaders, excavators, and other appropriate equipment to handle inert materials, greenwaste, other recyclables, and waste tires. Facility personnel will use similar equipment to handle proposed compost feedstocks for the proposed CASP facility. Facility personnel use standard earth moving equipment to place cover soils over the in-place wastes.

Diesel Fuel Tank — An aboveground factory-built diesel tank with secondary containment is located as shown on Drawing 1.

Used Oil Collection — Two used oil tanks are located as shown on Drawing 1.

Load Checking — Small amounts of household hazardous wastes may be discovered in incoming solid waste and recyclables and are moved to a storage facility designed and constructed specifically for this purpose.  A properly licensed hauler removes these load-checking wastes as required by applicable regulations.

Leachate Collection and Removal – The leachate collection and removal systems in the landfill units collect leachate, which is pumped to the Class II surface impoundment. Facility personnel use water trucks to haul leachate for dust control on lined landfill units. Tanker trucks haul leachate off-site for disposal in a wastewater treatment plant.

Motor Oil, Lubricants, Hydraulic Oil, and Cleaners – Facility personnel store these materials in the maintenance building. They use these materials in the maintenance building, or at various locations while servicing equipment.

The type, location, characteristics, and quantity of the significant materials in this area are described above.  The best management practices to prevent spills and leaks are addressed in Section 8.

### 7.1.3   DUST AND PARTICULATE GENERATING ACTIVITIES

Small quantities of dust are generated during the unloading and sorting of materials, spreading and compacting wastes, placing daily cover, and handling/managing inert materials, greenwaste, other recyclables, and future compost feedstocks. In addition, on-site traffic and construction activities can also generate dust. Water used for dust control and cleaning is limited and will typically evaporate before flowing off-site.  The amount of dust and particulates generated at the facility is not known. Generally, the material settles throughout the Facility.

### 7.1.4   SIGNIFICANT SPILLS AND LEAKS

### 7.1.4.1   AREAS WHERE SPILLS AND LEAKS CAN LIKELY OCCUR

Section 5.5 discusses significant or reported spills or leaks at the Facility within the previous five years. In addition, spills or leaks are not likely, but could occur in the areas described in the table above.

### 7.1.4.2   INDUSTRIAL MATERIALS THAT HAVE SPILLED OR LEAKED IN SIGNIFICANT QUANTITIES AND HAVE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

Section 5.5 discusses significant or reported spills or leaks at the Facility within the previous five years.

### 7.1.4.3   TOXIC CHEMICALS THAT HAVE BEEN DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM AS REPORTED ON U.S. EPA FORM R AND OIL AND HAZARDOUS SUBSTANCES EXCEEDING REPORTABLE QUANTITIES THAT HAVE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

Section 5.5 discusses significant or reported spills or leaks at the Facility within the previous five years. Laboratory results of samples of the leachate from the seeps at Modules 4 and 5 indicate that the leachate was not a hazardous waste.

### 7.1.4.4   INDUSTRIAL MATERIALS THAT HAVE SPILLED OR LEAKED IN SINGIFICANT QUANTITIES AND HAD THE POTENTIAL TO BE DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM WITHIN THE PREVIOUS FIVE-YEAR PERIOD

Section 5.5 discusses significant or reported spills or leaks at the Facility within the previous five years. Laboratory results of samples of storm water discharged from the Facility indicate that the leachate from the seeps at Modules 4 and 5 was not a hazardous waste.

### 7.1.4.5   FOR EACH DISCHARGE, OR POTENTIAL DISCHARGE LISTED ABOVE, LOCATION, CHARACTERISTICS, AND APPROXIMATE QUANTITY OF MATERIALS SPILLED OR LEAKED; APPROXIMATE QUANTITY OF MATERIALS DISCHARGED FROM THE FACILITY'S STORM WATER SYSTEM; CLEANUP OR REMEDIAL ACTIONS; APPROXIMATE REMAINING QUANTITY OF MATERIALS THAT HAVE THE POTENTIAL TO BE DISCHARGED AND MEASURES TO PREVENT SPILLS OR LEAKS

Section 5.5 discusses, the leachate seeps at Modules 4 and 5 which have been the only significant or reportable spills or leaks that have resulted in off-site discharge of potentially contaminated storm water runoff at the Facility within the previous five years. Laboratory results of samples of storm water discharged from the Facility indicate that the leachate from the seeps at Modules 4 and 5 was not a hazardous waste. Attachment 3 presents notifications to the RWQCB of these seeps. These notifications provide available additional information regarding these seeps. (Standard observations or measurements necessary to estimate off-site discharge from the facility's storm water system were apparently not obtained during the discharge. The IGP-required Sampling Event Observations do not require dischargers to obtain such observations or measurements.) In addition, Section 5.5 presents information on other spills, or leaks that have not resulted in off-site discharge of potentially contaminated runoff.

7.1.5    NON-STORM WATER DISCHARGES (NSWDS)

7.1.5.1    IDENTIFICATION OF NSWDS, SOURCES, AND DRAINAGE AREAS

There are no authorized NSWDS at the Facility.

As mentioned in Section 7.1.3 above, the only potential unauthorized NSWDs at the facility would result from water used either for dust control, or Facility/equipment washing.  As noted above, Facility personnel exercise care to minimize the quantity of water used.  In addition such activities, especially dust control occur primarily during dry weather, and NSWDs are not likely.

As noted above, in Section 7.1.3, dust control occurs at various locations on the landfill, depending on current operations.  Facility/equipment washing occurs within or near the maintenance building.

7.1.5.2    EVALUATION OF DRAINS AND IDENTIFICATION OF CONNECTIONS TO FACILITY STORM WATER SYSTEM

As discussed above in Section 5.2 and shown on Drawings 1 and 2, storm water conveyance systems at the Facility consist mainly of ditches, swales, culverts, downdrains, berms, temporary basins, and the primary sedimentation basin.  As noted in Section 5.2, there are no municipal storm drain systems in the vicinity of the Facility.

7.1.5.3    ELIMINATION OF UNAUTHORIZED NSWDS

As described in Section 7.1.5.1 above, Facility personnel exercise care to minimize the amount of water used on-site to prevent unauthorized NSWDs.

7.1.5.4    DESCRIPTION OF NSWDS

See Section 7.1.5.1.

7.1.6    ERODIBLE SURFACES

See Section 5.2.

**7.2    ASSESSMENT OF POTENTIAL POLLUTANT SOURCES**

7.2.1    AREAS WITH LIKELY SOURCES OF POLLUTANTS IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS

The potential sources of storm water pollution are:

a. Traffic areas and material storage areas

Storm water in contact with piles of metal, green waste, or other recyclables could result in elevated levels of metals or organics.

Litter, consisting of paper and plastic, if present in this area, can be washed from the site during rain events and contaminate storm water runoff. Litter can also be carried on the wheels of trucks exiting the facility or blown off site.

Fuel or petroleum fluids could be released accidentally from incoming vehicles or the on-site loader or other equipment.

b. Used oil area

Customers utilizing the used oil area could spill used oil. The used oil tank is unlikely to be vulnerable to vehicle impacts. An oil spill could occur during transfer of oil from the tank to the oil tanker removing the oil.

c. Fueling area

The fuel from the diesel tank could spill during fueling.  Damage sufficiently severe to rupture both the primary and secondary containment of the tank is unlikely given the construction of the tank.  Due to the topography around the fuel tank, Facility personnel would likely be able to contain and cleanup any fuel that spills during fueling, or in the unlikely event sufficiently severe damage to the tank, before off-site transport occurs.

d. Landfill working face

As noted in Section 5.5 above, the landfill working face is a potential source of storm water pollutants due to precipitation contacting exposed solid wastes.  As described in Section 5.5, discharge of contaminated storm water from the working face is not likely.  However, if such a discharge occurred, it could contain a wide variety of organic and inorganic pollutants due to the varied composition of solid wastes.

Total Suspended Solids (TSS) are another potential storm water pollutant at the working face due to the earth moving involved in placing daily cover over landfilled wastes. In addition, litter could blow from the working face.

e. Load check waste storage areas

Storage containers for load check wastes could develop leaks.

f. Roof runoff

Any debris [soil (TSS) or litter] on the roofs would flow into the Facility drainage system.

g. Class II Surface Impoundment

Drawing 2 shows the location of Class II surface impoundment for leachate at the Facility.  Leachate that leaks from the trucks hauling leachate from the impoundment could contain a wide variety of inorganic and organic pollutants.

h. Bare Soil Areas

Storm water flows from the soil stockpile and other areas of bare soil could contribute TSS and associated total metals to storm water flows at sample locations.

i. Proposed CASP Facility

As noted above, the proposed CASP facility will include drainage systems to collect contact water from the composting material (for use in the composting

Neal Road Recycling and Waste Facility            15                          February4, 2021
SWPPP

COL009322

process) and to convey other (non-contact) storm water runoff to the overall Facility drainage system. Non-contact storm water runoff is likely to be similar to storm water runoff from other areas within the facility. Depending of feedstock composition, storm water runoff that contacts composting material could also contain the additional parameters associated with SIC Code 2875 listed in Section 9.3.1.7, below.

## 7.2.2   POLLUTANTS LIKELY TO BE PRESENT IN INDUSTRIAL STORM WATER DISCHARGES AND AUTHORIZED NSWDS

As described in Section 7.2.1 above, the following pollutants could be present in storm water discharges from the Facility:

- Metals.
- Organics.
- Litter.
- Petroleum products such as diesel, gasoline, oil, and lubricants.
- Leachate.
- Hazardous wastes.
- Dust.
- Nitrate & Nitrite Nitrogen (depending on feedstock composition)
- Phosphorus (depending on feedstock composition).

## 7.2.3   APPROXIMATE QUANTITY, PHYSICAL CHARACTERISTICS AND LOCATIONS OF INDUSTRIAL MATERIALS

See table in Section 6, above.  Except for load-checking wastes, which could have a variety of physical characteristics, the physical characteristics (e.g., liquid, solid, powder) of the industrial materials on-site are self-evident.

## 7.2.4   DEGREE TO WHICH POLLUTANTS ASSOCIATED WITH INDUSTRIAL MATERIALS MAY BE EXPOSED TO, AND MOBILIZED BY, CONTACT WITH STORM WATER

Except for wastes, inert materials, waste tires, and recyclable materials, most industrial materials are stored in buildings, appropriately designed and constructed containers, or within secondary containment. Composting materials at the CASP facility will compost in covered aerated static piles. The structural controls described in Section 5.3 will limit transport of pollutants from wastes, inert materials, waste tires and recyclable materials. In addition, spills or leaks are most likely to occur on surfaces where they can be detected and cleaned up easily.  Therefore, the degree to which pollutants may be exposed to, and mobilized by contact with storm water is minimal.

## 7.2.5   PATHWAYS BY WHICH POLLUTANTS MAY BE EXPOSED TO STORM WATER OR AUTHORIZED NSWDS

The pathways by which pollutants may be exposed to storm water or NSWDs are described below:

- Leaks/overflows from tanks, vehicles, containment structures, or buildings.
- Direct contact with precipitation, or storm runoff outside a building, or containment structure.

## 7.2.6   SAMPLING, VISUAL OBSERVATION AND INSPECTION RECORDS

Review of storm water monitoring records for the Facility indicates that iron and magnesium are the only parameters that tend to exceed the Numeric Action levels (NALs) in the Order. Both of these metals have been detected at relatively high concentrations in samples of run-on that flows onto the facility from off-site. Therefore, there may be an off-site source of these metals that is responsible for the NAL exceedances.

In addition, the difference between dissolved iron and total iron in the sample from the February 26, 2019 QSE indicates that TSS may be a significant source of the iron in the sample. Although the Facility did not analyze the sample for dissolved magnesium, it is possible that TSS is also a significant source of the magnesium in the sample. Therefore, additional efforts using BMPs to control TSS appear to be warranted. The improvements proposed by Golder and SCS in Attachments 1 and 2 include increased use of such BMPs.

## 7.2.7   EFFECTIVENESS OF EXISTING BMPS

The information presented in Section 7.2.6 indicates that existing BMPs are generally effective, with the condition that additional efforts to control TSS are necessary.

## 7.2.8   EFFECTIVENESS OF MINIMUM BMPS

The information presented in Section 7.2.6 indicates that Minimum BMPS, particularly erosion and sediment controls, are likely to be effective, with the added note that additional efforts to control TSS are necessary.

## 7.2.9   INDUSTRIAL POLLUTANTS RELATED TO RECEIVING WATERS WITH 303(D) LISTED IMPAIRMENTS OR APPROVED TOTAL MAXIMUM DAILY LOADS (TMDLS)

The Order requires this SWPPP to identify industrial pollutants related to receiving waters with 303(d) listed impairments identified in Appendix 3, or approved TMDLs that may be causing or contributing to an exceedance of a water quality standard in the receiving waters.

Information generated automatically in SMARTS indicates that the facility is within a watershed with 303(d) listed impairments for the following compounds:

- Diuron

- Mercury

- pH

Previous annual reports have indicated that, of these parameters, only pH is present at the Facility. Therefore, storm water sampling and analysis will not include diuron or mercury.

Neal Road Recycling and Waste Facility  
SWPPP

17

February4, 2021

COL009324

7.2.10  FACILITY AREAS WHERE MINIMUM BMPS WILL NOT ADEQUATELY REDUCE OR PREVENT POLLUTANTS IN STORM WATER DISCHARGES – PROPOSED ADVANCED BMPS

The information presented in Section 7.2.6 indicates that Minimum BMPS are likely to be effective.

7.2.11  AREAS WITH NO EXPOSURE TO INDUSTRIAL ACTIVITIES AND MATERIALS

The only areas at the Facility that might not be exposed to industrial activities and materials are narrow strips of land along the Facility perimeter. However, even these areas are potentially exposed to wind-borne dust, or spills from vehicles. Therefore, there are no areas at the Facility with no exposure to industrial activities and materials.

7.2.12  PROPOSED ADDITIONAL MONITORING PARAMETERS

Based on the information presented above in this section, no monitoring parameters, other than those required by Section XI.B.6 of the Order, are proposed.

## 8   BEST MANAGEMENT PRACTICES (BMPS)

The Order requires dischargers to implement, to the extent feasible, all minimum BMPs described in Section H.1 of the Order.  In addition, the Order requires dischargers to implement, to the extent feasible, the advanced BMPs proposed in Section 7.2.10 of this SWPPP.

### 8.1   MINIMUM BMPS

This SWPPP discusses the minimum BMPs required by the Order, and their implementation at the Facility, below:

8.1.1   GOOD HOUSEKEEPING

The following sections discuss the major components of Good Housekeeping at the Facility.

8.1.1.1   FACILITY OBSERVATIONS

Facility personnel will observe all outdoor areas associated with industrial activity.  Personnel will give particular attention to the following areas:

- Storm water discharge and sampling locations.
- The landfill working face.
- Areas surrounding the Class II surface impoundment.
- Drainage facilities.
- The condition of the structural controls listed in Section 5.3.
- Areas where wind-blown litter may collect.

- Areas where industrial materials, such as inert materials, greenwaste, recyclables, and waste tires are stored

- The used oil areas.

- The fueling area.

- Areas with bare soil.

- The proposed CASP facility (when operational).

Facility personnel will clean and dispose of any litter or spilled, tracked, or leaked material properly. (See Section 8.1.3 below for spill response procedures.)

## 8.1.1.2   TRACKING

On-site haul roads to the landfill working face are either paved, or covered with an all weather surface (gravel, base rock, etc.).  Therefore, off-site tracking of material will be reduced to the extent possible, and limited mainly to occasional tracking of litter from the solid waste handling activities.

## 8.1.1.3   DUST

As noted in Section 7.1.3, Facility personnel control dust generation by using water for dust control in a manner that minimizes the chances of dust-control water flowing off-site.

## 8.1.1.4   RINSE/WASH WATER CLEANING

Facility personnel will continue current practices to maintain areas impacted by rinse/wash water to prevent storm water contamination.  Facility personnel prevent rinse/wash water from flowing off-site. As indicated in Section 7.2.6 above, monitoring results indicate that these practices have been effective. (Only iron and magnesium exceed NALs.)

## 8.1.1.5   STORED INDUSTRIAL MATERIALS

Facility personnel will cover containers (e.g., roll-off boxes) with stored industrial materials before forecasted precipitation events.

## 8.1.1.6   STORED NON-SOLID INDUSTRIAL MATERIALS OR WASTES

Facility personnel will store non-solid industrial materials in containers.

## 8.1.1.7   PREVENTION OF DISPOSAL OF RINSE/WASH WATERS INTO THE FACILITY STORM WATER SYSTEM

As noted above in Section 8.1.1.4, facility personnel maintain areas impacted by rinse/wash water to prevent storm water contamination and prevent rinse/wash water from flowing off-site.  If necessary, a wattle could be placed around the wash area to provide additional protection for the facility storm water system.  As described in Section 7.2.6 above, monitoring results indicate that current practices to prevent disposal of rinse/wash water into the Facility Storm Water conveyance system are effective.

### 8.1.1.8  STORM WATER DISCHARGES FROM NON-INDUSTRIAL AREAS THAT CONTACT INDUSTRIAL AREAS

As noted in Section 7.2.11, there are virtually no areas at the Facility that are not impacted by industrial activities, or materials.

### 8.1.1.9  NSWDS FROM NON-INDUSTRIAL AREAS THAT CONTACT INDUSTRIAL AREAS

There are no NSWDs from non-industrial areas that contact industrial areas at this Facility.

### 8.1.2  PREVENTATIVE MAINTENANCE

The following sections discuss the major components of Preventative Maintenance at the Facility.

### 8.1.2.1  EQUIPMENT OR SYSTEMS USED OUTDOORS THAT MAY SPILL OR LEAK POLLUTANTS

The following equipment or systems used outdoors may spill or leak pollutants:

- Diesel pumping system.
- Heavy equipment.
- Diesel storage tank.
- Used oil storage tanks.
- Material storage containers.
- Class II surface impoundment.
- Temporary containment berms for contact water (weak leachate) at the landfill working face (if used).
- Future containers for contact water at the proposed CASP facility.


### 8.1.2.2  EQUIPMENT AND SYSTEM OBSERVATIONS

Facility personnel observe the following equipment and systems daily to detect leaks or conditions that might result in leaks:

- Diesel pumping station.
- Heavy equipment (pre-trip observations).
- Temporary containment berms for contact water (weak leachate) at the landfill working face (if used).

Facility personnel will observe the following equipment and systems monthly to detect leaks or spills, or conditions that might result in leaks or spills:

- Diesel storage tank.
- Used oil storage tanks.
- Material storage containers.
- Class II surface impoundment.

- Septage transfer station.
- Proposed CASP facility contact water management system (when operational).

8.1.2.3   EQUIPMENT AND SYSTEM MAINTENANCE SCHEDULE

Facility personnel follow manufacturer's recommended schedule for equipment and system maintenance.

8.1.2.4   EQUIPMENT AND SYSTEM MAINTENANCE PROCEDURES

Facility personnel advise the supervisory personnel promptly of conditions requiring repairs or unscheduled maintenance.  The supervisory personnel arrange for such repairs and maintenance in a sufficiently timely manner to prevent spills or leaks.

8.1.3   SPILL AND LEAK PREVENTION AND RESPONSE

The observations and maintenance described above should prevent most spills, or leaks.  Should "routine" spills, or leaks (e.g., minor, small quantity, spills of materials used frequently at the Facility, minor equipment leaks, etc.) occur, Facility personnel will contain and clean up the spilled, or leaked material using such typical spill response materials and tools as absorbent, flexible containment berms, brooms, shovels, and buckets.  Facility personnel will notify the management personnel promptly of all spills or leaks.  Depending on the nature and extent of the spill or leak, management personnel will notify other appropriate parties, such as the following agencies:

- Local Enforcement Agency.
- Regional Water Quality Control Board.
- Local Air Quality District.
- Fire Department.
- California Highway Patrol.
- Department of Toxic Substances Control.
- CalOES.

If major, non-routine, potentially hazardous spills or leaks (e.g., large quantities of extremely volatile, or flammable materials, unknown materials, etc.) occur, Facility personnel will clear customers and other persons from the area of the spill and down-wind of the spill immediately and notify management personnel immediately.  Facility personnel may attempt to contain the material from a safe distance, if possible.  However, Facility personnel will not attempt to clean up the material or approach the material without the approval of management personnel.  The safety of Facility personnel and other persons at the Facility will be the prime concern under such circumstances.  If necessary, management personnel will contact appropriate professional "cleanup" contractors to handle the material.

If a spill, or leachate seep, flows into the Facility storm water system, Facility personnel will implement procedures immediately (consistent with Facility safety procedures) to contain the contaminated storm water. Such measures could include the following actions:

- Shutting off any storm water pumps that might pump contaminated storm water to other portions of the on-site storm water system. In particular, Facility personnel will shut off any pumps that

Neal Road Recycling and Waste Facility          21                          February4, 2021
SWPPP

might pump contaminated storm water to locations where it could flow into the Primary Sedimentation Basin (and then off-site).

- Re-routing storm water discharge hoses, or storm water pipes to contain contaminated storm water on-site.

- Using earth-moving equipment to construct temporary berms, diversion ditches, or retention features (**small**, **shallow**, **temporary** impoundments, or ponds) to help contain contaminated storm water on-site. For example, Facility personnel could construct a small, shallow, temporary basin, from which contaminated storm water could be pumped into a tanker truck for off-site disposal at a wastewater treatment plant.

- In stalling temporary tanks to contain contaminated storm water for off-site disposal at a wastewater treatment plant.

- Shutting off storm water pumps will also include lockout tagout procedures to prevent accidental re-starting of the pumps.

The overall objective of Facility personnel in these circumstances will be to contain any contaminated storm water on-site and to maintain that containment until Facility Management determines the appropriate course of action.


### 8.1.4   MATERIAL HANDLING AND WASTE MANAGEMENT

The following sections discuss the material handling and waste management at the Facility.

#### 8.1.4.1   INDUSTRIAL MATERIAL AND WASTE HANDLING

The liquids identified in Section 6 are the materials most readily mobilized by contact with storm water. Facility personnel will minimize handling of these materials during storm events.

#### 8.1.4.2   NON-SOLID INDUSTRIAL MATERIAL AND WASTE STORAGE AND CONTAINMENT

Facility personnel will store non-solid industrial materials and wastes in containers.

#### 8.1.4.3   COVERING OF INDUSTRIAL MATERIAL AND WASTE STORAGE CONTAINERS WHEN NOT IN USE

Facility personnel will cover containers (for industrial materials or wastes) that have not been washed and are not in use prior to forecasted precipitation events.

#### 8.1.4.4   RUN-ON AND STORM WATER DIVERSION

As noted above, the Facility does receive storm water run-on from adjacent property. Facility personnel have constructed ditches to convey run-on around industrial areas. (The ditches may still be subject to dust, or spills from vehicles as noted above in Section 7.2.11.) In addition, the Facility samples and analyzes run-on under its WDR monitoring and reporting program. Since run-on is a potential source of iron and magnesium as noted in Section 7.2.6 above, Facility management personnel may evaluate further actions related to run-on control.

At the working face, Facility personnel will construct temporary berms to divert storm water run-on from adjacent covered areas away from exposed wastes at the working face.  As described in Section 5.5, Facility personnel will also construct temporary berms around the active working face if necessary to capture storm water that might become leachate by contacting exposed wastes.

### 8.1.4.5   SPILL CLEAN-UP

See Section 8.1.3 above.

### 8.1.4.6   OUTDOOR EQUIPMENT AND CONTAINER OBSERVATIONS AND CLEANING

Facility personnel wash equipment as needed.  See Sections 8.1.2 and 8.1.4.3 for additional information.


### 8.1.5   EROSION AND SEDIMENT CONTROLS

Prior to the start of wet weather each year (typically identified as prior to October 15), Facility personnel install the following erosion and sediment controls, as necessary, at the Facility:

- Berms to control storm water.
- Downdrains to convey storm water runoff efficiently down landfill slopes and to prevent erosion.
- Lined and unlined ditches.
- Sediment and erosion control measures such as straw wattles, silt fencing, hydroseeding and earthguard.
- Installing rainfly panels over landfill areas that will be inactive during the winter.
- Posi-Shell EC4, or approved equal for slope stabilization.


### 8.1.5.1   SEDIMENT BASINS

The primary sediment basin shown on Drawing 2 is an existing feature and was not designed to comply with current requirements in the Order.  Although storm water monitoring results for TSS indicate that existing sediment control features and practices at the Facility are generally effective, increased use of sediment and erosion control BMPs appears to be necessary to address NAL exceedances for iron, and, possibly, magnesium.  The temporary basins shown on Drawing 2 provide additional sediment control for runoff from the Facility.

### 8.1.6   EMPLOYEE TRAINING

The following sections discuss the employee training related to this SWPPP at the Facility.

### 8.1.6.1   TEAM MEMBER TRAINING

Butte County will provide appropriate training to all Pollution Prevention Team members.  Training shall include, but not be limited to, BMP implementation, BMP effectiveness evaluations, visual observations, and monitoring activities. The most recent training occurred on November 11, 2020.

## 8.1.6.2   TRAINING MANUALS OR MATERIALS

Butte County maintains copies of appropriate training manuals and materials at the Facility.  These include the following items:

- Equipment maintenance manuals.
- The SPCC.
- This SWPPP.
- Copies of procedures for sampling storm water discharges.
- Chains of custody.
- Forms for recording observations.

## 8.1.6.3   PERSONNEL REQUIRING TRAINING

The Pollution Prevention Team are the primary persons requiring training in this SWPPP.  They will train, or arrange for training for other Facility personnel, such as mechanics, load checkers and equipment operators, in portions of this SWPPP as needed.

The employee training program includes emphasis on litter control and the importance of minimizing contamination of storm water runoff. Topics included in the routine training programs are:

- Review of the objectives of the SWPPP and the requirements of the General Permit.
- Demonstration of the consequences of the discharge of contaminated of storm water from the site.
- General housekeeping procedures for interior and exterior areas.
- Daily litter patrol responsibilities and procedures.
- Wet weather procedures.
- Conducting visual observations.
- Sampling techniques and procedures.
- Spill clean-up responsibilities and procedures.

## 8.1.6.4   TRAINING SCHEDULE

Existing personnel will receive training annually.  New hires will receive training soon after hire and before performing any SWPPP-related work.

## 8.1.6.5   TRAINING DOCUMENTATION

Facility personnel will maintain records of training on-site.

## 8.1.7   QUALITY ASSURANCE AND RECORD KEEPING

The following sections discuss the quality assurance and record keeping procedures at the Facility.

### 8.1.7.1   MANAGEMENT PROCEDURES

Management personnel will determine appropriate personnel to implement the elements of this SWPPP, including the Monitoring Implementation Plan.

### 8.1.7.2   BMP IMPLEMENTATION TRACKING

Visual observation records and the Annual Evaluation (See Section 11) will be the main tools for tracking and recording BMP implementation.

### 8.1.7.3   RECORD KEEPING

The Facility will maintain all records associated with SWPPP implementation for at least five years.

## 8.2   ADVANCED BMPS

The information presented in Section 7.2.6 indicates that Minimum BMPS are likely to be effective.

## 8.3   TEMPORARY SUSPENSION OF INDUSTRIAL ACTIVITIES

Not Applicable

## 8.4   BMP DESCRIPTIONS

### 8.4.1   POLLUTANTS EACH BMP IS DESIGNED TO REDUCE OR PREVENT

See Table 2.

### 8.4.2   FREQUENCY, TIMES OF DAY, OR CONDITIONS FOR BMP IMPLEMENTATION

The BMP activities described in this SWPPP are routine components of solid waste facility operations. Facility personnel perform most of them continuously, or on an as-needed basis, as described in other sections of this document.  In particular, the following sections of this document present additional information on this topic:

- Section 8.1.2.2.
- Section 8.1.2.3.
- Section 8.1.6.4.
- Section 9.1.3.
- Section 9.2.

### 8.4.3   LOCATIONS FOR BMP IMPLEMENTATION

See Table 2.

### 8.4.4   POSITIONS RESPONSIBLE FOR BMP IMPLEMENTATION

The Pollution Prevention Team is responsible for implementing all BMPs.  However, they will delegate certain tasks (e.g., picking up litter, working on equipment, etc.) to appropriate Facility employees.

8.4.5   PROCEDURES FOR BMP IMPLEMENTATION

Housekeeping – Special procedures are not necessary for most of the housekeeping activities (e.g., observing general facility conditions, picking up litter, storing materials in appropriate containers, etc.) described in Section 8.1.1 above.  Most of these are routine, "common sense" activities.  The following text describes procedures for non-routine activities:

- Checking holding tank condition and liquid level – Facility personnel will open the covers/lids of the holding tanks and observe the liquid level visually.  Following pump-out, Facility personnel will observe the interior tank conditions visually.
- Cleaning drain inlets – Occasionally, cleaning drain inlets my necessitate removing the inlet grate and removing sediment or other material in the inlet.

Preventative Maintenance – Facility personnel will follow manufacturers recommendation for routine maintenance of equipment, vehicles, and systems like the fuel pump.

Spill and leak prevention response – Management personnel will arrange for training in spill response for Facility Employees.

Material Handling and Waste Management – Management personnel will monitor weather forecasts and direct Facility personnel to cover containers if precipitation is forecast.  Other activities necessary for this BMP are routine activities (e.g., storing materials in appropriate containers) for solid waste facility personnel.  Special procedures are not necessary, and supervisors will direct Facility personnel in performing them.

Training – Management personnel will either train Facility personnel or arrange for outside consultants to provide training.  Management personnel will contact appropriate consultants and vendors to provide their training.

Quality Assurance and Record Keeping – Management personnel will provide quality assurance monitoring of Facility personnel performing BMP-related activities.  They will also maintain records in binders, or files at the Facility.


8.4.6   EQUIPMENT AND TOOLS NECESSARY FOR BMP IMPLEMENTATION

The only equipment and tools necessary to implement BMPs are equipment and tools typically present at a solid waste facility.  These include the following items:

- Hand tools such as brooms, shovels, buckets, crowbars, etc.
- Typical mechanics tools.
- Spill kits and associated materials such as absorbent, inlet grate covers, and flexible containment berms.
- Heavy equipment.

### 8.4.7   BMPS THAT MAY REQUIRE VISUAL OBSERVATIONS MORE FREQUENTLY THAN MONTHLY

As described in Section 8.1.2.2 above, Facility personnel conduct certain observations daily as part of the routine operation of the Facility.  However, for purposes of SWPPP implementation, monthly observations of BMPs are appropriate.

### 8.4.8   JUSTIFICATION FOR NOT IMPLEMENTING MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS

Not Applicable

### 8.4.9   BMPS IMPLEMENTED IN LIEU OF MINIMUM BMPS, OR APPLICABLE ADVANCED BMPS

Not Applicable

## 8.5   BMP SUMMARY TABLE

Table 2 summarizes each identified industrial activity area, the associated industrial pollutant sources, the industrial pollutants, and the BMPs being implemented.

## 8.6   DESIGN STORM STANDARDS FOR TREATMENT CONTROL BMPS

Not Applicable

# 9   MONITORING IMPLEMENTATION PLAN

## 9.1   GENERAL MONITORING INFORMATION

### 9.1.1   TEAM MEMBERS ASSIGNED TO CONDUCT MONITORING

Either a member of the Pollution Prevention Team, an appropriately trained and designated employee (e.g., heavy equipment operator), or a consultant will conduct monitoring.

### 9.1.2   DISCHARGE LOCATIONS

Drawing 1 shows discharge/sampling locations for the Facility.

### 9.1.3   VISUAL OBSERVATION PROCEDURES

Either a member of the Pollution Prevention Team, or an appropriately trained and designated employee (e.g., heavy equipment operator) will conduct visual observations.  Visual observations will be conducted during daylight and during normal operating hours.  Except for Sampling Event Observations as described in Section 9.2.2, visual observations will not be conducted during conditions, such as storm events, that might impair the ability to observe Facility conditions clearly.

### 9.1.4   VISUAL OBSERVATION RESPONSE PROCEDURES

If necessary, management personnel will take appropriate action to respond to conditions observed during visual observations.

9.1.5   JUSTIFICATION FOR ALTERNATIVE DISCHARGE LOCATIONS

Not Applicable

9.1.6   JUSTIFICATION FOR REPRESENTATIVE SAMPLING REDUCTION

Not Applicable

9.1.7   JUSTIFICATION FOR QUALIFIED COMBINED SAMPLES

Not Applicable

9.1.8   PROCEDURES FOR FIELD INSTRUMENT CALIBRATION

The Facility is not currently at Level 1 status for pH, and it is not subject to Subchapter N ELGs as discussed in Section 10. Therefore, Facility personnel measure field pH using pH paper. If use of a pH meter becomes necessary, Attachment 4 will present calibration procedures for the field instrument that Facility personnel use to measure pH.

9.1.9   SAMPLE CHAIN OF CUSTODY FORM

Attachment 5 is a sample chain of custody form.

**9.2   VISUAL OBSERVATIONS**

9.2.1   MONTHLY VISUAL OBSERVATIONS

At least once per calendar month, Facility personnel shall visually observe each drainage area for the following:

- The presence or indications of prior, current, or potential unauthorized NSWDs and their sources.
- Authorized NSWDs, sources, and associated BMPs to ensure compliance with the Order.
- Outdoor equipment and systems, storage areas, outdoor industrial activities areas, BMPs, and all other potential sources of industrial pollutants described in the preceding sections of this SWPPP.

The monthly visual observation shall be conducted during daylight hours of scheduled facility operating hours and on days without precipitation.  Attachment 6 presents a form Facility personnel can use to record monthly visual observations.  The Facility will provide an explanation in the Annual Report for any uncompleted monthly visual observations.

9.2.2   SAMPLING EVENT VISUAL OBSERVATIONS

Facility personnel will conduct sampling event visual observations at the same time that sampling occurs in a discharge location. At each discharge location where a sample is obtained, Facility personnel shall observe the discharge of storm water associated with industrial activity.

Facility personnel will visually observe discharged storm water and record the presence or absence of floating and suspended materials, oil and grease, discoloration, turbidity, odors, trash/debris, and the source of any discharged pollutants.  Attachment 7 presents a form that Facility personnel can use to record Sampling Event Observations.

If a discharge/sampling location is not observed visually during the sampling event, Facility personnel will record which discharge locations were not observed during sampling or that there was no discharge from those locations.  In addition, Facility personnel will provide an explanation in the Annual Report for any uncompleted sampling event visual observations.

### 9.2.3   VISUAL OBSERVATION RECORDS

Butte County will maintain records of all visual observations.  Records shall include the following information:

- Date.
- Approximate time.
- Locations observed.
- Presence and probable source of any pollutants observed.
- Name of person conducting the observation.
- Any response actions or SWPPP revisions necessary due to the visual observations.

### 9.2.4   BMP REVISION

Butte County will revise BMPs as necessary if visual observations indicate that this SWPPP has not addressed pollutant sources adequately.

## 9.3   SAMPLING AND ANALYSIS

### 9.3.1   SAMPLING

#### 9.3.1.1   QUALIFYING STORM EVENT (QSE)

The Order defines a QSE as a precipitation event that meets the following criteria:

- The event produces discharge for at least one drainage area.
- The event is preceded by at least 48 hours with no discharge from any drainage area.

#### 9.3.1.2   SAMPLING EVENTS

The positions/persons identified in Section 9.1.1 above will collect and storm water samples and send them to an appropriately qualified laboratory for analysis from two QSEs between July 1 and December 31 and two QSEs between January 1 and June 30 of each year.

### 9.3.1.3   COMPLIANCE GROUP PARTICIPANTS

Not Applicable

### 9.3.1.4   SAMPLING LOCATIONS

Drawing 1 shows the discharge/sampling location for the Facility.  Samples collected at this location will be representative of storm water associated with industrial activities at the Facility.

### 9.3.1.5   SAMPLING TIMES

The positions/persons identified in Section 9.1.1 above will collect samples within four hours of either the start of discharge, or the start of Facility operations, if the QSE occurs within the previous 12-hour period.  Sample collection is required during scheduled Facility operating hours when sampling conditions are safe.

### 9.3.1.6   SAMPLE COLLECTION AND HANDLING PROCEDURES

The positions/persons identified in Section 9.1.1 above will collect and handle samples consistent with Attachment 8.  This Attachment is "Attachment H" to the Order.

### 9.3.1.7   PARAMETERS FOR SAMPLING AND ANALYSIS

Storm water samples will be collected and analyzed for the following parameters shown below, using the indicated analytical methods, or alternate methods that meet the requirements of the Order.  The Numeric Action Level (NAL) for each parameter, if established, is also shown below:

| Parameter | Analytical Method | Units | NAL (Annual, Unless Noted) |
|---|---|---|---|
| Total Suspended Solids (TSS) | SM 2540-D | mg/L | 100<br>400 - Instantaneous |
| Oil and Grease (O&G) | EPA 1664A | mg/L | 15<br>25 - Instantaneous |
| pH | Litmus Paper | pH units | less than 6 & greater than 9 |
| Iron, Total | EPA 200.7 | mg/L | 1.0 |
| Lead, Total (H) | EPA 200.8 | mg/L | 0.262* |
| Aluminum, Total | EPA 200.8 | mg/L | 0.75 |
| Zinc, Total (H) | EPA 200.8 | mg/L | 0.26* |
| Chemical Oxygen Demand (COD) | SM 5220C | mg/L | 120 |

After the CASP facility is operational, storm water samples will be collected and analyzed for the following additional parameters:

| Parameter | Analytical Method | Units | NAL (Annual, Unless Noted) |
|---|---|---|---|
| Nitrate & Nitrite Nitrogen | SM 4500-NO3- E | mg/L as N | 0.68 |

Neal Road Recycling and Waste Facility
SWPPP

30

February 4, 2021

COL009337

Phosphorus                              SM 4500-P B+E        mg/L as P      2.0

NOTES:
(H) – Hardness dependent
* - The NAL is the highest value used by U.S. EPA, based on their hardness table in the 2008 MSGP.

<u>Additional "303 Impairment" Parameters</u>

None

## 9.3.1.8   QUALIFIED COMBINED SAMPLES

Not Applicable

## 9.3.1.9   SAMPLING ANALYSIS REPORTING

Facility personnel will submit analytical results within 30 days of receiving the results via SMARTS. As required by the Order, Facility personnel shall provide the method detection limit for "non-detect" analytical results and shall not report "0" for such results.  Facility personnel shall report the analytical result for laboratory detections below the "reporting limit" (or minimum level), but above the method detection limit.

## 9.3.1.10 ALTERNATIVE DISCHARGE LOCATIONS

Not Applicable

## 9.3.1.11 REPRESENTATIVE SAMPLING REDUCTION

Not Applicable

## 9.3.1.12 QUALIFIED COMBINED SAMPLES

Not Applicable

## 9.3.1.13 SAMPLE COLLECTION AND VISUAL OBSERVATION EXCEPTIONS

Consistent with the Order, the Facility is not required to collect samples or conduct visual observations under the following conditions:

- During dangerous weather conditions, such as electrical storms or flooding.
- Outside scheduled Facility operating hours.  (The Facility is not precluded from collecting samples or conducting visual observations outside of scheduled Facility operating hours.)

If the Facility does not collect samples, or conduct visual observations due to the above exceptions, then the Facility will include an explanation of this in the Annual Report.

In addition, the Order does not require the Facility to collect samples or conduct visual observations for drainage areas with no exposure to industrial activities or materials.

Neal Road Recycling and Waste Facility          31                    February 4, 2021
SWPPP

COL009338

9.3.1.14 SAMPLING REDUCTION FREQUENCY CERTIFICATION

Not Applicable

## 10  FACILITIES SUBJECT TO FEDERAL STORM WATER EFFLUENT LIMITATION GUIDELINES (EGLS)

The Order requires dischargers with facilities subject to storm water ELGs in Subchapter N of 40 Code of Federal Regulations (40 CFR) to collect and analyze samples from QSEs for each regulated pollutant specified in the appropriate category in Subchapter N.  Subchapter N contains requirements for landfills (Part 445).  However, the NRRWF is not subject to Subchapter N requirements as demonstrated below:

- Part 445.2(f) defines "Landfill wastewater."  "Landfill wastewater" includes "contaminated storm water" as defined in Part 445.2(b).
- Part 445.20 states that "…this subchapter applies to discharges of wastewater from landfills…"
- As discussed above, NRRWF does not, as part of their standard operating procedures, discharge landfill wastewater, as defined in Part 445.2(f).  (In particular, in Section 5.5 above describes procedures to prevent discharge of potentially contaminated storm water from the working face of the landfill.)

Therefore, this Facility is not subject to the storm water EGLs in Subchapter N of 40 CFR.  However, if the Facility discharges landfill wastewater, as defined in Part 445.2(f), then it will be subject to the storm water EGLs, and facility personnel will collect and analyze samples from QSEs for each of the following (additional) regulated pollutants specified for landfills in Subchapter N.

- Biological Oxygen Demand (BOD) by SM 5210B
- Ammonia (as nitrogen) by SM 4500-NH3C
- A-Terpineol by USEPA 8270
- Benzoic Acid by USEPA 625
- P-Cresol by USEPA 625
- Phenol by USEPA 625

The Facility will collect and analyze samples for these additional parameters for one QSE following the discharge.  Since eliminating such discharges as soon as possible is standard practice at the Facility (through repairs or other corrective measures,) only one sampling and analysis event is likely to be necessary.  However, if conditions, such as wet weather, prevent immediate elimination of the discharge (e.g., if wet weather delays repairs,) then such additional sampling and analysis will continue for as long as the discharge continues and during the first QSE, following elimination of the discharge.  Since such a discharge would also likely be a "reportable" event under the Facility's Waste Discharge Requirements, the Facility may also conduct additional sampling and analysis (either voluntarily, or at the direction of the Regional Water Quality Control Board) for submittal to the Regional Water Quality Control Board.  In addition, facility personnel will comply with the other requirements of Part 445 of Subchapter N applicable to landfills.

# 11   ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION (ANNUAL EVALUATION)

The Facility shall conduct one Annual Evaluation for each reporting year (July 1 through June 30).  If the Facility conducts an Annual Evaluation less than eight months, or more than 16 months after the previous Annual Evaluation, they shall document the justification for doing so.  The Facility will revise this SWPPP, if indicated by the Annual Evaluation, and implement the revisions within 90 days of completing the Annual Evaluation.  At a minimum, the Annual Evaluation shall consist of the following activities:

- A review of all sampling, visual observations and inspection records conducted during the previous reporting year.
- An inspection of all areas of industrial activity and associated potential pollutant sources for evidence of, or the potential for pollutants entering the storm water system.
- An inspection of all drainage areas previously identified as having no exposure to industrial activities and materials.
- An inspection of equipment needed to implement the BMPs.
- A review and effectiveness assessment of all BMPs for each area of industrial activity and associated potential pollutant sources to determine if the BMPs are properly designed, implemented, and are effective in reducing and preventing pollutants in the industrial storm water discharges and authorized NSWDs.
- An assessment of any other factors related to comply with the requirements of Section XVI.B of the order.

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

February 4, 2021

# **FIGURE 1**

                    COL009341

| FUJIICIVIL ENGINEERING<br><br>fujiiciveng@icloud.com | STORM WATER POLLUTION PROTECTION PLAN<br>NEAL ROAD RECYCLING AND WASTE FACILITY<br><br>September, 2019 | FIGURE 1<br>LOCATION MAP |
|---|---|---|



APPROX. SITE LOCATION

Neal Rd

Text

99

Golden State Hwy

205

COL009342

1 mi

Google Earth

© 2018 Google

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

February, 2021

# __SITE MAP__

Consisting of Three Drawings

**Drawing 1**
**Site Map**
**Storm Water pollution Prevention Plan**
**Neal Road Recycling and Waste Facility**
**Fujii Civil Engineering**
**December, 2020**

COL009344



STORM WATER POLLUTION PREVENTION PLAN
NEAL ROAD RECYCLING AND WASTE FACILITY
December, 2020

FUJII CIVIL ENGINEERING
fujiiciveng@icloud.com

SITE MAP

COL009345

**Drawing 2**
**Site Drainage Plan and LCRS Infrastructure**
**Golder Associates, Inc.,**
**June 8, 2020**



**LEGEND**

| | |
|---|---|
| —··—··— | EXISTING PROPERTY BOUNDARY |
| —·—·—· | BUFFER ZONE BOUNDARY |
| — — — | APPROXIMATE MODULE LIMIT |
| ·········· | MODULE 5 PHASE C LINER LIMIT |
| ⊙ MW-6 | MONITORING WELL (PROTECT IN PLACE) |
| ◉ U-4 | LYSIMETER WELL (PROTECT IN PLACE) |
| ▣ SP-8 | SOIL GAS PROBE (PROTECT IN PLACE) |
| ━━━━ | GENERAL STORMWATER CHANNEL/ DITCHES (NO CONDUITS) |
| - - - - | LEACHATE CONVEYANCE (BELOW GROUND) |
| - - - - | LEACHATE CONVEYANCE (ABOVE GROUND) |

**NOTES**

1. TOPOGRAPHIC CONTOURS PREPARED USING PHOTOGRAMMETRIC METHODS BY GEOMAPS. DATE OF PHOTOGRAPHY: JULY 1, 2019. MERGED WITH MODULE GROUND SURVEY DATA PROVIDED BY BUTTE COUNTY. DATE OF TOPOGRAPHY: JANUARY 13, 2020 AND MARCH 5, 2020. MERGED WITH THE MODULE 5, PHASE C EXCAVATION PLAN (GOLDER, 2019).

2. MODULE 1, 2, AND 3 SERVICED BY CPP DOWNDRAINS AND DITCHES. MODULE 4 GRADED TO DRAIN TO SURFACE DITCHES. MODULE 5 GRADED TO DRAIN TOWARDS TEMPORARY BASINS THEN PUMPED TO TEMPORARY STORMWATER BASINS.

**CLIENT**
BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS
7 COUNTY CENTER DRIVE
OROVILLE, CALIFORNIA 95965

**PROJECT**
NEAL ROAD RECYCLING AND WASTE FACILITY

**TITLE**
SITE DRAINAGE PLAN AND LCRS INFRASTRUCTURE

| CONSULTANT | | |
|---|---|---|
| | YYYY-MM-DD | 2020-06-08 |
| | DESIGNED | ABW |
| | PREPARED | ABW |
| | REVIEWED | KGH |
| | APPROVED | KGH |

**GOLDER**

| PROJECT NO. | REV. | FIGURE |
|---|---|---|
| 19119074 | | 1 |

COL009347

Labels visible on drawing: EXISTING SEDIMENTATION BASIN NO. 2, EXISTING OPERATIONS LAYER SOIL STOCKPILE, HIGH VOLTAGE POWER LINES, COUNTY WATER SUPPLY WELL, EXISTING SEDIMENTATION BASIN NO. 4, PRIMARY SEDIMENTATION BASIN, MODULE 4, MODULE 1, MODULE 2, MODULE 3, MODULE 5, PHASE A, PHASE B, PHASE C, MODULE 5 PHASE C TEMPORARY UPPER BASIN, FUTURE MODULE 5 AREA, MODULE 5 PHASE C TEMPORARY LOWER BASIN, EXISTING BASIN NO. 3, TO PARADISE, LANDFILL GAS TO ENERGY PLANT, NEW SCALES AND ACCESS ROAD, MAINTENANCE BUILDING, SITE ENTRANCE, NEAL ROAD, TO STATE HWY 99

Scale: 1" = 200'   0   200   400 FEET

**Drawing 3**
**Site Plan and Current Topography, Figure 2**
**Butte County Neal Road Recycling and Waste Facility**
**Joint Technical Document**
**Golder Associates, Inc.,**
**November 12, 2020**



**LEGEND**

| | |
|---|---|
| — — — | EXISTING PROPERTY BOUNDARY |
| — — — | LANDFILL LIMIT |
| — — — | BUFFER ZONE BOUNDARY |
| ········· | APPROXIMATE MODULE LIMIT |
| — — — | PHASE LIMIT |
| ⊙ MW-6 | MONITORING WELL LOCATION |
| ⊙ U-4 | LYSIMETER WELL LOCATION |
| ▣ SP-8 | SOIL GAS PROBE LOCATION |
| | EXISTING MODULES |
| | EXISTING OPERATIONS LAYER STOCKPILE |
| | PRIMARY SEDIMENTATION BASIN |
| | PROPOSED MODULE 5, PHASE C LINER AREA |
| | FUTURE LANDFILL EXPANSION AREA |
| | PROPOSED CASP FACILITY |

**NOTE(S)**

1. TOPOGRAPHIC CONTOURS OBTAINED FROM WASTE MANAGEMENT DIVISION, BUTTE COUNTY PUBLIC WORKS. DATE OF TOPOGRAPHY: JULY 1, 2019. SURVEY DATUM BASED ON MEAN SEA LEVEL (MSL). CONTROL PROVIDED BY COUNTY.

CLIENT
**BUTTE COUNTY DEPT. OF PUBLIC WORKS**
7 COUNTY CENTER DRIVE
OROVILLE, CALIFORNIA 95965

PROJECT
**BUTTE COUNTY NEAL ROAD RECYCLING AND WASTE FACILITY
JOINT TECHNICAL DOCUMENT**

CONSULTANT

**GOLDER**

| | |
|---|---|
| YYYY-MM-DD | 2020-11-12 |
| DESIGNED | ABW |
| PREPARED | ABW |
| REVIEWED | CMM |
| APPROVED | KGH |

TITLE
**SITE PLAN AND CURRENT SITE TOPOGRAPHY**

| PROJECT NO. | REV. | FIGURE |
|---|---|---|
| 20136413 | 0 | **2** |

COL009349

**Labels on plan:**
- EXISTING SEDIMENTATION BASIN NO. 2
- EXISTING OPERATIONS LAYER SOIL STOCKPILE
- HIGH VOLTAGE POWER LINES
- EXISTING LEACHATE EXTRACTION CONTROL SHED
- BUFFER ZONE
- STOCKPILE AREA
- MW-11
- SP-13
- SP-14
- MD4D (U-12)
- 30 FT SETBACK
- PROPOSED CASP FACILITY
- MODULE 4
- EXISTING SEDIMENTATION BASIN NO. 4
- 100 FT SETBACK
- COUNTY WATER SUPPLY WELL
- MODULE 1
- MODULE 2
- MODULE 3
- 100 FT SETBACK
- EXISTING PRIMARY SEDIMENTATION BASIN (RESTRICTED ACCESS)
- GREEN WASTE STOCKPILE
- CONCRETE STOCKPILE
- STAGING AREA
- PHASE C
- PHASE B
- PHASE A
- MODULE 5
- FUTURE MODULE 5 AREA
- ACCESS ROAD
- PHASE B
- EXISTING LEACHATE POND
- MW-10
- MW-10A
- SP-10
- MW-12
- EXISTING SEDIMENTATION BASIN NO. 3
- SP-9
- SP-8
- MW-8B
- MW-8A
- U-4
- SP-7
- MW-9
- 50 FT SETBACK
- SCALE FACILITY
- CONTRACTOR'S ENTRANCE
- LANDFILL GAS TO ENERGY PLANT
- SEPTAGE TRANSFER STATION
- RESOURCE RECOVERY AREA
- MAINTENANCE BUILDING
- SITE ENTRANCE
- NEAL ROAD
- TO STATE HWY 99
- TO PARADISE
- SCALE 0 200 400 FEET

212

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

February 4, 2021

# **TABLES**

**Neal Road Recycling and Waste Facility
SWPPP**

**TABLE 1
Key Acronyms**

| | |
|---|---|
| BMP | Best Management Practice(s) |
| BOD | Biological Oxygen Demand |
| C&D | Construction and Demolition |
| COD | Chemical Oxygen Demand |
| ELGs | Effluent Limitation Guidelines |
| IGP | Industrial General Permit |
| MSL | Mean Sea Level |
| NAL | Numeric Action Level |
| NPDES | National Pollutant Discharge Elimination System |
| NRRWF | Neal Road Recycling and Waste Facility |
| NSWDS | Non-Storm Water Discharges |
| O&G | Oil & Grease |
| QSE | Qualifying Storm Event |
| RWQCB | Regional Water Quality Control Board |
| SIC | Standard Industrial Classification |
| SMARTS | Storm Water Multiple Application and Report Tracking System |
| SPCC | Spill Prevention Control and Countermeasure (Plan) |
| SWPPP | Storm Water Pollution Prevention Plan (and Storm Water Monitoring Plan) |
| TMDL | Total Maximum Daily Loads |
| TSS | Total Suspended Solids |
| WDR | Waste Discharge Requirements |
| WMU | Waste Management Unit |

COL009351

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| AREA | ACTIVITY | POTENTIAL POLLUTANT SOURCES | POTENTIAL POLLUTANTS | Best Management Practices |
|---|---|---|---|---|
| All | All | All | All | Employee Training<br>Quality Assurance & Record Keeping |
| | | | | |
| Storage and Traffic Areas | Material Storage | Solid Wastes<br>Recycled Materials | Metals<br>Orgaincs | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Material Handling | Solid Wastes<br>Recycled Materials | Litter | Housekeeping<br>Material Handling & Waste Management |
| | Vehicle Driving Equipment Operating | Vehicles<br>Equipment | Petroleum Fluids<br>Gasoline<br>Diesel<br>Engine Coolant | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Used Oil Area | Unloading | Customer Containers | Used Oil | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Removal | Tank Fittiings<br>Truck Hoses & Fittings | Used Oil | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |

COL009352

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| | | | | |
|---|---|---|---|---|
| Fueling Area | Delivery | Tank Fittiings<br>Truck Hoses & Fittings | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Fueling | Pump System | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Leaks | Storage Tank<br>Pump System | Diesel | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Landfill<br>Working Face | Spreading,<br>Compacting, and<br>Covering Solid Waste | Landfilled Solid Wastes<br>Daliy Cover Soils | Leachate<br>Litter<br>Soil TSS | Housekeeping<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| | Load Checking | Wastes Delivered by<br>Customers | Hazardous Waste | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Load Check<br>Waste<br>Storage Areas | Storing Load Check<br>Wastes | Load Check Wastes | Hazardous Wastes | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | | | | |
| Roof Runoff | Storm Runoff From<br>Roofs | Roof Drainage | Soil (TSS)<br>Litter | Housekeeping<br>Material Handling & Waste Management |

COL009353

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

| | | | | |
|---|---|---|---|---|
| Class II Surface Impoundment | Filling Trucks Hauling Leachate | Truck Hoses and Fittings | Leachate | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| | Hauling Leachate in Trucks | Truck Hoses and Fittings<br>Truck Storage Tank<br>(Damaged in Collision) | Leachate | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
| Bare Soil Areas | Delivering Soil<br>Storing Soil<br>Transporting Soil | Soil Stockpile | Soil (TSS) | Housekeeping<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| | Erosion | Other Bare Soil Areas | Soil (TSS) | Housekeeping<br>Material Handling & Waste Management<br>Erosion and Sediment Control |
| Proposed CASP Facility | Material Storage | Compost Feedstock<br>Composting Materials | Metals<br>Orgaincs<br>Nitrate & Nitrite<br>Nitrogen<br>Phosphorus<br>Contact Water | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |

COL009354

**Table 2**
**Neal Road Recycling and Waste Facility**
**SWPPP**
**Best Management Practices (BMPs)**

|  | Material Handling & Composting | Compost Feedstock Composting Materials | Metals<br>Orgaincs<br>Nitrate & Nitrite<br>Nitrogen<br>Phosphorus<br>Contact Water | Housekeeping<br>Material Handling & Waste Management |
|---|---|---|---|---|
|  | Vehicle Driving<br>Equipment Operating | Vehicles<br>Equipment | Petroleum Fluids<br>Gasoline<br>Diesel<br>Engine Coolant | Housekeeping<br>Preventative Maintenance<br>Spill & Leak Prevention & Response<br>Material Handling & Waste Management |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

COL009355

**STORM WATER POLLUTION PREVENTION PLAN**
**And**
**STORM WATER MONITORING PLAN**

**Neal Road Recycling and Waste Facility**
**WDID  5R04I0000249**

February 4, 2021

# **ATTACHMENT 1**

**September 23, 2019 Operations Plan for Managing
Stormwater and Leachate, Neal Road Recycling and Waste
Facility, prepared by Golder Associates, Inc.**



**REPORT**

# Operations Plan for Managing Stormwater and Leachate

*Neal Road Recycling and Waste Facility*

Submitted to:

**Butte County Department of Public Works**

7 County Center Drive
Oroville, CA 95965

Submitted by:

**Golder Associates Inc.**

1000 Enterprise Way, Ste. 190, Roseville, California 95678

+1 916-786-2424

19123820

September 23, 2019

September 23, 2019                                                                                                    19123820

# Table of Contents

1.0    **INTRODUCTION** ......................................................................................................................... 4

2.0    **TECHNICAL EVALUATIONS** ....................................................................................................... 5

    2.1    STORM WATER EVALUATIONS ............................................................................................ 5

    2.1.1    100-Year Storm Event Assessment ............................................................................... 5

    2.1.2    Storm Water Storage Facilities ..................................................................................... 5

    2.1.3    Capacity of Storm Water Basins to Manage Storm Water Run-Off ................................ 6

    2.1.4    2019 Drainage and Erosion Control Improvements ........................................................ 6

    2.1.5    Maximum Allowable Sediment Accumulation ................................................................ 7

    2.2    LEACHATE WATER BALANCE EVALUATION ...................................................................... 7

    2.2.1    Leachate Storage Capacities ........................................................................................ 7

    2.2.2    Water Balance Calculations .......................................................................................... 8

3.0    **OPERATIONS PLAN PROCEDURES AND CONTINGENCIES** ...................................................... 10

    3.1    Leachate Management ........................................................................................................ 10

    3.1.1    Leachate Extraction and Storage ................................................................................. 10

    3.1.2    Leachate Seeps .......................................................................................................... 11

    3.2    Erosion and Sedimentation ................................................................................................. 12

    3.2.1    Best Management Practices ......................................................................................... 12

    3.2.1.1    Soil Stockpile ............................................................................................................. 12

    3.2.1.2    Primary Sedimentation Basin ...................................................................................... 13

    3.2.1.3    Contingency Plan for Excessive Sedimentation in the Primary Sedimentation Basin ............. 13

4.0    **CLOSURE** ................................................................................................................................ 14

5.0    **REFERENCES** .......................................................................................................................... 15

**TABLES**

Table 1: Storm Water Basin Storage Capacity .............................................................................................. 6

Table 2: LSI Stage-Storage Information ........................................................................................................ 8

**FIGURES**

Figure 1 - Site Drainage Plan and Proposed 2019 Drainage and Erosion Control Improvements

Figure 2 – 4 Average Years + 25-YR Wet Year with Pond Management

Figure 3 - 4 Average Years + 100-YR Wet Year with Improved Cover Management

**APPENDICES**

Appendix A – Surface Water Run-Off Volume Calculations

Appendix B – Surface Water Run-off Control Calculations

Appendix C – Water Balance Calculations

Appendix D – Module 4 Leachate Interception Trench



COL009359

September 23, 2019 19123820

# 1.0   INTRODUCTION

On August 28, 2019, the Central Valley Regional Water Quality Control Board (CVRWQCB) issued a Water Code Section 13267 Order requiring Butte County Public Works Department to submit several technical reports that address stormwater and leachate management, improved interim cover plans, a revised Storm Water Pollution Prevent Plan (SWPPP), documentation of the cover repairs and wet weather preparedness, and implementation of improved interim cover.  This Operations Plan addresses Item No. 1 in the above referenced order and includes the following information:

- Peak discharge run-off calculations for the 100-year, 24-hour storm event with the focus on the sizing of storm water controls for the Modules 4 and 5 refuse fill areas.

- Storage capacity of the storm water basins on site.

- Run-off volume for the 100-year, 24-hour storm event and comparing this to storage capacity of the storm water basins.  In addition, Golder determined the largest storm event that could be retained on-site without discharge.

- An estimate of the allowable sediment accumulation in the east end of the sedimentation plan.

- Leachate storage volume for the existing Class II leachate storage impoundment.

- A leachate water balance for the site that was calibrated to last several years of elevated leachate production and an estimate of the excess volumes that need to be properly discharged off-site.  An additional water balance was completed assuming that significantly improved interim covers are constructed prior to the 2019/2020 winter season to address the expected long-term decline in leachate production.

- An Operations Plan that addresses the following:

  - Procedures for responding to and managing leachate seeps

  - An updated plan for implementing best management practices at the site's soil stockpile and primary sedimentation basin

  - A contingency plan for leachate volumes that exceed the capacity of the Class II leachate storage impoundment

  - A contingency plan for excessive sedimentation in the primary sedimentation basin, including the identification of what constitutes an excessive sedimentation rate

As discussed with the RWQCB during a meeting on September 12, 2019, the measures discussed in the above contingency plans are expected to also satisfy the portion of the August 2019 13267 Order that also requires a contingency plan for the failure of the containment systems on-site, including areas of leachate seep accumulation.

Section 2 presents the calculations addressing storm water run-off and storm water basin capacities, and the leachate water balance and leachate storage capacities.  Section 3 presents the Operations Plan that addresses procedures and contingency plans for managing storm water, sedimentation, and leachate management.

The other Technical Reports required by the above referenced 13267 Order are being prepared by others and will be submitted separately.



COL009360

September 23, 2019                                                                                                    19123820

## 2.0   TECHNICAL EVALUATIONS

## 2.1     STORM WATER EVALUATIONS

### 2.1.1      100-Year Storm Event Assessment

The NRRWF is a Class III landfill, and according to Title 27 of the California Code of Regulations and WDR R5-2011-0049, the landfill must be designed and operated to accommodate a 100-year, 24-hour storm event. According to the National Oceanic and Atmospheric Association (NOAA) Atlas 14, Vol. 2 (39.6776°, -121.7317°), the 100-year, 24-hour storm event for the site is 6.67 inches.

Hydrology calculations were completed to assess the ability of the NRRWF to accommodate the 100-year, 24-hour storm event.  The focus of Golder's hydrology calculations was to properly size proposed surface water controls for the Module 4 and Module 5 refuse fill areas.  Hydrology calculations were previously prepared for the Modules 1, 2, and 3 final closure area by SCS Engineers (2003).  There have not been design changes to the storm water controls for the closed area, and the storm water controls that were damaged in the November 2018 Camp Fire were replaced "in kind."   Therefore, re-evaluation of the sizing of the drainage controls (i.e. ditches and downdrains) for the closed portion of the site was not completed.

### 2.1.2      Storm Water Storage Facilities

Storm water run-off from the NRRWF is currently stored in a series of 4 existing temporary excavated basins and the primary sedimentation basin located at the western end of the facility boundary.  The temporary basins are referred to as Basins 2 through 4 and the Module 5, Phase B Basin as shown in Figure 1.  Basin 2 is located north of the soil stockpile and outside of the landfill footprint, whereas the other temporary basins are with the landfill footprint and will be removed as the landfill development progresses westward.  Basin 2 may be retained as a permanent storm water basin since it is located outside of the landfill footprint.

Module 5, Phase B has small storm water basin located adjacent to the southwest corner of the module. As the excavation of Module 5, Phase C commences in the 2019/2020 winter season, this basin will be relocated to west and enlarged.  Furthermore, an additional temporary basin will be excavated in the former seepage pond footprint as part of this planned excavation.  This latter future basin is shown in Figure 1 and is referred to as the Module 2 Phase C Upper Basin.

Storm water run-off from the facility is directed to one of the 4 temporary excavated basins or the primary sediment basin.  Water contained in the temporary excavated basins accumulates where it is allowed to percolate into the subsurface soils.  If one of the temporary basins fills with water, the water is pumped to another basin with capacity or the primary sedimentation basin.  The primary sedimentation basin retains water until it reaches the spillway elevation, where water above this elevation discharges off site.  Basin 2, which was enlarged in 2019, has a relatively high percolation rate.  Historically, NRRWF staff have not needed to pump water from this basin to another basin.

The total storage capacity of each of the onsite basins is summarized in Table 1.



September 23, 2019                                                                                          19123820

**Table 1: Storm Water Basin Storage Capacity**

| Basin | Storage Volume (Ac-ft) |
|---|---|
| Primary Sed. Basin | 19.3 |
| No. 2 | 30.5 |
| No. 3 | 13.7 |
| No. 4 | 5.7 |
| Module 5, Phase B | 1.0 (to be expanded to 2.0) |
| Future Module 5, Phase C Upper Basin | 3.1 |
| Total All Basins (Current) | 70.2 |
| Total All Basin (Future) | 74.3 |

### 2.1.3    Capacity of Storm Water Basins to Manage Storm Water Run-Off

As requested in the August 2019 13267 Order, Golder calculated the volume of run-off resulting from a 100-year, 24-hour storm event for the 190-acre facility.  The volume of site run-off was calculated to be approximately 77.3 acre-feet.

In comparison to Table 1, the volume of run-off from the 100-year, 24-hour storm slightly exceeds the basin capacity indicating that the excess storm water volume will discharge off-site.  This is consistent with the original design of the landfill.  In recent years, the NRRWF has increased the use of on-site basin storage to minimize off-site discharge and improve the water quality of any off-site discharges.

It is not practical to empty the basin prior to each storm event, therefore the functional storage capacity of the basins will be less than shown in Table 1.  However, these calculations indicate that the current and planned basins have the ability to store a significant amount of water from any one storm.

Golder's storm water run-off volume calculations are based on the curve number approach and Technical Release 55 (TR-55) (USDA, 1986) and are included in Appendix A.

### 2.1.4    2019 Drainage and Erosion Control Improvements

Figure 1 illustrates the proposed drainage and erosion controls to be installed prior to the 2019/2020 wet season. These improvements include the following:

■ Construction of a perimeter berm along the top deck of Module 4 to prevent uncontrolled sheet flow over the Module 4 side-slope.

■ Installation of down drains on the west slope of Module 4 to efficiently remove surface water from the landfill footprint.



COL009362

6

- Construction of unlined and lined ditches. Ditch lining is included where flow velocities exceed 4 feet per second.

- Installing straw wattles, silt fencing, hydroseeding, and earthguard on the side-slopes of the soil stockpile

- Maintaining a perimeter berm around the top deck of the stockpile to the extent practical to prevent sheet flow off the stockpile. The stockpile material is generally permeable and consists of loose sand, gravel, and cobbles, and therefore, precipitation falling on the top deck is expected to pond until it infiltrates into the stockpile.

- Constructing a new drainage ditch and regrading an existing drainage ditch to direct the majority of the run-off from the soil stockpile to Basin 2.

Calculations for sizing ditches, down drains, and culverts are included in Appendix B.

### 2.1.5    Maximum Allowable Sediment Accumulation

The primary sedimentation basin was designed to serve as both a storm water sedimentation basin and a Preserve Area as part of an environmental mitigation program. The east side of the basin was constructed with a base elevation that was approximately 4 feet below the base elevation of the Preserve Area located on the west portion of the basin. The purpose of this eastern depressed area was to allow the larger suspended soil particles to drop out in the eastern area where storm water entered the basin. An access ramp constructed on the north side of the basin provides equipment access for periodic removal of accumulated sediment. A portion of the small soil particles, such as silts and clays, were expected to remain suspended in the impounded water until it settled out over the full footprint of the water storage or until it was discharged.

To minimize impacts to the preserve side of the basin, the maximum allowable sediment accumulation level on the east side of the basin is to elevation of 209.4 feet (NAVD 88 datum) or less, which is consistent with the designed base elevation of Preserve Area. Maintaining an approximate four-foot sediment storage capacity prior to each wet season would allow the accumulation of up to 2,600 cubic yards of sediment.

The above sediment storage volume is expected to far exceed the sedimentation volume resulting from on-site erosion as this would require erosion rates of more than 15 tons/acre/year for a 190-acre site. A well stabilized site with vegetated soil cover over closed areas, effective interim cover of inactive landfill areas, and appropriate storm water and erosion controls should experience erosion rates less than 2 to 5 tons/acre.

In the winter of 2018-2019, an unusually large amount of run-off and sediment was discharged to the primary sedimentation basin from the adjacent property south of the NRRWF. This occurred following the Camp fire. A contingency measure for mitigating and this type of unusual occurrence is discussed in section 3.2.1.3.

## 2.2     LEACHATE WATER BALANCE EVALUATION

### 2.2.1    Leachate Storage Capacities

The site currently maintains a 3.2-acre lined leachate storage impoundment (LSI) on site. The total capacity of the LSI is approximately 29 acre-feet or 9.47 million gallons allowing for 2 feet of freeboard. The surface area associated volumes were based on the Golder 2003 design plans (Golder, 2003). The stage-storage information is provided in Table 1, below.



COL009363

September 23, 2019 19123820

**Table 2: LSI Stage-Storage Information**

| Elevation (ft) | Water Surface Area (sq ft) | Water Volume (gal) | Water Volume (Acre-ft) |
|---|---|---|---|
| 222 | 141,435 | 11,389,690 | 34.9 |
| 220 | 132,222 | 9,468,485 | 29.0 |
| 218 | 124,401 | 7,720,210 | 23.7 |
| 216 | 117,346 | 6,099,586 | 18.7 |
| 214 | 110,577 | 4,580,924 | 14.0 |
| 212 | 103,379 | 3,147,037 | 9.6 |
| 210 | 83,682 | 1,678,787 | 5.1 |
| 207 | 66,281 | 0.0 | 0.0 |

### 2.2.2    Water Balance Calculations

A water balance was completed to estimate the amount of leachate and condensate that is generated at the facility.  The water balance includes estimates of leachate and condensate volumes, direct precipitation, evaporation, potential use of leachate as dust control, hauling leachate off-site to a Publicly Owned Treatment Works (POTW).

The water balance was completed using quasi-two-dimensional hydrologic model of liquid flows through the waste mass. The Hydrologic Evaluation of Landfill Performance (HELP) Model developed for the Environmental Protection Agency by the US Army Corps of Engineers.  This model was calibrated to the estimated leachate generation based on leachate extraction records for Modules 4 and 5 between 2014 and 2018.

The effective use and maintenance of interim tarps over the relatively permeable soil covers has varied in the past several years, which complicates calibration of the HELP model.  Therefore, Golder used a simplified approach by back-calculating the average cover permeability that resulted in leachate generation similar to that observed in the past several years.

Golder determine that an average permeability of 1.5 x10$^{-5}$ cm/s of the interim surface cover on the Modules 4 and 5 provided a slightly conservative leachate generation that exceeded recorded volumes between 2014 and 2018 by approximately 6 to 33 percent.

For the upcoming 2018/2019 winter season, Golder conservatively assumed the same cover performance despite planned cover improvements.  This assumption was made due to the observation of ongoing leachate seeps that occurred due to a relatively high volume of precipitation that infiltrated the waste mass during the past winter. This volume of water will take time to migrate to the LCRS.   A water balance was completed using 4 years of



8

COL009364

average conditions followed by a wet season with 41.5 inches of precipitation, which corresponds to a 25-year wet year. The wet year includes a 100-year, 24-hour storm event. This model indicates the following:

- Under average precipitation conditions, the water levels steadily increase each winter in absence of using leachate as dust control.  Using leachate as dust control during the dry season (April 1st through September 30th) has a significant impact on the short term and long-term water balance.

- Under a wet year with up to 41.5-inches of precipitation, the volume of leachate that exceeds the maximum allowable freeboard elevation of 220 feet is approximately 4.0 million gallons assuming the site lowers the leachate elevation to 214 feet prior to the upcoming rainy season.  This excess volume of leachate would need to be hauled to a POTW under this magnitude of wet season precipitation. Figure 2 shows the water balance model results.

For the longer-term planning, Golder conservatively assumed the average interim cover permeability was reduced to 1 x10$^{-5}$ cm/s and then considered a 100-year wet season of approximately 48 inches.  Assuming the leachate levels are lowered to elevation 212 feet prior the wet season, Figure 3 shows the estimated water balance for 4 years of average conditions followed by the 100-year wet season.  This model indicates the volume of leachate that exceeds the maximum allowable freeboard elevation of 220 feet is approximately 2.9 million gallons, which is the potential magnitude of leachate volume requiring offsite disposal.  This volume of off-site leachate disposal can be reduced by the following:

- Further lowering the impoundment leachate levels prior to each wet season.

- Diligently installing low-permeability covers over the surface of the inactive portions of the wet season and maintaining the cover to further reduce the infiltration

- Installing drainage controls that efficiently remove storm water run-off from the landfill waste mass.  The proposed drainage improvements shown in Figure 1 achieve this for the upcoming wet season.  This type of drainage planning should be completed prior to each wet season.

- Minimizing the active disposal face during the wet season to extent that is practical.

Consideration should also be given to increasing the pond capacity through a vertical expansion of the impoundment liner by 2 to 3 feet.  This feasibility of this modification would need to be evaluated and then, if appropriate, designed and submitted to the RWQCB for approval.

To improve long-term planning for leachate management, Golder also recommends periodically updating the water balance model to more accurately reflect the actual interim cover performance and the changing landfill footprint.

Appendix C includes Golder's water balance calculations.



# 3.0   OPERATIONS PLAN PROCEDURES AND CONTINGENCIES

## 3.1   Leachate Management

### 3.1.1   Leachate Extraction and Storage

Leachate is collected from the landfill and conveyed to a Class II impoundment where is stored until it is evaporated, used for dust control on the lined portion of the landfill, or hauled off-site to a POTW.  Leachate is collected from the following areas of the landfill:

- Module 4 lined area at the permanent sump located at the west end of the Module 4

- Module 5 lined area at the temporary sump, which is currently located at the west end of Module 5, Phase A. This sump will be replaced by the temporary sump at the west end of Module 5, Phase B.

- Modules 1, 2 and 3 perimeter trenches in the unlined and clay lined areas.  Modules 1 through 3 are closed by a relatively impermeability geomembrane and therefore the leachate volumes are relatively small in comparison to that collected in Modules 4 and 5.

The Class II leachate impoundment has maximum crest elevation of 222 feet.  Allowing for a minimum 2 foot of freeboard results in a maximum allowable elevation of 220 feet.  At an elevation of 220 feet, the leachate impoundment has a  storage capacity of 9.47 million gallons.

The contingency plan for mitigating potential exceedances of the maximum allowable leachate elevation of 220 feet consist of hauling leachate to local POTWs consistent with past practices at the site.  The local POTWs used to haul leachate and/or septage liquids from the NRRWF include the City of Chico and the City of Lincoln.  It is recognized that the City of Chico POTW may have capacity limitations that require transport to a more distant POTW.  Prior to October 1st of each year, the NRRWF Operations Manager shall complete the following:

- Establish a liquid hauling contract with a company able to haul a minimum of 1,500,000 gals per month

- Contact both POTWs to confirm their willingness to accept leachate during the upcoming wet season

- If one or more POTWs are unable to confirm acceptance, identify additional POTWs such that at least two alternative disposal sources are identified to ensure redundancy in the disposal options

In addition, the Class II impoundment shall be managed as follows:

- Prior to and during the early portion of the 2019/2020 wet season, lower the leachate levels to extent practical through off-site disposal.  Golder recommends targeting a maximum elevation of 214 feet or less.  As of September 12, 2019, the leachate levels were measured by NRRWF staff to be at elevation 217.5 feet.

- Prior October 1st of the 2020/2021 wet season and beyond, lower the leachate levels to elevation 212 feet or less through evaporation, reuse of leachate as dust control over lined areas, and, if necessary, off-site disposal to a POTW.

Trigger levels for off-site disposal during the wet season (October 1st through April 30th) include the following:

- If the cumulative precipitation exceeds 26 inches by the end of February and the leachate level in the impoundment exceeds elevation 217 feet.  The weekly off-site disposal volumes should be at least 50 percent of the average leachate collection volumes for the prior two weeks.



10

COL009366

September 23, 2019

19123820

- If the leachate levels reach elevation 218 feet, begin or accelerate off-site disposal volumes to at least 75 percent of the average leachate collection volumes for the prior two weeks.

- If the leachate levels reach elevation 219 feet, accelerate off-site disposal volumes to at least 100 percent of the average leachate collection volumes for the prior two weeks.

- If leachate levels exceed elevation 219 feet, accelerate off-site disposal volumes to at least 125 percent of the average leachate collection volumes for the prior two weeks.

Periodic review and modification of the above trigger levels may be appropriate based on future observations of leachate generation rates and impoundment operation.

### 3.1.2   Leachate Seeps

Leachate seeps generally occur when leachate migrating through the refuse is perched on a lower permeability interim soil cover and daylights at the surface of the landfill. The primary mitigation measure is to minimize the infiltration of precipitation through the use and proper maintenance of low-permeability interim covers and drainage controls that efficiently remove surface water run-off from the landfill surface.

However, if a leachate seep occurs, the mitigation measures generally consist of locally excavating through the low-permeability soil cover to allow leachate to percolate to lower layers in the landfill and eventually the leachate collection and removal system. If the leachate seep is more extensive, then a localized drainage and extraction system may be installed. This latter type of leachate seep has occurred along the bottom of the western portion of the Module 4 slope.

The following procedures were developed for the active and inactive landfill areas of Modules 4 and 5. Leachate seeps in the closed portion of the landfill are not expected due to the very low permeability cover that was constructed.

If a leachate seep occurs, NRRWF staff will mitigate and control the seep as follows:

- Small Leachate Seep – Seepage area is less than 20 feet wide: An excavator will be used to trench along the full width of the seep to a depth of 3 feet or more as necessary to penetrate the perched zone in order to direct leachate downward in the waste mass. The trench should be backfilled with 2-inch minus gravel with less than 5 percent fines (or an equivalent material approved by Golder) to within 12-inches of the ground surface. The upper 12-inches should be backfilled with soil. To the extent practical, the backfilled soil should be relatively fine-grained. In the event the leachate seep continues, then follow the mitigation measures for the "large" leachate seep.

- Large Leachate Seep - Seepage area is more than 20 feet wide: An excavator will be used the trench along the full width of the seep to a depth of 6 feet or more as necessary to penetrate the perched zone. Excavated soil should be used to form a small containment berm. The trench should be backfilled with 2-inch minus gravel with less than 5 percent fines (or an equivalent material approved by Golder) to within 12-inches of the ground surface. The upper 12-inches should be backfilled with soil. In addition, periodic perforated vertical riser pipes (2 to 3-foot diameter as appropriate) shall be placed to allow active pumping of the leachate until the leachate seep stops flowing. Golder recommends spacing the vertical risers a distance of 200 feet or less.


GOLDER

For any excavations completed within a horizontal distance of 20 feet of the perimeter edge of the liner system, NRRWF will consult with the design engineer (Golder) to determine the maximum permissible excavation depth that will not inadvertently damage the liner system.

Leachate should be pumped directly to the Class II impoundment if there is sufficient impoundment freeboard, or alternatively pumped to a storage tank.  Golder recommends using a portable, 20,000-gallon enclosed steel tank such as Baker tank or equivalent to allow sufficient storage and provide flexibility to pump the leachate to a water truck for transfer to the Class II impoundment or hauled off-site for disposal to a POTW.  Alternatively, polyethene above ground storage tanks could be used in place the enclosed steel tank.

A large leachate seep has been observed near the south toe of Module 4.  Appendix D includes a drawing for proposed mitigation of this large seep.

## 3.2    Erosion and Sedimentation

### 3.2.1    Best Management Practices

Best Management Practices (BMP's) for the NRRWF soil stockpile and primary sedimentation basin are address in the following sections.

#### 3.2.1.1    *Soil Stockpile*

The soil stockpile is a dynamic facility that is continually changing as the site borrows soils from the stockpile for daily cover.  During excavation projects, the soil stockpile increases in height.  Due to the continually changing topography, wet season erosion and stormwater BMP's need to be completed and implemented by October 15th of each year.   At a minimum, these BMP's for the soil stockpile shall consist of the following:

- Inspecting the stockpile slopes for erosion rills, ruts, or soil ridges and regrading and track walking these areas to fill in and remove the rills, ruts, and or soil ridges.

- In barren slope areas, install straw wattles at minimum 15-foot vertical intervals along the stockpile side slopes.

- Hydroseed (including the addition of fertilizer, mulch, and tackifier) bare areas of the side-slopes that exist prior to October 15th.

- Between October 15th and April 15th, maintain a minimum 3-foot high perimeter berm around the top of the stockpile to prevent direct run-off to the extent practical.  It is anticipated that the majority of the water that falls on the top of the stockpile will infiltrate.  Due to the continually changing height of the stockpile, there will be periods of time where portions of the stockpile will not have the full perimeter berm in place.

During the wet season (October 15th and April 15th), NRRWF shall complete minimum monthly inspections to assess the effectiveness of the BMP's and determine if repairs are necessary.  Additional inspections shall be completed for rainfall events greater than 1-inch in a 24-hour period.  The inspections should include the following observations:

- Observe the effectiveness of the hydroseed.  If bare spots persist throughout the wet season, modification of the hydroseed mix and/or use of coir erosion control mats, Earthguard©, or equivalent should be incorporated as part of the future BMP's.

- Verify the perimeter berm is being maintained as appropriate and to the extent reasonable.



     12

- Observe and document the occurrence and location of erosion rills that are greater 4-inches deep.  Ascertain any obvious causes of rilling such as ineffective berm containment at the top of the stockpile, localized failure of straw wattles, etc.

- Verify the silt fence is intact and still capable of retaining sediment.

Repairs to the perimeter berm, straw wattles, and/or silt fence shall be completed as soon as practical based on the weather conditions.

### 3.2.1.2    Primary Sedimentation Basin

Successful measures to minimize erosion and sediment transport include measures to prevent erosion and/or limit sediment transport.  The primary sedimentation basin represents the final mitigation measure to minimize off-site sediment transport, and therefore, the most important BMP for the primary sedimentation basin is to remove the sediment from the eastern portion of the basin prior to each winter.  To allow for maximum sediment storage capacity, sediment should be excavated to re-establish the four-foot elevation difference between the eastern portion of the basin and the Preserve Area.  The excavated sediment can be placed in the soil stockpile area or used as daily cover.

In addition to the above BMP, periodic records of sediment accumulation and removal should be collected to allow the evaluation of changes in sedimentation rates and the effectiveness of various erosion and drainage controls. Therefore, it is recommended completing a survey of the eastern portion of the basin prior to and following the annual removal of sediment.

The removal of sediment at the bottom of the basin is recommended as a BMP for other temporary basins.  The annual removal of these finer-grained sediments will help improve the percolation rates in these basins.

### 3.2.1.3    Contingency Plan for Excessive Sedimentation in the Primary Sedimentation Basin

In the unexpected event that a catastrophic event results in uncontrolled or unexpected sediment discharge to the primary sedimentation basin, NRRWF shall complete the following:

- As soon as reasonably possible, examine the basin to determine if there are visible signs of excessive sediment deposition, such as a large alluvial fan at discharge points.  If alluvial fans are observed, complete a survey, or in the event the basin is full of water, soundings to estimate the height of sediment accumulation in the eastern portion of the basin.

- If the accumulated sediment depth is determined to exceed an average of 2 feet in the eastern portion of the basin, attempt to remove at least 500 cy of sediment as soon as practical.  If the accumulated sediment exceeds the four-foot depth, remove the sediment to provide minimum of 1.5 feet of storage capacity. This could be initially attempted using a long-reach excavator.  If the sediment is too saturated to be effectively excavated in this manner, then the sediment should be removed using sludge suction pumps or a vacuum truck.  These saturated sediments should be placed or pumped to and mixed in with the stockpiled soils. Prior to pumping, NRRWF shall ensure the top of the stockpile has effective containment berms, and if necessary, excavate a depression in the stockpile to help contain the pumped sediments.



September 23, 2019                                                                19123820

## 4.0   CLOSURE

This Operations Plan was prepared to address Item No. 1 in the August 2019 13267 Order.  The remaining items in the 13267 Order will be prepared and submitted separately by others.  Please contact one of the undersigned if you have any questions or require clarification.

*I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of those individuals immediately responsible for obtaining this information, I believe that the information is true, accurate, and complete.  I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment.*

Sincerely,

**Golder Associates Inc.**

Adam Wetherell                          Ken Haskell, P.E.

*Project Engineer*                       *Principal/Senior Practice Leader*

AW/kgh

Golder and the G logo are trademarks of Golder Associates Corporation

https://golderassociates.sharepoint.com/sites/111067/project files/5 technical work/operations plan/nrl operations plan - 9-23-19.docx

GOLDER                                                                              14

COL009370

September 23, 2019                                                                                    19123820

## 5.0   REFERENCES

California Regional Water Quality Control Board, Order No. R5-2011-0049 For Butte County Neal Road Class III Municipal Solid Waste Landfill and Class II Surface Impoundments

Golder Associates Inc., *Construction Drawings, Leachate Impoundment and Sedimentation Basin, Neal Road Sanitary Landfill*, 2004.

SCS Engineers, *Partial Final Closure and Postclosure Maintenance Plan for Neal Road Landfil*l, April 2003.

United States Department of Agriculture, *Technical Release 55 (TR-55), Urban Hydrology for Small Watersheds*, June 1986.



COL009371

15

# EXHIBIT 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--oOo--

CALIFORNIA OPEN LANDS, a non- )
profit land trust organization)

    Plaintiff,  )

   vs.      )   No. 2:20-cv-00123-DJC-DMC

BUTTE COUNTY DEPARTMENT OF )

PUBLIC WORKS, a political  )

subdivision of the State of )

California, DENNIS SCHMIDT, )

an individual, and ERIC  )

MILLER, an individual,  )

    Defendants. )

_____ )

**CERTIFIED TRANSCRIPT**

Deposition of

EXPERT WITNESS

SEAN COVINGTON

Wednesday, October 25, 2023

Reported by:  SHERYL DIRKS, CSR #3513 (VIA ZOOM)





CAROL NYGARD
& ASSOCIATES
DEPOSITION REPORTERS

M•O•A DEPOSITION REPORTERS

www.NygardReporting.com ◆ 1-877-438-7787   A subsidiary of Carol Nygard & Associates Deposition Reporters

CHICO | SACRAMENTO | SAN FRANCISCO | WALNUT CREEK | YUBA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--oOo--


CALIFORNIA OPEN LANDS, a non- )

profit land trust organization)

        Plaintiff,   )

      vs.         )  No. 2:20-cv-00123-DJC-DMC

BUTTE COUNTY DEPARTMENT OF   )

PUBLIC WORKS, a political    )

subdivision of the State of   )

California, DENNIS SCHMIDT,   )

an individual, and ERIC     )

MILLER, an individual,      )

        Defendants.  )

  _____)

**CERTIFIED TRANSCRIPT**


Deposition of

EXPERT WITNESS

SEAN COVINGTON

Wednesday, October 25, 2023


Reported by:  SHERYL DIRKS, CSR #3513 (VIA ZOOM)

```
 1                  A P P E A R A N C E S (VIA ZOOM)

 2                            --oOo--

 3   FOR THE PLAINTIFF:

 4          LAW OFFICES OF ANDREW L. PACKARD

 5          BY:  WILLIAM N. CARLON, Attorney at Law

 6          245 Kentucky Street, Suite B3

 7          Petaluma, California 94952

 8          707.782.4060

 9          wncarlon@packardlawoffices.com

10

11   FOR THE DEFENDANTS:

12          ABBOTT & KINDERMANN, INC.

13          BY: GLEN C. HANSEN, Attorney at Law

14          BY:  DIANE G. KINDERMANN, Attorney at Law

15          2100 21st Street

16          Sacramento, California 95818

17          916.201.5701

18          ghansen@aklandlaw.com

19

20

21

22

23

24

25                            --oOo--
```

1   Q.      So it's a category of parameters that because you've

2   either detected it or it's exceeded some level it demands or

3   warrants further inspection?

4   A.      That's a common use of how we use COPC, yes.

5   Q.      Is that how you're using it here?

6   A.      Yes.

7   Q.      When you say that flowed off-site or into the

8   unnamed tributary, is there a reason that you're

9   distinguishing between those two?

10  A.      Not particularly, no.

11  Q.      Is it your understanding that all the storm water

12  that flowed off-site flowed into an unnamed tributary to

13  Hamlin Slough?

14  A.      It is.

15  Q.      So you're not aware of any other discharge points

16  that didn't go to unnamed tributary to Hamlin Slough?

17  A.      Not aware of any, no.

18  Q.      And then the ESLs, could you tell me a little bit

19  about what those are, please?

20  A.      Correct.  They're storm water.  They typically are

21  state or Federal water quality criteria.  There are times

22  when those criteria don't exist and other values have to be

23  utilized.  And those values can come from a number of

24  sources.  I believe -- I don't know if I did it in the

25  expert report or not but we identified in the primary report

1   you need?

2   A.       For example, the discharge, hypothetical discharge

3   in this case if it discharged into a dry draw, there is no

4   aquatic life to speak of but we still have to evaluate the

5   potential for its impacts at the site of discharge.  That is

6   wholly different than if it discharged into, say, a

7   perennial water course.  Those are two very different

8   scenarios.  The exposure scenarios are different.

9   Q.       Do you know how long the facility discharged storm

10  water that was contaminated with landfill leachate for in

11  2019?

12  A.       I do not.

13  Q.       Would knowing that, do you think, change your

14  opinion at all?

15  A.       I don't believe it would because, again, it's based

16  upon not only the duration of the exposure but where it's

17  discharging to.

18  Q.       Where did you understand that these discharges were

19  discharging to?

20  A.       The discharge went initially to the PSB and from the

21  PSB to Hamlin Slough or the channel or the draw below if

22  that's Hamlin Slough.  Yes.

23  Q.       What do you know about the unnamed tributary to

24  Hamlin Slough?

25  A.       Okay.  The unnamed tributary.  That it was a dry

1             I, SHERYL DIRKS, a Certified Shorthand Reporter,

2    licensed by the State of California, being empowered to

3    administer oaths and affirmations pursuant to Section

4    2093(b) of the Code of Civil Procedure, do hereby certify:

5             That the witness named in the foregoing deposition

6    was present at the time and place specified, and was by me

7    sworn to testify as to the truth, the whole truth, and

8    nothing but the truth;

9             That the said proceeding was taken before me, in

10   shorthand writing, and was thereafter transcribed, under my

11   direction, by computer-assisted transcription;

12            That the foregoing transcript constitutes a full,

13   true and correct report of the proceedings which then and

14   there took place; that I am a disinterested person to the

15   said action.

16   _____ Reading and signing was requested.

17   _____ Reading and signing was waived.

18   __X_____  Reading and signing was not requested.

19            IN WITNESS WHEREOF, I have hereunto subscribed my

20   signature on this 6th day of November, 2023.

21                         _Sheryl Dirks_

22            _____

23            SHERYL DIRKS, CSR
              Certified Shorthand Reporter
              California License #3513

24

25

# EXHIBIT 7

**COMPLIANCE INSPECTION REPORT FOR PERMITTED WORK IN**
WATERS OF THE UNITED STATES
SACRAMENTO DISTRICT, CORPS OF ENGINEERS

Permit Number:   __SPK-2003-00113_____          Inspection Date:   _____28 June 2011_____

Applicant:   ___Butte County Dept of Pub Works_____          Inspector(s):   __(b) (6)_____

========================================================================

**STATUS**

Work Completed:          X  YES          ☐ NO          ☐ NOT SURE

Work in Progress:          ☐ YES          X NO          ☐ NOT SURE

Estimated Percent Complete:          ___100____ %          ☐ Unknown

========================================================================

**COMPLIANCE**

Completed Entire Scope
   of Permitted Work?          X YES          ☐ Apparently          ☐ NO

Met Standard Conditions?          X YES          ☐ Apparently          ☐ NO          ☐ Doubtful

Met Special Conditions?          X YES          ☐ Apparently          ☐ NO          ☐ Doubtful

Comply with Permit          X YES          ☐ Apparently          ☐ NO
   Drawings?

 Comments:   _____The proposed preserve is exhibiting the three wetland perimeters; therefore, the permittee has met the required success criteria as identified in the August 18, 2003 Mitigation and Monitoring Report prepared by Gallaway Consulting, Inc. _____

_____

_____

---

**NOTE to PM:  Enter into ORM-1: Add a RAT "Site or Field Visit Inspection", under attribute "Reason for Visit/Inspection", select "Inspection for Compliance of Permit Terms and Conditions"**
**OR Enter into RAMS (circle one)     CI    or     FI   (reason for inspection)          Date Entered: _____**
**(on the Compliance Inspection screen)**

---

Attachments:  _X__ Photographs;  _____ Map showing photo points;  _____ Marked Drawings



Photo:  Overview of the preserve looking west.
File: SPK-2003-00113, Neal Road Landfill
Date Taken: June 28, 2011
Taken By: (b) (6), USACE



Photo:  View of the preserve looking northeast.
File: SPK-2003-00113, Neal Road Landfill
Date Taken: June 28, 2011
Taken By: (b) (6), USACE

# EXHIBIT 8



**COMPLETE THIS INFORMATION:**

Recording Requested by:

_Butte Co. Public Works_

Recorded
Official Records     | REC FEE     181.00
County of         | TAX          2.75
Butte          |
CANDACE J. GRUBBS    |
County Clerk-Recorder |
|
| MP
01:06PM 02-Nov-2007 | Page 1 of 59

**AND WHEN RECORDED MAIL TO:**

_California Open Lands_
_Attn: Jody Galloway_
_115 Meyer St., Suite 120_
_Chico, CA 95928_

THIS SPACE FOR RECORDERS USE ONLY

59
M

_PERPETUAL CONSERVATION EASEMENT GRANT_
**Document Title**

**DOCUMENTARY TRANSFER TAX: $ 2.75**

⬉ Computed on the consideration of
property conveyed; OR

____ Computed on the consideration or
value less liens or encumbrances

⬉ Unincorporated area

____ Town or City of _____

_William Bredgfull_
**Signature of Declarant or Agent Determining Tax-Firm Name**

**MAIL TAX STATEMENTS TO:**

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional Recording Fee Applies)

RECORDING REQUESTED BY:


WHEN RECORDED RETURN TO:

    California Open Lands
    Attention: Jody Gallaway
    115 Meyer St., Suite 120
    Chico, California 95928


<u>THIS SPACE FOR RECORDER'S USE ONLY</u>

## PERPETUAL CONSERVATION EASEMENT GRANT

THIS PERPETUAL CONSERVATION EASEMENT GRANT (hereinafter "**Easement**") is made this _24_ day of _SEPTEMBER_, 2007, by <u>Butte County Department of Public Works</u> ("**Grantor**") a municipal corporation, in favor of <u>California Open Lands</u>, a recognized California 501(c)(3) Non-profit Corporation ("**Grantee**").

## RECITALS

A.    Grantor is a municipal corporation and is the sole owner in fee simple of certain real property located in the County of Butte, State of California.  Grantor intends to expand an existing landfill on a portion of this property.  The remainder of this property, specifically the storm-water detention basin, with natural resource values is intended to be preserved in its natural state.  This is the area covered by the Easement, and shall be referred to as the "**Preserve**", which is described in **Exhibit A** and depicted upon the map **Exhibit B**, both of which are attached hereto and incorporated herein by this reference.

B.    Grantee is a private non-profit 501(c)(3) corporation under the laws of the State of California, and is authorized to hold conservation easements under California Civil Code §815 et seq.

C.    **"Corps"** is the United States Army Corps of Engineers within the United States Department of the Army, which is authorized by Federal law to administer the Federal Clean Water Act, Section 404, and other laws and regulations; and

D.    This Easement provides conservation measures and mitigation for certain impacts located in an unincorporated portion of the County of Butte, south of the City of Chico, State of California, described in that certain U.S. Army Corps of Engineers (Corps) Permit Number 200300113, dated December 9, 2003., for the Neal Road Landfill, and is being conveyed in order to enable Grantor to undertake the fill of waters of the United States as necessary to complete the landfill expansion

---

project.

E.     The Preserve possesses natural resources with significant ecological values that benefit endangered, threatened, and other rare species (collectively, "**Conservation Values**").  These natural resources are of aesthetic, ecological, educational, historical, recreational, and scientific value to the Nation and its people.  These values include Waters of the U.S., including wetlands, the adjacent upland, along with associated native vegetation and wildlife.  These natural resources are of great importance to both Grantor and Grantee.

F.     The Preserve includes the water in wetlands and drainage features, including water resulting from direct precipitation onto the Preserve and/or flows through the drainage features from natural storm events which partially or completely fill depressions on the surface of the Preserve.  The Preserve will contain actively managed areas and passively managed areas.  The storm-water detention basin will be actively managed, and the wetland area will be passively managed.

G.     The Preserve, consisting of approximately 3.00 acres, has been identified as being potential habitat for species of native plants and wildlife which Grantor and Grantee desire to restore and enhance pursuant to an Open Space Management Plan ("**Plan**") dated January 2006, by Gallaway Consulting, Inc., of which is attached to this Easement as **Exhibit C** and incorporated herein by this reference.

H.     Grantor intends to convey to Grantee the right to inspect and monitor the management of the Conservation Values of the Preserve.

I.      Grantee agrees by accepting this Easement to honor the intentions of Grantor stated herein and to inspect and monitor in perpetuity, the Conservation Values of the Preserve in accordance with the terms of this Easement and the Open Space Management Plan.

J.      The following terms, when used herein, shall have the meanings set forth below:

"**Grantee**" Means <u>California Open Lands</u> or any successor, assignee, or transferee appointed in accordance with Section 8.

"**Grantor**" or "**Preserve Manager**" means <u>Butte County Department of Public Works</u> or any successor, assignee, or transferee appointed in accordance with Section 8.

"**Preserve**" shall mean the approximately 3.00 acre area appearing on **Exhibit B** containing both created and natural wetland features and buffer zones which shall be maintained as a Preserve in accordance with the provisions of Section 3.

"**Plan**" means the *Neal Road Landfill Open Space Preserve Management Plan*, by Gallaway Consulting, Inc., dated January 2006, a copy of which is attached hereto as **Exhibit C**.

"**Waters of the U.S.**" means that Area defined in 40 CFR 122.2 as a feature under the regulation of the Federal Clean Water Act.

"**Wetland**" means that Area that is inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions.

"**Uplands**" means those habitats that are not riparian or wetlands, including valley oak woodland, grassland/meadow, blue oak woodland, and blue oak savannah.

## COVENANTS, TERMS, CONDITIONS, AND RESTRICTIONS

In consideration of the above and the mutual covenants, terms, conditions, and restrictions contained herein, and pursuant to the laws of California and California Civil Code §815 et seq., Grantor hereby voluntarily grants and conveys to Grantee a Perpetual Conservation Easement over the Preserve of the nature and character and to the extent hereinafter set forth.

1. **PURPOSE**

   It is the purpose of this Easement to ensure that the Preserve will be retained forever in an open space condition and to prevent any use of the Preserve that will impair or interfere with the Conservation Values of the Preserve.  Grantor intends that this Easement (i) will assure that the Preserve will be used for such activities as are consistent with the purpose of this Easement and (ii) shall be implemented consistently with the Plan.

2. **RIGHTS OF GRANTEE**

   A. To accomplish the purpose of this Easement, the following rights are conveyed to Grantee by this Easement:

   B. To preserve and protect, restore and/or enhance the Conservation Values of the Preserve in a manner consistent with the Open Space Management Plan;

   C. To enter upon and traverse all portion of the Preserve at all times in order to have access to the Preserve and to monitor Grantor's compliance with and otherwise enforce the terms of this Easement and to fulfill duties detailed in the Open Space Management Plan and the Mitigation and Monitoring Plan, provided that such entry shall not unreasonably impair or interfere with

Grantor's use and quiet enjoyment of the Preserve or unreasonably disturb natural resources in the Preserve;

D. Subject to the exceptions contained herein, to prevent any activity on or use of the Preserve that is inconsistent with the purpose of this Easement and to require the restoration of such Area or features of the Preserve that may be damaged by any inconsistent activity or use; and

E. To conserve and protect all mineral, air, water and groundwater rights required to protect and to sustain the biological resources of the Preserve.

## 3. PRESERVATION, MAINTENANCE, AND MANAGEMENT OF PRESERVE

A. Nature of the Preserve, Generally. The Preserve serves for the protection of wildlife corridors, water quality and drainage detention, and contains an actively managed detention basin which flows into the seasonal wetland. Grantor intends that the Preserve be utilized and maintained in such a manner as to preserve and protect the natural features and resources of the area. The Preserve is delineated on **Exhibit B**. The Preserve shall be an area encumbered by an Easement in favor of the Preserve Manager for the purposes of access to and protection, conserving and preserving in perpetuity the Preserve.

B. Conservation Easement. Grantor, with recordation of this Easement is granting to California Open Lands ("Grantee") the ability to ensure enforcement of the rules and regulations regarding the Preserve.

C. Open Space Management Plan. The Preserve shall have controlled access and the storm-water detention basin will be actively managed by Butte County Department of Public Works, as outlined in the Plan.

D. Preserve Manager. The Preserve Manager shall perform such preservation and the maintenance of the Preserve as set forth in the Plan.

E. Monitoring Biologist  The Grantee shall retain a competent biologist (the **"Monitoring Biologist"**), professionally trained in matters related to the conservation and preservation of natural resource values, to undertake an annual field review and prepare an annual report, as set forth in Section 3.F, with respect to the Status of the Preserve. Any appointment of a Monitoring Biologist shall be made only after review of the professional background and qualifications of the proposed Monitoring Biologist by, and with the express written consent of, the Preserve Manager.

F. Monitoring and Reporting Activities
The Monitoring Biologist shall twice yearly conduct a biological inspection for the duration of 5 years; if the project is successful then the biological inspections will be reduced to once yearly and a report will be kept on file, as

outlined in the Plan.  The Preserve Manager shall twice yearly conduct a general inspection for the duration of 5 years; if the project is successful then the biological inspections will be reduced to once yearly and a report will be kept on file, as outlined in the Plan.

H. <u>Annual Report</u>.  By December 31st each year, the Monitoring Biologist shall deliver to the Corps, a report regarding the status of the Preserve.  This report shall contain:

    1.    A map showing the project location;

    2.    Photographs documenting the status of the Preserve;

    3.    A narrative summarizing the general condition of the Preserve;

    4.    A description of actions for which Corps approval or notification was not needed.

    5.    Any recommendations regarding remedial actions or management activities.

I. <u>Maintenance and Repair.</u>  Maintenance and repair of existing and proposed structures and improvements shall be the responsibility of Butte County Department of Public Works, according to the Plan.

## 4.    **PROHIBITED ACTIVITIES**

The following activities are prohibited as outlined in federal Section 404 permit No. 200300113 (herein called "**Permit**") (**Exhibit D**) or as outlined in the Plan.  No person shall engage in any of the following restricted activities in the Preserve unless that activity is in the future approved by the Corps:

A. Planting, landscaping, plowing, or cultivation of the Preserve or any portion of such area, shall be done or permitted except for the purpose of enhancing the Preserve through the planting of local native plant species.  The irrigation of these plantings will be done in a manner that does not adversely affect the hydrology of any wetlands within the Preserve;

B. Planting, introduction, or dispersal of non-native or exotic plant species or animal species;

C. No materials or debris shall be stored or placed (whether temporarily or permanently) within the Preserve or any portion of such area;

D. Portions of the Preserve serve as a settling basin, an area of calmer water designed to allow sediments suspended in moving water to settle into an area that can be easily managed with dredging activities.  However, no discharge

of any dredge or fill material shall be done or permitted within the wetland portion of the Preserve;

E.  No discharge, dumping, disposal, storage or placement of any soil, ashes, trash, refuse, fuel, rubbish, grass clippings, cuttings, bio-solids, or other waste materials shall be done or permitted within the Preserve or any portion of such area;

F.  Excavating, dredging, or removing loam, gravel, soil, rock, sand, or other material;

G.  Leveling or grading or otherwise altering the general topography of the Preserve or any portion of such area unless required to assure success of wetland establishment;

H.  No pesticides, rodenticides, or other chemicals shall be used within the Preserve;

I.  No mowing, grazing, or discing within the Preserve;

J.  Destruction or removal of any natural tree, shrub or other vegetation, that exists upon the Preserve shall be done or permitted except as provided in the Plan;

K.  No motorized vehicles shall be ridden, brought, used or permitted on any portion of the Preserve, except as provided for in the Plan or with prior written approval by the Corps;

L.  Roads, utility lines, firebreaks, trails, benches, equipment storage, buildings, billboards, signs, or other structures or activities.

M.  Granting use of the land to any third party for off-road vehicle use;

N.  Legally subdividing the Preserve, recording of a subdivision plan, partition, or any other division of the Preserve into two or more parcels;

O.  Paving or otherwise covering of the conservation Property with concrete, asphalt, or any other impervious paving material.  With the exception of maintenance to existing paved areas;

P.  Transferring any appurtenant water right required to maintain and restore the biological resources of the Preserve;

Q.  Granting surface entry for the exploration or extraction of minerals without approval by the Corps;

R.  Any and all other uses which may adversely affect the purposes of this Easement.

5.  **GRANTOR'S DUTIES**

Grantor shall undertake all reasonable actions to prevent the unlawful entry and trespass by persons whose activities may degrade or harm the Conservation Values of the Preserve.  In addition, Grantor shall undertake all necessary actions to perfect Grantee's rights under Section 2 of this Easement.

6.  **RESERVED RIGHTS**

Grantor reserves to itself and to its personal representatives, heirs, successors, assigns, agents, and present and potential future lessees, all rights accruing from its ownership of the Preserve including, but not limited to: (i) the right to engage in or invite others to engage in activity on or use of the Preserve for the purpose of construction of the Project in accordance the terms and conditions of U.S. Army Corps of Engineers Permit No. 200300113, including, without limitation, active management of the upstream detention pond; (ii) the right to engage or invite others to engage in activity on or use of the Preserve for the purpose of complying with the requirements of any governmental permits or authorizations including, but not limited to, those granted pursuant to the Federal Endangered Species Act, the California Endangered Species Act, Section 404 of the Clean Water Act or Section 1603 of the California Fish and Game Code; (iii) the right to engage in or invite others to engage in all uses of the Preserve that are not expressly prohibited herein and are not inconsistent with the conservation purposes of the Easement, such as the right to conduct maintenance activities in stormwater facilities located in the Preserve.

7.  **REMEDIES**

A.  Enforcement Rights.  If Grantee or Grantor determines that there is a violation of the terms of this Easement or that a violation is threatened, such party shall give written notice to the other parties of such violation and demand corrective action sufficient to cure the violation and, where the violation involves injury to the Preserve resulting from any use or activity inconsistent with the purpose of this Easement, to restore in accordance with the Plan, the portion of the Preserve so injured.  If a party fails to cure a violation within thirty (30) days after receipt of written notice thereof from the other party, or under circumstances where the violation cannot reasonably be cured within a thirty (30) day period, or fails to continue diligently to cure such violation until finally cured, the aggrieved party may bring an action at law or in equity in a court of competent jurisdiction to enforce the terms of this Easement, to enjoin the violation, ex parte as necessary, by temporary or permanent injunction, to recover any damages to which it may be entitled for violation of terms of this Easement or injury to the Conservation Values protected by this Easement, including damages for the loss of aesthetic ecological educational,

historical, recreation or scientific values and to require the restoration of the Preserve pursuant to the Plan to the condition that existed prior to any such injury. If a party, in its good faith and reasonable discretion, determines that circumstances require immediate action to prevent or mitigate significant damage to the Conservation Values of the Preserve, such party may pursue its remedies under this paragraph without prior notice to the other party or without waiting for the period provided for the cure to expire. Each party's rights under this paragraph apply equally in the event of either actual or threatened violations of the terms of this Easement, and each party agrees that the other party's remedies at law for any violation of the terms of this Easement are inadequate and that such party shall be entitled to the injunctive relieve described in this paragraph, both prohibitive and mandatory, in addition to such other relief to which such party may be entitled, including specific performance of the terms of this Easement, without the necessity of proving actual damages or the inadequacy of otherwise available legal remedies. Each party's remedies described in this paragraph shall be cumulative and shall be in addition to all remedies now or hereafter existing at law or in equity. Furthermore, the provisions of California Civil Code section 815 *et. seq.* are incorporated herein by this reference and this Easement is made subject to all of the rights and remedies set forth therein. If at any time in the future Grantor or Grantee or any subsequent transferee or assignee uses or threatens to use the Preserve for purposes not in conformance with the provisions of this Easement, or releases or abandons this Easement in whole or in part, notwithstanding California Civil Code section 815 *et. seq.*, the California Attorney General, or any entity organized for conservation purposes shall have standing as interested parties, and as third party beneficiaries in any proceeding affecting this Easement.

B. <u>Cost of Enforcement</u>. Reasonable costs incurred by any party enforcing the terms of this Easement, including without limitation, costs of suit and attorneys' fees, and any costs of restoration necessitated by a violation of the terms of this Easement shall be borne by the breaching party. If a party prevails in any action to enforce the terms of this Easement, such party's costs of suit including, without limitation, attorneys' fees, shall be borne by the other party.

C. <u>Parties Discretion</u>. Enforcement of the terms of this Easement shall be at the discretion of the respective parties, and any forbearance by Grantor or Grantee to exercise their rights under this Easement shall not be deemed or construed as a waiver by Grantor or Grantee of such term or of any subsequent breach of the same or any other term of this Easement or of any of their rights under this Easement. No delay or omission by Grantor or Grantee in the exercise of right or remedy upon any breach by Grantor or Grantee shall impair such right or remedy or be construed as a waiver.

D. <u>Acts Beyond Parties' Control</u>. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee

for any injury to or change in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement.

8.  **ACCESS**

Grantee, its successors, assigns, agents, invitees and licensees shall have the right to access the Preserve during the landfill hours of operation unless other arrangements are made.

9.  **COSTS AND LIABILITIES**

Except as set forth in this Easement, or as otherwise agreed in writing between the parties hereto, Grantor retains all responsibilities related to the ownership of the Preserve.  Preserve Manager (also the Grantor) assumes all responsibilities related to the operation, upkeep, and maintenance of the Preserve outlined in the Plan.

A.  Taxes: Grantor shall pay before delinquency all taxes, assessments, fees, and charges of whatever description levied on or assessed against the Preserve by competent authority, including any taxes imposed upon, or incurred as a result of, this Easement, and shall furnish Grantee with satisfactory evidence of payment upon request.

B.  Hold Harmless:  Grantor or its successors shall hold harmless, indemnify, and defend Grantee and its members, directors, officers, employees, agents and contractors and the heirs, personal representatives, successors, and assigns of each of them (collectively "**Grantee Indemnified Parties**") from and against all liabilities, penalties, costs, losses, damages, expense, causes of action, claims, demands, or judgments, including without limitation, reasonable attorney's fees, arising from or in any way connected with: (1) injury to or the death of any person, or physical damages to any property, resulting from any act, omission, condition or other matter occurring on the Preserve, unless caused by the acts or omissions of any of the Grantee Indemnified Parties; and (2) the existence or administration of this Easement, unless caused by the acts or omissions of any of the Grantee Indemnified Parties.

Grantee or its successor shall hold harmless, indemnify, and defend Grantor and its members, directors, officers, employees, agents and contractors and their heirs, personal representatives, successors, and assigns of each of the Grantor Indemnified Parties from and against all liabilities, penalties, costs, losses, damages, expense, cause of action, claims, demands, or judgments, including without limitation, reasonable attorneys' fees, arising from or in any way connected with the administration of this Easement, unless caused by the acts or omission of any of the Grantor Indemnified Parties.

10. **ASSIGNMENT**

This Easement is transferable, but Grantee shall give Grantor and the Corps at least 30 days' prior written notice of the transfer.  Grantee may assign its rights and obligations under this Easement only to an organization that is 1) approved by the Grantor and the Corps; and, 2) a public agency or a qualified organization at the time of transfer under Section 170(h) of the Internal Revenue Code of 1986, as amended (or any successor provision then applicable), and the applicable regulations promulgated there under; and 3) authorized to acquire and hold Conservation Easements under California Civil Code §815 et seq. (or any successor provision then applicable).  As a condition of such assignment or transfer, the Assignee or Transferee shall agree in writing that the conservation purposes that this Easement is intended to advance shall continue to be fulfilled and that the Plan will be followed.  In the event of the termination of Grantee's existence, the rights and obligations of Grantee hereunder shall, by that fact itself, and without any further action on the part of any entity, be deemed assigned to an entity approved by the Corps.

11. **SUBSEQUENT TRANSFERS**

Grantor agrees to incorporate the terms of this Easement in any deed or other legal instrument by which Grantor divests itself of any interest in all or a portion of the Preserve, including without limitation, a leasehold interest.  Grantor further agrees to give written notice to the Grantee and the Corps at least fifteen (15) days prior to the date of any Preserve transfer.  The failure of Grantor to perform any act required by this paragraph shall not impair the validity of this Easement or limit its enforceability in any way.

12. **CONDEMNATION**

The habitat conservation purposes are presumed to be the best and most necessary public use as defined at California Code of Civil Procedure section 1240.680 notwithstanding California Code of Civil Procedure section 1240.609 and 1240.700.

13. **ESTOPPEL CERTIFICATES**

Upon request by Grantor, Grantee shall within 15 days execute and deliver to Grantor any document, including an estoppel certificate, which certifies Grantor's compliance with any obligation of Grantor contained in this Easement and otherwise evidences the status of this Easement, as may be requested by Grantor.

14. **NOTICES**

Any notice, demand, request, consent, approval, or communication that the parties desire or is required to give to the others shall be in writing and either

---

serviced personally or sent by first class mail, postage prepaid, address as follows:

To Grantor:        Butte County Department of Public Works
                    7 County Center Drive
                    Oroville, CA 95965
                    Attn: Mr. Mike Crump

To Grantee:        California Open Lands
                    117 Meyers St, Suite 120
                    Chico CA, 95928
                    Attn: Erin Gaustad

To the United States Army Corps of Engineers:

                    United States Army Corps of Engineers
                    Sacramento Regulatory Branch
                    1325 J Street, 14th Floor
                    Sacramento, California 95814-2922

                    Attn: Chief, Sacramento Valley Office

or to such other address or the attention of such other officer as from time to time shall be designated by written notice to the other.

## 15.  FUNDING

Grantor has provided an escrow fund for the purposes of fulfilling all of Grantor's obligations.  The Grantor will be responsible for the long-term operations, and maintenance of the Easement under the Open Space Management Plan.  Funding shall be transferred to the appropriate transferee or assignee if the Easement is assigned or transferred.

## 16.  RECORDATION

Grantee shall promptly record this instrument in the official records of Butte County, California and may re-record it at any time as may be required to preserve its rights in this Easement.

## 17.  ADDITIONAL EASEMENTS

Grantor shall not grant any additional Easements, rights-of-way, or other interests in the Preserve, other than a fee or leasehold interest, undivided interest or security interest (mortgage or deed of trust), or grant or otherwise transfer to

any other person or entity or to other lands or otherwise abandon or relinquish any Waters associated with the Preserve without the prior written authorization of Grantee given through the Corps.  Such authorization will be given unless the Corps, among other things, determines that the proposed interest will adversely impact the functions and values of waters of the U.S. within the Preserve.  This paragraph shall not prohibit the transfer of a fee title or leasehold interest in the Preserve that is subject to the terms of this Easement.  This paragraph shall also not prohibit the granting of future compatible utility Easements, as authorized by the Corps.

18.   **AMENDMENT**

This Easement may be amended by Grantor and Grantee only by mutual written agreement and with written approval of the Corps.  Any such amendment shall be consistent with the purposes of this Easement and shall not affect its perpetual duration.

19.   **GENERAL PROVISIONS**

A.  Controlling Law.  The interpretation and performance of this Easement shall be governed by the laws of the State of California, the Federal Clean Water Act, Federal Endangered Species Act, and other applicable Federal laws.

B.  Construction.  Any general rule of construction to the contrary notwithstanding, this Easement shall be construed in favor of the grant to effect the Conservation Purpose of this Easement and the policy and purpose of California Civil Code §815 et seq.  If any provision in this instrument is found to be ambiguous, an interpretation consistent with the purposes of this Easement that would render the provisions valid shall be favored over any interpretation that render it invalid.

C.  Severability.  If any provision of this Easement, or the application thereof to any person or circumstances, is found to be invalid, the remainder of the provisions of this Easement, or the application of such provision to persons or circumstances other than those as to which it is found to be invalid, as the case may be, shall not be affected thereby.

D.  Entire Agreement.  This instrument sets forth the entire agreement of the parties with respect to the Preserve, and supersedes all prior discussions, negotiations, understandings, or agreements related to this Preserve.

E.  No Forfeiture.  Nothing contained herein will result in a forfeiture or reversion of Grantor's title in any respect.

F.  Successors.  The covenants, terms, conditions, and restrictions of this Easement shall be binding upon, and inure to the benefit of, the parties

hereto and their respective personal representatives, heirs, successors, and assigns shall continue as servitude running in perpetuity with the Preserve.

G. <u>Captions</u>.  The captions in this instrument have been inserted solely for convenience of reference and are not a part of this instrument and shall have no effect upon construction or interpretation.

H. <u>Counterparts</u>.  The parties may execute this instrument in two or more counterparts, which shall, in the aggregate, be signed by both parties; each counterpart shall be deemed an original instrument as against any party who has signed it.  In the event of any disparity between the counterparts produced, the recorded counterpart shall be controlling.

I. <u>Third-Party Beneficiary</u>:  Grantor and Grantee acknowledge that the Corps is a third party beneficiary of this Easement with the right of access to the Easement property and the right to enforce all of the provisions of this Easement.

## 20.  **NO MERGER**

In the event the Preserve and the Easement are ever owned by the same entity, there shall be no express or implied merger by operation of law or otherwise.  If any party should claim such a merger, the parties agree that any and all terms and conditions of this Easement shall be deemed covenants and restrictions upon the Preserve, which, shall run with the land according to California and/or other applicable law and otherwise exist in perpetuity.

IN WITNESS WHEREOF, Grantor grants, and Grantee accepts, this Easement the day and year first above written.

**GRANTOR:**

Butte County Department of Public Works

By: _Mike Crump_

_mike Crump_
PUBLIC WORKS DIRECTOR

**GRANTEE:**

California Open Lands,
a California Non-Profit Corporation

By: _Erin Gaustad_

_Erin Gaustad_
EXECUTIVE DIRECTOR

**STATE OF CALIFORNIA**

County of Butte

On _July 27, 2007_, before me, _Betty Hunt Notary Public_,
    Date                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

Personally appeared _Erin Gaustad_,
                                       Name(s) of Signer(s)

✓ personally known to me
___ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Betty Hunt_

Place Notary Seal Above               Signature of Notary Public



BETTY HUNT
Commission # 1666306
Notary Public - California
Butte County
My Comm. Expires Jun 30, 2010

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of _Butte_                          } ss.

On _September 26, 2007_ before me, _Jennifer G. Goff, Notary Public_
     Date                         Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Mike Crump_
                                Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory
evidence

to be the person(s) whose name(s) is/are
subscribed to the within instrument and
acknowledged to me that he/she/they executed
the same in his/her/their authorized
capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s)
acted, executed the instrument.

> JENNIFER G. GOFF
> Commission # 1587589
> Notary Public - California
> Butte County
> My Comm. Expires Jun 14, 2009

WITNESS my hand and official seal.

_Jennifer G. Goff_
                     Signature of Notary Public

———————— *OPTIONAL* ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Perpetual Conservation Easement Grant_

Document Date: _September 24, 2007_          Number of Pages: _14_

Signer(s) Other Than Named Above: _Erin Gaustad_

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
| --- |
| Top of thumb here |

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org          Prod. No. 5907          Reorder: Call Toll-Free 1-800-876-6827

**EXHIBIT A – LEGAL DESCRIPTION OF "PRESERVE"**

## EXHIBIT "A"

APN 040-600-082

**CONSERVATION EASEMENT**

All that certain real property situate in the County of Butte, State of California, being a portion of Parcel 2 as shown on that certain map entitled "Parcel Map, a Division of Parcel 3 of Parcel Map B", as filed in Book 136 of Maps at pages 14 through 16, in the Office of the County Recorder of the County of Butte, State of California, and also being portion of the real property conveyed by Grant Deed from Nance Canyon Partners, L.P. to County of Butte as recorded September 30, 1996 under Serial No. 96-036116 in the Office of the Recorder, County of Butte, State of California, described as follows:

**COMMENCING** at the most northerly corner of Parcel 1 as shown on said parcel map entitled "Parcel Map, a Division of Parcel 3 of Parcel Map B", said corner laying on the westerly right-of-way line of Nance Canyon Drive, said point also lying on the easterly line of a 100' wide electrical easement as recorded in the Office of the County Recorder of the County of Butte, State of California in Book 322 of Official Records at page 145;

THENCE leaving said westerly right-of-way of Nance Canyon Drive South 41°19'22" East, along the easterly line of Parcel 1 a distance of 974.75 feet;

THENCE leaving said easterly line of Parcel 1, North 48°40'38" East a distance of 20.87 feet to the **TRUE POINT OF BEGINNING**;

THENCE, North 40° 20'14" West, a distance of 253.29 feet, to the beginning of a tangent curve to the right having a radius of 110.00 feet;

THENCE, northerly along said curve, through a central angle of 92°25' 27", for an arc distance of 177.44 feet;

THENCE, North 52°05'13" East, a distance of 397.04 feet, to the beginning of a tangent curve to the right having a radius of 60.00 feet;

THENCE, easterly along said curve, through a central angle of 82°16' 47", for an arc distance of 86.16 feet;

THENCE, South 45° 38'00" East, a distance of 354.77 feet, to the beginning of a tangent curve to the right having a radius of 80.00 feet;

THENCE, southerly along said curve through a central angle of 106°12' 40", for an arc distance of 148.30 feet;

THENCE, South 60° 34'40" West, a distance of 466.28 feet, to the beginning of a tangent curve to the right having a radius of 60.00 feet;

EXHIBIT "A"
Page 1 of 2

THENCE, westerly along said curve, through a central angle of 79°05'07", for an arc distance of 82.82 feet to the **TRUE POINT OF BEGINNING**. Containing 6.08 Acres, more or less

The bearing of South 41°19'22" East along said easterly line of Parcel 1, as shown on said parcel map, filed in Book 136 of Maps at pages 14 through 16 was taken as the basis of bearings for this description.

**END OF DESCRIPTION.**

Approved:

Michael Mays
Deputy County Surveyor
County of Butte, California

LICENSED LAND SURVEYOR
MICHAEL L. MAYS
No. 6967
EXP. 09/30/07
STATE OF CALIFORNIA

Date: 6-5-2006



## LEGEND

FOUND MONUMENTS AS NOTED
FENCE
CONSERVATION EASEMENT
TRANSMISSION LINES
PROPERTY LINE
DIRT ROAD
TOP OF BANK

PORTION OF
APN 040-600-082
136 M 14
PARCEL 2
1996-036116

SEDIMENTATION
BASIN

EASEMENT AREA 6.08 ACRES

| DRAWN BY: A.C. | DATE: 5/29/06 | NEAL ROAD LANDFILL | EXHIBIT |
| CHECKED BY: MM | SCALE: 1" = 100' | CONSERVATION EASEMENT | "B" |
| APPROVED: _Mike Crug_ | DIRECTOR OF PUBLIC WORKS | APN: 040-600-082 | SHEET 1 OF 1 |

265

**EXHIBIT B – MAP OF "PRESERVE"**

**Neal Road Landfill**

*Preserve Map*



*Exhibit B.*

**EXHIBIT C – NEAL ROAD LANDFILL OPEN SPACE PRESERVE MANAGEMENT PLAN FOR "PRESERVE"**

# OPEN SPACE PRESERVE MANAGEMENT PLAN
## NEAL ROAD LANDFILL PRESERVE
### BUTTE COUNTY, CALIFORNIA

MAY 2006



**PREPARED FOR**

**BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**
**7 COUNTY CENTER DRIVE**
**OROVILLE, CALIFORNIA 95965**

**PREPARED BY**



GALLAWAY
CONSULTING, INC.
115 Meyers Street, Suite 120, Chico, CA 95928
Phone(530)343-8327   Fax(530)342-1882

# OPEN SPACE PRESERVE
# MANAGEMENT PLAN

## NEAL ROAD LANDFILL PRESERVE
### BUTTE COUNTY, CALIFORNIA

MAY 2006

PREPARED FOR:

**BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**
**7 COUNTY CENTER DRIVE**
**OROVILLE, CALIFORNIA 95965**

PREPARED BY:



GALLAWAY
CONSULTING, INC.
115 Meyers Street, Suite 120, Chico, CA 95928
Phone(530)343-8327   Fax(530)342-1882

# OPEN SPACE PRESERVE MANAGEMENT PLAN
# NEAL ROAD LANDFILL PRESERVE
# BUTTE COUNTY, CALIFORNIA

## Table of Contents

1.0 INTRODUCTION ........................................................... 1

    1.1 Setting.................................................................. 1
    1.2 Topography and Soils ........................................... 5
    1.3 Biological Resources.............................................. 5
    1.4 Native and Non-Native (Exotic) Plant Species ..................... 6
    1.5 Plan Goal ............................................................ 6

2.0 PRESERVE PERSONNEL ................................................ 7

    2.1 Preserve Manager................................................. 7
    2.2 Use of Qualified Personnel/Monitoring Biologist .................. 7
    2.3 Changes in Personnel......................................... ..... 8

3.0. RECREATION, EDUCATION, AND HABITAT RESTORATION .... 8

    3.1 Recreation.......................................................... 8
    3.2 Habitat Restoration/Enhancement ........................................ 8

4.0 CORPS NOTIFICATION ................................................ 9

    4.1 No Notification Required ....................................... 9
    4.2 Notification ........................................................ 9
    4.3 Review and Approval ............................................ 9
    4.4 Activities Requiring a Permit ................................ 9
    4.5 Emergency Situations .......................................... 10

5.0 LONG TERM MANAGEMENT OF THE PRESERVE ..................... 11

    5.1 Adaptive Management .......................................... 11
    5.2 Preserve Management During Project Construction
        Or Adjacent Construction ....................................... 11
    5.3 Preserve Management Activities and Guidelines................. 12

6.0 LONG TERM MAINTENANCE OF STRUCTURES AND
    IMPROVEMENTS ......................................................... 14

6.1 Signage ............................................................... 15
6.2 Maintenance Vehicle Access Roads .................................... 15
6.3 Storm-water Detention Basin .......................................... 15
6.4 Firebreaks ........................................................... 15

7.0 PROHIBITED ACTIVITIES WITHIN THE PRESERVE ................... 15

7.1 Access to the Preserve ............................................... 16
7.2 Vegetation Removal ................................................... 16
7.3 Burning and Dumping ................................................. 16
7.4 Disking .............................................................. 16
7.5 Additional Roads, Trails, Benches, and Utility Lines ............. 16
7.6 Equipment or Fuel Storage ............................................ 16
7.7 Topography ........................................................... 16
7.8 Pesticides and Chemical Agents ....................................... 17
7.9 Motor Vehicle Use .................................................... 17
7.10 Construction ........................................................ 17
7.11 Non-Native Plants ................................................... 17

8.0 REMEDIATION/RESTORATION ACTIVITIES ............................... 17

8.1 Post Construction Remediation/Restoration ......................... 17
8.2 Restoration of Conservation Easement/Vandalism ............... 17
8.3 Timing/Process for Corrective Action ................................ 17

9.0 PRESERVE INSPECTIONS AND REPORTING ............................ 18

9.1 Schedule ............................................................. 18
9.2 General Inspections .................................................. 19
9.3 Biological Inspections ............................................... 20
9.4 Agency Monitoring/Inspections ........................................ 21
9.5 Annual Reporting Requirements ........................................ 21

10.0   PRESERVE OWNERSHIP AND FUNDING MECHANISM ........ 21

10.1 Preserve Owner ...................................................... 21
10.2 Funding Mechanism ................................................... 21

11.0 REFERENCES ......................................................... 22

**Attachment A**  U.S. Army Corps of Engineers Individual Permit

**Attachment B**  Conservation Easement

## List of Tables and Figures

### Tables

1  Mitigation Guidelines for Construction ............................................... 18

### Figures

1  Location Map ..................................................................... 2
2  Preserve Map..................................................................... 4

## 1.0 INTRODUCTION

### 1.1 Setting

The Neal Road Landfill Open Space Preserve (Preserve) is located in an unincorporated portion of Butte County south of the City of Chico, California.  The Preserve is approximately 3.00 acres in size.  It is located within Section 15, T21N R2E, of the Hamlin Canyon California 7.5 minute quadrangle U. S. Department of the Interior, Geological Survey (USGS) (**Figure 1**).

#### 1.1.1 Project History

The Butte County Department of Public Works (BCDPW) has proposed to expand the existing Neal Road Landfill. The purpose of the project is to provide additional landfill capacity for an anticipated increase in solid waste generation by the service areas of the landfill, which includes the unincorporated areas of Butte County, the Cities of Biggs, Chico, Gridley and Oroville, and the Town of Paradise. It is estimated that the capacity within the existing landfill would be reached in 2018.  The BCDPW has completed the CEQA process, including an alternatives analysis, and the Neal Road Landfill Expansion Project Final EIR was recorded in January 2002 (SCH No. 2001062067).

The Neal Road Landfill expansion project would result in a vertical and horizontal expansion of the existing landfill.  The landfill currently has a permitted disposal area of 101 acres. The proposed project would expand the current landfill operations to include a vertical expansion from a maximum elevation of 495 feet to approximately 500 feet and a lateral expansion of approximately 74 acres.  At buildout, the landfill refuse footprint would be approximately 140 acres.

Within the expansion area a large wetland (4.94 acres) and 1,794 feet of ephemeral drainages (0.07 acres) have been delineated and verified by the U.S. Army Corps of Engineers (Corps).  All of the features, which total 5.01 acres will be impacted by the proposed expansion project.  The lateral expansion of the landfill will not result in the fill of these features. However, a storm-water detention basin, leachate pond, and green-waste compost facility are proposed in the area where jurisdictional features occur. These proposed projects will result in indirectly impacting or the direct fill of 5.01 acres of jurisdictional Waters of the United States.  Indirect impacts will be caused by redirecting or intercepting drainage water that currently provides wetland hydrology.

The BCDPW has requested a permit from both the Regional Water Quality Control Board and the Corps to fill Waters of the United States that occur on-site. The BCDPW has requested an Individual permit and consideration for authorization through the Letter of Permission process.  The permit was received from the Corps on December 9, 2003, permit number 200300113.  Special Conditions of the permit included developing a mitigation and monitoring plan for the preserve, purchase off-site mitigation credits, creating 3.00 acres of wetland on-site, establishment of a



*Figure 1.*

buffer of native vegetation around the wetland, create a detailed preserve management plan, scheduled preserve inspections to insure proper function, and submit monitoring reports. The on-site and off-site mitigation elements result in a no-net-loss of wetlands and no loss of wetland functions on-site.

### 1.1.2  Surrounding Land Use

The study site consists of approximately 75 acres. The parcel is currently a landfill. The study site is located south of the City of Chico, north of Neal Road in an unincorporated portion of the County.

### 1.1.3  Regulatory Background

An individual permit authorization (Permit) for the Neal Road Landfill Project was obtained from the U.S. Army Corps of Engineers, dated, December 9, 2003 (Regulatory Branch #200300113) for the impacts to waters of the United States (including wetlands) anticipated as part of the project (**Attachment A**). A special condition of the Permit was the establishment of a long-term management plan for the portions of the project that contain preserved or mitigation wetlands or are to be restored, and the recordation of a Conservation Easement (**Attachment B**) over these areas protecting them from further development and establishing them as wildlife habitat in perpetuity. This document, the Neal Road Landfill Operations and Management Plan (Plan), fulfills that requirement.

### 1.1.4  General Preserve Description

The Preserve consists of a small portion of the overall landfill area, located in the southwest corner of the property (**Figure 2**). The total acreage of the Preserve is 3.00 acres of wetland area, with an additional 25 foot buffer.

- Wetland Compensation Area (3.00 acres): This area is where the Corps required 3.00 acres of seasonal emergent marsh habitat to be constructed. The constructed wetlands will be integrated with the actively managed in this area and overall management is the same as that for the Passive Open Space Areas.

Throughout this Plan, all restrictions, uses, monitoring, and management guidelines are assumed to apply to all of these units unless explicitly stated otherwise.

**Neal Road Landfill**  *Preserve Map*



**Figure 2**

## 1.2 Topography and Soils

The wetland occurs within the Wafap-Hamslough complex. The Wafap component of this complex occurs on bars on low stream terraces, whereas the Hamslough component occurs within low stream areas where clays are deposited.  The parent material for the Hamslough component is clayey alluvium derived from volcanic rock over gravelly alluvium.  The existing wetland area occurs within the clay deposits on the alluvium terrace at the base of a historic drainage.  The landfill currently occupies the historic drainage that originally deposited parent clay material and supplied hydrology. A duripan typically exists within the Hamslough complex at 20-40 inches, which creates an impermeable layer. The run-off potential for this soil type is high and the soil is poorly drained.  (Soil and water table information provided by the Chico Natural Resource Conservation Service office).

## 1.3  Biological Resources

### 1.3.1  Created Habitats

The existing wetland, a seasonally wet clay-flat wetland, totaling 4.94 acres will be impacted.  Proposed mitigation measures include the creation of on-site seasonal wetland habitats totaling 3.0 acres.  The on-site wetland will occur within the same soil types and has been designed to provide additional wetland functions. Utilizing a combination of on and off-site mitigation the BCDPW mitigation goals are to mitigate the loss of seasonal wetlands at a ration of 1:1 that result in a no-net-loss of wetlands and no loss of wetland functions on-site.

The created wetland will provide more storage and attainment than the existing wetland.  A quantitative description of storage rates is not possible but a comparison of the topography of the existing wetland in relation to the design for the created wetland clearly indicate the created wetland has more capacity to store water.  Due to it's design and capacity the created wetland will intercept surface run-off, filter sediments, remove or retain inorganic compounds and thus will contribute to water quality improvement.  The created seasonal wetland will pond water during the winter and a portion of the growing season, which will provide habitat to resident and migrating wildlife. For additional information regarding the functions of the existing wetlands and expected functions of the mitigation wetlands see Appendix A, *Functional Assessment of Existing and Proposed On-site Mitigation Wetlands at the Neal Road Landfill, Butte County, CA. June 24, 2003.*

### 1.3.2 Special-Status Species

No species of concern, threatened, or endangered species were located within the project area during on-site surveys.

---

## 1.4 Native And Non-Native (Exotic) Plant Species

In several locations throughout this Plan, native and non-native plant species are mentioned. The following definitions of these terms have been included to assist the Preserve Manager in determining the status of plant species found in the Preserve.

### 1.4.1 Native Plants

For the purposes of this Plan, plants native to the Preserve will be defined as those plants believed by the scientific community to have been present in Butte County prior to the settlement of Europeans. The Jepson Manual can be a reference for determining if a plant is native or non-native. The Preserve Manager can consult with the Monitoring Biologist, local botanists, or the local chapter of the California Native Plant Society (CNPS) to determine if a plant should be considered native to the Preserve.

### 1.4.2 Non-Native (Exotic) Plants

Based on the above definition of plants considered to be native to the Preserve, there are several ways to view what a non-native plant is: there are plants that are not locally native (native to Butte County), plants that are not regionally native (native to Northern California), and then plants that are not native to California or the U.S.

### 1.4.3 Exotic Pest Plants

Exotic pest plants are plants that are not native, and additionally are invasive, replacing native vegetation or native habitats.  The Monitoring Biologist and the Preserve Manager can refer to the species found on the California Exotic Pest Control Council (CalEPPC) List A, List B, and Red Alert List to assist them in determining if a plant is an exotic plant species of concern.  The list can be found at http://www.caleppc.org/.

## 1.5 Plan Goal

The goal of this Plan is to ensure that the preserved and created wetland and upland habitats within the Preserve are maintained in good condition such that they will continue to support the flora and fauna that the Preserve were established to protect (Conservation Values), in perpetuity, and to define the specific methods necessary to meet this goal.  Conservation Values are defined as the physical, biological, and environmental processes needed to maintain the Preserve.  Specific management strategies designed to maintain the Conservation Values are discussed in Section 5.0.

In order to realize the Plan Goal, the following biological goals are established:

- Preserve the abundance and diversity of the native plant and animal species within the wetland, riparian, and oak woodland habitats.

- Protect the Preserve from the effects of adjacent land uses that may adversely impact the Preserve.
- Repair or restore any adverse condition within the Preserve that may affect or potentially affect the Preserve.

It should be noted that while it is the intent of this Operation and Management Plan to comply with the project's existing federal permits, if any discrepancies between this Plan and the federal permits exist, the federal permits override the Plan stipulations unless approved by the Corps where the jurisdiction is the Corps', or the Service where the jurisdiction is the Service's.

## 2.0 PRESERVE PERSONNEL

The Preserve Manager and qualified personel/monitoring biologist are primary personnel that will oversee, monitor and coordinate the maintenance of the Preserve. They are intended to work together as a team to accomplish the management of the Preserve by exchanging information, problem solving and generally having a proactive relationship.

### 2.1 Preserve Manager

The Preserve will be managed by BCDPW pursuant to the Conservation Easement (**Attachment B**), and this Plan. The BCDPW will manage and maintain the Preserve as outlined in this Plan and will designate a Preserve Manager. Funding for the perpetual management and care of the Preserve will be provided for by BCDPW as described under Section 10.0.

#### 2.1.1 Preserve Manager Responsibilities

The Preserve Manager's responsibilities and duties shall include but not be limited to:

- Maintaining signage.
- Coordinating trash removal.
- Conducting thatch/exotic plant management when necessary with qualified personnel.
- Reviewing monitoring data, and recommend and coordinate with the Corps for any remedial action.
- Maintain a Log for the Preserve. This Log will contain a record of all activities, correspondence and determinations regarding the Preserve.
- General Inspections of the Preserve as required by this Plan.
- Coordinating an annual Biological Inspection by a qualified biologist.
- Arrange for any corrective action necessary to ensure the performance of the habitat at the Preserve, as required by this Plan.

### 2.2 Use of Qualified Personnel/Monitoring Biologist

The Preserve Manager shall retain professional biologists, botanists or other types of specialists (the Qualified Personnel, including the Monitoring Biologist) to conduct

specialized tasks.  The Monitoring Biologist, from California Open Lands, shall be familiar with California flora and fauna, and shall have knowledge regarding wetland species and their ecology.

### 2.2.1  Qualified Personnel/Monitoring Biologist Potential Responsibilities

Overall, duties of the Qualified Personnel may include but are not limited to:

- Wetland function and erosion monitoring tasks.
- Evaluating the accumulation of dead vegetative matter and recommending removal if needed.
- Evaluate the presence of newly introduced non-native (exotic) plant species and recommend management, if needed.
- Conducting the Biological Inspection, collecting data on the Preserve and preparing reports required by this Plan.
- Evaluating site conditions and recommending remedial action to the Preserve Manager.
- Assist in reviewing or planning restoration activities, use of the Preserve for education or other tasks such as grant proposals.
- Supervising and monitoring construction activities as set forth in Section 5.2, below.
- Monitor, inspect and report on the Preserve as set forth in Sections 9.1, 9.2, 9.3 and 9.5 below in order to facilitate Preserve management which complies with the requirements of this Plan.

## 2.3  Changes in Personnel

If the Preserve Manager or the Qualified Personnel are changed, the outgoing and incoming personnel will tour the Preserve together, and the former will advise the latter of trends, problem areas, and any administrative difficulties.

## 3.0  RECREATION AND HABITAT RESTORATION

### 3.1 Recreation

There will be no public access of any kind, to the preserve.

### 3.2  Habitat Restoration/Enhancement

In the future the Preserve Manager may want to conduct additional habitat restoration or enhancement within the Preserve.  This could include the removal of non-native (exotic) plant species (see Section 5.3.3), planting native plants (see Section 1.4.1), or other restoration activities.  Restoration activities that involve work in wetlands or waters of the U.S., may require a permit under Section 404 of the Clean Water Act, and/or a Streambed Alteration Agreement from the California Department of Fish and Game (CDFG).  The Preserve Manager will not need to notify the Corps if restoration activities do not require a permit from the Corps; however, these activities will be

reviewed by the monitoring Biologist and will be described in the Annual Report. If there is a question regarding whether a restoration activity will require a Corps permit, the Preserve Manager should seek guidance from the Corps.

## 4.0 CORPS NOTIFICATION

The Corps has expressed a desire to be notified when certain management and maintenance activities are undertaken within the Preserve. It is also recognized that the Preserve Manager needs be able to carry out management and maintenance activities in a timely and responsive manner. Therefore the following notification requirements have been defined:

### 4.1 No Notification Required

If an activity in this Plan does not have a specific requirement for notification, is not a Prohibited Activity (see Section 7.0), review and approval or a permit is not required, then no notification is required. If an activity was not anticipated by this Plan, and therefore is not mentioned, Corps review and approval is required.

### 4.2 Notification

For those activities noted in this Plan as requiring Corps notification, the following action will be taken. All efforts will be made to outline the activities for the coming year in the annual letter report, which is submitted by December 31st of each calendar year. If this is not possible, then the Preserve Manager will submit a separate letter to the Corps. Either will include a written description of the activity, including when the activity will take place and what methodology will be used, as well as a map showing what areas will be targeted.The Corps will have 30 days to contact the Preserve Manager to discuss the activity if the Corps does not approve. If the Preserve Manager is not contacted within 30 days, then the activity will be considered approved. Notification will be made either by fax, email, registered mail, or overnight transmittal.

### 4.3 Review and Approval

For those activities noted in this Plan as requiring Corps notification, the following action will be taken. All efforts will be made to outline the activities for the coming year in the annual letter report, which is submitted by December 31st of each calendar year. If this is not possible, then the Preserve Manager will submit a separate letter to the Corps. Either will include a written description of the activity, including when the activity will take place and what methodology will be used, as well as a map showing what areas will be targeted.The Corps will have 60 days to review, discuss, and approve the activity. For these activities, the approval from the Corps must be written. Submittal of activities for review and approval as well as written approval back from the Corps will be made either by fax, email, registered mail, or overnight transmittal.

### 4.4 Activities Requiring a Permit

Some of the activities mentioned in this plan have the potential to "impact" wetlands or waters of the U.S. The term "loss of waters of the U.S.", which is the closest term defined in the Federal Register to "impact", is defined on page 2094 of the Federal Register, Volume 67, No. 10 / Tuesday, January 15, 2002 / Notices, as follows:

> Waters of the U.S. that include the filled area and other waters that are permanently adversely affected by flooding, excavation, or drainage because of the regulated activity. Permanent adverse effects include permanent above-grade, at-grade, or below-grade fills that change an aquatic area to dry land, increase the bottom elevation of a waterbody, or change the use of a waterbody. The acreage of loss of waters of the U.S. is the threshold measurement of the impact to the existing waters for determining whether a project may qualify for a NWP; it is not a net threshold calculated after considering compensatory mitigation that may be used to offset losses of aquatic functions and values. The loss of stream bed includes the linear feet of stream bed that is filled or excavated. Waters of the U.S. temporarily filled, flooded, excavated, or drained, but restored to preconstruction contours or elevations after construction, are not included in the acreage or linear foot measurements of loss of waters of the U.S. or loss of stream bed, for the purposes of determining compliance with the threshold limits of the NWPs.

The purpose of this section is to clarify, that while this Plan may call out the maintenance activities as allowed in the Preserve, this does not mean that the activity does not require a separate authorization (permit) under Section 404 of the Clean Water Act. Also, if a project will not result in the permanent loss of wetlands or waters of the U.S., only temporary loss or "impact", a permit is still required. Specific maintenance activities may also qualify for the Clean Water Act Section 404(f) exemption for maintenance. If there is a question regarding whether a maintenance activity will require a Corps permit, the Preserve Manager should seek guidance from the Corps.

Some of these activities may also need a Streambed Alteration Agreement from the CDFG. Pursuant to Section 1600- of the California Fish and Game Code, the CDFG requires entities obtain a Streambed Alteration Agreement for activities affecting the bed, bank, or channel of a lake, river, stream, or drainage, as defined by CDFG.

## 4.5 Emergency Situations

Should an emergency situation arise that requires immediate action in an upland area, and would normally require that the Corps be notified or have review and approval authority, the Corps will be notified verbally within forty-eight (48) hours, with written confirmation of the actions taken within one (1) week. In these situations, "emergency" is a situation which would result in an unacceptable hazard to life, a significant loss of property, or an immediate, unforeseen, and significant economic hardship.

Should an emergency situation arise that requires immediate action in a wetland or waters of the U.S., but would normally require that a permit be obtained from the

Corps, the following applies as stated in the Code of Federal Regulations, Title 33, Chapter II, Part 325, Section 325.2 - Processing of Applications:

> Emergency procedures - Division engineers are authorized to approve special processing procedures in emergency situations. An "emergency" is a situation which would result in an unacceptable hazard to life, a significant loss of property, or an immediate, unforeseen, and significant economic hardship if corrective action requiring a permit is not undertaken within a time period less than the normal time needed to process the application under standard procedures.

California Fish and Game Code Section 1600- also has emergency procedures stipulations that may apply.

## 5.0 LONG TERM MANAGEMENT OF THE PRESERVE

### 5.1 Adaptive Management

In preparing a management plan for habitat to be preserved in perpetuity, it must be acknowledged that there will undoubtedly be future developments in habitat and species management that may affect how the Plan Goal is met.  This management plan can only provide guidance for adopting new technologies or practices as they are developed. Ultimately, the Preserve Manager in coordination with the Monitoring Biologist, and the Corps, must determine the appropriate management decision for a given situation.  The following management strategies, approved uses, and restrictions are intended to provide a framework for the long-term management and operation of the Preserve. Before considering any management action, the Preserve Manager must consider the Plan Goal, which is to ensure that the protected wetland and upland habitats within the Preserve are maintained in good condition such that it will continue to support the flora and fauna of the uplands and wetlands, in perpetuity.  Furthermore, this Plan cannot anticipate all possible site conditions.  Therefore, if a condition arises which is not specifically addressed by this plan, the Preserve Manager may upon review and approval by the Corps, adopt techniques not described here.

### 5.2 Preserve Management During Project Construction or Adjacent Construction

In general, when there is any construction within a portion of the Preserve or adjacent to the Preserve, the following protection measures will be implemented:

- The minimum necessary construction area will be used.
- The Monitoring Biologist will set construction limits that do not encroach on any preserved wetlands.
- The limits of the construction area will be delineated using high visibility construction fencing.
- If appropriate, a Storm-water Pollution Prevention Plan (SWPPP) will be prepared and best management practices will be adopted to control sediment and erosion

during construction.
- The Monitoring Biologist will attend pre-construction meetings and brief contractors on the location of wetland features or other sensitive habitats.
- The Monitoring Biologist will also conduct a post-construction inspection to determine if those conducting the construction need to do any post-construction remediation.

## 5.3  Preserve Management Activities and Guidelines

The following outlines management and maintenance activities that are allowed within the Preserve.

### 5.3.1  Authorized Access

The intent of the Preserve is to maintain the habitats of these areas in perpetuity. Limited off-trail access to the Preserve by the Preserve Manager will further this goal.  Off-trail pedestrian access to the Preserve should be discouraged through signage, and outreach activities.  Access to the Preserve for maintenance activities is allowed, but should be restricted to the immediate area where maintenance is occurring.  Access to the Preserve in emergency or law enforcement situations, by medical, fire or law enforcement personnel or vehicles is allowed.

### 5.3.2  Non-native Plant Species Management

It is unreasonable to require or expect eradication of established exotic species at the site.  The required management of non-native plants will therefore be limited to the management of newly introduced exotic pest plants and controlling the spread of existing exotic pest plant populations that are a threat to the Conservation Values. The Monitoring Biologist and the Preserve Manager can refer to the species found on the California Exotic Pest Control Council (CalEPCC) List A, List B, and Red Alert List to assist them in determining if a plant is an exotic plant species of concern, and which species should be given priority for management.  Beyond management activities, if the Preserve Manager would like to pursue more extensive removal of non-native species through volunteer efforts or grant funding, that is encouraged.

In addition to the Preserve Manager looking for these four target species and others during the General Inspections, the Monitoring Biologist will also assess the presence of any newly introduced exotic pest plant species during the Biological Inspections and recommend removal as needed.  Three methods of removing or controlling these species are outlined below:

#### 5.3.2.1  Hand/Mechanical Removal

Hand removal or use of small hand powered or handheld equipment (such as a Weed Wrench or a chainsaw) should always be the preferred method of removing exotic pest plant species from the Preserve.  If hand removal methods are tried and found to be ineffective, or the problem is too widespread for hand

removal to be practical, then mechanical methods (use of larger equipment with motors such as mowers) or biological controls as described below can be implemented.  The Preserve Manager does not need to notify the Corps if removal will be done by hand, hand held equipment, or with a mower.  The Corps will be notified if large equipment other than a mower is used.

### 5.3.2.2    Biological Controls

There are several natural enemies of yellow star thistle that have been introduced from Europe to act as biological controls against this invasive species. The insects develop within the seed head of the flower and develop there, feeding on the seeds.  County Agricultural Commissioner would be the point of contact for use of these biological controls within the Preserve.  The Agricultural Department currently (2002) does have a limited program for providing the hairy weevil for biological control, and should be contacted if it is determined that star thistle control is needed.

Currently, there are studies taking place on the effectiveness of the milfoil weevil in controlling populations of Eurasian milfoil.  Care should be taken in identifying milfoil if it becomes problematic, as there are several species of milfoil native to California.

There are no biological controls currently available for Himalayan blackberry or tree of heaven.

If biological control methods are tried and found to be ineffective or if biological control methods are not available for the target species, then herbicides can be used, but only as outlined below.  The Corps will be notified if biological controls will be used in the Preserve.

### 5.3.2.3   Use of Herbicides for Non-Native/Exotic Pest Plant Management

Herbicides can be used only for the management of Yellow star thistle, Himalayan blackberry, tree of heaven, Eurasian watermilfoil.  List chemical to be used.  They must be applied according to the label.  This approval does not obviate the need for the Preserve Manager to obtain any other applicable approvals for the use of these chemicals.  **None of these chemicals can be used within 25 feet of wetland habitat.**  Unless the herbicides used to control these species varies from that described in this section, the Preserve Manager will not need to notify the Corps.  However, any actions taken will be described in the Annual Report.  If the Preserve Manager believes that the use of a new herbicide, or use one of the herbicides listed above on a new species is warranted, Corps approval must be obtained.

### 5.3.3   Altered Hydrology

In order to the maintain hydrology of the Preserve, the Preserve Manager will take steps to prevent the property owner or adjacent developments adjoining the Preserve from directing the natural flow of drainage, landscaping, and storm-water runoff from their property onto the Preserve unless it was an original design feature of this project. This is especially true in smaller, urban preserves (Clark and others 1998). See **Figure 2** – Drainage Restriction Area for the edges of the Preserve that should not receive any additional drainage from off-site. This does not preclude the use of irrigation for the establishment period for the native plantings.

### 5.3.4 Mosquitoes

If mosquito control is necessary, the local Mosquito Vector Control District will be consulted to select control mechanisms that are the least damaging to the Preserve's habitats. A plan outlining those mechanisms will be submitted to the Corps for review and approval.

### 5.3.5 Beaver Management

The Preserve Manager will be responsible for assessing the beaver population within the Preserve. If beaver dams become established, the Preserve Manager should consult with the Monitoring Biologist to determine if it is best to leave the beavers alone as they are a natural part of the ecosystem, install beaver baffling devices and allow the beavers to remain, breach the beaver dam, or if removal of the beavers is appropriate. The use of beaver baffling devices is allowed. If the Preserve Manager determines removal is appropriate, the Preserve Manager will work with the local California Department of Fish and Game to trap and relocate or hunt the beaver population. The Corps will be notified regarding beaver management.

### 5.3.6 Trash Removal

The Preserve Manager will remove accumulations of trash and other unwanted debris from the Preserve periodically.

## 6.0 LONG TERM MAINTENANCE OF STRUCTURES AND IMPROVEMENTS

(Structures in preserve areas are discouraged. In the instances where they have been authorized, include descriptive text outlining their placement and maintenance. The following section outlines some example text for when structures must be placed in the preserve.) The following paragraphs outline the allowed maintenance of structures and improvements present within the Preserve. Vegetation removal type maintenance (e.g., mowing vegetation along underground sewer line alignments) associated with these structures is not allowed unless explicitly stated below. **If maintenance or replacement activities associated with these structures will impact preserved wetlands or waters of the U.S., the Corps will be notified and any appropriate permits will be obtained (see Section 4.4).** If wetlands or waters of the U.S. will not be impacted by maintenance or replacement of any of these structures or improvements, then the Preserve Manager will review the plans for the activity to be

sure that as little disturbance to the Preserve occurs as possible, but the Corps will not have to be notified.  These activities will be described in the annual letter report to the Corps.  In addition, disturbed areas will be restored (see Section 8.0).

## 6.1  Signage

Signage will be installed at Preserve to inform the public of the presence of the Preserve.  The Preserve manager will be responsible for the maintenance and replacement of the signage.

## 6.5  Maintenance Vehicle Access Roads

There are two maintenance vehicle access roads that are 10 feet wide decomposed granite.  These allow access to the overhead transmission line towers.  Routine maintenance activities such as adding more decomposed granite and mowing two feet on either side of the maintenance vehicle access roads are allowed.  Chemicals will not be used on the maintenance vehicle access roads.

## 6.6  Storm-water Detention Basin

As part of the project development, it is anticipated that a storm-water detention basin will be created within the Preserve (**Figure 2**).  The basin will only be constructed such that it doesn't affect any jurisdictional waters of the U.S.  The storm-water detention basin will be designed to catch flow and flow over the berm into the wetland during times of high water.  This will act to dissipate flows, minimize erosion, and to allow some passive treatment of water before it enters the preserved wetlands/waters of the U.S.  Maintenance or repair activities for drainage may occur as needed but must not alter the surrounding open space.  If maintenance or replacement activities will impact preserved wetlands or waters of the U.S., the Corps will be notified and any appropriate permits will be obtained.

## 6.7     Fire Breaks

The berm surrounding the outside of the wetland and storm-water detention basin will act as a fire break.  The berm at its thinnest point is approximately 20 feet wide.  The Corps requires that a survey for ground nesting birds be conducted if firebreaks are to be cut before July 1st to eliminate impacts to these species.  Therefore, the Preserve Manager will be responsible for arranging for a ground nesting bird survey to be conducted each year prior to the mowing of firebreaks.  Firebreaks may be mowed (not disked) such that vegetation is 2 inches high or less. Appendix A, number 6, states that firebreaks are to be avoided. The approval of this document by the Corps supersedes the actual permit.

## 7.0  PROHIBITED ACTIVITIES WITHIN THE PRESERVE

This section outlines the restrictions on activities that can take place in the Preserve.  It is understood that the following activities are prohibited, except as needed to accomplish the above-mentioned management and maintenance activities or as

described below.  Additionally, if any of these activities must be undertaken due to special circumstances, they may be reviewed and approved by the Corps on a case-by-case basis.

## 7.1  Access to the Preserve

The intent of the Preserve is to maintain the habitats of the Preserve in perpetuity. Limited access to the Preserve will further this goal.  Pedestrian access to the Preserve should be discouraged through signage.  See Section 5.3.1 for a description of authorized access.  All other off-trail access to the Preserve is not allowed.

## 7.2  Vegetation Removal

No killing, removal, or alteration of any existing native vegetation will be allowed in the Preserve except as described in this Plan.

## 7.3  Burning and Dumping

No burning or dumping of rubbish, garbage or any other wastes or fill materials will be allowed in the Preserve.  The foregoing prohibition shall not be interpreted to prohibit controlled burning as a method of thatch management.

## 7.4  Discing

No discing can occur in the Preserve.

## 7.5  Additional Roads, Trails, Benches and Utility Lines

Roads, trails, benches and utility lines not called out in this Plan will not be allowed in the Preserve without approval from the Corps.

## 7.6  Equipment or Fuel Storage

There will be no equipment or fuel storage within the Preserve.

## 7.7  Topography

(Disturbance of the topography within in the Preserve for toes of slope, etc. is discouraged.  In instances where the preserve is wide enough to accommodate these activities and approval is obtained, revegetation is necessary.)

Once adjacent development is complete and areas within the Preserve that have been disturbed (as authorized by the Corps) have been revegetated (see Section 8.1), no alteration may be made to the existing topography of the Preserve.  This includes leveling or grading.  No exploration, development, or extraction of oil, gas or minerals may be made from the Preserve.

## 7.8  Pesticides and Chemical Agents

Except as needed for management of the habitat as outlined in this Plan or as approved by the Corps, there shall be no use of any pesticides, fungicides, insecticides or any other chemical agents used to kill or suppress plants, animals, or fungi in the Preserve.

## 7.9  Motor Vehicle Use

No motorized vehicles shall be ridden, brought, used, or permitted on any portion of the Preserve with the exception of the following.  Motorized vehicular use will be restricted to that required for Preserve maintenance purposes such as authorized mosquito abatement, bike trail repair or replacement, and for emergency or law enforcement situations requiring access by medical, fire or law enforcement vehicles.

## 7.10  Construction

Once the preserve is complete and the structures and improvements called out in this Plan are in place, no construction shall be allowed in the Preserve with the exception of the activities mentioned in this Plan.

## 7.11  Non-native Plants

No non-native plants will be planted in the Preserve.

## 8.0  REMEDIATION/RESTORATION ACTIVITIES

## 8.1  Post-Construction Remediation/Restoration

The replacement of the previously mentioned structures or improvements in the Preserve may require post-construction restoration.  These structures or improvements were originally permitted as part of the project through the Corps and CDFG.  For these cases, post-construction remediation/restoration means, for example, hydroseeding areas of the Preserve that were disturbed by equipment, restoring the original grade where the intent was not to alter it, cleaning up construction debris, and generally reverting the area back to pre-construction conditions (**Table 1**).

## 8.2  Restoration of Conservation Easement Violations/Vandalism

It is difficult to anticipate and provide a mitigation measure for all potential violations of the Preserve Conservation Easement; however, the following table outlines some potential violations and mitigation guidelines.  If a particular situation is not listed here, that does not mean that restoration is not required.  In these cases, determining an appropriate mitigation measure will be at the discretion of the Preserve Manager in coordination with the Monitoring Biologist.

## 8.3  Timing/Process for Corrective Actions

Minor corrective measures not requiring notification or approval of the Corps (e.g., prevention of unexpected runoff, prevention of unauthorized access to the area by placing locks on gates, etc.) will be carried out by the Preserve Manager within sixty (60) days, unless site conditions warrant delay (i.e., if soil is saturated and equipment

**Table 1. Mitigation Guidelines for Construction at the Neal Road Landfill Preserve, Butte County, California.**

| Type of Disturbance | Mitigation Guideline |
|---|---|
| Disturbance of Grassy Upland Areas | Restoration of grassy upland areas due to disturbance resulting in bare ground should include seeding the area with native grass seed and implementing the proper erosion control measures until bare ground becomes vegetated again. |
| Removal of Native Tree or Shrub Habitat | Restoration for the removal native trees or shrubs should result in the replacement of the habitat. This could be in the form of planting tree/shrub seeds or seedlings in an amount sufficient to ultimately result in the survival to maturity of the same number of trees or shrubs that were removed. Monitoring of the replacement plants should be done for at least one season. |
| Wetlands/Waters of the U.S. | Restoration for fill/loss of waters of the U.S. should result in the removal of fill from the feature, potentially the minor re-grading and revegetation of the feature (if appropriate) and monitoring for at least two seasons to gauge the feature's recovery. The Preserve Manager will contact the Corps if fill/loss of wetlands or waters of the U.S. has occurred and submit for review and approval what remediation/restoration is proposed (see Section 4.0). While the normal time period for the Corps to review and approve an action is 60 days, the Corps will make every effort to respond in a timely manner to requests regarding wetlands/waters of the U.S. so that restoration can be implemented at the appropriate time of year (e.g. before the rainy season). |
| Structures, Landscaping, Other Improvements, etc. | Any unauthorized structure, landscaping, or other improvement should be removed from the Preserve. If any of the above habitats was disturbed, mitigation will be required using the above mitigation measures as guidelines. |

would damage the upland habitat in the Preserve, it may be necessary to delay work until conditions improve). All other corrective actions will take place when conditions are best suited for restoration to occur, and after the Corps has been notified or the Preserve Manager has received approval.

## 9.0 PRESERVE INSPECTIONS AND REPORTING

### 9.1 Schedule

The monitoring/inspections described below are long-term activities to be carried out in perpetuity. Initially, success monitoring will be taking place at the site to monitor the created habitats to be sure that they are functioning properly. Once these created habitats have met the established success criteria set forth in the Mitigation and Monitoring Plan (Gallaway Consulting, Inc., January 2006) (the Mitigation and Monitoring Plan document is separate from this Open Space Preserve Management Plan)

and have been monitored twice yearly for five years, as required by the Corps, and have met their success criteria, this success monitoring will end.  Once success monitoring ends inspections of the preserve will occur once a year.  During this monitoring period for the created habitats, the success monitoring visits and success monitoring report can fulfill the obligation for the Biological Inspections and Annual Report required by this Plan.  If there are years during the success monitoring period that no success monitoring takes place, then the Biological Inspections and Annual Report will be required.  The General Inspections are required during the success monitoring period.

When required during the success monitoring period, and then in perpetuity, the schedule of inspections for the Preserve is as follows:

- The Monitoring Biologist shall conduct two Biological Inspections each year, one in April or May and one in September or October.  Once project success is achieved monitoring will be reduced to once yearly.
- The Preserve Manager shall conduct (at minimum) two General Inspections each year, one in January and one in July.  Once project success is achieved monitoring will be reduced to once yearly.

## 9.2 General Inspections

The Preserve Manager shall arrange for General Inspections conducted by the Monitoring Biologist in accord with Section 9.1 above, to ensure the integrity of the Preserve.  Inspections will concentrate on an evaluation of the following factors: erosion, fire hazard reduction, condition of signage, trash accumulation, and evidence of unauthorized use by motor vehicles.  The entire perimeter of the Preserve should be covered, as well as meandering transects through its interior.  An Inspection Sheet will be utilized in order to evaluate the above criteria during each field visit.  Previous inspection sheets should be reviewed before each visit in order to determine that a possible or recurring problem area is not missed.  If any problems are identified, more frequent inspections will be done in order to closely track any problems as well as to ensure that remedial actions are effective.  Evaluation and corrective actions for each factor are described below:

### 9.2.1 Erosion

If it is determined during the inspection that adjacent sheet-flow drainage is causing any erosion or other adverse effects upon the Preserve, immediate standard erosion control measures (such as the installation waddles) will be implemented.  If any significant erosion problems occur, the Corps will also be notified and a qualified erosion control specialist will be consulted.

### 9.2.2 Fire Hazard Reduction

If at any time conditions at the Preserve become a fire hazard, the Preserve Manager will work with Corps and the local fire authorities to decide on the best method to reduce the fire risk at the Preserve.

### 9.2.3  Signage

The condition of the signage at the Preserve should be checked during the General Inspection.  The Preserve Manager will be responsible for maintaining the signage at the Preserve.

### 9.2.4  Trash Accumulation

The Preserve Manager will arrange for the removal of trash from the Preserve.

### 9.2.5  Unauthorized Motor Vehicle Use

The perimeter of the Preserve will be inspected for evidence of unauthorized motor vehicle use/access.  If necessary, corrective actions such as repairing locks and gates will be taken.

## 9.3  Biological Inspections

In order to  help ensure the long-term integrity of the wetland and upland habitats of the Preserve, measures must be taken to ensure that the existing conditions are maintained over the long term, including but not limited to inspections by a qualified biologist..

Biological Inspections of the Preserve shall be conducted by the Monitoring Biologist pursuant to Section 9.1 above, in order to monitor wetland function, thatch accumulation, newly introduced exotic species, and overall Preserve function.  The entire perimeter of the Preserve should be covered, as well as meandering transects through its interior.  The goal of these surveys is to ensure that the various habitat types are maintained in perpetuity.  The first inspection is intended to assess the various wetland habitats during the floristic season.  The second will be focused on upland habitats, problem areas, and assessing the success of restoration efforts or remediation activities. Although each of these surveys has a focus, all aspects of the Preserve will be reviewed during each visit.

### 9.3.1  Habitat Function

The purpose of assessing habitat function is to ensure that the created/preserved wetland and upland habitats are continuing have the appropriate hydrologic regime for that habitat type, monitor anthropogenic influences on the different habitats, and to informally document (make a species list as meandering transects are walked) the plant species that are present and animal species that are using the Preserve.

### 9.3.2  Newly Introduced Non-Native Plant Species

The biologist will assess the presence of any newly introduced or increasing populations of non-native plant species and recommend corrective actions as

needed. Special attention will be paid to exotic pest plants.

### 9.3.3  Preserve Function

The overall Preserve function should be assessed, taking into account the above factors and the purpose of the Preserve, which is to support the flora and fauna of the wetlands and uplands in perpetuity.

## 9.4  Agency Monitoring/Inspection

The Corps (if applicable the U.S. Fish and Wildlife Service and the California Department of Fish and Game) may inspect and monitor the condition of the Preserve at any time.

## 9.5  Annual Reporting Requirements

The Monitoring Biologist shall prepare an Annual Report in conjunction with the Preserve Manager, that will be submitted to the Corps by December 31 of each year. That letter report shall include at minimum, a map of the Preserve, photos documenting the status of the Preserve, a description of proposed activities and maintenance or management actions as required by this Plan, a description of actions for which Corps notification or approval was not needed, but were carried out during the year, observations from the Biological Inspections, and recommendations for altered management practices as needed. The report will refer to the Corps regulatory branch number for the project, which is 200300113.

## 10.0  PRESERVE OWNERSHIP AND FUNDING MECHANISM

## 10.1  Preserve Owner

The entire Preserve will be owned by the Butte County Public Works Department.

## 10.2  Funding Mechanism

### 10.2.1  Conservation Easement Endowment

The annual cost of carrying out the tasks of the Preserve Manager have been determined through consultation with the BCDPW. The amount needed yearly was determined by a maintenance cost analysis, with contingency costs of 10%. The analysis lists a number of activities, structures, and overhead costs associated with the preserve management and allows the user to choose the tasks that apply. These costs are then tabulated and can be printed out for budgeting purposes. The total yearly maintenance cost is $33,753.00. This budget was established based on estimated cost on the preliminary designs.

The cost of purchasing 2.01 acres of seasonal wetland habitat at the Sheridan Mitigation Bank was $90,450.00.

## 11.0 REFERENCES

Gallaway Consulting, Inc.  On-site Wetland Mitigation and Monitoring Plan Neal Road Landfill, Butte County, CA. November 2004.

Natural Resource Conservation Service.  Chico, CA.

# Appendix A

U.S. Army Corps of Engineers Permit

This Page Was Intentionally Left Blank

# Appendix B

Conservation Easement

This Page Was Intentionally
Left Blank

## EXHIBIT D – SECTION 404 PERMIT # 200300113



**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, SACRAMENTO
CORPS OF ENGINEERS
1325 J STREET
SACRAMENTO, CALIFORNIA 95814-2922

REPLY TO
ATTENTION OF

December 9, 2003

Regulatory Branch (200300113)

Mike Crump
Butte County Public Works Department
7 County Center Drive
Oroville, California 95965

Dear Mr. Crump:

This letter of permission authorizes your proposed discharge of dredged or fill material into approximately 5 acres of waters of the United States, including wetlands, to expand Neal Road Landfill, as shown on the attached drawings. The project is located in Township 21 North, Range 2 East, MDB&M, near Hamlin Canyon, in Butte County, California.

The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee. The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer. **Work in waters of the United States must be in accordance with the following conditions of authorization:**

Special Conditions:

1. You shall develop a final comprehensive mitigation and monitoring plan, which must be approved by the Army Corps of Engineers prior to initiation of construction activities. The plan shall include mitigation location and design drawings, vegetation plans, including target species to be planted, and final success criteria, presented in the format of the Sacramento District's <u>Habitat Mitigation and Monitoring Proposal Guidelines</u>, dated October 25, 1996. The purpose of this requirement is to insure replacement of functions and values of the aquatic environment that would be lost through project implementation.

-2-

2.    To mitigate for a portion of the loss of 4.94 acres of waters of the United States and indirect effects to 0.07 acres of waters of the United States, you shall purchase 2.01 credits of seasonal wetlands at a Corps approved wetland mitigation bank. The selected mitigation bank shall include the area of the permitted project within its service area. Evidence of this purchase shall be provided to this office prior to proceeding with any activity otherwise authorized by this permit. A list of approved mitigation banks has been included for your reference.

3.    To mitigate for a portion of the loss of 4.94 acres of waters of the United States and indirect effects to 0.07 acres of waters of the United States, you shall establish and maintain a preserve containing 3.00 acres of created, avoided, and preserved waters of the United States, as depicted on the exhibit entitled On-site Wetland Mitigation and Monitoring Plan Neal Road Landfill, Butte County, California, dated August 2003, in perpetuity. The purpose of this preserve is to insure that functions and values of the aquatic environment are protected.

4.    To minimize external disturbance to preserved waters of the United States, you shall establish a buffer, consisting of native upland vegetation of at least 25 feet in width from the outer limit of jurisdiction of the entire perimeter of all created, preserved, and avoided waters of the United States, including wetlands within the proposed preserve.

5.    To insure that the preserve is properly managed, you shall develop a specific and detailed preserve management plan for the on-site and off-site mitigation, preservation, and avoidance areas. This plan shall be submitted to and specifically approved, in writing, by the Corps of Engineers prior to engaging in any work authorized by this permit. This plan shall describe in detail any activities that are proposed within the preserve area(s) and the long term funding and maintenance of each of the preserve areas.

6.    To protect the integrity of the preserve and avoid unanticipated future impacts. no roads, utility lines, trails, benches, equipment or fuel storage, grading, firebreaks, mowing, grazing, planting, discing, pesticide use, burning, or other structures or activities shall be constructed or occur within the on-site and off-site mitigation, preservation, and avoidance areas without specific, advance written approval from the Corps of Engineers.

7.    To assure success of the preserved and created waters of the United States, you shall monitor compensatory mitigation, avoidance, and preservation areas for five years or until the success criteria described in the approved mitigation plan are met, whichever is greater. This period shall commence upon completion of the construction of the mitigation wetlands. Additionally, continued success of the mitigation wetlands, without human intervention, must be demonstrated for three consecutive years, once the success criteria have been met. The mitigation plan will not be deemed successful until this criterion has been met.

-3-

8.     You shall submit monitoring reports to this office for each year of the five-year monitoring period, and for each additional year, if remediation is required, by October 1 of each year.  You shall submit an additional monitoring report at the end of the three-year period demonstrating continued success of the mitigation program without human intervention.

9.     To document pre and post-project construction conditions, you shall submit pre-construction photos of the project site prior to project implementation and post-construction photos of the project site within 30 days after project completion.

10.    Prior to initiating any activity authorized by this permit, you shall, to insure long-term viability of mitigation, preservation, and avoidance areas:

     a.     Establish a fully-funded endowment to provide for maintenance and monitoring of on-site and off-site mitigation, preservation, and avoidance areas.

     b.     Designate an appropriate conservation-oriented third part entity to function as preserve manager and to hold the required conservation easements.

     c.     Record permanent conservation easements and deed restrictions maintaining all mitigation, preservation, and avoidance areas as wetland preserve and wildlife habitat in perpetuity.  Copies of the proposed deed restriction and conservation easement language shall be provided to the Corps of Engineers for approval prior to recordation.

General Conditions:

1.     The time limit for completing the work authorized ends on December 31, 2008. If you find that you need more time to complete the authorized activity, submit a request for a time extension to this office for consideration at least one month before the above date is reached.

2.     You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit.  You are not relieved of these requirements if you abandon the permitted activity.  This permit may be transferred upon request provided the work complies with the terms and conditions of this authorization.  When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property. Should you wish to cease to maintain the authorized activity or abandon it without a good faith transfer, you must obtain a permit modification from this office.

-4-

3.   If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found.  We will initiate the Federal and state coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4.   You must insure that the work complies with the conditions of October 2, 2003, Section 401 water quality certification for this project.

5.   You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

Further Information:

1.   Congressional Authorities:  You have been authorized to undertake the activity described above pursuant to:

( )   Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

(X)   Section 404 of the Clean Water Act (33 U.S.C. 1344).

( )   Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 U.S.C. 1413).

2.   Limits of this authorization.

a.   This permit does not obviate the need to obtain other Federal, state, or local authorizations required by law.

b.   This permit does not grant any property rights or exclusive privileges.

c.   This permit does not authorize any injury to the property or rights of others.

d.   This permit does not authorize interference with any existing or proposed Federal projects.

3.   Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

a.   Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

-5-

    b.    Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

    c.    Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

    d.    Design or construction deficiencies associated with the permitted work.

    e.    Damage claims associated with any future modification, suspension, or revocation of this permit.

4.    The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5.    This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require a reevaluation include, but are not limited to, the following:

    a.    You fail to comply with the terms and conditions of this permit.

    b.    The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

    c.    Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5.

6.    Extensions. General Condition 1 establishes a time limit for the completion of the activity authorized by this permit.  Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

-6-

    This letter of permission becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below. A notice of appeal options is enclosed. Please refer to number 200300113 in any correspondence concerning this permit. If you have any questions, please write to Ms. Laura Whitney, Room 1480 at the letterhead address, or telephone 916-557-7455.

For and on behalf of Lieutenant Colonel Mark W. Connelly, Acting District Engineer.

ORIGINAL SIGNED
_____

Thomas Cavanaugh
Acting Chief, Central
    California/Nevada Section

Attachments (2 drawings)

Copies Furnished: w/ attachments

Jim Deweese, Butte County Public Works Department, 7 County Center Drive, Oroville, California 95965

Jody Gallaway, Gallaway Consulting, Incorporated, 7 Sierra Nevada Court, Chico, California 95928

Stephen R. Finn, Nance Canyon Partners, L.P., Spear Street Tower, One Market, San Francisco, California 94105

Jan Knight, U.S. Fish and Wildlife Service, Endangered Species Branch, 2800 Cottage Way, Suite W2605, Sacramento, California 95825-3901

Mr. Tim Vendlinkski, U.S. Environmental Protection Agency, Region IX, Wetlands Regulatory Office (WTR-8), 75 Hawthorne Street, San Francisco, California, 94105-3901

Bob Williams, California Department of Fish and Game Region 1, 601 Locust Street, Redding, California 96001-2781

Rodney R. McInnis, Acting Regional Administrator, National Marine Fisheries Service, 650 Capitol Mall, Suite 8-300, Sacramento, California 95814-4706

# EXHIBIT 9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA OPEN LANDS, a        )    Case No.
non-profit land trust           )    2:20-cv-00123-DJC-DMC
organization,                   )
                    Plaintiff,  )
vs.                             )
BUTTE COUNTY DEPARTMENT OF      )
PUBLIC WORKS, a political       )
subdivision of the State of     )
California, DENNIS SCHMIDT,      )
an individual, and ERIC         )
MILLER, an individual,          )
                    Defendants. )
_____ )

**CERTIFIED TRANSCRIPT**

Deposition of

TRAVIS PETERSON

Tuesday, October 10, 2023

Reported by:  Erin Worley, CSR #13139





CAROL NYGARD & ASSOCIATES

DEPOSITION REPORTERS

www.NygardReporting.com ◆ 1-877-438-7787

M ● O ● A DEPOSITION REPORTERS

A subsidiary of Carol Nygard & Associates Deposition Reporters

CHICO | SACRAMENTO | SAN FRANCISCO | WALNUT CREEK | YUBA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA OPEN LANDS, a          )    Case No.

non-profit land trust             )    2:20-cv-00123-DJC-DMC

organization,                     )

                    Plaintiff,    )

vs.                               )

BUTTE COUNTY DEPARTMENT OF        )

PUBLIC WORKS, a political         )

subdivision of the State of       )

California, DENNIS SCHMIDT,        )

an individual, and ERIC           )

MILLER, an individual,            )

                    Defendants.   )

_____  )

**CERTIFIED TRANSCRIPT**

Deposition of

TRAVIS PETERSON

Tuesday, October 10, 2023

Reported by:  Erin Worley, CSR #13139

```
 1                    APPEARANCES

 2

 3   Counsel for Plaintiff:

 4         WILLIAM N. CARLON, ESQ. (Zoom videoconference)

 5         Law Offices of Andrew L. Packard

 6         245 Kentucky Street, Suite B3

 7         Petaluma, California 94952

 8         Telephone: (707) 782-4060

 9

10   Counsel for Defendants:

11         GLEN C. HANSEN, ESQ. (Zoom videoconference)

12         DIANE G. KINDERMANN, ESQ. (Zoom videoconference)

13         Abbott & Kindermann, Inc.

14         2100 21st Street

15         Sacramento, California 95818

16         Telephone: (916)

17

18

19

20

21

22

23

24

25
```

1    revision."  Is that your opinion?

2        A.  Yes.

3        Q.  And what does that mean?

4        A.  It reflects that the SWPPPs and maps and

5    associated documents are iterative and when -- when or

6    if a shortcoming is identified by any party, then one

7    may update it in the next version.

8        Q.  And so you're -- are you saying it's a

9    shortcoming that the Neal Road Preserve wasn't

10   identified on all the previous SWPPPs?

11       A.  You know, it could have been called out.  The

12   feature -- the feature was there.  It could have been

13   called out --

14       Q.  And --

15       A.  -- as a water body on site.

16       Q.  And that's because water bodies are required to

17   be called out in the SWPPP per the general permit?

18       A.  They are required to be identified in typical

19   SWPPP maps, yes.

20       Q.  I guess help me understand here what exactly

21   you're rebutting, because I think Hagemann's opinion is

22   that none of the four SWPPPs ever included a description

23   or identification of the Neal Road Preserve, and given

24   that it contained wetlands, it was required to have been

25   included in each of those SWPPPs.  So are you saying

1   that those SWPPPs did identify the Neal Road Preserve?

2       A.  I don't believe I ever -- no.  I don't believe I

3   ever saw the specific water body called out in any of

4   the SWPPPs.  What I am saying here is that the -- the

5   SWPPPs, as planning documents, are able to be revised as

6   necessary, and in this case it may be appropriate to do

7   so; however, it does not make all of the SWPPPs wholly

8   inadequate, nor does it even change the operation of

9   that particular part of the facility.  Simply calling it

10  out or identifying it with an arrow on a map has no

11  bearing on water quality, nor on the operation of the

12  facility.  And so it's not my opinion that the SWPPPs

13  are wholly inadequate just for that alone or at all.

14      Q.  But you're not rebutting that they -- the fact

15  that they didn't identify the preserve and they should

16  have?

17      A.  That's correct.

18      Q.  I guess to put a finer point on it, you're just

19  saying they should have had this, they didn't, they can

20  fix it on the next go around?

21      A.  That seems consistent with what we just said,

22  yeah.

23      Q.  Okay.  All right.  And then moving down to

24  Rebuttal to Hagemann Opinion II, Paragraph B.1, this

25  rebuttal has to do specifically with just the 2014

 1    temporarily, then that -- that's sufficient to be listed

 2    as a BMP but you don't necessarily need to mark it off

 3    as a specifically impervious area.  Posi-Shell is a

 4    little more semi-permanent, right, so it kind of crosses

 5    over a little bit between, you know, full concrete and

 6    pavement versus, you know, a more temporary impervious

 7    solution such as a tarp.  So if it -- you know, so

 8    that's what I mean by it may be.

 9       Q.   Okay.  So here you're saying it should have been

10    identified as an impermeable surface because it's a

11    little more permanent than like a tarp?

12       A.   Yeah, that's -- that's fair.

13       Q.   Okay.  Let's see if you can help me understand

14    this sentence.  You're saying, "It is highly impermeable

15    but it is not listed as an impervious material along

16    with concrete or asphalt."  Is that just an observation

17    that it wasn't included in the SWPPP, or what are you

18    trying to say there?

19       A.   Right, right.  Exactly.  No, I think that's

20    correct.

21       Q.   Okay.  Okay.  Then it sounds like you're not

22    really taking issue with Hagemann's opinion here, is

23    that right?  I mean, what are you rebutting in

24    Hagemann's opinion I guess is another way to ask this?

25       A.   I am just going to review his -- I'm not adopting

1    his verbatim, but, yeah, I believe it is -- you know,

2    Posi-Shell, if it's impermeable and has an impact, then

3    it should be identified.

4        Q.  And just to be clear, because we are not talking

5    about the abstract, we are talking about Posi-Shell that

6    was applied to the facility here and that was fairly

7    permanent.  It was impermeable.  It should have been put

8    on a SWPPP, correct?

9        A.  Yeah, that's correct.

10       Q.  And then I think we sort of interjected before

11   you had a chance to answer my other question about what

12   exactly are you rebutting in Mr. Hagemann's opinion

13   here?

14       A.  Well, for one, I am saying that it can and would

15   be appropriate to update a SWPPP in an iterative

16   fashion, and any lack of identification of Posi-Shell or

17   any particular impervious area does not make the entire

18   SWPPP invalid in its whole.

19       Q.  On your Rebuttal to Hagemann Opinion III,

20   Paragraph 1, you're saying:  "The monitoring

21   implementation plan for the FACILITY does not require

22   storm water collected at the Facility to be analyzed for

23   biological oxygen demand."  Let's take that first part

24   first.  Why is the first instance of facility

25   capitalized, fully in all caps, whereas the second

1    A.  I don't know the conditions at the facility at

2  the time the pollutant source assessment was made so I

3  can not answer that.

4    Q.  Does the facility's monitoring and implementation

5  plan include pollutants that are indicators of leachate?

6    A.  Leachate may have an influence on some of the

7  pollutants that are monitored.

8    Q.  That's not my question.

9    A.  Can you restate it.

10    Q.  Does the facility's monitoring implementation

11  plan require sampling for pollutants that are indicators

12  of leachate?

13    A.  I don't believe so.  Are you speaking on a

14  specific version of the monitoring implementation plan?

15    Q.  Let's take them one at a time.  Does the 2021

16  SWPPP include pollutants that are indicators of

17  leachate?  Well, actually, I think we can do this in one

18  full swoop.  Do any of them include -- do any of the

19  monitoring implementation plans include pollutants that

20  are indicators of leachate in the storm water sampling

21  requirements?

22    A.  No, I don't believe so.

23    Q.  It's your opinion that the facility is not

24  subject to Subchapter N requirements as demonstrated in

25  the facility's SWPPP?

1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3        I, the undersigned, a Certified Shorthand

4 Reporter of the State of California, do hereby certify:

5        That the foregoing proceedings were taken before

6 me at the time and place herein set forth; that any

7 witnesses in the foregoing proceedings, prior to

8 testifying, were placed under oath; that a verbatim

9 record of the proceedings was made by me using machine

10 shorthand which was thereafter transcribed under my

11 direction; further, that the foregoing is an accurate

12 transcript thereof.

13        I further certify that I am neither financially

14 interested in the action nor a relative or employee of

15 any attorney of any of the parties.

16        IN WITNESS WHEREOF, I have this date subscribed

17 my name.

18

19 Dated: October 24th, 2023

20

21

22              _____

23              Erin Worley, CSR No. 13139

24

25

# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--oOo--

CALIFORNIA OPEN LANDS, a
non-profit land trust
organization,

        Plaintiff,

        Vs.       Case No. 2:20-cv-00123-KJM-DMC

BUTTE COUNTY DEPARTMENT OF PUBLIC
WORKS, et al.,

        Defendants.
_____/

--oOo--

TUESDAY, MAY 16, 2023

--oOo--

ZOOM CONFERENCE DEPOSITION OF

CRAIG CISSELL

PERSON MOST QUALIFIED

--oOo--

**CERTIFIED TRANSCRIPT**

Reported By:  CAROL S. NYGARD
           California CSR No. 4018
           Nevada CCR 915
           Registered Merit Reporter





**CAROL NYGARD & ASSOCIATES**

**DEPOSITION REPORTERS**

M·O·A DEPOSITION REPORTERS

www.NygardReporting.com ♦ 1-877-438-7787

*A subsidiary of Carol Nygard & Associates Deposition Reporters*

CHICO | SACRAMENTO | SAN FRANCISCO | WALNUT CREEK | YUBA CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

--o0o--

CALIFORNIA OPEN LANDS, a
non-profit land trust
organization,

        Plaintiff,

       Vs.      Case No. 2:20-cv-00123-KJM-DMC

BUTTE COUNTY DEPARTMENT OF PUBLIC
WORKS, et al.,

        Defendants.
_____/

**CERTIFIED TRANSCRIPT**

--o0o--

TUESDAY, MAY 16, 2023

--o0o--

ZOOM CONFERENCE DEPOSITION OF

CRAIG CISSELL

PERSON MOST QUALIFIED

--o0o--

Reported By:  CAROL S. NYGARD
              California CSR No. 4018
              Nevada CCR 915
              Registered Merit Reporter

```
 1              APPEARANCES:

 2         (Via Zoom Conference)

 3   For the Plaintiff:

 4   LAW OFFICES OF ANDREW L. PACKARD
     BY:  WILLIAM N. CARLON, ESQ.
 5   245 Kentucky Street
     Suite B3
 6   Petaluma, California  94952
     707.782.4060
 7   wncarlon@packardlawoffices.com

 8

     For the Defendants:
 9
     ABBOTT & KINDERMANN, INC.
10   BY:  GLEN HANSEN, ESQ.
          DIANE G. KINDERMANN HENDERSON, ESQ.
11   2100 21st Street
     Sacramento, California  95818
12   916.456.9595
     ghansen@aklandlaw.com
13   dkindermann@aklandlaw.com

14              --o0o--

15

16

17

18

19

20

21

22

23

24

25
```

1      Q.     2019 to the present?

2      A.     Yeah.

3      Q.     Okay.  And do you know whether there have been

4  any amendments made to this SWPPP between 2019 and the

5  present?

6      A.     Not aware of that.

7      Q.     When you started working at the landfill in

8  August of 2020, this was the SWPPP that was the

9  operational SWPPP at the time?

10     A.     Yes.

11     Q.     And so, as the person overseeing the

12 landfill's environmental stormwater management and

13 compliance, this would have been the SWPPP that you were

14 referencing and working with; is that correct?

15     A.     Yes.

16     Q.     Okay.  Do you know whether the site map for

17 this SWPPP was ever amended?

18     A.     I believe it might have been.

19     Q.     What makes you say that?

20     A.     Well, since this was 2019, the site has

21 changed some, and I think that we updated it accordingly

22 to the changes filling an expansion -- but without all

23 the appendices I'm not sure if it did or not.

24     Q.     Does this SWPPP identify and describe

25 conditions or circumstances which may require future

1      Q.    Section 5 says that "The site map for the

2  facility consists of three drawings," and those are

3  identified as drawings 1, 2 and 3; is that correct?

4      A.    I'm only seeing that there's one drawing in

5  that Section 5 site map that says "Drawing 3, Figure 7."

6      Q.    Okay.  Could you read the first sentence of

7  Section 5 for me, please.

8      A.    "The Site Map for the facility consists of

9  three drawings.  Drawing 1 shows the overall Facility.

10  Drawing 2 is Figure 1 from the September 1, 2-10

11  Operations Plan for Managing Stormwater and Leachate,

12  Neal Road Recycling and Waste Facility, prepared by

13  Golder Associate, Inc. (Attachment 1) and shows detailed

14  drainage facilities proposed to respond to the August

15  28, 2019 Section 13267 Order.  Drawing 3 is Figure 7

16  from the December 17 Joint Technical Document prepared

17  by Golder Associates, Inc., and shows the various

18  modules and lined areas at the facility."

19      Q.    Okay.  Thanks.

20            So the site map consists of three drawings,

21  Drawing 1, 2 and 3; is that correct?

22      A.    Correct.

23      Q.    Okay.  Let's jump down to .pdf 38.  This is

24  BUTTE02984.

25            MR. HANSEN:  I'm sorry.  You're on BUTTE029 --

```
 1              Oh.  84.

 2              84?

 3              MR. CARLON:  84.

 4              MR. HANSEN:  Thank you.

 5              MR. CARLON:  Let me know when you're there.

 6              THE WITNESS:  Got it.

 7    BY MR. CARLON:

 8       Q.    What onsite water bodies does this drawing

 9    show?

10       A.    Could you please elaborate?

11              What do you mean, "water bodies"?

12       Q.    Any body of water.

13       A.    It shows our leachate pond, the Preserve.

14    This one looks older and has what used to be our -- it

15    looks like it used to have our septage pond, and it

16    shows our sedimentation pond -- looks like 2 and 4

17    maybe.

18       Q.    Any others?

19       A.    Not that I can tell offhand, no.

20       Q.    Okay.  And are you identifying these things

21    because they are labeled as such on the map?

22       A.    Based on me knowing where the location is, and

23    the writing that is on them is too small to read.  It's

24    too distorted.

25       Q.    So these water bodies aren't labeled?
```

1        Q.    So I guess I should be clear.

2              When you say "It shows the areas where

3   Posi-Shell is located," what are you referring to?

4        A.    The outside perimeter of Module 4.

5        Q.    So it's showing the -- the whole facility, and

6   there are areas within the facility that have

7   Posi-Shell?

8              Is that what you're saying?

9        A.    It shows the topography of Module 4 that does

10  have Posi-Shell installed.

11       Q.    Right.

12             But it doesn't identify Posi-Shell on this

13  map?

14       A.    No.

15       Q.    Okay.  And does this map show the

16  geosynthetic?

17       A.    Sorry?

18       Q.    Does this map show the geosynthetic cover

19  anywhere?

20       A.    No.

21       Q.    Okay.  Let's go to the next page.  This is

22  Drawing 2.

23             Can you read this map?

24       A.    "Stormwater Pollution Prevention Plan, Neal

25  Road Recycling and Waster Facility, Drawing 2, Site Map,

```
 1        Q.     Does Drawing 2 show any areas --

 2               Well, let me rephrase that.

 3               Does Drawing 2 identify any areas that have

 4    Posi-Shell?

 5        A.     No.

 6        Q.     Does Drawing 2 identify any areas with

 7    geosynthetic cover?

 8        A.     No.

 9        Q.     Let's take a look at Drawing 3, the next page.

10               Does Drawing 3 show any --

11               Sorry.

12               Does Drawing 3 identify any areas with

13    Posi-Shell?

14        A.     No.

15        Q.     Does Drawing 3 identify any areas with

16    geosynthetic cover?

17        A.     It does say "existing composite lined area."

18        Q.     What does "composite area" mean?

19        A.     It could be a cover.

20        Q.     Is it?

21        A.     I don't know.  I don't know.

22        Q.     So do you --

23               What's your answer to the question, does

24    Drawing 3 identify any areas with geosynthetic cover?

25               MR. HANSEN:  Asked and answered.
```

 1        Q.     You said you track each --

 2        A.     We do, but it's still going to vary

 3   month-to-month -- or week-to-week.

 4        Q.     It's possible to -- to know how much you're

 5   using per month each month?

 6        A.     We do know how much we move each month, but it

 7   varies.

 8        Q.     Okay.  And, on that same note, you know how

 9   often you're pulling from the pile, because each truck

10   is quantified; correct?

11        A.     Yes.

12        Q.     Okay.  Okay.  So on the next line is

13   "Leachate," and then for the "Location" it says "Class 2

14   Surface Impoundment (See Drawing 2)."

15              Is leachate stored or handled anywhere else at

16   the facility other than Class 2 surface impoundment?

17        A.     No -- not currently.

18        Q.     How does it get to the Class 2 surface

19   impoundment?

20        A.     HDPE piping, high-density polyethylene piping.

21        Q.     What do you consider to be "handling of

22   leachate"?

23        A.     Moving it from the leachate riser to the pond

24   itself, or at certain times of the year we actually

25   export leachate to a truck line that the County -- SCOR

```
 1    or Chico to get rid of it if we have too much.
 2         Q.    And so the pipes carrying the leachate you
 3    consider to be part of the handling of the leachate?
 4         A.    Yes.
 5         Q.    Does Drawing 2 down on .pdf 39 identify the
 6    leachate handling and collection system?
 7         A.    Could you --
 8               Drawing which number?
 9         Q.    Drawing 2, .pdf 39 at BUTTE2985.
10         A.    It does not show the piping.
11         Q.    Okay.  Does Drawing 1 or Drawing 3 show the
12    piping for the leachate collection?
13         A.    No, it doesn't.
14         Q.    Do you track how much leachate is produced at
15    the site on a daily basis?
16         A.    I don't recall if it's daily or if it's just
17    weekly, but yes, we track it.  We track it.
18         Q.    For sure at least weekly you track it?
19         A.    Yes.
20         Q.    And the amount that you generate at the site
21    on a weekly basis varies?
22         A.    Yes.
23         Q.    Does it vary on a seasonal basis or otherwise?
24         A.    Yes.
25         Q.    Seasonal basis?
```

```
 1              MR. HANSEN:  Could we kind of take a break
 2     about now?  We've been going at it for about an
 3     hour-and-a-half.
 4              MR. CARLON:  Yeah.
 5              Let me just get through this section, and then
 6     we can take a little break.
 7              MR. HANSEN:  Sure.  Thanks.
 8     BY MR. CARLON:
 9         Q.   How often do you have to handle load checking
10     wastes at the facility?
11         A.   Could be daily, could be multiple times a day.
12     Depends on what people are bringing in.
13              MR. CARLON:  Okay.  Let's take a little break.
14              I'm thinking --
15              Can we go off the record, please?
16              MR. HANSEN:  Sure.
17               (Discussion off the record)
18              (Thereupon a recess was taken at 11:30 a.m.
19              and the deposition resumed at 11:37 a.m.)
20     BY MR. CARLON:
21         Q.   I believe you testified earlier that this 2019
22     SWPPP was the operative SWPPP between September 30th,
23     2019 and the present; is that correct?
24         A.   Yes.
25         Q.   Okay.  And so did the facility accept any
```

1          Or when would the February --

2          Sorry.  Let me rephrase.

3          When would the 2021 update to this map be

4    available?

5     A.    It would have probably been around January, if

6    we had them -- if we had the company do them.  Sometimes

7    we get flyovers and we don't ask for these type of maps

8    to be created.

9     Q.    Okay.  And that's January of 2021?

10    A.    Yes, if we asked for that map to be created.

11    Q.    Okay.  But, as it is, this map was created

12    based on photography taken July 1st, 2019, and the

13    topography was created January 13th, 2020 and March 5th,

14    2020; is that correct?

15    A.    Correct.

16    Q.    Okay.  Does that map identify any wetlands?

17    A.    I do see a primary sedimentation.  I don't

18    know if it's called "wetlands."

19          Let me zoom in.

20          Yeah, just refers to it as the "primary

21    sedimentation basin."

22    Q.    But you would have to know that the primary

23    sedimentation basin includes the Wetland Preserve in

24    order to know that there are wetlands there?

25    A.    Yeah, which all our staff do.

1      Q.      Okay.  But the map itself doesn't identify the
2  wetlands?

3      A.      No, not as wetlands.

4      Q.      And it doesn't identify any Waters of the
5  United States either; right?

6      A.      No.

7      Q.      And it doesn't identify the Wetland Preserve
8  as a Preserve?

9      A.      No.

10     Q.      The Drawing 2 shows -- does it identify any
11 areas with Posi-Shell?

12     A.      No.

13     Q.      Does it -- does Drawing 2 identify any areas
14 with geosynthetic interim cover?

15     A.      No.

16     Q.      Are you aware that in July of 2022 the County
17 entered into a settlement agreement with California Open
18 Lands?

19     A.      Yes.

20     Q.      And are you aware that a term of that
21 settlement agreement was to install weirs in a
22 particular area of the facility?

23     A.      Yes.

24     Q.      And were those weirs installed?

25     A.      Yes.

1    Q.    And are those weirs identified on Drawing 2?

2    A.    No.

3          MR. HANSEN:  Now, counsel, are you referring

4    to Drawing 2 with the 2020 date?

5          MR. CARLON:  Yeah, Drawing 2 in Exhibit 3,

6    the 2021 SWPPP.

7          MR. HANSEN:  Okay.

8    BY MR. CARLON:

9    Q.    And you're not aware of any amendments to this

10   map; are you?

11   A.    No.

12   Q.    So, as you understand it, this would be the

13   most recent and operative map at the facility; is that

14   correct?

15   A.    No.  We do have updated maps, just not for --

16   for this particular reason right here.  We do have

17   updated site maps.

18   Q.    That's fair.  Let me rephrase that.

19         For the purposes of your SWPPP this is the

20   most recent and operative map?

21   A.    From what I believe for the SWPPP, yes.

22   Q.    Let's take a look at Drawing Number 3.

23   A.    Okay.

24   Q.    And in the bottom right of this map there

25   appears to be a date.

```
 1              Do you see that?

 2      A.      Yes.  This one is November 12th, 2020.

 3      Q.      And in the Notes it appears that the date of

 4 topography is also July 1st, 2019.

 5              Do you see that?

 6      A.      Yes.

 7      Q.      Looking -- or on Module 4, top of Module 4 in

 8 a green polygon is identified as the "proposed CASP

 9 facility."

10              Do you see that?

11      A.      Yes.

12      Q.      There is no longer a CASP facility proposed

13 for this location; correct?

14      A.      Correct.

15      Q.      Does this map, Drawing 3, identify any

16 wetlands?

17      A.      No.

18      Q.      How about any Waters of the United States?

19      A.      No.

20      Q.      What about the Wetland Preserve?

21      A.      No.

22      Q.      Does this map show any area with Posi-Shell?

23      A.      No.

24      Q.      Does it identify any areas with geosynthetic

25 interim cover?
```

1          I, CAROL S. NYGARD, a Certified Shorthand

2    Reporter of the State of California, duly authorized to

3    administer oaths, do hereby certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth; that

6    any witnesses in the foregoing proceedings, prior to

7    testifying, were duly sworn; that a record of the

8    proceedings was made by me using machine shorthand which

9    was thereafter transcribed under my direction; that the

10   foregoing transcript is a true record of the testimony

11   given.

12         Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal Case,

14   before completion of the proceedings review of the

15   transcript [ ] was [ ] was not requested.

16         I further certify I am neither financially

17   interested in the action nor a relative or employee of

18   any witness or party to this action.

19         IN WITNESS WHEREOF, I have this date

20   subscribed my name:

21         Dated: May 17, 2023

22

23   _____

24         CAROL S. NYGARD CSR #4018

25