# EXHIBIT 25

# GREGORY P. EINHORN
**ATTORNEY AT LAW**

527 FLUME STREET, NUMBER 10
CHICO, CALIFORNIA 95928
(530) 898-0228
GREG@EINHORNLAWOFFICE.COM

June 30, 2023

**Via E-Mail Only**

Mr. Andrew L. Packard
William N. Carlon
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952

Re:     **California Open Lands v. Butte County Department of Public Works
Butte County Superior Court Case No. 20CV01220**

Mr. Packard and Mr. Carlon:

As set forth in my June 16 letter, the County timely constructed the Secondary Concrete Containment Pad as provided in Section 6(C) of the Settlement Agreement.

The remaining work for the ramp (compaction) to the pad set forth in photograph 4 attached to that letter has been finished.  See attached photos.

With this, the County confirms that all Conservation Easement Projects set forth at Section 6 of the Settlement Agreement have been completed.

Very Truly Yours,

_____
Gregory P. Einhorn

Attachments

cc:     Mr. Brian Acree
        Butte County Counsel
        Butte County Public Works





# EXHIBIT 26



**Department of Public Works**      Joshua Pack, Director

7 County Center Drive        | T: 530.538.7681 | www.buttecounty.net/publicworks
Oroville, California 95965    | F: 530.538.7171 |

## TECHNICAL MEMORANDUM

DATE:       March 17, 2022

TO:         Patrick DeCarvalo, Regional Water Quality Control Board-Redding
            *Sent via email to:* Patrick.DeCarvalho@Waterboards.ca.gov

FROM:       Eric Miller, Manager, Waste Management Division-Neal Road Recycling and Waste
            Facility (NRRWF)

SUBJECT:    Summary of NRRWF's Module 4 Rainfly Installation Project, 2022

The technical memorandum summarizes the installation of rainfly on Module 4.

**Background**
Regional Board staff inspected the NRRWF on November 9, 2021 and requested the remediation of minor erosion issues on Module 4 after two seasons following the implementation of NRRWF's 2019 Erosion Control Plan.  NRRWF submitted a Technical Memorandum to the Regional Board on December 1, 2021 (Exhibit B) that identified priority work areas and proposal to install rainfly on approximately five (5) acres throughout portions of the top deck and south slope of Module 4.

Butte County Public Works solicited the project in late 2021.  A Notice-to-Proceed was issued on January 21, 2022 and NRRWF management submitted a project schedule to Regional Board staff on January 24, 2022 with an expected work duration through March 11, 2022.

<u>Site map</u>
Exhibit B includes NRRWF's site map and work area.  Work areas occurred on the Module 4 south slope (eastern area) and the top deck of Module 4.

<u>Description of Remediation Work</u>
The 2022 Module 4 Rainfly Installation Project included the following tasks:
- Layout work area and mobilize equipment
- Prepare subgrade, remove obstacles and hazards
- Fill sand bags
- Excavate anchor trenches
- Deploy rainfly, sand bags, and ropes
- Backfill anchor trenches and demobilize

## Product Material

NRRWF utilized Griffolyn TX-1200 rainfly and sandbags, a reinforced polyethylene laminate distributed by Reef Industries (Houston, TX). NRRWF has utilized the Griffolyn product in past years. The materials met ASTM Test Methods. NRRWF adhered to field installation procedures recommended for the Griffolyn cover systems.

A summary of work conducted is provided in Table 1.

Table 1. Summary of Work Conducted

| Date | Activity |
|---|---|
| 1/21/22 | Issuance of Notice-to-Proceed |
| 1/31/22 thru 2/8/22 | Prepared subgrade, removed obstacles. |
| 2/7/22 thru 2/15/22 | Excavated anchor trenches and prepared sandbags. |
| 2/9/22 thru 3/16/22 | Deployed rainfly, fastened sandbags, secured sandbags with rope. |
| mid-March 2022 | Work completed |

NRRWF provides photographs in Exhibit A. If you desire additional information please contact me at emiller@buttecounty.net

Exhibit A       Photographs, NRRWF Rainfly Installation Project (January - March 2022)
Exhibit B       Technical Memorandum (12/1/21) which includes maps

cc:     Craig Cissell, Deputy Director-Solid Waste
        Kim Haas, Local Enforcement Agency
        Eric Schroth, NRRWF Site Engineer
        Ken Haskell, Golder Associates
        Wayne Pearce/Patrick Harms/Wendell Minshew, SCS Engineers

        EM:eas:cc

Exhibit A – Photographs

NRRWF Rainfly Installation Project (January-March 2022)



Photo 1. Rainfly installed on top deck of Module 4 (3/14/22).



Photo 2. Rainfly installed on south slope of Module 4, east of Posi-shell® area (2/21/22)

1

Exhibit A – Photographs

NRRWF Rainfly Installation Project (January-March 2022)

**Module 4 Top Deck (photos 3 through 10)**



Photo 3. After light grading and removal of obstacles, Module 4 top deck was smoothened with a roller (2/7/22).



Photo 4. View of Module 4, eastern anchor trench (2/7/22).

2

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 5. View of north anchor trench on Module 4.  An anchor trench was also installed on the west (2/7/22).



Photo 6. Top deck of Module 4 is prepared for rainfly installation (2/8/22).

3

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 7.  Contractor crews pulling rainfly across Module 4 deck (2/10/22).



Photo 8. Contractor crew sewing rainfly panels (2/10/22).

4

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 9.  Close-up of sewed rainfly panels.



Photo 10.  Rainfly was custom cut to allow access to landfill gas extraction well vaults (2/28/22).

5

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 11. Module 4 top deck, viewing towards northeast (3/2/22).



Photo 12. Module 4 top deck, veiwing towards northwest (3/16/22).

6

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)

**Module 4 South Slope Rainfly Installation (photos 13 through 18)**



Photo 13.  View south (towards Module 5C) of anchor trench on south slope of Module 4 (2/1/22).



Photo 14.  Anchor trench on south slope of Module 4, viewing west (2/1/22).

7

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 15.  West anchor trench at Posi-shell® interface on south slope of Module 4. (2/7/22).



Photo 16.  South slope of Module 4 was cleared of obstacles (2/7/22).

8

Exhibit A – Photographs
NRRWF Rainfly Installation Project (January-March 2022)



Photo 17. Rainfly installation on south slope Module 4 (2/8/22).



Photo 18. Rainfly installation and sandbag placement on south slope of Module 4 (2/10/22).

9



**Department of Public Works**   Joshua Pack, Director

7 County Center Drive    | T: 530.538.7681    | www.buttecounty.net/publicworks
Oroville, California 95965 | F: 530.538.7171

## Exhibit B
## TECHNICAL MEMORANDUM

DATE:        December 1, 2021

TO:          Patrick DeCarvalo, Regional Water Quality Control Board-Redding
             *Sent via email to: Patrick.DeCarvalho@Waterboards.ca.gov*

FROM:        Eric Manager, Waste Management Division-Neal Road Recycling and Waste
             Facility (NRRWF)

SUBJECT:     Response to Central Valley Regional Water Quality Control Board Transmittal of
             Inspection Report Dated November 9, 2021.

The technical memorandum presents a written follow up report to the Regional Board's inspection report transmittal dated November 9, 2021.  This summary addresses efforts made to date, proposed repairs to the Posi-shell® areas atop Module 4, and includes:

- Site map
- Description of remediated area and proposed remediation work in progress
- Photos
- Schedule

**Site map**
Exhibit A includes the NRRWF site map.  Priority work areas are located on the Module 4 south slope, eastern area.

**Description of Remediation Work**
Surface Rills - Surficial rills throughout the Module 4 interim cover were backfilled and track walked.  Straw wattles were either repaired or replaced (refer to the Technical Memorandum dated November 12, 2021).  NRRWF crews will continue to make additional minor repairs (track walking, install wattles) throughout the wet season as necessary.

Storm water re-direction - Storm water runoff is re-directed from Module 4 side slopes towards drainage control structures.  NRRWF added interim cover to the top deck and increased the height of the berm along the crest of the side slope (see work documented in November 12, 2021 Technical Memo) to prevent side slope erosion.

Case 2:20-cv-00123-DJC-DMC   Document 91-4   Filed 01/18/24   Page 18 of 38

Posi-shell ® application – NRRWF staff further inspected the south slope of Module 4. The western area shows a stronger layer of Posi-shell ® along with vegetative coverage. Towards the east the condition of the Posi-shell ® generally weakens. Recently installed landfill gas well construction on the south slope of Module 4 prevents road access to several locations. As Posi-Shell is not a WDR requirement, NRRWF will develop a plan to repair select areas of the western slopes during the next dry season with either rainfly, Posi-shell ®, dirt, or a combination of the above when landfill gas collection pipes can more readily be temporarily taken off-line to allow for road access. NRRWF proposes to install additional rainfly on the eastern slope of Module 4.

Rainfly installation – NRRWF plans to install rainfly on the eastern area of the Module 4 south slope, generally above and to the west of Module 5C. See Photo 1 below.



Photo 1. General area on Module 4 to install additional rainfly. Approximately 2.5 acres.

This area is easily accessible for contractor ground crews to install, seam, and sandbag the rainfly, and has less landfill gas infrastructure that obstructs installation. NRRWF will instruct its contractor to cut small seams to allow for access to landfill gas extraction wells or monitoring points. NRRWF's objective is to reduce water infiltration, erosion, and potential for seepage. Runoff will be directed to flow west into Sediment Basin No. 4 where it can be pumped and transferred to Sediment Basin No. 2. Should contact water reach Sediment Basin No. 4, a valve on the distribution line will redirect flow into NRRWF's leachate pond. Figure 1 shows how rainfly tarps (shown in green outline) will be placed around gas well pipeline (shown in magenta) over existing topography.

Case 2:20-cv-00123-DJC-DMC  Document 91-4   Filed 01/18/24   Page 19 of 38


Figure 1. Rainfly tarp application on south slope Module 4.  Approximately 2.5 acres.

Upon the application of rainfly on the eastern slope of Module 4, NRRWF will monitor its performance in capturing precipitation and directing storm water.  NRRWF may consider, depending upon leachate generation rates, installation of rain fly on the westernmost area of the top deck of Module 4 to cover approximately five acres. Figure 2 shows where additional rainfly tarps (shown in orange outline) may be installed.


Figure 2. Potential area for additional rainfly tarp application, approximately 5 acres.

## Schedule

| Date | Activity |
|---|---|
| Active/ongoing | Repair of surficial rills has largely been completed. Additional minor repairs will continue upon inspection after storm events. |
| Early Dec 2021 | Berming and final grading on the top deck of Module 4 is near completion. Work is expected to be completed in several weeks. |
| Mid Dec 2021 | Materials and equipment for the installation of rainfly is on-site. NRRWF is finalizing bid documents (plans, specifications) for a contractor to install the product. A contractor job-walk will occur in early December 2021. |
| Late Jan 2022 | Rainfly installation work, depending on weather, is anticipated by mid to late January 2022. |
| Summer/Fall 2022 | Application of appropriate cover (i.e. either dirt, rainfly, or Posi-shell®) on Module 4 south slope (western area). |

It is our goal to have this work completed as quickly as possible. For more information, contact Eric Miller, Manager, at emiller@buttecounty.net.

## Exhibits
Exhibit A    NRRWF Site Map
Exhibit B    Photographs

cc:    Craig Cissell, Deputy Director-Solid Waste
       Kim Haas, Local Enforcement Agency
       Eric Schroth, NRRWF Site Engineer
       Ken Haskell, Golder Associates
       Wayne Pearce/Patrick Harms/Wendell Minshew, SCS Engineers

       EM:eas:cc

# Exhibit A – NRRWF Site Map



Exhibit B - Photographs



Photo 1. View of Module 4 south slope, east, and general rainfly installation area (approximately 2.5 acres).



Photo 2.  Work area, viewing east.

1

Exhibit B - Photographs



Photo 3.  Module 4 south slope, east.  Rainfly installation area east of LFG GCCS infrastructure.



Photo 4. View south towards Module 5C.  Rainfly installation area.

2

Exhibit B - Photographs



Photo 5.  Potential area to install rainfly to reduce leachate generation, Module 4 top deck.



Photo 6.  Top deck of Module 4 for rainfly installation (area is approximately 5 acres).

3

# EXHIBIT 27

## SWPPP Amendment No.      1

Facility Name:      Neal Road Recycling & Waste Facility

WDID No.      5R04I0000249

### Legally Responsible Person's Certification of the
### Stormwater Pollution Prevention Plan Amendment

"This Stormwater Pollution Prevention Plan and attachments were prepared under my direction to meet the requirements of the California Industrial General Permit (SWRCB Order No. 2014-0057-DWQ)."

_____
LRP's Signature

_____
1/17/17
Date

Dennis J Schmidt
LRP Name

Director of Public Works
LRP Title

Butte County Department of Public Works
Affiliation

(530) 538-7681
Telephone

7 County Center Drive, Oroville, CA 95965
Address

dschmidt@buttecounty.net
Email

The following amendments were made to the SWPPP:

- Title Page – Update LRP name. Removed Mike Crump as the LRP and inserted Dennis Schmidt.
- Section 1.1 LRP Certification – Updated LRP information.
- Section 1.2 Amendment Log – Updated the log for Amendment No. 1.
- Table 2.2 Pollution Prevention Team – Updated members of the pollution prevention team and assigned responsibilities and duties. Added Eric Miller, Solid Waste Manager and John Taylor, Lead Operator.
- Section 3.2 Facility Description, paragraph 7 – Added the following paragraph that updates the hydrologic setting based on questions from the Storm Water Annual Report for reporting period 2016-16.

    The NRRWF is within hydrologic unit code (HUC) 10, Middle Butte Creek based on information provided on the SWRCB Industrial Storm Water Program website

## SWPPP Amendment No.                              1
_____

(accessed on December 27, 2016 at www.waterboards.ca.gov/water_issues/programs/ stormwater/industrial.shtml). There are two impaired water bodies listed within HUC 10, Comanche Creek (from Little Chico Creek to Angel Slough, Butte and Glenn Counties) and Middle Butte Creek. Comanche Creek is shown to be impaired by the pollutant Diruon (an herbicide) and Middle Butte Creek is impaired by mercury and pH. Comanche Creek is approximately 9.5 miles west-southwest of NRRWF. Storm water runoff from the NRRWF does not discharge to Comanche Creek.

- Section 3.10.1 Pollutant Source Assessment - Added a statement indicating that the pollutant Diuron is not present at the facility. This statement was added in response to questions on the Storm Water Annual Report for reporting period 2015-16.
- Table 6.6 Sample Collection, Preservation and Analysis for Water Quality Samples – Corrected maximum holding time for nitrate as nitrogen from 28 day to 2 days.

BUTTE04653

# EXHIBIT 28

# CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
## CENTRAL VALLEY REGION

| **Fresno Office** | **Sacramento Office (Main)** | **Redding Office** |
|---|---|---|
| 1685 "E" Street | 11020 Sun Center Drive #200 | 364 Knollcrest Drive #205 |
| Fresno, CA 93706-2007 | Rancho Cordova, CA 95670-6114 | Redding, CA 96002 |

Regional Board Website (https://www.waterboards.ca.gov/centralvalley)

# WASTE DISCHARGE REQUIREMENTS ORDER
# R5-2022-0009



## ORDER INFORMATION

**Order Type:**      Waste Discharge Requirements (WDRs)
**Status:**      Adopted
**Program:**      Title 27 Discharges to Land
**Region 5 Office:**      Redding
**Discharger:**      Butte County
**Facility:**      Neal Road Class III Municipal Solid Waste Landfill
**Address:**      1023 Neal Road, Chico, California
**County:**      Butte County
**Parcel No.:**      040-600-082
**WDID:**      5A040300001
**Prior Order(s):**      R5-2011-0049-01

WASTE DISCHARGE REQUIREMENTS ORDER R5-2022-0009    1
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
BUTTE COUNTY

## FINDINGS

The Central Valley Regional Water Quality Control Board (Central Valley Water Board) hereby finds as follows:

## Introduction

1.  Butte County (Discharger) owns and operates the Neal Road Class III Municipal Solid Waste Landfill (Facility) and one Class II surface impoundment about 7 miles southeast of Chico, in Sections 14 and 15, T21N, R2E, Mount Diablo Base and Meridian (MDB&M). The Facility's location is depicted on the Site Location Map in **Attachment A**.

2.  As the Facility's owner and operator, the Discharger is responsible for compliance with this Order, which prescribes Waste Discharge Requirements (WDRs) regulating monitoring, operation, closure and post-closure maintenance of the Waste Management Units (WMUs or Modules) listed in **Table 1**.

### Table 1—Summary of Waste Management Units (WMUs) Permitted under Order

| Unit | Type | Class | Size | Status |
|------|------|-------|------|--------|
| Module 1 | Landfill | Class III | 23 acres | Closed |
| Module 2 | Landfill | Class III | 16.5 acres | Closed |
| Module 3 | Landfill | Class III | 26.5 acres | Closed |
| Module 4 | Landfill | Class III | 32 acres | Operating |
| Module 5 | Landfill | Class III | 38 acres | Operating |
| Leachate Impoundment | Surface Impoundment | Class II | 3.5 acres | Operating |

See Glossary for definitions of terms and abbreviations in table.

# EXHIBIT 29

1   Glen C. Hansen (SBN 166923)
    ghansen@aklandlaw.com
2   Diane G. Kindermann (SBN 144426)
    dkindermann@aklandlaw.com
3   ABBOTT & KINDERMANN, INC.
    2100 21st Street
4   Sacramento, California 95818
    Telephone:    (916) 456-9595
5   Facsimile:    (916) 456-9599

6   Attorneys for Defendants
    BUTTE COUNTY DEPARTMENT OF
7   PUBLIC WORKS, DENNIS SCHMIDT,
    ERIC MILLER

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12
    CALIFORNIA OPEN LANDS, a non-          No.  2:20-CV-00123-KJM-DMC
13  profit land trust organization,

14              Plaintiff,

15        v.                               **DEFENDANTS' SECOND AMENDED
                                           RESPONSES TO REQUESTS FOR
16  BUTTE COUNTY DEPARTMENT OF             ADMISSION, SET ONE PROPOUNDED
    PUBLIC WORKS, a political subdivision  BY PLAINTIFF CALIFORNIA OPEN
17  of the State of California, DENNIS      LANDS**
    SCHMIDT, an individual, and ERIC
18  MILLER, an individual,

19              Defendants.

20

21

22        PROPOUNDING PARTY:    Plaintiff CALIFORNIA OPEN LANDS

23        RESPONDING PARTY:     Defendants  BUTTE  COUNTY  DEPARTMENT  OF
24                              PUBLIC  WORKS,  DENNIS  SCHMIDT,  and  ERIC
                                MILLER
25
          SET NUMBER:          One
26

27

28

                                    1

1    Defendants BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS

2  SCHMIDT, and ERIC MILLER (collectively, "Defendants") responds to Plaintiff CALIFORNIA

3  OPEN LANDS' ("Plaintiff") Requests for Admission, Set One as follows:

4                      **GENERAL OBJECTIONS**

5    1.    To the extent any of these requests may be construed as calling for information

6  which is subject to a claim of privilege, including, without limitation, the attorney/client privilege,

7  the attorney work product doctrine, the right to privacy under common law, the California

8  Constitution or the United States Constitution or any other lawfully recognized privilege or

9  immunity which may attach to the information or documents requested, Defendants hereby assert

10  such doctrine and privileges and objects to such document request on that basis.

11    2.    Defendants have not yet completed his review and investigation of the facts

12  relating to this case.  The following responses are necessarily based on information presently

13  known to, in the possession of, or identified by Defendants, and the information provided

14  pursuant to these requests are provided without prejudice to Defendants' right to utilize

15  subsequently discovered facts or documents and to amplify the meaning of existing facts or

16  documents, all of which may lead to substantial additions to and changes in the responses herein

17  provided.  Discovery is in its preliminary stages and is continuing.

18    3.    In responding to the requests for admission herein, Defendants do not concede the

19  relevancy of materiality of any request for admissions.  Defendants' responses are made expressly

20  subject to, and without in any way waiving or intending to waive, any objections as to

21  competency, relevancy, materiality or privilege, as evidence or for any other purpose, of any of

22  the information referred to or of the responses given herein, or of the subject matter thereof, in

23  any proceeding, including trial of this action.

24    4.    Defendants object to these requests for admissions on the grounds, and to the

25  extent, that they require information from persons or entities outside of Defendants' control.

26    5.    Defendants will make reasonable efforts to respond to any request, to the extent it

27  has not been objected to, as Defendants understand and interpret the requests.  If Plaintiff

28  subsequently asserts an interpretation of the request which differs from that of Defendants, they

2

DEFENDANTS' SECOND AMENDED RESPONSES TO REQUESTS FOR ADMISSION, SET ONE
PROPOUNDED BY PLAINTIFF CALIFORNIA OPEN LANDS
842

reserve the right to object to and supplement their response(s).

6.      Defendants object to these requests on the grounds, and to the extent, that they attempt or purport to impose obligations on Defendants beyond those imposed or authorized by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or other federal law or rule of court.

7.      Defendants object to these requests on the grounds, and to the extent, that they seek documents, information and data peculiarly within the possession, custody or control of Plaintiff and not Defendants, or that they seek documents, information or data equally within Plaintiff's possession, custody, or control.

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

That the FACILITY is subject to the GENERAL PERMIT.

**RESPONSE TO REQUEST NO. 1:**

Admit.

**REQUEST FOR ADMISSION NO. 2:**

That DEFENDANTS operate the FACILITY.

**RESPONSE TO REQUEST NO. 2:**

Admit.

**REQUEST FOR ADMISSION NO. 3:**

That the WETLAND PRESERVE contains three acres of created WATERS OF THE UNITED STATES.

**RESPONSE TO REQUEST NO. 3:**

Denied.  A portion of Butte County Assessor's Parcel No. 040-600-082 is parcel of land over which Plaintiff has a CONSERVATIVE EASEMENT.  The area covered by the CONSERVATIVE EASEMENT includes the 6.08 acres of land described in Exhibit A to the CONSERVATION EASEMENT.  The "Preserve" is defined in the CONSERVATION EASEMENT as "the approximately 3.00 acre area appearing on Exhibit B containing both

3

1  **REQUEST FOR ADMISSION NO. 31:**

2        That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

3  require samples of STORM WATER collected at the FACILITY to be analyzed for biological

4  oxygen demand.

5  **RESPONSE TO REQUEST NO. 31:**

6        Defendants object to this Request on the ground that the terms "MONITORING

7  IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

8        Admit that the monitoring implementation plan for the FACILITY does not require storm

9  water collected at the Facility to be analyzed for biological oxygen demand, and that the

10  GENERAL PERMIT does not require storm water collected at the Facility to be analyzed for

11  biological oxygen demand.

12  **REQUEST FOR ADMISSION NO. 32:**

13        That the FACILITY has never analyzed samples of STORM WATER collected at the

14  FACILITY for biological oxygen demand.

15  **RESPONSE TO REQUEST NO. 32:**

16        Admit that the FACILITY has not analyzed samples of storm water collected at the

17  FACILITY for biological oxygen demand, and that the GENERAL PERMIT has never required

18  storm water collected at the FACILITY to be analyzed for biological oxygen demand.

19  **REQUEST FOR ADMISSION NO. 33:**

20        That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

21  require samples of STORM WATER collected at the FACILITY to be analyzed for ammonia (as

22  nitrogen).

23  **RESPONSE TO REQUEST NO. 33:**

24        Defendants object to this Request on the ground that the terms "MONITORING

25  IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

26        Admit that the monitoring implementation plan for the FACILITY does not require storm

27  water collected at the Facility to be analyzed for ammonia (as nitrogen), and that the GENERAL

28  PERMIT does not require storm water collected at the Facility to be analyzed for ammonia (as

1     nitrogen).

2     **REQUEST FOR ADMISSION NO. 34:**

3         That the FACILITY has never analyzed samples of STORM WATER collected at the

4     FACILITY for ammonia (as nitrogen).

5     **RESPONSE TO REQUEST NO. 34:**

6         Admit that the FACILITY has not analyzed samples of storm water collected at the

7     FACILITY for ammonia (as nitrogen), and that the GENERAL PERMIT has never required

8     storm water collected at the FACILITY to be analyzed for ammonia (as nitrogen).

9     **REQUEST FOR ADMISSION NO. 35:**

10        That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

11     require samples of STORM WATER collected at the FACILITY to be analyzed for a-Terpineol.

12     **RESPONSE TO REQUEST NO. 35:**

13          Defendants object to this Request on the ground that the terms "MONITORING

14     IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

15        Admit that the monitoring implementation plan for the FACILITY does not require storm

16     water collected at the Facility to be analyzed for a-Terpineol, and that the GENERAL PERMIT

17     does not require storm water collected at the Facility to be analyzed for a-Terpineol.

18     **REQUEST FOR ADMISSION NO. 36:**

19         That the FACILITY has never analyzed samples of STORM WATER collected at the

20     FACILITY for a-Terpineol.

21     **RESPONSE TO REQUEST NO. 36:**

22         Admit that the FACILITY has not analyzed samples of storm water collected at the

23     FACILITY for a-Terpineol, and that the GENERAL PERMIT has never required storm water

24     collected at the FACILITY to be analyzed for a-Terpineol.

25     **REQUEST FOR ADMISSION NO. 37:**

26        That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

27     require samples of STORM WATER collected at the FACILITY to be analyzed for Benzoic acid.

28     **RESPONSE TO REQUEST NO. 37:**

1   Defendants object to this Request on the ground that the terms "MONITORING

2   IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

3   Admit that the monitoring implementation plan for the FACILITY does not require storm

4   water collected at the Facility to be analyzed for Benzoic acid, and that the GENERAL PERMIT

5   does not require storm water collected at the Facility to be analyzed for Benzoic acid.

6   **REQUEST FOR ADMISSION NO. 38:**

7   That the FACILITY has never analyzed samples of STORM WATER collected at the

8   FACILITY for Benzoic acid.

9   **RESPONSE TO REQUEST NO. 38:**

10   Admit that the FACILITY has not analyzed samples of storm water collected at the

11   FACILITY for Benzoic acid, and that the GENERAL PERMIT has never required storm water

12   collected at the FACILITY to be analyzed for Benzoic acid.

13   **REQUEST FOR ADMISSION NO. 39:**

14   That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

15   require samples of STORM WATER collected at the FACILITY to be analyzed for p-Cresol.

16   **RESPONSE TO REQUEST NO. 39:**

17   Defendants object to this Request on the ground that the terms "MONITORING

18   IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

19   Admit that the monitoring implementation plan for the FACILITY does not require storm

20   water collected at the Facility to be analyzed for p-Cresol, and that the GENERAL PERMIT does

21   not require storm water collected at the Facility to be analyzed for p-Cresol.

22   **REQUEST FOR ADMISSION NO. 40:**

23   That the FACILITY has never analyzed samples of STORM WATER collected at the

24   FACILITY for p-Cresol.

25   **RESPONSE TO REQUEST NO. 40:**

26   Admit that the FACILITY has not analyzed samples of storm water collected at the

27   FACILITY for p-Cresol, and that the GENERAL PERMIT has never required storm water

28   collected at the FACILITY to be analyzed for p-Cresol.

1   **REQUEST FOR ADMISSION NO. 41:**

2          That the FACILITY'S MONITORING IMPLEMENTATION PROGRAM does not

3   require samples of STORM WATER collected at the FACILITY to be analyzed for Phenol.

4   **RESPONSE TO REQUEST NO. 41:**

5          Defendants object to this Request on the ground that the terms "MONITORING

6   IMPLEMENTATION PROGRAM" are vague and ambiguous as used in this Request.

7          Admit that the monitoring implementation plan for the FACILITY does not require storm

8   water collected at the Facility to be analyzed for Phenol, and that the GENERAL PERMIT does

9   not require storm water collected at the Facility to be analyzed for Phenol.

10  **REQUEST FOR ADMISSION NO. 42:**

11         That the FACILITY has never analyzed samples of STORM WATER collected at the

12  FACILITY for Phenol.

13  **RESPONSE TO REQUEST NO. 42:**

14         Admit that the FACILITY has not analyzed samples of storm water collected at the

15  FACILITY for Phenol, and that the GENERAL PERMIT has never required storm water

16  collected at the FACILITY to be analyzed for Phenol.

17  **REQUEST FOR ADMISSION NO. 43:**

18         That between November 15, 2014 and the present, DEFENDANTS failed, with respect to

19  the metals analyses, to analyze all samples of STORM WATER ASSOCIATED WITH

20  INDUSTRIAL ACTIVITY discharged from the FACILITY for the "Total Metal" with respect to

21  each individual metal analyzed.

22  **RESPONSE TO REQUEST NO. 43:**

23         Deny.

24  **REQUEST FOR ADMISSION NO. 44:**

25         That between November 15, 2014 and the present, DEFENDANTS failed to collect

26  samples from all discharge points during each STORM WATER sampling event.

27  ///

28  ///