1 ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
2 245 Kentucky Street, Suite B3
Petaluma, CA 94952
3 Tel: (707) 782-4060
Fax: (707) 782-4062
4 E-mail: andrew@packardlawoffices.com

5 [Additional counsel listed on p. 2]

6 Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 CALIFORNIA OPEN LANDS,            Case No: 2:20-cv-00123-DJC-DMC

          Plaintiff,                **DECLARATION OF HOLLY NIELSEN**
12                                  **IN SUPPORT OF PLAINTIFF'S**
                                    **MOTION FOR PARTIAL SUMMARY**
13    v.                            **JUDGMENT**

BUTTE COUNTY DEPARTMENT OF         (FRCP 56; Eastern District Civil L.R.
14 PUBLIC WORKS, ERIC MILLER, and   260)
DENNIS SCHMIDT,
15                                  Hearing Date: February 29, 2024
          Defendants.              Hearing Time: 1:30 p.m.
16                                  Courtroom: 10, Hon. Daniel J. Calabretta
                                    Trial Date: June 24, 2024
17

18

19

20

21

22

23

24

25

Brian D. Acree (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

William N. Carlon (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

I, Holly Nielsen, make this declaration from personal knowledge.  If called, I could and would testify competently as follows:

1.      I was the executive director of California Open Lands ("COL") for 10 years, from July 2013 to January 2023.  I am currently contracted to manage the Neal Road litigation issues at COL.  Pursuant to my duties as executive director, and now managing the Neal Road litigation issues, I am familiar with the program work COL performs in and around Northern California.  California Open Lands is a non-profit land trust corporation organized under the laws of California, with its main office in Chico, California.  COL is dedicated to the preservation and management of open space, the exchange of scientific information, public education, and responsible conservation of the natural resources of the Sacramento River Watershed, including the waters into which Defendants discharge polluted storm water.

2.      In 2007, Defendant Butte County recorded a perpetual conservation easement grant ("Easement") in COL's favor that created a wetland preserve on a portion of the Facility as mitigation for the fill of waters of the United States, by the County, elsewhere.

3.      COL maintains the wetland preserve pursuant to the terms of the Easement, which details COL's management and monitoring duties to protect this land in perpetuity.

4.      Among COL's rights and duties set forth in the Easement, and specifically in Section 2, are the rights to preserve and protect the water quality in the Preserve, and to prevent any activity on or use of the Preserve that harms the Preserve.  COL has an affirmative duty to require the restoration of any areas or features of the Preserve that may be damaged by any impermissible or harmful activity or use, and it takes that duty very seriously.

5.      The discharge of leachate-contaminated water into the Preserve harms and threatens to harm the water quality, wildlife, and other conservation values of the Preserve.  In addition, the failure to allow adequate flow volumes to the Preserve

1    threatens the integrity of the entire wetland itself, including the plants within it, that

2    provide habitat for wildlife in the Preserve.

3         6.    COL has been directly harmed, and continues to be under the threat of

4    future direct harms, by Defendants' discharges in violation of the Clean Water Act

5    ("CWA"), which harm the water quality, wildlife, and other conservation values of the

6    Preserve.

7         7.    COL has been directly harmed, and continues to be under the threat of

8    future direct harms, by Defendants' failure to maintain an adequate Storm Water

9    Pollution Prevention Plan and failure to otherwise follow the reporting requirements of

10   the CWA.  This information would assist the Regional Water Quality Control Board in

11   monitoring the County's compliance with the CWA and the General Industrial Permit.

12   More importantly, it would greatly assist COL in managing its obligations to protect the

13   Preserve.  The County's failure to follow these reporting requirements has harmed COL

14   by preventing it from better understanding threats to the Preserve and hampering its

15   obligations under the Easement.

16        8.    Since COL has a duty to protect the conservation values of the Preserve,

17   COL has been harmed by the actual and threatened discharges of contaminated water

18   into the Preserve, and by Defendants' failure to comply with the reporting requirements

19   of the CWA.  COL has been required to spend in excess of $50,000 and over 800 hours

20   of staff time seeking to remedy these violations of the CWA and the harm caused by

21   them in the course of the past four and half years.  These costs include experts in

22   hydrology and wetlands, retained to study the wetland in the Preserve, including

23   damage caused by the County's leachate-contaminated discharges; lab sampling and

24   analysis; and investigative fees and costs.  Staff time involved extensive

25   communications with the County, State and Regional water boards, and the Army Corps

26   of Engineers, together with California Public Records Act requests, and Freedom of

27   Information Act request to obtain information from these agencies.

28        9.    True and correct copies of my staff time sheets are attached hereto as

1   **Exhibit 1.**

2          10.     A true and correct summary of COL's litigation costs is attached hereto as

3   **Exhibit 2**.

4

5           I declare under penalty of perjury that the foregoing is true and correct.

6   Executed on January 18, 2024 in Chico, California.

7

8                                                    _Holly Nielsen_____

9                                                    Holly Nielsen

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**EXHIBIT 1**

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | JULY  2019 | 8-1-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7100 | General Administration | | 5.5 | $202.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 22 | $990 |
| 7622 | Meriam Biological Inspection | | 3 | $135 |
| 7622 | Neal Rd Biological Inspection | | 6.5 | $292.50 |
| 7613 | Sky Creek Vegetation Mgt | | 2.5 | $315 |
| 7613 | Enclave Vegetation Mgt | | 2 | $45 |
| 7613 | Vegetation Mgt-Various | | 4 | $180 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $10 |
| 7626 | Travel Reimbursement (60 milesx$.50/mi)= | | | $30 |
| | | | | |
| | Total Wages | $45/hr | 45.5 | $2047.50 |
| | | | *Reimbursables* | *$40.00* |
| | | | | |
| | Invoice Total | | | $2087.00 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | AUG  2019 | 9-1-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 17 | $765 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 24 | $1080 |
| 7622 | Meriam Biological Inspection | | 4.5 | $202.50 |
| 7621 | Enclave GI | | 2.5 | $112.50 |
| 7613 | Enclave Vegetation Mgt | | 2 | $90 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $10 |
| 7626 | Travel Reimbursement (250 milesx$.50/mi)= | | | $125 |
| | | | | |
| | Total Wages | $45/hr | 50 | $2250.00 |
| | | | *Reimbursables* | *$135.00* |
| | Invoice Total | | | $2385.00 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | SEPT 2019 | 10-1-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | _Administrative tasks_ | $45.00 | | |
| 7010.2 | General Administration | | 7.5 | $337.50 |
| | _Other Business_ | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 32 | $1440 |
| 7613 | Sky Creek Veg Mgt | | 2 | $90 |
| 7611 | Vineyards annual report | | 4 | $180 |
| 7611 | Eureka annual report | | 4 | $180 |
| | _Reimbursables_ | | | |
| 7823 | MS Office | | | $10 |
| 7626 | Travel Reimbursement (70 milesx$.50/mi)= | | | $35 |
| | Total Wages | $45/hr | 49.5 | $2227.50 |
| | | | _Reimbursables_ | _$45.00_ |
| | Invoice Total | | | $2272.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | OCT 2019 | 10-31-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 5 | $225 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 74.5 | $3352.50 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $12 |
| 7626 | Travel Reimbursement (70 milesx$.50/mi)= | | | $35 |
| | Total Wages | $45/hr | 79.5 | $3577.50 |
| | *Reimbursables* | | | $47.00 |
| | Invoice Total | | | $3624.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | NOV 2019 | 11-30-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 7.5 | $337.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 48.5 | $2182.50 |
| 7611 | Wildwood Reporting | | 12 | $540 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $12 |
| 7626 | Travel Reimbursement (70 miles x $.50/mi)= | | | $35 |
| | Total Wages | $45/hr | 68 | $3060 |
| | | *Reimbursables* | | $47.00 |
| | Invoice Total | | | $3107.00 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | DEC 2019 | 12-31-2019 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 8 | $360 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 21.5 | $967.50 |
| 7611 | Neal Road Reporting | | 14 | $630 |
| 7611 | Nichelini Reporting | | 2 | $90 |
| 7611 | Clover Acres Reporting | | 6 | $270 |
| 7611 | Meriam Park Reporting | | 11 | $495 |
| 7611 | Sky Creek Reporting | | 6 | $270 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $12 |
| 7626 | Travel Reimbursement (80 miles x $.50/mi)= | | | $40 |
| | Total Wages | $45/hr | 68.5 | $3082.50 |
| | | *Reimbursables* | | *$52.00* |
| | Invoice Total | | | $3134.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | JAN 2020 | 1-30-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 20 | $900 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 19.5 | $877.50 |
| 7612 | Wildwood liaison | | 1.5 | $67.50 |
| 7612 | Silvergate liaison | | 1 | $45 |
| 7612 | Meriam liaison | | 6 | $270 |
| 7642 | CE Development Bickford Ranch (new) | | 22.5 | $1012.50 |
| 7611 | Silvergate Reporting | | 1 | $45 |
| 7621 | Enclave Inspections | | 3.5 | $157.50 |
| 7621 | Eureka Inspecitions | | 2.5 | $112.50 |
| | *Reimbursables* | | | |
| 7823 | MS Office | | | $12 |
| 7626 | Travel Reimbursement (350 milesx$.50/mi)= | | | $175 |
| | *Total Wages* | $45/hr | 75 | $3487.50 |
| | | *Reimbursables* | | $187.00 |
| | *Invoice Total* | | | $3674.50 |

PAID
DATE: 1/30/20
CHECK NO: 1471
AMOUNT: 3674.50
BY: JB

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | FEB 2020 | 2-29-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 22.5 | $1012.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 21.5 | $967.50 |
| 7612 | Silvergate liaison | | 1 | $45 |
| 7612 | Meriam liaison | | 4.5 | $202.50 |
| 7642 | CE Development Bickford Ranch (new) | | 14.5 | $652.50 |
| 7642 | CE Development Lewis Property | | 4 | $180 |
| 7621 | Enclave Inspections | | 1 | $45 |
| 7621 | Eureka Inspecitions | | 1 | $45 |
| 7621 | Meriam Inspections | | 7 | $315 |
| 7621 | Sky Creek Inspections | | 2 | $90 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (230 milesx$.58/mi)= | | | $133.40 |
| | Total Wages | $45/hr | 79 | $3555 |
| | *Reimbursables* | | | *$145.40* |
| | Invoice Total | | | $3700.40 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | MAR 2020 | 3-31-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 14 | $630 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 37.5 | $1687.50 |
| 7612 | Meriam liaison | | 7 | $315 |
| 7612 | Eureka liaison | | 1 | $45 |
| 7612 | Silvergate liaison | | 1 | $45 |
| 7621 | Sky Creek Inspections | | 2 | $90 |
| 7621 | Meriam Inspections | | 6.5 | $292.50 |
| 7621 | Wildwood Inspections | | 2.5 | $112.50 |
| 7613 | Wildwood Veg Management | | 2 | $90 |
| 7642 | CE Development Bickford Ranch (new) | | .5 | $22.50 |
| 7642 | CE Development (Lewis Property–not yet a class) | | 5.5 | $247.50 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (150 milesx$.50/mi)= | | | $75 |
| | | | | |
| | Total Wages | $45/hr | 79.5 | $3577.50 |
| | | *Reimbursables* | | *$87.00* |
| | Invoice Total | | | $3664.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | APR 2020 | 3-31-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 21.5 | $967.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 17 | $765 |
| 7612 | Granite Bay liaison | | 1.5 | $67.50 |
| 7612 | Meriam liaison | | 2 | $90 |
| 7621 | Meriam Inspections | | 4 | $180 |
| 7621 | Neal Rd Inspections | | 11 | $495 |
| 7611 | Wildwood Reporting | | 3 | $135 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (150 milesx$.50/mi)= | | | $75 |
| | Total Wages | $45/hr | 60 | $2700 |
| | *Reimbursables* | | | *$87.00* |
| | Invoice Total | | | $2787.00 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | May 2020 | 6-1-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 22 | $990 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 23 | $1035 |
| 7612 | Meriam liaison | | 5.5 | $247.50 |
| 7621 | Silvergate Inspections | | 5.5 | $247.50 |
| 7621 | Neal Rd Inspections | | 5.5 | $247.50 |
| 7621 | Clover Acres Inspections | | 5 | $225 |
| 7621 | Vineyards Inspections | | 6 | $270 |
| 7611 | Bickford CE Development | | 1 | $45 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (260 miles x $.58/mi)= | | | $150.80 |
| | *Total Wages* | $45/hr | 73.5 | $3307.50 |
| | | *Reimbursables* | | $162.80 |
| | Invoice Total | | | $3470.30 |

PAID

DATE: June 2nd, 2020
CHECK NO. 1487
AMOUNT: 3,470.30
BY: mmu

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | June 2020 | 6-30-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 16.5 | $742.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 43 | $1935 |
| 7621 | Meriam Inspections | | 4 | $180 |
| 7621 | Neal Rd Inspections | | 2 | $90 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.58/mi)= | | | $69.60 |
| | | | | |
| | Total Wages | $45/hr | 65.5 | $2947.50 |
| | | *Reimbursables* | | *$81.60* |
| | Invoice Total | | | $3029.10 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | July 2020 | 7-31-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 19 | $855 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 29.5 | $1327.50 |
| 7611 | Meriam Reporting | | 1.5 | $67.50 |
| 7611 | Neal Rd Repoting | | 2 | $90 |
| 7611 | Wildwood Reporting | | 6.5 | $292.50 |
| 7612 | Silverate Liason | | 3.5 | $157.50 |
| 7612 | Meriam Liason | | 1.5 | $67.50 |
| 7612 | Clover Acres | | 1.5 | $67.50 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.58/mi)= | | | $69.60 |
| | Total Wages | $45/hr | 65 | $2925 |
| | *Reimbursables* | | | *$81.60* |
| | Invoice Total | | | $3006.60 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | August 2020 | 9-1-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 22 | $990 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 13 | $585 |
| 7611 | Meriam Reporting | | 5 | $225 |
| 7611 | Eureka Repoting | | 5 | $225 |
| 7612 | Meriam Liason | | 11.5 | $517.50 |
| 7612 | SIlvergate Liason | | 1 | $45 |
| 7612 | Eureka Monitoring | | 5 | $225 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (250 milesx$.58/mi)= | | | $145 |
| | Total Wages | $45/hr | 62.5 | $2812.50 |
| | *Reimbursables* | | | *$157.00* |
| | Invoice Total | | | $2969.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | September 2020 | 10-1-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 33 | $1485 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 18.5 | $832.50 |
| 7611 | Meriam Reporting | | 1.5 | $67.50 |
| 7611 | Eureka Reporting | | 2 | $90 |
| 7611 | Wildwood Reporting | | 2 | $90 |
| 7612 | Enclave Liason | | 2 | $90 |
| 7612 | Eureka Liason | | 2 | $90 |
| 7612 | Eureka Monitoring | | 5 | $225 |
| 7613 | Enclave Vegetation Mgt | | 1.5 | $67.50 |
| 7642 | Jayhawk Project Development | | 10.5 | $472.50 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (80 milesx$.58/mi)= | | | $46.40 |
| | | | | |
| | Total Wages | $45/hr | 78 | $3510 |
| | | *Reimbursables* | | *$58.40* |
| | Invoice Total | | | $3568.40 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | October 2020 | 11-1-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 31 | $1395 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 3 | $135 |
| 7642 | Jayhawk Acquistion | | 29 | $1305 |
| 7612 | SIlvergate Reporting | | 1 | $45 |
| 7612 | Meriam Reporting | | 6 | $270 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (80 milesx$.58/mi)= | | | $46.40 |
| 7800 | Incidentals | | | $41.80 |
| | | | | |
| | Total Wages | $45/hr | 70 | $3150 |
| | *Reimbursables* | | | *$100.20* |
| | Invoice Total | | | $3250.20 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | November 2020 | 11-30-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 11.5 | $517.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 17.5 | $787.50 |
| 7642 | Jayhawk Acquistion | | 25 | $1125 |
| 7612 | Meriam Liaison | | 5.5 | $247.50 |
| 7611 | Meriam Reporting | | 2 | $90 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (290 milesx$.58/mi)= | | | $168.20 |
| | | | | |
| | Total Wages | $45/hr | 61.5 | $2767.50 |
| | | *Reimbursables* | | *$168.20* |
| | Invoice Total | | | $2935.70 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | December 2020 | 12-28-2020 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 13.5 | $607.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 11.5 | $517.50 |
| 7642 | Jayhawk Acquistion | | 18.5 | $832.50 |
| 7612 | Meriam Liaison | | 10 | $450 |
| 7612 | Silvergate liaison | | .5 | $22.50 |
| 7611 | Meriam Reporting | | 13.5 | $607.50 |
| 7611 | Vineyards Reporting | | 1 | $45 |
| | *Reimbursables* | | | |
| 7823 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (80 miles x $.58/mi)= | | | $46.40 |
| | *Total Wages* | $45/hr | 68.5 | $3082.50 |
| | | *Reimbursables* | | *$58.40* |
| | *Invoice Total* | | | $3140.90 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | January 2021 | 2-1-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 14 | $630 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 10 | $450 |
| 7642 | Jayhawk Acquistion | | 10 | $450 |
| 7611 | Sky Creek Reporting | | 3 | $135 |
| 7611 | Clover Acres Reporting | | 3 | $135 |
| 7611 | Meriam Reporting | | 31 | $1395 |
| 7611 | Vineyards Reporting | | 3.5 | $157.50 |
| 7611 | Neal Road Reporting | | 6.5 | $292.50 |
| 7612 | Silvergate Liason | | 1 | $45 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (80 milesx$.56/mi)= | | | $44.80 |
| | | | | |
| | Total Wages | $45/hr | 82 | $3690 |
| | | *Reimbursables* | | *$56.80* |
| | Invoice Total | | | $3746.80 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | February 2021 | 2-28-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 30 | $1350 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 17.5 | $787.50 |
| 7642 | Jayhawk Acquistion | | 12.5 | $562.50 |
| 7621 | Meriam Inspections | | 4.5 | $202.50 |
| 7621 | Sky Creek Inspections | | 3 | $135 |
| 7612 | Meriam Liason | | 2 | $90 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (90 miles x $.56/mi)= | | | $50.40 |
| | Total Wages | $45/hr | 69.5 | $3127.50 |
| | *Reimbursables* | | | *$62.40* |
| | Invoice Total | | | $3189.90 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | March 2021 | 3-28-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 6 | $270 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 61 | $2745 |
| 7642 | Jayhawk Acquistion | | 1 | $45 |
| 7621 | Wildwood Inspections | | 5 | $225 |
| 7621 | Meriam Inspections | | 4 | $180 |
| 7642 | Bickford Project Development | | 4.5 | $202.50 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.56/mi)= | | | $67.20 |
| | | | | |
| | Total Wages | $45/hr | 81.5 | $3667.50 |
| | *Reimbursables* | | | $79.20 |
| | Invoice Total | | | $3746.70 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | APR 2021 | 5-1-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 7.5 | $247.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 23.5 | $1057.50 |
| 7642 | Bickford Acquisition | | 23.5 | $1057.50 |
| 7621 | Eureka Inspections | | 5 | $225 |
| 7621 | Enclave Inspections | | 6 | $270 |
| 7621 | Neal Road Inspections | | 6 | $270 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (265 milesx$.56/mi)= | | | $148.40 |
| | Total Wages | $45/hr | 71.5 | $3217.50 |
| | *Reimbursables* | | | *$160.40* |
| | Invoice Total | | | $3377.90 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | May 2021 | 5-31-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 23 | $1035 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 10 | $450 |
| 7621 | General Preserve Inspections | | 18 | $810 |
| 7642 | CE Development | | 20 | $900 |
| | | | | |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (280 miles x $.56/mi)= | | | $156.80 |
| | | | | |
| | Total Wages | $45/hr | 71 | $3195 |
| | | *Reimbursables* | | *$168.80* |
| | Invoice Total | | | $3363.80 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | June 2021 | 6-30-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 19.5 | $877.50 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 18 | $810 |
| 7612 | Wildwood Liaison | | 3 | $135 |
| 7642 | Bickford Project Development | | 30 | $1350 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.56/mi)= | | | $67.20 |
| | | | | |
| | Total Wages | $45/hr | 70.5 | $3172.50 |
| | *Reimbursables* | | | *$79.20* |
| | Invoice Total | | | $3251.70 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | July 2021 | 7-30-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 42 | $1890 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 22 | $990 |
| 7612 | Wildwood Liaison | | 3 | $135 |
| 7612 | Meriam Liaison | | 6 | $270 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (170.5 milesx$.56/mi)= | | | $95.50 |
| | *Total Wages* | $45/hr | 73 | $3285 |
| | *Reimbursables* | | | *$107.50* |
| | Invoice Total | | | $3392.50 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | August 2021 | 8-27-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 33 | $1485 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 21 | $945 |
| 7611 | Preserves Reporting (2 hour each Sky Creek, Clover Acres, Vineyards, Wildwood, Eureka, Enclave) | | 12 | $540 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.56/mi)= | | | $67.20 |
| | *Total Wages* | $45/hr | 66 | $2970 |
| | *Reimbursables* | | | *$79.20* |
| | *Invoice Total* | | | $3049.20 |

Holly Nielsen
9615 Cummings Rd
Durham, CA 95938
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | September 2021 | 10-1-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 14 | $630 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 28 | $1260 |
| 7621 | Preserve Inspections Sky Creek | | 1.5 | $67.50 |
| 7621 | Preserve Inspections Silvergate | | 8 | $360 |
| 7612 | Liaison Merriam | | 3 | $135 |
| 7612 | Liaison Eureka | | 1 | $45 |
| 7642 | CE Development | | 1 | $45 |
| 7611 | Annual Report (Various) | | 10 | $450 |
| | | | | |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (300 milesx$.56/mi)= | | | $168 |
| | | | | |
| Total Wages | | $45/hr | 66.5 | $2992.50 |
| | | *Reimbursables* | | *$180* |
| Invoice Total | | | | $3172.50 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | October 2021 | 10-28-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 31 | $1395 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 11 | $495 |
| 7613 | Veg management Meriam | | 5 | $225 |
| 7613 | Veg management Eureka | | 1 | $45 |
| 7611 | Annual Report Meriam | | 2 | $90 |
| 7611 | Annual Report Eureka | | 5 | $225 |
| | | | | |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (260 milesx$.56/mi)= | | | $145.60 |
| | | | | |
| | Total Wages | $45/hr | 55 | $2475 |
| | | *Reimbursables* | | $157.60 |
| | Invoice Total | | | $2632.60 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | November 2021 | 11-30-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 36 | $1620 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 5 | $225 |
| 7613 | Veg management Meriam | | 10 | $450 |
| 7613 | Veg management Silvergate | | 4 | $180 |
| | | | | |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (120 milesx$.56/mi)= | | | $67.20 |
| | | | | |
| | Total Wages | $45/hr | 55 | $2475 |
| | *Reimbursables* | | | *$79.20* |
| | Invoice Total | | | $2554.20 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | December 2021 | 12-30-2021 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 6 | $360 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 3 | $135 |
| 7611 | Annual Reporting--All | | 62 | $2790 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (60 milesx$.56/mi)= | | | $33.60 |
| | Total Wages | $45/hr | 71 | $3195 |
| | *Reimbursables* | | | $45.60 |
| | Invoice Total | | | $3240.60 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | Executive Director for California Open Lands | January 2022 | 2-01-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $45.00 | | |
| 7010.2 | General Administration | | 22 | $990 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $45.00 | 10 | $450 |
| 7621 | Meriam Inspection | | 6 | $270 |
| 7621 | Bickford Inspection | | 8 | $360 |
| 7612 | Meriam liaison | | 6 | $270 |
| 7612 | Bickford liaison | | 3 | $135 |
| | | | | |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (210 milesx$.59/mi)= | | | $123.90 |
| | | | | |
| | Total Wages | $45/hr | 55 | $2475 |
| | | *Reimbursables* | | *$135.90* |
| | Invoice Total | | | $2610.90 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | California Open Lands | February 2022 | 2-28-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $50.00 | | |
| 7010.2 | General Administration | | 38.5 | $1925 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $50.00 | 4 | $200 |
| 7621 | Meriam Inspection | | 7 | $350 |
| 7621 | Wildwood Inspection | | 2 | $100 |
| 7612 | Clover Acres liaison | | 1 | $50 |
| 7612 | Silvergate liaison | | 4 | $200 |
| 7612 | Bickford liaison | | 4 | $200 |
| 7642 | Lewis CE development | | 4 | $200 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (40 milesx$.59/mi)= | | | $23.60 |
| | | | | |
| | Total Wages | $50/hr | 64.5 | $3225 |
| | *Reimbursables* | | | *$35.60* |
| | Invoice Total | | | $3260.60 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | | For the Month(s) of | Invoice Date |
|---|---|---|---|---|
| Holly Nielsen | California Open Lands | | March 2022 | 3-28-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $50.00 | | |
| 7010.2 | General Administration | | 9 | $450 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $50.00 | 10 | $500 |
| 7621 | Meriam Inspection | | 8 | $400 |
| 7621 | Enclave Inspection | | 3 | $150 |
| 7621 | Eureka Inspection | | 3 | $150 |
| 7612 | Clover Acres liaison | | 1 | $50 |
| 7612 | Silvergate liaison | | 3 | $150 |
| 7612 | Bickford liaison | | 1 | $50 |
| 7621 | Vineyards Inspection | | 6 | $300 |
| 7642 | San Juan Oaks CE development | | 13 | $650 |
| 7642 | Lewis CE development | | 1.5 | $75 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Food receipts | | | $154.91 |
| 7626 | Travel Reimbursement (420 milesx$.59/mi)= | | | $247.80 |
| | *Total Wages* | $50/hr | 58.5 | $2925 |

Cont pg 2

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | California Open Lands | April  2022 | 4-30-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $50.00 | | |
| 7010.2 | General Administration | | 17 | $850 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $50.00 | 15 | $750 |
| 7621 | Wildwood Inspection | | 4 | $200 |
| 7621 | Neal Road inspection | | 4 | $200 |
| 7625 | Wildwood Maintenance | | 2 | $100 |
| 7612 | Silvergate Liaison | | 1 | $50 |
| 7612 | Bickford Liaison | | 3 | $150 |
| 7642 | San Juan Oaks CE development | | 6 | $300 |
| 7642 | Lewis CE development | | 6 | $300 |
| | *Reimbursables* | | | |
| 7800 | Dropbox | | | $12 |
| 7626 | Travel Reimbursement (100 milesx$.59/mi)= | | | $59 |
| | Total Wages | $50/hr | 58 | $2900 |
| | *Reimbursables* | | | *$71* |
| | Invoice Total | | | $2971 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | California Open Lands | May 2022 | 5-31-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $50.00 | | |
| 7010.2 | General Administration | | 24.5 | $1225 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $50.00 | 10 | $500 |
| 7621 | Bickford Inspection | | 5 | $250 |
| 7621 | Lewis-Lincoln inspection | | 4 | $200 |
| 7642 | San Juan Oaks CE development | | 1 | $50 |
| 7642 | Lewis-Lincoln CE development | | 15 | $750 |
| | *Reimbursables* | | | |
| 7626 | Travel Reimbursement (240 milesx$.59/mi)= | | | $141.60 |
| | | | | |
| | Total Wages | $50/hr | 58.5 | $2975 |
| | | *Reimbursables* | | *$141.60* |
| | Invoice Total | | | $3116.60 |

Holly Nielsen
3114 Michael Way
Chico, CA 95973
530-551-8312

TO:
California Open Lands
PO Box 4440
Chico, CA 95928
530-872-7281

| Consultant | Job | For the Month(s) of | Invoice Date |
|---|---|---|---|
| Holly Nielsen | California Open Lands | June 2022 | 6-30-2022 |

| Account | Description | Rate | Hours | Line Total |
|---|---|---|---|---|
| | *Administrative tasks* | $50.00 | | |
| 7010.2 | General Administration | | 29.5 | $1475 |
| | *Other Business* | | | |
| 7200 | Neal Rd Easement Defense | $50.00 | 21.5 | $1075 |
| 7642 | Lewis-Lincoln CE development | | 6 | $300 |
| 7642 | San Juan Oaks CE development | | 6 | $300 |
| | *Reimbursables* | | | |
| 7626 | Travel Reimbursement (80 miles x $.59/mi)= | | | $47.20 |
| | | | | |
| | *Total Wages* | $50/hr | 63 | $3150 |
| | *Reimbursables* | | | *$47.20* |
| | *Invoice Total* | | | $3197.20 |

# EXHIBIT 2

# Expense List

Print | Close Window

| Date | Client Name | Project | Type | Description | Quantity | Unit Amount | Amount |
|------|-------------|---------|------|-------------|----------|-------------|--------|
| 12/13/2019 | COL-NealRoad-CEE-AP19 | | Case Costs | Drive to Neal Road for site inspection 260m @ .60 - $156.00 | | | $156.00 |
| 5/27/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Drive to Neal Road for site inspection 260m @ .60 - $156.00 | 312.00 | 0.500 | $156.00 |
| 6/19/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Complaint Filing Fee | | | $460.85 |
| 6/22/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Summons, filing fee | | | $13.61 |
| 6/22/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Civil Cover, filing fee | | | $13.61 |
| 6/24/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Process Server | | | $75.00 |
| 8/6/2020 | COL-NealRoad-CEE-AP19 | | Case Costs | Filing fee for CEE FAC | | | $13.61 |
| 2/17/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | Court Call fee, CMC Hrg | | | $94.00 |
| 11/30/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | Butte Superior filing fee for MSJ #1 | | | $527.36 |
| 11/30/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | MSJ1, filing fee | | | $527.36 |
| 11/30/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | MSJ1 Appendix, filing fee | | | $13.61 |
| 12/20/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | Butte Superior filing fee for MSJ #2 | | | $527.36 |
| 12/20/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | MSJ2, filing fee | | | $527.36 |
| 12/20/2021 | COL-NealRoad-CEE-AP19 | | Case Costs | MSJ2 Appendix, filing fee | | | $13.61 |
| 2/10/2022 | COL-NealRoad-CEE-AP19 | | Case Costs | Court Call fee, MSJ1 Hrg | | | $94.00 |
| 3/23/2022 | COL-NealRoad-CEE-AP19 | | Case Costs | Expert Witness Fee (Mays) | | | $2,000.00 |
| 4/4/2022 | COL-NealRoad-CEE-AP19 | | Case Costs | Trial Memo, filing fee | | | $13.61 |
| 4/4/2022 | COL-NealRoad-CEE-AP19 | | Case Costs | Trial Memo, POS filing fee | | | $13.61 |

| Date | Matter | Type | Description | Hours/Qty | Amount |
|------|--------|------|-------------|-----------|--------|
| 4/7/2022 | COL-NealRoad-CEE-AP19 | Case Costs | Wygar Reports (Mays expert depo) | | $2,219.51 |
| 5/4/2022 | COL-NealRoad-CEE-AP19 | Case Costs | Greenwood Expert Depo (cancellation fee) | | $350.00 |
| **TOTALS** | | | | **312.00** | **$7,810.07** |