1  ANDREW L. PACKARD (State Bar No. 168690)
   Law Offices of Andrew L. Packard
2  245 Kentucky Street, Suite B3
   Petaluma, CA 94952
3  Tel: (707) 782-4060
   Fax: (707) 782-4062
4  E-mail: andrew@packardlawoffices.com

5
   [Additional counsel listed on p. 2]
6
   Attorneys for Plaintiff
7  CALIFORNIA OPEN LANDS

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA OPEN LANDS,              | Case No: 2:20-cv-00123-DJC-DMC
11 |     Plaintiff,                      | DECLARATION OF STEPHEN JACKSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
12 |   v.                                |
13 | BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, AND DENNIS SCHMIDT, | Hearing Date: February 29, 2024
14 |                                     | Hearing Time: 1:30 p.m.
15 |     Defendants.                     | Courtroom: 10, Hon. Daniel J. Calabretta
                                         | Trial Date: June 24, 2024

Brian D. Acree (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

William N. Carlon (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

I, Stephen Jackson, declare:

1. I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2. I am employed at Butte County in the Road Engineering Division as an Engineering Technician II.

3. From August 13, 2018 to November 2, 2019, I was employed as an engineering technician, assistant at the Neal Road Recycling and Waste Landfill ("Landfill").

4. I received training on storm water pollution prevention, the landfill gas collection system, and waste acceptance screening.

5. My duties included reviewing lab reports for conformance with waste screening acceptance; conducting weekly/biweekly storm water pollution prevention plan (SWPPP) inspections; installing SWPPP best management practices; performing materials and costs estimates; conducting supervisory site inspections and reporting; obtaining readings, recording observations of the site including the leachate evaporation and septage pond(s); conducting inspections of work performed by contractors; participating in permit compliance inspections with the CA Air Resources Board, the Butte County Air Quality Management District, the Regional Water Board, and Butte County Environmental Health; conducting disaster recovery and insurance claims tasks; providing engineering assistance to contractors; participating in hiring and interview panels of both staff and contractors; performing engineering design services (AutoCAD design work); writing job specifications; using Public Purchase to bid proposed work; maintaining the landfill gas collection and containment system, including the ground flare; using and calibrating the GEM 2000/5000 landfill gas analyzers to test for the presence of explosive/hazardous gases; and other duties as assigned.

6. On February 14, 2019, I observed liquid seeping from the southern face of Module 4 and flowing into Sediment Basin #4, a storm water collection basin.

Decl. of S. Jackson in Support   3   Case No. 2:20-cv-00123-DJC-DMC
of P.'s Mot. for Partial Sum. Judg.

7. The video found at the following link is a true and correct representation of the leachate flowing from the seeps at Module 4 into Sediment Basin #4: https://drive.google.com/file/d/1xnMP9nvnsCMfJnRI3_9Mq8tqgfb_PV4P/view?usp=sharing. I personally took the video on February 14, 2019.

8. Based on my understanding of the Landfill's operations, I believed the seeps to be leachate. Leachate is a liquid comprised of every item thrown away within the landfill: metals, toxins, human waste, acids, paints, rotting organic matter/dead animals, petroleum products, batteries and acid, biohazard waste, medicines, and other items. I recognize leachate as a dark, watery liquid with an oily sheen and very strong, foul, and toxic odor. I recognized this liquid as leachate based on what I had personally observed during a leachate spill at the Landfill that I discovered immediately after the Camp Fire disaster.

9. I observed a large pump, with a 6-inch hose connected to it, operating at Sediment Basin #4, pumping the liquid within that basin up into a roadside ditch that I was aware drained to the wetland preserve.

10. I observed this pump operating from approximately 9:00 a.m. on February 14, 2019 to 1:40 p.m. on that same day.

11. The video found at the following link is a true and correct representation of the outfall of the 6-inch hose connected to the pump, the flow of the pumped liquid toward the wetland preserve, and of the conditions of Sediment Basin #4: https://drive.google.com/file/d/1xodcQrH7EFUialPrd9t8zp58yDwHcpRh/view?usp=sharing. I personally took the video on February 14, 2019.

12. I reported my observations to Landfill management, Eric Miller and Todd Storti.

13. I also observed the wetland preserve on February 14, 2019. It was full, and it was discharging over the concrete spillway on the western side of the basin.

14. The video found at the following link is a true and correct representation of the concrete spillway, the wetland preserve, and flow of discharge across the access

road along the western boundary of the Facility, and flowing in a southwesterly direction via the intermittent stream: https://drive.google.com/file/d/1xpHCCmV-cqZ5PgDcPaFaJyeehkhFwMVX/view?usp=sharing. I personally took the video on February 14, 2019.

15. On February 27, 2019, I again observed liquid seeping from the southern face of Module 4 and into Sediment Basin #4.

16. The video found at the following link is a true and correct representation of the condition of leachate seeps flowing from Module 4 into Sediment Basin #4: https://drive.google.com/file/d/1xpoWWE6I9nmup-RSMnmDdGOs6J29OaqV/view?usp=sharing. I personally took the video on February 27, 2019.

17. I observed a large pump, with a 6-inch hose connected to it, operating at Sediment Basin #4, pumping the liquid within that basin up into a roadside ditch that I was aware drained to the wetland preserve.

18. The video found at the following link is a true and correct representation of the flow of the pumped liquid in the roadside ditch toward the wetland preserve: https://drive.google.com/file/d/1xpsF7O3ruFytzLCTdLauu_eGByUYZcFm/view?usp=sha ring. I personally took the video on February 27, 2019.

19. I also observed the wetland preserve on February 27, 2019. It was full, and it was discharging over the concrete spillway on the western side of the basin.

20. The video found at the following link is a true and correct representation of the concrete spillway, the wetland preserve, and flow of discharge across the access road along the western boundary of the Facility, and flowing in a southwesterly direction via the intermittent stream: https://drive.google.com/file/d/1xqdalyJCOy4pmUptQsb8eKm13IREn6i5/view?usp=shari ng. I personally took the video on February 27, 2019.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on January 17, 2024 at Oroville, California.

*S. Jackson*

Stephen Jackson