ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>  Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, AND DENNIS SCHMIDT,<br><br>  Defendants. | Case No: 2:20-cv-00123-DJC-DMC<br><br>**DECLARATION OF WILLIAM CARLON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: February 29, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10, Hon. Daniel J. Calabretta<br>Trial Date: June 24, 2024 |

Brian D. Acree (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

William N. Carlon (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

I, William N. Carlon, declare:

1. I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2. I am one of the attorneys responsible for handling this lawsuit on behalf of Plaintiff California Open Lands.

3. A true and correct copy of an SCS Engineers report regarding the Module 4 seep notification, dated March 13, 2019, is attached to the Appendix of Exhibits in Support of Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Appendix"), filed concurrently, as Exhibit 1. This document was produced by Defendants in response to a discovery request propounded by Plaintiff in this litigation.

4. A true and correct copy of excerpts of the transcript from the May 25, 2023 deposition of Defendant Eric Miller, in his capacity as the designated person most knowledgeable on behalf of Defendant Butte County Department of Public Works, is attached to Plaintiff's Appendix as Exhibit 2. This document was certified by the court reporter.

5. A true and correct copy of excerpts of Defendants' Responses to Requests for Admission, Set Two, is attached to Plaintiff's Appendix as Exhibit 3. This document was provided by Defendants in response to Plaintiff's Requests for Admission, Set Two.

6. A true and correct copy of Defendants' Storm Water Pollution Prevention Plan, dated September 30, 2019, is attached to Plaintiff's Appendix as Exhibit 4. This document was produced by Defendants in response to a discovery request propounded by Plaintiff in this litigation.

7. A true and correct copy of Defendants' Storm Water Pollution Prevention Plan, dated February 21, 2021, ("2021 SWPPP") is attached to Plaintiff's Appendix as Exhibit 5. This document was obtained from the State Water Resources Control Board's online Stormwater Multiple Application Report Tracking System ("SMARTS"). SMARTS is a computer system that contains information uploaded by dischargers, in

this case, Defendants, about compliance with the General Permit.  SMARTS makes data available to the public through this system.  I have used the SMARTS database hundreds of times in my more than eight years of handling water quality matters. The General Permit requires dischargers, including Defendants, to upload to SMARTS current copies of their SWPPPs.

8. A true and correct copy of excerpts of the transcript from the October 25, 2023 deposition of Sean Covington, in his capacity as a designated expert on behalf of Defendants, is attached to Plaintiff's Appendix as Exhibit 6.  This document was certified by the court reporter.

9. A true and correct copy of *Compliance Inspection Report for Permitted Work in Waters of the United States, Sacramento District, Corps of Engineers*, with an inspection date of June 28, 2011, is attached to Plaintiff's Appendix as Exhibit 7.  This document was provided to Plaintiff by the Army Corps of Engineers pursuant to a Freedom of Information Act request.  The redactions on this document were placed by the Army Corps of Engineers.

10. A true and correct copy of the *Perpetual Conservation Easement Grant*, record number 2007-0051757, recorded November 2, 2007, is attached to Plaintiff's Appendix as Exhibit 8.  This document was entered into between Plaintiff and Defendant Butte County Department of Public Works before a Notary Public on July 27, 2007.

11. A true and correct copy of excerpts of the transcript from the October 10, 2023 deposition of Travis Peterson, in his capacity as a designated expert on behalf of Defendants, is attached to Plaintiff's Appendix as Exhibit 9.  This document was certified by the court reporter.

12. A true and correct copy of excerpts of the transcript from the May 16, 2023 deposition of Craig Cissell, in his capacity as a designated person most knowledgeable to testify on behalf of Defendant Butte County Department of Public Works, is attached to Plaintiff's Appendix as Exhibit 10.  This document was certified by the court reporter.

13. A true and correct copy of Defendants' Storm Water Pollution Prevention Plan, dated June 24, 2015, is attached to Plaintiff's Appendix as Exhibit 11. This document was produced by Defendants in response to a discovery request propounded by Plaintiff in this litigation.

14. A true and correct copy of Defendants' Storm Water Pollution Prevention Plan, dated August 6, 2014, is attached to Plaintiff's Appendix as Exhibit 12. This document was produced by Defendants in response to a discovery request propounded by Plaintiff in this litigation.

15. A true and correct copy of excerpts of the *Second Quarter 2015 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated July 31, 2015, is attached to Plaintiff's Appendix as Exhibit 13. This document was obtained from the State Water Resources Control Board GeoTracker database. GeoTracker is the Water Boards' data management system for sites that impact, or have the potential to impact, water quality in California, with emphasis on groundwater. GeoTracker also contains records for various unregulated projects as well as permitted facilities including: Irrigated Lands, Oil and Gas production, operating Permitted USTs, and Land Disposal Sites. GeoTracker makes data available to the public through this system. I have used the GeoTracker database hundreds of times in my more than eight years of handling water quality matters. I obtained this document from the Site Documents tab, which, in my experience, is where this type of document is typically found on GeoTracker.

16. A true and correct copy of excerpts of the *First Quarter 2016 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated April 29, 2016, is attached to Plaintiff's Appendix as Exhibit 14. This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

17. A true and correct copy of excerpts of the *Third Quarter 2016 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated

October 29, 2016, is attached to Plaintiff's Appendix as Exhibit 15.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

18.	A true and correct copy of excerpts of the *Second Quarter 2018 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated July 31, 2018, is attached to Plaintiff's Appendix as Exhibit 16.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

19.	A true and correct copy of excerpts of the *Second Quarter 2020 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated July 31, 2020, is attached to Plaintiff's Appendix as Exhibit 17.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

20.	A true and correct copy of excerpts of the *First Quarter 2021 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated April 30, 2021, is attached to Plaintiff's Appendix as Exhibit 18.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

21.	A true and correct copy of excerpts of the *Second Quarter 2021 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated July 30, 2021, is attached to Plaintiff's Appendix as Exhibit 19.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

22.	A true and correct copy of excerpts of the *Third Quarter 2021 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated October 29, 2021, is attached to Plaintiff's Appendix as Exhibit 20.  This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

23. A true and correct copy of excerpts of the *Fourth Quarter and Annual 2014 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California*, dated January 30, 2015, is attached to Plaintiff's Appendix as Exhibit 21. This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

24. A true and correct copy of the State Water Resources Control Board *Notice of Violation, Waste Discharge Requirements Order R5-2011-0049, Neal Road Recycling and Waste Facility, 1023 Neal Road, Chico, Butte County*, dated August 19, 2021 is attached to Plaintiff's Appendix as Exhibit 22. I received this document by email directly from State Water Resources Control Board Office of Enforcement concurrently when it was provided to Defendants.

25. A true and correct copy of the *Mutual Settlement Agreement and Release* is attached to Plaintiff's Appendix as Exhibit 23. This document was entered into between Plaintiff and Defendant Butte County Department of Public Works on April 25, 2022.

26. A true and correct copy of a letter from Gregory Einhorn, dated July 13, 2022, is attached to Plaintiff's Appendix as Exhibit 24. Mr. Einhorn is an attorney who represented Defendant Butte County Department of Public Works in the Butte County Superior Court action regarding Plaintiff's enforcement of the terms of the conservation easement. This document was emailed to counsel for Plaintiff by Mr. Einhorn.

27. A true and correct copy of a letter from Gregory Einhorn, dated June 16, 2023, is attached to Plaintiff's Appendix as Exhibit 25. This document was emailed to counsel for Plaintiff by Mr. Einhorn.

28. A true and correct copy of a technical memorandum with the subject: "Summary of NRRWF's Module 4 Rainfly Installation Project, 2022," prepared by Defendant Eric Miller, dated March 17, 2022, is attached to Plaintiff's Appendix as Exhibit 26. This document was obtained from the State Water Resources Control Board GeoTracker database via the Site Documents tab.

29. A true and correct copy of *SWPPP Amendment No. 1*, dated January 17, 2017, and certified by Defendant Dennis Schmidt, is attached to Plaintiff's Appendix as Exhibit 27. This document was produced by Defendants in response to a discovery request propounded by Plaintiff in this litigation.

30. A true and correct copy of excerpts of the California Regional Water Quality Control Board, Central Valley Region's Waste Discharge Requirements Order R5-2022-0009 is attached to Plaintiff's Appendix as Exhibit 28. I obtained this document from the Central Valley Regional Water Quality Control Board's website, where such orders are made publicly available.

31. A true and correct copy of excerpts of Defendants' Second Amended Responses to Requests for Admission, Set One, is attached to Plaintiff's Appendix as Exhibit 29. This document was provided by Defendants in response to Plaintiff's Requests for Admission, Set One.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on January 18, 2024 at Napa, California.

_William N. Carlon_ (signature)

William N. Carlon