```
Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:  (916) 456-9595
Facsimile:   (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No. 2:20-CV-00123-KJM-DMC<br><br>**DECLARATION OF MEEGAN JESSEE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(FRCP 56; Eastern District Civil L.R. 260)<br><br>Hearing:    February 29, 2024<br>Time:       1:30 p.m.<br>Location:  Courtroom: 10<br>Judge:     Hon. Daniel J. Calabretta<br><br>Trial Date: June 24, 2024 |

I, Meegan Jessee, declare,

    1.    I am the Assistant Chief Administrative Officer (CAO) for the County of Butte.  In my capacity as the Assistant CAO, I have access to the official records of the Butte County Board of Supervisors (Board), including all resolutions passed and adopted by the Board at their meetings.  If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except

-1-

**DECLARATION OF MEEGAN JESSEE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

those matters alleged upon information and belief, and as to those, I believe them to be true.

2. On March 5, 2019, the Board passed and adopted Resolution No. 19-029, a true and correct copy of which is attached as **Exhibit A** to Defendants' Appendix of Exhibits in Opposition to Plaintiff's Motion for Partial Summary Judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters alleged on information and belief and, as to those matters, I believe them to be true. Executed on January 30, 2024, at Chico, California.

*/s/ Meegan Jessee*
MEEGAN JESSEE

-2-
**DECLARATION OF MEEGAN JESSEE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**