Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No.  2:20-CV-00123-KJM-DMC<br><br>**DECLARATION OF DIANE G. KINDERMANN HENDERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(FRCP 56; Eastern District Civil L.R. 260)<br><br>Hearing:   February 29, 2024<br>Time:       1:30 p.m.<br>Location:  Courtroom: 10<br>Judge:      Hon. Daniel J. Calabretta<br><br>Trial Date: June 24, 2024 |

I, Diane Kindermann Henderson, declare,

  1. I am a Shareholder of the law firm of Abbott & Kindermann, Inc., counsel of record for Defendants Butte County Department Of Public Works, Dennis Schmidt and Eric Miller (collectively, "Defendants" or "County") in this action.  If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

-1-

**DECLARATION OF DIANE G. KINDERMANN HENDERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. Attached as **Exhibit B** to County's Appendix Of Exhibits In Opposition To Plaintiff's Motion For Partial Summary Judgment ("County's Appendix") is a true and correct copy of the Complaint for Declaratory and Injunctive Relief filed on June 22, 2020, by California Open Lands, in the Superior Court of the County of Butte, Case No. 20CV01220, which I received attached to an email from William N. Carlon, counsel for Plaintiff California Open Lands, on June 24, 2020.

3. Attached as **Exhibit F** to the County's Appendix is a true and correct copy of the Investigative Final Report, without exhibits, prepared by Compliance SFO, Inc. & Formation Environmental, LLC, dated December 14, 2022 ("IFR").  I sent the IFR and a cover letter to the State Water Resource Control Board on December 14, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters alleged on information and belief and, as to those matters, I believe them to be true.  Executed on February 1, 2024, at Sacramento, California.

*/s/ Diane G. Kindermann Henderson*
DIANE G. KINDERMANN HENDERSON

-2-

**DECLARATION OF DIANE G. KINDERMANN HENDERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**