Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:   (916) 456-9599

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, an individual, and ERIC MILLER, an individual,<br><br>Defendants. | No.  2:20-CV-00123-KJM-DMC<br><br>**DECLARATION OF TRAVIS PETERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(FRCP 56; Eastern District Civil L.R. 260)<br><br>Hearing:    February 29, 2024<br>Time:       1:30 p.m.<br>Location:  Courtroom: 10<br>Judge:      Hon. Daniel J. Calabretta<br><br>Trial Date: June 24, 2024 |

I, Travis Peterson, declare,

    1.    If called as a witness, I could and would competently testify to the following facts of which I have personal knowledge, except those matters alleged upon information and belief, and as to those, I believe them to be true.

    2.    I am an experienced environmental scientist, Principal Environmental Consultant, and a California Qualified Industrial Storm Water Practitioner (QISP) with 25 years of industry experience specializing in California environmental regulatory

-1-

**DECLARATION OF TRAVIS PETERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

compliance and water quality protection. My clientele includes industrial, commercial, manufacturing, utility, and municipal operations. I have significant experience working on compliance matters for the Industrial General Permit, Order No. 2014-0057-DWQ, as amended by Order No. 2015-0122-DWQ & Order 20XX-XXXX-DWQ ("General Permit"). I have served as a regulator responsible for creating storm water compliance and enforcement programs followed by others that add valuable industry insight. I have significant program management experience in water resources at industrial operations, municipal and private utilities, where I developed expertise and knowledge of operations and infrastructure projects for wastewater, recycled water, drinking water, and storm water programs in many industrial and commercial applications. My detailed CV is attached as part of **Exhibit E** in the Defendants' Appendix Of Exhibits In Opposition To Motion For Partial Summary Judgment, filed with this declaration ("County's Appendix").

3. Each of the permits, for the Neal Road Recycling and Waste Facility ("NRRWF" or "Facility") cite Title 27 design storm standards that require facilities to be constructed to accommodate storm water runoff from 24-hour precipitation events with a return period of 100 years. The permits and Title 27 do not specify what happens to atmospheric river storm water that cannot be controlled by this design standard, nor does it provide that discharges due to conditions which overwhelm these standards are violations. Other NPDES permits, including the USEPA Multi-Sector General Permit for Stormwater Discharges Associated with Industrial Activity that informed California's Industrial General Permit, include "bypass" and "upset" provisions that deal with the intentional or unintentional diversion of a waste stream around pollution controls resulting in discharge. "Bypass" includes the intentional diversion of waste when it is unavoidable to prevent loss of life, personal injury, or severe property damage, or when there are no feasible alternatives to bypass. "Upset" includes an exceptional incident in which there is unintentional and temporary noncompliance with permit effluent limitations because of factors beyond reasonable control as occurred at the Facility with the atmospheric rivers in February 2019.

-2-

**DECLARATION OF TRAVIS PETERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

4. Attached as **Exhibit J** to the County's Appendix filed herewith is a printout from the Water Boards Stormwater Multiple Application & Reports Tracking System showing attachments related to the Notice of Intent for the Facility. Based on the attachments record in SMARTS, no document entitled "SWPPP Amendment No. 1" exists; only one map update was uploaded in 2017, and the entry reads as follows:

| 1831094 | NOI/NEC | Facility/Site Map | Stormwater_4Q16 Map | updated SWPPP map | 499368 | 1/1 | 01/10/2017 |

5. Attached as **Exhibit K** to the County's Appendix is a copy of the Industrial Activities Stormwater Pollution Prevention Plan for Neal Road Recycling & Waste Facility dated June 24, 2015, that I downloaded from the SMARTS system on January 31, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2024, at Napa, California.

_____
TRAVIS PETERSON

-3-
**DECLARATION OF TRAVIS PETERSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**