# EXHIBIT K

**To Defendants' Appendix of Exhibits**
**in Opposition to Plaintiff's Motion for Partial Summary Judgment**

# INDUSTRIAL ACTIVITIES STORMWATER POLLUTION PREVENTION PLAN

**for**

## NEAL ROAD RECYCLING & WASTE FACILITY

**Facility Address:**
1023 Neal Road, Paradise, Butte County, California

**Waste Discharge Identification (WDID):**
5R04I0000249

**Exceedance Response Action (ERA) Status:**
Baseline

**Legally Responsible Person (LRP):**



Butte County Department of Public Works
7 County Center Drive, Oroville, California 95965
Mr. Mike Crump, Director
(530) 538-7681

**Duly Authorized Representative:**
Mr. Bill Mannel, Manager, Waste Management Division
(530) 879-2350

**SWPPP Prepared by:**



Holdrege & Kull
8 Seville Court, Suite 100, Chico, California, 95928
(530) 894-2487
Heidi Cummings, PG 7732

**SWPPP Preparation Date**
June 24, 2015

# HK HOLDREGE & KULL
### CONSULTING ENGINEERS • GEOLOGISTS

June 24, 2015
Project No.: 70525-01

Mr. Eric Dugger, PE
Solid Waste Engineer
Butte County Department of Public Work
7 County Center Drive
Oroville, California  95965
530-879-2351

**REFERENCE:**   ***Neal Road Recycling & Waste Facility***
              1023 Neal Road, Paradise, Butte County, California

**SUBJECT:**    ***Industrial Storm Water Pollution Prevention Plan***

Dear Mr. Dugger:

Holdrege & Kull (H&K) is pleased to present the attached Storm Water Pollution Prevention Plan (SWPPP) for the Neal Road Recycling & Waste Facility, Paradise, California. The SWPPP was prepared in response to the requirements of the new General Permit for Storm Water Discharges Associated with Industrial Activities, Order NPDES No. CAS000001 (Order No. 2014-0057-DWQ) adopted by the State Water Resources Control Board on April 1, 2014. Order No. 2014-0057-DWQ becomes effective on July 1, 2015.

H&K appreciates the opportunity to provide environmental services on this project. Should you have questions or require additional information, please contact either of the undersigned.

Sincerely,
**HOLDREGE & KULL**

*Heidi Cummings*

Heidi Cummings, PG 7732
Senior Geologist

Shane D. Cummings, PG, CHG 885, CEG
Engineering Geologist

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 4 of 410
Project No. 70525-01
June 24, 2015
Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page iii

## TABLE OF CONTENTS

Title Sheet ............................................................................................................ i

Transmittal Letter with Geologist's Signature and Seal ..................................... ii

Table of Contents ................................................................................................iii

**1   SWPPP APPROVAL AND CERTIFICATION.................................. 1-1**

1.1   LEGALLY RESPONSIBLE PERSON CERTIFICATION ................................ 1-1

1.2   AMENDMENT LOG ................................................................................. 1-1

**2   SWPPP REQUIREMENTS ..............................................................2-1**

2.1   INTRODUCTION ...................................................................................... 2-1

2.2   PERMIT REGISTRATION DOCUMENTS ................................................... 2-1

2.3   SWPPP AVAILABILITY AND IMPLEMENTATION ...................................... 2-2

2.4   POLLUTION PREVENTION TEAM ............................................................ 2-2

2.5   DULY AUTHORIZED REPRESENTATIVES ................................................ 2-3

2.6   PERMITS AND GOVERNING DOCUMENTS ............................................. 2-3

2.7   SWPPP AMENDMENTS ........................................................................... 2-4

2.8   RETENTION OF RECORDS ..................................................................... 2-4

2.9   EXCEEDANCE RESPONSE ACTIONS (ERAS) ........................................ 2-5

2.10  ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION ........2-5

2.11  ANNUAL REPORT .................................................................................. 2-6

**3   FACILITY INFORMATION..............................................................3-1**

3.1   FACILITY LOCATION ............................................................................... 3-1

3.2   FACILITY DESCRIPTION.......................................................................... 3-1

3.3   FACILITY OPERATIONS AND EXISTING CONDITIONS ............................3-2

3.4   DESCRIPTION OF DRAINAGE AREAS AND EXISTING DRAINAGE...........3-6

3.4.1   Drainage Area A ....................................................................... 3-6

3.4.2   Drainage Area B ....................................................................... 3-7

3.4.3   Drainage Area C ....................................................................... 3-7

3.4.4   Drainage Area D ....................................................................... 3-7

3.4.5   Drainage Area E ....................................................................... 3-7

3.4.6   Drainage Area F ....................................................................... 3-8

3.5   STORMWATER RUN-ON FROM OFFSITE AREAS ...................................3-9

3.6   GEOLOGY .............................................................................................. 3-9

3.7   SOILS ................................................................................................... 3-10

Case 2:20-cv-00123-DJC-DMC    Document 93-9    Filed 02/01/24    Page 5 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page iv

3.8   HYDROGEOLOGY ........................................................................ 3-11

3.9   OPERATIONS SCHEDULE ....................................................... 3-11

3.10   POLLUTANT SOURCE ASSESSMENT .................................. 3-12

3.10.1  Description of Potential Pollutant Sources............................. 3-12

    3.10.1.1   Waste Management Units and Operating Cells.............. 3-15

    3.10.1.2   Class II Surface Impoundments ................................... 3-16

    3.10.1.3   Equipment Storage, Parking and Maintenance Areas.... 3-16

    3.10.1.4   Access Roads .............................................................. 3-17

    3.10.1.5   Fueling Station and Agricultural Waste Oil Tank ........... 3-17

    3.10.1.6   Leachate Collection and Removal System.................... 3-18

    3.10.1.7   Prohibited Waste Storage Shed ................................... 3-18

    3.10.1.8   Soil Stockpiles ............................................................. 3-18

    3.10.1.9   Temporary Storage Areas for Recyclable Commodities.......... 3-18

    3.10.1.10  Landfill Gas Collection and Control System and Landfill Gas to Energy Plant.............................................................. 3-19

    3.10.1.11  Construction Activities ................................................. 3-19

    3.10.1.12  Significant Spills and Leaks.......................................... 3-20

3.11   IDENTIFICATION OF NON-STORMWATER DISCHARGES (NSWDS) ...... 3-20

3.12   REQUIRED SITE MAP(S) INFORMATION ............................ 3-21

4   *BEST MANAGEMENT PRACTICES* ............................................ *4-1*

4.1   MINIMUM BMPS.......................................................................... 4-1

4.1.1  Good Housekeeping................................................................. 4-4

    4.1.1.1   Waste Management Units. ............................................ 4-4

    4.1.1.2   Access Roads .............................................................. 4-4

4.1.2  Preventative Maintenance ...................................................... 4-5

4.1.3  Spill and Leak Prevention and Response................................ 4-5

4.1.4  Material Handling and Waste Management............................. 4-6

    4.1.4.1   WMUs and Operating Cells and Leachate Collection System......... 4-6

4.1.5  Erosion and Sediment Controls .............................................. 4-7

4.1.6  Employee Training Program .................................................... 4-8

4.1.7  Quality Assurance and Record Keeping .................................. 4-9

4.2   ADVANCED BMPS ..................................................................... 4-10

4.2.1  Exposure Minimization BMPs ................................................. 4-10

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 6 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page v

4.2.2   Stormwater Containment and Discharge Reduction BMPs .................... 4-11

4.2.3   Treatment Control BMPs ........................................................................ 4-14

4.2.4   Other Advanced BMPs ........................................................................... 4-14

4.3   BMP SUMMARY TABLE ................................................................................ 4-16

5   BMP IMPLEMENTATION ........................................................................................ 5-1

5.1   BMP IMPLEMENTATION SCHEDULE ............................................................ 5-1

5.2   BMP INSPECTION AND MAINTENANCE ....................................................... 5-1

6   MONITORING IMPLEMENTATION PLAN ............................................................. 6-1

6.1   PURPOSE ...................................................................................................... 6-1

6.2   WEATHER AND RAIN EVENT TRACKING .................................................... 6-1

6.3   MONITORING LOCATIONS ........................................................................... 6-1

6.4   SAMPLE COLLECTION AND VISUAL OBSERVATION EXCEPTIONS ........ 6-2

6.5   VISUAL OBSERVATION PROCEDURES ....................................................... 6-2

6.5.1   Monthly Visual Observations ................................................................ 6-3

6.5.1.1   Outdoor Facility Operations Observations ................................... 6-3

6.5.1.2   BMP Observations ....................................................................... 6-3

6.5.1.3   Non-Stormwater Discharge Observations .................................. 6-3

6.5.2   Sampling Event Visual Observations ................................................... 6-4

6.5.3   Visual Monitoring Procedures .............................................................. 6-4

6.5.4   Visual Monitoring Follow-Up and Reporting ........................................ 6-4

6.5.5   Visual Monitoring Locations ................................................................. 6-5

6.6   SAMPLING AND ANALYSIS PROCEDURES ................................................ 6-6

6.6.1   Sampling Schedule ............................................................................... 6-6

6.6.2   Sampling Locations .............................................................................. 6-6

6.6.3   Monitoring Preparation ......................................................................... 6-7

6.6.4   Analytical Constituents ......................................................................... 6-7

6.6.5   Sample Collection ................................................................................. 6-8

6.6.6   Sample Analysis ................................................................................... 6-9

6.6.7   Data Evaluation and Reporting ............................................................ 6-12

6.7   TRAINING OF SAMPLING PERSONNEL ..................................................... 6-12

6.8   SAMPLE COLLECTION AND HANDLING .................................................... 6-13

6.8.1   Sample Collection ................................................................................. 6-13

6.8.2   Sample Handling .................................................................................. 6-14

6.8.3   Sample Documentation Procedures ........................................................ 6-14

6.9   QUALITY ASSURANCE AND QUALITY CONTROL ................................... 6-15

6.9.1   Field Logs ........................................................................................ 6-15

6.9.2   Clean Sampling Techniques .............................................................. 6-16

6.9.3   Chain of Custody .............................................................................. 6-16

6.9.4   QA/QC Samples ................................................................................ 6-16

6.9.4.1   Field Duplicates ........................................................... 6-16

6.9.4.2   Equipment Blanks ......................................................... 6-17

6.9.4.3   Field Blanks .................................................................. 6-17

6.9.4.4   Travel Blanks ................................................................ 6-17

6.9.5   Data Verification .............................................................................. 6-17

6.9.6   Records Retention ............................................................................ 6-18

7   REFERENCES ................................................................................................ 7-1

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 8 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page vii

## ATTACHMENTS

1    Site Maps
2    Permit Registration Documents
3    Authorization of Responsible Parties
4    Run on Calculations
5    Custom Soil Resource Report for Butte Area, California, Parts of Butte and Plumas Counties, Neal Road Recycling & Waste Facility (USDA, May 23, 2015)
6    CASQA Stormwater BMP Handbook Portal: Fact Sheets
7    Industrial General Permit
8    Other Regulatory Documents

## APPENDICES

A    Training Reporting Form
B    SWPPP Amendment Certification Form
C    BMP Implementation Log Form
D    Monthly BMP Observation Checklist Form
E    Monthly Visual Observations Form
F    Sampling Event Visual Observations Form
G    Sampling Log Form
H    Chain-of-Custody Form
I    Field Meter Owner's Manual (not used)

## FILE PLAN

File Category 10    Employee Training Logs

File Category 20    Certified SWPPP Amendments

File Category 30    BMP Implementation Log

File Category 40    Monthly BMP Observation Checklist

File Category 50    Weather Reports

File Category 60    Monthly Visual Observations and Photos

File Category 70    Sampling Event Visual Observations

File Category 80    Sampling Logs

# 1  SWPPP APPROVAL AND CERTIFICATION

Facility Name:   Neal Road Recycling & Waste Facility

Waste Discharge Identification (WDID):   5R04I0000249

## 1.1    LEGALLY RESPONSIBLE PERSON CERTIFICATION

*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system or those persons directly responsible for gathering the information, to the best of my knowledge and belief, the information submitted is, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."*

MIKE CRUMP
Legally Responsible Person

_____          6-29-15
Signature of Duly Authorized Representative of          Date
Legally Responsible Person

BILL MANNEL          530 - 879 - 2350
Name of Duly Authorized Representative of Legally          Telephone Number
Responsible Person

## 1.2    AMENDMENT LOG

The certified SWPPP amendments are listed on the Amendment Log presented in this section.

Project No. 70525-01
*June 24, 2015*                                                                                                     102

## SWPPP AMENDMENT LOG

| **Facility Name:** | Neal Road Recycling & Waste Facility | | | **SWPPP Date of Initial Preparation** |
|---|---|---|---|---|
| **Waste Discharge Identification (WDID):** | 5R04I0000249 | | | |

| Amendment No. | Amendment Date | Requested By | **Brief Description of Amendment**<br>(include: page/section no., reason for change, site location, and BMP modifications) | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Z:\PROJECT\70525_NRRWF_SWPPP\04 Deliverables\01 Report\70525_NRRWF_SWPPP_150624.doc*

# 2  SWPPP REQUIREMENTS

## 2.1  INTRODUCTION

The NRRWF site comprises approximately 229 acres and is located at 1023 Neal Road in Paradise, Butte County, California. The property is owned and operated by Butte County. The facility location is shown on Figure 1 provided in Attachment 1.

This Stormwater Pollution Prevention Plan (SWPPP) is designed to comply with California's General Permit for Stormwater Discharges Associated with Industrial Activities (General Permit) Order No. 2014-0057-DWQ (NPDES No. CAS000001) issued by the State Water Resources Control Board (State Water Board). In accordance with the General Permit, Section X.A, this SWPPP contains the following required elements:

- Facility Name and Contact Information;
- Site Map;
- List of Significant Industrial Materials;
- Description of Potential Pollution Sources;
- Assessment of Potential Pollutant Sources;
- Minimum BMPs;
- Advanced BMPs, if applicable;
- Monitoring Implementation Plan (MIP);
- Annual Comprehensive Facility Compliance Evaluation (Annual Evaluation); and,
- Date that SWPPP was initially prepared and the date of each SWPPP amendment, if applicable.

## 2.2  PERMIT REGISTRATION DOCUMENTS

Required Permit Registration Documents (PRDs) were submitted to the State Water Board via the Stormwater Multi Application and Report Tracking System (SMARTS) by the Legally Responsible Person (LRP), or authorized personnel (i.e., Approved Signatory) under the direction of the LRP. The project-specific PRDs include:

1. Notice of Intent (NOI);
2. Signed Certification Statement (LRP Certification is provided electronically with SMARTS PRD submittal);
3. Site Maps (Attachment 1);
4. SWPPP; and
5. Annual Fee.

- A copy of the submitted PRDs are also kept in Attachment 2 of the SWPPP along with the Waste Discharge Identification (WDID) confirmation.

- The SWPPP uploaded into SMARTS should not include a copy of the General Permit.

- In the event of future significant changes to the facility layout, the Discharger will certify and submit new PRDs via SMARTS within 30 days.

## 2.3    SWPPP AVAILABILITY AND IMPLEMENTATION

The SWPPP is available on-site to all employees during all hours of operation (see Section 2.5 for the Operations Schedule), and will be made available upon request by the State Water Board, Central Valley Regional Water Quality Control Board (Regional Water Board), or a local agency that receives the storm water discharge. The SWPPP will be implemented by July 1, 2015.

## 2.4    POLLUTION PREVENTION TEAM

Facility staff that have been designated as Pollution Prevention Team members are listed below in Table 2.1, along with their responsibilities and duties. A list of alternate team members is also provided, and these personnel will perform SWPPP activities when regular members of the Pollution Prevention Team are absent or unavailable. This table will be updated as needed when there are changes to staff and staff responsibilities. All team members will be trained to perform the duties assigned to them. An employee training log form is provided in Appendix A, completed logs will be retained in File Category 10.

Table 2.1  Pollution Prevention Team

| Name | Title | Phone Number | Responsibilities and Duties |
|------|-------|--------------|------------------------------|
| Bill Mannel | Manager Waste Management Division | (530) 879-2350 | Overall responsibility to ensure implementation of General Permit requirements and SWPPP provisions. |
| Shawn O'Brien | Assistant Public Works Director | (530) 538-7681 | Coordinate facility staff to implement provisions of the SWPPP. Conduct ongoing SWPPP training. Perform QISP duties as needed in accordance with the General Permit. |
| Doug Upton | Senior Site Supervisor | (530) 518-0091 | Implement SWPPP provisions as directed, monitor site and document BMPs in place and adequate |
| Jimmie Galloway | Site Supervisor | (530) 228-8220 | Implement SWPPP provisions as directed, monitor site and document BMPs in place and adequate |
| Matt Dent | Senior Equipment Operator | | Alternate. Implement SWPPP provisions as directed, monitor site and document BMPs in place and adequate |

## 2.5  DULY AUTHORIZED REPRESENTATIVES

Duly Authorized Representative who is responsible for SWPPP implementation and have authority to sign PRDs is listed below in Table 2.2. Written authorizations from the LRP for this individual is provided in Attachment 3.

**Table 2.2    Duly Authorized Representatives**

| Name | Title | Phone Number |
|------|-------|--------------|
| Bill Mannel | Manager, Waste Management Division | (530) 879-2350 |

## 2.6  PERMITS AND GOVERNING DOCUMENTS

In addition to the General Permit, the following documents have been taken into account while preparing this SWPPP:

- Regional Water Board requirements
  - o Waste Discharge Requirements for Butte County Neal Road Class III Municipal Solid Waste Landfill and Class II Surface Impoundments, Butte county, Order No. R5-2011-049.
- Basin Plan requirements
  - o The Water Quality Control Plan (Basin Plan) for the Sacramento River and San Joaquin River Basins, Fourth Edition, Revised October 2011 (with approved amendments). State Water Resource Control Board, September 15, 1998
- TMDL Requirements
  - o 2010 Integrated Report (Clean Water Act 303(d) List / 305(B) Report). Accessed online at:
    http://www.swrcb.ca.gov/rwqcb4/water_issues/programs/303d_list.shtml
- Spill Prevention Control and Countermeasures Plan (SPCCP), Butte County, October 30, 2014;
- Hazardous Material Business Plan;
- Hazardous Waste Regulations and Permits
  - o No permits
- Air Quality Regulations and Permits
  - o Butte County Air Quality Management District, Permit to Operate No. NRL-01-01
- Clean Water Act Section 401 Water Quality Certifications and 404 Permits
  - o Perpetual Conservation Grant Easement, September 24, 2007.

## 2.7    SWPPP AMENDMENTS

This SWPPP will be amended or revised as needed. All SWPPP amendments shall be listed on the Amendment Log provided in Section 1. A SWPPP Amendment Certification Form is provided in Appendix B. Certified amendments shall be retained with the on-site SWPPP in File Category 20. The Amendment Log will include the date of initial preparation and the date of each amendment. The SWPPP should be revised when:

- There is a General Permit violation;
- There is a reduction or increase in the total industrial area exposed to stormwater;
- BMPs do not meet the objectives of reducing or eliminating pollutants in stormwater discharges;
- There is a change in industrial operations which may affect the discharge of pollutants to surface waters, groundwater(s), or a municipal separate storm sewer system (MS4);
- There is a change to the parties responsible for implementing the SWPPP; or
- Otherwise deemed necessary by the QISP.

The following items will be included in each amendment:

- Who requested the amendment;
- The location of proposed change;
- The reason for change;
- The original BMP(s) proposed, if any; and
- The new BMP(s) proposed.

The SWPPP text will be revised replaced, and/or hand annotated as necessary to properly convey the amendment. SWPPP amendments must be certified and submitted by the LRP or their designated Duly Authorized Representative via SMARTS within 30 days whenever the SWPPP contains significant revisions. With the exception of significant revisions, SWPPP changes will be certified and uploaded to SMARTS once every three (3) months in the reporting year.

## 2.8    RETENTION OF RECORDS

Paper or electronic records of documents required by this SWPPP will be retained for a minimum of five (5) years from the date generated or date submitted, whichever is later, for the following items:

- Employee Training Records;
- BMP Implementation Records;
- Spill and Clean-up Related Records;
- Records of Sampling and Analysis Information

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 15 of 410

*Project No. 70525-01*
*June 24, 2015*

*Industrial SWPPP for NRRWF*
*1023 Neal Road, Paradise, California*
*Page 2-5*

- o   The date, exact location, and time of sampling or measurement;

- o   The date(s) analyses were performed;

- o   The individual(s) that performed the analyses;

- o   The analytical techniques or methods used; and

- o   The results of such analyses;

- Records of Visual Observations

  - o   The date

  - o   The industrial areas/drainage areas of the facility observed during the inspection (Location);

  - o   The approximate time of the observation;

  - o   Presence and probable source of observed pollutants; and

  - o   Name of the individual(s) that conducted the observations;

- Response to the observations including identification of SWPPP revisions if needed.
- Level 1 ERA Reports;
- Level 2 ERA Action Plan;
- Level 2 ERA Technical Report; and

Annual Reports from SMARTS (checklist and any explanations).

Copies of these records will be available for review by the Regional Water Board's staff at the facility during scheduled facility operating hours. Upon written request by U.S. EPA or a local agency receiving discharge. NRRWF will provide paper or electronic copies of requested records to the Regional Water Boards, U.S. EPA, or local agency within ten (10) working days from receipt of the request.

## 2.9   EXCEEDANCE RESPONSE ACTIONS (ERAS)

If a General Permit NAL exceedance occurs in a given reporting year, a Level 1 ERA Evaluation and a Level 1 ERA Report will be required in the following year, or, if in a subsequent year, a Level 2 ERA Action Plan and a Level 2 ERA Report will be required in accordance with the General Permit.  The results of either of the ERA reports may require that the SWPPP be amended.

## 2.10   ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION

The General Permit (Section XV) requires the Discharger to conduct one Annual Comprehensive Facility Compliance Evaluation (Annual Evaluation) for each reporting year (July 1 to June 30). Annual Evaluations will be conducted at least eight (8) months and not more than sixteen (16) months after the previous Annual Evaluation. The planned window for conducting the Annual Evaluation is between April and June of

each year. The SWPPP will be revised, as appropriate based on the results of the Annual Evaluation, and the revisions will be implemented within 90 days of the Annual Evaluation.

At a minimum, Annual Evaluations will consist of:

- A review of all sampling, visual observation, and inspection and monitoring records and sampling and analysis results conducted during the previous reporting year;
- A visual inspection of all areas of industrial activity and associated potential pollutant sources for evidence of, or the potential for, pollutants entering the stormwater conveyance system;
- A visual inspection of all drainage areas previously identified as having no exposure to industrial activities and materials in accordance with the definitions in Section XVII;
- A visual inspection of equipment needed to implement the BMPs;
- A visual inspection of any BMPs;
- A review and effectiveness assessment of all BMPs for each area of industrial activity and associated potential pollutant sources to determine if the BMPs are properly designed, implemented, and are effective in reducing and preventing pollutants in industrial stormwater discharges and authorized NSWDs; and
- An assessment of any other factors needed to comply with the Annual Reporting requirements in General Permit Section XVI.B.

## 2.11   ANNUAL REPORT

The Annual Report will be prepared, certified, and electronically submitted no later than July 15th following each reporting year using the standardized format and checklists in SMARTS based on the reporting requirements identified in Section XVI of the General Permit. Annual reports will be submitted in SMARTS and in accordance with information required by the on-line forms.

When any of the following conditions occur, termination of coverage under the General Permit will be requested by certifying and submitting a Notice of Termination (NOT) via SMARTS:

- Operation of the facility has been transferred to another entity;
- The facility has ceased operations, completed closure activities, and removed all industrial related pollutant generating sources;
- The facility's operations have changed and are no longer subject to the General Permit.

The SWPPP and all of the provisions of the General Permit will be complied with until a valid NOT is received and accepted by the Board.

If ownership changes, the new owner of the facility will be notified of the General Permit and regulatory requirements for permit coverage.

# 3  FACILITY INFORMATION

## 3.1    FACILITY LOCATION

The NRRWF is located in Sections 14 and 15, Township 21 North, Range 2 East, southeast of the city of Chico, and southwest of the town of Paradise. The NRRWF property is along the northwest right-of-way of Neal Road adjacent to Nance Canyon, approximately 1-mile northeast of the Highway 99 intersection. The site location map is provided as Figure 1 (Attachment 1).

## 3.2    FACILITY DESCRIPTION

The NRRWF was constructed in a northeast-to-southwest-trending canyon that outlets to Nance Canyon to the southwest. The NRRWF boundary extends approximately 5,100 feet to the southwest from the head of the canyon. Elevations currently range from approximately 480 feet above mean sea level (msl) atop WMU's 1 & 3 to approximately 208-feet msl near the storm water discharge location on the southwestern boundary Sheet A1.

As identified in WDR Order No. R5-2011-049, the 'Facility' comprises 229-acres. The Solid Waste Facility Permit lists Permitted Area at 189.8 acres of which 140-acres is permitted for disposal. WMUs 1, 2 & 3 total approximately 66-acres and WMU 4 is approximately 21-acres. WMU 5 is approximately 53-acres. The development of WMU 5 is planned to begin in 2015.

In an area comprising approximately 24 acres located southwest of the scale house and within the WMU 5 limits are sited a leachate surface impoundment and two (2) septage ponds. This leachate impoundment was disconnected in 2005 and decommissioned in 2007.

A second leachate impoundment and stormwater sedimentation basin were constructed and completed in 2005.

Daily cover soil excavated during the construction of the various WMU Phases has been placed on the Soil Stockpile located west of WMU 4.

Around the NRRWF perimeter, the buffer zone between the toe of the refuse fill slope and the property boundary ranges from 30 to 100 feet or more Sheet A1.

Storm water runoff from the NRRWF and upslope areas drains in a southwesterly direction toward an unnamed intermittent stream that joins the intermittent stream in Nance Canyon approximately 1 mile southwest of the facility property boundary and approximately 0.5 mile southwest of Neal Road. The combined flow from these two streams discharges into Hamlin Slough which is tributary to Butte Creek and ultimately the Sacramento River.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-2

The project discharges to Butte Creek and ultimately the Sacramento River neither water body have adopted TMDLs but are listed as category 5 water bodies indicating that TMDLs are planned and will be adopted by 2021.

## 3.3    FACILITY OPERATIONS AND EXISTING CONDITIONS

Sanitary landfill operations were initiated in 1970. The NRRWF is a Class III facility owned by Butte County and operated by the Public Works Department. The facility provides the County with a site to discharge (non-hazardous) municipal solid waste and inert industrial waste. The NRRWF currently receives approximately 500-600 tons of refuse daily and has an estimated total capacity of 25,000,000 cubic yards. The NRRWF is also permitted to receive wastes containing greater than 1-percent friable asbestos, provided the waste is disposed of in a manner that will prevent the generation of airborne asbestos.

The NRRWF began receiving septage waste in 1973 in unlined surface impoundment's in the former cover soil borrow pit now WMU 4. Septage waste originating from the County and Town of Paradise and was disposed of in any one of five unlined impoundments through the early 1990s. The unlined liquid waste impoundment's were abandoned in 1993 and decommissioned thereafter. Decommissioning of the last of the five ponds was completed in 1994. The existing lined septage pond and Class II lined leachate surface impoundment became operational in 1993. A second lined septage pond was completed and became operational in mid-1997. The second lined septage pond only receives liquid decanted from the 'primary' septage pond.

The NRRWF operator uses the area fill method for waste placement, using waste management units (WMUs) that are developed in stages or lifts. Each lift is established from a series of cells having a 1-day operating period. At the end of each operating day, 6 inches of daily cover soil from the cover soil stockpile are placed over the refuse deposited during the day. Alternative daily cover (ADC) is also used as a substitute for soil cover. ADC is used up to 6 days per week to conserve soil. The ADC currently being used consists of one or more synthetic tarps placed over the disposal area and secured in place at the end of the working day. Processed green waste may be used as ADC when available.

WMU 4 is located along the northwest property line west of WMU 1. The tipping pad (disposal) area within WMU 4 is located centrally to allow access for vehicles to unload solid waste. On the average, 30 to 40 vehicles may be unloading each hour. Traffic includes commercial garbage trucks and private vehicles. Commercial garbage haulers are separated from smaller private haulers. In summer, when no rainfall is expected, the tipping pad area is unpaved; in the rainy season, demolition waste in the form of crushed concrete and aggregate materials form the wet weather pad.

In 2004, a partial final closure plan was implemented on approximately 27-acres of the NRRWF. WMUs 1, 2, and 3 were capped, erosion control measures implemented,

storm water structures installed, maintenance of the vegetative cover began, and landfilling operations were relocated to WMU 4 (Sheet A1). Final closure of WMU's 1 and 3 was completed in 2007. Following the closure of the NRRWF, storm water runoff from WMUs 1, 2, 3 will not include potential pollutants and will no longer be defined as storm water discharge associated with industrial activity.

WMU 1 is along the northwestern property line and is the oldest and largest of the three units that contains refuse. Closed areas of WMU 1 consist of a soil and geomembrane cap approved by the RWQCB. Unclosed areas have intermediate cover soil placed. Intermediate cover consists of 12 inches of earthen material from the cover soil stockpile that provides adequate surface water infiltration suppression. WMU 2 is located along the northeastern property line and is completely closed with an approved soil and geomembrane cap. WMU 3 located on the southeast side of the NRRWF is partially closed. Closed areas of WMU 3 consist of an approved soil and geomembrane cap. Unclosed areas have intermediate cover soil placed.

The unclosed west face of WMUs 1 and 3 received an interim cover consisting of geosynthetic material to reduce storm water infiltration. Installation of this interim cover preceded the Phase 1 and 2 closure operations and has remained in place. In 2014 the existing interim cover was replaced.

WMUs 1 through 3 contain a leachate collection and removal system (LCRS) which was installed in 1990 and 1991. Leachate is collected in a blanket collection system in the lined area of WMU 2 and through a v-notch toe drain located along the north and south edges of WMUs 1 and 3. Leachate within WMU 4 is collected on the liner system. A permanent leachate pump station has been installed with the final expansion of WMU 4.

Leachate collected in the collection system is piped to the Class II leachate surface impoundment located near the southwest corner of the site. Disposal of the leachate is by evaporation from the impoundment surface. Additional leachate, as necessary, is pumped and transported for disposal at a local wastewater treatment plant. Storm water collected by the leachate collection system is piped to the leachate surface impoundment. The conduits are routinely inspected for damage or leaks. The lined leachate impoundment is monitored monthly as a requirement of the WDRs. If the impoundment nears capacity, the leachate is pumped and transported offsite for disposal at a local WWTP.

If leachate seeps from the WMUs are observed then action to redirect the seep back into the waste is taken. This can be accomplished by digging a sump and filling with drain rock to direct the seep back into the waste. Additional cover soil is then placed over the area and monitoring continues. A pump and portable storage tank may also be used to collect liquids from the seep. These liquids are then discharged to the leachate impoundment. Samples as required by the WDRs will be collected and analyzed if enough liquid is available.

Case 2:20-cv-00123-DJC-DMC    Document 93-9    Filed 02/01/24    Page 21 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-4

The approximately 400-square-foot scale house (Sheet A1) is used for office work, record storage and cashiering. The building is inside the NRRWF entrance in the south-central portion of the site. Traffic is channeled through one of two scales, the second added in early 2004 for commercial refuse haulers. The approaches and exits from the scales are paved. Paved parking for the scale house employees and visitors is available on the north and south sides of the scale house building. The paved area covers less than 1 percent of the NRRWF site ground surface. The office has one rest room with water; the septic tank is west of the office. Septic waste is periodically pumped from the tank and disposed in the primary septage pond.

The County installed a modular office building to the west of the NRRWF entrance. The office building is approximately 36 by 60 feet.  A water tank with pump supplies water to the office. A 2,500 gallon holding tank collects waste water which is periodically pumped.  The holding tank is equipped with a level alarm. The office is bounded by a compacted gravel parking area which contains a single concrete handicap parking pad. Runoff from this area will not contain potential pollutants associated with industrial activity and is not defined as storm water discharge associated with industrial activity.

Several areas are designated for temporary storage of various recyclable commodities. Recyclable commodities consist of whole tires, appliances and scrap metals, inert materials (i.e., dirt and aggregates) and green and clean wood waste. These areas are located to the northeast and east of the scale house, with the exception of the inert materials which are stockpiled west of the primary septage pond. The inert materials are reused on site; all other materials are stored temporarily pending pickup by various recycling vendors.

Several dirt and paved roads branch off from scale house. Roads providing access to WMUs 1, 2 and 3 are unpaved. A paved road completed in 2004 provides access to WMU 4. A paved road provides access to the septage disposal pond and structure. The paved road is open to septage waste haulers and off limits to the public.

Several unpaved roads provide access to and from the cover soil stockpile and various locations throughout the NRRWF. These roads are typically closed to traffic except for landfill equipment and vehicles.

An equipment and maintenance building is located east of the scale house. This metal building has a concrete slab floor and is utilized to perform scheduled preventive maintenance and minor repairs on the facility heavy equipment. Facility equipment is normally transferred off-site for major repairs or major service. Facility equipment for landfill operations may consist of one or more of the following: bull dozers, excavator, compactors, haul trucks, forklift, front end loader, backhoe, water truck, and several site vehicles. Facility heavy equipment is typically parked at the disposal site and only moved to the shop area if repairs or maintenance is required. Light vehicles are typically

parked inside, in front of or adjacent to the maintenance or office building during non-operating hours.

The equipment and maintenance building is enclosed and covered. Storm water does not come in contact with materials stored in the shop. Light maintenance and equipment inspections are performed in and in front of the building. The building contains small amounts of unleaded gasoline, motor oils and hydraulic fluid. A fueling station is located on the northeast side of the maintenance building, and a portable toilet is typically at front of the building.

The fueling station has one 8,000-gallon aboveground storage tank (AST) used for diesel fuel and one 480-gallon AST used for waste oil. Both tanks are double walled and are stored on concrete pads. The diesel tank is filled as needed for use during operation at the site. Waste oil from landfill equipment maintenance is stored in the waste oil AST. The tank is serviced and the oil is removed for recycling as needed by a waste oil collection vendor.

A fuel and service truck is utilized to perform refueling and minor service to the landfill equipment. The service truck is stored in the maintenance building when not in use. The fuel truck transfers fuel from the 8,000 gallon tank to its own onboard tank for fueling the equipment.

A water supply well is located on the northeast side of the NRRWF adjacent to WMU-2. One overhead water tank provides storage for dust and fire control is located next to the well. The capacity of the overhead tank is 10,000 gallons. The tank is filled from the well. A portable propane powered generator supplies power to the pump. A second 10,000 gallon overhead storage tank has been added at the northwest corner of WMU 4.

A prohibited waste containment shed is located east of the scale house and NRRWF entrance. The shed provides temporary storage for prohibited waste materials removed from the waste stream during load inspections. The materials stored in the shed are removed periodically, as needed, for disposal at appropriately permitted waste facilities.

The Butte County Department of Public Works has developed an agricultural self-serve oil drop-off station located west of the scale house. The self-service oil drop-off station houses a 1,000-gallon, double-walled AST on a concrete pad. A roofed metal building surrounds the oil tank on three sides and concrete filled steel bollards protect the AST from damage by vehicles. Waste oil from self-serve users is stored in the tank and used oil filters are inverted and drained before being stored in overpack containers. A local oil recycler services the waste oil tank and retrieves the used oil filters. Cleanup and safety equipment stored adjacent to the tank include absorbent material, a broom, shovel, fire extinguisher, safety signs and procedures, and litter can. A SPCCP has been developed for the NRRWF.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-6

## 3.4    DESCRIPTION OF DRAINAGE AREAS AND EXISTING DRAINAGE

The NRRWF was constructed in a northeast-to-southwest-trending canyon that outlets to Nance Canyon to the southwest. The NRRWF boundary extends approximately 5,100 feet to the southwest from the head of the canyon. Elevations currently range from approximately 480 feet above mean sea level (msl) atop WMU's 1 & 3 to approximately 208-feet msl near the storm water discharge location on the southwestern boundary. A site map (Sheet A1) is provided in Attachment 1 that shows the area layout, including the general site topography, drainage areas, storm drainage systems, drainage inlets, diversion ditches/berms, cutoff ditches, conveyance ditches and piping, and the discharge location.

Surface drainage at the site is conveyed to the southwest towards to the primary sedimentation basin (PSB) or temporary stormwater infiltration basins. The PSB as well as the temporary storm water basins provide containment, storage and settling of storm water before discharge may occur.

In general, the facility is divided into 6 drainage areas: A, B, C, D, E, and F. The only discharge point (SW-1) is located in Area F at the outfall of the PSB. Flow from each drainage area flows to Area F.  The following paragraphs describe each drainage area.

### 3.4.1  DRAINAGE AREA A

Drainage Area A encompasses WMUs 1, 2, and 3 and the soil vapor extraction system wells, conveyance piping, and condensate sumps. The area is subdivided into 4 sub drainage areas (A1, A2, A3, and A4) depending on the topography. Storm water collected on the closed areas of WMUs 1, 2 and 3 is conveyed via drainage channels, ditches, and overside drains to concrete or rock lined ditches locate along the toes of the WMUs.

The concrete lined ditch along the north toe of WMU 1, 2, and 3 discharges to an inlet structure and buried conduit. Flows are conveyed within the buried conduit along the north property boundary to an overside drainage structure with a rock lined stilling basin at the discharge point.  Flows exiting the stilling basin discharge via a buried conduit to temporary storm water basin No. 2. This basin was constructed in 2011 to provide additional temporary storm water storage capacity. This temporary basin will upon reaching capacity, discharge to the PSB via a connecting storm water ditch. This ditch is lined with well-established vegetation.

A rock lined ditch, located along the south toe of WMUs 1, 2 and 3, conveys flows from the south side of the WMUs to the east and enters an underground conduit that conveys the water to a temporary basin.

## 3.4.2   DRAINAGE AREA B

Drainage Area B encompasses areas north, east, and south of WMUs 1, 2, and 3 and is subdivided into two sub drainage areas; B1 on the north and B2 on the south. Drainage Area B1 encompasses the area north of WMUs 1 and 2 and includes water supply well, water storage tank, 1,000 gallon propane tank and generator. The north side of Area B1 is bounded by a run on diversion soil berm that precludes run on into and runoff from this area. Storm water falling on this area flows westerly via overland sheet flow to a surface water inlet and underground storm water conduit that discharges to temporary basin No. 2 within Drainage Area F.

Drainage Area B2 receives run on storm water entering the site from the east, and runon from the Landfill Gas to Energy Plant. These flows are directed along a drainage channel along the perimeter access roadway into the rock lined ditch adjacent to the Construction Gate. An inlet structure, located at the western termination of the rock lined ditch, conveys flows to a buried conduit. The conduit discharges into a drainage channel north of the WMU 4 paved access road within Drainage Area F. The 10,000 gallon fire suppression water tank is also within Area B2.

## 3.4.3   DRAINAGE AREA C

Drainage Area C encompasses the area surrounding the site entrance, scale house, maintenance building, fueling area, landfill gas blower and flare station, equipment parking and storage, and temporary storage for recyclables. The area around the scale house drains toward the north to a storm water drain inlet to underground storm water conduit. Storm water flowing from the area east of the scale house generally flows to the west. These flows enter the surface drainage system located between the Module 4 access road and septage pond road. These flows are then conveyed to a temporary storm water basin within Drainage Area F.

## 3.4.4   DRAINAGE AREA D

Drainage Area D encompasses the steeply sloped area above WMU 4, a 10,000 gallon water storage tank, and the Area B1 run on overside drain pipe and stilling basin. Flows from this area do not come into contact with industrial or landfilling activities. Flows are directed to a perimeter ditch at the toe of the slope above WMU 4 and conveyed westerly to temporary basin No. 2. Run on from the adjacent property to the north enters the site within Area D via an inlet to a 36-inch corrugated metal overside drain pipe that conveys the run on to the stilling basin and to temporary basin No. 2.

## 3.4.5   DRAINAGE AREA E

Drainage Area E encompasses WMU 4. Storm water collected within the limits of WMU 4 is directed via benches, drainage channels and temporary overside drains to one or more collection points. Storm water collected on the southern slopes is directed

to temporary storm water basins No. 2 and No. 4 northwest and south of WMU 4, respectively. Basin No. 2, upon reaching capacity, will flow by gravity to the PSB. One or more 6-inch pumps located at basin No. 4 transfer collected storm water to temporary basins No. 1 or No. 3.

### 3.4.6  DRAINAGE AREA F

Drainage Area F encompasses the Class II septage and leachate ponds, paved and unpaved access roads, the office building and parking area, agricultural waste oil storage area, cover soil stock pile, four temporary storm water basins, and PSB.

Storm water contacting the Soil Stockpile is contained behind a low earth berm surrounding the stockpile. A drainage outlet structure discharges collected storm water upon reaching a fixed depth. Discharge from this structure is directed to a small earthen basin located northwest of the PSB.

An interceptor ditch was constructed along the western boundary of the site bordering the landscape berm. This ditch directs storm water flow to the small earthen basin located adjacent to the PSB.

The small earthen basin was constructed to receive storm water flows from the Soil Stockpile and Interceptor Ditch and eliminate discharges associated from those entities. Storm water collected in the basin is periodically pumped to the inlet structure of the PSB.

Storm water falling on the paved and unpaved roadways within Areas C and F is collected at several points and discharged to the surface drainage system adjacent to the roadway.

Stormwater from the office parking area flows northwest via sheet flow to the ditch adjacent to the paved access road.

Run-on storm water from the property located to the south enters the site at several natural drainage points along the boundary of drainage area F. This run-on is directed to the drainage channel that parallels the paved Module 4 access road.  The drainage channel conveys flows to temporary storm water basin No. 3 located east of the PSB. When capacity is reached in this temporary basin, discharge to the PSB will occur in a rock lined drainage channel.

Storm water site improvements have resulted in the consolidation of discharge points. The temporary storm water basins all discharge to the PSB. The PSB discharges at a single location along the western site boundary. The Interceptor ditch directs flows to include discharge from the Soil Stockpile to a small earthen basin which is then pumped to and discharged into the inlet of the Primary Basin.

### 3.5   STORMWATER RUN-ON FROM OFFSITE AREAS

The natural topography surrounding the site directs storm water originating from adjacent properties toward the site (Figure 1). This topography does not allow run-on storm water to be diverted around the site. Run-on occurs primarily as sheet flow from non-point sources. The adjacent properties are used as grazing lands.

Run-on storm water contacts the site from the North, East and South. The drainage areas are estimated to be approximately 18.4, 11.1, and 13.5 acres, respectively, for a total area of approximately 43 acres.

The anticipated runoff coefficients were estimated using the methodology described in the *CalTrans Storm Water Quality Handbooks SWPPP/WPCP Preparation Manual* dated February 1, 2003. The runoff coefficients were estimated to be 0.49, 0.52 and 0.58 for the three runon areas. The total anticipated off-site run-on during a 10 year 24 hour storm, from each of the three areas combined, to the project site is estimated to be 373,910 cubic feet or 8.6 acre-feet (2.8 MG). The total anticipated off-site run-on during a 100 year 24 hour storm, from each of the three areas combined, to the project site is estimated to be 553,058 cubic feet or 13 acre-feet (4.1 MG). The calculations are included in Attachment 4.

The General Permit requires that BMPs be implemented to direct offsite and non-industrial run-on away from industrial areas and erodible surfaces.  The following BMPs will be implemented to meet this requirement:

Run-on storm water from the North adjacent property has been directed to flow to several points where the flows enter the site drainage system. Run-on from the East enters the site and is directed to the drainage along the southern side of the site.  Run-on originating from the South generally enters the site west of the entrance and is collected at several natural drainage points and conveyed into the site drainage system. Neal Road runs along the site east of the site entrance and does contribute to run-on storm water. Run-on storm water does not come into contact with waste management units or other industrial areas.

All run-on storm water entering the site drainage system is conveyed to one or more permanent or temporary storm water basins. The storm water basins were constructed prior to the effective date of the General Permit thus Section H.6, Design Storm Standards for Treatment Control BMPs do not apply.

The off-site drainage areas and associated stormwater conveyance facilities or BMPs are shown on Sheet A1 in Attachment 1.

### 3.6   GEOLOGY

According to the *Geologic Map of the Chico Monocline and Northeastern Part of the Sacramento Valley, California* (Harwood, Helley, Doukas, 1981), the site is underlain by

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-10

the Pliocene age deposits of the Tuscan Formation and Pleistocene age deposits of the Modesto Formation. The Tuscan Formation is divided into three units A, B, and C. The deposits at the NRRWF are mapped as Unit B, which consists of interbedded lahar deposits, volcanic conglomerate, and volcanic sandstone and siltstone. The waste management units are underlain by the crossbedded and channeled volcanic sandstone and siltstone deposits.

The Modesto Formation is divided into two members: upper and lower. The western portion of the NRRWF is mapped as the Upper Member. The Upper Member consists of gravel, sand, silt, and clay derived from the Tuscan Formation

### 3.7   SOILS

According to the United State Department of Agriculture Web Soil Survey online mapping application, soils at the site are mapped as the following

- Doemill-Jokerst , 0 to 3 percent slopes;
- Doemill-Jokerst, 3 to 8 percent slopes;
- Jokerst-Doemill-Typic Haploxeralfs; 8 to 15 percent slopes;
- Jokerst-Doemill-Typic Haploxeralfs, 15 to 30 percent slopes; and
- Clearhayes-Hamslough, 0 to 2 percent slopes.

A summary of the soils is provided below and a copy of the Custom Soil Resource Report for Butte Area, California, Parts of Butte and Plumas Counties, Neal Road Recycling & Waste Facility (USDA, May 23, 2015) is provided in Attachment 5.

The Doemill-Jokerst, 0 to 3 percent slopes is 50 percent Doemill soil and 50 percent Jokers soil and 5 pecent minor components. The Doemill is described as a gravelly loam and the Jokerst is described as very cobbly loam. These soil types forms on ridges and are a loamy residuum weathered from volcanic breccia. This soil is thin with bedrock encountered at depths between 4 to 24 inches, is somewhat poorly drained, exhibits high runoff, has very low available water storage, and is in Hydrologic Soil Group D.

Doemill-Jokerst, 3 to 8 percent slopes is 50 percent Doemill soil, 40 percent Jokerst soil, and 10 percent minor components. The Doemill is described as a gravelly loam and the Jokerst is described as very cobbly loam. These soil types form on ridges and are a loamy residuum weathered from volcanic breccia. This soil is thin with bedrock encountered at depths between 4 to 20 inches, is somewhat poorly drained, exhibits very high runoff, has very low available water storage, and is in Hydrologic Soil Group D.

The Jokerst-Doemill-Typic Haploxeralfs, 8 to 15 percent slopes is 35 percent Doemill soil, 35 percent Jokerst soil, 15 percent Typic haploxeralfs, and 15 percent minor components. The Doemill is described as a gravelly loam and the Jokerst is described

Case 2:20-cv-00123-DJC-DMC    Document 93-9    Filed 02/01/24    Page 28 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-11

as very cobbly loam, and the Typic haploxeralfs is described as a gravelly clay loam. The Doemill and Jokerst soil types are the same as above. The typic haploxeralfs forms on the backslope or shoulder of ridges. Its parent material is a loamy colluvium derived from volcanic rock. This soil is thicker with bedrock encountered at depths between 40 to 50 inches, is well drained, exhibits medium runoff, has low available water storage, and is in Hydrologic Soil Group C.

The Jokerst-Doemill-Typic Haploxeralfs, 15 to 30 percent slopes is 35 percent Doemill soil, 30 percent Jokerst soil, 20 percent Typic haploxeralfs, and 15 percent minor components. These soils are the same as above except that they are present on 15 to 30 percent slopes.

The Clearhayes-Hamslough, 0 to 2 percent slopes is 70 percent Clearhayes, 15 percent Hamslough, and 15 percent minor components. The Clearhayes is described as a sandy clay loam and the Hamslough is described as clay. These soil types form on strath terraces at the toeslope. The Clearhayes  parent material is a fine-loamy alluvium derived from volcanic rock over gravelly alluvium derived from andesite. This soil is moderately thick with bedrock encountered at depths between 38 to 46 inches, is somewhat poorly drained, exhibits high runoff, and is in Hydrologic Soil Group C/D. The Hamslough parent material is a clayey over gravelly alluvium derived from volcanic rock. This soil about 27 inches thick with a cemented material found at depths ranging from 27 to 37 inches, is poorly drained, exibits high runoff, and is in Hydrologic Soil Group D.

## 3.8    HYDROGEOLOGY

Groundwater beneath the NRRWF is first encountered in the Tuscan Formation. The Tuscan Formation is an important water-bearing unit in the northeast part of the Sacramento Valley. As reported in the *First Quarter 2015 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California* (SCS Engineers, April 30, 2015), depth to groundwater ranges from 285 feet below top of casing in monitoring well MW-4A, on the northeast corner of the site, to 97 feet below top of casing in monitoring well MW-11 on the west side of the site. The corresponding elevation range is from 131 feet above mean sea level (msl) to 120 feet above msl. Groundwater flow is generally to the southwest, with a historic average flow velocity of approximately 44 feet per year. An effective porosity of n=0.30 and a hydraulic conductivity of K=15.1 feet per day (ft/day) have been estimated for the site (Kennedy/Jenks Consultants, 2002).

## 3.9    OPERATIONS SCHEDULE

The NRRWF operates 7 day per week from the hours of 7:00 AM to 4:00 PM and is closed only five days of the year: New Year's Day, Easter, Thanksgiving, Christmas, and fourth of July. Industrial activities during this time period consist of sanitary landfill operations, landfill equipment fueling and maintenance, operation of the landfill gas

collection and control system (GCCS), temporary storage of various recyclable commodities, greenwaste disposal, temporary storage of prohibited wastes, temporary storage of recyclable agricultural waste oil, and septage waste disposal.

This SWPPP will be implemented, and a copy made available to all facility staff at all times. A copy will be available to regulatory agency personnel upon request.

If industrial activities are temporarily suspended for ten (10) or more consecutive calendar days during a reporting year, BMPs that are necessary to achieve compliance with this General Permit during the temporary suspension of the industrial activity will be identified and incorporated into the SWPPP.

### 3.10   POLLUTANT SOURCE ASSESSMENT

This section presents a list of all industrial materials and potential pollutant sources at the NRRWF. It identifies specific pollutants associated with these sources and pollutant sources that are most susceptible to stormwater exposure. A summary of significant spill and leaks that have occurred onsite is also provided.

### 3.10.1 DESCRIPTION OF POTENTIAL POLLUTANT SOURCES

Table 3.1 includes a list of industrial activities and associated materials that are anticipated to be used onsite. These activities and associated materials will or could potentially contribute pollutants to stormwater runoff. The anticipated activities and associated pollutants provided in Table 3.1 are the basis for selecting the BMPs for the facility as described in Section 4. Locations of all material stockpiles, storage areas, anticipated pollutants, and associated BMPs are show on the Site Maps in Attachment 1.

Project No. 70525-01
June 24, 2015

102

**Table 3.1        Industrial Activities and Associated Materials**

| Industrial Activity | Associated Industrial Materials | Material Quantity | Material Physical Characteristics | Material Location | Associated Pollutants |
|---|---|---|---|---|---|
| Operate Waste Management Units (active, closed, and partially closed) | Municipal Solid Waste and Leachate Daily Cover Soils | Solid Waste: 500-600 tons/day Leachate, Volume is variable soil | Variable composition solids, liquids, and clean soil | WMUs Drainage Areas A and E | See Section 2.3.1.1 |
| Operate Class II Surface Impoundments | Septage Waste Leachate | Primary Septage Pond: 15 MG Pond No. 2: 10 MG Leachate Pond: 15 MG | Liquids and sludges of variable composition | Ponds 1 and 2 Leachate Pond Drainage Area F | See Sections 2.3.1.1 and 2.3.1.2 |
| Equipment Storage, Fueling, Parking and Maintenance | Heavy equipment and light duty trucks | 10,800 gallons total storage | Liquids flammable | Drainage Area C Maintenance Shop, Equipment storage and parking Area | Petroleum hydrocarbons, antifreeze, solvents, motor oil, hydraulic oil, heavy metals |
| Construct and maintain access roads | Heavy equiment, unpaved roads | See equipment storage, fueling, parking, and maintenance | Liquids, flammable, solids | Unpaved roadways Drainage Areas A-F | Petroleum hydrocarbons, oils, sediments, airborne dust |
| Operate Leachate Collection and Removal Systems | Condensate | | Liquids | LCRS Drainage Areas A and E | See Table 2.2 |

Z:\PROJECT\70525_NRRWF_SWPPP\04 Deliverables\01 Report\70525_NRRWF_SWPPP_150624.doc

Project No. 70525-01
June 24, 2015

102

Table 3.1    Industrial Activities and Associated Materials

| Industrial Activity | Associated Industrial Materials | Material Quantity | Material Physical Characteristics | Material Location | Associated Pollutants |
|---|---|---|---|---|---|
| Maintain temporary soil stockpiles | On site soil | | Solid | Northwest portion of site, Drainage Area F | Sediment |
| Maintain temporary storage areas for recyclable commodities | Green waste and clean wood waste, clean concrete | NA | Solid | Drainage Area C East of the Scale House and west of septage ponds | Freon, oils, sediment |
| Operate Gas Collection and Control System | Condensate in the conveyance lines, sumps, and storage tank | | Liquid | WMUs, underground piping south of WMUs 1-3 Drainage Areas A and B | Lubricating grease See Table 2.2 |
| Landfill Gas to Energy Plant | Condensate and outdoor equipment | 200 gal/day | liquids | Drainage Area B2 LFGTE plant condensate piping and storage tank | Condense in storage lines, engine lubrication oil and coolants, and transform cooling liquids |
| Construction Activities | Site Soil, Equipment | NA | Solids, liquids | NA | Sediment, petroleum hydrocarbons |

### 3.10.1.1   Waste Management Units and Operating Cells

Storm water runoff at the NRRWF could come in contact with the open face of the active refuse disposal area or contact leachate at seep locations along the perimeter of the WMUs. The chemical composition of landfill leachate can vary greatly depending on the age of the landfill and the type of waste the landfill accepts. A list of the organic and inorganic constituents identified for sampling by the leachate monitoring program (RWQCB, 2011) is provided in Table 3.2. It is anticipated that storm water that comes in contact with the open face of the operating cell or with leachate seeping from the face of the WMU could contain some of the constituents listed in Table 3.2.

**Table 3.2 Potential Pollutants in Leachate**

| Field Parameters | |
| --- | --- |
| Total Flow (Gallons) | Electrical Conductivity (µmhos/cm) |
| Flow Rate (Gallons/day) | pH (pH units) |
| **Monitoring Parameters** | |
| Total Dissolved Solids (TDS) | Calcium |
| Chloride | Magnesium |
| Carbonate | Potassium |
| Bicarbonate | Sodium |
| Nitrate-Nitrogen | Volatile Organic Compounds (USEPA Method 8260B) |
| Sulfate | |
| **Organic Constituents** | |
| Total Organic Carbon | |
| Volatile Organic Compounds (USEPA Method 8260B, extended list) | |
| Semi-Volatile Organic Compounds (USEPA Method 8270C) | |
| Chlorophenoxy Herbicides (USEPA Method 8151A) | |
| Organophosphorus Compounds | |
| **Inorganic Constituents** | |
| Aluminum | Lead |
| Antimony | Manganese |
| Arsenic | Mercury |
| Barium | Nickel |
| Beryllium | Selenium |
| Cadmium | Silver |
| Chromium (III & VI) | Sulfide |
| Cobalt | Thallium |
| Copper | Tin |
| Cyanide | Vanadium |
| Iron | Zinc |

This table lists the parameters presented in the Monitoring and Reporting Program No.R5-2011-0049 for Butte County, Neal Road Class III Municipal Solid Waste Landfill and, Class II Surface Impoundment, Butte County (RWQCB,2011)

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-16

### 3.10.1.2   Class II Surface Impoundments

The NRRWF utilizes three active lined liquid containment impoundments. The westernmost impoundment contains leachate liquids generated from the landfill and the other two receive septage from unsewered areas within Butte County. If over topping of the impoundments occurs, pollutants would be released to surface waters. The impoundments are monitored for capacity and liquids are annually pumped and transported offsite for disposal to ensure adequate capacity for the rainy season. Tables 3.2 and 3.3 list the potential pollutants.

**Table 3.3 Potential Pollutants in Septage Waste**

| Field Parameters | |
| --- | --- |
| Electrical Conductivity (µmhos/cm) | pH (pH units) |
| **Monitoring Parameters** | |
| Oil & Grease | Total Suspended Solids |
| Total Dissolved Solids (TDS) | Calcium |
| Chloride | Fluoride |
| Alkalinity | Magnesium |
| Carbonate | Potassium |
| Bicarbonate | Sodium |
| Hydroxide | Hardness |
| Nitrate-Nitrogen | Surfactants (MBA's) |
| Sulfate | |
| **Organic Constituents** | |
| Total Organic Carbon | |
| Biochemical Oxygen Demand ($BOD_5$) | |
| Volatile Organic Compounds (USEPA Method 8260B, extended list) | |
| Semi-Volatile Organic Compounds (USEPA Method 8270C) | |
| Chlorinated Herbicides (USEPA Method 8151A) | |
| Chlorinated Pesticides | |
| **Inorganic Constituents** | |
| Aluminum | Lead |
| Antimony | Molybdenum |
| Arsenic | Mercury |
| Barium | Nickel |
| Beryllium | Selenium |
| Cadmium | Silver |
| Chromium (Total & VI) | Thallium |
| Cobalt | Vanadium |
| Copper | Zinc |

This table lists the parameters required to profile the waste for disposal at local waste water treatment plants in Chico or Oroville, Butte County, California.

### 3.10.1.3   Equipment Storage, Parking and Maintenance Areas

Chemicals associated with equipment maintenance are expected to be present within the equipment storage, parking, and maintenance areas. Antifreeze, solvents, motor oil,

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 34 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-17

hydraulic oil, or other hazardous materials used by the County are stored on a concrete slab in the maintenance shop. Motor oil and hydraulic fluid are stored in small quantities less than 55-gallon containers inside the maintenance building. Used oils and antifreeze are stored on secondary containment pallets. Because most of the chemicals are stored either inside the shop area in tanks, spills and leaks from parked equipment are anticipated to be the most probable means of storm water pollution. Diesel fuel, unleaded gasoline, oil and grease, and solvents have the potential to be present in storm water discharge from the equipment maintenance area. Potential pollutants are listed in Table 3.4.

**Table 3.4 Potential Pollutants Equipment Storage, Parking and Maintenance Areas**

| Field Parameters | |
|---|---|
| pH (pH units) | |
| **Monitoring Parameters** | |
| Oil & Grease | Cadmium |
| Diesel Range Organics | Chromium |
| Gasoline Range Organics | Lead |
| Motor Oil Range Organics | Nickel |
| Hydraulic Oil | Zinc |
| Volatile Organic Compounds (including ethanol, methanol, BTEX) | |

### 3.10.1.4   Access Roads

The primary pollutant anticipated to be present in storm water runoff from the access roads is sediment eroded from unpaved road surfaces. Motor oil and diesel fuel might be present if vehicle tanks leak or rupture on the access road.

### 3.10.1.5   Fueling Station and Agricultural Waste Oil Tank

The aboveground diesel tank and the aboveground waste oil tank located at the fueling station on the northeast side of the equipment maintenance building are double-walled tanks. Spills and leaks of diesel fuel and waste oil could impact storm water. Spills and leaks associated with the motor oil tank and hydraulic fluid tank in the equipment and maintenance building are likely to be contained within the building and thus not be exposed to storm water runoff.

To facilitate fueling and servicing of landfill equipment, the County operates a service truck containing diesel fuel, hydraulic and other oils and grease. Spills and leaks from the servicing of equipment could impact storm water.

The above ground agricultural waste oil tank located west of the scale house is bounded on the vehicle access side by concrete filled steel bollards to prevent displacement and damage of the tank by vehicular impact. The tank is protected from the weather by a building open on the vehicle access side only. Spills and leaks of

waste oil associated with the agricultural oil tank could impact storm water. Spills and leaks from the tank can be contained within the building and thus not be exposed to storm water runoff.

### 3.10.1.6   Leachate Collection and Removal System

Except at leachate seeps along the perimeter, leachate can only come into contact with storm water if the leachate collection piping leaks or if the system malfunctions. If storm water comes into contact with a leachate spill, it is anticipated that the storm water could contain some of the constituents listed in Table 3.2

### 3.10.1.7   Prohibited Waste Storage Shed

The prohibited waste storage shed is located east of the NRRWF scale house. The shed is an all-metal shed with locking doors, shelves, sump, and air vents. The shed is secured at all times and is off limits to the public. Prohibited materials stored in the shed range from: paints, oils, pesticides, solvents, household cleaners, batteries, fuels, etc. Spills and leaks occurring in the shed are contained in the sump. It is anticipated that materials stored in the shed will not be exposed to storm water runoff. Automotive batteries are stored in a separate enclosed containment unit adjacent to the prohibited waste storage shed.

### 3.10.1.8   Soil Stockpiles

As a result of the excavation and construction of various improvements, soil stockpiles have been located at several locations within the NRRWF. Smaller stockpiles have been located next to and within the WMUs but are not long term. The primary pollutants anticipated to be present in storm water runoff from the stockpiles are sediments transported by storm water.

### 3.10.1.9   Temporary Storage Areas for Recyclable Commodities

The NRRWF provides temporary storage of recyclable commodities. These commodities are stockpiled for removal periodically. Green and clean wood-waste is accepted and stockpiled at a location north of the scale house. Potential pollutants could come from non-green and wood waste products disposed in the stockpile area.

The NRRWF also accepts waste tires, Freon containing devices, scrap metal, electronics and cathode ray tubes. Recyclables consisting of waste tires, Freon containing devices, and scrap metal are located east of the scale house. Electronics and cathode ray tubes are stockpiled for pickup in an enclosed area within the Maintenance building. Pollutants could be transported from exposed commodities during periods of precipitation.

Stockpiled waste tires are typically removed monthly for recycling offsite.  Freon containing devices, refrigerators, freezers, and air-conditioning units are temporarily staged on site awaiting removal by a recycling vendor.  No removal of Freon and oil is

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 36 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 3-19

conducted onsite. The electronic devices and cathode ray tubes are collected and stored in a bay of the maintenance building until removed for recycling. Unless damaged, Freon devices, electronics and cathode ray tubes present minimal possibility to release contaminants to surface waters.

Clean concrete, brick, tiles and dirt are stockpiled west of the lined impoundments. Materials in these stockpiles are crushed annually and used onsite to surface access roadways or for other beneficial use. Potential pollutants from this area are likely to be sediment that can be entrained by storm water moving across the area by sheet flow.

### 3.10.1.10 Landfill Gas Collection and Control System and Landfill Gas to Energy Plant

The gas collection and control system (GCCS) operates as an enclosed system. Vacuum draws gas from the wells located on the landfill and is directed to either the landfill gas to energy plant or flare. Condensate liquid is collected and conveyed to sumps and transferred to either a lined leachate pond or the flare which is designed to allow condensate to be injected into the flare and incinerated with the combusting landfill gas. The flare station is monitored by staff and when operating under an automatic control and monitoring system which shuts down the entire system if a problem is detected.  The system requires staff to physically check and restart the GCCS.

Potential pollutants are condensate in the conveyance lines, sumps and storage tank. A small amount of lubricant grease is stored within the control cabinet. Potential pollutants in the condensate likely may include those found in site leachate, listed in Table 3.2

The operation of the landfill gas to energy plant is performed by Ameresco, Inc. The facility is required to maintain its own SWPPP. However it is anticipated to have minimal impact to storm water as the operating components are enclosed in a coated metal commercial building. The system is automated and supplemented by personnel providing onsite monitoring.

Potential pollutants are condensation in storage lines, engine lubrication oil and coolants, and transformer cooling liquids.

Condensate liquid is generated during the operation of the energy plant.  The liquid is collected in sumps and transferred via force main to the leachate pond, or the flare for incineration.

### 3.10.1.11 Construction Activities

NRRWF expansion construction activities will be on-going as the WMU-4 and WMU-5 are developed. These expansion activities will be contracted out and one of the provisions is for the contractor to develop, implement and monitor a construction project

specific SWPPP. County staff will review and oversee the implementation of the SWPPP and require contractor to revise BMPs to address changing conditions or inadequate storm water controls.

Potential pollutants are sediments from disturbed soils and petroleum products from equipment.

### 3.10.1.12 Significant Spills and Leaks

Table 3.5 includes a list of industrial materials where spills and leaks have potential to occur, and includes material characteristics, quantities, locations, and containers. Spills and leaks will be prevented by implementing the BMPs described in Section 3. The NRRWF has had no spills or leaks within the past 5 year period.

**Table 3.5      Potential Material Spills and Leaks**

| Industrial Material | Material Physical Characteristics | Material Quantity | Material Container | Material Location |
|---|---|---|---|---|
| Diesel Fuel | Liquid, flammable | 8,000 gallon | Above Ground Storage Tank | Fueling Station |
| Waste Oil | Liquid, flammable | 480 gallon | Above Ground Storage Tank | Fueling Station |
| Agricultural Waste Oil | Liquid, flammable | 1,000 gallon | Above Ground Storage Tank | West of Scale house |
| Mobile Service Truck | Liquid, flammable | 730 g Diesel, 100 g motor oil 100 g used motor oil 100 g hydraulic oil, 100 g gear oil 100 misc oil | On-board fueling tank | On board |
| Portable toilet | Liquids, sludges | 40 gallon x 4 | Holding tank | In front of Maintenance Building  Southeast of Inerts stockpile  North side LFGTE Plant  Active Disposal Area |

## 3.11   IDENTIFICATION OF NON-STORMWATER DISCHARGES (NSWDS)

Non-stormwater discharges (NSWDs) consist of discharges which do not originate from precipitation events. The General Permit provides allowances for specified NSWDs provided they:

- Do not cause erosion;
- Do not carry other pollutants;

- Are not prohibited by the local MS4; and

- Do not require a separate NPDES Permit from the Regional Water Board.

NSWDs into storm drainage systems or waterways, which are not authorized under the General Permit and listed in the SWPPP, or authorized under a separate NPDES permit, are prohibited.

Non-stormwater discharges that are authorized at this facility include the following:

- None

Monthly visual observations will be conducted according to the General Permit (Section XI.A.1) for NSWDs and sources to ensure adequate BMP implementation and effectiveness. Monthly visual observations include observations for evidence of unauthorized NSWDs.

Activities at this site that may result in unauthorized non-stormwater discharges include:

- Operation of a Sanitary Landfill

- Operation of Landfill Gas Control System

- Receiving and storage of septage wastes

- Maintenance and fueling of equipment

- Receiving and storage of agricultural used motor oil

- Storage of non-potable water

- Storage of potable water

Steps will be taken, including the implementation of appropriate BMPs as defined in Section 3, to ensure that unauthorized NSWDS are eliminated, controlled, disposed off-site, or treated on-site.

### 3.12   REQUIRED SITE MAP(S) INFORMATION

The facility's Site Map(s) is (are) provided in Attachment 1, and include(s) all information required by the General Permit. The maps include information regarding the facility boundary and stormwater drainage areas, nearby water bodies, locations of stormwater collection and conveyance systems including outfalls, locations and descriptions of all industrial activities and materials, and locations and descriptions of all structural control measures.

A summary of all information provided in the Site Maps is provided in Table 3.6 below.

## Table 3.6 Required Site Map(s) Information Checklist

| Included on Site Map(s)? Yes/No/ NA | Required Element |
| --- | --- |
| Yes | The facility boundary |
| Yes | Stormwater drainage areas within the facility boundary |
| Yes | Portions of any drainage area impacted by discharges from surrounding areas |
| Yes | Flow direction of each drainage area |
| Yes | On-facility surface water bodies |
| NA | Areas of soil erosion |
| Yes | Location(s) of nearby water bodies (such as rivers, lakes, wetlands, etc.) |
| NA | Location(s) of municipal storm drain inlets that may receive the facility's industrial stormwater discharges and authorized NSWDs |
| Yes | Locations of stormwater collection and conveyance systems and associated points of discharge, and direction of flow |
| Yes | Any structural control measures (that affect industrial stormwater discharges, authorized NSWDs, and run-on) |
| Yes | All impervious areas of the facility, including paved areas, buildings, covered storage areas, or other roofed structures |
| Yes | Locations where materials are directly exposed to precipitation |
| NA | Locations where significant spills or leaks (Section X.G.1.d of the General Permit) have occurred |
| Yes | Areas of industrial activity subject to the General Permit |
| Yes | All storage areas and storage tanks |
| NA | Shipping and receiving areas |
| Yes | Fueling areas |
| Yes | Vehicle and equipment storage/maintenance areas |
| Yes | Material handling and processing areas |
| Yes | Waste treatment and disposal areas |
| Yes | Dust or particulate generating areas |
| NA | Cleaning and material reuse areas |
| Yes | Any other areas of industrial activity which may have potential pollutant sources |

# 4 BEST MANAGEMENT PRACTICES

## 4.1 MINIMUM BMPS

All minimum BMPs that are required by the General Permit and necessary to meet the facility conditions will be implemented. Guidance for BMP implementation is provided in the CASQA Stormwater BMP Handbook Portal: Industrial and Commercial Fact Sheets and the relevant fact sheets are included in Attachment 6. Sections 4.1.1 through 4.1.5 list the requirements for each of these minimum BMPs. Minimum BMPs will be implemented for additional targeted industrial activities, equipment, and materials as necessary. If any of the required minimum BMPs are applicable but cannot be implemented, an explanation and alternative approach will be provided in the following sections.

Table 4.1 provides a list of the five minimum General Permit BMP elements that are included in the relevant BMP fact sheets and indicates which BMPs are implemented at the facility.  Employee Training, described in Section 4.1.6, and Quality Assurance and Record Keeping, described in Section 4.1.7, are additional minimum BMPs that will be implemented.

As required by the General Permit, a summary of all implemented BMPs is included in Section 4.3. The schedule for BMP implementation and the requirements for inspection and maintenance are contained in Section 5.

Project No. 70525-01
June 24, 2015

102

**Table 4.1 Minimum BMPs**

| CASQA Fact Sheet Number | CASQA BMP Fact Sheet Name | Addresses Minimum General Permit BMP Requirements | | | | |
|---|---|---|---|---|---|---|
| | | Good Housekeeping | Preventative Maintenance | Spill and Leak Prevention and Response | Material Handling and Waste Management | Erosion and Sediment Control |
| SC-10 | Non-Stormwater Discharges | ✓ | | ✓ | | |
| SC-11 | Spill Prevention, Control, and Cleanup | | | ✓ | | |
| SC-20 | Vehicle and Equipment Fueling | ✓ | ✓ | ✓ | ✓ | |
| SC-21 | Vehicle and Equipment Cleaning | ✓ | ✓ | ✓ | ✓ | |
| SC-22 | Vehicle and Equipment Maintenance and Repair | ✓ | ✓ | ✓ | ✓ | |
| SC-30 | Outdoor Loading and Unloading | ✓ | | ✓ | ✓ | |
| SC-31 | Outdoor Liquid Container Storage | ✓ | ✓ | ✓ | ✓ | |
| SC-32 | Outdoor Equipment Operations | ✓ | ✓ | ✓ | ✓ | |
| SC-33 | Outdoor Storage of Raw Materials | ✓ | ✓ | ✓ | | ✓ |
| SC-34 | Waste Handling and Disposal | ✓ | ✓ | ✓ | ✓ | |
| SC-35 | Safer Alternative Products | | | | | |
| SC-40 | Contaminated or Erodible Surfaces | | | | | ✓ |
| SC-41 | Building and Grounds Maintenance | ✓ | | ✓ | ✓ | |
| SC-42 | Building Repair, Remodeling, and Construction | ✓ | | ✓ | ✓ | ✓ |
| SC-43 | Parking Area Maintenance | ✓ | ✓ | ✓ | | |
| SC-44 | Drainage System Maintenance | ✓ | ✓ | ✓ | | |

Project No. 70525-01
June 24, 2015

102

**Table 4.1 Minimum BMPs**

| CASQA Fact Sheet Number | CASQA BMP Fact Sheet Name | Addresses Minimum General Permit BMP Requirements | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Good Housekeeping | Preventative Maintenance | Spill and Leak Prevention and Response | Material Handling and Waste Management | Erosion and Sediment Control |
| Additional BMPs Implemented: | | | | | | |
| Litter Fences | | Sanitary/Septic Waste Management (WM-9) | | | Sanitary and Sep | |
| Street Sweeping (SE-7) | | Wind Erosion Control (WE-1) | | | Alternativ | |

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 43 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-4

### 4.1.1  GOOD HOUSEKEEPING

The following good housekeeping measures will be implemented in accordance with the General Permit (Section X.H.1.a):

- Observe all outdoor areas associated with industrial activity including stormwater discharge locations, drainage areas, conveyance systems, waste handling/disposal areas, and perimeter areas impacted by off-facility materials or stormwater run-on to determine housekeeping needs. Any identified debris, waste, spills, tracked materials, or leaked materials will be cleaned and disposed of properly;

- Minimize or prevent material tracking;

- Minimize dust generated from industrial materials or activities;

- Cover all stored industrial/waste materials that can be readily mobilized by contact with stormwater;

- Contain all stored non-solid industrial materials or wastes (e.g., particulates, powders, shredded paper, etc.) that can be transported or dispersed via by the wind or contact with stormwater;

- Minimize stormwater discharges from non-industrial areas (e.g., stormwater flows from employee parking area) that contact industrial areas of the facility; and

- Minimize authorized NSWDs from non-industrial areas (e.g., potable/nonpotable water, etc.) that contact industrial areas of the facility.

BMPs to be implemented are summarized in Table 4.1 and the BMP fact sheets are included in Attachment 6.

#### 4.1.1.1  Waste Management Units.

Good housekeeping practices around the open face and all other areas of the NRRWF ensure a clean site. Litter fences are constructed for control of windblown litter. Loose windblown litter is collected from the site by NRRWF staff and/or other personnel on a daily basis.

#### 4.1.1.2  Access Roads

The NRRWF entrance and exit are paved as well as the main disposal access road. The access road is cleaned periodically to collect any refuse that falls from public and commercial vehicles to prevent its entry to storm water conveyance structures. When needed, a street sweeper will be used to collect tracked material. Unpaved roadways and work areas have water applied to reduce dust generation. Water used for dust control quickly evaporates and does not contribute to storm water runoff. During periods of poor weather, staff is directed to avoid use of unsurfaced roadways.

Future access roads may be paved where practical to prevent sediments from being generated and transported from their surfaces. Unpaved roadways used to access

disposal areas will have aggregate surfaces to minimize erosion potential. Prior to the rain season, unpaved access roads are evaluated and receive aggregate surfacing to reduce sediment generation, as needed.

## 4.1.2  PREVENTATIVE MAINTENANCE

The following preventative maintenance measures will be implemented in accordance with the General Permit (Section X.H.1.b):

- Identify all equipment and systems used outdoors that may spill or leak pollutants;
- Observe the identified equipment and systems to detect leaks, or identify conditions that may result in the development of leaks;
- Establish an appropriate schedule for maintenance of identified equipment and systems; and
- Establish procedures for prompt maintenance and repair of equipment, and maintenance of systems when conditions exist that may result in the development of spills or leaks.

Specific preventative maintenance BMPs to be implemented at the facility are provided in Table 4.1 and the BMP fact sheets are included in Attachment 6.

## 4.1.3  SPILL AND LEAK PREVENTION AND RESPONSE

The following spill and leak prevention and response measures will be implemented in accordance with the General Permit (Section X.H.1.c):

- Establish procedures and/or controls to minimize spills and leaks;
- Develop and implement spill and leak response procedures to prevent industrial materials from discharging through the stormwater conveyance system.  Spilled or leaked industrial materials will be cleaned promptly and disposed of properly;
- Identify and describe all necessary and appropriate spill and leak response equipment, location(s) of spill and leak response equipment, and spill or leak response equipment maintenance procedures; and
- Identify and train appropriate spill and leak response personnel.

Specific spill and leak prevention and response BMPs to be implemented at the NRRWF are provided in Table 4.1 and the BMP fact sheets are included in Attachment 6.

In addition to the permit required BMPs the NRRWF maintains and implements the *Spill Prevention Control and Countermeasure Plan*, prepared by Butte County, dated October 30, 2014 (Butte County, 2014) describes the spill response procedures for the NRRWF. The SPCCP is intended to: (1) prevent the occurrence of petroleum product spills by the use of sound engineering and management controls where spills could occur; (2) prevent the discharge of petroleum products into navigable waters of the

United States; (3) prevent exposure of personnel and the community to pollutants; (4) prevents contamination of the environment; and (5) provide an expeditious and effective response to minimize the potential for environmental impairment.

The SPCCP describes the following:

- Individuals responsible for coordinating spill response procedures
- Areas onsite containing petroleum products
- Required employee training
- Emergency spill response procedures
- Regulatory agency contacts and telephone numbers.

Implementation of the SPCCP is a control practice intended to minimize the potential impact of pollutants on storm water runoff during a spill. A copy of the landfill SPCCP is on file at the NRRWF.

### 4.1.4  MATERIAL HANDLING AND WASTE MANAGEMENT

The following material handling and waste management measures will be implemented in accordance with the General Permit (Section X.H.1.d):

- Prevent or minimize handling of industrial materials or wastes that can be readily mobilized by contact with stormwater during a storm event;
- Contain all stored non-solid industrial materials or wastes (e.g., particulates, powders, shredded paper, etc.) that can be transported or dispersed by the wind or contact with stormwater during handling;
- Cover industrial waste disposal containers and industrial material storage containers that contain industrial materials when not in use;
- Divert run-on and stormwater generated from within the facility away from all stockpiled materials;
- Clean all spills of industrial materials or wastes that occur during handling in accordance with the spill response procedures (Section X.H.1.c); and
- Observe and clean as appropriate, any outdoor material or waste handling equipment or containers that can be contaminated by contact with industrial materials or wastes.

Specific material handling and waste management BMPs to be implemented at the NRRWF are provided in Table 4.1 and the BMP fact sheets are included in Attachment 6.

#### 4.1.4.1   WMUs and Operating Cells and Leachate Collection System

The open face of the landfill will always have the potential to impact storm water. Storm water that falls on the open face of the landfill may collect pollutants from the exposed

waste. Because this exposure cannot be avoided, runoff originating from the working face of the landfill will be contained within working area for evaporation and/or percolation into the landfill. The working face of the landfill is kept to the minimum size to minimize the exposure potential. At least 6 inches of cover soil, ADC consisting of tarps or other material is placed on the operating cell at the end of each day to prevent exposure of the working face to storm water during non-operating hours.

Starting in 2004, waste placement during the wet season occurred within the recently completed lined WMU-4. In 2005, all waste placement operations occurred within WMU 4. Runoff contacting waste is directed to the lined areas for containment and handling in the leachate collection and control system.

A leachate collection and removal system exists to collect leachate generated from the old and new WMUs.  Leachate is collected and pumped or gravity flows through HDPE conduits to the lined leachate impoundment located within the Facility boundary.  The conduits are routinely inspected for damage or leaks.  The lined leachate impoundment is monitored monthly as a requirement of the WDRs. If the impoundment nears capacity, the leachate is pumped and transported offsite for disposal at a local WWTP.

If leachate seeps from the WMUs are observed then action to redirect the seep back into the waste is taken. This can be accomplished by digging a sump and filling with drain rock to direct the seep back into the waste.  Additional cover soil is then placed over the area and monitoring continues. A pump and portable storage tank may also be used to collect liquids from the seep.  These liquids are then discharged to the leachate impoundment. Samples as required by the WDRs will be collected and analyzed if enough liquid is available.

A prohibited waste load-checking program is used to discover and discourage attempts to dispose of hazardous or other unacceptable waste in the NRRWF. This program helps control the introduction of additional pollutants into the operating WMU. NRRWF staff will be designated and trained for conducting periodic checks of loads at the site. Staff is directed to provide information to NRRWF users regarding proper disposal of prohibited wastes.  The Butte County Department of Public Works will responsible for the program.

## 4.1.5  EROSION AND SEDIMENT CONTROLS

The following erosion and sediment control measures will be implemented in accordance with the General Permit (Section X.H.1.e):

- Implement effective wind erosion controls;
- Provide effective stabilization for all disturbed soils and other erodible areas prior to a forecasted storm event;

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-8

- Maintain effective perimeter controls and stabilize all site entrances and exits to sufficiently control discharges of erodible materials from discharging or being tracked off the site;

- Divert run-on and stormwater generated from within the facility away from all erodible materials; and

- If new sediment basins are implemented, ensure compliance with the design storm standards in Section X.H.6. of the General Permit.

Specific erosion and sediment control BMPs to be implemented at the NRRWF are provided in Table 4.1 and the BMP fact sheets are included in Attachment 6.

The operator constructs drainage ditches, diversion berms, and culverts to control onsite storm water runoff and grades surfaces as necessary to maintain access to the refuse disposal areas, control erosion, and prevent ponding of water on the NRRWF. The slopes of the top decks of the WMUs range from 2 to 5 percent to prevent ponding. Earthen berms are constructed around the NRRWF perimeter where practical to provide a barrier between the WMUs and storm water runon from offsite areas.

For areas in the WMU not in current operation, an interim cover consisting of panels of impervious geosynthetic membrane is being utilized to reduce the amount of cover soil erosion and_leachate generation by preventing infiltration of storm water through the side slopes of the WMUs. The interim cover is sandbagged in placed prior to the beginning of the wet season. The adjoining edges of the panels are overlapped to prevent storm water leakage at the seams. The perimeter of the interim cover panels are placed to allow drainage to storm water control structures.

Construction of new WMUs will occur periodically.  Contractors performing construction work will be required to prepare, submit for review and approval and adhere to a project specific SWPPP. Additional BMPs may be required and implemented.

For areas not closed, interim cover is utilized as previously noted.  For areas not closed or receiving interim cover, control practices are used to either reduce or repair the erosion caused by storm water runoff. To repair the erosion caused by storm water runoff, soil is placed on the area and track-walked with the crawler dozer. To reduce the potential for erosion, seed has been utilized to promote native grasses to become established. The seed may then be covered by applying straw or mulch placed on the surfaces to promote vegetative growth. Hydroseeding of slopes has also been utilized to reduce the potential for erosion.

### 4.1.6  EMPLOYEE TRAINING PROGRAM

An employee training program will be implemented in accordance with the following requirements in the General Permit (Section X.H.1.f):

- Ensure that all team members implementing the various compliance activities of this SWPPP are properly trained in topics including but not limited to: BMP implementation, BMP effectiveness evaluations, visual observations, and monitoring activities;

- Prepare or acquire appropriate training manuals or training materials;

- Identify which personnel need to be trained, their responsibilities, and the type of training they will receive;

- Provide a training schedule; and

- Maintain documentation of all completed training classes and the personnel that received training in the SWPPP.

The Pollution Prevention Team will be trained in implementing the various compliance activities specified in this SWPPP, and documentation of training activities is retained in SWPPP File Category 10. To promote stormwater management awareness specific for this facility, refresher training will be provided annually or as needed as determined by the LRP.

Task specific training for all employees engaged in activities that have the potential to cause stormwater pollution will be conducted when new employees are hired and refresher training will be provided annually or as needed as determined by the LRP.

This facility has Baseline Training that will be performed by a qualified team member or vendor. The qualified team member will be responsible for providing information during training sessions and subsequently completing the training log provided in Appendix A, which identifies the site-specific stormwater topics covered as well as the names of site personnel who attended the meeting. Each team member will be trained in the specific role they are responsible to undertake.

### 4.1.7   QUALITY ASSURANCE AND RECORD KEEPING

The following quality assurance and record keeping activities will be performed in accordance with the requirements in the General Permit (Section X.H.1.g):

- Develop and implement management procedures to ensure that appropriate staff implements all elements of the SWPPP, including the Monitoring Implementation Plan (SWPPP Section 6);

- Develop a method of tracking and recording the implementation of BMPs identified in the SWPPP; and

- Maintain the BMP implementation records, training records, and records related to any spills and clean-up related response activities for a minimum of five (5) years as required in the General Permit (Section XXI.J.4).

BMPs will be implemented according to the schedule and procedures presented in SWPPP Section 5. BMPs will be implemented by properly trained team members.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-10

Visual observations will be performed as part of the Monitoring Implementation Plan as described in Section 6.5. Potential pollutant sources and BMPs will be inspected during visual observations, and new BMPs will be implemented as needed.

Paper or electronic records of documents required by this SWPPP will be retained for a minimum of five (5) years from the date generated or date submitted, whichever is later, for the following items:

- Employee Training Records;
- BMP Implementation Records;
- Spill and Clean-up Related Records;
- Records of Monitoring Information
    - The date, exact location, and time of sampling or measurement;
    - The date(s) analyses were performed;
    - The individual(s) that performed the analyses;
    - The analytical techniques or methods used; and
    - The results of such analyses;
- Level 1 ERA Reports;
- Level 2 ERA Action Plan;
- Level 2 ERA Technical Report; and
- Annual Reports.

## 4.2  ADVANCED BMPS

### 4.2.1  EXPOSURE MINIMIZATION BMPS

Storm resistant shelters are installed onsite to prevent the contact of stormwater with industrial activities and material. The locations of these shelters and associated industrial activities and materials are presented in Table 4.2.

Table 4.2      Exposure Minimization BMPs

| Shelter Location/Description | Associated Industrial Activity/Material |
|---|---|
| West of scale house/Agricultural Waste Oil | Receiving and storing agricultural waste oil |
| Northeast of Maintenance Building | Household Hazardous Waste and Batteries |
| Daily Cover | WMUs |

The open face of the landfill will always have the potential to impact storm water. Storm water that falls on the open face of the landfill may collect pollutants from the exposed waste. Because this exposure cannot be avoided, runoff originating from the working face of the landfill will be contained within working area for evaporation and/or

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-11

percolation into the landfill. The working face of the landfill is kept to the minimum size to minimize the exposure potential. At least 6 inches of cover soil, ADC consisting of tarps or other material is placed on the operating cell at the end of each day to prevent exposure of the working face to storm water during non-operating hours.

## 4.2.2  STORMWATER CONTAINMENT AND DISCHARGE REDUCTION BMPS

Stormwater containment and discharge reduction BMPs include BMPs that divert, reuse, contain, or reduce the volume of stormwater runoff. Specific stormwater containment and discharge reduction BMPs that are being implemented at the NRRWF are provided in Table 4.3 and the BMP fact sheets are included in Attachment 6. Each of the containment structures was implemented prior to adoption of the current IGP, thus the design storm standards in Section X.H.6 do not apply.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-12

Table 4.3    **Stormwater Containment and Discharge Reduction BMPs**

| CASQA Fact Sheet Number | CASQA BMP Factsheet Name | Meets Advanced BMP Requirement | BMP Used | | BMP Location, Runoff Sources, and |
|---|---|---|---|---|---|
| | | | YES | NO | |
| TC-10 | Infiltration Trench | ✓ | | ✓ | |
| TC-11 | Infiltration Basin | ✓ | ✓ | | Primary Sedimentation Basin and Ten Runoff sources include drainage area potential pollutants include sediment, metals, and leachate. |
| TC-12 | Harvest and Reuse | ✓ | | ✓ | |
| TC-20 | Wet Pond | ✓ | | ✓ | |
| TC-21 | Constructed Wetland | ✓ | ✓ | | Primary Sedimentation Basin, Runoff areas, A through F and potential pollu petroleum hydrocarbons, metals, and |
| TC-22 | Extended Detention Basin | ✓ | ✓ | | Primary Sedimentation Basin, Runoff areas, A through F and potential pollu petroleum hydrocarbons, metals, and |
| TC-30 | Vegetated Swale | | | ✓ | Connecting temporary basin No. 2 wit Basin and west of the cover soil stock include drainage area D and north sid pollutants include sediment |
| TC-31 | Vegetated Buffer Strip | | | ✓ | |
| TC-32 | Bioretention | ✓ | | ✓ | |
| TC-40 | Media Filter | | | ✓ | |
| TC-50 | Water Quality Inlet | | | ✓ | |
| TC-60 | Multiple Systems | ✓ | ✓ | | See individual BMP descriptions |
| MP-20 | Biotreatment | | | ✓ | |
| MP-40 | Stormwater Filter | | | ✓ | |
| MP-50 | Wet Vault | | | ✓ | |
| MP-51 | Gravity Separator | | | ✓ | |
| MP-52 | Drain Inlet Insert | | | ✓ | |
| **Alternate BMPs Used:** | | | | | **If used, state reason:** |

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-13

**Table 4.3      Stormwater Containment and Discharge Reduction BMPs**

| CASQA Fact Sheet Number | CASQA BMP Factsheet Name | Meets Advanced BMP Requirement | BMP Used | | BMP Location, Runoff Sources, and |
|---|---|---|---|---|---|
| | | | YES | NO | |
| | | | | | |
| | | | | | |

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 4-14

### 4.2.3  TREATMENT CONTROL BMPS

Treatment control BMPs include one or more mechanical, chemical, biologic, physical, or any other treatment process technology and is sized to meet the treatment control design storm standard. Specific treatment control BMPs to be implemented at the NRRWF are provided in Table 4.4 and the BMP fact sheets are included in Attachment 6.

### 4.2.4  OTHER ADVANCED BMPS

The NRRWF does not anticipate other advanced BMPs to be necessary at the time this SWPPP was prepared.

Project No. 70525-01
June 24, 2015

102

**Table 4.4        Treatment Control BMPs**

| CASQA Fact Sheet Number | CASQA BMP Factsheet Name | Addresses O&M for Advanced BMPs | BMP Used | | BMP Location, Runoff Sources, and |
|---|---|---|---|---|---|
| | | | **YES** | **NO** | |
| TC-10 | Infiltration Trench | ✔ | | ✔ | |
| TC-11 | Infiltration Basin | ✔ | ✔ | | See Table 4.3 |
| TC-12 | Harvest and Reuse | | | ✔ | |
| TC-20 | Wet Pond | ✔ | | ✔ | |
| TC-21 | Constructed Wetland | ✔ | ✔ | | See Table 4.3 |
| TC-22 | Extended Detention Basin | ✔ | ✔ | | See Table 4.3 |
| TC-30 | Vegetated Swale | ✔ | ✔ | | See Table 4.3 |
| TC-31 | Vegetated Buffer Strip | ✔ | | ✔ | |
| TC-32 | Bioretention | ✔ | | ✔ | |
| TC-40 | Media Filter | ✔ | | ✔ | |
| TC-50 | Water Quality Inlet | ✔ | | ✔ | |
| TC-60 | Multiple Systems | ✔ | ✔ | | See Table 4.3 |
| MP-20 | Biotreatment | ✔ | | ✔ | |
| MP-40 | Stormwater Filter | ✔ | | ✔ | |
| MP-50 | Wet Vault | ✔ | | ✔ | |
| MP-51 | Gravity Separator | ✔ | | ✔ | |
| MP-52 | Drain Inlet Insert | ✔ | | ✔ | |
| **Alternate BMPs Used:** | | | | | **If used, state reason:** |
| | | | | | |
| | | | | | |

## 4.3   BMP SUMMARY TABLE

Table 4.5 summarizes the industrial activities, materials, pollutant sources, potential pollutants, and BMPs being implemented to prevent discharge of pollutants in stormwater runoff. Descriptions of the specific BMPs being implemented were provided in previous subsections. Implementation and maintenance of BMPs is described in Section 4.

Project No. 70525-01
June 24, 2015

102

**Table 4.5**     **BMP Summary Table**

| Area | Activity | Pollutant Source | Pollutant | BMPs Implemented |
|---|---|---|---|---|
| Spill Prevention | Fueling, Maintenance | Petroleum products | Fuels, lubricating oils, grease, cleaning products, chemicals | Implement Spill Prevention Control and Countermeasures Plan (Butte County, 2014) |
| Waste Management Units and Operating Cells | Landfill operations | Municipal solid waste | Various | Minimize exposed solid waste from storm water contact, Good housekeeping practices, Proper use of daily cover soil and ADC, Prevent ponding of storm water on flat decks of landfill |
| Storage, Parking and Equipment Maintenance Areas | Storage, Parking and Maintenance | Equipment and materials | Fuels, lubricating oils, grease, cleaning products, chemicals | Good housekeeping practices, Perform maintenance in building, Store oils, greases, cleaning products, chemicals, etc., in maintenance building |
| Recycling Areas | Collection and storage of materials for transport offsite | Materials collected and stored | Grease, oil, liquids or other wastes contained in recyclables | Inspection and removal of potential pollutants, conduct operations to minimize exposing site to pollutants, stockpiling materials under cover prior to removal from site, minimize stockpile size during wet season |

Z:\PROJECT\70525_NRRWF_SWPPP\04 Deliverables\01 Report\70525_NRRWF_SWPPP_150624.doc

**Table 4.5**      **BMP Summary Table**

| Area | Activity | Pollutant Source | Pollutant | BMPs Implemented |
|---|---|---|---|---|
| Fueling Station, Service Truck and Agricultural Waste Oil Tank | Equipment fueling, vehicle servicing, waste oil disposal | Spills, leaks, exposure to storm water crossing fueling pad | Diesel fuel, oils, grease, waste oil | Implement Spill Prevention Control and Countermeasures Plans for landfill equipment and waste oil tank. Inspect area regularly. Properly train personnel. Utilized spill kit for service truck and waste oil tank. Prevent storm water run-on at fuel tank and waste oil tank. |
| Access Roads | Vehicular travel | Unpaved roads | Dust | Use water for dust control |
| Soil Stockpile Locations | NA | Soil stockpiles | Soil sediments | Seed and straw, or hydroseed exposed disturbed soil areas. Install barriers/berms, silt fence to minimize/control sediment movement, grade to prevent discharge, monitor stockpiles for erosion |

**Table 4.5      BMP Summary Table**

| Area | Activity | Pollutant Source | Pollutant | BMPs Implemented |
|------|----------|------------------|-----------|------------------|
| Prohibited Waste Storage Shed, Used Battery Storage | Storage for prohibited waste diverted from disposal into landfill, store used batteries prior to removal | Prohibited materials collected and stored and used batteries | Various liquids, solids, or other prohibited wastes. | Storage is in enclosed shed with sump to collect leaking liquids, contents are removed regularly by permitted waste handler, used battery storage is in enclosed storage unit and contents are removed on a regular basis |
| Landfill Gas Collection and Control System- includes Landfill Gas to Energy Plant | Combust landfill gas, collect manage condensate liquid | Landfill gas condensate, petroleum product, engine coolant, transformer insulator/coolant | Landfill gas condensate and petroleum lubricant, engine coolant, transformer insulator/coolant | Monitor system for leaks, store lubricants and liquids under cover, containment, maintain good housekeeping during maintenance. |
| Construction / Changing Activities | Construction | Disturbed soils, petroleum product from equipment | Sediments, petroleum products | Contractor will develop and implement a construction specific SWPPP with appropriate BMPs. County staff will monitor and request revisions as appropriate. |

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 5-1

# 5  BMP IMPLEMENTATION

## 5.1  BMP IMPLEMENTATION SCHEDULE

BMPs will be implemented as necessary to reduce or prevent transport of industrial pollutants in stormwater runoff. All members of the Pollution Prevention Team are responsible for implementing BMPs, as appropriate, during the operating hours of the NRRWF. A schedule for implementation is provided in Table 4.5. A BMP Implementation Log form is provided in Appendix C and the records of BMP implementation will be included in File Category 30.

## 5.2  BMP INSPECTION AND MAINTENANCE

The General Permit requires, at a minimum, monthly observations of BMPs, along with inspections during sampling events. Monthly observations will be conducted during daylight hours of scheduled facility operating hours and on days without precipitation. A BMP observation checklist must be filled out for and maintained on-site with the SWPPP. In addition, landfill supervisors perform and document daily inspections of the facility, including tanks and containers, storm water ditches, and monitor storage capacity in the TSBs and PSB.

The observation checklist includes the necessary information as discussed in Section 6.5. A Monthly BMP Observation Checklist form can be found in Appendix D, and completed checklists will be kept in File Category 40.

BMPs will be maintained regularly to ensure proper and effective functionality. If necessary, corrective actions will be implemented within 72 hours of identified deficiencies and associated amendments to the SWPPP will be prepared and documented.

Specific guidance for maintenance, observation, and repair of advanced BMPs can be found in the BMP Factsheets in Attachment 6.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-1

# 6 MONITORING IMPLEMENTATION PLAN

## 6.1 PURPOSE

This Monitoring Implementation Plan was developed to address the following objectives:

1. Identify the monitoring team;
2. Describe weather and rain event tracking procedures;
3. Describe discharge locations, visual observations procedures
4. Describe visual observation response procedures;
5. Describe sample collection and handling procedures;
6. Describe field instrumentation calibration instructions and intervals;
7. Provide justification for alternative discharge locations, Representative Sample Reduction (RSR), and Qualified Combined Samples (QCS), as applicable; and
8. Provide an example Chain of Custody form to be used when handling and shipping water quality samples to the laboratory.

## 6.2 WEATHER AND RAIN EVENT TRACKING

Stormwater sampling and visual observations will be conducted during Qualified Storm Events (QSEs). A QSE is defined as any precipitation event that produces a discharge from the site discharge location (SW-1) and is preceded by 48 hours with no discharge from any drainage area. Weather and precipitation forecasts will be tracked to identify potential QSEs.

When targeting a QSE for stormwater sampling, the appropriate team member will weekly consult the National Oceanographic and Atmospheric Administration (NOAA) for weather forecasts. These forecasts can be obtained at http://www.srh.noaa.gov/.   If weekly forecasts indicate potential for significant precipitation, the weather forecast will be closely monitored during the 48 hours preceding the event. Weather reports with precipitation data should be printed and maintained with the SWPPP to document precipitation totals and antecedent conditions. Weather reports will be maintained in File Category 50.

## 6.3 MONITORING LOCATIONS

Monitoring locations are shown on the Site Map in Attachment 1. Monitoring locations are described in Section 6.6.

Whenever changes in facility operations might affect the appropriateness of sampling locations, the sampling locations will be revised accordingly. All such revisions will be implemented as soon as feasible and the SWPPP amended.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-2

## 6.4    SAMPLE COLLECTION AND VISUAL OBSERVATION EXCEPTIONS

Safety practices for sample collection will be in accordance with the provisions of California Code of Regulations Title 8 and the County's *Injury and Illness Prevention Program and Safety Manual*, (Resolution No. 91-77). Contractors conducting storm water sampling shall maintain a site specific health and safety plan. At a minimum, the sampling personnel will implement the following safety procedures:

- Notify County personnel upon arriving at the site and sign in at the scale house.
- Wear the appropriate clothing for the weather conditions (e.g., waterproof boots, rain gear, layers for warmth, etc.)
- Use appropriate PPE when sampling to avoid contact with sample container preservatives and potential pollutants in storm water.
- Use proper lifting techniques when moving equipment and coolers.
- Be aware of footing conditions to avoid slip, trips, and falls.
- Upon completion of sampling, notify County personnel and sign out at the scale house.

The collecting of samples or conducting visual observations is not required under the following conditions:

- During dangerous weather conditions such as flooding and electrical storms.
- Outside of scheduled site business hours.

Scheduled site business hours are presented in Section 3.2.

If monitoring (visual observations or sample collection) of the site is unsafe because of the dangerous conditions noted above then the appropriate team member will document the conditions for why an exception to performing the monitoring was necessary. The exception documentation will be documented on the Monthly Visual Observations form or Sampling Event Visual Observations form as appropriate and retained in their respective File Categories.

## 6.5    VISUAL OBSERVATION PROCEDURES

Visual monitoring includes observations of drainage areas, BMPs, and discharge locations.

- Observations of BMPs are required to identify and record BMPs that need maintenance to operate effectively, that have failed, or that could fail to operate as intended.
- Observations of the drainage areas are required to identify any spills, leaks, uncontrolled pollutant sources, and non-stormwater discharges.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-3

- Observations of discharge locations are required to identify the presence of visible pollutants in stormwater discharged from the facility.

Visual observations will be performed at least once every calendar month during dry conditions. Visual observations will also be performed during stormwater sampling events when discharge is occurring.

### 6.5.1  MONTHLY VISUAL OBSERVATIONS

Monthly visual observations are necessary to document the presence of and to identify the source of any pollutants and non-stormwater flows. These should consist of observations of the outdoor facility operations, BMPs, and NSWD observations.

In the event that monthly visual observations are not performed, an explanation must be provided in the annual report.

### 6.5.1.1  Outdoor Facility Operations Observations

Observe potential sources of industrial pollutants including industrial equipment and storage areas, and outdoor industrial activities.  Record observations of:

- Spills or leaks; and
- Uncontrolled pollutant sources

### 6.5.1.2  BMP Observations

Observe BMPs to identify and record:

- BMPs that are properly implemented;
- BMPs that need maintenance to operate effectively;
- BMPs that have failed; or
- BMPs that could fail to operate as intended.

### 6.5.1.3  Non-Stormwater Discharge Observations

Observe each drainage area for the presence of or indications of prior unauthorized and authorized non-stormwater discharges.  Record:

- Presence or evidence of any non-stormwater discharge (authorized or unauthorized);
- Pollutant characteristics (floating and suspended material, sheen, discoloration, turbidity, odor, etc.); and
- Source of discharge.

For authorized non-stormwater discharges, also document whether BMPs are in place and are functioning to prevent contact with materials or equipment that could introduce pollutants

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-4

## 6.5.2  SAMPLING EVENT VISUAL OBSERVATIONS

Sampling event visual observations evaluate the general appearance of the stormwater as an indicator of potential pollutants. These observations will be conducted at the same time sampling occurs at the discharge locations identified in Section 6.6.2. At each discharge location where a sample is obtained, record observations of:

- Floating and suspended materials;
- Oil and grease;
- Discoloration;
- Turbidity;
- Odors; and
- Trash.

When pollutants are observed in the discharged stormwater, follow-up observations of the drainage area will be conducted to identify the probable source of the pollutants.

In the event that a discharge location is not visually observed during the sampling event, the location of the discharge and reasoning for not obtaining observations must be recorded. A Sampling Event Visual Observations form is provided in Appendix F.

## 6.5.3  VISUAL MONITORING PROCEDURES

Visual monitoring will be conducted by trained team members. The name(s) and contact number(s) of the site visual monitoring personnel are listed in Table 2.1 and their training qualifications are retained in File Category 10.

Visual observations will be documented on the Monthly Visual Observations form provided in Appendix E and retained in File Category 60. Visual observations will be supplemented with a site specific BMP inspection checklist (Appendix D).  Photographs used to document observations will be referenced on the Monthly Visual Observations form and maintained in File Category 60.

## 6.5.4  VISUAL MONITORING FOLLOW-UP AND REPORTING

Correction of deficiencies identified by the observations, including required repairs or maintenance of BMPs, will be initiated and completed as soon as possible.  Response actions will include the following:

- Report observations to the Pollution Prevention Team Leader or designated individual;
- Identify and implement appropriate response actions;
- Determine if SWPPP update is needed;
- Verify completion of response actions; and
- Document response actions.

If identified deficiencies require design changes, including additional BMPs, the implementation of changes will completed as soon as possible, and the SWPPP will be amended to reflect the changes.

BMP deficiencies identified in site observation reports and correction of deficiencies will be tracked on the BMP Observation Checklist (Appendix D) and will be retained in File Category 40.

Results of visual monitoring must be summarized and reported in the Annual Report.

## 6.5.5   VISUAL MONITORING LOCATIONS

The observations identified in Sections 6.5.1 and 6.5.2 will be conducted at the locations identified in this section.

Visual monitoring will be conducted in each drainage area (A-F). Drainage area(s) are shown on the Site Map(s) in Attachment 1 and are identified in Table 6.1.

**Table 6.1      Facility Drainage Areas**

| Location Identifier | Drainage Area Name |
|---|---|
| A | Drainage Area A1 through A4 |
| B | Drainage Area B1 and B2 |
| C | Drainage Area C |
| D | Drainage Area D |
| E | Drainage Area E |
| F | Drainage Area F |

There is 1 discharge location (SW-1) onsite located on the west side of the facility.  The site stormwater discharge location is shown on the Site Map in Attachment 1 and Table 6.2 identifies each stormwater discharge location.

**Table 6.2      Stormwater Discharge Locations**

| Location Identifier | Discharge Location (Note Drainage Area that the discharge location drains) |
|---|---|
| SW-1 | West of primary sedimentation basin. Drains Areas A through F |

There is one permanent sedimentation basin and five temporary storage basins onsite with a total of approximately 12.7 million gallons (MG) of storage (~38.9 acre-feet). Stormwater basins are shown on the Site Map in Attachment 1 and Table 6.3 identifies each stormwater basin by location.

**Table 6.3      Stormwater Storage and Containment Areas**

| Location Identifier | Description of Containment (Note Drainage Area in which the containment is located) |
|---|---|
| Primary Sedimentation Basin | 6 MG basin located in Drainage Area F |
| Temporary Basin No. 1 | ~0.6 MG basin located in Drainage Area F |

**Table 6.3      Stormwater Storage and Containment Areas**

| Location Identifier | Description of Containment<br>(Note Drainage Area in which the containment is located) |
|---|---|
| Temporary Basin No. 2 | ~3.5 MG basin located in Drainage Area F |
| Temporary Basin No. 3 | ~2.6 MG basin located in Drainage Area F |
| Temporary Basin No. 4 | Located in Drainage Area E |
| Temporary Basin No. 5 | Located in Drainage Area F |

## 6.6    SAMPLING AND ANALYSIS PROCEDURES

This section describes the methods and procedures that will be followed for stormwater sampling and analysis. It contains information for sampling schedule, sampling locations, monitoring preparation, analytical constituents, sample collection, sample analysis, and data evaluation and reporting.

### 6.6.1   SAMPLING SCHEDULE

Stormwater samples at the discharge and run-on location will be collected and analyzed from two (2) QSEs within the first half of each reporting year (July 1 to December 31), and two (2) QSEs within the second half of each reporting year (January 1 to June 30).

A QSE is a precipitation event that:

- Produces a discharge for at least one drainage area; and
- Is preceded by 48 hours with no discharge from any drainage area.

### 6.6.2   SAMPLING LOCATIONS

Sampling locations include all locations where stormwater is discharged from the site. Discharge locations are shown on the Site Map in Attachment 1 and are included in Table 6.4. In addition to the discharge location sampling, the NRRWF has one run on sample location (SW-2) that is sampled concurrently to assess impacts to water quality from the adjacent upslope property.

A total of one discharge location and one runon location are identified on the project site for the collection of stormwater samples.

**Table 6.4      Sample Locations**

| Sample Location Number | Sample Location Description | Sample Location Latitude and Longitude<br>(Decimal Degrees) |
|---|---|---|
| SW-1 | Outfall from the Primary Sedimentation Basin | Lat: 39.6717<br>Long: -121.7368 |
| SW-2 | Runon from east adjacent property | Lat: 39.6804<br>Long: -121.7229 |

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-7

### 6.6.3  MONITORING PREPARATION

Samples on the project site will be collected by the County's consultant, SCS Engineers, Mr. Bill Mannel, Butte County Solid Waste Manager, or his designated representative.

An adequate stock of monitoring supplies and equipment for sampling will be maintained by the County's consultant and at the site. Monitoring supplies and equipment will be stored in a cool temperature environment that will not come into contact with rain or direct sunlight. Sampling personnel will be available to collect samples in accordance with the sampling schedule. Supplies maintained at the facility will include, but are not limited to: clean powder-free nitrile gloves; sample collection equipment; coolers; appropriate number and volume of sample containers; identification labels; re-sealable storage bags; paper towels; personal rain gear; ice; and Sampling Log Forms and Chain of Custody (CoC) forms, which are provided in Appendix G and H, respectively.

### 6.6.4  ANALYTICAL CONSTITUENTS

Table 6.5 identifies the constituents identified for sampling and analysis.

**Table 6.5      Analytical Constituents**

| Constituent | Reason |
| --- | --- |
| pH | Basic required constituent, WDR (semiannual) |
| Oil and grease | Basic required constituent |
| Total Suspended Solids | Basic required constituent |
| Iron (Fe) | SIC Code constituent |
| Temperature | WDR, semiannual |
| Electrical Conductivity | WDR, semiannual |
| Turbidity | WDR, semiannual |
| Total Dissolved Solids | WDR, semiannual |
| Carbonate | WDR, semiannual |
| Bicarbonate | WDR, semiannual |
| Chloride | WDR, semiannual |
| Nitrate as nitrogen | WDR, semiannual |
| Sulfate | WDR, semiannual |
| Calcium | WDR, semiannual |
| Magnesium | WDR, semiannual |
| Potassium | WDR, semiannual |
| Sodium | WDR, semiannual |

**Table 6.5        Analytical Constituents**

| Constituent | Reason |
|---|---|
| Volatile Organic Compounds | WDR, semiannual |
| Total Organic Carbon | WDR, 5-Year COC |
| Inorganics (dissolved) | WDR, 5-Year COC |
| Volatile Organic Compounds (extended list) | WDR, 5-Year COC |
| Semivolatile Organic Compounds | WDR, 5-Year COC |
| Chlorophenoxy Herbicides | WDR, 5-Year COC |
| Organophosphorus Compounds | WDR, 5-Year COC |
| NA | TMDL/303(d) list constituent |
| NA | Subchapter N constituent |

## 6.6.5  SAMPLE COLLECTION

Samples of discharge will be collected at the designated sampling location shown on the Site Map(s) in Attachment 1. Samples from the discharge location will be collected within four (4) hours of:

- The start of the discharge; or
- The start of facility operations if the QSE occurs within the previous 12 hour period.

Sample collection is required during scheduled facility operating hours and when sampling conditions are safe.

Grab samples will be collected and preserved in accordance with the methods identified in Table 6.6, "Sample Collection, Preservation and Analysis for Water Quality Samples" provided in Section 6.6.6.   Only team members properly trained in water quality sampling will collect samples.

The facility not subject to Subchapter N ELGs mandating pH analysis and has not entered Level 1 Status for pH. Grab samples will be collected and analyzed for pH using litmus paper. The General Permit (Section XI.C.2) requires Dischargers subject to Subchapter N ELGs or ERA Level 1 requirements to use calibrated portable pH instruments. Dischargers not subject to these requirements can use wide range litmus paper or other equivalent pH test kits. If portable pH meters are used, a copy of the owner's manual describing instrument calibration requirements and manufacturer information will be included in Appendix I Field Meter Owner's Manual.] The pH analysis will be performed as soon as practicable, but no later than 15 minutes after sample collection.

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-9

Samples from different discharge locations will not be combined or composited prior to shipment to the analytical laboratory. Sample collection and handling requirements are described in Section 6.8.

## 6.6.6  SAMPLE ANALYSIS

Samples will be analyzed using the analytical methods identified in the Table 6.6.

Samples will be analyzed by the contract laboratory provided by the County's environmental consultant (SCS Engineers). The contract laboratory shall be accredited by the California Environmental Laboratory Accreditation Program.

Project No. 70525-01
June 24, 2015

102

**Table 6.6**      Sample Collection, Preservation and Analysis for Water Quality Samples

| Constituent | Analytical Method | Minimum Sample Volume | Sample Containers | Sample Preservation |
|---|---|---|---|---|
| **IGP Required Constituents** | | | | |
| pH | Field test with litmus paper or with calibrated instrument | 200 mL | Polypropylene | none |
| Oil and grease | EPA 1664 | 500 mL | Polypropylene | H2SO4 |
| Total Suspended Solids | SM 2540D | 250 mL | Polypropylene | none |
| **SIC Code Required Constituents** | | | | |
| Iron (Fe) | EPA 6010 (dissolved) | 250 mL | Polypropylene | none |
| **WDR Required Constituents** | | | | |
| Turbidity | EPA 0180.1 and/or field test with calibrated portable instrument | 250 mL | Polypropylene | none |
| Total Dissolved Solids | SM 2540C or EPA 160 | 250 mL | Polypropylene | none |
| Carbonate | EPA 2320B or EPA 300 | 250 mL | Polypropylene | none |
| Bicarbonate | EPA 2320B or EPA 300 | 250 mL | Polypropylene | none |
| Chloride | EPA 300 | 250 mL | Polypropylene | none |
| Nitrate as nitrogen | EPA 300 | 250 mL | Polypropylene | none |
| Sulfate | EPA 300 | 250 mL | Polypropylene | none |
| Calcium | EPA 300 | 250 mL | Polypropylene | none |
| Magnesium | EPA 300 | 250 mL | Polypropylene | none |
| Potassium | EPA 300 | 250 mL | Polypropylene | none |
| Sodium | EPA 300 | 250 mL | Polypropylene | none |
| VOCs | EPA 8260B | 3 x 40 mL | VOA | HCL |

Project No. 70525-01
June 24, 2015

**Table 6.6    Sample Collection, Preservation and Analysis for Water Quality Samples**

| Constituent | Analytical Method | Minimum Sample Volume | Sample Containers | Sample Preservation |
|---|---|---|---|---|
| **WDR 5-year constituents of concern** | | | | |
| Total Organic Carbon | EPA 415.3 | 250 mL | Polypropylene | H2SO4 |
| Inorganics (dissolved) | EPA 6010/7470A | 250 mL | Polypropylene | none |
| VOCs (extended list) | EPA 8260B | 3 x 40 mL | VOA | HCL |
| Semivolatile Organic Compounds | EPA 8270 | 1 L | Amber glass bottle | None |
| Chlorophenoxy Herbicides | EPA 8151 | 1 L | Amber glass bottle | None |
| Organophosphorus Compounds | EPA 8141 | 1 L | Amber glass bottle | None |

Notes:
EPA   =   Environmental Protection Agency
mL    =   milliliter
L     =   liter
SM    =   Standard Method
VOCs =   volatile organic compounds

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-12

### 6.6.7 DATA EVALUATION AND REPORTING

The designated member of the Pollution Prevention Team will complete an evaluation of the water quality sample analytical results.

All sampling and analytical results for all individual samples will be submitted via SMARTS within 30 days of obtaining all results for each sampling event.

The method detection limit will be provided when an analytical result from samples taken is reported by the laboratory as a "non-detect" or less than the method detection limit (MDL). A value of zero will not be reported.

Analytical results that are reported by the laboratory as below the minimum level (often referred to as the reporting limit) but above the method detection limit will be provided.

Reported analytical results will be averaged automatically by SMARTS at the end of the reporting year. For any calculations required by the General Permit a value of zero shall be used, all discharge sampling analytical results that are reported by the laboratory as "non-detect" or less than the MDL.

### 6.7 TRAINING OF SAMPLING PERSONNEL

Sampling personnel will be trained to collect, maintain, and ship samples in accordance with the General Permit and this SWPPP. Training records of designated sampling personnel are provided in File Category 10.

The stormwater sampler(s) and alternate(s) have received the following stormwater sampling training:

| Name | Training |
|---|---|
| SCS Engineers | Professional Environmental Consultants |
| Bill Mannel | In house training conducted by the County's Environmental Consultant |
| Doug Upton | In house training conducted by the County's Environmental Consultant |

The stormwater sampler(s) and alternates have the following stormwater sampling experience:

| Name | Experience |
|---|---|
| Bill Mannel | 10 years, periodic sampling at the NRRWF |
| Doug Upton | 11 years, periodic sampling at the NRRWF |

## 6.8    SAMPLE COLLECTION AND HANDLING

### 6.8.1  SAMPLE COLLECTION

Samples will be collected at the designated sampling locations shown on the Site Map(s) and listed in the preceding sections. Samples will be collected, maintained and shipped in accordance with the requirements in the following sections.

Grab samples will be collected and preserved in accordance with the methods identified in preceding sections.

To maintain sample integrity and prevent cross-contamination, sample collection personnel will follow the protocols below.

- Collect samples (for laboratory analysis) only in analytical laboratory-provided sample containers;
- Wear clean, powder-free nitrile gloves when collecting samples;
- Change gloves whenever something not known to be clean has been touched;
- Change gloves between sites;
- Decontaminate all equipment (e.g. bucket, tubing) prior to sample collection using a trisodium phosphate water wash, distilled water rinse, and final rinse with distilled water. (Dispose of wash and rinse water appropriately, i.e., do not discharge to storm drain or receiving water). Do not decontaminate laboratory provided sample containers;
- Do not smoke during sampling events;
- Never sample near a running vehicle;
- Do not park vehicles in the immediate sample collection area (even non-running vehicles);
- Do not eat or drink during sample collection; and
- Do not breathe, sneeze, or cough in the direction of an open sample container.
- The most important aspect of grab sampling is to collect a sample that represents the entire runoff stream.  Typically, samples are collected by dipping the collection container in the runoff flow paths and streams as noted below.
- For small streams and flow paths, simply dip the bottle facing upstream until full.
- For larger stream that can be safely accessed, collect a sample in the middle of the flow stream by directly dipping the mouth of the bottle.  Once again making sure that the opening of the bottle is facing upstream as to avoid any contamination by the sampler.
- For larger streams that cannot be safely waded, pole-samplers may be needed to safely access the representative flow.

- Avoid collecting samples from ponded, sluggish or stagnant water.
- Avoid collecting samples directly downstream from a bridge as the samples can be affected by the bridge structure or runoff from the road surface.
- Do not stand upstream of the sampling point within the flow path.

Note, that depending upon the specific analytical test, some containers may contain preservatives. These containers should **never** be dipped into the stream, but filled indirectly from the collection container.

### 6.8.2  SAMPLE HANDLING

Field pH measurements must be conducted immediately.  Do not store pH samples for later measurement.

Samples for laboratory analysis must be handled as follows.   Immediately following sample collection:

- Cap sample containers;
- Complete sample container labels;
- Sealed containers in a re-sealable storage bag;
- Place sample containers into an ice-chilled cooler;
- Document sample information on the Sampling Log; and
- Complete the CoC.

All samples for laboratory analysis must be maintained between 0-6 degrees Celsius during delivery to the laboratory. Samples must be kept on ice, or refrigerated, from sample collection through delivery to the laboratory. Place samples to be shipped inside coolers with ice.  Make sure the sample bottles are well packaged to prevent breakage and secure cooler lids with packaging tape.

Ship samples that will be laboratory analyzed to the analytical laboratory right away. Hold times are measured from the time the sample is collected to the time the sample is analyzed. The General Permit requires that samples be received by the analytical laboratory within 48 hours of the physical sampling (unless required sooner by the analytical laboratory).

### 6.8.3  SAMPLE DOCUMENTATION PROCEDURES

All original data documented on sample bottle identification labels, Sampling Log, and CoCs will be recorded using waterproof ink. If an error is made on a document, sampling personnel will make corrections by lining through the error and entering the correct information. The erroneous information will not be obliterated. All corrections will be initialed and dated.

Duplicate samples will be identified consistent with the numbering system for other samples to prevent the laboratory from identifying duplicate samples. Duplicate samples will be identified in the Sampling Log.

Sample documentation procedures include the following:

<u>Sample Bottle Identification Labels:</u> Sampling personnel will attach an identification label to each sample bottle. Sample identification will uniquely identify each sample location.

<u>Field Log Sheets:</u> Sampling personnel will complete the Sampling Log for each sampling event.

<u>Chain of Custody:</u> Sampling personnel will complete the CoC for each sampling event for which samples are collected for laboratory analysis. The sampler will sign the CoC when the sample(s) is turned over to the testing laboratory or courier.

## 6.9    QUALITY ASSURANCE AND QUALITY CONTROL

An effective Quality Assurance and Quality Control (QA/QC) plan will be implemented as part of the MIP to ensure that analytical data can be used with confidence. QA/QC procedures to be initiated include the following:

- Field logs;
- Clean sampling techniques;
- CoCs;
- QA/QC Samples; and
- Data verification.

Each of these procedures is discussed in more detail in the following sections.

### 6.9.1   FIELD LOGS

The purpose of field logs is to record sampling information and field observations during monitoring that may explain any uncharacteristic analytical results. Sampling information to be included in the field log include the date and time of water quality sample collection, sampling personnel, sample container identification numbers, and types of samples that were collected. Field observations should be noted in the field log for any abnormalities at the sampling location (color, odor, BMPs, etc.). Field measurements for pH and turbidity should also be recorded in the Sampling Log. A Sampling Event Visual Observations Form and Sampling Log are provided in Appendix F and G, respectively. Sampling Event Visual Observation Logs will be retained in File Category 70 and Sampling Logs will be retained in File Category 80

### 6.9.2  CLEAN SAMPLING TECHNIQUES

Clean sampling techniques involve the use of certified clean containers for sample collection and clean powder-free nitrile gloves during sample collection and handling. As discussed in Section 6.8, adoption of a clean sampling approach will minimize the chance of field contamination and questionable data results.

### 6.9.3  CHAIN OF CUSTODY

The sample CoC is an important documentation step that tracks samples from collection through analysis to ensure the validity of the sample.  Sample CoC procedures include the following:

- Proper labeling of samples;
- Use of CoC forms for all samples; and
- Prompt sample delivery to the analytical laboratory.

Analytical laboratories usually provide CoC forms to be filled out for sample containers. An example CoC is included in Appendix H.

### 6.9.4  QA/QC SAMPLES

QA/QC samples provide an indication of the accuracy and precision of the sample collection; sample handling; field measurements; and analytical laboratory methods.  No QA/CC sample will be conducted because only one discharge sample is required at the NRRWF. The following types of QA/QC may be conducted as deemed appropriate by the environmental consultant, LRP, or duly authorized representative:

- Field Duplicates at a frequency of 5 percent or 1 duplicate per minimum sampling event
- Equipment Blanks at a frequency of 5 percent (Only needed if equipment used to collect samples could add the pollutants to sample)
- Field Blanks at a frequency of 1 per cooler (Only required for VOCs by EPA Method 8260B)
- Travel Blanks at a frequency of 1 per cooler (Only required for VOCs by EPA Method 8260B)

#### 6.9.4.1    Field Duplicates

Field duplicates provide verification of laboratory or field analysis and sample collection. Duplicate samples will be collected, handled, and analyzed using the same protocols as primary samples. The sample location where field duplicates are collected will be randomly selected from the discharge locations.  Duplicate samples will be collected immediately after the primary sample has been collected.  Duplicate samples must be collected in the same manner and as close in time as possible to the original sample. Duplicate samples will not influence any evaluations or conclusion.

### 6.9.4.2   Equipment Blanks

Equipment blanks provide verification that equipment has not introduced a pollutant into the sample.  Equipment blanks are typically collected when:

- New equipment is used;
- Equipment that has been cleaned after use at a contaminated site;
- Equipment that is not dedicated for surface water sampling is used; or
- Whenever a new lot of filters is used when sampling metals.

### 6.9.4.3   Field Blanks

Field blanks assess potential sample contamination levels that occur during field sampling activities.  De-ionized water field blanks are taken to the field, transferred to the appropriate container, and treated the same as the corresponding sample type during the course of a sampling event.

### 6.9.4.4   Travel Blanks

Travel blanks assess the potential for cross-contamination of volatile constituents between sample containers during shipment from the field to the laboratory.  De-ionized water blanks are taken along for the trip and held unopened in the same cooler with the VOC samples.

### *6.9.5   DATA VERIFICATION*

After results are received from the analytical laboratory, the discharger will verify the data to ensure that it is complete, accurate, and the appropriate QA/QC requirements were met.  Data must be verified as soon as the data reports are received.  Data verification will include:

- Check the CoC and laboratory reports. *Make sure all requested analyses were performed and all samples are accounted for in the reports.*
- Check laboratory reports to make sure hold times were met and that the reporting levels meet or are lower than the reporting levels agreed to in the contract.
- Check data for outlier values and follow up with the laboratory. *Occasionally typographical errors, unit reporting errors, or incomplete results are reported and should be easily detected.  These errors need to be identified, clarified, and corrected quickly by the laboratory.  Especially note data that is an order of magnitude or more different than similar locations, or is inconsistent with previous data from the same location.*
- Check laboratory QA/QC results. *EPA establishes QA/QC checks and acceptable criteria for laboratory analyses.  These data are typically reported along with the sample results.  Evaluate the reported QA/QC data to check for contamination (method, field, and equipment blanks), precision (laboratory matrix spike duplicates),*

*and accuracy (matrix spikes and laboratory control samples). When QA/QC checks are outside acceptable ranges, the laboratory must flag the data, and usually provides an explanation of the potential impact to the sample results.*

- Check the data set for outlier values and accordingly, confirm results and re-analyze samples where appropriate. *Sample re-analysis should only be undertaken when it appears that some part of the QA/QC resulted in a value out of the accepted range. Sample results may not be discounted unless the analytical laboratory identifies the required QA/QC criteria were not met and confirms this in writing.*

Field data including pH measurements and visual observations must be verified as soon as the Visual Observation and Sampling Logs are received, typically at the end of the monitoring event. Field data verification will include:

- Check logs to make sure all required measurements were completed and appropriately documented;
- Check reported values that appear out of the typical range or inconsistent; *Follow-up immediately to identify potential reporting or equipment problems, if appropriate, recalibrate equipment after sampling;*
- Verify equipment calibrations;
- Review observations noted on the logs; and
- Review notations of any errors and actions taken to correct the equipment or recording errors.

### 6.9.6   RECORDS RETENTION

Records of stormwater monitoring information and copies of reports (including Annual Reports) must be retained for a period of at least five (5) years from date of submittal or longer if required by the Regional Water Board.

Results of visual observations, field measurements, and laboratory analyses must be kept in the SWPPP along with CoCs, and other documentation related to the monitoring.

Records to be retained include:

- The date, place, and time of inspections, sampling, visual observations, and/or measurements, including precipitation;
- The individual(s) who performed the inspections, sampling, visual observation, and/or field measurements;
- The date and approximate time of field measurements and laboratory analyses;
- The individual(s) who performed the laboratory analyses;
- A summary of all analytical results, the method detection limits and reporting limits, and the analytical techniques or methods used;

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 6-19

- Weather reports;

- QA/QC records and results;

- Calibration records;

- Visual observation and sample collection exception records; and

- The records of any corrective actions and follow-up activities that resulted from analytical results, visual observations, or inspections.

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 79 of 410

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California
Page 7-1

# 7 REFERENCES

Butte County. *Injury and Illness Prevention Program and Safety Manual*, (Resolution No. 91-77)

Butte County, 2014. *Spill Prevention Control and Countermeasure Plan*, October 30.

CalTrans, 2003. *CalTrans Storm Water Quality Handbooks SWPPP/WPCP Preparation Manual.* February 1. Available online at:
www.dot.ca.gov/hq/construc/stormwater/manuals.htm

CASQA 2014, *Stormwater BMP Handbook Portal: Industrial Commercial*, August. Available online at: www.casqa.org

Harwood, Helley, Doukas, 1981. *Geologic Map of the Chico Monocline and Northeastern Part of the Sacramento Valley, California.*

Regional Water Quality Control Board, 2011. *Waste Discharge Requirements for Butte County Neal Road Class III Municipal Solid Waste Landfill and Class II Surface Impoundments, Butte county, Order No. R5-2011-049.*

SCS, 2015. Engineers *First Quarter 2015 Monitoring Report, Neal Road Recycling and Waste Facility, Butte County, California.* April 30.

State Water Resource Control Board (SWRCB), 1998. *The Water Quality Control Plan (Basin Plan) for the Sacramento River and San Joaquin River Basins, Fourth Edition, Revised October 2011 (with approved amendments).* September 15.

SWRCB, 2014. *Order 2014-0057-DWQ, NPDES General Permit No. CAS000001: National Pollutant Discharges Elimination System (NPDES) California General Permit for Storm Water Discharge Associated with Industrial Activities.* Available online at:
www.waterboards.ca.gov/water_issues/programs/stormwater/industrial.shtml.

# Attachment 1: Site Map(s)

SITE LOCATION

| | |
|---|---|
| **HK HOLDREGE & KULL**<br>CONSULTING ENGINEERS · GEOLOGISTS<br>8 SEVILLE COURT, STE 100<br>CHICO, CA  95928<br>( 530)  894-2487 FAX 894-2437 | **SITE LOCATION MAP**<br>**NEAL ROAD RECYCLING & WASTE FACILITY**<br>**1023 NEAL ROAD**<br>**PARADIS, BUTTE COUNTY, CALIFORNIA** |

| PROJ NO.: 70525-01 |
|---|
| DATE: JUNE,2015 |
| FIGURE NO.:   **1** |



PUBLIC WORKS
COUNTY OF BUTTE

SCALE IN FEET
0    100    200    400

36-IN. CMP OVERS
DRAINAGE

10,000 GAL DUST
CONTROL WATER
STORAGE TANK

OVERSIDE DRAIN
STILLING BASIN

INTERCEPTOR
DITCH

GRASSY SWALE

STORM WATER
BASIN NO. 2        SB-2
EST VOL 3.5-MG
(TEMP)

APPROXIMATE
STOCKPILE
BERM LOC.

4-IN PUMP
TEMP USAGE

STORM WATER
DITCH

MOD 4 LEACHATE
PUMP STATION

210

220  230

INTERCEPTOR
DITCH

MW-11

GRASSY SWALE

COVER SOIL
STOCKPILE

GRASSY SWALE

ABOVE GRADE HDPE
LCRS PIPE

MW-7

-443-

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

# Attachment 2:      *Permit Registration Documents*

Permit Registration Documents included in this Attachment

| Y/N | Permit Registration Document |
|-----|------------------------------|
| Y | Notice of Intent |
| Y | SWPPP Certification |
| Y | Copy of Annual Fee Receipt |
| Y | Site Map(s), see Attachment 1 |

*HOLDREGE & KULL*





State Water Resources Control Board
## NOTICE OF INTENT
GENERAL PERMIT TO DISCHARGE STORM WATER
ASSOCIATED WITH INDUSTRIAL ACTIVITIES (WQ ORDER No. 2014-0057-DWQ)
(Excluding Construction Activities)



EDMUND G. BROWN JR.
GOVERNOR

MATTHEW RODRIGUEZ
SECRETARY FOR
ENVIRONMENTAL PROTECTION

| WDID: | 5R04I000249 | | Status: | Active |
|---|---|---|---|---|

### Operator Information

Type: County Agency

| | | | | |
|---|---|---|---|---|
| Name: | Butte County | | Contact Name: | Mike Crump |
| Address: | 7 County Center Drive | | Title: | |
| Address 2: | | | Phone #: | 530-538-7681 |
| City/State/Zip: | Oroville CA 95965 | | Email: | mcrump@buttecounty.net |
| Federal Tax ID: | | | | |

### Facility Information

Level:

| | | | | |
|---|---|---|---|---|
| Site Name: | Neal Road Recycling and Waste Facility Class III La | | Contact Name: | Bill Mannel |
| Address: | 1023 NEAL RD | | Title: | |
| City/State/Zip: | Chico CA 95969 | | Site Phone #: | 530-879-2350 |
| County: | Butte | | Email: | bmannel@buttecounty.net |
| Latitude: | 39.665669 | Longitude: -121.745442 | Emergency: | 530-693-0131 |

Total Site Size: 190 Acres     Percent of Site Impervious (including rooftops):   %

Industrial Area exposed to Storm Water: 140 Acres

### SIC Code(s)

Primary SIC: 4953        Refuse Systems

Secondary SIC:

Tertiary SIC:

### Additional Information

Receiving Water: Butte Creek                                Water Flow:  Indirectly

Storm drain system:

Compliance Group:

RWQCB Jurisdiction:  Region 5R - Redding

Phone: 530-224-4845                        Email:  r5r_stormwater@waterboards.ca.gov

### Certification

Name  Mike Crump                        Date:  May 21, 2015

Title:  Director of Public Works

**Attachments Meta Data Information:**

| Attachment ID | File Name | File Description | File Hash | File Size | Date Attached | Attachment Type |
|---|---|---|---|---|---|---|
| 217353 | NealRoadLandfill.pdf | Sampling Narrative explaining high TSS and Turbidity for Neal Road Landfill 5R04I000249 | | 14039 | 2007-06-29 10:15:24.0 | Binary Large Object |
| 1055662 | Reporting Benchmark Exceedance | | | 58926 | 2011-07-14 11:40:46.0 | Supporting Documentation |
| 1063135 | Form 1 (Stormwater Sampling) | | | 219129 | 2011-08-18 14:52:59.0 | Supporting Documentation |
| 1063157 | Lab Sheets | | | 2623240 | 2011-08-18 15:17:06.0 | Laboratory Results |
| 1063175 | Form 3 (Quarterly NSWD monitoring) | | | 193865 | 2011-08-18 15:23:05.0 | Supporting Documentation |
| 1063188 | Form 4(Monthly Wet Season Monitoring) | | | 685467 | 2011-08-18 15:29:11.0 | Supporting Documentation |
| 1100539 | Correction to Report of Storm Water Discharge | | 5bfacb70f31e3bfc5 81bd1f9f05dc8545 db3dd82cf2dafc5a9 5e27a68c0f2ea | 44925 | 2012-03-29 13:02:03.0 | Cover/Explanation Letter |
| 1296927 | COR zip | | c240863bbcbffdb6b 22454858d8a3dc0 71ff467f9f2898c60 b19874dded7f8e | 205583 | 2014-08-06 15:59:29.0 | Report COR |
| 1296926 | | | | 239282 | 2014-08-06 15:59:27.0 | Submitted Report PDF |



The Notice of Intent (NOI) is organized into different tabs. Please complete all applicable tabs before submitting the form. If you want to complete the NOI at a later time, please click on "Save & Exit".

| | | | | | | |
|---|---|---|---|---|---|---|
| WDID: | 5R04X00249 | Operator: | Butte County | Status: | Active | Processed Date: 03/06/1992 |
| | | | 7 County Center Drive Oroville CA 95965 | Certified Date: | 05/21/2015 | NOT Effective Date: |
| Permit Type: | Industrial | Facility: | Neal Road Recycling and Waste Facility Class III Landfill | | | |
| | | | 1023 NEAL RD Chico CA 95669 | | | |

Operator Info | Facility Info | Addl. Facility Info | Billing Info | Attachments | Certification | Requirements | Inspections | Print | Status History | Linked Users

Billing Information | Same as Operator | Same as Facility | Clear Billing Info | If different, enter below. | Bill Month: January | Bill Hold:

| | | | |
|---|---|---|---|
| Billing Name: | Butte County | Contact First Name: | Bill |
| Street Address: | 7 County Center Dr | Contact Last Name: | Mannel |
| Address Line 2: | | Title: | |
| City/State/Zip: | Oroville  CA ▼ 95965 | Phone: | 530-877-2777  *Ext: (999-999-9999) |
| | | E-mail: | bmannel@buttecounty.net  *(abc@xyz.com) |

Save & Exit | Save & Continue

Fields marked with * are mandatory fields.

SWRCB Tax ID: 68-0281966
The following are the Invoices and Payments associated with this NOI.

Invoices:

For a copy of the original invoice please email fee_branch@waterboards.ca.gov or call (916) 341-5247

| Invoice No | Invoice Date | Fiscal Year | Invoice Amount | Original Invoice Amount | Invoice Status | Status Date | Prepare Form-X |
|---|---|---|---|---|---|---|---|
| SW00097598 | 01/06/2015 | 2014 | $1,632.00 | $1,632.00 | Done - Paid | 02/17/2015 | |
| SW0072660 | 01/06/2014 | 2013 | $1,791.00 | $1,791.00 | Done - Paid | 02/19/2014 | |
| SW0056691 | 01/09/2013 | 2012 | $1,559.00 | $1,559.00 | Done - Paid | 02/12/2013 | |
| SW0044590 | 01/04/2012 | 2011 | $1,369.00 | $1,369.00 | Done - Paid | 02/17/2012 | |
| SW0030216 | 01/12/2011 | 2010 | $1,008.00 | $1,008.00 | Done - Paid | 03/02/2011 | |
| SW0012359 | 01/13/2010 | 2009 | $1,008.00 | $1,008.00 | Done - Paid | 03/04/2010 | |
| SW0223325 | 01/21/2009 | 2008 | $1,008.00 | $1,008.00 | Done - Paid | 03/03/2009 | |
| SW0722366 | 01/23/2008 | 2007 | $830.00 | $830.00 | Done - Paid | 02/23/2008 | |
| SW0620034 | 01/11/2007 | 2006 | $830.00 | $830.00 | Done - Paid | 02/02/2007 | |
| SW0510649 | 01/10/2006 | 2005 | $718.00 | $718.00 | Completed | 01/10/2006 | |
| SW0410524 | 01/07/2005 | 2004 | $830.00 | $830.00 | Done - Paid | 02/02/2005 | |
| SW0314065 | 01/09/2004 | 2003 | $830.00 | $830.00 | Done - Paid | 02/03/2004 | |

# 1  SWPPP APPROVAL AND CERTIFICATION

Facility Name:  Neal Road Recycling & Waste Facility

Waste Discharge Identification (WDID):  5R04I0000249

## 1.1    LEGALLY RESPONSIBLE PERSON CERTIFICATION

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system or those persons directly responsible for gathering the information, to the best of my knowledge and belief, the information submitted is, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

MIKE CRUMP
Legally Responsible Person

_____          6-29-15
Signature of Duly Authorized Representative of          Date
Legally Responsible Person

BILL MANNEL          530 - 879 - 2350
Name of Duly Authorized Representative of Legally          Telephone Number
Responsible Person

## 1.2    AMENDMENT LOG

The certified SWPPP amendments are listed on the Amendment Log presented in this section.

**Water Boards  Storm Water Multiple Application & Report Tracking System**

Help    Logout

You are logged-in as: **Bill Mannel - Butte County Public Works.**
If this account does not belong to you, please log out.

Navigate To:

## NOTICE OF INTENT - Requirements

The Notice of Intent (NOI) is organized into different tabs. Please complete all applicable tabs before submitting the form. If you want to complete the NOI at a later time, please click on "Save & Exit".

| | | | | | | |
|---|---|---|---|---|---|---|
| **WDID:** | 5R04I000249 | **Operator:** | Butte County | **Status:** | Active | **Processed Date:** 03/06/1992 |
| | | | 7 County Center Drive Oroville CA 95965 | **Certified Date:** | 05/21/2015 | **NOT Effective Date:** |
| **Permit Type:** | Industrial | **Facility:** | Neal Road Recycling and Waste Facility Class III Landfill | | | |
| | | | 1023 NEAL RD Chico CA 95969 | | | |

Operator Info    Facility Info    Addl. Facility Info    Billing Info    Attachments    Certification    Requirements    Inspections    Print    Status History

Linked Users

| General Requirements | | |
|---|---|---|
| Parameter | Units | Requirement Type |
| Total Suspended Solids (TSS) | mg/L | Gen |
| pH | SU | Gen |
| Oil and Grease | mg/L | Gen |
| Electrical Conductivity @ 25 Deg. C | umhos/cm | Gen |
| Lead, Total | mg/L | Sic |
| Silver, Total | mg/L | Sic |
| Selenium, Total | mg/L | Sic |
| Iron, Total | mg/L | Sic |
| Chemical Oxygen Demand (COD) | mg/L | Sic |
| Cyanide, Total (as CN) | mg/L | Sic |
| Magnesium, Total | mg/L | Sic |
| Ammonia, Total (as N) | mg/L | Sic |
| Arsenic, Total | mg/L | Sic |
| Mercury, Total | mg/L | Sic |

Save & Exit    Save & Continue

Fields marked with * are mandatory fields.

© 2015 State of California. Conditions of Use    Privacy Policy

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

*Attachment 3: Authorization of Responsible Parties*



**Department of Public Works**

Mike Crump, Director
Shawn H. O'Brien, Assistant Director

7 County Center Drive
Oroville, California 95965

T: 530.538.7681
F: 530.538.7171

buttecounty.net/publicworks

June 23, 2015

As the Legally Responsible Person for the **Neal Road Recycling and Waste Facility, WDID 5R041000249**, I have authorized <u>Bill Mannel</u>, Manager of the Waste Management Division, as a Duly Authorized Representative for the facility. As Manager of the facility and the Duly Authorized Representative, he has the responsibility of overall operation of the regulated facility.

Mike Crump, Director

LMR, WDID 5R041000249

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

## *Attachment 4:      Run On Calculations*

**Table F-1. Estimate of Runon Flow**
**Neal Road Recycling & Waste Facility**

| East Side | | | | North Side |
|---|---|---|---|---|
| Area (ft$^2$) | | | 485227.9 | Area (ft$^2$) |
| Area (acres) | | | 11.1 | Area (acres) |
| 10 yr - 24 hr Rainfall Intensity (i) (inches/24-hour) | | | 4.55 | 10 yr - 24 hr Rain |
| 10 yr - 24 hr Rainfall Intensity (i) (inches/hour) | | | 0.19 | 10 yr - 24 hr Rain |
| 10 yr - 24 hr Rainfall Intensity (i) (feet/second) | | | 4.39E-06 | 10 yr - 24 hr Rain |
| Slope percent | | | 8% | Slope percent |
| USDA NRCS Hydrologic Soil Type | | | D | USDA NRCS Hyd |
| Caltrans runon Coefficient (C) | | | | Caltrans runon C |
| Rolling terrain sloped toward site | Relief | Normal | 0.17 | Rolling terrain slo |
| Very Cobbly Loam | Soil Infiltration | Extreme | 0.14 | Very Cobbly Loan |
| Poor natural cover, grassland | Vegetative Cover | High | 0.10 | Fair to good, abo |
| Negligible surface depression few an shallow | Surface Storage | Extreme | 0.11 | Negligible surface |
| | | C = | **0.52** | |

**10 year - 24 hour storm event**

| | | | | **10 year - 24 hou** |
|---|---|---|---|---|
| Discharge (q) (ft$^3$/s) = CiA | | | **1.1** | Discharge (q) (ft$^3$/ |
| Discharge (q) (ft$^3$/d) = CiA | | | **95671** | Discharge (q) (ft$^3$, |

**100 year - 24 hour storm event**

| | | | | **100 year - 24 hou** |
|---|---|---|---|---|
| 100 yr - 24 hr Rainfall Intensity (i) (inches/24-hour) | | | 6.73 | 100 yr - 24 hr Rai |
| 100 yr - 24 hr Rainfall Intensity (i) (in/hr) | | | 0.28 | 100 yr - 24 hr Rai |
| 100 yr - 24 hr Rainfall Intensity (i) (ft/s) | | | 6.49E-06 | 100 yr - 24 hr Rai |
| Discharge (q) (ft$^3$/s) = CiA | | | **1.6** | Discharge (q) (ft$^3$, |
| Discharge (q) (ft$^3$/day) = CiA | | | **141509** | Discharge (q) (ft$^3$, |

| | | | | Total 10 yr - 24 h |
| | | | | Total 10 yr - 24 h |
| | | | | Total 10 yr - 24 h |

**South Side**

| | | | | Total 100 yr - 24 |
|---|---|---|---|---|
| Area (ft$^2$) | | | 589257.6 | Total 100 yr - 24 |
| Area (acres) | | | 13.5 | Total 100 yr - 24 |
| 10 yr - 24 hr Rainfall Intensity (i) (inches/24-hour) | | | 4.55 | |
| 10 yr - 24 hr Rainfall Intensity (i) (inches/hour) | | | 0.19 | Notes: |
| 10 yr - 24 hr Rainfall Intensity (i) (feet/second) | | | 4.39E-06 | [a] H&K used the R |
| Slope percent | | | 55% | [b] Runoff coefficie |
| USDA NRCS Hydrologic Soil Type | | | D | Watershed T |
| Caltrans runon Coefficient (C) | | | | dated March |
| Steep, Rugged Terrain with average slopes above 30% | Relief | Extreme | 0.32 | [c] Rainfall intensity |
| Gravely clay loam | Soil Infiltration | High | 0.10 | http://hdsc.n |
| Poor natural cover, grassland | Vegetative Cover | Low | 0.05 | Input paramε |
| Negligible surface depression few an shallow | Surface Storage | Extreme | 0.11 | [d] Hydrologic soil t |
| | | C = | **0.58** | May 23, 201 |

**10 year - 24 hour storm event**

| | | | | Documentatic |
|---|---|---|---|---|
| Discharge (q) (ft$^3$/s) = CiA | | | **1.5** | Plumas Coun |
| Discharge (q) (ft$^3$/d) = CiA | | | **129588** | |

**100 year - 24 hour storm event**

| | | | | ft = feet |
|---|---|---|---|---|
| 100 yr - 24 hr Rainfall Intensity (i) (inches/24-hour) | | | 6.73 | ft$^2$ = square feet |
| 100 yr - 24 hr Rainfall Intensity (i) (in/hr) | | | 0.28 | ft$^3$ = cubic feet |
| 100 yr - 24 hr Rainfall Intensity (i) (ft/s) | | | 6.49E-06 | hr = hour |
| Discharge (q) (ft$^3$/s) = CiA | | | **2.2** | MG = million gallo |
| Discharge (q) (ft$^3$/day) = CiA | | | **191676** | |

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

**Attachment 5:**   *Custom Soil Resource Report for Butte Area, California, Parts of Butte and Plumas Counties, Neal Road Recycling & Waste Facility (USDA, May 23, 2015)*



**United States Department of Agriculture**

**NRCS**

Natural Resources Conservation Service

A product of the National Cooperative Soil Survey, a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local participants

# Custom Soil Resource Report for
# Butte Area, California, Parts of Butte and Plumas Counties

## Neal Road Recycling & Waste Facility



0 _____ 8,000 ft

May 23, 2015

# Preface

Soil surveys contain information that affects land use planning in survey areas. They highlight soil limitations that affect various land uses and provide information about the properties of the soils in the survey areas. Soil surveys are designed for many different users, including farmers, ranchers, foresters, agronomists, urban planners, community officials, engineers, developers, builders, and home buyers. Also, conservationists, teachers, students, and specialists in recreation, waste disposal, and pollution control can use the surveys to help them understand, protect, or enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. Soil surveys identify soil properties that are used in making various land use or land treatment decisions. The information is intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Although soil survey information can be used for general farm, local, and wider area planning, onsite investigation is needed to supplement this information in some cases. Examples include soil quality assessments (http://www.nrcs.usda.gov/wps/portal/nrcs/main/soils/health/) and certain conservation and engineering applications. For more detailed information, contact your local USDA Service Center (http://offices.sc.egov.usda.gov/locator/app?agency=nrcs) or your NRCS State Soil Scientist (http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/contactus/?cid=nrcs142p2_053951).

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

The National Cooperative Soil Survey is a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (NRCS) has leadership for the Federal part of the National Cooperative Soil Survey.

Information about soils is updated periodically. Updated information is available through the NRCS Web Soil Survey, the site for official soil survey information.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means

for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

# Contents

Preface.................................................................................2

How Soil Surveys Are Made.................................................5

Soil Map.............................................................................7

  Soil Map...........................................................................8

  Legend.............................................................................9

  Map Unit Legend.............................................................10

  Map Unit Descriptions.....................................................11

    Butte Area, California, Parts of Butte and Plumas Counties.........................13

      301—Wafap-Hamslough , 0 to 2 percent slopes.........................................13

      302—Redtough-Redswale , 0 to 2 percent slopes.....................................15

      418—Almendra loam, 0 to 1 percent slopes..............................................17

      614—Doemill-Jokerst , 0 to 3 percent slopes.............................................19

      615—Doemill-Jokerst , 3 to 8 percent slopes.............................................21

      616—Jokerst-Doemill-Typic Haploxeralfs , 8 to 15 percent slopes............23

      617—Jokerst-Doemill-Typic Haploxeralfs , 15 to 30 percent slopes...........25

      620—Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 3 to 8 percent slopes.........................................................28

      621—Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 8 to 15 percent slopes.........................................................30

      622—Xerorthents, shallow-Typic Haploxeralfs-Rock outcrop, cliffs complex, 15 to 30 percent slopes.........................................................33

      623—Xerorthents, shallow-Typic Haploxeralfs-Rock outcrop, cliffs complex, 30 to 50 percent slopes.........................................................35

      675—Clearhayes-Hamslough , 0 to 2 percent slopes.................................37

      676—Carhart-Anita taxadjunct , 0 to 12 percent slopes.............................39

      677—Tuscan-Fallager-Anita, gravelly duripan, , 0 to 3 percent slopes.......41

      679—Lucksev-Butteside-Carhart , 2 to 15 percent slopes.........................44

      680—Lucksev-Butteside , 15 to 35 percent slopes.....................................47

      998—Dumps, landfill.................................................................................49

  References.......................................................................50

  Glossary..........................................................................52

# How Soil Surveys Are Made

Soil surveys are made to provide information about the soils and miscellaneous areas in a specific area. They include a description of the soils and miscellaneous areas and their location on the landscape and tables that show soil properties and limitations affecting various uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They observed and described many soil profiles. A soil profile is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed or from the surface down to bedrock. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

Currently, soils are mapped according to the boundaries of major land resource areas (MLRAs). MLRAs are geographically associated land resource units that share common characteristics related to physiography, geology, climate, water resources, soils, biological resources, and land uses (USDA, 2006). Soil survey areas typically consist of parts of one or more MLRA.

The soils and miscellaneous areas in a survey area occur in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept, or model, of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil scientists classified and named the soils in the survey area, they compared the

individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

The objective of soil mapping is not to delineate pure map unit components; the objective is to separate the landscape into landforms or landform segments that have similar use and management requirements. Each map unit is defined by a unique combination of soil components and/or miscellaneous areas in predictable proportions. Some components may be highly contrasting to the other components of the map unit. The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The delineation of such landforms and landform segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, onsite investigation is needed to define and locate the soils and miscellaneous areas.

Soil scientists make many field observations in the process of producing a soil map. The frequency of observation is dependent upon several factors, including scale of mapping, intensity of mapping, design of map units, complexity of the landscape, and experience of the soil scientist. Observations are made to test and refine the soil-landscape model and predictions and to verify the classification of the soils at specific locations. Once the soil-landscape model is refined, a significantly smaller number of measurements of individual soil properties are made and recorded. These measurements may include field measurements, such as those for color, depth to bedrock, and texture, and laboratory measurements, such as those for content of sand, silt, clay, salt, and other components. Properties of each soil typically vary from one point to another across the landscape.

Observations for map unit components are aggregated to develop ranges of characteristics for the components. The aggregated values are presented. Direct measurements do not exist for every property presented for every map unit component. Values for some properties are estimated from combinations of other properties.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

# Soil Map

The soil map section includes the soil map for the defined area of interest, a list of soil map units on the map and extent of each map unit, and cartographic symbols displayed on the map. Also presented are various metadata about data used to produce the map, and a description of each soil map unit.

Custom Soil
S



Map Scale: 1:17,100 if printed on B landscape (17" x 11") sheet.

Meters
0    250    500    1000    1500

Feet
0    500    1000    2000    3000

Map projection: Web Mercator   Corner coordinates: WGS84   Edge tics: UTM Zone 10N WGS84

Custom Soil Resource Report

## MAP LEGEND

**Area of Interest (AOI)**

☐ Area of Interest (AOI)

**Soils**

☐ Soil Map Unit Polygons

〜 Soil Map Unit Lines

■ Soil Map Unit Points

**Special Point Features**

❂ Blowout

⊠ Borrow Pit

✳ Clay Spot

◇ Closed Depression

✂ Gravel Pit

⁘ Gravelly Spot

❂ Landfill

⋏ Lava Flow

⚓ Marsh or swamp

✾ Mine or Quarry

◉ Miscellaneous Water

◉ Perennial Water

✓ Rock Outcrop

✛ Saline Spot

⁞ Sandy Spot

⊟ Severely Eroded Spot

◈ Sinkhole

⟆ Slide or Slip

⬢ Sodic Spot

▤ Spoil Area

◊ Stony Spot

⊗ Very Stony Spot

♈ Wet Spot

△ Other

⊷ Special Line Features

**Water Features**

〜 Streams and Canals

**Transportation**

╫╫╫ Rails

〰 Interstate Highways

〜 US Routes

〜 Major Roads

〜 Local Roads

**Background**

▨ Aerial Photography

## MAP INFORM

The soil surveys that comprise your A

Please rely on the bar scale on each
measurements.

Source of Map:    Natural Resources
Web Soil Survey URL:   http://webso
Coordinate System:   Web Mercator

Maps from the Web Soil Survey are b
projection, which preserves direction a
distance and area. A projection that p
Albers equal-area conic projection, sh
calculations of distance or area are re

This product is generated from the US
the version date(s) listed below.

Soil Survey Area:    Butte Area, Califo
Plumas Counties
Survey Area Data:   Version 11, Sep

Soil map units are labeled (as space all
or larger.

Date(s) aerial images were photograp
2012

The orthophoto or other base map on
compiled and digitized differs
imagery displayed on these maps. As
of map unit boundaries may be eviden

9

Custom Soil Resource Report

# Map Unit Legend

| Butte Area, California, Parts of Butte and Plumas Counties (CA612) | | | |
|---|---|---|---|
| **Map Unit Symbol** | **Map Unit Name** | **Acres in AOI** | **Percent of AOI** |
| 301 | Wafap-Hamslough , 0 to 2 percent slopes | 213.9 | 6.3% |
| 302 | Redtough-Redswale , 0 to 2 percent slopes | 57.1 | 1.7% |
| 418 | Almendra loam, 0 to 1 percent slopes | 3.6 | 0.1% |
| 614 | Doemill-Jokerst , 0 to 3 percent slopes | 329.0 | 9.6% |
| 615 | Doemill-Jokerst , 3 to 8 percent slopes | 827.9 | 24.2% |
| 616 | Jokerst-Doemill-Typic Haploxeralfs , 8 to 15 percent slopes | 162.0 | 4.7% |
| 617 | Jokerst-Doemill-Typic Haploxeralfs , 15 to 30 percent slopes | 26.0 | 0.8% |
| 620 | Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 3 to 8 percent slopes | 153.5 | 4.5% |
| 621 | Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 8 to 15 percent slopes | 107.2 | 3.1% |
| 622 | Xerorthents, shallow-Typic Haploxeralfs-Rock outrcrop, cliffs complex, 15 to 30 percent slopes | 309.7 | 9.1% |
| 623 | Xerorthents, shallow-Typic Haploxeralfs-Rock outcrop, cliffs complex, 30 to 50 percent slopes | 106.2 | 3.1% |
| 675 | Clearhayes-Hamslough , 0 to 2 percent slopes | 164.9 | 4.8% |
| 676 | Carhart-Anita taxadjunct , 0 to 12 percent slopes | 232.1 | 6.8% |
| 677 | Tuscan-Fallager-Anita, gravelly duripan, , 0 to 3 percent slopes | 157.2 | 4.6% |
| 679 | Lucksev-Butteside-Carhart , 2 to 15 percent slopes | 466.7 | 13.6% |
| 680 | Lucksev-Butteside , 15 to 35 percent slopes | 7.8 | 0.2% |
| 998 | Dumps, landfill | 94.8 | 2.8% |
| **Totals for Area of Interest** | | **3,419.7** | **100.0%** |

Custom Soil Resource Report

# Map Unit Descriptions

The map units delineated on the detailed soil maps in a soil survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions, along with the maps, can be used to determine the composition and properties of a unit.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. If included in the database for a given area, the contrasting minor components are identified in the map unit descriptions along with some characteristics of each. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives important soil properties and qualities.

Soils that have profiles that are almost alike make up a *soil series*. Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases*. Most of the areas shown on the detailed soil maps are phases of soil series. The name of a soil phase commonly

Custom Soil Resource Report

indicates a feature that affects use or management. For example, Alpha silt loam, 0 to 2 percent slopes, is a phase of the Alpha series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Alpha-Beta complex, 0 to 6 percent slopes, is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Alpha-Beta association, 0 to 2 percent slopes, is an example.

An *undifferentiated group* is made up of two or more soils or miscellaneous areas that could be mapped individually but are mapped as one unit because similar interpretations can be made for use and management. The pattern and proportion of the soils or miscellaneous areas in a mapped area are not uniform. An area can be made up of only one of the major soils or miscellaneous areas, or it can be made up of all of them. Alpha and Beta soils, 0 to 2 percent slopes, is an example.

Some surveys include *miscellaneous areas.* Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

# Butte Area, California, Parts of Butte and Plumas Counties

## 301—Wafap-Hamslough , 0 to 2 percent slopes

### Map Unit Setting
*National map unit symbol:* hgxp
*Elevation:* 150 to 440 feet
*Mean annual precipitation:* 25 to 28 inches
*Mean annual air temperature:* 61 to 63 degrees F
*Frost-free period:* 250 to 255 days
*Farmland classification:* Not prime farmland

### Map Unit Composition
*Wafap, gravelly loam, and similar soils:* 70 percent
*Hamslough, clay, and similar soils:* 15 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Wafap, Gravelly Loam

#### Setting
*Landform:* Stream terraces
*Landform position (two-dimensional):* Toeslope
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Gravelly and clayey alluvium over cobbly channel alluvium over cemented cobbly and gravelly alluvium derived from volcanic rock

#### Typical profile
*A - 0 to 1 inches:* gravelly loam
*Bt1 - 1 to 5 inches:* cobbly clay loam
*Bt2 - 5 to 13 inches:* very cobbly clay loam
*Bt3 - 13 to 32 inches:* extremely cobbly clay loam
*Bt4 - 32 to 39 inches:* extremely cobbly clay loam
*Btq - 39 to 46 inches:* extremely gravelly sandy clay loam
*2Bqm - 46 to 56 inches:* cemented cobbly gravelly material

#### Properties and qualities
*Slope:* 0 to 2 percent
*Percent of area covered with surface fragments:* 0.0 percent
*Depth to restrictive feature:* 40 to 60 inches to duripan
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:* About 13 to 60 inches
*Frequency of flooding:* Rare
*Frequency of ponding:* None
*Salinity, maximum in profile:* Nonsaline (0.0 to 0.5 mmhos/cm)
*Available water storage in profile:* Very low (about 2.7 inches)

#### Interpretive groups
*Land capability classification (irrigated):* 5w
*Land capability classification (nonirrigated):* 5w

Custom Soil Resource Report

Hydrologic Soil Group:  C/D

## Description of Hamslough, Clay

### Setting

Landform:  Stream terraces
Landform position (two-dimensional):  Toeslope
Landform position (three-dimensional):  Tread
Down-slope shape:  Concave
Across-slope shape:  Linear
Parent material:  Clayey alluvium over clayey and gravelly alluvium over cemented cobbly and gravelly alluvium derived from volcanic rock

### Typical profile

A1 - 0 to 3 inches:  clay
A2 - 3 to 14 inches:  cobbly clay
Bw - 14 to 19 inches:  extremely gravelly clay
Bg - 19 to 27 inches:  extremely gravelly sandy clay
2Bqm - 27 to 36 inches:  cemented cobbly gravelly material

### Properties and qualities

Slope:  0 to 2 percent
Depth to restrictive feature:  20 to 40 inches to duripan
Natural drainage class:  Poorly drained
Runoff class:  High
Capacity of the most limiting layer to transmit water (Ksat):  Very low to moderately low (0.00 to 0.06 in/hr)
Depth to water table:  About 0 to 80 inches
Frequency of flooding:  Occasional
Frequency of ponding:  Frequent
Calcium carbonate, maximum in profile:  15 percent
Salinity, maximum in profile:  Nonsaline (0.0 to 0.5 mmhos/cm)
Available water storage in profile:  Very low (about 2.3 inches)

### Interpretive groups

Land capability classification (irrigated):  5w
Land capability classification (nonirrigated):  5w
Hydrologic Soil Group:  D

### Minor Components

#### Unnamed, loamy-skeletal, duripan 40 to 60 inches

Percent of map unit:  3 percent
Landform:  Stream terraces

#### Unnamed, fine, duripan 40 to 60 inches

Percent of map unit:  3 percent
Landform:  Stream terraces

#### Anita, gravelly duripan

Percent of map unit:  2 percent
Landform:  Stream terraces

#### Unnamed, fine-loamy, duripan 40 to 60 inches

Percent of map unit:  2 percent
Landform:  Stream terraces

#### Tuscan taxadjunct

Percent of map unit:  2 percent

Custom Soil Resource Report

*Landform:* Stream terraces

**Unnamed, frequently flooded**
*Percent of map unit:* 1 percent
*Landform:* Flood plains

**Unnamed, frequent long ponding**
*Percent of map unit:* 1 percent
*Landform:* Stream terraces
*Microfeatures of landform position:* Vernal pools

**Oxyaquic argixerolls, very stony**
*Percent of map unit:* 1 percent
*Landform:* Stream terraces

## 302—Redtough-Redswale , 0 to 2 percent slopes

### Map Unit Setting
*National map unit symbol:* hh0v
*Elevation:* 200 to 400 feet
*Mean annual precipitation:* 23 to 28 inches
*Mean annual air temperature:* 61 to 63 degrees F
*Frost-free period:* 250 to 255 days
*Farmland classification:* Not prime farmland

### Map Unit Composition
*Redtough, loam, and similar soils:* 50 percent
*Redswale, cobbly loam, and similar soils:* 35 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Redtough, Loam

#### Setting
*Landform:* Fan terraces
*Landform position (two-dimensional):* Toeslope
*Landform position (three-dimensional):* Tread
*Microfeatures of landform position:* Mounds
*Down-slope shape:* Convex
*Across-slope shape:* Linear
*Parent material:* Loamy alluvium over cemented cobbly and gravelly alluvium derived from volcanic rock

#### Typical profile
*A - 0 to 1 inches:* loam
*Bt1 - 1 to 7 inches:* gravelly loam
*Bt2 - 7 to 13 inches:* very cobbly loam
*Bqm - 13 to 23 inches:* cemented very gravelly material

#### Properties and qualities
*Slope:* 0 to 3 percent

Custom Soil Resource Report

*Depth to restrictive feature:* 10 to 20 inches to duripan
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Very low (0.00 to 0.00 in/hr)
*Depth to water table:* About 2 to 20 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 1.6 inches)

### Interpretive groups
*Land capability classification (irrigated):* 7s
*Land capability classification (nonirrigated):* 7s
*Hydrologic Soil Group:* D

## Description of Redswale, Cobbly Loam

### Setting
*Landform:* Fan terraces
*Landform position (two-dimensional):* Toeslope
*Landform position (three-dimensional):* Tread
*Microfeatures of landform position:* Swales
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Cobbly and loamy alluvium over cemented cobbly and gravelly alluvium derived from volcanic rock

### Typical profile
*A - 0 to 1 inches:* cobbly loam
*Bt - 1 to 7 inches:* very cobbly loam
*Bqm - 7 to 17 inches:* cemented very gravelly material

### Properties and qualities
*Slope:* 0 to 3 percent
*Percent of area covered with surface fragments:* 0.0 percent
*Depth to restrictive feature:* 4 to 10 inches to duripan
*Natural drainage class:* Poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Very low (0.00 to 0.00 in/hr)
*Depth to water table:* About 0 to 10 inches
*Frequency of flooding:* None
*Frequency of ponding:* Frequent
*Available water storage in profile:* Very low (about 0.7 inches)

### Interpretive groups
*Land capability classification (irrigated):* 8
*Land capability classification (nonirrigated):* 8
*Hydrologic Soil Group:* D

## Minor Components

### Redswale, frequent long flooding
*Percent of map unit:* 3 percent
*Landform:* Fan terraces
*Microfeatures of landform position:* Swales

16

Custom Soil Resource Report

**Unnamed, frequent long ponding**
    *Percent of map unit:* 3 percent
    *Landform:* Fan terraces
    *Microfeatures of landform position:* Vernal pools

**Tuscan**
    *Percent of map unit:* 2 percent
    *Landform:* Fan terraces
    *Microfeatures of landform position:* Mounds

**Munjar**
    *Percent of map unit:* 2 percent
    *Landform:* Fan terraces
    *Microfeatures of landform position:* Mounds

**Abruptic durixeralfs**
    *Percent of map unit:* 2 percent
    *Landform:* Fan terraces
    *Microfeatures of landform position:* Mounds

**Anita, gravelly duripan**
    *Percent of map unit:* 2 percent
    *Landform:* Fan terraces
    *Microfeatures of landform position:* Swales

**Unnamed, riser slopes**
    *Percent of map unit:* 1 percent
    *Landform:* Fan terraces

## 418—Almendra loam, 0 to 1 percent slopes

### Map Unit Setting
    *National map unit symbol:* hgwr
    *Elevation:* 110 to 230 feet
    *Mean annual precipitation:* 20 to 26 inches
    *Mean annual air temperature:* 61 to 63 degrees F
    *Frost-free period:* 245 to 255 days
    *Farmland classification:* Prime farmland if irrigated

### Map Unit Composition
    *Almendra, loam, and similar soils:* 85 percent
    *Minor components:* 15 percent
    *Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Almendra, Loam

#### Setting
    *Landform:* Alluvial fans
    *Landform position (two-dimensional):* Toeslope
    *Landform position (three-dimensional):* Tread

Custom Soil Resource Report

*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy alluvium derived from igneous, metamorphic and sedimentary rock

**Typical profile**
*Ap1 - 0 to 4 inches:*  loam
*Ap2 - 4 to 14 inches:*  loam
*Bw1 - 14 to 29 inches:*  loam
*Bw2 - 29 to 40 inches:*  loam
*Bw3 - 40 to 52 inches:*  loam
*Bw4 - 52 to 74 inches:*  very fine sandy loam
*Bw5 - 74 to 86 inches:*  very fine sandy loam

**Properties and qualities**
*Slope:*  0 to 1 percent
*Depth to restrictive feature:*  More than 80 inches
*Natural drainage class:*  Well drained
*Runoff class:*  Negligible
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high to high (0.57 to 2.83 in/hr)
*Depth to water table:*  More than 80 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Calcium carbonate, maximum in profile:*  2 percent
*Salinity, maximum in profile:*  Nonsaline to very slightly saline (0.0 to 3.0 mmhos/cm)
*Available water storage in profile:*  High (about 9.5 inches)

**Interpretive groups**
*Land capability classification (irrigated):*  1
*Land capability classification (nonirrigated):*  3c
*Hydrologic Soil Group:*  B

## Minor Components

### Conejo, clay loam
*Percent of map unit:*  5 percent
*Landform:*  Alluvial fans

### Unnamed, water table 30 to 72 inches
*Percent of map unit:*  3 percent
*Landform:*  Alluvial fans

### Unnamed, weak cementation below 40 inches
*Percent of map unit:*  3 percent
*Landform:*  Alluvial fans

### Vina, fine sandy loam
*Percent of map unit:*  2 percent
*Landform:*  Alluvial fans

### Charger
*Percent of map unit:*  1 percent
*Landform:*  Alluvial fans

### Chico
*Percent of map unit:*  1 percent
*Landform:*  Fan terraces

Custom Soil Resource Report

### 614—Doemill-Jokerst , 0 to 3 percent slopes

#### Map Unit Setting
*National map unit symbol:* hgzk
*Elevation:* 160 to 520 feet
*Mean annual precipitation:* 25 to 29 inches
*Mean annual air temperature:* 61 to 63 degrees F
*Frost-free period:* 250 to 255 days
*Farmland classification:* Not prime farmland

#### Map Unit Composition
*Doemill, gravelly loam, and similar soils:* 50 percent
*Jokerst, very cobbly loam, and similar soils:* 40 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

#### Description of Doemill, Gravelly Loam

##### Setting
*Landform:* Ridges
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Crest
*Microfeatures of landform position:* Mounds
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Loamy residuum weathered from volcanic breccia

##### Typical profile
*A - 0 to 1 inches:* gravelly loam
*Bt1 - 1 to 5 inches:* gravelly loam
*Bt2 - 5 to 9 inches:* gravelly loam
*Bt3 - 9 to 14 inches:* gravelly loam
*R - 14 to 24 inches:* bedrock

##### Properties and qualities
*Slope:* 0 to 3 percent
*Percent of area covered with surface fragments:* 5.0 percent
*Depth to restrictive feature:* 10 to 20 inches to lithic bedrock
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.43 to 1.28 in/hr)
*Depth to water table:* About 2 to 20 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 2.1 inches)

##### Interpretive groups
*Land capability classification (irrigated):* 6s
*Land capability classification (nonirrigated):* 6s

Custom Soil Resource Report

*Hydrologic Soil Group:*  D

### Description of Jokerst, Very Cobbly Loam

#### Setting

*Landform:*  Ridges
*Landform position (two-dimensional):*  Summit
*Landform position (three-dimensional):*  Crest
*Microfeatures of landform position:*  Swales
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy residuum weathered from volcanic breccia

#### Typical profile

*A - 0 to 1 inches:*  very cobbly loam
*Bt - 1 to 4 inches:*  gravelly loam
*R - 4 to 14 inches:*  bedrock

#### Properties and qualities

*Slope:*  0 to 3 percent
*Percent of area covered with surface fragments:*  17.0 percent
*Depth to restrictive feature:*  2 to 10 inches to lithic bedrock
*Natural drainage class:*  Poorly drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.71 to 1.13 in/hr)
*Depth to water table:*  About 0 to 10 inches
*Frequency of flooding:*  Frequent
*Frequency of ponding:*  Frequent
*Available water storage in profile:*  Very low (about 0.4 inches)

#### Interpretive groups

*Land capability classification (irrigated):*  8
*Land capability classification (nonirrigated):*  8
*Hydrologic Soil Group:*  D

### Minor Components

#### Rock outcrop, mudflow breccia

*Percent of map unit:*  5 percent
*Landform:*  Ridges

#### Lithic xerorthents

*Percent of map unit:*  3 percent
*Landform:*  Ridges

#### Unnamed, frequent long ponding

*Percent of map unit:*  2 percent
*Landform:*  Ridges
*Microfeatures of landform position:*  Vernal pools

Custom Soil Resource Report

### 615—Doemill-Jokerst , 3 to 8 percent slopes

#### Map Unit Setting
*National map unit symbol:* hgzm
*Elevation:* 160 to 1,000 feet
*Mean annual precipitation:* 25 to 29 inches
*Mean annual air temperature:* 61 to 63 degrees F
*Frost-free period:* 250 to 255 days
*Farmland classification:* Not prime farmland

#### Map Unit Composition
*Doemill, gravelly loam, and similar soils:* 50 percent
*Jokerst, very cobbly loam, and similar soils:* 40 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

#### Description of Doemill, Gravelly Loam

##### Setting
*Landform:* Ridges
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Crest
*Microfeatures of landform position:* Mounds
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Loamy residuum weathered from volcanic breccia

##### Typical profile
*A - 0 to 1 inches:* gravelly loam
*Bt1 - 1 to 5 inches:* gravelly loam
*Bt2 - 5 to 9 inches:* gravelly loam
*Bt3 - 9 to 14 inches:* gravelly loam
*R - 14 to 24 inches:* bedrock

##### Properties and qualities
*Slope:* 3 to 8 percent
*Percent of area covered with surface fragments:* 5.0 percent
*Depth to restrictive feature:* 10 to 20 inches to lithic bedrock
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.43 to 1.28 in/hr)
*Depth to water table:* About 2 to 20 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 2.1 inches)

##### Interpretive groups
*Land capability classification (irrigated):* 6e

Custom Soil Resource Report

    *Land capability classification (nonirrigated):*  6e
    *Hydrologic Soil Group:*  D

## Description of Jokerst, Very Cobbly Loam

### Setting

    *Landform:*  Ridges
    *Landform position (two-dimensional):*  Summit
    *Landform position (three-dimensional):*  Crest
    *Microfeatures of landform position:*  Swales
    *Down-slope shape:*  Linear
    *Across-slope shape:*  Convex
    *Parent material:*  Loamy residuum weathered from volcanic breccia

### Typical profile

    *A - 0 to 1 inches:*  very cobbly loam
    *Bt - 1 to 4 inches:*  gravelly loam
    *R - 4 to 14 inches:*  bedrock

### Properties and qualities

    *Slope:*  3 to 8 percent
    *Percent of area covered with surface fragments:*  17.0 percent
    *Depth to restrictive feature:*  2 to 10 inches to lithic bedrock
    *Natural drainage class:*  Poorly drained
    *Runoff class:*  Very high
    *Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.71 to 1.13 in/hr)
    *Depth to water table:*  About 0 to 10 inches
    *Frequency of flooding:*  Frequent
    *Frequency of ponding:*  Frequent
    *Available water storage in profile:*  Very low (about 0.4 inches)

### Interpretive groups

    *Land capability classification (irrigated):*  8
    *Land capability classification (nonirrigated):*  8
    *Hydrologic Soil Group:*  D

## Minor Components

### Rock outcrop, mudflow breccia

    *Percent of map unit:*  6 percent
    *Landform:*  Ridges

### Lithic xerorthents

    *Percent of map unit:*  3 percent
    *Landform:*  Ridges

### Unnamed, frequent long ponding

    *Percent of map unit:*  1 percent
    *Landform:*  Ridges
    *Microfeatures of landform position:*  Vernal pools

### 616—Jokerst-Doemill-Typic Haploxeralfs , 8 to 15 percent slopes

#### Map Unit Setting
*National map unit symbol:*  hgzj
*Elevation:*  160 to 1,120 feet
*Mean annual precipitation:*  25 to 29 inches
*Mean annual air temperature:*  61 to 63 degrees F
*Frost-free period:*  250 to 255 days
*Farmland classification:*  Not prime farmland

#### Map Unit Composition
*Doemill, gravelly loam, and similar soils:*  35 percent
*Jokerst, very cobbly loam, and similar soils:*  35 percent
*Typic haploxeralfs, gravelly loam, and similar soils:*  15 percent
*Minor components:*  15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

#### Description of Jokerst, Very Cobbly Loam

##### Setting
*Landform:*  Ridges
*Landform position (two-dimensional):*  Shoulder, backslope
*Landform position (three-dimensional):*  Side slope
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy residuum weathered from volcanic breccia

##### Typical profile
*A - 0 to 1 inches:*  very cobbly loam
*Bt - 1 to 4 inches:*  gravelly loam
*R - 4 to 14 inches:*  bedrock

##### Properties and qualities
*Slope:*  8 to 15 percent
*Percent of area covered with surface fragments:*  17.0 percent
*Depth to restrictive feature:*  2 to 10 inches to lithic bedrock
*Natural drainage class:*  Poorly drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.71 to 1.13 in/hr)
*Depth to water table:*  About 0 to 10 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 0.4 inches)

##### Interpretive groups
*Land capability classification (irrigated):*  8
*Land capability classification (nonirrigated):*  8
*Hydrologic Soil Group:*  D

Custom Soil Resource Report

**Description of Doemill, Gravelly Loam**

### Setting

*Landform:*  Ridges
*Landform position (two-dimensional):*  Backslope, shoulder
*Landform position (three-dimensional):*  Side slope
*Down-slope shape:*  Concave
*Across-slope shape:*  Linear
*Parent material:*  Loamy residuum weathered from volcanic breccia

### Typical profile

*A - 0 to 1 inches:*  gravelly loam
*Bt1 - 1 to 5 inches:*  gravelly loam
*Bt2 - 5 to 9 inches:*  gravelly loam
*Bt3 - 9 to 14 inches:*  gravelly loam
*R - 14 to 23 inches:*  bedrock

### Properties and qualities

*Slope:*  8 to 15 percent
*Percent of area covered with surface fragments:*  5.0 percent
*Depth to restrictive feature:*  10 to 20 inches to lithic bedrock
*Natural drainage class:*  Somewhat poorly drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.43 to 1.28 in/hr)
*Depth to water table:*  About 4 to 20 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 2.1 inches)

### Interpretive groups

*Land capability classification (irrigated):*  6e
*Land capability classification (nonirrigated):*  6e
*Hydrologic Soil Group:*  D

**Description of Typic Haploxeralfs, Gravelly Loam**

### Setting

*Landform:*  Ridges
*Landform position (two-dimensional):*  Backslope, shoulder
*Landform position (three-dimensional):*  Side slope
*Down-slope shape:*  Concave
*Across-slope shape:*  Concave
*Parent material:*  Loamy colluvium derived from volcanic rock

### Typical profile

*A - 0 to 2 inches:*  gravelly loam
*Bt1 - 2 to 8 inches:*  gravelly clay loam
*Bt2 - 8 to 16 inches:*  very gravelly clay loam
*Bt3 - 16 to 27 inches:*  very gravelly clay loam
*Bt4 - 27 to 40 inches:*  very gravelly clay loam
*2Cr - 40 to 50 inches:*  bedrock

### Properties and qualities

*Slope:*  8 to 15 percent
*Percent of area covered with surface fragments:*  4.0 percent

Custom Soil Resource Report

*Depth to restrictive feature:*  20 to 60 inches to lithic bedrock; 20 to 60 inches to paralithic bedrock
*Natural drainage class:*  Well drained
*Runoff class:*  Medium
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:*  More than 80 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Low (about 4.6 inches)

### Interpretive groups
*Land capability classification (irrigated):*  3e
*Land capability classification (nonirrigated):*  3e
*Hydrologic Soil Group:*  C

## Minor Components

### Rock outcrop, mudflow breccia
*Percent of map unit:*  10 percent
*Landform:*  Ridges

### Lithic xerorthents
*Percent of map unit:*  5 percent
*Landform:*  Ridges

## 617—Jokerst-Doemill-Typic Haploxeralfs , 15 to 30 percent slopes

### Map Unit Setting
*National map unit symbol:*  hgym
*Elevation:*  260 to 800 feet
*Mean annual precipitation:*  25 to 29 inches
*Mean annual air temperature:*  61 degrees F
*Frost-free period:*  250 to 255 days
*Farmland classification:*  Not prime farmland

### Map Unit Composition
*Doemill, gravelly loam, and similar soils:*  35 percent
*Jokerst, very cobbly loam, and similar soils:*  30 percent
*Typic haploxeralfs, gravelly loam, and similar soils:*  20 percent
*Minor components:*  15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Doemill, Gravelly Loam

#### Setting
*Landform:*  Ridges
*Landform position (two-dimensional):*  Backslope

*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Loamy residuum weathered from volcanic breccia

### Typical profile

*A - 0 to 1 inches:* gravelly loam
*Bt1 - 1 to 5 inches:* gravelly loam
*Bt2 - 5 to 9 inches:* gravelly loam
*Bt3 - 9 to 14 inches:* gravelly loam
*R - 14 to 24 inches:* bedrock

### Properties and qualities

*Slope:* 15 to 30 percent
*Percent of area covered with surface fragments:* 5.0 percent
*Depth to restrictive feature:* 10 to 20 inches to lithic bedrock
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.43 to 1.28 in/hr)
*Depth to water table:* About 6 to 20 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 2.1 inches)

### Interpretive groups

*Land capability classification (irrigated):* 6e
*Land capability classification (nonirrigated):* 6e
*Hydrologic Soil Group:* D

## Description of Jokerst, Very Cobbly Loam

### Setting

*Landform:* Ridges
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Parent material:* Loamy residuum weathered from volcanic breccia

### Typical profile

*A - 0 to 1 inches:* very cobbly loam
*Bt - 1 to 4 inches:* gravelly loam
*R - 4 to 14 inches:* bedrock

### Properties and qualities

*Slope:* 15 to 30 percent
*Percent of area covered with surface fragments:* 17.0 percent
*Depth to restrictive feature:* 2 to 10 inches to lithic bedrock
*Natural drainage class:* Poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.71 to 1.13 in/hr)
*Depth to water table:* About 0 to 10 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 0.4 inches)

Custom Soil Resource Report

### Interpretive groups

*Land capability classification (irrigated):* 8
*Land capability classification (nonirrigated):* 8
*Hydrologic Soil Group:* D

## Description of Typic Haploxeralfs, Gravelly Loam

### Setting

*Landform:* Ridges
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Convex
*Parent material:* Loamy colluvium derived from volcanic rock

### Typical profile

*A - 0 to 2 inches:* gravelly loam
*Bt1 - 2 to 8 inches:* gravelly clay loam
*Bt2 - 8 to 16 inches:* very gravelly clay loam
*Bt3 - 16 to 27 inches:* very gravelly clay loam
*Bt4 - 27 to 40 inches:* very gravelly clay loam
*2Cr - 40 to 50 inches:* bedrock

### Properties and qualities

*Slope:* 15 to 30 percent
*Percent of area covered with surface fragments:* 4.0 percent
*Depth to restrictive feature:* 20 to 60 inches to paralithic bedrock; 20 to 60 inches to lithic bedrock
*Natural drainage class:* Well drained
*Runoff class:* High
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Low (about 4.6 inches)

### Interpretive groups

*Land capability classification (irrigated):* 4e
*Land capability classification (nonirrigated):* 4e
*Hydrologic Soil Group:* C

## Minor Components

### Rock outcrop, mudflow breccia

*Percent of map unit:* 10 percent
*Landform:* Ridges

### Lithic xerorthents

*Percent of map unit:* 5 percent
*Landform:* Ridges

Custom Soil Resource Report

## 620—Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 3 to 8 percent slopes

### Map Unit Setting

*National map unit symbol:*  hh4q
*Elevation:*  400 to 1,700 feet
*Mean annual precipitation:*  28 to 40 inches
*Mean annual air temperature:*  61 degrees F
*Frost-free period:*  255 to 260 days
*Farmland classification:*  Not prime farmland

### Map Unit Composition

*Doemill, gravelly loam, and similar soils:*  40 percent
*Jokerst, very cobbly loam, and similar soils:*  25 percent
*Ultic haploxeralfs, thermic gravelly loam, and similar soils:*  20 percent
*Minor components:*  15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Doemill, Gravelly Loam

#### Setting

*Landform:*  Ridges
*Landform position (two-dimensional):*  Summit
*Landform position (three-dimensional):*  Crest
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy residuum weathered from volcanic breccia

#### Typical profile

*A - 0 to 1 inches:*  gravelly loam
*Bt1 - 1 to 5 inches:*  gravelly loam
*Bt2 - 5 to 9 inches:*  gravelly loam
*Bt3 - 9 to 14 inches:*  gravelly loam
*R - 14 to 24 inches:*  bedrock

#### Properties and qualities

*Slope:*  3 to 8 percent
*Percent of area covered with surface fragments:*  5.0 percent
*Depth to restrictive feature:*  10 to 20 inches to lithic bedrock
*Natural drainage class:*  Somewhat poorly drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.43 to 1.28 in/hr)
*Depth to water table:*  About 2 to 20 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 2.1 inches)

28

Custom Soil Resource Report

**Interpretive groups**

*Land capability classification (irrigated):* 6e
*Land capability classification (nonirrigated):* 6e
*Hydrologic Soil Group:* D

## Description of Jokerst, Very Cobbly Loam

**Setting**

*Landform:* Ridges
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Crest
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Loamy residuum weathered from volcanic breccia

**Typical profile**

*A - 0 to 1 inches:* very cobbly loam
*Bt - 1 to 4 inches:* gravelly loam
*R - 4 to 14 inches:* bedrock

**Properties and qualities**

*Slope:* 3 to 8 percent
*Percent of area covered with surface fragments:* 17.0 percent
*Depth to restrictive feature:* 2 to 10 inches to lithic bedrock
*Natural drainage class:* Poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.71 to 1.13 in/hr)
*Depth to water table:* About 0 to 10 inches
*Frequency of flooding:* None
*Frequency of ponding:* Frequent
*Available water storage in profile:* Very low (about 0.4 inches)

**Interpretive groups**

*Land capability classification (irrigated):* 8
*Land capability classification (nonirrigated):* 8
*Hydrologic Soil Group:* D

## Description of Ultic Haploxeralfs, Thermic Gravelly Loam

**Setting**

*Landform:* Ridges
*Landform position (two-dimensional):* Summit
*Landform position (three-dimensional):* Crest
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Loamy residuum weathered from volcanic rock

**Typical profile**

*A - 0 to 2 inches:* gravelly loam
*Bt1 - 2 to 6 inches:* very cobbly clay loam
*Bt2 - 6 to 13 inches:* very cobbly clay loam
*Bt3 - 13 to 21 inches:* very cobbly clay loam
*Bt4 - 21 to 31 inches:* very cobbly clay loam
*R - 31 to 41 inches:* bedrock

Custom Soil Resource Report

### Properties and qualities
*Slope:* 3 to 8 percent
*Percent of area covered with surface fragments:* 4.0 percent
*Depth to restrictive feature:* 20 to 40 inches to lithic bedrock; 20 to 40 inches to paralithic bedrock
*Natural drainage class:* Moderately well drained
*Runoff class:* Medium
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.20 to 0.85 in/hr)
*Depth to water table:* About 18 to 40 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 3.0 inches)

### Interpretive groups
*Land capability classification (irrigated):* 4e
*Land capability classification (nonirrigated):* 4e
*Hydrologic Soil Group:* C

## Minor Components

### Rock outcrop, mudflow breccia
*Percent of map unit:* 10 percent
*Landform:* Ridges

### Lithic xerorthents
*Percent of map unit:* 5 percent
*Landform:* Ridges

## 621—Doemill-Jokerst-Ultic Haploxeralfs, thermic complex, 8 to 15 percent slopes

### Map Unit Setting
*National map unit symbol:* hh4k
*Elevation:* 400 to 1,700 feet
*Mean annual precipitation:* 28 to 40 inches
*Mean annual air temperature:* 61 degrees F
*Frost-free period:* 255 to 260 days
*Farmland classification:* Not prime farmland

### Map Unit Composition
*Jokerst, very cobbly loam, and similar soils:* 30 percent
*Doemill, gravelly loam, and similar soils:* 30 percent
*Ultic haploxeralfs, thermic gravelly loam, and similar soils:* 20 percent
*Minor components:* 20 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

Custom Soil Resource Report

### Description of Doemill, Gravelly Loam

**Setting**

    *Landform:* Ridges
    *Landform position (two-dimensional):* Summit, shoulder
    *Landform position (three-dimensional):* Side slope, crest
    *Down-slope shape:* Convex
    *Across-slope shape:* Convex
    *Parent material:* Loamy residuum weathered from volcanic breccia

**Typical profile**

    *A - 0 to 1 inches:* gravelly loam
    *Bt1 - 1 to 5 inches:* gravelly loam
    *Bt2 - 5 to 9 inches:* gravelly loam
    *Bt3 - 9 to 14 inches:* gravelly loam
    *R - 14 to 24 inches:* bedrock

**Properties and qualities**

    *Slope:* 8 to 15 percent
    *Percent of area covered with surface fragments:* 5.0 percent
    *Depth to restrictive feature:* 10 to 20 inches to lithic bedrock
    *Natural drainage class:* Somewhat poorly drained
    *Runoff class:* Very high
    *Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.43 to 1.28 in/hr)
    *Depth to water table:* About 4 to 20 inches
    *Frequency of flooding:* None
    *Frequency of ponding:* None
    *Available water storage in profile:* Very low (about 2.1 inches)

**Interpretive groups**

    *Land capability classification (irrigated):* 6e
    *Land capability classification (nonirrigated):* 6e
    *Hydrologic Soil Group:* D

### Description of Jokerst, Very Cobbly Loam

**Setting**

    *Landform:* Ridges
    *Landform position (two-dimensional):* Shoulder, summit
    *Landform position (three-dimensional):* Crest, side slope
    *Down-slope shape:* Linear
    *Across-slope shape:* Linear
    *Parent material:* Loamy residuum weathered from volcanic breccia

**Typical profile**

    *A - 0 to 1 inches:* very cobbly loam
    *Bt - 1 to 4 inches:* gravelly loam
    *R - 4 to 14 inches:* bedrock

**Properties and qualities**

    *Slope:* 8 to 15 percent
    *Percent of area covered with surface fragments:* 17.0 percent
    *Depth to restrictive feature:* 2 to 10 inches to lithic bedrock
    *Natural drainage class:* Poorly drained
    *Runoff class:* Very high

*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.71 to 1.13 in/hr)
*Depth to water table:*  About 0 to 10 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 0.4 inches)

### Interpretive groups

*Land capability classification (irrigated):*  8
*Land capability classification (nonirrigated):*  8
*Hydrologic Soil Group:*  D

## Description of Ultic Haploxeralfs, Thermic Gravelly Loam

### Setting

*Landform:*  Ridges
*Landform position (two-dimensional):*  Shoulder, summit
*Landform position (three-dimensional):*  Crest, side slope
*Down-slope shape:*  Concave
*Across-slope shape:*  Concave
*Parent material:*  Loamy residuum weathered from volcanic rock

### Typical profile

*A - 0 to 2 inches:*  gravelly loam
*Bt1 - 2 to 6 inches:*  very cobbly clay loam
*Bt2 - 6 to 13 inches:*  very cobbly clay loam
*Bt3 - 13 to 21 inches:*  very cobbly clay loam
*Bt4 - 21 to 31 inches:*  very cobbly clay loam
*R - 31 to 41 inches:*  bedrock

### Properties and qualities

*Slope:*  8 to 15 percent
*Percent of area covered with surface fragments:*  4.0 percent
*Depth to restrictive feature:*  20 to 40 inches to lithic bedrock; 20 to 40 inches to paralithic bedrock
*Natural drainage class:*  Moderately well drained
*Runoff class:*  High
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately high (0.20 to 0.85 in/hr)
*Depth to water table:*  About 19 to 40 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 3.0 inches)

### Interpretive groups

*Land capability classification (irrigated):*  4e
*Land capability classification (nonirrigated):*  4e
*Hydrologic Soil Group:*  C

## Minor Components

### Rock outcrop, mudflow breccia

*Percent of map unit:*  12 percent
*Landform:*  Ridges

### Lithic xerorthents

*Percent of map unit:*  8 percent
*Landform:*  Ridges

Custom Soil Resource Report

## 622—Xerorthents, shallow-Typic Haploxeralfs-Rock outrcrop, cliffs complex, 15 to 30 percent slopes

### Map Unit Setting

*National map unit symbol:* hh5m
*Elevation:* 200 to 1,500 feet
*Mean annual precipitation:* 26 to 38 inches
*Mean annual air temperature:* 59 to 63 degrees F
*Frost-free period:* 250 to 260 days
*Farmland classification:* Not prime farmland

### Map Unit Composition

*Xerorthents, shallow, and similar soils:* 40 percent
*Typic haploxeralfs, gravelly loam, and similar soils:* 30 percent
*Rock outcrop, mudflow breccia cliffs:* 15 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Xerorthents, Shallow

#### Setting

*Landform:* Canyons
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Convex
*Parent material:* Loamy residuum and/or colluvium derived from volcanic rock

#### Typical profile

*A - 0 to 2 inches:* gravelly clay loam
*Bt1 - 2 to 5 inches:* gravelly clay loam
*Bt2 - 5 to 8 inches:* very cobbly clay loam
*2R - 8 to 18 inches:* bedrock

#### Properties and qualities

*Slope:* 15 to 30 percent
*Percent of area covered with surface fragments:* 5.0 percent
*Depth to restrictive feature:* 2 to 20 inches to paralithic bedrock; 2 to 20 inches to lithic bedrock
*Natural drainage class:* Moderately well drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.20 to 0.71 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 1.1 inches)

Custom Soil Resource Report

### Interpretive groups

*Land capability classification (irrigated):* 7s
*Land capability classification (nonirrigated):* 7s
*Hydrologic Soil Group:* D

## Description of Typic Haploxeralfs, Gravelly Loam

### Setting

*Landform:* Canyons
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Parent material:* Loamy residuum and/or colluvium derived from volcanic rock

### Typical profile

*A - 0 to 2 inches:* gravelly loam
*Bt1 - 2 to 8 inches:* gravelly clay loam
*Bt2 - 8 to 16 inches:* very gravelly clay loam
*Bt3 - 16 to 27 inches:* very gravelly clay loam
*Bt4 - 27 to 40 inches:* very gravelly clay loam
*2Cr - 40 to 50 inches:* bedrock

### Properties and qualities

*Slope:* 15 to 30 percent
*Percent of area covered with surface fragments:* 4.0 percent
*Depth to restrictive feature:* 20 to 60 inches to lithic bedrock; 20 to 60 inches to paralithic bedrock
*Natural drainage class:* Well drained
*Runoff class:* High
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Low (about 4.6 inches)

### Interpretive groups

*Land capability classification (irrigated):* 4e
*Land capability classification (nonirrigated):* 4e
*Hydrologic Soil Group:* C

## Description of Rock Outcrop, Mudflow Breccia Cliffs

### Setting

*Landform:* Canyons

### Interpretive groups

*Land capability classification (irrigated):* 8
*Land capability classification (nonirrigated):* 8

## Minor Components

### Rock outcrop, mudflow breccia

*Percent of map unit:* 8 percent
*Landform:* Canyons

Custom Soil Resource Report

**Lithic haploxeralfs**
> *Percent of map unit:* 5 percent
> *Landform:* Canyons

**Aquic durixeralfs**
> *Percent of map unit:* 2 percent
> *Landform:* Canyons

## 623—Xerorthents, shallow-Typic Haploxeralfs-Rock outcrop, cliffs complex, 30 to 50 percent slopes

### Map Unit Setting
> *National map unit symbol:* hh5l
> *Elevation:* 300 to 1,500 feet
> *Mean annual precipitation:* 26 to 38 inches
> *Mean annual air temperature:* 59 to 63 degrees F
> *Frost-free period:* 250 to 260 days
> *Farmland classification:* Not prime farmland

### Map Unit Composition
> *Xerorthents, shallow, and similar soils:* 40 percent
> *Typic haploxeralfs, gravelly loam, and similar soils:* 25 percent
> *Rock outcrop, mudfow breccia cliffs:* 20 percent
> *Minor components:* 15 percent
> *Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Xerorthents, Shallow

#### Setting
> *Landform:* Canyons
> *Landform position (two-dimensional):* Backslope
> *Landform position (three-dimensional):* Side slope
> *Down-slope shape:* Concave
> *Across-slope shape:* Convex
> *Parent material:* Loamy residuum and/or colluvium derived from volcanic rock

#### Typical profile
> *A - 0 to 2 inches:* gravelly clay loam
> *Bt1 - 2 to 5 inches:* gravelly clay loam
> *Bt2 - 5 to 8 inches:* very cobbly clay loam
> *2R - 8 to 18 inches:* bedrock

#### Properties and qualities
> *Slope:* 30 to 50 percent
> *Percent of area covered with surface fragments:* 5.0 percent
> *Depth to restrictive feature:* 2 to 20 inches to paralithic bedrock; 2 to 20 inches to lithic bedrock
> *Natural drainage class:* Moderately well drained

Custom Soil Resource Report

*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high (0.20 to 0.71 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Very low (about 1.1 inches)

**Interpretive groups**

*Land capability classification (irrigated):* 7s
*Land capability classification (nonirrigated):* 7s
*Hydrologic Soil Group:* D

**Description of Typic Haploxeralfs, Gravelly Loam**

**Setting**

*Landform:* Canyons
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Concave
*Parent material:* Loamy residuum and/or colluvium derived from volcanic rock

**Typical profile**

*A - 0 to 2 inches:* gravelly loam
*Bt1 - 2 to 8 inches:* gravelly clay loam
*Bt2 - 8 to 16 inches:* very gravelly clay loam
*Bt3 - 16 to 27 inches:* very gravelly clay loam
*Bt4 - 27 to 40 inches:* very gravelly clay loam
*2Cr - 40 to 50 inches:* bedrock

**Properties and qualities**

*Slope:* 30 to 50 percent
*Percent of area covered with surface fragments:* 4.0 percent
*Depth to restrictive feature:* 20 to 60 inches to lithic bedrock; 20 to 60 inches to paralithic bedrock
*Natural drainage class:* Well drained
*Runoff class:* High
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* Low (about 4.6 inches)

**Interpretive groups**

*Land capability classification (irrigated):* 6e
*Land capability classification (nonirrigated):* 6e
*Hydrologic Soil Group:* C

**Description of Rock Outcrop, Mudfow Breccia Cliffs**

**Setting**

*Landform:* Canyons

**Interpretive groups**

*Land capability classification (irrigated):* 8
*Land capability classification (nonirrigated):* 8

Custom Soil Resource Report

**Minor Components**

Rock outcrop, mudflow breccia
    *Percent of map unit:* 10 percent
    *Landform:* Canyons

Lithic haploxeralfs
    *Percent of map unit:* 4 percent
    *Landform:* Canyons

Aquic durixeralfs
    *Percent of map unit:* 1 percent
    *Landform:* Canyons

## 675—Clearhayes-Hamslough , 0 to 2 percent slopes

**Map Unit Setting**
    *National map unit symbol:* hh6n
    *Elevation:* 140 to 400 feet
    *Mean annual precipitation:* 25 to 29 inches
    *Mean annual air temperature:* 61 to 63 degrees F
    *Frost-free period:* 250 to 255 days
    *Farmland classification:* Not prime farmland

**Map Unit Composition**
    *Clearhayes, sandy clay loam, and similar soils:* 70 percent
    *Hamslough, clay, and similar soils:* 15 percent
    *Minor components:* 15 percent
    *Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Clearhayes, Sandy Clay Loam**

**Setting**
    *Landform:* Strath terraces
    *Landform position (two-dimensional):* Toeslope
    *Landform position (three-dimensional):* Tread
    *Down-slope shape:* Linear
    *Across-slope shape:* Linear
    *Parent material:* Fine-loamy alluvium derived from volcanic rock over gravelly alluvium derived from andesite

**Typical profile**
    *A - 0 to 2 inches:* sandy clay loam
    *Bt1 - 2 to 10 inches:* gravelly sandy clay loam
    *Bt2 - 10 to 19 inches:* gravelly sandy clay loam
    *C1 - 19 to 28 inches:* extremely gravelly sandy loam
    *C2 - 28 to 38 inches:* extremely gravelly loamy coarse sand
    *C3 - 38 to 46 inches:* extremely gravelly sandy clay loam

*2Cr - 46 to 56 inches:*  bedrock

### Properties and qualities

*Slope:*  0 to 2 percent
*Percent of area covered with surface fragments:*  0.0 percent
*Depth to restrictive feature:*  40 to 60 inches to paralithic bedrock
*Natural drainage class:*  Somewhat poorly drained
*Runoff class:*  High
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to high (0.02 to 1.98 in/hr)
*Depth to water table:*  About 13 to 60 inches
*Frequency of flooding:*  Occasional
*Frequency of ponding:*  None
*Calcium carbonate, maximum in profile:*  1 percent
*Salinity, maximum in profile:*  Nonsaline (0.0 to 0.5 mmhos/cm)
*Available water storage in profile:*  Low (about 3.0 inches)

### Interpretive groups

*Land capability classification (irrigated):*  5w
*Land capability classification (nonirrigated):*  5w
*Hydrologic Soil Group:*  C/D

## Description of Hamslough, Clay

### Setting

*Landform:*  Strath terraces
*Landform position (two-dimensional):*  Toeslope
*Landform position (three-dimensional):*  Tread
*Down-slope shape:*  Concave
*Across-slope shape:*  Linear
*Parent material:*  Clayey over gravelly alluvium derived from volcanic rock

### Typical profile

*A1 - 0 to 3 inches:*  clay
*A2 - 3 to 14 inches:*  cobbly clay
*Bw - 14 to 19 inches:*  extremely gravelly clay
*Bg - 19 to 27 inches:*  extremely gravelly sandy clay
*2Bqm - 27 to 37 inches:*  cemented material

### Properties and qualities

*Slope:*  0 to 2 percent
*Depth to restrictive feature:*  20 to 40 inches to duripan; 44 to 88 inches to paralithic bedrock
*Natural drainage class:*  Poorly drained
*Runoff class:*  High
*Capacity of the most limiting layer to transmit water (Ksat):*  Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:*  About 0 to 80 inches
*Frequency of flooding:*  Occasional
*Frequency of ponding:*  Frequent
*Calcium carbonate, maximum in profile:*  15 percent
*Salinity, maximum in profile:*  Nonsaline to slightly saline (0.0 to 5.0 mmhos/cm)
*Available water storage in profile:*  Very low (about 2.3 inches)

### Interpretive groups

*Land capability classification (irrigated):*  5w
*Land capability classification (nonirrigated):*  5w

Custom Soil Resource Report

*Hydrologic Soil Group:*  D

**Minor Components**

**Unnamed, bedrock less than 40 inches**
*Percent of map unit:*  3 percent
*Landform:*  Strath terraces

**Redsluff taxadjunct**
*Percent of map unit:*  3 percent
*Landform:*  Strath terraces

**Unnamed, frequently flooded**
*Percent of map unit:*  2 percent
*Landform:*  Flood plains

**Unnamed, bedrock (lithic) 40 to 60 inches**
*Percent of map unit:*  2 percent
*Landform:*  Strath terraces

**Anita, gravelly duripan**
*Percent of map unit:*  2 percent
*Landform:*  Strath terraces

**Typic haploxeralfs, very stony**
*Percent of map unit:*  2 percent
*Landform:*  Canyons

**Unnamed, frequent long ponding**
*Percent of map unit:*  1 percent
*Landform:*  Strath terraces
*Microfeatures of landform position:*  Vernal pools, channels

## 676—Carhart-Anita taxadjunct , 0 to 12 percent slopes

**Map Unit Setting**
*National map unit symbol:*  hh6m
*Elevation:*  140 to 500 feet
*Mean annual precipitation:*  25 to 30 inches
*Mean annual air temperature:*  61 to 63 degrees F
*Frost-free period:*  250 to 260 days
*Farmland classification:*  Not prime farmland

**Map Unit Composition**
*Carhart, clay, and similar soils:*  50 percent
*Anita taxadjunct, clay, and similar soils:*  40 percent
*Minor components:*  10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

Custom Soil Resource Report

### Description of Carhart, Clay

#### Setting
*Landform:* Hills
*Landform position (two-dimensional):* Footslope, toeslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Clayey alluvium derived from volcanic rock

#### Typical profile
*A - 0 to 2 inches:* clay
*Bssg1 - 2 to 12 inches:* clay
*Bssg2 - 12 to 24 inches:* clay
*Bssg3 - 24 to 30 inches:* clay
*2Crtk - 30 to 40 inches:* bedrock

#### Properties and qualities
*Slope:* 0 to 12 percent
*Depth to restrictive feature:* 20 to 40 inches to paralithic bedrock
*Natural drainage class:* Poorly drained
*Runoff class:* Very high
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.20 in/hr)
*Depth to water table:* About 0 to 40 inches
*Frequency of flooding:* None
*Frequency of ponding:* Occasional
*Calcium carbonate, maximum in profile:* 15 percent
*Salinity, maximum in profile:* Nonsaline (0.0 to 0.5 mmhos/cm)
*Available water storage in profile:* Low (about 4.5 inches)

#### Interpretive groups
*Land capability classification (irrigated):* 5w
*Land capability classification (nonirrigated):* 5w
*Hydrologic Soil Group:* D

### Description of Anita Taxadjunct, Clay

#### Setting
*Landform:* Hills
*Landform position (two-dimensional):* Toeslope, footslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Clayey alluvium derived from volcanic rock

#### Typical profile
*A - 0 to 2 inches:* clay
*Bg - 2 to 6 inches:* clay
*Bssg - 6 to 11 inches:* clay
*2Cr - 11 to 21 inches:* bedrock

#### Properties and qualities
*Slope:* 0 to 12 percent
*Depth to restrictive feature:* 10 to 20 inches to paralithic bedrock
*Natural drainage class:* Poorly drained
*Runoff class:* Very high

Custom Soil Resource Report

        *Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to
            moderately high (0.06 to 0.20 in/hr)
        *Depth to water table:* About 0 to 20 inches
        *Frequency of flooding:* None
        *Frequency of ponding:* Frequent
        *Salinity, maximum in profile:* Nonsaline (0.0 to 0.5 mmhos/cm)
        *Available water storage in profile:* Very low (about 1.2 inches)

### Interpretive groups
        *Land capability classification (irrigated):* 7w
        *Land capability classification (nonirrigated):* 7w
        *Hydrologic Soil Group:* D

## Minor Components

### Anita, gravelly duripan
        *Percent of map unit:* 6 percent
        *Landform:* Hills

### Clearhayes
        *Percent of map unit:* 2 percent
        *Landform:* Strath terraces

### Unnamed, loamy, bedrock 2 to 20 inches
        *Percent of map unit:* 2 percent
        *Landform:* Hills

# 677—Tuscan-Fallager-Anita, gravelly duripan, , 0 to 3 percent slopes

## Map Unit Setting
        *National map unit symbol:* hh6l
        *Elevation:* 140 to 540 feet
        *Mean annual precipitation:* 24 to 35 inches
        *Mean annual air temperature:* 61 to 63 degrees F
        *Frost-free period:* 250 to 255 days
        *Farmland classification:* Not prime farmland

## Map Unit Composition
        *Tuscan, gravelly loam, and similar soils:* 40 percent
        *Fallager, loam, and similar soils:* 25 percent
        *Anita, gravelly duripan, and similar soils:* 15 percent
        *Minor components:* 20 percent
        *Estimates are based on observations, descriptions, and transects of the mapunit.*

## Description of Tuscan, Gravelly Loam

### Setting
        *Landform:* Strath terraces
        *Landform position (two-dimensional):* Toeslope
        *Landform position (three-dimensional):* Tread

*Microfeatures of landform position:*  Mounds
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy over clayey over cemented gravelly alluvium derived from
    volcanic rock

### Typical profile

*A - 0 to 2 inches:*  gravelly loam
*Bt1 - 2 to 4 inches:*  clay loam
*Bt2 - 4 to 7 inches:*  gravelly clay
*Bt3 - 7 to 11 inches:*  cobbly clay
*2Bqm - 11 to 21 inches:*  cemented gravelly material

### Properties and qualities

*Slope:*  0 to 3 percent
*Depth to restrictive feature:*  10 to 20 inches to duripan; 11 to 56 inches to paralithic
    bedrock
*Natural drainage class:*  Somewhat poorly drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Very low (0.00 to 0.00
    in/hr)
*Depth to water table:*  About 2 to 20 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Salinity, maximum in profile:*  Nonsaline (0.0 to 0.5 mmhos/cm)
*Available water storage in profile:*  Very low (about 1.5 inches)

### Interpretive groups

*Land capability classification (irrigated):*  7s
*Land capability classification (nonirrigated):*  7s
*Hydrologic Soil Group:*  D

## Description of Fallager, Loam

### Setting

*Landform:*  Strath terraces
*Landform position (two-dimensional):*  Toeslope
*Landform position (three-dimensional):*  Tread
*Microfeatures of landform position:*  Swales
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy over clayey over cemented gravelly alluvium derived from
    volcanic rock

### Typical profile

*A - 0 to 1 inches:*  loam
*Bt1 - 1 to 3 inches:*  gravelly clay loam
*2Bt2 - 3 to 7 inches:*  gravelly clay
*3Bqm - 7 to 17 inches:*  cemented gravelly material

### Properties and qualities

*Slope:*  0 to 3 percent
*Depth to restrictive feature:*  4 to 10 inches to duripan; 5 to 46 inches to paralithic
    bedrock
*Natural drainage class:*  Poorly drained
*Runoff class:*  Very high

Custom Soil Resource Report

*Capacity of the most limiting layer to transmit water (Ksat):* Very low (0.00 to 0.00 in/hr)

*Depth to water table:* About 0 to 10 inches

*Frequency of flooding:* None

*Frequency of ponding:* Frequent

*Salinity, maximum in profile:* Nonsaline (0.0 to 0.5 mmhos/cm)

*Available water storage in profile:* Very low (about 0.9 inches)

### Interpretive groups

*Land capability classification (irrigated):* 8

*Land capability classification (nonirrigated):* 8

*Hydrologic Soil Group:* D

## Description of Anita, Gravelly Duripan

### Setting

*Landform:* Strath terraces

*Landform position (two-dimensional):* Toeslope

*Landform position (three-dimensional):* Tread

*Microfeatures of landform position:* Swales

*Down-slope shape:* Concave

*Across-slope shape:* Concave

*Parent material:* Clayey over cemented gravelly alluvium derived from volcanic rock

### Typical profile

*A - 0 to 3 inches:* gravelly clay

*Bss1 - 3 to 8 inches:* gravelly clay

*Bss2 - 8 to 15 inches:* gravelly clay

*2Bkqm - 15 to 25 inches:* cemented gravelly material

### Properties and qualities

*Slope:* 0 to 1 percent

*Depth to restrictive feature:* 10 to 20 inches to duripan; 11 to 56 inches to paralithic bedrock

*Natural drainage class:* Poorly drained

*Runoff class:* High

*Capacity of the most limiting layer to transmit water (Ksat):* Very low (0.00 to 0.00 in/hr)

*Depth to water table:* About 0 to 20 inches

*Frequency of flooding:* None

*Frequency of ponding:* Frequent

*Calcium carbonate, maximum in profile:* 1 percent

*Salinity, maximum in profile:* Nonsaline (0.0 to 0.5 mmhos/cm)

*Available water storage in profile:* Very low (about 1.7 inches)

### Interpretive groups

*Land capability classification (irrigated):* 7w

*Land capability classification (nonirrigated):* 7w

*Hydrologic Soil Group:* D

## Minor Components

### Redtough

*Percent of map unit:* 10 percent

*Landform:* Strath terraces

*Microfeatures of landform position:* Mounds

Custom Soil Resource Report

**Unnamed, frequent long ponding**
> *Percent of map unit:* 3 percent
> *Landform:* Strath terraces
> *Microfeatures of landform position:* Vernal pools

**Unnamed, no duripan, bedrock 2 to 10 inches**
> *Percent of map unit:* 2 percent
> *Landform:* Strath terraces
> *Microfeatures of landform position:* Swales

**Unnamed, no duripan, bedrock 10 to 20 inches**
> *Percent of map unit:* 2 percent
> *Landform:* Strath terraces
> *Microfeatures of landform position:* Mounds

**Carhart**
> *Percent of map unit:* 1 percent
> *Landform:* Strath terraces

**Unnamed, bedrock (lithic) 2 to 20 inches**
> *Percent of map unit:* 1 percent
> *Landform:* Strath terraces

**Unnamed, riser slopes**
> *Percent of map unit:* 1 percent
> *Landform:* Strath terraces

## 679—Lucksev-Butteside-Carhart , 2 to 15 percent slopes

### Map Unit Setting
> *National map unit symbol:* hh6j
> *Elevation:* 140 to 760 feet
> *Mean annual precipitation:* 24 to 35 inches
> *Mean annual air temperature:* 61 to 63 degrees F
> *Frost-free period:* 250 to 260 days
> *Farmland classification:* Not prime farmland

### Map Unit Composition
> *Lucksev, loam, and similar soils:* 40 percent
> *Butteside, gravelly loam, and similar soils:* 35 percent
> *Carhart, clay, and similar soils:* 15 percent
> *Minor components:* 10 percent
> *Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Lucksev, Loam

#### Setting
> *Landform:* Hills
> *Landform position (two-dimensional):* Backslope, summit, toeslope

44

Custom Soil Resource Report

*Landform position (three-dimensional):*  Crest, tread
*Down-slope shape:*  Linear
*Across-slope shape:*  Linear
*Parent material:*  Loamy alluvium and/or residuum over clayey alluvium and/or residuum weathered from volcanic rock

### Typical profile

*A - 0 to 2 inches:*  loam
*Bt1 - 2 to 7 inches:*  clay loam
*Bt2 - 7 to 15 inches:*  clay
*2Crq - 15 to 25 inches:*  bedrock

### Properties and qualities

*Slope:*  2 to 15 percent
*Percent of area covered with surface fragments:*  0.0 percent
*Depth to restrictive feature:*  4 to 20 inches to paralithic bedrock
*Natural drainage class:*  Moderately well drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.13 to 0.43 in/hr)
*Depth to water table:*  About 2 to 20 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 2.4 inches)

### Interpretive groups

*Land capability classification (irrigated):*  6e
*Land capability classification (nonirrigated):*  6e
*Hydrologic Soil Group:*  D

## Description of Butteside, Gravelly Loam

### Setting

*Landform:*  Hills
*Landform position (two-dimensional):*  Summit, toeslope
*Landform position (three-dimensional):*  Crest, tread
*Down-slope shape:*  Concave
*Across-slope shape:*  Linear
*Parent material:*  Loamy alluvium and/or residuum over clayey alluvium and/or residuum weathered from volcanic rock

### Typical profile

*A - 0 to 2 inches:*  gravelly loam
*Bt1 - 2 to 8 inches:*  clay loam
*Bt2 - 8 to 13 inches:*  clay loam
*Bt3 - 13 to 27 inches:*  clay
*2Crtq - 27 to 37 inches:*  bedrock

### Properties and qualities

*Slope:*  2 to 15 percent
*Percent of area covered with surface fragments:*  0.0 percent
*Depth to restrictive feature:*  20 to 40 inches to paralithic bedrock
*Natural drainage class:*  Moderately well drained
*Runoff class:*  High
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:*  More than 80 inches

Custom Soil Resource Report

    *Frequency of flooding:*  None
    *Frequency of ponding:*  None
    *Available water storage in profile:*  Low (about 4.2 inches)

### Interpretive groups
    *Land capability classification (irrigated):*  3e
    *Land capability classification (nonirrigated):*  3e
    *Hydrologic Soil Group:*  D

## Description of Carhart, Clay

### Setting
    *Landform:*  Hills
    *Landform position (two-dimensional):*  Footslope
    *Landform position (three-dimensional):*  Head slope
    *Down-slope shape:*  Concave
    *Across-slope shape:*  Convex
    *Parent material:*  Clayey alluvium derived from volcanic rock

### Typical profile
    *A - 0 to 2 inches:*  clay
    *Bssg1 - 2 to 12 inches:*  clay
    *Bssg2 - 12 to 24 inches:*  clay
    *Bssg3 - 24 to 30 inches:*  clay
    *2Crtk - 30 to 40 inches:*  bedrock

### Properties and qualities
    *Slope:*  2 to 15 percent
    *Depth to restrictive feature:*  20 to 40 inches to paralithic bedrock
    *Natural drainage class:*  Poorly drained
    *Runoff class:*  Very high
    *Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.06 to 0.20 in/hr)
    *Depth to water table:*  About 0 to 40 inches
    *Frequency of flooding:*  None
    *Frequency of ponding:*  None
    *Calcium carbonate, maximum in profile:*  15 percent
    *Salinity, maximum in profile:*  Nonsaline (0.0 to 0.5 mmhos/cm)
    *Available water storage in profile:*  Low (about 4.5 inches)

### Interpretive groups
    *Land capability classification (irrigated):*  5w
    *Land capability classification (nonirrigated):*  5w
    *Hydrologic Soil Group:*  D

## Minor Components

### Ultic haploxeralfs
    *Percent of map unit:*  2 percent
    *Landform:*  Hills

### Unnamed, bedrock 40 to 60 inches
    *Percent of map unit:*  2 percent
    *Landform:*  Hills

### Anita taxadjunct
    *Percent of map unit:*  2 percent
    *Landform:*  Hills

**Unnamed, fine-loamy**
*Percent of map unit:* 2 percent
*Landform:* Hills

**Unnamed, loamy**
*Percent of map unit:* 1 percent
*Landform:* Hills

**Rock outcrop, mudflow breccia**
*Percent of map unit:* 1 percent
*Landform:* Hills

### 680—Lucksev-Butteside , 15 to 35 percent slopes

#### Map Unit Setting
*National map unit symbol:* hh6h
*Elevation:* 180 to 700 feet
*Mean annual precipitation:* 25 to 35 inches
*Mean annual air temperature:* 61 to 63 degrees F
*Frost-free period:* 250 to 260 days
*Farmland classification:* Not prime farmland

#### Map Unit Composition
*Lucksev, loam, and similar soils:* 45 percent
*Butteside, gravelly loam, and similar soils:* 40 percent
*Minor components:* 15 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

#### Description of Lucksev, Loam

##### Setting
*Landform:* Hills
*Landform position (two-dimensional):* Backslope
*Landform position (three-dimensional):* Side slope
*Down-slope shape:* Concave
*Across-slope shape:* Convex
*Parent material:* Loamy colluvium over clayey residuum weathered from volcanic rock

##### Typical profile
*A - 0 to 2 inches:* loam
*Bt1 - 2 to 7 inches:* clay loam
*Bt2 - 7 to 15 inches:* clay
*2Crq - 15 to 25 inches:* bedrock

##### Properties and qualities
*Slope:* 15 to 35 percent
*Percent of area covered with surface fragments:* 0.0 percent

Custom Soil Resource Report

*Depth to restrictive feature:*  4 to 20 inches to paralithic bedrock
*Natural drainage class:*  Moderately well drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to
   moderately high (0.13 to 0.43 in/hr)
*Depth to water table:*  More than 80 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Very low (about 2.4 inches)

### Interpretive groups
*Land capability classification (irrigated):*  6e
*Land capability classification (nonirrigated):*  6e
*Hydrologic Soil Group:*  D

## Description of Butteside, Gravelly Loam

### Setting
*Landform:*  Hills
*Landform position (two-dimensional):*  Backslope
*Landform position (three-dimensional):*  Side slope
*Down-slope shape:*  Concave
*Across-slope shape:*  Concave
*Parent material:*  Loamy colluvium over clayey residuum weathered from volcanic
   rock

### Typical profile
*A - 0 to 2 inches:*  gravelly loam
*Bt1 - 2 to 8 inches:*  clay loam
*Bt2 - 8 to 13 inches:*  clay loam
*Bt3 - 13 to 27 inches:*  clay
*2Crtq - 27 to 37 inches:*  bedrock

### Properties and qualities
*Slope:*  15 to 35 percent
*Percent of area covered with surface fragments:*  2.0 percent
*Depth to restrictive feature:*  20 to 40 inches to paralithic bedrock
*Natural drainage class:*  Moderately well drained
*Runoff class:*  Very high
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to
   moderately high (0.06 to 0.57 in/hr)
*Depth to water table:*  More than 80 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Low (about 4.2 inches)

### Interpretive groups
*Land capability classification (irrigated):*  6e
*Land capability classification (nonirrigated):*  6e
*Hydrologic Soil Group:*  D

## Minor Components

### Ultic haploxeralfs
*Percent of map unit:*  4 percent
*Landform:*  Hills

Custom Soil Resource Report

**Rock outcrop, mudflow breccia**
> *Percent of map unit:* 4 percent
> *Landform:* Hills

**Unnamed, loamy**
> *Percent of map unit:* 2 percent
> *Landform:* Hills

**Unnamed, bedrock 40 to 60 inches**
> *Percent of map unit:* 2 percent
> *Landform:* Hills

**Unnamed, fine-loamy**
> *Percent of map unit:* 2 percent
> *Landform:* Hills

**Anita taxadjunct**
> *Percent of map unit:* 1 percent
> *Landform:* Hills

## 998—Dumps, landfill

### Map Unit Setting
> *National map unit symbol:* 1j6q6
> *Elevation:* 230 to 420 feet
> *Mean annual precipitation:* 26 inches
> *Mean annual air temperature:* 61 degrees F
> *Frost-free period:* 250 days
> *Farmland classification:* Not prime farmland

### Map Unit Composition
> *Dumps, landfill:* 100 percent
> *Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Dumps, Landfill
#### Setting
> *Landform:* Ridges
> *Landform position (three-dimensional):* Crest, side slope

#### Interpretive groups
> *Land capability classification (irrigated):* 8
> *Land capability classification (nonirrigated):* 8

# References

American Association of State Highway and Transportation Officials (AASHTO). 2004. Standard specifications for transportation materials and methods of sampling and testing. 24th edition.

American Society for Testing and Materials (ASTM). 2005. Standard classification of soils for engineering purposes. ASTM Standard D2487-00.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deep-water habitats of the United States. U.S. Fish and Wildlife Service FWS/OBS-79/31.

Federal Register. July 13, 1994. Changes in hydric soils of the United States.

Federal Register. September 18, 2002. Hydric soils of the United States.

Hurt, G.W., and L.M. Vasilas, editors. Version 6.0, 2006. Field indicators of hydric soils in the United States.

National Research Council. 1995. Wetlands: Characteristics and boundaries.

Soil Survey Division Staff. 1993. Soil survey manual. Soil Conservation Service. U.S. Department of Agriculture Handbook 18.  http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_054262

Soil Survey Staff. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. Natural Resources Conservation Service, U.S. Department of Agriculture Handbook 436.  http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053577

Soil Survey Staff. 2010. Keys to soil taxonomy. 11th edition. U.S. Department of Agriculture, Natural Resources Conservation Service.  http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053580

Tiner, R.W., Jr. 1985. Wetlands of Delaware. U.S. Fish and Wildlife Service and Delaware Department of Natural Resources and Environmental Control, Wetlands Section.

United States Army Corps of Engineers, Environmental Laboratory. 1987. Corps of Engineers wetlands delineation manual. Waterways Experiment Station Technical Report Y-87-1.

United States Department of Agriculture, Natural Resources Conservation Service. National forestry manual.  http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/home/?cid=nrcs142p2_053374

United States Department of Agriculture, Natural Resources Conservation Service. National range and pasture handbook. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/landuse/rangepasture/?cid=stelprdb1043084

United States Department of Agriculture, Natural Resources Conservation Service. National soil survey handbook, title 430-VI.  http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/scientists/?cid=nrcs142p2_054242

United States Department of Agriculture, Natural Resources Conservation Service. 2006. Land resource regions and major land resource areas of the United States, the Caribbean, and the Pacific Basin. U.S. Department of Agriculture Handbook 296. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053624

United States Department of Agriculture, Soil Conservation Service. 1961. Land capability classification. U.S. Department of Agriculture Handbook 210.  http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_052290.pdf

# Glossary

Many of the terms relating to landforms, geology, and geomorphology are defined in more detail in the "National Soil Survey Handbook."

**ABC soil**

A soil having an A, a B, and a C horizon.

**Ablation till**

Loose, relatively permeable earthy material deposited during the downwasting of nearly static glacial ice, either contained within or accumulated on the surface of the glacier.

**AC soil**

A soil having only an A and a C horizon. Commonly, such soil formed in recent alluvium or on steep, rocky slopes.

**Aeration, soil**

The exchange of air in soil with air from the atmosphere. The air in a well aerated soil is similar to that in the atmosphere; the air in a poorly aerated soil is considerably higher in carbon dioxide and lower in oxygen.

**Aggregate, soil**

Many fine particles held in a single mass or cluster. Natural soil aggregates, such as granules, blocks, or prisms, are called peds. Clods are aggregates produced by tillage or logging.

**Alkali (sodic) soil**

A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Alluvial cone**

A semiconical type of alluvial fan having very steep slopes. It is higher, narrower, and steeper than a fan and is composed of coarser and thicker layers of material deposited by a combination of alluvial episodes and (to a much lesser degree) landslides (debris flow). The coarsest materials tend to be concentrated at the apex of the cone.

Custom Soil Resource Report

**Alluvial fan**

A low, outspread mass of loose materials and/or rock material, commonly with gentle slopes. It is shaped like an open fan or a segment of a cone. The material was deposited by a stream at the place where it issues from a narrow mountain valley or upland valley or where a tributary stream is near or at its junction with the main stream. The fan is steepest near its apex, which points upstream, and slopes gently and convexly outward (downstream) with a gradual decrease in gradient.

**Alluvium**

Unconsolidated material, such as gravel, sand, silt, clay, and various mixtures of these, deposited on land by running water.

**Alpha,alpha-dipyridyl**

A compound that when dissolved in ammonium acetate is used to detect the presence of reduced iron (Fe II) in the soil. A positive reaction implies reducing conditions and the likely presence of redoximorphic features.

**Animal unit month (AUM)**

The amount of forage required by one mature cow of approximately 1,000 pounds weight, with or without a calf, for 1 month.

**Aquic conditions**

Current soil wetness characterized by saturation, reduction, and redoximorphic features.

**Argillic horizon**

A subsoil horizon characterized by an accumulation of illuvial clay.

**Arroyo**

The flat-floored channel of an ephemeral stream, commonly with very steep to vertical banks cut in unconsolidated material. It is usually dry but can be transformed into a temporary watercourse or short-lived torrent after heavy rain within the watershed.

**Aspect**

The direction toward which a slope faces. Also called slope aspect.

**Association, soil**

A group of soils or miscellaneous areas geographically associated in a characteristic repeating pattern and defined and delineated as a single map unit.

**Available water capacity (available moisture capacity)**

The capacity of soils to hold water available for use by most plants. It is commonly defined as the difference between the amount of soil water at field moisture capacity and the amount at wilting point. It is commonly expressed as inches of water per inch of soil. The capacity, in inches, in a 60-inch profile or to a limiting layer is expressed as:

Custom Soil Resource Report

*Very low:* 0 to 3
*Low:* 3 to 6
*Moderate:* 6 to 9
*High:* 9 to 12
*Very high:* More than 12

## Backslope

The position that forms the steepest and generally linear, middle portion of a hillslope. In profile, backslopes are commonly bounded by a convex shoulder above and a concave footslope below.

## Backswamp

A flood-plain landform. Extensive, marshy or swampy, depressed areas of flood plains between natural levees and valley sides or terraces.

## Badland

A landscape that is intricately dissected and characterized by a very fine drainage network with high drainage densities and short, steep slopes and narrow interfluves. Badlands develop on surfaces that have little or no vegetative cover overlying unconsolidated or poorly cemented materials (clays, silts, or sandstones) with, in some cases, soluble minerals, such as gypsum or halite.

## Bajada

A broad, gently inclined alluvial piedmont slope extending from the base of a mountain range out into a basin and formed by the lateral coalescence of a series of alluvial fans. Typically, it has a broadly undulating transverse profile, parallel to the mountain front, resulting from the convexities of component fans. The term is generally restricted to constructional slopes of intermontane basins.

## Basal area

The area of a cross section of a tree, generally referring to the section at breast height and measured outside the bark. It is a measure of stand density, commonly expressed in square feet.

## Base saturation

The degree to which material having cation-exchange properties is saturated with exchangeable bases (sum of Ca, Mg, Na, and K), expressed as a percentage of the total cation-exchange capacity.

## Base slope (geomorphology)

A geomorphic component of hills consisting of the concave to linear (perpendicular to the contour) slope that, regardless of the lateral shape, forms an apron or wedge at the bottom of a hillside dominated by colluvium and slope-wash sediments (for example, slope alluvium).

## Bedding plane

A planar or nearly planar bedding surface that visibly separates each successive layer of stratified sediment or rock (of the same or different lithology) from the preceding or following layer; a plane of deposition. It commonly marks a change

Custom Soil Resource Report

in the circumstances of deposition and may show a parting, a color difference, a change in particle size, or various combinations of these. The term is commonly applied to any bedding surface, even one that is conspicuously bent or deformed by folding.

**Bedding system**

A drainage system made by plowing, grading, or otherwise shaping the surface of a flat field. It consists of a series of low ridges separated by shallow, parallel dead furrows.

**Bedrock**

The solid rock that underlies the soil and other unconsolidated material or that is exposed at the surface.

**Bedrock-controlled topography**

A landscape where the configuration and relief of the landforms are determined or strongly influenced by the underlying bedrock.

**Bench terrace**

A raised, level or nearly level strip of earth constructed on or nearly on a contour, supported by a barrier of rocks or similar material, and designed to make the soil suitable for tillage and to prevent accelerated erosion.

**Bisequum**

Two sequences of soil horizons, each of which consists of an illuvial horizon and the overlying eluvial horizons.

**Blowout (map symbol)**

A saucer-, cup-, or trough-shaped depression formed by wind erosion on a preexisting dune or other sand deposit, especially in an area of shifting sand or loose soil or where protective vegetation is disturbed or destroyed. The adjoining accumulation of sand derived from the depression, where recognizable, is commonly included. Blowouts are commonly small.

**Borrow pit (map symbol)**

An open excavation from which soil and underlying material have been removed, usually for construction purposes.

**Bottom land**

An informal term loosely applied to various portions of a flood plain.

**Boulders**

Rock fragments larger than 2 feet (60 centimeters) in diameter.

**Breaks**

A landscape or tract of steep, rough or broken land dissected by ravines and gullies and marking a sudden change in topography.

Custom Soil Resource Report

**Breast height**

An average height of 4.5 feet above the ground surface; the point on a tree where diameter measurements are ordinarily taken.

**Brush management**

Use of mechanical, chemical, or biological methods to make conditions favorable for reseeding or to reduce or eliminate competition from woody vegetation and thus allow understory grasses and forbs to recover. Brush management increases forage production and thus reduces the hazard of erosion. It can improve the habitat for some species of wildlife.

**Butte**

An isolated, generally flat-topped hill or mountain with relatively steep slopes and talus or precipitous cliffs and characterized by summit width that is less than the height of bounding escarpments; commonly topped by a caprock of resistant material and representing an erosion remnant carved from flat-lying rocks.

**Cable yarding**

A method of moving felled trees to a nearby central area for transport to a processing facility. Most cable yarding systems involve use of a drum, a pole, and wire cables in an arrangement similar to that of a rod and reel used for fishing. To reduce friction and soil disturbance, felled trees generally are reeled in while one end is lifted or the entire log is suspended.

**Calcareous soil**

A soil containing enough calcium carbonate (commonly combined with magnesium carbonate) to effervesce visibly when treated with cold, dilute hydrochloric acid.

**Caliche**

A general term for a prominent zone of secondary carbonate accumulation in surficial materials in warm, subhumid to arid areas. Caliche is formed by both geologic and pedologic processes. Finely crystalline calcium carbonate forms a nearly continuous surface-coating and void-filling medium in geologic (parent) materials. Cementation ranges from weak in nonindurated forms to very strong in indurated forms. Other minerals (e.g., carbonates, silicate, and sulfate) may occur as accessory cements. Most petrocalcic horizons and some calcic horizons are caliche.

**California bearing ratio (CBR)**

The load-supporting capacity of a soil as compared to that of standard crushed limestone, expressed as a ratio. First standardized in California. A soil having a CBR of 16 supports 16 percent of the load that would be supported by standard crushed limestone, per unit area, with the same degree of distortion.

**Canopy**

The leafy crown of trees or shrubs. (See Crown.)

Custom Soil Resource Report

**Canyon**

A long, deep, narrow valley with high, precipitous walls in an area of high local relief.

**Capillary water**

Water held as a film around soil particles and in tiny spaces between particles. Surface tension is the adhesive force that holds capillary water in the soil.

**Catena**

A sequence, or "chain," of soils on a landscape that formed in similar kinds of parent material and under similar climatic conditions but that have different characteristics as a result of differences in relief and drainage.

**Cation**

An ion carrying a positive charge of electricity. The common soil cations are calcium, potassium, magnesium, sodium, and hydrogen.

**Cation-exchange capacity**

The total amount of exchangeable cations that can be held by the soil, expressed in terms of milliequivalents per 100 grams of soil at neutrality (pH 7.0) or at some other stated pH value. The term, as applied to soils, is synonymous with base-exchange capacity but is more precise in meaning.

**Catsteps**

See Terracettes.

**Cement rock**

Shaly limestone used in the manufacture of cement.

**Channery soil material**

Soil material that has, by volume, 15 to 35 percent thin, flat fragments of sandstone, shale, slate, limestone, or schist as much as 6 inches (15 centimeters) along the longest axis. A single piece is called a channer.

**Chemical treatment**

Control of unwanted vegetation through the use of chemicals.

**Chiseling**

Tillage with an implement having one or more soil-penetrating points that shatter or loosen hard, compacted layers to a depth below normal plow depth.

**Cirque**

A steep-walled, semicircular or crescent-shaped, half-bowl-like recess or hollow, commonly situated at the head of a glaciated mountain valley or high on the side of a mountain. It was produced by the erosive activity of a mountain glacier. It commonly contains a small round lake (tarn).

Custom Soil Resource Report

**Clay**

As a soil separate, the mineral soil particles less than 0.002 millimeter in diameter. As a soil textural class, soil material that is 40 percent or more clay, less than 45 percent sand, and less than 40 percent silt.

**Clay depletions**

See Redoximorphic features.

**Clay film**

A thin coating of oriented clay on the surface of a soil aggregate or lining pores or root channels. Synonyms: clay coating, clay skin.

**Clay spot (map symbol)**

A spot where the surface texture is silty clay or clay in areas where the surface layer of the soils in the surrounding map unit is sandy loam, loam, silt loam, or coarser.

**Claypan**

A dense, compact subsoil layer that contains much more clay than the overlying materials, from which it is separated by a sharply defined boundary. The layer restricts the downward movement of water through the soil. A claypan is commonly hard when dry and plastic and sticky when wet.

**Climax plant community**

The stabilized plant community on a particular site. The plant cover reproduces itself and does not change so long as the environment remains the same.

**Coarse textured soil**

Sand or loamy sand.

**Cobble (or cobblestone)**

A rounded or partly rounded fragment of rock 3 to 10 inches (7.6 to 25 centimeters) in diameter.

**Cobbly soil material**

Material that has 15 to 35 percent, by volume, rounded or partially rounded rock fragments 3 to 10 inches (7.6 to 25 centimeters) in diameter. Very cobbly soil material has 35 to 60 percent of these rock fragments, and extremely cobbly soil material has more than 60 percent.

**COLE (coefficient of linear extensibility)**

See Linear extensibility.

**Colluvium**

Unconsolidated, unsorted earth material being transported or deposited on side slopes and/or at the base of slopes by mass movement (e.g., direct gravitational action) and by local, unconcentrated runoff.

Custom Soil Resource Report

**Complex slope**

Irregular or variable slope. Planning or establishing terraces, diversions, and other water-control structures on a complex slope is difficult.

**Complex, soil**

A map unit of two or more kinds of soil or miscellaneous areas in such an intricate pattern or so small in area that it is not practical to map them separately at the selected scale of mapping. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas.

**Concretions**

See Redoximorphic features.

**Conglomerate**

A coarse grained, clastic sedimentary rock composed of rounded or subangular rock fragments more than 2 millimeters in diameter. It commonly has a matrix of sand and finer textured material. Conglomerate is the consolidated equivalent of gravel.

**Conservation cropping system**

Growing crops in combination with needed cultural and management practices. In a good conservation cropping system, the soil-improving crops and practices more than offset the effects of the soil-depleting crops and practices. Cropping systems are needed on all tilled soils. Soil-improving practices in a conservation cropping system include the use of rotations that contain grasses and legumes and the return of crop residue to the soil. Other practices include the use of green manure crops of grasses and legumes, proper tillage, adequate fertilization, and weed and pest control.

**Conservation tillage**

A tillage system that does not invert the soil and that leaves a protective amount of crop residue on the surface throughout the year.

**Consistence, soil**

Refers to the degree of cohesion and adhesion of soil material and its resistance to deformation when ruptured. Consistence includes resistance of soil material to rupture and to penetration; plasticity, toughness, and stickiness of puddled soil material; and the manner in which the soil material behaves when subject to compression. Terms describing consistence are defined in the "Soil Survey Manual."

**Contour stripcropping**

Growing crops in strips that follow the contour. Strips of grass or close-growing crops are alternated with strips of clean-tilled crops or summer fallow.

**Control section**

The part of the soil on which classification is based. The thickness varies among different kinds of soil, but for many it is that part of the soil profile between depths of 10 inches and 40 or 80 inches.

Custom Soil Resource Report

**Coprogenous earth (sedimentary peat)**

A type of limnic layer composed predominantly of fecal material derived from aquatic animals.

**Corrosion (geomorphology)**

A process of erosion whereby rocks and soil are removed or worn away by natural chemical processes, especially by the solvent action of running water, but also by other reactions, such as hydrolysis, hydration, carbonation, and oxidation.

**Corrosion (soil survey interpretations)**

Soil-induced electrochemical or chemical action that dissolves or weakens concrete or uncoated steel.

**Cover crop**

A close-growing crop grown primarily to improve and protect the soil between periods of regular crop production, or a crop grown between trees and vines in orchards and vineyards.

**Crop residue management**

Returning crop residue to the soil, which helps to maintain soil structure, organic matter content, and fertility and helps to control erosion.

**Cropping system**

Growing crops according to a planned system of rotation and management practices.

**Cross-slope farming**

Deliberately conducting farming operations on sloping farmland in such a way that tillage is across the general slope.

**Crown**

The upper part of a tree or shrub, including the living branches and their foliage.

**Cryoturbate**

A mass of soil or other unconsolidated earthy material moved or disturbed by frost action. It is typically coarser than the underlying material.

**Cuesta**

An asymmetric ridge capped by resistant rock layers of slight or moderate dip (commonly less than 15 percent slopes); a type of homocline produced by differential erosion of interbedded resistant and weak rocks. A cuesta has a long, gentle slope on one side (dip slope) that roughly parallels the inclined beds; on the other side, it has a relatively short and steep or clifflike slope (scarp) that cuts through the tilted rocks.

**Culmination of the mean annual increment (CMAI)**

The average annual increase per acre in the volume of a stand. Computed by dividing the total volume of the stand by its age. As the stand increases in age,

Custom Soil Resource Report

the mean annual increment continues to increase until mortality begins to reduce the rate of increase. The point where the stand reaches its maximum annual rate of growth is called the culmination of the mean annual increment.

**Cutbanks cave**

The walls of excavations tend to cave in or slough.

**Decreasers**

The most heavily grazed climax range plants. Because they are the most palatable, they are the first to be destroyed by overgrazing.

**Deferred grazing**

Postponing grazing or resting grazing land for a prescribed period.

**Delta**

A body of alluvium having a surface that is fan shaped and nearly flat; deposited at or near the mouth of a river or stream where it enters a body of relatively quiet water, generally a sea or lake.

**Dense layer**

A very firm, massive layer that has a bulk density of more than 1.8 grams per cubic centimeter. Such a layer affects the ease of digging and can affect filling and compacting.

**Depression, closed (map symbol)**

A shallow, saucer-shaped area that is slightly lower on the landscape than the surrounding area and that does not have a natural outlet for surface drainage.

**Depth, soil**

Generally, the thickness of the soil over bedrock. Very deep soils are more than 60 inches deep over bedrock; deep soils, 40 to 60 inches; moderately deep, 20 to 40 inches; shallow, 10 to 20 inches; and very shallow, less than 10 inches.

**Desert pavement**

A natural, residual concentration or layer of wind-polished, closely packed gravel, boulders, and other rock fragments mantling a desert surface. It forms where wind action and sheetwash have removed all smaller particles or where rock fragments have migrated upward through sediments to the surface. It typically protects the finer grained underlying material from further erosion.

**Diatomaceous earth**

A geologic deposit of fine, grayish siliceous material composed chiefly or entirely of the remains of diatoms.

**Dip slope**

A slope of the land surface, roughly determined by and approximately conforming to the dip of the underlying bedrock.

Custom Soil Resource Report

**Diversion (or diversion terrace)**

A ridge of earth, generally a terrace, built to protect downslope areas by diverting runoff from its natural course.

**Divided-slope farming**

A form of field stripcropping in which crops are grown in a systematic arrangement of two strips, or bands, across the slope to reduce the hazard of water erosion. One strip is in a close-growing crop that provides protection from erosion, and the other strip is in a crop that provides less protection from erosion. This practice is used where slopes are not long enough to permit a full stripcropping pattern to be used.

**Drainage class (natural)**

Refers to the frequency and duration of wet periods under conditions similar to those under which the soil formed. Alterations of the water regime by human activities, either through drainage or irrigation, are not a consideration unless they have significantly changed the morphology of the soil. Seven classes of natural soil drainage are recognized—*excessively drained, somewhat excessively drained, well drained, moderately well drained, somewhat poorly drained, poorly drained,* and *very poorly drained.* These classes are defined in the "Soil Survey Manual."

**Drainage, surface**

Runoff, or surface flow of water, from an area.

**Drainageway**

A general term for a course or channel along which water moves in draining an area. A term restricted to relatively small, linear depressions that at some time move concentrated water and either do not have a defined channel or have only a small defined channel.

**Draw**

A small stream valley that generally is shallower and more open than a ravine or gulch and that has a broader bottom. The present stream channel may appear inadequate to have cut the drainageway that it occupies.

**Drift**

A general term applied to all mineral material (clay, silt, sand, gravel, and boulders) transported by a glacier and deposited directly by or from the ice or transported by running water emanating from a glacier. Drift includes unstratified material (till) that forms moraines and stratified deposits that form outwash plains, eskers, kames, varves, and glaciofluvial sediments. The term is generally applied to Pleistocene glacial deposits in areas that no longer contain glaciers.

**Drumlin**

A low, smooth, elongated oval hill, mound, or ridge of compact till that has a core of bedrock or drift. It commonly has a blunt nose facing the direction from which the ice approached and a gentler slope tapering in the other direction. The longer axis is parallel to the general direction of glacier flow. Drumlins are products of

streamline (laminar) flow of glaciers, which molded the subglacial floor through a combination of erosion and deposition.

**Duff**

A generally firm organic layer on the surface of mineral soils. It consists of fallen plant material that is in the process of decomposition and includes everything from the litter on the surface to underlying pure humus.

**Dune**

A low mound, ridge, bank, or hill of loose, windblown granular material (generally sand), either barren and capable of movement from place to place or covered and stabilized with vegetation but retaining its characteristic shape.

**Earthy fill**

See Mine spoil.

**Ecological site**

An area where climate, soil, and relief are sufficiently uniform to produce a distinct natural plant community. An ecological site is the product of all the environmental factors responsible for its development. It is typified by an association of species that differ from those on other ecological sites in kind and/or proportion of species or in total production.

**Eluviation**

The movement of material in true solution or colloidal suspension from one place to another within the soil. Soil horizons that have lost material through eluviation are eluvial; those that have received material are illuvial.

**Endosaturation**

A type of saturation of the soil in which all horizons between the upper boundary of saturation and a depth of 2 meters are saturated.

**Eolian deposit**

Sand-, silt-, or clay-sized clastic material transported and deposited primarily by wind, commonly in the form of a dune or a sheet of sand or loess.

**Ephemeral stream**

A stream, or reach of a stream, that flows only in direct response to precipitation. It receives no long-continued supply from melting snow or other source, and its channel is above the water table at all times.

**Episaturation**

A type of saturation indicating a perched water table in a soil in which saturated layers are underlain by one or more unsaturated layers within 2 meters of the surface.

**Erosion**

The wearing away of the land surface by water, wind, ice, or other geologic agents and by such processes as gravitational creep.

Custom Soil Resource Report

**Erosion (accelerated)**

Erosion much more rapid than geologic erosion, mainly as a result of human or animal activities or of a catastrophe in nature, such as a fire, that exposes the surface.

**Erosion (geologic)**

Erosion caused by geologic processes acting over long geologic periods and resulting in the wearing away of mountains and the building up of such landscape features as flood plains and coastal plains. Synonym: natural erosion.

**Erosion pavement**

A surficial lag concentration or layer of gravel and other rock fragments that remains on the soil surface after sheet or rill erosion or wind has removed the finer soil particles and that tends to protect the underlying soil from further erosion.

**Erosion surface**

A land surface shaped by the action of erosion, especially by running water.

**Escarpment**

A relatively continuous and steep slope or cliff breaking the general continuity of more gently sloping land surfaces and resulting from erosion or faulting. Most commonly applied to cliffs produced by differential erosion. Synonym: scarp.

**Escarpment, bedrock (map symbol)**

A relatively continuous and steep slope or cliff, produced by erosion or faulting, that breaks the general continuity of more gently sloping land surfaces. Exposed material is hard or soft bedrock.

**Escarpment, nonbedrock (map symbol)**

A relatively continuous and steep slope or cliff, generally produced by erosion but in some places produced by faulting, that breaks the continuity of more gently sloping land surfaces. Exposed earthy material is nonsoil or very shallow soil.

**Esker**

A long, narrow, sinuous, steep-sided ridge of stratified sand and gravel deposited as the bed of a stream flowing in an ice tunnel within or below the ice (subglacial) or between ice walls on top of the ice of a wasting glacier and left behind as high ground when the ice melted. Eskers range in length from less than a kilometer to more than 160 kilometers and in height from 3 to 30 meters.

**Extrusive rock**

Igneous rock derived from deep-seated molten matter (magma) deposited and cooled on the earth's surface.

**Fallow**

Cropland left idle in order to restore productivity through accumulation of moisture. Summer fallow is common in regions of limited rainfall where cereal grain is grown.

The soil is tilled for at least one growing season for weed control and decomposition of plant residue.

**Fan remnant**

A general term for landforms that are the remaining parts of older fan landforms, such as alluvial fans, that have been either dissected or partially buried.

**Fertility, soil**

The quality that enables a soil to provide plant nutrients, in adequate amounts and in proper balance, for the growth of specified plants when light, moisture, temperature, tilth, and other growth factors are favorable.

**Fibric soil material (peat)**

The least decomposed of all organic soil material. Peat contains a large amount of well preserved fiber that is readily identifiable according to botanical origin. Peat has the lowest bulk density and the highest water content at saturation of all organic soil material.

**Field moisture capacity**

The moisture content of a soil, expressed as a percentage of the ovendry weight, after the gravitational, or free, water has drained away; the field moisture content 2 or 3 days after a soaking rain; also called *normal field capacity, normal moisture capacity,* or *capillary capacity*.

**Fill slope**

A sloping surface consisting of excavated soil material from a road cut. It commonly is on the downhill side of the road.

**Fine textured soil**

Sandy clay, silty clay, or clay.

**Firebreak**

An area cleared of flammable material to stop or help control creeping or running fires. It also serves as a line from which to work and to facilitate the movement of firefighters and equipment. Designated roads also serve as firebreaks.

**First bottom**

An obsolete, informal term loosely applied to the lowest flood-plain steps that are subject to regular flooding.

**Flaggy soil material**

Material that has, by volume, 15 to 35 percent flagstones. Very flaggy soil material has 35 to 60 percent flagstones, and extremely flaggy soil material has more than 60 percent flagstones.

**Flagstone**

A thin fragment of sandstone, limestone, slate, shale, or (rarely) schist 6 to 15 inches (15 to 38 centimeters) long.

Custom Soil Resource Report

**Flood plain**

The nearly level plain that borders a stream and is subject to flooding unless protected artificially.

**Flood-plain landforms**

A variety of constructional and erosional features produced by stream channel migration and flooding. Examples include backswamps, flood-plain splays, meanders, meander belts, meander scrolls, oxbow lakes, and natural levees.

**Flood-plain splay**

A fan-shaped deposit or other outspread deposit formed where an overloaded stream breaks through a levee (natural or artificial) and deposits its material (commonly coarse grained) on the flood plain.

**Flood-plain step**

An essentially flat, terrace-like alluvial surface within a valley that is frequently covered by floodwater from the present stream; any approximately horizontal surface still actively modified by fluvial scour and/or deposition. May occur individually or as a series of steps.

**Fluvial**

Of or pertaining to rivers or streams; produced by stream or river action.

**Foothills**

A region of steeply sloping hills that fringes a mountain range or high-plateau escarpment. The hills have relief as much as 1,000 feet (300 meters).

**Footslope**

The concave surface at the base of a hillslope. A footslope is a transition zone between upslope sites of erosion and transport (shoulders and backslopes) and downslope sites of deposition (toeslopes).

**Forb**

Any herbaceous plant not a grass or a sedge.

**Forest cover**

All trees and other woody plants (underbrush) covering the ground in a forest.

**Forest type**

A stand of trees similar in composition and development because of given physical and biological factors by which it may be differentiated from other stands.

**Fragipan**

A loamy, brittle subsurface horizon low in porosity and content of organic matter and low or moderate in clay but high in silt or very fine sand. A fragipan appears cemented and restricts roots. When dry, it is hard or very hard and has a higher bulk density than the horizon or horizons above. When moist, it tends to rupture suddenly under pressure rather than to deform slowly.

Custom Soil Resource Report

**Genesis, soil**

The mode of origin of the soil. Refers especially to the processes or soil-forming factors responsible for the formation of the solum, or true soil, from the unconsolidated parent material.

**Gilgai**

Commonly, a succession of microbasins and microknolls in nearly level areas or of microvalleys and microridges parallel with the slope. Typically, the microrelief of clayey soils that shrink and swell considerably with changes in moisture content.

**Glaciofluvial deposits**

Material moved by glaciers and subsequently sorted and deposited by streams flowing from the melting ice. The deposits are stratified and occur in the form of outwash plains, valley trains, deltas, kames, eskers, and kame terraces.

**Glaciolacustrine deposits**

Material ranging from fine clay to sand derived from glaciers and deposited in glacial lakes mainly by glacial meltwater. Many deposits are bedded or laminated.

**Gleyed soil**

Soil that formed under poor drainage, resulting in the reduction of iron and other elements in the profile and in gray colors.

**Graded stripcropping**

Growing crops in strips that grade toward a protected waterway.

**Grassed waterway**

A natural or constructed waterway, typically broad and shallow, seeded to grass as protection against erosion. Conducts surface water away from cropland.

**Gravel**

Rounded or angular fragments of rock as much as 3 inches (2 millimeters to 7.6 centimeters) in diameter. An individual piece is a pebble.

**Gravel pit (map symbol)**

An open excavation from which soil and underlying material have been removed and used, without crushing, as a source of sand or gravel.

**Gravelly soil material**

Material that has 15 to 35 percent, by volume, rounded or angular rock fragments, not prominently flattened, as much as 3 inches (7.6 centimeters) in diameter.

**Gravelly spot (map symbol)**

A spot where the surface layer has more than 35 percent, by volume, rock fragments that are mostly less than 3 inches in diameter in an area that has less than 15 percent rock fragments.

Custom Soil Resource Report

**Green manure crop (agronomy)**

A soil-improving crop grown to be plowed under in an early stage of maturity or soon after maturity.

**Ground water**

Water filling all the unblocked pores of the material below the water table.

**Gully (map symbol)**

A small, steep-sided channel caused by erosion and cut in unconsolidated materials by concentrated but intermittent flow of water. The distinction between a gully and a rill is one of depth. A gully generally is an obstacle to farm machinery and is too deep to be obliterated by ordinary tillage whereas a rill is of lesser depth and can be smoothed over by ordinary tillage.

**Hard bedrock**

Bedrock that cannot be excavated except by blasting or by the use of special equipment that is not commonly used in construction.

**Hard to reclaim**

Reclamation is difficult after the removal of soil for construction and other uses. Revegetation and erosion control are extremely difficult.

**Hardpan**

A hardened or cemented soil horizon, or layer. The soil material is sandy, loamy, or clayey and is cemented by iron oxide, silica, calcium carbonate, or other substance.

**Head slope (geomorphology)**

A geomorphic component of hills consisting of a laterally concave area of a hillside, especially at the head of a drainageway. The overland waterflow is converging.

**Hemic soil material (mucky peat)**

Organic soil material intermediate in degree of decomposition between the less decomposed fibric material and the more decomposed sapric material.

**High-residue crops**

Such crops as small grain and corn used for grain. If properly managed, residue from these crops can be used to control erosion until the next crop in the rotation is established. These crops return large amounts of organic matter to the soil.

**Hill**

A generic term for an elevated area of the land surface, rising as much as 1,000 feet above surrounding lowlands, commonly of limited summit area and having a well defined outline. Slopes are generally more than 15 percent. The distinction between a hill and a mountain is arbitrary and may depend on local usage.

**Hillslope**

A generic term for the steeper part of a hill between its summit and the drainage line, valley flat, or depression floor at the base of a hill.

**Horizon, soil**

A layer of soil, approximately parallel to the surface, having distinct characteristics produced by soil-forming processes. In the identification of soil horizons, an uppercase letter represents the major horizons. Numbers or lowercase letters that follow represent subdivisions of the major horizons. An explanation of the subdivisions is given in the "Soil Survey Manual." The major horizons of mineral soil are as follows:

*O horizon:* An organic layer of fresh and decaying plant residue.

*L horizon:* A layer of organic and mineral limnic materials, including coprogenous earth (sedimentary peat), diatomaceous earth, and marl.

*A horizon:* The mineral horizon at or near the surface in which an accumulation of humified organic matter is mixed with the mineral material. Also, a plowed surface horizon, most of which was originally part of a B horizon.

*E horizon:* The mineral horizon in which the main feature is loss of silicate clay, iron, aluminum, or some combination of these.

*B horizon:* The mineral horizon below an A horizon. The B horizon is in part a layer of transition from the overlying A to the underlying C horizon. The B horizon also has distinctive characteristics, such as (1) accumulation of clay, sesquioxides, humus, or a combination of these; (2) prismatic or blocky structure; (3) redder or browner colors than those in the A horizon; or (4) a combination of these.

*C horizon:* The mineral horizon or layer, excluding indurated bedrock, that is little affected by soil-forming processes and does not have the properties typical of the overlying soil material. The material of a C horizon may be either like or unlike that in which the solum formed. If the material is known to differ from that in the solum, an Arabic numeral, commonly a 2, precedes the letter C.

*Cr horizon:* Soft, consolidated bedrock beneath the soil.

*R layer:* Consolidated bedrock beneath the soil. The bedrock commonly underlies a C horizon, but it can be directly below an A or a B horizon.

*M layer:* A root-limiting subsoil layer consisting of nearly continuous, horizontally oriented, human-manufactured materials.

*W layer:* A layer of water within or beneath the soil.

**Humus**

The well decomposed, more or less stable part of the organic matter in mineral soils.

**Hydrologic soil groups**

Refers to soils grouped according to their runoff potential. The soil properties that influence this potential are those that affect the minimum rate of water infiltration on a bare soil during periods after prolonged wetting when the soil is not frozen. These properties include depth to a seasonal high water table, the infiltration rate, and depth to a layer that significantly restricts the downward movement of water. The slope and the kind of plant cover are not considered but are separate factors in predicting runoff.

Custom Soil Resource Report

**Igneous rock**

Rock that was formed by cooling and solidification of magma and that has not been changed appreciably by weathering since its formation. Major varieties include plutonic and volcanic rock (e.g., andesite, basalt, and granite).

**Illuviation**

The movement of soil material from one horizon to another in the soil profile. Generally, material is removed from an upper horizon and deposited in a lower horizon.

**Impervious soil**

A soil through which water, air, or roots penetrate slowly or not at all. No soil is absolutely impervious to air and water all the time.

**Increasers**

Species in the climax vegetation that increase in amount as the more desirable plants are reduced by close grazing. Increasers commonly are the shorter plants and the less palatable to livestock.

**Infiltration**

The downward entry of water into the immediate surface of soil or other material, as contrasted with percolation, which is movement of water through soil layers or material.

**Infiltration capacity**

The maximum rate at which water can infiltrate into a soil under a given set of conditions.

**Infiltration rate**

The rate at which water penetrates the surface of the soil at any given instant, usually expressed in inches per hour. The rate can be limited by the infiltration capacity of the soil or the rate at which water is applied at the surface.

**Intake rate**

The average rate of water entering the soil under irrigation. Most soils have a fast initial rate; the rate decreases with application time. Therefore, intake rate for design purposes is not a constant but is a variable depending on the net irrigation application. The rate of water intake, in inches per hour, is expressed as follows:

*Very low:* Less than 0.2
*Low:* 0.2 to 0.4
*Moderately low:* 0.4 to 0.75
*Moderate:* 0.75 to 1.25
*Moderately high:* 1.25 to 1.75
*High:* 1.75 to 2.5
*Very high:* More than 2.5

### Interfluve

A landform composed of the relatively undissected upland or ridge between two adjacent valleys containing streams flowing in the same general direction. An elevated area between two drainageways that sheds water to those drainageways.

### Interfluve (geomorphology)

A geomorphic component of hills consisting of the uppermost, comparatively level or gently sloping area of a hill; shoulders of backwearing hillslopes can narrow the upland or can merge, resulting in a strongly convex shape.

### Intermittent stream

A stream, or reach of a stream, that does not flow year-round but that is commonly dry for 3 or more months out of 12 and whose channel is generally below the local water table. It flows only during wet periods or when it receives ground-water discharge or long, continued contributions from melting snow or other surface and shallow subsurface sources.

### Invaders

On range, plants that encroach into an area and grow after the climax vegetation has been reduced by grazing. Generally, plants invade following disturbance of the surface.

### Iron depletions

See Redoximorphic features.

### Irrigation

Application of water to soils to assist in production of crops. Methods of irrigation are:

*Basin:* Water is applied rapidly to nearly level plains surrounded by levees or dikes.
*Border:* Water is applied at the upper end of a strip in which the lateral flow of water is controlled by small earth ridges called border dikes, or borders.
*Controlled flooding:* Water is released at intervals from closely spaced field ditches and distributed uniformly over the field.
*Corrugation:* Water is applied to small, closely spaced furrows or ditches in fields of close-growing crops or in orchards so that it flows in only one direction.
*Drip (or trickle):* Water is applied slowly and under low pressure to the surface of the soil or into the soil through such applicators as emitters, porous tubing, or perforated pipe.
*Furrow:* Water is applied in small ditches made by cultivation implements. Furrows are used for tree and row crops.
*Sprinkler:* Water is sprayed over the soil surface through pipes or nozzles from a pressure system.
*Subirrigation:* Water is applied in open ditches or tile lines until the water table is raised enough to wet the soil.
*Wild flooding:* Water, released at high points, is allowed to flow onto an area without controlled distribution.

Custom Soil Resource Report

**Kame**

A low mound, knob, hummock, or short irregular ridge composed of stratified sand and gravel deposited by a subglacial stream as a fan or delta at the margin of a melting glacier; by a supraglacial stream in a low place or hole on the surface of the glacier; or as a ponded deposit on the surface or at the margin of stagnant ice.

**Karst (topography)**

A kind of topography that formed in limestone, gypsum, or other soluble rocks by dissolution and that is characterized by closed depressions, sinkholes, caves, and underground drainage.

**Knoll**

A small, low, rounded hill rising above adjacent landforms.

**Ksat**

See Saturated hydraulic conductivity.

**Lacustrine deposit**

Material deposited in lake water and exposed when the water level is lowered or the elevation of the land is raised.

**Lake plain**

A nearly level surface marking the floor of an extinct lake filled by well sorted, generally fine textured, stratified deposits, commonly containing varves.

**Lake terrace**

A narrow shelf, partly cut and partly built, produced along a lakeshore in front of a scarp line of low cliffs and later exposed when the water level falls.

**Landfill (map symbol)**

An area of accumulated waste products of human habitation, either above or below natural ground level.

**Landslide**

A general, encompassing term for most types of mass movement landforms and processes involving the downslope transport and outward deposition of soil and rock materials caused by gravitational forces; the movement may or may not involve saturated materials. The speed and distance of movement, as well as the amount of soil and rock material, vary greatly.

**Large stones**

Rock fragments 3 inches (7.6 centimeters) or more across. Large stones adversely affect the specified use of the soil.

**Lava flow (map symbol)**

A solidified, commonly lobate body of rock formed through lateral, surface outpouring of molten lava from a vent or fissure.

**Leaching**

The removal of soluble material from soil or other material by percolating water.

**Levee (map symbol)**

An embankment that confines or controls water, especially one built along the banks of a river to prevent overflow onto lowlands.

**Linear extensibility**

Refers to the change in length of an unconfined clod as moisture content is decreased from a moist to a dry state. Linear extensibility is used to determine the shrink-swell potential of soils. It is an expression of the volume change between the water content of the clod at $1/3$- or $1/10$-bar tension (33kPa or 10kPa tension) and oven dryness. Volume change is influenced by the amount and type of clay minerals in the soil. The volume change is the percent change for the whole soil. If it is expressed as a fraction, the resulting value is COLE, coefficient of linear extensibility.

**Liquid limit**

The moisture content at which the soil passes from a plastic to a liquid state.

**Loam**

Soil material that is 7 to 27 percent clay particles, 28 to 50 percent silt particles, and less than 52 percent sand particles.

**Loess**

Material transported and deposited by wind and consisting dominantly of silt-sized particles.

**Low strength**

The soil is not strong enough to support loads.

**Low-residue crops**

Such crops as corn used for silage, peas, beans, and potatoes. Residue from these crops is not adequate to control erosion until the next crop in the rotation is established. These crops return little organic matter to the soil.

**Marl**

An earthy, unconsolidated deposit consisting chiefly of calcium carbonate mixed with clay in approximately equal proportions; formed primarily under freshwater lacustrine conditions but also formed in more saline environments.

**Marsh or swamp (map symbol)**

A water-saturated, very poorly drained area that is intermittently or permanently covered by water. Sedges, cattails, and rushes are the dominant vegetation in marshes, and trees or shrubs are the dominant vegetation in swamps. Not used in map units where the named soils are poorly drained or very poorly drained.

**Mass movement**

A generic term for the dislodgment and downslope transport of soil and rock material as a unit under direct gravitational stress.

**Masses**

See Redoximorphic features.

**Meander belt**

The zone within which migration of a meandering channel occurs; the flood-plain area included between two imaginary lines drawn tangential to the outer bends of active channel loops.

**Meander scar**

A crescent-shaped, concave or linear mark on the face of a bluff or valley wall, produced by the lateral erosion of a meandering stream that impinged upon and undercut the bluff.

**Meander scroll**

One of a series of long, parallel, close-fitting, crescent-shaped ridges and troughs formed along the inner bank of a stream meander as the channel migrated laterally down-valley and toward the outer bank.

**Mechanical treatment**

Use of mechanical equipment for seeding, brush management, and other management practices.

**Medium textured soil**

Very fine sandy loam, loam, silt loam, or silt.

**Mesa**

A broad, nearly flat topped and commonly isolated landmass bounded by steep slopes or precipitous cliffs and capped by layers of resistant, nearly horizontal rocky material. The summit width is characteristically greater than the height of the bounding escarpments.

**Metamorphic rock**

Rock of any origin altered in mineralogical composition, chemical composition, or structure by heat, pressure, and movement at depth in the earth's crust. Nearly all such rocks are crystalline.

**Mine or quarry (map symbol)**

An open excavation from which soil and underlying material have been removed and in which bedrock is exposed. Also denotes surface openings to underground mines.

**Mine spoil**

An accumulation of displaced earthy material, rock, or other waste material removed during mining or excavation. Also called earthy fill.

Custom Soil Resource Report

**Mineral soil**

Soil that is mainly mineral material and low in organic material. Its bulk density is more than that of organic soil.

**Minimum tillage**

Only the tillage essential to crop production and prevention of soil damage.

**Miscellaneous area**

A kind of map unit that has little or no natural soil and supports little or no vegetation.

**Miscellaneous water (map symbol)**

Small, constructed bodies of water that are used for industrial, sanitary, or mining applications and that contain water most of the year.

**Moderately coarse textured soil**

Coarse sandy loam, sandy loam, or fine sandy loam.

**Moderately fine textured soil**

Clay loam, sandy clay loam, or silty clay loam.

**Mollic epipedon**

A thick, dark, humus-rich surface horizon (or horizons) that has high base saturation and pedogenic soil structure. It may include the upper part of the subsoil.

**Moraine**

In terms of glacial geology, a mound, ridge, or other topographically distinct accumulation of unsorted, unstratified drift, predominantly till, deposited primarily by the direct action of glacial ice in a variety of landforms. Also, a general term for a landform composed mainly of till (except for kame moraines, which are composed mainly of stratified outwash) that has been deposited by a glacier. Some types of moraines are disintegration, end, ground, kame, lateral, recessional, and terminal.

**Morphology, soil**

The physical makeup of the soil, including the texture, structure, porosity, consistence, color, and other physical, mineral, and biological properties of the various horizons, and the thickness and arrangement of those horizons in the soil profile.

**Mottling, soil**

Irregular spots of different colors that vary in number and size. Descriptive terms are as follows: abundance—*few, common,* and *many;* size—*fine, medium,* and *coarse;* and contrast—*faint, distinct,* and *prominent.* The size measurements are of the diameter along the greatest dimension. *Fine* indicates less than 5 millimeters (about 0.2 inch); *medium,* from 5 to 15 millimeters (about 0.2 to 0.6 inch); and *coarse,* more than 15 millimeters (about 0.6 inch).

**Mountain**

A generic term for an elevated area of the land surface, rising more than 1,000 feet (300 meters) above surrounding lowlands, commonly of restricted summit area (relative to a plateau) and generally having steep sides. A mountain can occur as a single, isolated mass or in a group forming a chain or range. Mountains are formed primarily by tectonic activity and/or volcanic action but can also be formed by differential erosion.

**Muck**

Dark, finely divided, well decomposed organic soil material. (See Sapric soil material.)

**Mucky peat**

See Hemic soil material.

**Mudstone**

A blocky or massive, fine grained sedimentary rock in which the proportions of clay and silt are approximately equal. Also, a general term for such material as clay, silt, claystone, siltstone, shale, and argillite and that should be used only when the amounts of clay and silt are not known or cannot be precisely identified.

**Munsell notation**

A designation of color by degrees of three simple variables—hue, value, and chroma. For example, a notation of 10YR 6/4 is a color with hue of 10YR, value of 6, and chroma of 4.

**Natric horizon**

A special kind of argillic horizon that contains enough exchangeable sodium to have an adverse effect on the physical condition of the subsoil.

**Neutral soil**

A soil having a pH value of 6.6 to 7.3. (See Reaction, soil.)

**Nodules**

See Redoximorphic features.

**Nose slope (geomorphology)**

A geomorphic component of hills consisting of the projecting end (laterally convex area) of a hillside. The overland waterflow is predominantly divergent. Nose slopes consist dominantly of colluvium and slope-wash sediments (for example, slope alluvium).

**Nutrient, plant**

Any element taken in by a plant essential to its growth. Plant nutrients are mainly nitrogen, phosphorus, potassium, calcium, magnesium, sulfur, iron, manganese, copper, boron, and zinc obtained from the soil and carbon, hydrogen, and oxygen obtained from the air and water.

Custom Soil Resource Report

**Organic matter**

Plant and animal residue in the soil in various stages of decomposition. The content of organic matter in the surface layer is described as follows:

*Very low:* Less than 0.5 percent
*Low:* 0.5 to 1.0 percent
*Moderately low:* 1.0 to 2.0 percent
*Moderate:* 2.0 to 4.0 percent
*High:* 4.0 to 8.0 percent
*Very high:* More than 8.0 percent

**Outwash**

Stratified and sorted sediments (chiefly sand and gravel) removed or "washed out" from a glacier by meltwater streams and deposited in front of or beyond the end moraine or the margin of a glacier. The coarser material is deposited nearer to the ice.

**Outwash plain**

An extensive lowland area of coarse textured glaciofluvial material. An outwash plain is commonly smooth; where pitted, it generally is low in relief.

**Paleoterrace**

An erosional remnant of a terrace that retains the surface form and alluvial deposits of its origin but was not emplaced by, and commonly does not grade to, a present-day stream or drainage network.

**Pan**

A compact, dense layer in a soil that impedes the movement of water and the growth of roots. For example, *hardpan, fragipan, claypan, plowpan,* and *traffic pan*.

**Parent material**

The unconsolidated organic and mineral material in which soil forms.

**Peat**

Unconsolidated material, largely undecomposed organic matter, that has accumulated under excess moisture. (See Fibric soil material.)

**Ped**

An individual natural soil aggregate, such as a granule, a prism, or a block.

**Pedisediment**

A layer of sediment, eroded from the shoulder and backslope of an erosional slope, that lies on and is being (or was) transported across a gently sloping erosional surface at the foot of a receding hill or mountain slope.

**Pedon**

The smallest volume that can be called "a soil." A pedon is three dimensional and large enough to permit study of all horizons. Its area ranges from about 10 to 100 square feet (1 square meter to 10 square meters), depending on the variability of the soil.

**Percolation**

The movement of water through the soil.

**Perennial water (map symbol)**

Small, natural or constructed lakes, ponds, or pits that contain water most of the year.

**Permafrost**

Ground, soil, or rock that remains at or below 0 degrees C for at least 2 years. It is defined on the basis of temperature and is not necessarily frozen.

**pH value**

A numerical designation of acidity and alkalinity in soil. (See Reaction, soil.)

**Phase, soil**

A subdivision of a soil series based on features that affect its use and management, such as slope, stoniness, and flooding.

**Piping**

Formation of subsurface tunnels or pipelike cavities by water moving through the soil.

**Pitting**

Pits caused by melting around ice. They form on the soil after plant cover is removed.

**Plastic limit**

The moisture content at which a soil changes from semisolid to plastic.

**Plasticity index**

The numerical difference between the liquid limit and the plastic limit; the range of moisture content within which the soil remains plastic.

**Plateau (geomorphology)**

A comparatively flat area of great extent and elevation; specifically, an extensive land region that is considerably elevated (more than 100 meters) above the adjacent lower lying terrain, is commonly limited on at least one side by an abrupt descent, and has a flat or nearly level surface. A comparatively large part of a plateau surface is near summit level.

Custom Soil Resource Report

**Playa**

The generally dry and nearly level lake plain that occupies the lowest parts of closed depressions, such as those on intermontane basin floors. Temporary flooding occurs primarily in response to precipitation and runoff. Playa deposits are fine grained and may or may not have a high water table and saline conditions.

**Plinthite**

The sesquioxide-rich, humus-poor, highly weathered mixture of clay with quartz and other diluents. It commonly appears as red mottles, usually in platy, polygonal, or reticulate patterns. Plinthite changes irreversibly to an ironstone hardpan or to irregular aggregates on repeated wetting and drying, especially if it is exposed also to heat from the sun. In a moist soil, plinthite can be cut with a spade. It is a form of laterite.

**Plowpan**

A compacted layer formed in the soil directly below the plowed layer.

**Ponding**

Standing water on soils in closed depressions. Unless the soils are artificially drained, the water can be removed only by percolation or evapotranspiration.

**Poorly graded**

Refers to a coarse grained soil or soil material consisting mainly of particles of nearly the same size. Because there is little difference in size of the particles, density can be increased only slightly by compaction.

**Pore linings**

See Redoximorphic features.

**Potential native plant community**

See Climax plant community.

**Potential rooting depth (effective rooting depth)**

Depth to which roots could penetrate if the content of moisture in the soil were adequate. The soil has no properties restricting the penetration of roots to this depth.

**Prescribed burning**

Deliberately burning an area for specific management purposes, under the appropriate conditions of weather and soil moisture and at the proper time of day.

**Productivity, soil**

The capability of a soil for producing a specified plant or sequence of plants under specific management.

**Profile, soil**

A vertical section of the soil extending through all its horizons and into the parent material.

Custom Soil Resource Report

**Proper grazing use**

Grazing at an intensity that maintains enough cover to protect the soil and maintain or improve the quantity and quality of the desirable vegetation. This practice increases the vigor and reproduction capacity of the key plants and promotes the accumulation of litter and mulch necessary to conserve soil and water.

**Rangeland**

Land on which the potential natural vegetation is predominantly grasses, grasslike plants, forbs, or shrubs suitable for grazing or browsing. It includes natural grasslands, savannas, many wetlands, some deserts, tundras, and areas that support certain forb and shrub communities.

**Reaction, soil**

A measure of acidity or alkalinity of a soil, expressed as pH values. A soil that tests to pH 7.0 is described as precisely neutral in reaction because it is neither acid nor alkaline. The degrees of acidity or alkalinity, expressed as pH values, are:

*Ultra acid:* Less than 3.5
*Extremely acid:* 3.5 to 4.4
*Very strongly acid:* 4.5 to 5.0
*Strongly acid:* 5.1 to 5.5
*Moderately acid:* 5.6 to 6.0
*Slightly acid:* 6.1 to 6.5
*Neutral:* 6.6 to 7.3
*Slightly alkaline:* 7.4 to 7.8
*Moderately alkaline:* 7.9 to 8.4
*Strongly alkaline:* 8.5 to 9.0
*Very strongly alkaline:* 9.1 and higher

**Red beds**

Sedimentary strata that are mainly red and are made up largely of sandstone and shale.

**Redoximorphic concentrations**

See Redoximorphic features.

**Redoximorphic depletions**

See Redoximorphic features.

**Redoximorphic features**

Redoximorphic features are associated with wetness and result from alternating periods of reduction and oxidation of iron and manganese compounds in the soil. Reduction occurs during saturation with water, and oxidation occurs when the soil is not saturated. Characteristic color patterns are created by these processes. The reduced iron and manganese ions may be removed from a soil if vertical or lateral fluxes of water occur, in which case there is no iron or manganese precipitation in that soil. Wherever the iron and manganese are oxidized and precipitated, they

form either soft masses or hard concretions or nodules. Movement of iron and manganese as a result of redoximorphic processes in a soil may result in redoximorphic features that are defined as follows:

1. Redoximorphic concentrations.—These are zones of apparent accumulation of iron-manganese oxides, including:

   A. Nodules and concretions, which are cemented bodies that can be removed from the soil intact. Concretions are distinguished from nodules on the basis of internal organization. A concretion typically has concentric layers that are visible to the naked eye. Nodules do not have visible organized internal structure; *and*

   B. Masses, which are noncemented concentrations of substances within the soil matrix; *and*

   C. Pore linings, i.e., zones of accumulation along pores that may be either coatings on pore surfaces or impregnations from the matrix adjacent to the pores.

2. Redoximorphic depletions.—These are zones of low chroma (chromas less than those in the matrix) where either iron-manganese oxides alone or both iron-manganese oxides and clay have been stripped out, including:

   A. Iron depletions, i.e., zones that contain low amounts of iron and manganese oxides but have a clay content similar to that of the adjacent matrix; *and*

   B. Clay depletions, i.e., zones that contain low amounts of iron, manganese, and clay (often referred to as silt coatings or skeletans).

3. Reduced matrix.—This is a soil matrix that has low chroma *in situ* but undergoes a change in hue or chroma within 30 minutes after the soil material has been exposed to air.

**Reduced matrix**

See Redoximorphic features.

**Regolith**

All unconsolidated earth materials above the solid bedrock. It includes material weathered in place from all kinds of bedrock and alluvial, glacial, eolian, lacustrine, and pyroclastic deposits.

**Relief**

The relative difference in elevation between the upland summits and the lowlands or valleys of a given region.

**Residuum (residual soil material)**

Unconsolidated, weathered or partly weathered mineral material that accumulated as bedrock disintegrated in place.

**Rill**

A very small, steep-sided channel resulting from erosion and cut in unconsolidated materials by concentrated but intermittent flow of water. A rill generally is not an obstacle to wheeled vehicles and is shallow enough to be smoothed over by ordinary tillage.

**Riser**

The vertical or steep side slope (e.g., escarpment) of terraces, flood-plain steps, or other stepped landforms; commonly a recurring part of a series of natural, steplike landforms, such as successive stream terraces.

**Road cut**

A sloping surface produced by mechanical means during road construction. It is commonly on the uphill side of the road.

**Rock fragments**

Rock or mineral fragments having a diameter of 2 millimeters or more; for example, pebbles, cobbles, stones, and boulders.

**Rock outcrop (map symbol)**

An exposure of bedrock at the surface of the earth. Not used where the named soils of the surrounding map unit are shallow over bedrock or where "Rock outcrop" is a named component of the map unit.

**Root zone**

The part of the soil that can be penetrated by plant roots.

**Runoff**

The precipitation discharged into stream channels from an area. The water that flows off the surface of the land without sinking into the soil is called surface runoff. Water that enters the soil before reaching surface streams is called ground-water runoff or seepage flow from ground water.

**Saline soil**

A soil containing soluble salts in an amount that impairs growth of plants. A saline soil does not contain excess exchangeable sodium.

**Saline spot (map symbol)**

An area where the surface layer has an electrical conductivity of 8 mmhos/cm more than the surface layer of the named soils in the surrounding map unit. The surface layer of the surrounding soils has an electrical conductivity of 2 mmhos/cm or less.

**Sand**

As a soil separate, individual rock or mineral fragments from 0.05 millimeter to 2.0 millimeters in diameter. Most sand grains consist of quartz. As a soil textural class, a soil that is 85 percent or more sand and not more than 10 percent clay.

**Sandstone**

Sedimentary rock containing dominantly sand-sized particles.

Custom Soil Resource Report

**Sandy spot (map symbol)**

A spot where the surface layer is loamy fine sand or coarser in areas where the surface layer of the named soils in the surrounding map unit is very fine sandy loam or finer.

**Sapric soil material (muck)**

The most highly decomposed of all organic soil material. Muck has the least amount of plant fiber, the highest bulk density, and the lowest water content at saturation of all organic soil material.

**Saturated hydraulic conductivity (Ksat)**

The ease with which pores of a saturated soil transmit water. Formally, the proportionality coefficient that expresses the relationship of the rate of water movement to hydraulic gradient in Darcy's Law, a law that describes the rate of water movement through porous media. Commonly abbreviated as "Ksat." Terms describing saturated hydraulic conductivity are:

*Very high:* 100 or more micrometers per second (14.17 or more inches per hour)
*High:* 10 to 100 micrometers per second (1.417 to 14.17 inches per hour)
*Moderately high:* 1 to 10 micrometers per second (0.1417 inch to 1.417 inches per hour)
*Moderately low:* 0.1 to 1 micrometer per second (0.01417 to 0.1417 inch per hour)
*Low:* 0.01 to 0.1 micrometer per second (0.001417 to 0.01417 inch per hour)
*Very low:* Less than 0.01 micrometer per second (less than 0.001417 inch per hour).

To convert inches per hour to micrometers per second, multiply inches per hour by 7.0572. To convert micrometers per second to inches per hour, multiply micrometers per second by 0.1417.

**Saturation**

Wetness characterized by zero or positive pressure of the soil water. Under conditions of saturation, the water will flow from the soil matrix into an unlined auger hole.

**Scarification**

The act of abrading, scratching, loosening, crushing, or modifying the surface to increase water absorption or to provide a more tillable soil.

**Sedimentary rock**

A consolidated deposit of clastic particles, chemical precipitates, or organic remains accumulated at or near the surface of the earth under normal low temperature and pressure conditions. Sedimentary rocks include consolidated equivalents of alluvium, colluvium, drift, and eolian, lacustrine, and marine deposits. Examples are sandstone, siltstone, mudstone, claystone, shale, conglomerate, limestone, dolomite, and coal.

**Sequum**

A sequence consisting of an illuvial horizon and the overlying eluvial horizon. (See Eluviation.)

Custom Soil Resource Report

**Series, soil**

A group of soils that have profiles that are almost alike, except for differences in texture of the surface layer. All the soils of a series have horizons that are similar in composition, thickness, and arrangement.

**Severely eroded spot (map symbol)**

An area where, on the average, 75 percent or more of the original surface layer has been lost because of accelerated erosion. Not used in map units in which "severely eroded," "very severely eroded," or "gullied" is part of the map unit name.

**Shale**

Sedimentary rock that formed by the hardening of a deposit of clay, silty clay, or silty clay loam and that has a tendency to split into thin layers.

**Sheet erosion**

The removal of a fairly uniform layer of soil material from the land surface by the action of rainfall and surface runoff.

**Short, steep slope (map symbol)**

A narrow area of soil having slopes that are at least two slope classes steeper than the slope class of the surrounding map unit.

**Shoulder**

The convex, erosional surface near the top of a hillslope. A shoulder is a transition from summit to backslope.

**Shrink-swell**

The shrinking of soil when dry and the swelling when wet. Shrinking and swelling can damage roads, dams, building foundations, and other structures. It can also damage plant roots.

**Shrub-coppice dune**

A small, streamlined dune that forms around brush and clump vegetation.

**Side slope (geomorphology)**

A geomorphic component of hills consisting of a laterally planar area of a hillside. The overland waterflow is predominantly parallel. Side slopes are dominantly colluvium and slope-wash sediments.

**Silica**

A combination of silicon and oxygen. The mineral form is called quartz.

**Silica-sesquioxide ratio**

The ratio of the number of molecules of silica to the number of molecules of alumina and iron oxide. The more highly weathered soils or their clay fractions in warm-temperate, humid regions, and especially those in the tropics, generally have a low ratio.

**Silt**

As a soil separate, individual mineral particles that range in diameter from the upper limit of clay (0.002 millimeter) to the lower limit of very fine sand (0.05 millimeter). As a soil textural class, soil that is 80 percent or more silt and less than 12 percent clay.

**Siltstone**

An indurated silt having the texture and composition of shale but lacking its fine lamination or fissility; a massive mudstone in which silt predominates over clay.

**Similar soils**

Soils that share limits of diagnostic criteria, behave and perform in a similar manner, and have similar conservation needs or management requirements for the major land uses in the survey area.

**Sinkhole (map symbol)**

A closed, circular or elliptical depression, commonly funnel shaped, characterized by subsurface drainage and formed either by dissolution of the surface of underlying bedrock (e.g., limestone, gypsum, or salt) or by collapse of underlying caves within bedrock. Complexes of sinkholes in carbonate-rock terrain are the main components of karst topography.

**Site index**

A designation of the quality of a forest site based on the height of the dominant stand at an arbitrarily chosen age. For example, if the average height attained by dominant and codominant trees in a fully stocked stand at the age of 50 years is 75 feet, the site index is 75.

**Slickensides (pedogenic)**

Grooved, striated, and/or glossy (shiny) slip faces on structural peds, such as wedges; produced by shrink-swell processes, most commonly in soils that have a high content of expansive clays.

**Slide or slip (map symbol)**

A prominent landform scar or ridge caused by fairly recent mass movement or descent of earthy material resulting from failure of earth or rock under shear stress along one or several surfaces.

**Slope**

The inclination of the land surface from the horizontal. Percentage of slope is the vertical distance divided by horizontal distance, then multiplied by 100. Thus, a slope of 20 percent is a drop of 20 feet in 100 feet of horizontal distance.

**Slope alluvium**

Sediment gradually transported down the slopes of mountains or hills primarily by nonchannel alluvial processes (i.e., slope-wash processes) and characterized by particle sorting. Lateral particle sorting is evident on long slopes. In a profile sequence, sediments may be distinguished by differences in size and/or specific gravity of rock fragments and may be separated by stone lines. Burnished peds

and sorting of rounded or subrounded pebbles or cobbles distinguish these materials from unsorted colluvial deposits.

**Slow refill**

The slow filling of ponds, resulting from restricted water transmission in the soil.

**Slow water movement**

Restricted downward movement of water through the soil. See Saturated hydraulic conductivity.

**Sodic (alkali) soil**

A soil having so high a degree of alkalinity (pH 8.5 or higher) or so high a percentage of exchangeable sodium (15 percent or more of the total exchangeable bases), or both, that plant growth is restricted.

**Sodic spot (map symbol)**

An area where the surface layer has a sodium adsorption ratio that is at least 10 more than that of the surface layer of the named soils in the surrounding map unit. The surface layer of the surrounding soils has a sodium adsorption ratio of 5 or less.

**Sodicity**

The degree to which a soil is affected by exchangeable sodium. Sodicity is expressed as a sodium adsorption ratio (SAR) of a saturation extract, or the ratio of $Na^+$ to $Ca^{++}$ + $Mg^{++}$. The degrees of sodicity and their respective ratios are:

*Slight:* Less than 13:1
*Moderate:* 13-30:1
*Strong:* More than 30:1

**Sodium adsorption ratio (SAR)**

A measure of the amount of sodium (Na) relative to calcium (Ca) and magnesium (Mg) in the water extract from saturated soil paste. It is the ratio of the Na concentration divided by the square root of one-half of the Ca + Mg concentration.

**Soft bedrock**

Bedrock that can be excavated with trenching machines, backhoes, small rippers, and other equipment commonly used in construction.

**Soil**

A natural, three-dimensional body at the earth's surface. It is capable of supporting plants and has properties resulting from the integrated effect of climate and living matter acting on earthy parent material, as conditioned by relief and by the passage of time.

**Soil separates**

Mineral particles less than 2 millimeters in equivalent diameter and ranging between specified size limits. The names and sizes, in millimeters, of separates recognized in the United States are as follows:

*Very coarse sand:* 2.0 to 1.0

*Coarse sand:* 1.0 to 0.5

*Medium sand:* 0.5 to 0.25

*Fine sand:* 0.25 to 0.10

*Very fine sand:* 0.10 to 0.05

*Silt:* 0.05 to 0.002

*Clay:* Less than 0.002

**Solum**

The upper part of a soil profile, above the C horizon, in which the processes of soil formation are active. The solum in soil consists of the A, E, and B horizons. Generally, the characteristics of the material in these horizons are unlike those of the material below the solum. The living roots and plant and animal activities are largely confined to the solum.

**Spoil area (map symbol)**

A pile of earthy materials, either smoothed or uneven, resulting from human activity.

**Stone line**

In a vertical cross section, a line formed by scattered fragments or a discrete layer of angular and subangular rock fragments (commonly a gravel- or cobble-sized lag concentration) that formerly was draped across a topographic surface and was later buried by additional sediments. A stone line generally caps material that was subject to weathering, soil formation, and erosion before burial. Many stone lines seem to be buried erosion pavements, originally formed by sheet and rill erosion across the land surface.

**Stones**

Rock fragments 10 to 24 inches (25 to 60 centimeters) in diameter if rounded or 15 to 24 inches (38 to 60 centimeters) in length if flat.

**Stony**

Refers to a soil containing stones in numbers that interfere with or prevent tillage.

**Stony spot (map symbol)**

A spot where 0.01 to 0.1 percent of the soil surface is covered by rock fragments that are more than 10 inches in diameter in areas where the surrounding soil has no surface stones.

**Strath terrace**

A type of stream terrace; formed as an erosional surface cut on bedrock and thinly mantled with stream deposits (alluvium).

**Stream terrace**

One of a series of platforms in a stream valley, flanking and more or less parallel to the stream channel, originally formed near the level of the stream; represents

Custom Soil Resource Report

the remnants of an abandoned flood plain, stream bed, or valley floor produced during a former state of fluvial erosion or deposition.

**Stripcropping**

Growing crops in a systematic arrangement of strips or bands that provide vegetative barriers to wind erosion and water erosion.

**Structure, soil**

The arrangement of primary soil particles into compound particles or aggregates. The principal forms of soil structure are:

*Platy:* Flat and laminated
*Prismatic:* Vertically elongated and having flat tops
*Columnar:* Vertically elongated and having rounded tops
*Angular blocky:* Having faces that intersect at sharp angles (planes)
*Subangular blocky:* Having subrounded and planar faces (no sharp angles)
*Granular:* Small structural units with curved or very irregular faces

Structureless soil horizons are defined as follows:

*Single grained:* Entirely noncoherent (each grain by itself), as in loose sand
*Massive:* Occurring as a coherent mass

**Stubble mulch**

Stubble or other crop residue left on the soil or partly worked into the soil. It protects the soil from wind erosion and water erosion after harvest, during preparation of a seedbed for the next crop, and during the early growing period of the new crop.

**Subsoil**

Technically, the B horizon; roughly, the part of the solum below plow depth.

**Subsoiling**

Tilling a soil below normal plow depth, ordinarily to shatter a hardpan or claypan.

**Substratum**

The part of the soil below the solum.

**Subsurface layer**

Any surface soil horizon (A, E, AB, or EB) below the surface layer.

**Summer fallow**

The tillage of uncropped land during the summer to control weeds and allow storage of moisture in the soil for the growth of a later crop. A practice common in semiarid regions, where annual precipitation is not enough to produce a crop every year. Summer fallow is frequently practiced before planting winter grain.

**Summit**

The topographically highest position of a hillslope. It has a nearly level (planar or only slightly convex) surface.

**Surface layer**

The soil ordinarily moved in tillage, or its equivalent in uncultivated soil, ranging in depth from 4 to 10 inches (10 to 25 centimeters). Frequently designated as the "plow layer," or the "Ap horizon."

**Surface soil**

The A, E, AB, and EB horizons, considered collectively. It includes all subdivisions of these horizons.

**Talus**

Rock fragments of any size or shape (commonly coarse and angular) derived from and lying at the base of a cliff or very steep rock slope. The accumulated mass of such loose broken rock formed chiefly by falling, rolling, or sliding.

**Taxadjuncts**

Soils that cannot be classified in a series recognized in the classification system. Such soils are named for a series they strongly resemble and are designated as taxadjuncts to that series because they differ in ways too small to be of consequence in interpreting their use and behavior. Soils are recognized as taxadjuncts only when one or more of their characteristics are slightly outside the range defined for the family of the series for which the soils are named.

**Terminal moraine**

An end moraine that marks the farthest advance of a glacier. It typically has the form of a massive arcuate or concentric ridge, or complex of ridges, and is underlain by till and other types of drift.

**Terrace (conservation)**

An embankment, or ridge, constructed across sloping soils on the contour or at a slight angle to the contour. The terrace intercepts surface runoff so that water soaks into the soil or flows slowly to a prepared outlet. A terrace in a field generally is built so that the field can be farmed. A terrace intended mainly for drainage has a deep channel that is maintained in permanent sod.

**Terrace (geomorphology)**

A steplike surface, bordering a valley floor or shoreline, that represents the former position of a flood plain, lake, or seashore. The term is usually applied both to the relatively flat summit surface (tread) that was cut or built by stream or wave action and to the steeper descending slope (scarp or riser) that has graded to a lower base level of erosion.

**Terracettes**

Small, irregular steplike forms on steep hillslopes, especially in pasture, formed by creep or erosion of surficial materials that may be induced or enhanced by trampling of livestock, such as sheep or cattle.

**Texture, soil**

The relative proportions of sand, silt, and clay particles in a mass of soil. The basic textural classes, in order of increasing proportion of fine particles, are *sand, loamy sand, sandy loam, loam, silt loam, silt, sandy clay loam, clay loam, silty clay loam, sandy clay, silty clay,* and *clay*. The sand, loamy sand, and sandy loam classes may be further divided by specifying "coarse," "fine," or "very fine."

**Thin layer**

Otherwise suitable soil material that is too thin for the specified use.

**Till**

Dominantly unsorted and nonstratified drift, generally unconsolidated and deposited directly by a glacier without subsequent reworking by meltwater, and consisting of a heterogeneous mixture of clay, silt, sand, gravel, stones, and boulders; rock fragments of various lithologies are embedded within a finer matrix that can range from clay to sandy loam.

**Till plain**

An extensive area of level to gently undulating soils underlain predominantly by till and bounded at the distal end by subordinate recessional or end moraines.

**Tilth, soil**

The physical condition of the soil as related to tillage, seedbed preparation, seedling emergence, and root penetration.

**Toeslope**

The gently inclined surface at the base of a hillslope. Toeslopes in profile are commonly gentle and linear and are constructional surfaces forming the lower part of a hillslope continuum that grades to valley or closed-depression floors.

**Topsoil**

The upper part of the soil, which is the most favorable material for plant growth. It is ordinarily rich in organic matter and is used to topdress roadbanks, lawns, and land affected by mining.

**Trace elements**

Chemical elements, for example, zinc, cobalt, manganese, copper, and iron, in soils in extremely small amounts. They are essential to plant growth.

**Tread**

The flat to gently sloping, topmost, laterally extensive slope of terraces, flood-plain steps, or other stepped landforms; commonly a recurring part of a series of natural steplike landforms, such as successive stream terraces.

**Tuff**

A generic term for any consolidated or cemented deposit that is 50 percent or more volcanic ash.

**Upland**

An informal, general term for the higher ground of a region, in contrast with a low-lying adjacent area, such as a valley or plain, or for land at a higher elevation than the flood plain or low stream terrace; land above the footslope zone of the hillslope continuum.

**Valley fill**

The unconsolidated sediment deposited by any agent (water, wind, ice, or mass wasting) so as to fill or partly fill a valley.

**Variegation**

Refers to patterns of contrasting colors assumed to be inherited from the parent material rather than to be the result of poor drainage.

**Varve**

A sedimentary layer or a lamina or sequence of laminae deposited in a body of still water within a year. Specifically, a thin pair of graded glaciolacustrine layers seasonally deposited, usually by meltwater streams, in a glacial lake or other body of still water in front of a glacier.

**Very stony spot (map symbol)**

A spot where 0.1 to 3.0 percent of the soil surface is covered by rock fragments that are more than 10 inches in diameter in areas where the surface of the surrounding soil is covered by less than 0.01 percent stones.

**Water bars**

Smooth, shallow ditches or depressional areas that are excavated at an angle across a sloping road. They are used to reduce the downward velocity of water and divert it off and away from the road surface. Water bars can easily be driven over if constructed properly.

**Weathering**

All physical disintegration, chemical decomposition, and biologically induced changes in rocks or other deposits at or near the earth's surface by atmospheric or biologic agents or by circulating surface waters but involving essentially no transport of the altered material.

**Well graded**

Refers to soil material consisting of coarse grained particles that are well distributed over a wide range in size or diameter. Such soil normally can be easily increased in density and bearing properties by compaction. Contrasts with poorly graded soil.

**Wet spot (map symbol)**

A somewhat poorly drained to very poorly drained area that is at least two drainage classes wetter than the named soils in the surrounding map unit.

Custom Soil Resource Report

**Wilting point (or permanent wilting point)**

The moisture content of soil, on an ovendry basis, at which a plant (specifically a sunflower) wilts so much that it does not recover when placed in a humid, dark chamber.

**Windthrow**

The uprooting and tipping over of trees by the wind.

**Attachment 6:   CASQA Stormwater BMP Handbook Portal: Fact Sheets**

BMP Fact Sheets Not Included for Upload to SMARTS

**Attachment 7:**       *Industrial General Permit*

IGP Not Included for Upload to SMARTS

**Attachment 8:    Other Regulatory Documents**

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
CENTRAL VALLEY REGION

ORDER NO. R5-2011-0049

WASTE DISCHARGE REQUIREMENTS
FOR
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND
CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

The California Regional Water Quality Control Board, Central Valley Region, (hereafter Central Valley Water Board) finds that:

1. Butte County (hereafter Discharger) owns and operates a Class III municipal solid waste landfill (hereafter "landfill") and three Class II surface impoundments about 7 miles southeast of Chico, in Sections 14 and 15, T21N, R2E, Mount Diablo Baseline and Meridian, as shown in Attachment A, which is incorporated herein and made part of this Order.

2. The landfill and Class II surface impoundments (hereafter "facility") comprise 229-acres. To date four landfill Waste Management Units (Unit) or Modules, as specified by Butte County, have been developed. These Units, identified as Modules 1, 2, 3, and 4, cover approximately 87 acres of the disposal area. Modules 1 and 3 are unlined and closed, covering approximately 49.5-acres. Module 2 was constructed with a two-foot thick compacted clay liner that is overlain by a one-foot thick granular Leachate Collection and Recovery System (LCRS), is closed and covers approximately 16.5-acres. Closure of Modules 1, 2, and 3, with a low-permeability cap was completed in March of 2007. Construction of Module 4 began in 2003 with Phases A, B and C. Waste is currently being placed in these units. Construction of an additional phase, Module 4 Phase D is currently underway. Module 4 comprises a total area of 21 acres. The Class II surface impoundments include a leachate pond, septage pond, and septage supernatant pond, as shown in Attachment B, which is incorporated herein and made part of this Order. The facility is comprised of Assessor's Parcel Number APN 040-600-082.

3. The Discharger is currently permitted for a disposal footprint of approximately 140 acres. Modules 5 through 10 will be developed west and south of the existing Module 4 disposal area upon completion of Module 4. Modules 5 through 10 are shown in Attachment B.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -2-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

4.  On 28 October 1988 the Central Valley Water Board issued Order No. 88-190, in which the facility was classified as a Class III waste disposal site with Class II surface impoundments for the discharge of municipal solid wastes and domestic septage in accordance with the regulations in effect when the Order was issued. This Order reclassifies the facility as a Class III landfill with Class II surface impoundments that accepts municipal solid waste and domestic septage in accordance with Title 27, California Code of Regulations, §20005, et seq. (Title 27).

5.  On 17 September 1993, the Central Valley Water Board adopted Order No. 93-200, amending Order No. 88-190 and implementing State Water Resources Control Board Resolution No. 93-62, *Policy for Regulation of Discharges of Municipal Solid Waste*. Butte County and Parrott Ranch Company, Neal Road Class III Landfill and Class II Surface Impoundments are added to Order No. 93-200 in Attachment 1, Line No. 36.

6.  On July 2002, the Central Valley Water Board adopted Order No. R5-2002-0145, amending Order No. 93-200, and Attachment 1 of Order No. 93-200 to delete line No. 36, Butte County and Parrott Ranch Company, Neal Road Class III Landfill and Class II Surface Impoundments. This order is being revised, in part, to allow for the discharge of treated wood waste.

## SITE DESCRIPTION

7.  The facility is located in hilly terrain along the eastern edge of the Sacramento Valley. The area is characterized by topographic plateaus separated by steep ravines and canyons. The landfill has been developed in a northeast/southwest-trending canyon eroded into a gently sloping plateau. Elevations at the site range from about 410 feet mean sea level (MSL) at the northeastern facility boundary to about 210 feet MSL at the southwestern facility boundary.

8.  The facility lies on nearly flat-lying volcanic deposits of the Tuscan Formation. It is underlain by a series of interlayered sandstone, tuff-breccia, and lahar deposits. The sandstones are typically fine to course grained and contain up to 4-percent silt. The lahar deposits are well-cemented and frequently fractured and jointed. Fractures are usually open and approximately one-fourth inch wide. The clayey sands of the Tuscan Formation immediately underlying the facility have in-situ permeabilities ranging from $2 \times 10^{-4}$ cm/sec to $3 \times 10^{-3}$ cm/sec. Samples from the formation have achieved remolded permeabilities of $1 \times 10^{-4}$ cm/sec.

9.  The Tuscan Formation is an important water-bearing unit in the northeastern part of the Sacramento Valley containing the main regional aquifer. The formation is

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -3-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

exposed in the Cascade foothills and extends to the valley floor. Beneath the facility, groundwater is found at elevations ranging from 136 feet to 146 feet MSL. This groundwater exists under unconfined conditions within the Tuscan sandstones.

10. A well-cemented lahar deposit generally occurs in the upper elevations at the facility. The subsurface materials exposed within Module 4 predominately consist of thick sandstone. Capillary rise beneath the landfill has been estimated to be less than two feet. The average measured hydraulic conductivity of the native soils underlying Module 4 is 0.001 cm/sec.

11. The Chico Monocline Fault is the closest potential seismogenic source to the facility. It is a buried reverse-slip fault, which extends for more than 70 km (43 mi) to the northwest. The Chico Monocline Fault has a long-term calculated slip rate of 0.14 to 0.33 mm/yr. The maximum credible earthquake for the fault is estimated to be moment magnitude Mw 7.0. The peak horizontal ground acceleration in rock at the facility with a 10 percent probability of exceedence in a 250-year period is 0.44 g. The most likely source event corresponding to this level of ground shaking can be characterized by earthquake magnitudes in the range of Mw 6.0 to 6.5 occurring at a distance of about 5 km (3.1 miles).

12. The Butte County land use map designates the property within 1,000 feet of the landfill as "U" open grazing land (A-Z zoning designation). Currently no structures exist within 1,000 feet of the facility. The only structure within one mile of the facility is an inactive poultry ranch one-half mile south of the facility on Neal Road.

13. The facility receives an average of 26.32 inches of precipitation per year as measured at the Chico University Farm Station No. 1715 located at Latitude 39°42'00"N, Longitude 121°49'00"W at an elevation of 185 feet MSL. The mean pan evaporation rate is 66.8 inches per year as measured at the Chico Experiment Station No. 4 located at Latitude 39°42'00"N, Longitude 121°47'00"W at an elevation of 205 feet MSL.

14. The 100-year, 24-hour precipitation event is estimated at 5.28 inches, based on Department of Water Resources' bulletin entitled *Rainfall Depth-Duration-Frequency for California*, revised November 1982, updated August 1986.

15. The facility is not within a 100-year flood plain based on the Federal Emergency Management Agency's (FEMA) Flood Insurance Rate Map, Community-Panel Number 06007C.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -4-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

16.   There are two industrial groundwater supply wells within one mile of the facility.
      One is the water supply well for the facility, and the other is located at the inactive
      poultry ranch one half mile southeast of the facility.  Surface springs or other
      sources of groundwater supply have not been observed in the area.

## SURFACE WATER AND GROUNDWATER

17.   The Central Valley Water Board adopted a *Water Quality Control Plan, Fourth
      Edition (revised September 2009) for the  Sacramento and San Joaquin River
      Basins* (hereafter Basin Plan).  The Basin Plan designates beneficial uses,
      establishes water quality objectives, and describes an implementation program
      and policies to achieve water quality objectives for all waters of the Basin.  This
      includes plans and policies adopted by the State Water Resource Control Board
      and incorporated by reference, such as Resolution No. 68-16, *Statement of Policy
      with Respect to Maintaining High Quality of Waters in California*.  These
      requirements implement the Basin Plan.

18.   Surface drainage is toward Hamlin Slough, a tributary to Butte Creek in the Upper
      Little Chico Hydrologic Area (No. 521.30) of the Butte Creek Hydrologic Unit (No.
      521.00), as depicted on interagency hydrologic maps prepared by the Department
      of Water Resources in August 1986.

19.   The facility is located adjacent to Nance Canyon, which contains an unnamed
      intermittent stream.  The stream combines with a second unnamed stream that
      flows out of the southwestern portion of the facility.  The combined flow of these
      streams eventually discharges to Hamlin Slough, Butte Creek, and the
      Sacramento River.

20.   The beneficial uses of the Sacramento River downstream of the discharge as
      identified in Table II-1 of the Basin Plan are municipal and domestic supply,
      agricultural irrigation and agricultural stock watering; industrial service supply,
      hydropower generation, contact recreation, canoeing and rafting, and non-contact
      recreation, warm and cold freshwater habitat, warm and cold water fish migration,
      warm and cold water fish spawning, wildlife habitat, and navigation.

      The beneficial uses of Butte Creek downstream of the discharge as identified in
      Table II-1 of the Basin Plan are municipal and domestic supply, agricultural
      irrigation and agricultural stock watering, hydropower generation, contact
      recreation, warm and cold freshwater habitat, cold water fish migration, warm and
      cold water fish spawning, and wildlife habitat.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -5-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

The beneficial uses of Hamlin Slough are not identified in the Basin Plan, however
the Basin Plan states, "The beneficial uses of any specifically identified water body
generally apply to its tributary streams." Upon review of the flow conditions,
habitat values, and beneficial uses of Hamlin Slough, the Central Valley Water
Board finds that the beneficial uses identified in the Basin Plan for Butte Creek are
applicable to Hamlin Slough.

21. The first water-bearing horizon is approximately 100 feet below the base of the
current landfill and approximately 10 feet below the base of Module 4 at 136 to
146 ft elevation above MSL. The hydraulic gradient is generally to the southwest,
and groundwater flows at approximately 44 feet per year. Groundwater in the
region is of excellent quality, with total dissolved solids generally less than 200
mg/L.

22. The designated beneficial uses of the groundwater, as specified in the Basin Plan,
are municipal and domestic water supply, agricultural supply, industrial service
supply, and industrial process supply.

23. This Order implements:

a. The Basin Plan;

b. The prescriptive standards and performance goals of Chapters 1 through 7,
Subdivision 1, Division 2, Title 27, of the California Code of Regulations,
effective 18 July 1997, and subsequent revisions;

c. The prescriptive standards and performance criteria of RCRA Subtitle D, Part
258; and

d. State Water Resources Control Board Resolution No. 93-62, *Policy for
Regulation of Discharges of Municipal Solid Waste*, adopted 17 June 1993.

## WASTE AND FACILITY CLASSIFICATION

24. The Discharger discharges nonhazardous municipal solid wastes, as defined in
§20164 of Title 27, to the Class III Landfill. Nonhazardous solid wastes include
municipal solid wastes, as referred to in Title 40, Code of Federal Regulations,
Part 258 (Subtitle D).

25. The Discharger also discharges wastes containing greater than one percent (>1%)
friable asbestos for disposal in the Class III Landfill. These wastes are classified
as 'hazardous' under Title 22 of the California Code of Regulations. However,
because these wastes do not pose a threat to water quality, Section 25143.7 of
the Health and Safety Code permits their disposal in any landfill which has Waste

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                -6-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

Discharge Requirements that specifically permit the discharge, provided the wastes are handled and disposed of in accordance with other applicable state and federal statutes and regulations.

26. The site characteristics where the facility is located do not meet the siting criteria for a new Class III landfill, as described in §20260(a) and (b)(1) of Title 27.  As such, the facility is not suitable for operating new landfill Units or lateral expansions of existing landfill Units for the discharge and containment of Class III wastes without the construction of additional waste containment features, as described in §20260(b)(2) of Title 27 and State Water Resources Control Board Resolution No. 93-62.

27. The leachate pond and primary septage pond were retrofitted to Class II standards in 1992, following the closure of previous unlined leachate and septage ponds in the area of Module 4.  The septage supernatant pond was constructed in 1996 and began operation in 1997.

28. Approximately 400,000 to 500,000 gallons per month of septage from throughout Butte County is discharged into the septage pond.  In 2008, 2009, and 2010, the mass of septage accepted at the facility was 18,747, 16,228, and 16,995 tons respectively.  Overlying liquid, including storm water, is decanted into the septage supernatant pond for evaporation.  Currently, excess supernatant from the supernatant septage pond is trucked off-site to one of the following locations, City of Chico wastewater treatment facility, City of Oroville wastewater treatment facility, or the Sewerage Commission-Oroville Region.

29. The Discharger proposes to accept treated wood waste at Neal Road Class III Municipal Solid Waste Landfill.  "Treated wood" means wood that has been treated with a chemical preservative for purposes of protecting the wood against attacks from insects, microorganisms, fungi, and other environmental conditions that can lead to decay of the wood and the chemical preservative is registered pursuant to the Federal Insecticide, Fungicide and Rodenticide Act (7 U.S.C. Sec. 136 and following).  Existing law regulates the control of hazardous waste, but exempts from the hazardous waste control laws, wood waste that is exempt from regulation under the Federal Resource Conservation and Recovery Act of 1976, as amended (RCRA), if the wood waste is disposed of in a municipal landfill that meets certain requirements imposed pursuant to the Porter-Cologne Water Quality Control Act for the classification of disposal sites, and the landfill meets other specified requirements outlined in Section 25150.7 of the Health and Safety Code.  Section 25150.8 of the Health and Safety Code also provides that if treated wood waste is accepted by a solid waste landfill that manages and disposes of the treated wood waste in the manner specified, the treated wood waste shall be

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -7-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

deemed to be a solid waste and not a hazardous or designated waste. This order is being updated, in part, to allow the discharge of treated wood waste.

30. Title 22 section 67386.11 allows treated wood waste to be disposed in a composite-lined portion of a MSW landfill that is regulated by WDRs issued pursuant to the California Water Code provided that the landfill:

a. Comply with the prohibitions in Title 22 section 67386.3, which are:

    i. Treated wood waste shall not be burned, scavenged, commingled with other waste prior to disposal, stored in contact with the ground, recycled without treatment (except as in iii, below), treated except in compliance with Section 67386.10, or disposed to land except in compliance with Section 67386.11.

    ii. Any label or mark that identifies the wood and treated wood waste shall not be removed, defaced, or destroyed.

    iii. Treated wood waste may be recycled only by reuse when all of the following apply:

        (1) Reuse is onsite.
        (2) Reuse is consistent with FIFRA approved use of the preservative.
        (3) Prior to reuse, treated wood waste is handled in compliance with Title 22 division 4.5 chapter 34.

b. Ensure treated wood waste is managed at the landfill according to Title 22 division 4.5 chapter 34 prior to disposal.

c. Monitor the landfill for a release and if a verified release is detected from the unit where treated wood is disposed, the disposal of treated wood will be terminated at the unit with the verified release until corrective action ceases the release.

d. Handle treated wood waste in a manner consistent with the applicable sections of the California Occupational Safety and Health Act of 1973.

31. The Discharger proposes to construct a Resource Recovery Facility (RRF) at the site in 2011-2012. The RRF will encompass approximately 10 acres and includes construction of the RRF building, and relocation of the landfill scales and admistrative office. The intent of the RRF is to recover recyclable materials from the landfill's incoming waste stream, thus reducing the tonnage of waste

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -8-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

discharged to the Landfill.  The RRF facilities will include a covered and paved
tipping pad/waste receiving area, and waste sorting facilities.  Small volumes
(<500 gallons/month) of liquids generated during the waste receiving/sorting
process are proposed to be hauled off-site to an approved acceptance facility.

**CLASS II SURFACE IMPOUNDMENT DESIGN AND CONSTRUCTION**

32.  Article 4, Table 4.1, and Sections 20330 and 20340, Title 27, contain construction
     standards for Class II surface impounds.  Minimum requirements include the
     following:

     a.  A single (replaceable) compacted clay liner with a hydraulic conductivity of
         $1x10^{-6}$ cm/s, or less.  The liner must be replaced before the last 25 percent
         (minimum one-foot thickness) of liner has been penetrated by fluid waste; or

     b.  A double liner consisting of a synthetic flexible membrane primary (inner) liner
         (minimum thickness 40 mils) underlain by a blanket type leachate collection
         and removal system underlain by a minimum two-foot thick compacted clay
         liner having a hydraulic conductivity of $1x10^{-6}$ cm/s, or less, or a substantial
         thickness of natural geologic materials having a hydraulic conductivity of $1x10^{-6}$ cm/s, or less.

33.  The Discharger has constructed three Class II surface impounds for the
     containment of leachate, septage, and septage supernatant.  The surface
     impounds that contain septage are constructed (from top to bottom) with a
     60-mil HDPE geomembrane, a geonet, and a 40-mil Gundseal composite liner.
     The surface impoundment containing leachate is lined (from top to bottom) with a
     60-mil HDPE geomembrane, a ¼ inch geonet, a 40-mil HDPE geomembrane, and
     one foot of low permeability soil.

34.  Experience has shown that the prescriptive standard described in Finding No. 31
     will not meet the performance standard for a Class II surface impoundment, which
     is "to prevent migration of wastes from the WMUs to adjacent geologic materials,
     groundwater, or surface water, during disposal operations, closure, and the post
     closure maintenance period" (Section 20310(a), Title 27).  To meet the
     performance standard, future Class II surface impounds constructed and
     operated at this facility must, at a minimum, consist of a synthetic flexible
     membrane inner liner and a composite outer liner with an intervening LCRS.  The
     composite outer liner must, at a minimum, consist of one-foot of compacted clay
     with a hydraulic conductivity of $1x10^{-6}$ cm/sec or less, overlain by a synthetic
     flexible membrane liner.  Synthetic flexible membrane liner materials must have a
     minimum thickness of 40 mils (60 mils, if HDPE).

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -9-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## LANDFILL DESIGN AND CONSTRUCTION

35. On 17 June 1993 the State Water Resources Control Board adopted Resolution No. 93-62 implementing a State Policy for the construction, monitoring, and operation of municipal solid waste landfills that is consistent with the federal municipal solid waste regulations promulgated under Subtitle D.

36. Resolution No. 93-62 requires the construction of a prescribed composite liner system at new municipal solid waste landfills, or expansion areas of existing municipal solid waste landfills, that receive wastes after 9 October 1993.

37. Resolution No. 93-62 also allows the Central Valley Water Board to consider the approval of engineered alternatives to the prescriptive standard. Section III (A)(b) of Resolution No. 93-62 requires that the engineered alternative liner systems be of a composite design similar to the prescriptive standard.

38. Section 20080(b) of Title 27 allows the Central Valley Water Board to consider the approval of an engineered alternative to the prescriptive standard. In order to approve an engineered alternative in accordance with §20080(c)(1) and (2), the Discharger must demonstrate that the prescriptive design is unreasonably and unnecessarily burdensome and will cost substantially more than an alternative that will meet the criteria contained in §20080(b), or would be impractical and would not promote attainment of applicable performance standards. The Discharger must also demonstrate that the proposed engineered alternative liner system(s) {is/are} consistent with the performance goal addressed by the particular prescriptive standard, and provides protection against water quality impairment equivalent to the prescriptive standard in accordance with §20080(b)(2) of Title 27.

39. Section 13360(a)(1) of the California Water Code allows the Central Valley Water Board to specify the design, type of construction, and/or particular manner in which compliance must be met in Waste Discharge Requirements or Orders for the discharge of waste at solid waste disposal facilities.

40. On 26 November 2001, the Discharger submitted a Report of Waste Discharge requesting approval of an engineered alternative to liner requirements for Module 4.

41. The Discharger proposed a liner system beneath Module 4, which was designed, constructed, and operated to prevent degradation of waters of the state as set forth in Title 27 for a Class III landfill, and the provisions in State Water Resources Control Board Resolution No. 93-62 for municipal solid wastes.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -10-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

42. The engineered alternative proposed by the Discharger consists of a double
    composite liner on the floor and a single composite liner on the side slopes.  On
    the landfill base the containment system consists of the following components,
    from top to bottom: 12 inches of operations soil, 8-oz. non-woven geotextile filter,
    12 inches of LCRS gravel (permeability greater than or equal to 1 cm/s) with LCRS
    piping, 60-mil HDPE geomembrane (double-sided textured), Geosynthetic Clay
    Liner (GCL), Geocomposite leak detection layer, 60-mil HDPE geomembrane
    (double-sided textured), GCL, 12 inches of low-permeability soil liner (permeability
    less than or equal to $1 \times 10^{-6}$ cm/s), and native subgrade (sandstone and lahar).

43. Side slope liners are constructed of, from top to bottom: 24 inches of operations
    soil, LCRS geocomposite drainage layer, 60-mil HDPE geomembrane (single-
    sided textured, textured side down), GCL, and native subgrade (sandstone, or
    lahar) with surface improvements as necessary to provide support to the overlying
    geosynthetic liner system.  The side slopes range from 2H:1V to 1.75H:1V
    (horizontal:vertical).

44. The Discharger has demonstrated that the proposed engineered alternative is
    consistent with the performance goals of the prescriptive standard and affords
    equivalent protection against water quality impairment.

45. Leachate is drained by gravity from Module 4 to the low point of the LCRS at the
    western end of the proposed landfill expansion, where it is pumped through a riser
    pipe and conveyed to the leachate surface impoundment for disposal.  Along the
    floor of the landfill, the LCRS consists of a one-foot thick layer of 3/8-inch minus
    gravel.  A perforated 6-inch diameter HDPE pipe is located centerline of the landfill
    with lateral HDPE pipe drains spaced approximately every 200 feet.  Along the
    side slopes, the LCRS consists of a geocomposite drainage layer.  At the tie-in
    between Module 4 and Modules 1 and 3, a geocomposite drainage layer was
    constructed at the toe of the existing refuse fill to collect lateral leachate migration
    from Modules 1 and 3.  This leachate is conveyed to the floor of Module 4 where it
    ties into the main LCRS collection pipe.  A small lined, 5- to 10-foot high berm is
    located along the western edge of Module 4 to provide leachate containment.  The
    peak design leachate generation rate of 500 gallons/acre/day is estimated for the
    short-term development conditions.

46. Construction of additional phases and units will proceed only after all applicable
    construction quality assurance plans have been approved by the Executive Officer.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -11-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## STORM WATER MONITORING

47. Undiverted precipitation falling on the landfill units that contacts waste is collected and handled by the leachate collection and removal system or otherwise kept on-site in accordance with Section 20365(b) of Title 27 and the *Standard Provisions and Reporting Requirements for Title 27 (27 CCR section 20005, et seq.) and Subtitle D (40 CFR 258)*, dated April 2000 (Standard Provisions).

48. Precipitation that falls on the site without contacting waste (storm water) is diverted off-site by a system of drainage structures and holding facilities. Storm water runoff, which does not contact waste, is directed to peripheral channels and discharged into an ephemeral drainage that is tributary to Hamlin Slough.

49. Discharge of storm water to a water of the United States requires a federal permit under the National Pollutant Discharge Elimination System (NPDES). The facility operates under State Water Resources Control Board (SWRCB) Order No. 97-03-DWQ (General NPDES Permit No. CAS000001) and has an approved Storm Water Pollution Prevention Plan. This Order requires the Discharger to maintain and comply with General NPDES Permit No. CAS000001.

## UNSATURATED ZONE AND GROUNDWATER MONITORING

50. The Discharger has installed an unsaturated zone and groundwater monitoring network, as shown on Attachment B. Unsaturated zone monitoring consists of 9 suction lysimeters and 2 pan lysimeters. Lysimeters U3, and U4 are located beneath closed Modules 1, 2 and 3. Lysimeters U1, U2 and U6 were abandoned during the construction of Module 4. Lysimeter U5 is the designated "background" point and is located near the landfill entrance. Lysimeters U7, U8, U9, U10L, and U10S are located beneath the area of the former eastern leachate pond and existing septage Class II surface impoundments. Pan lysimeters, Module 4 Pan Lysimeter and Western Leachate Pond Pan Lysimeter are located under Module 4 and the western leachate pond, respectively.

51. The groundwater monitoring network consists of 12 monitoring wells. MW-4 and MW-13 are the designated background wells. The down gradient monitoring wells include MW-6, MW-7, MW-8a and 8b, MW-9, MW-9b, MW-10, MW-11, and MW-12. MW-3 is located at the gate entrance to the landfill, cross gradient of the active areas. MW-1, MW-2 and MW-5 have been decommissioned.

52. This Order requires the Discharger to submit a groundwater detection monitoring program for any Unit expansion.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -12-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## LANDFILL GAS

53. In 2007, the Discharger completed construction of a landfill gas collection system for closed Modules 1, 2 and 3. The landfill gas collection system consists of 33 extraction wells installed within the closed units, 12 vadose zone extraction wells installed around the closed units perimeter, associated conveyance lines and pumps, and a landfill gas and condensate flaring system.

54. Condensate collected from the landfill gas collection system is flared along with the landfill gas in the landfill gas flaring system.

55. Migration of landfill gas through the vadose zone outside of the unit boundaries is monitored by a network of 14 vadose zone soil-gas probes installed around the perimeter of the closed units.

## GROUNDWATER DEGRADATION

56. Volatile organic compounds (VOCs) and soluble salts are often detected in a release from a landfill, and are the primary waste constituents detected in groundwater beneath a municipal solid waste landfill. Since VOCs are not naturally occurring and thus have no background value, they are not amenable to the statistical analysis procedures contained in Title 27 for the determination of a release of wastes from a Unit.

57. Sections 20415(e)(8) and (9) of Title 27 provide for the non-statistical evaluation of monitoring data that will provide the best assurance of the earliest possible detection of a release from a Unit in accordance with §20415(b)(1)(B)2-4 of Title 27. However, Title 27 does not specify a specific method for non-statistical evaluation of monitoring data.

58. The Central Valley Water Board may specify a non-statistical data analysis method pursuant to Section 20080(a)(1) of Title 27. Section 13360(a)(1) of the California Water Code allows the Central Valley Water Board to specify requirements to protect underground or surface waters from leakage from a solid waste site, which includes a method to provide the best assurance of determining the earliest possible detection of a release.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -13-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

59.  In order to provide the best assurance of the earliest possible detection of a release of non-naturally occurring waste constituents from a Unit, this Order specifies a non-statistical method for the evaluation of monitoring data.

60.  The specified non-statistical method for evaluation of monitoring data provides two criteria (or triggers) for making the determination that there has been a release of non-naturally occurring waste constituents from a Unit.  The presence of two non-naturally occurring waste constituents above their respective method detection limits (MDLs), or one non-naturally occurring waste constituent detected above its practical quantitation limit (PQL), indicates that a release of waste from a Unit has occurred.  Following an indication of a release, verification testing will be conducted to determine whether there has been a release from the Unit, if there is a source of the detected constituents other than the landfill, or if the detection was a false detection.  Although the detection of one non-naturally occurring waste constituent above its MDL is sufficient to provide for the earliest possible detection of a release, the detection of two non-naturally occurring waste constituents above the MDL as a trigger is appropriate due to the higher risk of false-positive analytical results and the corresponding increase in sampling and analytical expenses from the use of one non-naturally occurring waste constituent above its MDL as a trigger.

61.  Groundwater and soil-pore liquid have been monitored on a quarterly basis since 1989.  The analytical results indicate evidence of a release, as shown by elevated concentrations of several monitoring parameters in down gradient compliance wells when compared to background wells. Higher concentrations in down gradient compliance wells of specific conductance, total dissolved solids, chlorides, sulfate, and nitrate, indicate a release of waste constituents from the landfill to groundwater.  A statistical analysis of these constituents showed significant concentration increases compared to background levels. Recent analytical data confirm continued impact to groundwater.

## CORRECTIVE ACTION PROGRAM

62.  The detection of waste constituents in the unsaturated zone and groundwater requires the implementation of a Corrective Action Program (CAP) to remediate the discharge pursuant to §20430 in Title 27.  The initial corrective action measures implemented in the early 1990's included covering the inactive portions of the landfill with temporary tarps to help shed precipitation.  A review of the ground water data showed this action was ineffective; the concentrations of the noted waste constituents increased during this time period.  Reasons the original CAP failed include: lack of adequate slope on the top of the landfill to facilitate runoff, the highly permeable nature of the earthen cover material and the need to

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -14-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

expose portions of the site during waste disposal operations, and increased
difficulty in managing storm water runoff.

63. On 18 March 2002 the Discharger submitted a second CAP that included final
closure of Modules 1, 2, and 3.  Final closure of these units was completed in
March of 2007.  Closure consisted of covering these Units with a flexible
membrane liner and vegetative cover to exclude all precipitation.  A gas control
system was employed to remove gas and moisture created by the decomposing
waste.

64. Corrective action monitoring has been conducted since implementation of the CAP
in 2002.  Since final closure of Modules 1,2 and 3, trend analyses of constituent
concentrations in down gradient compliance wells have shown limited
improvements in groundwater quality.

65. The *Annual Monitoring Summary Report, Fourth Quarter 2010*, prepared by URS
Corporation, indicated that concentrations of chloride, sulfate, nitrate as nitrogen,
and total dissolved solids (TDS) observed in downgradient compliance wells
exceeded the 95% upper confidence limit (UCL) concentration calculated for
upgradient/backround well MW-13.

## CLOSURE, POST-CLOSURE MAINTENANCE, AND FINANCIAL ASSURANCES

66. In 2005, the Discharger submitted a cost estimate for closure and post-closure
maintenance as required by Title 27 Section 21769.  The amount of the approved
cost estimate in 2005 was $4,496,203.  The Discharger has established a Pledge
of Revenue to demonstrate adequate funds for completing corrective action.  This
Order requires that the Discharger maintain financial assurance with the
Department of Resources Recycling and Recovery (CalRecycle) in at least the
amount of this cost estimate, including required annual inflation factor adjustments
to the total fund balance.

67. In 2005, the Discharger submitted a cost estimate for corrective action of all
known or reasonably foreseeable releases as required by Title 27 Section 22221.
The amount of the approved cost estimate in 2005 was $1,496,477.  The
Discharger has established a Pledge of Revenue Agreement to demonstrate
adequate funds for completing corrective action.  This Order requires that the
Discharger maintain financial assurance with CalRecycle in at least the amount of
this cost estimate, including required annual inflation factor adjustments to the total
fund balance.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                -15-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

68.  Title 27 CCR Sections 21780(c)(3) and (d)(1) [sections promulgated by
     CalRecycle] require the Discharger to submit the Final Closure and Post-Closure
     Maintenance Plan, or for the closure of discrete units, the Partial Final Closure and
     Post-Closure Maintenance Plan, at least two years prior to the anticipated date of
     closure.  This Order requires the Discharger obtain WDRs from the Central Valley
     Water Board with closure and post-closure maintenance requirements prior to
     closure.

## CEQA AND OTHER CONSIDERATIONS

69.  The Butte County Board of Supervisors certified the Final Environmental Impact
     Report for the facility on 12 February 2002.  Butte County Department of Public
     Works filed a Notice of Determination on 15 February 2002 in accordance with the
     California Environmental Quality Act (Public Resources Code Section 21000 et
     seq.) and CEQA Guidelines (14 CCR Section 15000 et seq.).  The Central Valley
     Water Board considered the Environmental Impact Report and incorporated
     mitigation measures from the Environmental Impact Report into these Waste
     Discharge Requirements designed to prevent potentially significant impacts to
     design facilities and to wastewater quality.

70.  The Environmental Impact Report classified impacts to surface water and
     groundwater as potentially significant.  Surface water quality may be potentially
     impacted from storm water runoff containing wastes from soil excavation and
     disturbances during construction activities.  Proposed mitigation for these impacts
     includes diversion of offsite surface water runoff around the landfill and directing
     onsite storm water into a sedimentation basin.  Additional measures include re-
     contouring drainage patterns using a series of temporary and permanent drainage
     ditches and berms routed to a sedimentation/storm water retention basin.
     Groundwater quality may potentially be impacted as excavation brings disposed
     waste closer to the water table.  Groundwater may also be affected by landfill gas
     migration.  Proposed mitigation efforts include the installation of a low permeability
     liner system, a gas and leachate collection system, and tire pit monitoring as part
     of the evaluation monitoring program.

## PROCEDURAL REQUIREMENTS

71.  All local agencies with jurisdiction to regulate land use, solid waste disposal, air
     pollution, and to protect public health have approved the use of this facility for the
     discharges of waste to land stated herein.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -16-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

72.   The Central Valley Water Board has considered the information in the attached
      Information Sheet in developing the findings in this Order.  The attached
      Information Sheet is part of this Order.

73.   The Central Valley Water Board notified the Discharger and interested agencies
      and persons of its intent to prescribe Waste Discharge Requirements for this
      discharge, and has provided them with an opportunity for a public hearing and an
      opportunity to submit their written views and recommendations.

74.   The Central Valley Water Board, in a public meeting, heard and considered all
      comments pertaining to the discharge.

75.   Any person adversely affected by this action of the Central Valley Water Board
      may petition the State Water Resources Control Board to review the action.  The
      petition must be received by the State Board within 30 days of the date of
      issuance of this Order.  Copies of the law and regulations applicable to filing the
      petition will be provided on request.

   **IT IS HEREBY ORDERED** that Order No. R5-2002-0145 is rescinded, and that
   Butte County, Neal Road Class III Municipal Solid Waste Landfill and Class II
   Surface Impoundments, its agents, successors, and assigns, in order to meet the
   provisions of Division 7 of the California Water Code and the regulations adopted
   thereunder, shall comply with the following:

**A.   PROHIBITIONS**

   1.   The discharge of 'hazardous waste' is prohibited except for the discharge of
        non-friable asbestos to the landfill.  The discharge of 'designated waste' is
        prohibited except for the discharge of leachate to the designated Class II
        surface impoundment.  For the purposes of this Order, the term 'hazardous
        waste' is as defined in Title 23, California Code of Regulations, Section 2510
        et seq., and 'designated waste' is as defined in Section 13173 of the
        California Water Code.

   2.   The discharge of wastes outside of a Unit or portions of a Unit specifically
        designed for their containment is prohibited.

   3.   The discharge of waste to a closed Unit is prohibited.

   4.   The discharge shall not cause the release of pollutants, or waste constituents
        in a manner that could cause a condition of nuisance, degradation,
        contamination, or pollution of groundwater to occur, as indicated by the most

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -17-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

appropriate statistical or non-statistical data analysis method and retest method listed in this Order, the Monitoring and Reporting Program, or the Standard Provisions and Reporting Requirements.

5.   The discharge of solid or liquid waste or leachate to surface waters, surface water drainage courses, or groundwater is prohibited.

6.   The discharge shall not cause any increase in the concentration of waste constituents in soil-pore gas, soil-pore liquid, soil, or other geologic materials outside of the Unit if such waste constituents could migrate to waters of the State in either the liquid or the gaseous phase and cause a condition of nuisance, degradation, contamination, or pollution.

7.   The discharge of wastes, other than septage, to the septage pond Class II surface impoundment is prohibited.

8.   The discharge of wastes, other than septage supernatant, to the septage supernatant Class II surface impoundment is prohibited.

**B.   DISCHARGE SPECIFICATIONS**

1.   Non-hazardous solid wastes shall be discharged to either:

   a.   To Module 4, which is designed and constructed with a composite liner containment system that meets the requirements for both liners and leachate collection and removal systems described in General Construction Specifications D in this Order.

   b.   To future Modules 5-10, which are designed and constructed with a composite liner containment system that meets the requirements for both liners and leachate collection and removal systems described in General Construction Specifications D in this Order.

2.   The discharge shall remain within the designated disposal area at all times.

3.   Treated wood wastes shall be managed and disposed in accordance with Health and Safety Code Sections 25150.7 and 25150.8 and shall only be discharged to Modules equipped with a composite liner and LCRS.

4.   Class II surface impoundments shall be operated and maintained to sustain a freeboard of at least two feet at all times.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -18-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

5. Public contact with the septage pond and septage supernatant pond shall be precluded through fences, signs, or other means.

6. Collected screenings, sludges, and other solids removed from the septage pond and septage supernatant pond shall be disposed of in a manner that is consistent with Title 27 and approved by the Executive Officer.

## C. FACILITY SPECIFICATIONS

1. The Discharger shall, in a timely manner, remove and relocate any wastes discharged at this facility in violation of this Order.

2. The Discharger shall immediately notify the Central Valley Water Board of any flooding, unpermitted discharge of waste off-site, equipment failure, slope failure, or other change in facility conditions that could impair the integrity of waste or leachate containment facilities or precipitation and drainage control structures.

3. Water used for facility maintenance shall be limited to the minimum amount necessary for dust control and construction.

4. The Discharger shall maintain in good working order any facility, control system, or monitoring device installed to achieve compliance with the Waste Discharge Requirements.

5. Methane and other landfill gases shall be adequately vented, removed from the Unit, or otherwise controlled to prevent the danger of adverse health effects, nuisance conditions, or the impairment of the beneficial uses of surface water or groundwater due to migration through the unsaturated zone.

6. Surface drainage within the waste management facility shall either be contained on-site or be discharged in accordance with applicable storm water regulations.

7. The Discharger shall maintain a *Storm Water Pollution Prevention Plan* and *Monitoring Program and Reporting Requirements* in accordance with State Water Resources Control Board Order No. 97-03-DWQ, or retain all storm water on-site.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -19-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

### D.    GENERAL CONSTRUCTION SPECIFICATIONS

1.    The Discharger shall submit for Executive Officer review and approval **prior to** construction, design plans and specifications for new Units and expansions of existing Units, that include the following:

    a.  A Construction Quality Assurance (CQA) Plan meeting the requirements of §20324 of Title 27; and

    b.  A geotechnical evaluation of the area soils, evaluating their use as the base layer; and

    c.  An unsaturated zone monitoring system that is demonstrated to remain effective throughout the active life, closure, and postclosure maintenance periods of the Unit shall be installed beneath the composite liner system in accordance with §20415(d) of Title 27.

2.    The Discharger may propose changes to the liner system design prior to construction, provided that approved components are not eliminated, the engineering properties of the components are not substantially reduced, and the proposed liner system results in the protection of water quality equal to or greater than the design prescribed by Title 27 and this Order. The proposed changes may be made following approval by the Executive Officer. Substantive changes to the design require reevaluation as an engineered alternative and approval by the Central Valley Water Board.

3.    If the Discharger proposes to construct a liner system in which a GCL is placed on top of a subgrade, the subgrade for the bottom and the side slopes of the Unit shall be prepared in an appropriate manner using accepted engineering and construction methods so as to provide a smooth surface that is free from rocks, sticks, or other debris that could damage or otherwise limit the performance of the GCL.

4.    Construction shall proceed only after all applicable construction quality assurance plans have been approved by Executive Officer.

5.    The composite liner system shall be prepared in an appropriate manner using accepted engineering and construction methods so as to provide a surface that is smooth and free from rocks, sticks, and other debris that could damage or otherwise limit the performance of the geosynthetic clay layer and/or geomembrane, and certified in accordance with this Order and the approved CQA Plan.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -20-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

6.   Following the completion of construction of a Unit or portion of a Unit, and prior to discharge onto the newly constructed liner system, the final documentation required in §20324(d)(1)(C) of Title 27 shall be submitted to the Executive Officer for review and approval.  The report shall be certified by a registered civil engineer or a certified engineering geologist.  It shall contain sufficient information and test results to verify that construction was in accordance with the design plans and specifications, and with the prescriptive standards and performance goals of Title 27.

7.   A third party independent of both the Discharger and the construction contractor shall perform all of the construction quality assurance monitoring and testing during the construction of a liner system.

8.   If monitoring reveals substantial or progressive increases of leachate generation above the design leachate flow volume of 500 gallons/acre/day by the Unit or portion of the Unit, such that the depth of fluid on any portion of the LCRS (excluding the leachate removal pump sump) exceeds 30 cm, the Discharger shall immediately notify the Central Valley Water Board in writing within seven days.  The notification shall include a timetable for remedial or corrective action necessary to achieve compliance with the leachate depth limitation.

9.   Closure of Module 4 shall not proceed in the absence of closure Waste Discharge Requirements.

E.   **CLASS III LANDFILL CONSTRUCTION SPECIFICATIONS**

1.   The approved engineered alternative for Module 4 requires construction of a double composite liner on the floor and a single composite liner on the side slopes.  On the landfill base, the containment system consists of the following components from top to bottom: 12 inches of operations soil, 8-oz. non-woven geotextile filter, 12 inches of LCRS gravel (permeability greater than or equal to 1 cm/s) with LCRS piping, 60-mil HDPE geomembrane (double-sided textured), Geosynthetic Clay Liner (GCL), Geocomposite leak detection layer, 60-mil HDPE geomembrane (double-sided textured), GCL, 12 inches of low-permeability soil liner (permeability less than or equal to $1 \times 10^{-6}$ cm/s), and native subgrade (sandstone and lahar).

2.   Side slope liners shall be constructed of, from top to bottom: 24-inches of operations soil, LCRS geocomposite drainage layer, 60-mil HDPE geomembrane (single-sided textured, textured side down), GCL, and native subgrade (sandstone, or lahar) with surface improvements as necessary to

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -21-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

provide support to the overlying geosynthetic liner system.  The side slopes range from 2H:1V to 1.75H to 1V (horizontal:vertical).

**F.   CLASS II SURFACE IMPOUNDMENT CONSTRUCTION SPECIFICATIONS**

1.   Future Class II surface impoundments shall be constructed with a double liner with a blanket-type LCRS between the inner and outer liners.  The inner liner shall be a synthetic flexible membrane at least 40-mil thick (60 mils, if HDPE).  The outer liner, under the LCRS, shall be a composite, consisting of an upper synthetic flexible membrane at least 40-mil thick (60-mil, if HDPE), underlain by at least one foot of compacted clay having a hydraulic conductivity of $1 \times 10^{-6}$ cm/s or less.

2.   Class II surface impoundments and related containment structures shall be constructed and maintained to prevent, to the greatest extent possible, inundation, erosion, slope failure, washout, and overtopping under 1000-year, 24-hour precipitation conditions, and shall be designed to contain the 100-year wet season precipitation.

3.   Class II surface impoundments and related containment structures shall be designed and constructed to withstand a maximum credible earthquake.

4.   LCRSs shall be designed, constructed, and maintained to collect twice the anticipated daily volume of leachate generated by the WMU and to prevent the buildup of hydraulic head on the underlying liner.  The depth of fluid in any collection sump shall be kept at or below the minimum needed to ensure efficient pump operation.

5.   Fluid leaking through the inner liner of a Class II surface impoundment shall be collected and returned to the impoundment or otherwise disposed of in a manner approved by the Executive Officer.  Flow through the inner liner shall be measured and expressed in units of gallons/minute/acre.

**G.   UNSATURATED ZONE MONITORING SPECIFICATIONS**

1.   The Discharger shall maintain and sample the unsaturated zone monitoring system as described in Monitoring and Reporting Program Order No. R5-2011-0049.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                -22-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

    2.    A pan lysimeter shall be installed beneath the liner system of each newly constructed Unit and surface impoundment for the purposes of unsaturated zone monitoring as approved by the Executive Officer.

**H.   DETECTION MONITORING SPECIFICATIONS**

    1.    The Discharger shall submit for Executive Officer review and approval a groundwater detection monitoring program demonstrating compliance with Title 27 for any Unit expansion.

    2.    The Discharger shall comply with the detection monitoring program provisions of Title 27 for groundwater, surface water, and the unsaturated zone, and in accordance with Monitoring and Reporting Program No. R5-2011-0049. A detection monitoring program for a new Unit shall be installed, operational, and one year of monitoring data collected prior to the discharge of wastes [27 CCR §20415(e)(6)].

    3.    The Discharger shall provide Central Valley Water Board staff a minimum of **one week** notification prior to commencing any field activities related to the installation, repair, or abandonment of monitoring devices, and a minimum 48 hour notification prior to the collection of samples associated with a detection monitoring program, evaluation monitoring program, or corrective action program.

    4.    The Discharger shall comply with the Water Quality Protection Standard as specified in this Order, Monitoring and Reporting Program No. R5-2011-0049, and the Standard Provisions and Reporting Requirements, dated April 2000.

    5.    The Water Quality Protection Standard for organic compounds that are not naturally occurring and not detected in background groundwater samples shall be taken as the detection limit of the analytical method used (i.e., USEPA methods 8260 and 8270). The presence of non-naturally occurring organic compounds in samples above the Water Quality Protection Standard from detection monitoring wells is evidence of a release from the Unit.

    6.    The concentrations of the constituents of concern in waters passing the Point of Compliance shall not exceed the concentration limits established pursuant to Monitoring and Reporting Program No. R5-2011-0049.

    7.    For each monitoring event, the Discharger shall determine whether the landfill is in compliance with the Water Quality Protection Standard using procedures

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -23-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

specified in Monitoring and Reporting Program No. R5-2011-0049 and §20415(e) of Title 27.

8. For any given monitored medium, the samples taken from all monitoring points and background monitoring points to satisfy the data analysis requirements for a given reporting period shall all be taken **within a span not to exceed 30 days**, unless the Executive Officer approves a longer time period, and shall be taken in a manner that ensures sample independence to the greatest extent feasible.

9. The Discharger shall submit for Executive Officer review and approval a Sample Collection and Analysis Plan.  The Sample Collection and Analysis Plan shall at a minimum include:

   a. Sample collection procedures describing purging techniques, sampling equipment, and decontamination of sampling equipment;

   b. Sample preservation information and shipment procedures;

   c. Sample analytical methods and procedures;

   d. Sample quality assurance/quality control (QA/QC) procedures; and

   e. Chain of Custody control.

10. Specific methods of collection and analysis must be identified.  Sample collection, storage, and analysis shall be performed according to the most recent version of USEPA Methods, such as the latest editions, as applicable, of: (1) *Methods for the Analysis of Organics in Water and Wastewater* (USEPA 600 Series), (2) *Test Methods for Evaluating Solid Waste* (SW-846, latest edition), and (3) *Methods for Chemical Analysis of Water and Wastes* (USEPA 600/4-79-020), and in accordance with the approved Sample Collection and Analysis Plan.

11. If methods other than USEPA-approved methods or Standard Methods are used, the exact methodology shall be submitted for review and approval by the Executive Officer prior to use.

12. The **methods of analysis and the detection limits** used must be appropriate for the expected concentrations. For the monitoring of any constituent or parameter found in concentrations that produce more than 90% non-numerical determinations (i.e., "trace" or "ND") in data from background monitoring points for that medium, the analytical method having the lowest method detection limit (MDL) shall be selected from among those

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                -24-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

methods that would provide valid results in light of any matrix effects or
interferences.

13.  **"Trace" results** - results falling between the MDL and the practical
quantitation limit (PQL) shall be reported as such, and shall be accompanied
both by the estimated MDL and PQL values for that analytical run.

14.  **MDLs and PQLs** shall be derived by the laboratory for each analytical
procedure, according to State of California laboratory accreditation
procedures. These MDLs and PQLs shall reflect the detection and
quantitation capabilities of the specific analytical procedure and equipment
used by the lab, rather than simply being quoted from USEPA analytical
method manuals. In relatively interference-free water, laboratory-derived
MDLs and PQLs are expected to closely agree with published USEPA MDLs
and PQLs.

15.  If the laboratory suspects that, due to a change in matrix or other effects, the
true detection limit or quantitation limit for a particular analytical run differs
significantly from the laboratory-derived MDL/PQL values, the results shall be
flagged accordingly, along with estimates of the detection limit and
quantitation limit actually achieved. The **MDL shall always be calculated
such that it represents the lowest achievable concentration associated
with a 99% reliability of a nonzero result**. The PQL shall always be
calculated such that it represents the lowest constituent concentration at
which a numerical value can be assigned with reasonable certainty that it
represents the constituent's actual concentration in the sample. Normally,
PQLs should be set equal to the concentration of the lowest standard used to
calibrate the analytical procedure.

16.  All **QA/QC data** shall be reported along with the sample results to which they
apply, including the method, equipment, analytical detection and quantitation
limits, the percent recovery, an explanation for any recovery that falls outside
the QC limits, the results of equipment and method blanks, the results of
spiked and surrogate samples, the frequency of quality control analysis, and
the name and qualifications of the person(s) performing the analyses.
Sample results shall be reported unadjusted for blank results or spike
recoveries. In cases where contaminants are detected in QA/QC samples
(i.e., field, trip, or lab blanks), the accompanying sample results shall be
appropriately flagged.

17.  Unknown chromatographic peaks shall be reported, flagged, and tracked for
potential comparison to subsequent unknown peaks that may be observed in

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -25-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

future sampling events.  Identification of unknown chromatographic peaks that recur in subsequent sampling events may be required.

18.  The statistical method shall account for data below the practical quantitation limit (PQL) with one or more statistical procedures that are protective of human health and the environment.  Any PQL validated pursuant to §20415(e)(7) of Title 27 that is used in the statistical method shall be **the lowest concentration (or value) that can be reliably achieved** within limits of precision and accuracy specified in the WDRs for routine laboratory operating conditions that are available to the facility.  The Discharger's technical report, pursuant to §20415(e)(7) of Title 27, shall consider the PQLs listed in Appendix IX to Chapter 14 of Division 4.5 of Title 22, California Code of Regulations, for guidance when specifying limits of precision and accuracy. For any given constituent monitored at a background or downgradient monitoring point, an indication that falls between the MDL and the PQL for that constituent (hereinafter called a "trace" detection) shall be identified and used in appropriate statistical or non-statistical tests.  Nevertheless, for a statistical method that is compatible with the proportion of censored data (trace and ND indications) in the data set, the Discharger can use the laboratory's concentration estimates in the trace range (if available) for statistical analysis, in order to increase the statistical power by decreasing the number of "ties".

19.  The Discharger may propose an alternate statistical method [to the methods listed under 27 CCR §20415(e)(8)(A-D)] in accordance with §20415(e)(8)(E) of Title 27, for review and approval by the Executive Officer.  Upon receiving written approval from the Executive Officer, alternate statistical procedures may be used for determining the significance of analytical results for common laboratory contaminants (i.e., methylene chloride, acetone, diethylhexyl phthalate, and di-n-octyl phthalate).  Nevertheless, analytical results involving detection of these analytes in any background or downgradient sample shall be reported and flagged for easy reference by Central Valley Water Board staff.

20.  The Discharger shall use the following non-statistical method for the Volatile Organic Compounds in water (VOC$_{water}$) and Volatile Organic Compounds in soil pore gas (VOC$_{spg}$ ) monitoring parameters and for all Constituents of Concern (COC) that are not amenable to the statistical tests above (i.e., less than 10% of the data from background samples that equal or exceed their respective MDL).  Each qualifying constituent at a monitoring point shall be determined based on either:

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -26-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

     a.  The data from a single sample for that constituent, taken during that reporting period from that monitoring point; or

     b.  The data from the sample that contains the largest number of qualifying constituents, where several independent samples have been analyzed for that constituent at a given monitoring point.

Background for water samples or soil-pore gas samples shall be represented by the data from all samples taken from applicable background monitoring points during that reporting period (at least one sample from each background monitoring point). The Discharger may propose an alternate statistical method [to the methods listed under 27 CCR §20415(e)(8)(A-D)] in accordance with §20415(e)(8)(E) of Title 27, for review and approval by the Executive Officer.

21.  The method shall be implemented as follows:

     a.  *For the Volatile Organic Compounds Monitoring Parameter For Water Samples [VOC$_{water}$]:* For any given monitoring point, the VOC$_{water}$ monitoring parameter is a composite parameter addressing all "qualifying VOCs" (in this case, VOCs that are detected in less than 10% of background samples).

     The Discharger shall conduct verification testing to determine whether a release of VOC$_{water}$ monitoring parameter has occurred if the data for any monitoring point meets either of the following triggering conditions:

        1.  The data contains two or more qualifying VOCs that equal or exceed their respective MDLs; or

        2.  The data contains one qualifying VOC that equals or exceeds its PQL.

     b.  *For the Volatile Organic Compounds Monitoring Parameter For Soil Pore Gas Samples [VOC$_{spg}$]:* the VOC$_{spg}$ Monitoring Parameter is a composite parameter for soil pore gas addressing all "qualifying VOCs" detectable using either GC or GC/MS analysis for at least a ten liter sample of soil pore gas (e.g., collected in a vacuum canister). It involves the same scope of VOCs as does the VOC$_{water}$ Monitoring Parameter. For the VOC$_{spg}$ test, "qualifying VOCs" consist of all those VOCs that are detectable in less than 10% of background soil pore gas samples.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                -27-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

The Discharger shall conduct verification testing to determine whether a release of $VOC_{spg}$ monitoring parameter has occurred if the data for any monitoring point meets either of the following triggering conditions:

1. The data contains two or more qualifying VOCs that equal or exceed their respective MDLs; or

2. The data contains one qualifying VOC that equals or exceeds its PQL.

c. *For Constituents of Concern:* For five-yearly testing of all COCs, the "qualifying constituents" consist of COCs that are detected in less than 10% of applicable background samples.

The Discharger shall conduct verification testing to determine whether a release of COCs has occurred if the data for any monitoring point meets either of the following triggering conditions:

1. The data contains two or more qualifying constituents that equal or exceed their respective MDLs; or

2. The data contains one qualifying constituent that equals or exceeds its PQL.

22. **Non-Statistical Method Retest**. A non-statistical test method may be used by the Discharger to analyze the monitoring data for which it is impractical to conduct a statistical analysis. A non-statistical test method shall include a procedure to verify that there is "measurably significant" evidence of a release from the Unit. For the $VOC_{water}$, $VOC_{spg}$, and non-statistical COC test, the Discharger shall use a discrete retest consisting of two new samples from each indicating monitoring point. The Discharger shall conduct the retest for the standard non-statistical method as follows:

a. **For $VOC_{water}$ and $VOC_{spg}$**. Because the VOC composite Monitoring Parameter (for water or soil pore gas) is a single parameter that addresses an entire family of constituents likely to be present in any landfill release, **the scope of the laboratory analysis for each of the two retest samples shall include all VOCs detectable in that retest sample**. Therefore, a confirming retest, in accordance with Detection Monitoring Specification E.21.a. and b., above, for either triggering condition in either of the two retest samples, shall have validated the original indication even if the detected constituents in the confirming retest

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -28-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

sample(s) differs from those detected in the sample which initiated the
retest.

b. **For Constituents of Concern**.  Because all COC that are jointly
addressed in the non-statistical test above, remain as individual
Constituents of Concern, **the scope of the laboratory analysis for the
non-statistical retest of COC shall address only those constituents
detected in the sample which initiated the retest.**  Therefore, the list of
"qualifying constituents" for use in the retest, under Detection Monitoring
Specification E.21.c., shall consist of those constituents that provided the
original indication at that monitoring point.  If the retest meets either
triggering condition in either of the two retest samples, the retest shall
have validated the original indication.

23. **Response to Detection in Background of VOCs** (or any other constituent
which is not naturally in the background and thus is not amenable to
statistical analysis):

a. Any time the laboratory analysis of a sample from a background
monitoring point, sampled for VOCs, shows either:

   1. Two or more VOCs at or above their respective MDLs; or

   2. One VOC at or above its respective PQL.

   Then the Discharger shall:

   a. **Immediately** notify the Central Valley Water Board by phone;

   b. Follow up with written notification by certified mail **within seven
   days**;

   c. Obtain **two** new independent VOC samples from that background
   monitoring point; and

   d. Send such samples for laboratory analysis of all detectable VOCs
   **within thirty days**.

b. If either or both the new samples validates the presence of VOC(s), using
the above criteria, the Discharger shall:

   1. **Immediately** notify the Central Valley Water Board about the VOC(s)
   verified to be present at that background monitoring point, and follow

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -29-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

up with written notification submitted by certified mail **within seven days** of validation; and

2. If the Discharger believes that the VOC(s) in background is from a source other than the Unit, then:

    a. **Within seven days** of determining "measurably significant" evidence of a release, submit to the Central Valley Water Board by certified mail a Notification of Intent to make such a demonstration pursuant to §20420(k)(7) of Title 27; and

    b. **Within 90 days** of determining "measurably significant" evidence of a release, submit a report to the Central Valley Water Board that demonstrates that a source other than the Unit caused the evidence, or that the evidence resulted from error in sampling, analysis or evaluation, or from natural variation in groundwater, surface water, or the unsaturated zone.

    c. If the Executive Officer determines, after reviewing the submitted report(s), that the VOC(s) detected originated from a source other than the Unit(s), the Executive Officer shall make appropriate changes to the monitoring program.

24. If the Executive Officer determines, after reviewing the submitted report, that the detected VOC(s) most likely originated from the Unit(s), the Discharger shall **immediately** implement the requirements of Item XI. Response To A Release, Section C. Release Has Been Verified, contained in the Standard Provisions and Reporting Requirements.

## I.   CORRECTIVE ACTION PROGRAM

1. The Discharger shall implement a Corrective Action Program as specified in Section 20430 of Title 27. That program shall remediate releases from the Unit and achieve compliance with the water quality protection standards that consist of background concentrations of the COC.

2. The Corrective Action Program was completed in phases over the course of four years to allow for construction of Module 4 and use of the unlined modules during seasonal dry periods (May through November). Complete closure of Modules 1, 2 and 3 was completed in March 2007.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -30-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

3.   Completed landfill Modules 1, 2, and 3, were covered with a final cap to
     minimize water infiltration. The final cover design consists of: a minimum 1-
     foot thick foundation layer, which shall be placed as intermediate cover during
     landfill operations, a minimum 1-foot thick low permeability layer ($1 \times 10^{-5}$
     cm/sec or less), a geomembrane (40-mil HDPE), and a minimum 1-foot thick
     vegetative layer. Construction of the cap system was completed in
     accordance with Central Valley Water Board approved plans and
     specifications, including a Construction Quality Assurance/Construction
     Quality Control Plan, and contains a landfill gas management system,
     consisting of gas extraction wells to convey landfill gas away from the Unit.

4.   Additional monitoring wells MW-8a, MW-8b, MW-9, MW-9b, MW-10, MW-11,
     MW-12 and MW-13 were installed to evaluate CAP effectiveness.

5.   The Discharger is currently conducting Corrective Action Monitoring to
     evaluate the effectiveness of the CAP in mitigating releases to groundwater.

**J.   CORRECTIVE ACTION MONITORING**

1.   The Corrective Action Monitoring Program shall be used to assess the nature
     and extent of the release from the landfill and to evaluate the effectiveness of
     the corrective action program and the landfill cover.

2.   In accordance with the Corrective Action Monitoring Program, the Discharger
     shall collect and analyze all data necessary to assess the effectiveness of the
     Corrective Action in reducing the impacts of the release on groundwater
     quality. Downgradient monitoring wells MW-8a, MW-8b, MW-9, MW-9b,
     MW-10, MW-11, and MW-12 and upgradient monitoring well MW-13 were
     installed, and are monitored in combination with all other site wells, to
     evaluate effectiveness of the Corrective Action.

3.   The Discharger shall comply with the monitoring provisions for the Corrective
     Action Program as described in Section 20430(d) of Title 27. The program
     shall include the detection monitoring requirements as well as an annual
     report evaluating the ground water and unsaturated data of the past year(s) in
     an effort to demonstrate the effectiveness of the CAP.

**K.   REPORTING REQUIREMENTS**

1.   In the event the Discharger does not comply or will be unable to comply with
     any prohibition or limitation of this Order for any reason, the Discharger shall
     notify the appropriate Central Valley Water Board office by telephone **as**

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -31-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

**soon as** it or its agents have knowledge of such noncompliance or potential for noncompliance, and shall confirm this notification in writing **within two weeks**. The written notification shall state the nature, time, and cause of noncompliance, and shall describe the measures being taken to prevent recurrences and shall include a timetable for corrective actions.

2. The Discharger shall retain records of all monitoring information, including all calibration and maintenance records, all original strip chart recordings of continuous monitoring instrumentation, copies of all reports required by this Order, and records of all data used to complete the application for this Order. Records shall be maintained throughout the life of the facility including the postclosure period.

   Such legible records shall show the following for each sample:

   a. Sample identification and the monitoring point or background monitoring point from which it was taken, along with the identity of the individual who obtained the sample;

   b. Date, time, and manner of sampling;

   c. Date and time that analyses were started and completed, and the name of the personnel and laboratory performing each analysis;

   d. Complete procedure used, including method of preserving the sample, and the identity and volumes of reagents used;

   e. Calculation of results; and

   f. Results of analyses, and the MDL and PQL for each analysis.

3. A transmittal letter explaining the essential points shall accompany each report. At a minimum, the transmittal letter shall identify any violations found since the last report was submitted, and if the violations were corrected. If no violations have occurred since the last submittal, this shall be stated in the transmittal letter. The transmittal letter shall also state that a discussion of any violations found since the last report was submitted, and a description of the actions taken or planned for correcting those violations, including any references to previously submitted time schedules, is contained in the accompanying report.

4. Each monitoring report shall include a compliance evaluation summary. The summary shall contain at least:

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -32-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

a. For each monitoring point and background monitoring point addressed by the report a description of:

1. The time of water level measurement;

2. The type of pump - or other device - used for purging and the elevation of the pump intake relative to the elevation of the screened interval;

3. The method of purging (the pumping rate; the equipment and methods used to monitor field pH, temperature, and conductivity during purging; the calibration of the field equipment; results of the pH, temperature, conductivity, and turbidity testing; and the method of disposing of the purge water) to remove all portions of the water that was in the well bore while the sample was being taken;

4. The type of pump - or other device - used for sampling, if different than the pump or device used for purging; and

5. A statement that the sampling procedure was conducted in accordance with the approved Sampling and Analysis Plan.

b. A map or aerial photograph showing the locations of observation stations, monitoring points, and background monitoring points.

c. For each groundwater body, a description and graphical presentation of the gradient and direction of groundwater flow under/around the Unit, and the groundwater flow rate, based upon water level elevations taken prior to the collection of the water quality data submitted in the report.

d. Laboratory statements of results of all analyses evaluating compliance with requirements.

e. An evaluation of the effectiveness of the leachate monitoring and control facilities, and of the run-off/run-on control facilities.

f. A summary and certification of completion of all **Standard Observations** for the Unit(s), for the perimeter of the Unit, and for the receiving waters. The Standard Observations shall include:

1. For the Unit:

a. Evidence of ponded water at any point on the facility (show affected area on map);

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -33-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

   b. Evidence of odors - presence or absence, characterization, source, and distance of travel from source;  and

   c. Evidence of erosion and/or of day-lighted refuse.

2. Along the perimeter of the Unit:

   a. Evidence of liquid leaving or entering the Unit, estimated size of affected area, and flow rate (show affected area on map);

   b. Evidence of odors - presence or absence, characterization, source, and distance of travel from source;  and

   c. Evidence of erosion and/or of day-lighted refuse.

3. For receiving waters:

   a. Floating and suspended materials of waste origin - presence or absence, source, and size of affected area;

   b. Discoloration and turbidity - description of color, source, and size of affected area;

   c. Evidence of odors - presence or absence, characterization, source, and distance of travel from source;

   d. Evidence of water uses - presence of water-associated wildlife;

   e. Flow rate; and

   f. Weather conditions - wind direction and estimated velocity, total precipitation during recent days and on the day of observation.

   g. The quantity and types of wastes discharged and the locations in the Unit where waste has been placed since submittal of the last such report.

5. The Discharger shall report by telephone any seepage from the disposal area **immediately** after it is discovered. A written report shall be filed with the Central Valley Water Board **within seven days**, containing at least the following information:

   a. A map showing the location(s) of seepage;

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049          -34-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

   b. An estimate of the flow rate;

   c. A description of the nature of the discharge (e.g., all pertinent
      observations and analyses);

   d. Verification that samples have been submitted for analyses of the COC
      and monitoring parameters, and an estimated date that the results will be
      submitted to the Central Valley Water Board; and

   e. Corrective measures underway or proposed, and corresponding time
      schedule.

6. The Discharger shall submit an **Annual Monitoring Summary Report** to the
   Central Valley Water Board covering the reporting period of the previous
   monitoring year. This report shall contain:

   a. All monitoring parameters and constituents of concern shall be graphed
      so as to show historical trends at each monitoring point and background
      monitoring point, for all samples taken within at least the previous five
      calendar years.  Each such graph shall plot the concentration of one or
      more constituents for the period of record for a given monitoring point or
      background monitoring point, at a scale appropriate to show trends or
      variations in water quality.  The graphs shall plot each datum, rather than
      plotting mean values. For any given constituent or parameter, the scale
      for background plots shall be the same as that used to plot downgradient
      data.  Graphical analysis of monitoring data may be used to provide
      significant evidence of a release.

   b. Unless otherwise exempted by the Executive Officer, all monitoring
      analytical data obtained during the previous two six-month reporting
      periods, shall be submitted in tabular form as well as in a digital file format
      acceptable to the Executive Officer.  The Central Valley Water Board
      regards the submittal of data in hard copy and in digital format as "...the
      form necessary for..." statistical analysis [§20420(h)], in that this facilitates
      periodic review by the Central Valley Water Board.

   c. A comprehensive discussion of the compliance record, and the result of
      any corrective actions taken or planned which may be needed to bring the
      Discharger into full compliance with the Waste Discharge Requirements.

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -35-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

    d. A map showing the area and elevations in which filling has been completed during the previous calendar year and a comparison to final closure design contours.

    e. A written summary of the monitoring results, indicating any changes made or observed since the previous annual report.

    f. An evaluation of the effectiveness of the leachate monitoring/control facilities.

## L.   PROVISIONS

1. The Discharger shall comply with Monitoring and Reporting Program No. R5-2011-0049, which is incorporated into and made part of this Order.

2. The Discharger shall maintain a copy of this Order at the facility and make it available at all times to facility operating personnel, who shall be familiar with its contents, and to regulatory agency personnel.

3. The Discharger shall comply with all applicable provisions of Title 27 and 40 Code of Federal Regulations Part 258 (Subtitle D) that are not specifically referred to in this Order.

4. The Discharger shall comply with the applicable portions of the Standard Provisions and Reporting Requirements for Waste Discharge Requirements for Nonhazardous Solid Waste Discharges Regulated by Title 27 and/or Subtitle D (27 CCR §20005 et seq. and 40 CFR 258 et seq.), dated April 2000, which are hereby incorporated into this Order.

5. All reports and transmittal letters shall be signed by persons identified below:

    a. For a corporation: by a principal executive officer of at least the level of senior vice-president.

    b. For a partnership or sole proprietorship: by a general partner or the proprietor.

    c. For a municipality, state, federal or other public agency: by either a principal executive officer or ranking elected or appointed official.

    d. A duly authorized representative of a person designated in a, b or c above if;

1. The authorization is made in writing by a person described in a, b, or c of this Provision;

2. The authorization specifies either an individual or a position having responsibility for the overall operation of the regulated facility or activity, such as the position of plant manager, operator of a Unit, superintendent, or position of equivalent responsibility. (A duly authorized representative may thus be either a named individual or any individual occupying a named position); and

3. The written authorization is submitted to the Central Valley Water Board.

e. Any person signing a document under this Section shall make the following certification:

"I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document and all attachments and that, based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the information is true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment."

6. The Discharger shall take all reasonable steps to minimize any adverse impact to the waters of the State resulting from noncompliance with this Order. Such steps shall include accelerated or additional monitoring as necessary to determine the nature, extent, and impact of the noncompliance.

7. The owner of the facility shall have the continuing responsibility to assure protection of waters of the state from discharged wastes and from gases and leachate generated by discharged waste during the active life, closure, and postclosure maintenance period of the Unit(s) and during subsequent use of the property for other purposes.

8. The fact that it would have been necessary to halt or reduce the permitted activity in order to maintain compliance with this Order shall not be regarded as a defense for the Discharger's violations of the Order.

9. If the Discharger or Central Valley Water Board determines that the CAP is not adequate (i.e., does not satisfy the requirements of Section 20430), the Discharger shall, within 90 days of making the determination, or of receiving

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -37-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

written notification from the Central Valley Water Board of such determination, submit an amended report of waste discharge (RWD) to make appropriate changes to the program. The amended RWD shall include the following:

   a. A discussion as to why existing corrective action measures have been ineffective or insufficient.

   b. A revised evaluation monitoring plan if necessary to further assess the nature and extent of the release.

   c. A discussion of corrective action needs and options,

   d. Proposed additional corrective action measures, as necessary, for:

      1) Source control,

      2) Adequate separation from groundwater,

      3) Groundwater cleanup, and/or

      4) Landfill gas control.

   e. A plan to monitor the progress of corrective action measures consistent with the MRP.

   f. Cost estimates for implementing additional corrective action, including monitoring.

   g. An implementation schedule.

10. To assume ownership or operation under this Order, the succeeding owner or operator must apply in writing to the Central Valley Water Board requesting transfer of the Order within 14 days of assuming ownership or operation of this facility. The request must contain the requesting entity's full legal name, the State of incorporation if a corporation, the name and address and telephone number of the persons responsible for contact with the Central Valley Water Board, and a statement. The statement shall comply with the signatory requirements contained in Provision L.5 and state that the new owner or operator assumes full responsibility for compliance with this Order. Failure to submit the request shall be considered a discharge without requirements, a violation of the California Water Code. Transfer of this Order shall be approved or disapproved by the Central Valley Water Board.

11. The Discharger shall establish cost estimates for initiating and completing corrective action for all known and reasonably foreseeable releases from the landfill, and submit these estimates to the Executive Officer for review and approval.

12. The Discharger shall obtain and maintain assurances of financial responsibility for initiating and completing corrective action for all known or reasonably foreseeable releases from the landfill in an mount approved by the Executive Officer, and shall submit the financial assurance mechanism

WASTE DISCHARGE REQUIREMENTS ORDER NO. R5-2011-0049                    -38-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

for review and approval to the Financial Assurances Section of the
Department of Resources Recycling and Recovery (CalRecycle).

13. The Discharger is required to maintain financial assurance mechanisms for
    closure and post closure maintenance costs as specified in Chapter 6 of Title
    27. The Discharger is required to submit the financial assurance mechanism
    to the Financial Assurances Section of CalRecycle, which determines if the
    mechanism meets the requirements of Chapter 6, Title 27, and if the amount
    of coverage is adequate.

14. During Corrective Action, the Discharger shall submit, with the Annual
    Monitoring Summary Report, an evaluation of CAP effectiveness, including
    trend analyses, impediments to success of the CAP, estimated timeframes
    needed to meet Water Quality Objectives, and recommendations for future
    actions.

I, Pamela C. Creedon, Executive Officer, do hereby certify that the foregoing is a full,
true, and correct copy of an Order adopted by the California Regional Water Quality
Control Board, Central Valley Region, on 10 June 2011.

_____
                    PAMELA C. CREEDON, Executive Officer

GS:cs

ORDER NO. R5-2011-0049

ATTACHMENT A



Neal Road Class III
Municipal Solid Waste Landfill
and Class II Surface Impoundments

Ephemeral Drainages

BUTTE COUNTY

NEAL ROAD CLASS III MUNICIPAL
SOLID WASTE LANDFILL
AND
CLASS II SURFACE IMPOUNDMENT
BUTTE COUNTY

USGS CHICO & HAMLIN CANYON
7.5' QUADRANGLES
SCALE 1 inch = 1137.5 ft

ORDER NO. R5-2011-0049

ATTACHMENT B



LEGEND

• Lysimeter
⊠ Monitoring Well

SCALE (feet)
0   400   800   1200   1600

BUTTE COUNTY

NEAL ROAD CLASS III MUNICIPAL
SOLID WASTE LANDFILL
AND
CLASS II SURFACE IMPOUNDMENTS

BUTTE COUNTY

SITE MAP

INFORMATION SHEET

ORDER NO. R5-2011-0049
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

The Neal Road Class III Municipal Solid Waste Landfill and Class II Surface Impoundments (hereafter "facility") is located seven miles southeast of Chico on land owned by Butte County. The facility is operated by Butte County.

The landfill operated as a burn dump from approximately 1965 to 1970 when it was converted to a landfill. The landfill currently consists of closed modules 1, 2, and 3, and active Module 4. Modules 1 and 3 were constructed without any liners. Module 2 was constructed with a two-foot thick clay liner (permeability of $1\times10^{-6}$ cm/sec) that is overlain by a one-foot thick granular leachate collection and recovery system (LCRS). The liner of Module 4 exceeds the prescriptive requirements of Title 27 and Subtitle D, and meets the performance standard for Class III landfills as described in Section 20260 (b)(1). Modules 1,2 and 3 were closed with a low-permeability cap in 2007. A perimeter LCRS was constructed around the north, east, and south sides of Modules 1 through 3. Leachate collected from Modules 2 and 4 and the toe of Modules 1 and 3 is discharged to a designated Class II surface impoundment.

The three Class II surface impoundments include a leachate pond, primary septage pond, and septage supernatant pond. The primary septage pond receives approximately 400,000 to 500,000 gallons per month of septage influent via trucks from septic systems throughout Butte County. The primary septage pond and an adjacent leachate pond, were retrofitted to Class II standards in 1992, following the closure of previous unlined septage impoundments. A second pond used to contain supernatant from the primary septage pond was constructed in 1996. Excess supernatant that cannot be eliminated by evaporation is currently trucked to either the City of Chico Wastewater Treatment Plant, or to the Sewerage Commission Oroville Region Wastewater Treatment Plant for disposal.

The landfill accepted 151,838 tons of waste in the year 2010, averaging 422 tons per day. The peak disposal rate is 1,200 tons per day, the maximum permitted by the Solid Waste Facility Permit. The rate increase of waste disposal is expected to be 3.3 percent per year, paralleling the projected population growth rate.

INFORMATION SHEET ORDER NO. R5-2011-0049                                          -2-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## Geology and Hydrogeology

The facility is situated in a canyon eroded into gently rolling volcanic tablelands on the eastern fringe of the Sacramento Valley. Flows of massive volcanic tuff-breccia of the Tuscan Formation form an erosion-resistant caprock at the head of the canyon and on the ridge on both sides of the canyon. Erosion has exposed the underlying deposits of sands, gravels, silts, and volcanic sediments. The sands and gravels are pervious and are considered to be part of the recharge area for the aquifers underlying the Sacramento Valley. Groundwater is approximately 10-20 feet below the base of Module 4.

The site is not within the 100-year flood plain. No major surface waters are present near the site. Storm water runoff, which does not contact waste, is directed to peripheral channels and discharged into an ephemeral drainage that is tributary to Hamlin Slough, which flows into Butte Creek, a tributary of the Sacramento River.

Average rainfall at the site is approximately 27 inches. The mean annual evaporation is approximately 67 inches.

## Revision of Waste Discharge Requirements

The discharger submitted a request to Central Valley Water Board to accept treated wood waste under the Alternative Management Standards for Treated Wood Waste regulations that went into effect July 1, 2007. The Alternative Management Standards specifically allow for treated wood waste to be disposed of in a composite-lined portion of a landfill unit that meets all requirements applicable to disposal of municipal solid waste in California after October 9, 1993 (Subtitle D compliant) and that is regulated by waste discharge requirements. Therefore, the Waste Discharge Requirements for the landfill must be revised to allow acceptance of treated wood waste.

## Corrective Action

The current groundwater monitoring system consists of two up gradient and ten downgradient "compliance" wells. Data from the ground water monitoring system shows groundwater has been impacted by waste constituents including elevated concentrations of chloride, nitrates, total dissolved solids, and specific conductance. VOCs have been occasionally detected in the unsaturated zones since 1993.

The extent of the pollution has been determined through an Evaluation Monitoring Program. The initial Corrective Action Plan (CAP) implemented in the early 1990's entailed covering the inactive portions of the landfill with temporary tarps to help shed

INFORMATION SHEET ORDER NO. R5-2011-0049                                    -3-
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

to facilitate runoff, the highly permeable nature of the earthen cover material and the
need to expose portions of the site during waste disposal operations, and increased
difficulty in managing storm water runoff.

The County submitted a second CAP on 18 March 2002. This plan called for final
closure of Modules 1, 2, and 3 by 2006. Closure consisted of covering the Modules with
a flexible membrane liner and vegetative cover to exclude all precipitation. A gas
control system was employed to remove gas and moisture created by the decomposing
waste. Final closure of Modules 1, 2 and 3 was completed in March 2007.

GS:cs

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
CENTRAL VALLEY REGION

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049

BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND
CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

Compliance with this Monitoring and Reporting Program, with Title 27, California Code of Regulations, Section 20005, et seq. (hereafter Title 27), and with the *Standard Provisions and Reporting Requirements for Waste Discharge Requirements for Nonhazardous Solid Waste Discharges Regulated by Title 27 and/or Subtitle D (27 CCR §20005 et seq. and 40 CFR 258)*, dated April 2000, is ordered by Waste Discharge Requirements (WDR) Order No. R5-2011-0049.

A.   **REQUIRED MONITORING REPORTS**

|  | REPORT | DUE |
|---|---|---|
| 1. | Annual Monitoring and Corrective Action Summary Report (WDR Order No. R5-2011-0049, Reporting Requirement K.6) | **Annually** |
| 2. | Groundwater Monitoring (M&R Program No. R5-2011-0049, Section D.1) | **See Table I** |
| 3. | Unsaturated Zone Monitoring (M&R Program No. R5-2011-0049, Section D.2) | **See Table II** |
| 4. | Leachate Monitoring (M&R Program No. R5-2011-0049, Section D.3) | **See Table III** |
| 5. | Surface Water Monitoring (M&R Program No. R5-2011-0049, Section D.4) | **See Table IV** |
| 6. | Facility Monitoring (M&R Program No. R5-2011-0049, Section D.5) | **As necessary** |
| 7. | Response to a Release (Standard Provisions and Reporting Requirements, Section XI) | **As necessary** |

B.   **REPORTING**

The Discharger shall report monitoring data and information as required in this Monitoring and Reporting Program, in WDR Order No. R5-2011-0049 and in the Standard Provisions and Reporting Requirements.  Reports which do not comply with the required format will be **REJECTED** and the Discharger shall be deemed

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                              - 2 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

to be in noncompliance with the Waste Discharge Requirements. In reporting the monitoring data required by this program, the Discharger shall arrange the data in tabular form so that the date, the constituents, the concentrations, and the units are readily discernible. The data shall be summarized in such a manner so as to illustrate clearly the compliance with Waste Discharge Requirements or the lack thereof. Data shall also be submitted in a digital format acceptable to the Executive Officer.

Each monitoring report shall include a compliance evaluation summary as specified in WDR Order No. R5-2011-0049, Reporting Requirement K.4.

Field and laboratory tests shall be reported in each monitoring report. Monthly, quarterly, semiannual, and annual monitoring reports shall be submitted to the Regional Board in accordance with the following schedule for the calendar period in which samples were taken or observations made.

| SAMPLING FREQUENCY | REPORTING FREQUENCY | REPORTING PERIODS END | REPORT DATE DUE |
|---|---|---|---|
| Monthly | Quarterly | Last Day of Month | **by Semiannual Schedule** |
| Quarterly | Quarterly | 31 March<br>30 June<br>30 September<br>31 December | **30 April**<br>**31 July**<br>**31 October**<br>**31 January** |
| Semiannually | Semiannually | 30 June<br>31 December | **31 July**<br>**31 January** |
| Annually | Annually | 31 December | **31 January** |

The Discharger shall submit an **Annual Monitoring Summary Report** to the Regional Board covering the previous monitoring year. The annual report shall contain the information specified in WDR Order No. R5-2011-0049, Reporting Requirement K.6, and a discussion of compliance with the Waste Discharge Requirements and the Water Quality Protection Standard. This report will be due by 31 January of each year.

The results of **all monitoring** conducted at the facility shall reported to the Regional Board in accordance with the reporting schedule above for the calendar period in which samples were taken or observations made.

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                - 3 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

C.    **WATER QUALITY PROTECTION STANDARD AND COMPLIANCE PERIOD**

1.    **Water Quality Protection Standard Report**

For each waste management unit (Unit), the Water Quality Protection Standard shall consist of all COC, the concentration limit for each constituent of concern, the point of compliance, and all water quality monitoring points.

The Water Quality Protection Standard for naturally occurring waste constituents consists of the COC, the concentration limits, and the point of compliance and all monitoring points. The Executive Officer shall review and approve the Water Quality Protection Standard, or any modification thereto, for each monitored medium.

The report shall:

a.    Identify **all distinct bodies of surface and ground water** that could be affected in the event of a release from a Unit or portion of a Unit. This list shall include at least the uppermost aquifer and any permanent or ephemeral zones of perched groundwater underlying the facility.

b.    Include a map showing the monitoring points and background monitoring points for the surface water monitoring program, groundwater monitoring program, and the unsaturated zone monitoring program. The map shall include the point of compliance in accordance with §20405 of Title 27.

c.    Evaluate the perennial direction(s) of groundwater movement within the uppermost groundwater zone(s).

If subsequent sampling of the background monitoring point(s) indicates significant water quality changes due to either seasonal fluctuations or other reasons unrelated to waste management activities at the facility, the Discharger may request modification of the Water Quality Protection Standard.

2.    **Constituents of Concern**

The COC include all the waste constituents, their reaction products, and hazardous constituents that are reasonably expected to be in or derived from waste contained in the Unit. The COC for all Units at the facility are

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 237 of 410

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                    - 4 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

those listed in Tables I through IV for the specified monitored medium, and Table VI. The Discharger shall monitor all COC every five years, or more frequently as required in accordance with a Corrective Action Program.

    a.    **Monitoring Parameters**

Monitoring parameters are COC that are the waste constituents, reaction products, hazardous constituents, and physical parameters that provide a reliable indication of a release from a Unit. The monitoring parameters for all Units are those listed in Tables I through V for the specified monitored medium.

**3.**    **Concentration Limits**

For a naturally occurring constituent of concern, the concentration limit for each constituent of concern shall be determined as follows:

    a.    By calculation in accordance with a statistical method pursuant to §20415 of Title 27; or

    b.    By an alternate statistical method acceptable to the Executive Officer in accordance with §20415 of Title 27.

**4.**    **Point of Compliance**

The point of compliance for the water standard at each Unit is a vertical surface located at the hydraulically downgradient limit of the Unit that extends through the uppermost aquifer underlying the Unit.

**5.**    **Compliance Period**

The compliance period for each Unit shall be the number of years equal to the active life of the Unit plus the closure period. The compliance period is the minimum period during which the Discharger shall conduct a water quality monitoring program subsequent to a release from the Unit. The compliance period shall begin anew each time the Discharger initiates an evaluation monitoring program.

**D.**    **MONITORING**

The Discharger shall comply with the Detection Monitoring Program and Corrective Action Monitoring Provisions of Title 27 for groundwater, surface water, and the unsaturated zone, in accordance with Detection Monitoring Specifications and Corrective Action Monitoring Specifications of Waste Discharge

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 238 of 410

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                          - 5 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

Requirements, Order No. R5-2011-0049. All monitoring shall be conducted in accordance with a Sample Collection and Analysis Plan, which includes quality assurance/quality control standards, that is acceptable to the Executive Officer.

All point of compliance monitoring wells established for the detection monitoring program shall constitute the monitoring points for the groundwater Water Quality Protection Standard. All detection and evaluation monitoring program groundwater monitoring wells, unsaturated zone monitoring devices, leachate, and surface water monitoring points shall be sampled and analyzed for monitoring parameters and COC as indicated and listed in Tables I through IV.

Method detection limits and practical quantitation limits shall be reported. All peaks shall be reported, including those that cannot be quantified and/or specifically identified. Metals shall be analyzed in accordance with the methods listed in Table VI.

The Discharger may, with the approval of the Executive Officer, use alternative analytical test methods, including new USEPA approved methods, provided the methods have method detection limits equal to or lower than the analytical methods specified in this Monitoring and Reporting Program.

1. **Groundwater**

The Discharger shall operate and maintain a groundwater detection monitoring system and groundwater evaluation monitoring program that complies with the applicable provisions of §20415 and §20420 of Title 27 in accordance with a Detection Monitoring Program approved by the Executive Officer. The Discharger shall collect, preserve, and transport groundwater samples in accordance with the approved Sample Collection and Analysis Plan.

The Discharger shall determine the groundwater flow rate and direction in the uppermost aquifer and in any zones of perched water and in any additional zone of saturation monitored pursuant to this Monitoring and Reporting Program, and report the results semiannually, including the times of highest and lowest elevations of the water levels in the wells.

Hydrographs of each well shall be submitted showing the elevations of groundwater with respect to the top and bottom of the screened interval and the elevation of the pump intake. Hydrographs of each well shall be prepared quarterly and submitted annually.

Groundwater samples shall be collected from the point-of-compliance wells, background wells, and any additional wells added as part of the approved

Case 2:20-cv-00123-DJC-DMC    Document 93-9    Filed 02/01/24    Page 239 of 410

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                    - 6 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

groundwater monitoring system. Samples shall be collected and analyzed for the monitoring parameters in accordance with the methods and frequency specified in Table I.

The groundwater monitoring network consists of 12 monitoring wells. MW-4 and MW-13 are the designated background wells. The down gradient monitoring wells include MW-6, MW-7, MW-8a and 8b, MW-9, MW-9b, MW-10, MW-11, and MW-12. MW-3 is located at the gate entrance to the landfill, cross gradient of the active areas. MW-1, MW-2 and MW-5 have been decommissioned. Monitoring well locations are shown on Attachment B.

The monitoring parameters shall also be evaluated each reporting period with regards to the cation/anion balance, and the results shall be graphically presented using a Stiff diagram, a Piper graph, or a Schoeller plot. Samples for the COC specified in Table I shall be collected and analyzed in accordance with the methods listed in Table VI every five years.

2.      **Unsaturated Zone Monitoring**

The Discharger shall operate and maintain an unsaturated zone Evaluation Monitoring System and Detection monitoring system that complies with the applicable provisions of §20415 and §20420 of Title 27 in accordance with a Detection Monitoring Plan approved by the Executive Officer. The Discharger shall collect, preserve, and transport samples in accordance with the quality assurance/quality control standards contained in the approved Sample Collection and Analysis Plan.

Unsaturated zone samples shall be collected from the monitoring devices and background monitoring devices of the approved unsaturated zone monitoring system. The collected samples shall be analyzed for the listed constituents in accordance with the methods and frequency specified in Table II. All monitoring parameters shall be graphed so as to show historical trends at each monitoring point. Samples for the COC specified in Table II shall be collected and analyzed in accordance with the methods listed in Table VI every five years.

Unsaturated zone monitoring consists of 9 suction lysimeters and 2 pan lysimeters. Lysimeters U3, and U4 are located beneath closed Modules 1, 2 and 3. Lysimeters U1, U2, and U6 were abandoned during the construction of Module 4. Lysimeter U5 is the designated "background" point and is located near the landfill entrance. Lysimeters U7, U8, U9, U10L, and U10S are located beneath the area of the former eastern

Case 2:20-cv-00123-DJC-DMC   Document 93-9   Filed 02/01/24   Page 240 of 410

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                    - 7 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

leachate pond and existing septage Class II surface impoundments. Pan lysimeters, Module 4 Pan Lysimeter and Western Leachate Pond Pan Lysimeter are located under Module 4 and the western leachate pond, respectively.

Unsaturated zone monitoring reports shall be included with the corresponding semiannual groundwater monitoring and shall include an evaluation of potential impacts of the facility on the unsaturated zone and compliance with the Water Quality Protection Standard.

3.    **Leachate Monitoring**

All leachate collection and removal system sumps shall be inspected weekly for leachate generation.  Upon detection of leachate in a previously dry leachate collection and removal system, leachate shall be sampled **immediately** and analyzed for the constituents listed in Table III.  Leachate shall then be sampled and analyzed annually during the fourth quarter thereafter, with a retest during the following second quarter if constituents are detected that have not been previously detected.  Leachate samples shall be collected and analyzed for the listed constituents in accordance with the methods and frequency specified in Table III.  The COC list shall include all constituents listed in Table VI.  The quantity of leachate pumped from each sump shall be measured and reported monthly as Leachate Flow Rate (in gallons).

Leachate that seeps to the surface from the Unit shall be sampled and analyzed for the constituents listed in Table III upon detection.  The quantity of leachate shall be *estimated* and reported as Leachate Flow Rate (in gallons/day).

4.    **Surface Water Monitoring**

The Discharger shall install and operate a surface water detection monitoring system where appropriate that complies with the applicable provisions of §20415 and §20420 of Title 27 and has been approved by the Executive Officer.

For all monitoring points and background monitoring points assigned to surface water detection monitoring, samples shall be collected and analyzed for the monitoring parameters in accordance with the methods and frequency specified in Table IV.  All surface water monitoring samples shall be collected and analyzed for the COC specified in Table IV every five years.  All monitoring parameters shall be graphed so as to show historical trends at each sample location.

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                - 8 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

5.    **Facility Monitoring**

   a.    **Facility Inspection**

Annually, prior to the anticipated rainy season, but no later than
**30 September**, the Discharger shall conduct an inspection of the
facility.  The inspection shall assess damage to the drainage control
system, groundwater monitoring equipment (including wells, etc.),
and shall include the Standard Observations contained in WDR
Order No. R5-2011-0049, Reporting Requirement K.4.f.  Any
necessary construction, maintenance, or repairs shall be completed
by **31 October**.  By **15 November** of each year, the Discharger shall
submit an annual report describing the results of the inspection and
the repair measures implemented, including photographs of the
problem and the repairs.

   b.    **Storm Events**

The Discharger shall inspect all precipitation, diversion, and drainage
facilities for damage **within 7 days** following *major storm events*.
Necessary repairs shall be completed **within 30 days** of the
inspection.  The Discharger shall report any damage and
subsequent repairs within 45 days of completion of the repairs,
including photographs of the problem and the repairs.

The Discharger shall implement the above monitoring program on the effective date of
this Order.

Ordered by: _____

PAMELA C. CREEDON,  Executive Officer

10 June 2011
(Date)

GS/cs

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049 - 9 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY


## TABLE I

## GROUNDWATER DETECTION & CORRECTIVE ACTION MONITORING PROGRAM

| PARAMETER | UNITS | FREQUENCY |
|---|---|---|
| **Field Parameters** | | |
| Groundwater Elevation | Ft. & hundredths, M.S.L. | Quarterly |
| Temperature | °C | Quarterly |
| Electrical Conductivity | µmhos/cm | Quarterly |
| pH | pH units | Quarterly |
| Turbidity | Turbidity units | Quarterly |
| **Monitoring Parameters** | | |
| Total Dissolved Solids (TDS) | mg/L | Quarterly |
| Chloride | mg/L | Quarterly |
| Carbonate | mg/L | Quarterly |
| Bicarbonate | mg/L | Quarterly |
| Nitrate - Nitrogen | mg/L | Quarterly |
| Sulfate | mg/L | Quarterly |
| Calcium | mg/L | Quarterly |
| Magnesium | mg/L | Quarterly |
| Potassium | mg/L | Quarterly |
| Sodium | mg/L | Quarterly |
| Volatile Organic Compounds (USEPA Method 8260, see Table V) | µg/L | Semiannual |
| **Constituents of Concern  (see Table VI)** | | |
| Total Organic Carbon | mg/L | 5 years |
| Inorganics (dissolved) | mg/L | 5 years |
| Volatile Organic Compounds (USEPA Method 8260B, extended list) | µg/L | 5 years |
| Semi-Volatile Organic Compounds (USEPA Method 8270C) | µg/L | 5 years |
| Chlorophenoxy Herbicides (USEPA Method 8151A) | µg/L | 5 years |
| Organophosphorus Compounds (USEPA Method 8141A) | µg/L | 5 years |

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                    - 10 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY


## TABLE II

### UNSATURATED ZONE DETECTION MONITORING PROGRAM

**SOIL-PORE GAS**

| PARAMETER | UNITS | FREQUENCY |
|---|---|---|
| **Monitoring Parameters** | | |
| Volatile Organic Compounds (USEPA Method TO-14) | $\mu g/cm^3$ | Semiannual |
| Methane | % | Semiannual |

**PAN LYSIMETERS (or other vadose zone monitoring device)**

| PARAMETER | UNITS | FREQUENCY |
|---|---|---|
| **Field Parameters** | | |
| Electrical Conductivity | $\mu$mhos/cm | Semiannual |
| pH | pH units | Semiannual |
| **Monitoring Parameters** | | |
| Total Dissolved Solids (TDS) | mg/L | Semiannual |
| Chloride | mg/L | Semiannual |
| Carbonate | mg/L | Semiannual |
| Bicarbonate | mg/L | Semiannual |
| Nitrate - Nitrogen | mg/L | Semiannual |
| Sulfate | mg/L | Semiannual |
| Calcium | mg/L | Semiannual |
| Magnesium | mg/L | Semiannual |
| Potassium | mg/L | Semiannual |
| Sodium | mg/L | Semiannual |
| Volatile Organic Compounds (USEPA Method 8260B, see Table V) | $\mu g/L$ | |

**Constituents of Concern  (see Table VI)**

| | | |
|---|---|---|
| Total Organic Carbon | mg/L | 5 years |
| Inorganics (dissolved) | mg/L | 5 years |
| Volatile Organic Compounds (USEPA Method 8260B, extended list) | $\mu g/L$ | 5 years |
| Semi-Volatile Organic Compounds (USEPA Method 8270C) | $\mu g/L$ | 5 years |
| Chlorophenoxy Herbicides (USEPA Method 8151A) | $\mu g/L$ | 5 years |
| Organophosphorus Compounds (USEPA Method 8141A) | $\mu g/L$ | 5 years |

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                    - 11 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE  III

### LEACHATE DETECTION MONITORING PROGRAM

| PARAMETER | UNITS | FREQUENCY |
|---|---|---|
| **Field Parameters** | | |
| Total Flow | Gallons | Monthly |
| Flow Rate | Gallons/Day | Monthly |
| Electrical Conductivity | µmhos/cm | Monthly |
| pH | pH units | Monthly |
| **Monitoring Parameters** | | |
| Total Dissolved Solids (TDS) | mg/L | Annually |
| Chloride | mg/L | Annually |
| Carbonate | mg/L | Annually |
| Bicarbonate | mg/L | Annually |
| Nitrate - Nitrogen | mg/L | Annually |
| Sulfate | mg/L | Annually |
| Calcium | mg/L | Annually |
| Magnesium | mg/L | Annually |
| Potassium | mg/L | Annually |
| Sodium | mg/L | Annually |
| Volatile Organic Compounds | µg/L | Annually |
|    (USEPA Method 8260B, see Table V) | | |
| **Constituents of Concern  (see Table VI)** | | |
| Total Organic Carbon | mg/L | 5 years |
| Inorganics (dissolved) | mg/L | 5 years |
| Volatile Organic Compounds | µg/L | 5 years |
|    (USEPA Method 8260B, extended list) | | |
| Semi-Volatile Organic Compounds | µg/L | 5 years |
|    (USEPA Method 8270C) | | |
| Chlorophenoxy Herbicides | µg/L | 5 years |
|    (USEPA Method 8151A) | | |
| Organophosphorus Compounds | µg/L | 5 years |
|    (USEPA Method 8141A) | | |

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049         - 12 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE IV

## SURFACE WATER DETECTION MONITORING PROGRAM

| PARAMETER | UNITS | FREQUENCY |
|---|---|---|
| **Field Parameters** | | |
| Temperature | $^{o}C$ | Semiannual |
| Electrical Conductivity | µmhos/cm | Semiannual |
| pH | pH units | Semiannual |
| Turbidity | Turbidity units | Semiannual |
| **Monitoring Parameters** | | |
| Total Dissolved Solids (TDS) | mg/L | Semiannual |
| Carbonate | mg/L | Semiannual |
| Bicarbonate | mg/L | Semiannual |
| Chloride | mg/L | Semiannual |
| Nitrate - Nitrogen | mg/L | Semiannual |
| Sulfate | mg/L | Semiannual |
| Calcium | mg/L | Semiannual |
| Magnesium | mg/L | Semiannual |
| Potassium | mg/L | Semiannual |
| Sodium | mg/L | Semiannual |
| Volatile Organic Compounds | µg/L | Semiannual |
| (USEPA Method 8260B, see Table V) | | |
| **Constituents of Concern  (see Table VI)** | | |
| Total Organic Carbon | mg/L | 5 years |
| Inorganics (dissolved) | mg/L | 5 years |
| Volatile Organic Compounds | µg/L | 5 years |
| (USEPA Method 8260B, extended list) | | |
| Semi-Volatile Organic Compounds | µg/L | 5 years |
| (USEPA Method 8270C) | | |
| Chlorophenoxy Herbicides | µg/L | 5 years |
| (USEPA Method 8151A) | | |
| Organophosphorus Compounds | µg/L | 5 years |
| (USEPA Method 8141A) | | |

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                 - 13 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY


## TABLE V
## MONITORING PARAMETERS FOR DETECTION MONITORING

**Surrogates for Metallic Constituents:**

pH
Total Dissolved Solids
Electrical Conductivity
Chloride
Sulfate
Nitrate nitrogen

**Constituents included in VOC:**

**USEPA Method 8260B**

Acetone
Acrylonitrile
Benzene
Bromochloromethane
Bromodichloromethane
Bromoform (Tribromomethane)
Carbon disulfide
Carbon tetrachloride
Chlorobenzene
Chloroethane (Ethyl chloride)
Chloroform (Trichloromethane)
Dibromochloromethane
(Chlorodibromomethane)
1,2-Dibromo-3-chloropropane (DBCP)
1,2-Dibromoethane (Ethylene
dibromide; EDB)
o-Dichlorobenzene
(1,2-Dichlorobenzene)
m-Dichlorobenzene
(1,3-Dichlorobenzene)
 (1,4-Dichlorobenzene)
trans-l ,4-Dichloro-2-butene
Dichlorodifluoromethane (CFC-12)
1,1-Dichloroethane (Ethylidene
            chloride)
1,2-Dichloroethane (Ethylene
            dichloride)
1,1 -Dichloroethylene (1,1
-Dichloroethene; Vinylidene chloride) .
cis- 1,2-Dichloroethylene (cis-
1,2-Dichloroethene)
trans-1,2-Dichloroethylene
(trans-1,2-Dichloroethene)
1,2-Dichloropropane (Propylene
dichloride)
cis- 1,3-Dichloropropene

trans- 1,3-Dichloropropene
Di-isopropylether (DIPE)
Ethanol
Ethyltertiary butyl ether
Ethylbenzene
2-Hexanone (Methyl butyl ketone)
Hexachlorobutadiene
Hexachloroethane
Methyl bromide (Bromomethene)
Methyl chloride (Chloromethane)
Methylene bromide (Dibromomethane)
Methylene chloride (Dichloromethane)
Methyl ethyl ketone (MEK: 2-Butanone)
Methyl iodide (Iodomethane)
Methyl t-butyl ether
4-Methyl-2-pentanone (Methyl
isobutylketone)
Naphthalene
Styrene
Tertiary amyl methyl ether
Tertiary butyl alcohol
1,1,1,2-Tetrachloroethane
1,1.2,2-Tetrachloroethane
Tetrachloroethylene
(Tetrachloroethene; Perchloroethylene)
Toluene
1,2,4-Trichlorobenzene
1,1,1-Trichloethane (Methylchlororrn)
1,1,2-Trichloroethane
Trichloroethylene (Trichloroethene)
Trichlorofluoromethane (CFC- 11)
1,2,3-Trichloropropane
Vinyl acetate
Vinyl chloride
Xylenes

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049 - 14 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE VI

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

| Inorganics (dissolved): | USEPA Method |
|---|---|
| Aluminum | 6010 |
| Antimony | 7041 |
| Barium | 6010 |
| Beryllium | 6010 |
| Cadmium | 7131A |
| Chromium | 6010 |
| Cobalt | 6010 |
| Copper | 6010 |
| Silver | 6010 |
| Tin | 6010 |
| Vanadium | 6010 |
| Zinc | 6010 |
| Iron | 6010 |
| Manganese | 6010 |
| Arsenic | 7062 |
| Lead | 7421 |
| Mercury | 7470A |
| Nickel | 7521 |
| Selenium | 7742 |
| Thallium | 7841 |
| Cyanide | 9010B |
| Sulfide | 9030B |

### Volatile Organic Compounds:

**USEPA Method 8260**
Acetone
Acetonitrile (Methyl cyanide)
Acrolein
Acrylonitrile
Allyl chloride (3-Chloropropene)
Benzene
Bromochloromethane (Chlorobromomethane)
Bromodichloromethane (Dibromochloromethane)
Bromoform (Tribromomethane)
Carbon disulfide
Carbon tetrachloride
Chlorobenzene
Chloroethane (Ethyl chloride)
Chloroform (Trichloromethane)
Chloroprene
Dibromochloromethane (Chlorodibromomethane)

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049                     - 15 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE VI (Continued)

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

1,2-Dibromo-3-chloropropane (DBCP)
1,2-Dibromoethane (Ethylene dibromide; EDB)
o-Dichlorobenzene (1,2-Dichlorobenzene)
m-Dichlorobenzene (1,3-Dichlorobenzene)
p-Dichlorobenzene (1,4-Dichlorobenzene)
trans- 1,4-Dichloro-2-butene
Dichlorodifluoromethane (CFC 12)
1,1 -Dichloroethane (Ethylidene chloride)
1,2-Dichloroethane (Ethylene dichloride)
1,1 -Dichloroethylene (1, l-Dichloroethene; Vinylidene chloride)
cis- l ,2-Dichloroethylene (cis- 1,2-Dichloroethene)
trans- l ,2-Dichloroethylene (trans- 1,2-Dichloroethene)
1,2-Dichloropropane (Propylene dichloride)
1,3-Dichloropropane (Trimethylene dichloride)
2,2-Dichloropropane (Isopropylidene chloride)
1,1 -Dichloropropene
cis- 1,3-Dichloropropene
trans- l ,3-Dichloropropene
Di-isopropylether (DIPE)
Ethanol
Ethyltertiary butyl ether
Ethylbenzene
Ethyl methacrylate
Hexachlorobutadiene
Hexachloroethane
2-Hexanone (Methyl butyl ketone)
Isobutyl alcohol
Methacrylonitrile
Methyl bromide (Bromomethane)
Methyl chloride (Chloromethane)
Methyl ethyl ketone (MEK; 2-Butanone)
Methyl iodide (Iodomethane)
Methyl t-butyl ether
Methyl methacrylate
4-Methyl-2-pentanone (Methyl isobutyl ketone)
Methylene bromide (Dibromomethane)
Methylene chloride (Dichloromethane)
Naphthalene
Propionitrile (Ethyl cyanide)
Styrene
Tertiary amyl methyl ether
Tertiary butyl alcohol
1,1,1,2-Tetrachloroethane
1,1,2,2-Tetrachloroethane
Tetrachloroethylene (Tetrachloroethene; Perchloroethylene; PCE)
Toluene

## TABLE VI (Continued)

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

1,2,4-Trichlorobenzene
1,1,1 -Trichloroethane, Methylchloroform
1,1,2-Trichloroethane
Trichloroethylene (Trichloroethene; TCE)
Trichlorofluoromethane (CFC- 11)
1,2,3-Trichloropropane
Vinyl acetate
Vinyl chloride (Chloroethene)
Xylene (total)

## Semi-Volatile Organic Compounds:

### USEPA Method 8270 - base, neutral, & acid extractables
Acenaphthene
Acenaphthylene
Acetophenone
2-Acetylaminofluorene (2-AAF)
Aldrin
4-Aminobiphenyl
Anthracene
Benzo[a]anthracene (Benzanthracene)
Benzo[b]fluoranthene
Benzo[k]fluoranthene
Benzo[g,h,i]perylene
Benzo[a]pyrene
Benzyl alcohol
Bis(2-ethylhexyl) phthalate
alpha-BHC
beta-BHC
delta-BHC
gamma-BHC (Lindane)
Bis(2-chloroethoxy)methane
Bis(2-chloroethyl) ether (Dichloroethyl ether)
Bis(2-chloro-1-methyethyl) ether (Bis(2-chloroisopropyl) ether; DCIP)
4-Bromophenyl phenyl ether
Butyl benzyl phthalate (Benzyl butyl phthalate)
Chlordane
p-Chloroaniline
Chlorobenzilate
p-Chloro-m-cresol (4-Chloro-3-methylphenol)
2-Chloronaphthalene
2-Chlorophenol
4-Chlorophenyl phenyl ether
Chrysene
o-Cresol (2-methylphenol)
m-Cresol (3-methylphenol)

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE VI (Continued)

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

p-Cresol (4-methylphenol)
4,4'-DDD
4,4'-DDE
4,4'-DDT
Diallate
Dibenz[a,h]anthracene
Dibenzofuran
Di-n-butyl phthalate
3,3'-Dichlorobenzidine
2,4-Dichlorophenol
2,6-Dichlorophenol
Dieldrin
Diethyl phthalate
p-(Dimethylamino)azobenzene
7,12-Dimethylbenz[a]anthracene
3,3'-Dimethylbenzidine
2,4-Dimehtylphenol (m-Xylenol)
Dimethyl phthalate
m-Dinitrobenzene
4,6-Dinitro-o-cresol (4,6-Dinitro-2-methylphenol)
2,4-Dinitrophenol
2,4-Dinitrotoluene
2,6-Dinitrotoluene
Di-n-octyl phthalate
Diphenylamine
Endosulfan I
Endosulfan II
Endosulfan sulfate
Endrin
Endrin aldehyde
Ethyl methanesulfonate
Famphur
Fluoranthene
Fluorene
Heptachlor
Heptachlor epoxide
Hexachlorobenzene
Hexachlorocyclopentadiene
Hexachloropropene
Indeno(1,2,3-c,d)pyrene
Isodrin
Isophorone
Isosafrole
Kepone
Methapyrilene
Methoxychlor

MONITORING AND REPORTING PROGRAM NO. R5-2011-0049          - 18 -
BUTTE COUNTY
NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE VI

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

3-Methylcholanthrene
Methyl methanesulfonate
2-Methylnaphthalene
1,4-Naphthoquinone
1-Naphthylamine
2-Naphthylamine
o-Nitroaniline (2-Nitroaniline)
m-Nitroaniline (3-Nitroaniline)
p-Nitroaniline (4-Nitroaniline)
Nitrobenzene
o-Nitrophenol (2-Nitrophenol)
p-Nitrophenol (4-Nitrophenol)
N-Nitrosodi-n-butylamine (Di-n-butylnitrosamine)
N-Nitrosodiethylamine (Diethylnitrosamine)
N-Nitrosodimethylamine (Dimethylnitrosamine)
N-Nitrosodiphenylamine (Diphenylnitrosamine)
N-Nitrosodipropylamine (N-Nitroso-N-dipropylamine; Di-n-propylnitrosamine)
N-Nitrosomethylethylamine (Methylethylnitrosamine)
N-Nitrosopiperidine
N-Nitrosospyrrolidine
5-Nitro-o-toluidine
Pentachlorobenzene
Pentachloronitrobenzene (PCNB)
Pentachlorophenol
Phenacetin
Phenanthrene
Phenol
p-Phenylenediamine
Polychlorinated biphenyls (PCBs; Aroclors)
Pronamide
Pyrene
Safrole
1,2,4,5-Tetrachlorobenzene
2,3,4,6-Tetrachlorophenol
o-Toluidine
Toxaphene
2,4,5-Trichlorophenol
O,O,O-Triethyl phosphorothioate
sym-Trinitrobenzene

NEAL ROAD CLASS III MUNICIPAL SOLID WASTE LANDFILL
AND CLASS II SURFACE IMPOUNDMENTS
BUTTE COUNTY

## TABLE VI (Continued)

## CONSTITUENTS OF CONCERN & APPROVED USEPA ANALYTICAL METHODS

### Chlorophenoxy Herbicides:

### USEPA Method 8l51A
2,4-D (2,4-Dichlorophenoxyacetic acid)
Dinoseb (DNBP; 2-sec-Butyl-4,6-dinitrophenol)
Silvex (2,4,5-Trichlorophenoxypropionic acid; 2,4,5-TP)
2,4,5-T (2,4,5-Trichlorophenoxyacetic acid)

### Organophosphorus Compounds:

### USEPA Method 8141A
Atrazine
Chlorpyrifos
O,O-Diethyl 0-2-pyrazinyl phosphorothioate (Thionazin)
Diazinon
Dimethoate
Disulfoton
Ethion
Methyl parathion (Parathion methyl)
Parathion
Phorate
Simazine

# BUTTE COUNTY
# AIR QUALITY MANAGEMENT DISTRICT

**629 ENTLER AVENUE, SUITE 15  CHICO, CALIFORNIA  95928**
**TELEPHONE: (530) 332-9400  FAX: (530) 332-9417   website: www.bcaqmd.org**

## PERMIT TO OPERATE No.:  NRL-01-01

*This permit consists of this permit face, attached facility specific conditions and general conditions for all permits*
*For more information see reverse.*

| | | | | | |
|---|---|---|---|---|---|
| *Valid From:* | **6/1/2014** | *Expires On:* | **5/31/2015** | *Amended:* | **N/A** |

*Granted to:*
County Of Butte          *Contact:*  Mike Crump
7 County Center Drive
Oroville, CA 95965

*For Equipment or Activities Located at:*
Neal Road Recycling And Waste Facility          *Site Contact:*  Bill Mannel
1023 Neal Road
Paradise, CA 95969

**UTM Coordinates:** Zone 10S
609219.89   **E**
4392414.89   **N**

*Facility No.:*  200          *SIC:*  4953          *NAICS:*  562212

*Process Description:*
Municipal Waste Landfill

*Significant Equipment/Emission Sources and Associated Controls:*
Four (4) Solid Waste Disposal Modules (Modules 1-4) with Plastic Tarp and/or Soil Interim Cover with Water Spray for Control of Particulates; Waste Haul Roads with Water Spray for Control of Particulates; One (1) Greenwaste Storage Area with Water Spray for Control of Particulates; One (1) Household Hazardous Waste Storage Facility; Two (2) Septage Containment Ponds; Two (2) Leachate Containment Ponds; Eleven (11) Vadose Zone Management Wells, Seventy-four (74) Vertical and Horizontal Landfill Gas Extraction Wells, Connecting Piping, and Flare Station with Two (2) Blowers (One (1) Blower Used for Back-Up) Rated at 1800 scfm and One (1) Fully Enclosed Landfill Gas Vertical Ground Flare with a Maximum Stack Height of Forty (40) Feet.

### Permitted Emission Limits

| Pollutant | Emission | | Hourly (lbs) | Daily (lbs) | Yearly (tons) | PTE: Condition or Design |
|---|---|---|---|---|---|---|
| | Limit | Units | | | | |
| NOx | 46.0 | ppmv* | 2.70 | | | Design |
| PM-10 | 0.076 | gr/dscf* | 0.924 | | | Design |

*Corrected to 3% O2; dry basis

### Permitted Process Limits

| | Daily | Yearly |
|---|---|---|
| **Hours of Operation** | No Limit | No Limit |

| | Units | Hourly | Daily | Yearly |
|---|---|---|---|---|
| **Throughput** | | | | |

**W. James Wagoner**
**Air Pollution Control Officer (APCO)**

By: _(signature)_
Date: _3/21/2014_

Permit to Operate No.: NRL-01-01          Page 1 of 4

**A.  Facility Specific Conditions:**

1. All solid and liquid waste containing volatile organic compounds shall be stored in sealed containers to ensure minimal evaporative loss.

2. Landfill gas shall be controlled by a collection system including a landfill gas flare and/or directed to the onsite landfill gas energy facility.

3. The permit holder shall maintain a flare Volatile Organic Compound (VOC) destruction efficiency of no less than 98% at all times.

4. The permit holder shall maintain, calibrate and operate an automatic flare and blower shutdown device. The electronic flare control system shall alarm and automatically shutdown when the maximum BTU loading is exceeded, when the flare temperature drops below 1400 °F, or when the flare shell exceeds 230 °F.

5. The flare shall be operated such that the flame in the flare remains below the height of the flare's operating thermal couple at all times.

6. All transfer processes involving a free-fall of waste or product shall be constructed and operated to minimize fugitive emissions.

7. All unpaved roadways and work areas shall have water or other dust surfactant applied to minimize fugitive emissions during periods of elevated ambient temperatures, increased wind velocity, or low humidity to prevent nuisance conditions beyond property lines. Dust emissions resulting from the movement of motorized vehicles shall not exceed 20% opacity for a period or periods aggregating more than three (3) minutes in any sixty (60) consecutive minute period.

8. The permit holder shall not cause or allow the emissions of fugitive dust from any active operation, open storage pile, or disturbed surface area to remain visible in the atmosphere beyond the property line of the emission and shall, as necessary, implement the best available control measures included in Table 1 of Rule 205.

9. The permit holder shall not allow track-out to extend 25 feet or more in cumulative length from the point of origin from an active operation on to an offsite paved road. All track-out from an active operation shall be removed at the conclusion of each workday or evening shift.

10. The permit holder shall notify the APCO in writing when each of the expansion wells authorized by Authority to Construct NRL-01-01, issued 3/12/2014 is installed and ready for operation.

**B.  Record Keeping Conditions:**

1. The permit holder shall keep a log of hours of operation, fuel used, purchase orders, invoices, and other documents as necessary to support the information to be submitted.

**C.  Record Submittal Conditions:**

The following information shall be submitted to the District before January 31st of the following year:

1. Total Vehicle Miles Traveled on Paved Roads (miles/yr);
2. Total Vehicle Miles Traveled on Unpaved Roads (miles/yr);
3. Total Landfill Equipment (Dozer) Miles Traveled (miles/yr);
4. Total annual operating time for the flare (hours/yr); and
5. Total Non-Methane, Organic Compounds Emission Rate (MMcf/yr).

**D.  Source Test Conditions:**

1. A source performance test shall be conducted on the flare every two years to demonstrate compliance with the emissions concentrations and rates as included in this permit. All source performance tests shall conform to U.S. Environmental Protection Agency methodology and procedures. Any deviation from these requirements shall first be approved by the APCO.

2. A source performance test protocol shall be submitted to the APCO at least thirty (30) days prior to the scheduled test date.

3. The APCO must be notified at least ten (10) days prior to any scheduled source performance test, if the test date is not identified in the source performance test protocol.

4. Source performance testing ports, platforms, and access ladders shall be provided on the stack, which conforms, to the Air Resources Board and Occupational Safety and Health Administration standards. Sampling ports shall be located in accordance with standard EPA methodology and procedures.

5. The results of the source performance test shall be submitted to the APCO within sixty (60) days following testing unless otherwise approved, in writing, by the APCO.

6. The subject emissions unit shall be source performance tested at or above 90 % of the rated maximum capacity, unless otherwise approved by the APCO in writing.

7. Only normal operating staff may adjust the combustion parameters of the emission unit during the source performance test. Any consultation during the source performance test with the equipment vendor or consultants concerning the emission unit operations may render the source performance test invalid.

8. Once two (2) consecutive source performance tests have been completed and indicate full compliance with all emission limitations, the permit holder may petition the APCO to waive the following biennial source performance test.

## General Conditions for Permit to Operate No. NRL-01-01:

1. No person shall construct, erect, modify, alter, replace, or operate a source that emits or may emit air contaminants without first receiving written authorization from the Air Pollution Control Officer (APCO). (Rule 400)

2. Any change to or deviation from any condition must first be approved in writing by the APCO. (Rule 400)

3. The permit holder must operate the source as represented in the permit application unless permit conditions require differently. (Rule 400)

4. The Permit to Operate shall be posted in close proximity to the equipment identified in this permit and made available upon request. (Rule 400)

5. This permit shall be renewable annually upon payment of required permit fees. (Rule 400)

6. A violation of any condition of this permit is a violation of District, State, or federal rules, regulations, or law and subject to appropriate civil or criminal penalties. (Rule 700)

7. The permitted equipment or activity shall not emit such quantities of air contaminants or other materials which cause damage, injury, nuisance or annoyance or which endanger the comfort, health or safety of the public, business, or property. (Rule 200)

8. This permit may be amended in writing at any time by the APCO to ensure compliance with District, State, or federal rules, regulations, or law. (Rule 400)

9. This permit is transferable from one person to another upon filing an application with the APCO. (Rule 400)

10. If any permit provision or condition is found invalid, the remaining provisions or conditions shall remain valid and enforceable. (Rule 400)

11. The permit holder shall comply with all applicable requirements of the Air Toxics "Hot Spots" Information and Assessment Act of 1987 (AB2588) (California Health and Safety Code Section 44300 et. seq.). (Rule 400)

12. The APCO or APCO's representative shall have the right of entry to inspect the permitted source, secure samples of emissions, and review records required to be maintained by the conditions of this permit. (Rule 901)

13. The permit holder shall provide safe access for the APCO or APCO's representative to inspect the equipment or activity indentified in this permit. (Rule 400)

14. The permit holder shall ensure all site personnel (including facility staff, consultants, contractors, and subcontractors) operate the permitted equipment or perform the permitted activity in compliance with all permit conditions and District, State, or federal rules, regulations, or laws. (Rule 400)

15. Any violation committed by site personnel shall be considered a violation by the facility owner and/or operator, and any involved consultant, contractor, and/or subcontractor. (Rule 700)

16. The permit holder shall maintain all permitted process and air pollution control equipment to ensure compliance with emission limitations in the permit and all applicable District, State, or federal rules, regulations and laws.

17. The permit holder shall notify the APCO of any upset, breakdown, or malfunction of permitted equipment which results in emissions exceeding any of the limits or violation of any condition established in this permit or a variance order. The notification shall be made no more than two (2) hours from the time of discovery and shall include the time of discovery, the equipment involved, and the duration, location and probable cause of the event. (Rule 266)

18. The permit holder shall correct immediately or, if not practical, within the earlier of either the end of the production run or 24 hours, any upset or breakdown condition causing emissions exceeding permit limits or violation of any permit condition or shall terminate operations. The permit holder may petition for a variance for continued operation. (Rule 266)

19. Upon request, the permit holder shall provide the APCO with any collected air emissions data of the permitted equipment or activity, including data collected or obtained for or by other regulatory agencies. (Rule 400)

20. A source shall not emit air contaminants that exceed 40% opacity (Ringelmann #2) for any period aggregating more than three (3) minutes in any consecutive sixty (60) minute period. (Rule 201)

21. Any increase in the sum of the Potential to Emit from all emissions units at the stationary source of non-attainment pollutants or their precursors over 25 tons per calendar year shall be offset in accordance with District rule. (Rule 430)

22. The permit holder or representative shall submit process data records needed to determine and report air emissions and shall certify the records are accurate. (Rule 400)

23. The permit holder shall maintain production records on-site for a period of 5 years and make the records available for inspection within 24 hours of request by the APCO or APCO's representative. (Rule 400)

24. The permit holder shall conduct source performance test(s) to demonstrate compliance as required by the specific conditions of the Authority to Construct or Permit to Operate. Source tests shall use California Air Resources Board or U.S. Environmental Protection Agency methodology and procedures and under operating conditions approved by the APCO. Records shall be kept of fuel used. Vendor equipment adjustments or operational changes during or within two hours prior to a source test shall void the results. (Rule 400)

--End of Permit--

2007-0051757

COMPLETE THIS INFORMATION:

Recording Requested by:

*Butte Co. Public Works*

| Recorded | REC FEE | 101.00 |
| Official Records | TAX | 2.75 |
| County of | | |
| Butte | | |
| CANDACE J. GRUBBS | | |
| County Clerk-Recorder | | |
| | NP | |
| 01:05PM 02-Nov-2007 | Page 1 of 59 | |

AND WHEN RECORDED MAIL TO:

*California Open Lands*
*Attn: Jody Galloway*
*115 Meyer St., Suite 120*
*Chico, CA 95928*

THIS SPACE FOR RECORDERS USE ONLY

59
M

*PERPETUAL CONSERVATION EASEMENT GRANT*
**Document Title**

**DOCUMENTARY TRANSFER TAX: $ 2.75**

⟍ ____ Computed on the consideration of
property conveyed; OR

____ Computed on the consideration or
value less liens or encumbrances

⟍ Unincorporated area

____ Town or City of _____

*William Bridgwell*

**Signature of Declarant or Agent Determining Tax-Firm Name**

**MAIL TAX STATEMENTS TO:**

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
(Additional Recording Fee Applies)

RECORDING REQUESTED BY:

WHEN RECORDED RETURN TO:

    California Open Lands
    Attention: Jody Gallaway
    115 Meyer St., Suite 120
    Chico, California 95928

THIS SPACE FOR RECORDER'S USE ONLY

## PERPETUAL CONSERVATION EASEMENT GRANT

THIS PERPETUAL CONSERVATION EASEMENT GRANT (hereinafter **"Easement"**) is made this _24_ day of _SEPTEMBER_, 200_7_, by Butte County Department of Public Works (**"Grantor"**) a municipal corporation, in favor of California Open Lands, a recognized California 501(c)(3) Non-profit Corporation (**"Grantee"**).

## RECITALS

A.    Grantor is a municipal corporation and is the sole owner in fee simple of certain real property located in the County of Butte, State of California.  Grantor intends to expand an existing landfill on a portion of this property.  The remainder of this property, specifically the storm-water detention basin, with natural resource values is intended to be preserved in its natural state.  This is the area covered by the Easement, and shall be referred to as the **"Preserve"**, which is described in **Exhibit A** and depicted upon the map **Exhibit B**, both of which are attached hereto and incorporated herein by this reference.

B.    Grantee is a private non-profit 501(c)(3) corporation under the laws of the State of California, and is authorized to hold conservation easements under California Civil Code §815 et seq.

C.    **"Corps"** is the United States Army Corps of Engineers within the United States Department of the Army, which is authorized by Federal law to administer the Federal Clean Water Act, Section 404, and other laws and regulations; and

D.    This Easement provides conservation measures and mitigation for certain impacts located in an unincorporated portion of the County of Butte, south of the City of Chico, State of California, described in that certain U.S. Army Corps of Engineers (Corps) Permit Number 200300113, dated December 9, 2003., for the Neal Road Landfill, and is being conveyed in order to enable Grantor to undertake the fill of waters of the United States as necessary to complete the landfill expansion

---

Neal Road Landfill
Conservation Easement

1

August 2006

project.

E.   The Preserve possesses natural resources with significant ecological values that benefit endangered, threatened, and other rare species (collectively, **"Conservation Values"**).  These natural resources are of aesthetic, ecological, educational, historical, recreational, and scientific value to the Nation and its people.  These values include Waters of the U.S., including wetlands, the adjacent upland, along with associated native vegetation and wildlife.  These natural resources are of great importance to both Grantor and Grantee.

F.   The Preserve includes the water in wetlands and drainage features, including water resulting from direct precipitation onto the Preserve and/or flows through the drainage features from natural storm events which partially or completely fill depressions on the surface of the Preserve.  The Preserve will contain actively managed areas and passively managed areas.  The storm-water detention basin will be actively managed, and the wetland area will be passively managed.

G.   The Preserve, consisting of approximately 3.00 acres, has been identified as being potential habitat for species of native plants and wildlife which Grantor and Grantee desire to restore and enhance pursuant to an Open Space Management Plan (**"Plan"**) dated January 2006, by Gallaway Consulting, Inc., of which is attached to this Easement as **Exhibit C** and incorporated herein by this reference.

H.   Grantor intends to convey to Grantee the right to inspect and monitor the management of the Conservation Values of the Preserve.

I.   Grantee agrees by accepting this Easement to honor the intentions of Grantor stated herein and to inspect and monitor in perpetuity, the Conservation Values of the Preserve in accordance with the terms of this Easement and the Open Space Management Plan.

J.   The following terms, when used herein, shall have the meanings set forth below:

    **"Grantee"** Means <u>California Open Lands</u> or any successor, assignee, or transferee appointed in accordance with Section 8.

    **"Grantor"** or **"Preserve Manager"** means <u>Butte County Department of Public Works</u> or any successor, assignee, or transferee appointed in accordance with Section 8.

    **"Preserve"** shall mean the approximately 3.00 acre area appearing on **Exhibit B** containing both created and natural wetland features and buffer zones which shall be maintained as a Preserve in accordance with the provisions of Section 3.

---

"**Plan**" means the *Neal Road Landfill Open Space Preserve Management Plan*, by Gallaway Consulting, Inc., dated January 2006, a copy of which is attached hereto as **Exhibit C.**

"**Waters of the U.S.**" means that Area defined in 40 CFR 122.2 as a feature under the regulation of the Federal Clean Water Act.

"**Wetland**" means that Area that is inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions.

"**Uplands**" means those habitats that are not riparian or wetlands, including valley oak woodland, grassland/meadow, blue oak woodland, and blue oak savannah.

## COVENANTS, TERMS, CONDITIONS, AND RESTRICTIONS

In consideration of the above and the mutual covenants, terms, conditions, and restrictions contained herein, and pursuant to the laws of California and California Civil Code §815 et seq., Grantor hereby voluntarily grants and conveys to Grantee a Perpetual Conservation Easement over the Preserve of the nature and character and to the extent hereinafter set forth.

1.   **PURPOSE**

It is the purpose of this Easement to ensure that the Preserve will be retained forever in an open space condition and to prevent any use of the Preserve that will impair or interfere with the Conservation Values of the Preserve. Grantor intends that this Easement (i) will assure that the Preserve will be used for such activities as are consistent with the purpose of this Easement and (ii) shall be implemented consistently with the Plan.

2.   **RIGHTS OF GRANTEE**

A.   To accomplish the purpose of this Easement, the following rights are conveyed to Grantee by this Easement:

B.   To preserve and protect, restore and/or enhance the Conservation Values of the Preserve in a manner consistent with the Open Space Management Plan;

C.   To enter upon and traverse all portion of the Preserve at all times in order to have access to the Preserve and to monitor Grantor's compliance with and otherwise enforce the terms of this Easement and to fulfill duties detailed in the Open Space Management Plan and the Mitigation and Monitoring Plan, provided that such entry shall not unreasonably impair or interfere with

Grantor's use and quiet enjoyment of the Preserve or unreasonably disturb natural resources in the Preserve;

D.  Subject to the exceptions contained herein, to prevent any activity on or use of the Preserve that is inconsistent with the purpose of this Easement and to require the restoration of such Area or features of the Preserve that may be damaged by any inconsistent activity or use; and

E.  To conserve and protect all mineral, air, water and groundwater rights required to protect and to sustain the biological resources of the Preserve.

## 3.  PRESERVATION, MAINTENANCE, AND MANAGEMENT OF PRESERVE

A.  <u>Nature of the Preserve, Generally</u>.  The Preserve serves for the protection of wildlife corridors, water quality and drainage detention, and contains an actively managed detention basin which flows into the seasonal wetland. Grantor intends that the Preserve be utilized and maintained in such a manner as to preserve and protect the natural features and resources of the area. The Preserve is delineated on **Exhibit B**.  The Preserve shall be an area encumbered by an Easement in favor of the Preserve Manager for the purposes of access to and protection, conserving and preserving in perpetuity the Preserve.

B.  <u>Conservation Easement</u>.  Grantor, with recordation of this Easement is granting to California Open Lands ("Grantee") the ability to ensure enforcement of the rules and regulations regarding the Preserve.

C.  <u>Open Space Management Plan</u>.  The Preserve shall have controlled access and the storm-water detention basin will be actively managed by Butte County Department of Public Works, as outlined in the Plan.

D.  <u>Preserve Manager.</u>  The Preserve Manager shall perform such preservation and the maintenance of the Preserve as set forth in the Plan.

E.  <u>Monitoring Biologist</u>  The Grantee shall retain a competent biologist (the **"Monitoring Biologist"**), professionally trained in matters related to the conservation and preservation of natural resource values, to undertake an annual field review and prepare an annual report, as set forth in Section 3.F, with respect to the Status of the Preserve.  Any appointment of a Monitoring Biologist shall be made only after review of the professional background and qualifications of the proposed Monitoring Biologist by, and with the express written consent of, the Preserve Manager.

F.  <u>Monitoring and Reporting Activities</u>
The Monitoring Biologist shall twice yearly conduct a biological inspection for the duration of 5 years; if the project is successful then the biological inspections will be reduced to once yearly and a report will be kept on file, as

---

Neal Road Landfill                              4                              August 2006
Conservation Easement

-622-

outlined in the Plan. The Preserve Manager shall twice yearly conduct a general inspection for the duration of 5 years; if the project is successful then the biological inspections will be reduced to once yearly and a report will be kept on file, as outlined in the Plan.

H. Annual Report. By December 31st each year, the Monitoring Biologist shall deliver to the Corps, a report regarding the status of the Preserve. This report shall contain:

1.   A map showing the project location;

2.   Photographs documenting the status of the Preserve;

3.   A narrative summarizing the general condition of the Preserve;

4.   A description of actions for which Corps approval or notification was not needed.

5.   Any recommendations regarding remedial actions or management activities.

I. Maintenance and Repair. Maintenance and repair of existing and proposed structures and improvements shall be the responsibility of Butte County Department of Public Works, according to the Plan.

4.   **PROHIBITED ACTIVITIES**

The following activities are prohibited as outlined in federal Section 404 permit No. 200300113 (herein called "**Permit**") (**Exhibit D**) or as outlined in the Plan. No person shall engage in any of the following restricted activities in the Preserve unless that activity is in the future approved by the Corps:

A. Planting, landscaping, plowing, or cultivation of the Preserve or any portion of such area, shall be done or permitted except for the purpose of enhancing the Preserve through the planting of local native plant species. The irrigation of these plantings will be done in a manner that does not adversely affect the hydrology of any wetlands within the Preserve;

B. Planting, introduction, or dispersal of non-native or exotic plant species or animal species;

C. No materials or debris shall be stored or placed (whether temporarily or permanently) within the Preserve or any portion of such area;

D. Portions of the Preserve serve as a settling basin, an area of calmer water designed to allow sediments suspended in moving water to settle into an area that can be easily managed with dredging activities. However, no discharge

of any dredge or fill material shall be done or permitted within the wetland portion of the Preserve;

E.  No discharge, dumping, disposal, storage or placement of any soil, ashes, trash, refuse, fuel, rubbish, grass clippings, cuttings, bio-solids, or other waste materials shall be done or permitted within the Preserve or any portion of such area;

F.  Excavating, dredging, or removing loam, gravel, soil, rock, sand, or other material;

G.  Leveling or grading or otherwise altering the general topography of the Preserve or any portion of such area unless required to assure success of wetland establishment;

H.  No pesticides, rodenticides, or other chemicals shall be used within the Preserve;

I.  No mowing, grazing, or discing within the Preserve;

J.  Destruction or removal of any natural tree, shrub or other vegetation, that exists upon the Preserve shall be done or permitted except as provided in the Plan;

K.  No motorized vehicles shall be ridden, brought, used or permitted on any portion of the Preserve, except as provided for in the Plan or with prior written approval by the Corps;

L.  Roads, utility lines, firebreaks, trails, benches, equipment storage, buildings, billboards, signs, or other structures or activities.

M.  Granting use of the land to any third party for off-road vehicle use;

N.  Legally subdividing the Preserve, recording of a subdivision plan, partition, or any other division of the Preserve into two or more parcels;

O.  Paving or otherwise covering of the conservation Property with concrete, asphalt, or any other impervious paving material.  With the exception of maintenance to existing paved areas;

P.  Transferring any appurtenant water right required to maintain and restore the biological resources of the Preserve;

Q.  Granting surface entry for the exploration or extraction of minerals without approval by the Corps;

R.  Any and all other uses which may adversely affect the purposes of this Easement.

## 5.  GRANTOR'S DUTIES

Grantor shall undertake all reasonable actions to prevent the unlawful entry and trespass by persons whose activities may degrade or harm the Conservation Values of the Preserve.  In addition, Grantor shall undertake all necessary actions to perfect Grantee's rights under Section 2 of this Easement.

## 6.  RESERVED RIGHTS

Grantor reserves to itself and to its personal representatives, heirs, successors, assigns, agents, and present and potential future lessees, all rights accruing from its ownership of the Preserve including, but not limited to: (i) the right to engage in or invite others to engage in activity on or use of the Preserve for the purpose of construction of the Project in accordance the terms and conditions of U.S. Army Corps of Engineers Permit No. 200300113, including, without limitation, active management of the upstream detention pond; (ii) the right to engage or invite others to engage in activity on or use of the Preserve for the purpose of complying with the requirements of any governmental permits or authorizations including, but not limited to, those granted pursuant to the Federal Endangered Species Act, the California Endangered Species Act, Section 404 of the Clean Water Act or Section 1603 of the California Fish and Game Code; (iii) the right to engage in or invite others to engage in all uses of the Preserve that are not expressly prohibited herein and are not inconsistent with the conservation purposes of the Easement, such as the right to conduct maintenance activities in stormwater facilities located in the Preserve.

## 7.  REMEDIES

A.  Enforcement Rights.  If Grantee or Grantor determines that there is a violation of the terms of this Easement or that a violation is threatened, such party shall give written notice to the other parties of such violation and demand corrective action sufficient to cure the violation and, where the violation involves injury to the Preserve resulting from any use or activity inconsistent with the purpose of this Easement, to restore in accordance with the Plan, the portion of the Preserve so injured.  If a party fails to cure a violation within thirty (30) days after receipt of written notice thereof from the other party, or under circumstances where the violation cannot reasonably be cured within a thirty (30) day period, or fails to continue diligently to cure such violation until finally cured, the aggrieved party may bring an action at law or in equity in a court of competent jurisdiction to enforce the terms of this Easement, to enjoin the violation, ex parte as necessary, by temporary or permanent injunction, to recover any damages to which it may be entitled for violation of terms of this Easement or injury to the Conservation Values protected by this Easement, including damages for the loss of aesthetic ecological educational,

historical, recreation or scientific values and to require the restoration of the Preserve pursuant to the Plan to the condition that existed prior to any such injury. If a party, in its good faith and reasonable discretion, determines that circumstances require immediate action to prevent or mitigate significant damage to the Conservation Values of the Preserve, such party may pursue its remedies under this paragraph without prior notice to the other party or without waiting for the period provided for the cure to expire. Each party's rights under this paragraph apply equally in the event of either actual or threatened violations of the terms of this Easement, and each party agrees that the other party's remedies at law for any violation of the terms of this Easement are inadequate and that such party shall be entitled to the injunctive relieve described in this paragraph, both prohibitive and mandatory, in addition to such other relief to which such party may be entitled, including specific performance of the terms of this Easement, without the necessity of proving actual damages or the inadequacy of otherwise available legal remedies. Each party's remedies described in this paragraph shall be cumulative and shall be in addition to all remedies now or hereafter existing at law or in equity. Furthermore, the provisions of California Civil Code section 815 *et. seq.* are incorporated herein by this reference and this Easement is made subject to all of the rights and remedies set forth therein. If at any time in the future Grantor or Grantee or any subsequent transferee or assignee uses or threatens to use the Preserve for purposes not in conformance with the provisions of this Easement, or releases or abandons this Easement in whole or in part, notwithstanding California Civil Code section 815 *et. seq.*, the California Attorney General, or any entity organized for conservation purposes shall have standing as interested parties, and as third party beneficiaries in any proceeding affecting this Easement.

B. <u>Cost of Enforcement</u>. Reasonable costs incurred by any party enforcing the terms of this Easement, including without limitation, costs of suit and attorneys' fees, and any costs of restoration necessitated by a violation of the terms of this Easement shall be borne by the breaching party. If a party prevails in any action to enforce the terms of this Easement, such party's costs of suit including, without limitation, attorneys' fees, shall be borne by the other party.

C. <u>Parties Discretion</u>. Enforcement of the terms of this Easement shall be at the discretion of the respective parties, and any forbearance by Grantor or Grantee to exercise their rights under this Easement shall not be deemed or construed as a waiver by Grantor or Grantee of such term or of any subsequent breach of the same or any other term of this Easement or of any of their rights under this Easement. No delay or omission by Grantor or Grantee in the exercise of right or remedy upon any breach by Grantor or Grantee shall impair such right or remedy or be construed as a waiver.

D. <u>Acts Beyond Parties' Control</u>. Nothing contained in this Easement shall be construed to entitle any party to bring any action against Grantor or Grantee

---

for any injury to or change in the Preserve resulting from causes beyond their control, including, without limitation, fire, drought, flood, storm, and earth movement.

8. **ACCESS**

Grantee, its successors, assigns, agents, invitees and licensees shall have the right to access the Preserve during the landfill hours of operation unless other arrangements are made.

9. **COSTS AND LIABILITIES**

Except as set forth in this Easement, or as otherwise agreed in writing between the parties hereto, Grantor retains all responsibilities related to the ownership of the Preserve.  Preserve Manager (also the Grantor) assumes all responsibilities related to the operation, upkeep, and maintenance of the Preserve outlined in the Plan.

A. Taxes: Grantor shall pay before delinquency all taxes, assessments, fees, and charges of whatever description levied on or assessed against the Preserve by competent authority, including any taxes imposed upon, or incurred as a result of, this Easement, and shall furnish Grantee with satisfactory evidence of payment upon request.

B. Hold Harmless: Grantor or its successors shall hold harmless, indemnify, and defend Grantee and its members, directors, officers, employees, agents and contractors and the heirs, personal representatives, successors, and assigns of each of them (collectively "**Grantee Indemnified Parties**") from and against all liabilities, penalties, costs, losses, damages, expense, causes of action, claims, demands, or judgments, including without limitation, reasonable attorney's fees, arising from or in any way connected with: (1) injury to or the death of any person, or physical damages to any property, resulting from any act, omission, condition or other matter occurring on the Preserve, unless caused by the acts or omissions of any of the Grantee Indemnified Parties; and (2) the existence or administration of this Easement, unless caused by the acts or omissions of any of the Grantee Indemnified Parties.

Grantee or its successor shall hold harmless, indemnify, and defend Grantor and its members, directors, officers, employees, agents and contractors and their heirs, personal representatives, successors, and assigns of each of the Grantor Indemnified Parties from and against all liabilities, penalties, costs, losses, damages, expense, cause of action, claims, demands, or judgments, including without limitation, reasonable attorneys' fees, arising from or in any way connected with the administration of this Easement, unless caused by the acts or omission of any of the Grantor Indemnified Parties.

10. **ASSIGNMENT**

This Easement is transferable, but Grantee shall give Grantor and the Corps at least 30 days' prior written notice of the transfer. Grantee may assign its rights and obligations under this Easement only to an organization that is 1) approved by the Grantor and the Corps; and, 2) a public agency or a qualified organization at the time of transfer under Section 170(h) of the Internal Revenue Code of 1986, as amended (or any successor provision then applicable), and the applicable regulations promulgated there under; and 3) authorized to acquire and hold Conservation Easements under California Civil Code §815 et seq. (or any successor provision then applicable). As a condition of such assignment or transfer, the Assignee or Transferee shall agree in writing that the conservation purposes that this Easement is intended to advance shall continue to be fulfilled and that the Plan will be followed. In the event of the termination of Grantee's existence, the rights and obligations of Grantee hereunder shall, by that fact itself, and without any further action on the part of any entity, be deemed assigned to an entity approved by the Corps.

11. **SUBSEQUENT TRANSFERS**

Grantor agrees to incorporate the terms of this Easement in any deed or other legal instrument by which Grantor divests itself of any interest in all or a portion of the Preserve, including without limitation, a leasehold interest. Grantor further agrees to give written notice to the Grantee and the Corps at least fifteen (15) days prior to the date of any Preserve transfer. The failure of Grantor to perform any act required by this paragraph shall not impair the validity of this Easement or limit its enforceability in any way.

12. **CONDEMNATION**

The habitat conservation purposes are presumed to be the best and most necessary public use as defined at California Code of Civil Procedure section 1240.680 notwithstanding California Code of Civil Procedure section 1240.609 and 1240.700.

13. **ESTOPPEL CERTIFICATES**

Upon request by Grantor, Grantee shall within 15 days execute and deliver to Grantor any document, including an estoppel certificate, which certifies Grantor's compliance with any obligation of Grantor contained in this Easement and otherwise evidences the status of this Easement, as may be requested by Grantor.

14. **NOTICES**

Any notice, demand, request, consent, approval, or communication that the parties desire or is required to give to the others shall be in writing and either

serviced personally or sent by first class mail, postage prepaid, address as
follows:

To Grantor:        Butte County Department of Public Works
                   7 County Center Drive
                   Oroville, CA 95965
                   Attn: Mr. Mike Crump

To Grantee:        California Open Lands
                   117 Meyers St, Suite 120
                   Chico CA, 95928
                   Attn: Erin Gaustad

To the United States Army Corps of Engineers:

                   United States Army Corps of Engineers
                   Sacramento Regulatory Branch
                   1325 J Street, 14th Floor
                   Sacramento, California 95814-2922

                   Attn: Chief, Sacramento Valley Office

or to such other address or the attention of such other officer as from time to
time shall be designated by written notice to the other.

**15.   FUNDING**

Grantor has provided an escrow fund for the purposes of fulfilling all of Grantor's
obligations.  The Grantor will be responsible for the long-term operations, and
maintenance of the Easement under the Open Space Management Plan.  Funding
shall be transferred to the appropriate transferee or assignee if the Easement is
assigned or transferred.

**16.   RECORDATION**

Grantee shall promptly record this instrument in the official records of Butte
County, California and may re-record it at any time as may be required to
preserve its rights in this Easement.

**17.   ADDITIONAL EASEMENTS**

Grantor shall not grant any additional Easements, rights-of-way, or other interests
in the Preserve, other than a fee or leasehold interest, undivided interest or
security interest (mortgage or deed of trust), or grant or otherwise transfer to

Neal Road Landfill                         11                         August 2006
Conservation Easement

any other person or entity or to other lands or otherwise abandon or relinquish any Waters associated with the Preserve without the prior written authorization of Grantee given through the Corps.  Such authorization will be given unless the Corps, among other things, determines that the proposed interest will adversely impact the functions and values of waters of the U.S. within the Preserve.  This paragraph shall not prohibit the transfer of a fee title or leasehold interest in the Preserve that is subject to the terms of this Easement.  This paragraph shall also not prohibit the granting of future compatible utility Easements, as authorized by the Corps.

18.   **AMENDMENT**

This Easement may be amended by Grantor and Grantee only by mutual written agreement and with written approval of the Corps.  Any such amendment shall be consistent with the purposes of this Easement and shall not affect its perpetual duration.

19.   **GENERAL PROVISIONS**

A.  Controlling Law.  The interpretation and performance of this Easement shall be governed by the laws of the State of California; the Federal Clean Water Act; Federal Endangered Species Act; and other applicable Federal laws.

B.  Construction.  Any general rule of construction to the contrary notwithstanding, this Easement shall be construed in favor of the grant to effect the Conservation Purpose of this Easement and the policy and purpose of California Civil Code §815 et seq.  If any provision in this instrument is found to be ambiguous, an interpretation consistent with the purposes of this Easement that would render the provisions valid shall be favored over any interpretation that render it invalid.

C.  Severability.  If any provision of this Easement, or the application thereof to any person or circumstances, is found to be invalid, the remainder of the provisions of this Easement, or the application of such provision to persons or circumstances other than those as to which it is found to be invalid, as the case may be, shall not be affected thereby.

D.  Entire Agreement.  This instrument sets forth the entire agreement of the parties with respect to the Preserve, and supersedes all prior discussions, negotiations, understandings, or agreements related to this Preserve.

E.  No Forfeiture.  Nothing contained herein will result in a forfeiture or reversion of Grantor's title in any respect.

F.  Successors.  The covenants, terms, conditions, and restrictions of this Easement shall be binding upon, and inure to the benefit of, the parties

---

hereto and their respective personal representatives, heirs, successors, and assigns shall continue as servitude running in perpetuity with the Preserve.

G. <u>Captions</u>. The captions in this instrument have been inserted solely for convenience of reference and are not a part of this instrument and shall have no effect upon construction or interpretation.

H. <u>Counterparts</u>. The parties may execute this instrument in two or more counterparts, which shall, in the aggregate, be signed by both parties; each counterpart shall be deemed an original instrument as against any party who has signed it. In the event of any disparity between the counterparts produced, the recorded counterpart shall be controlling.

I. <u>Third-Party Beneficiary</u>: Grantor and Grantee acknowledge that the Corps is a third party beneficiary of this Easement with the right of access to the Easement property and the right to enforce all of the provisions of this Easement.

20. <u>**NO MERGER**</u>

In the event the Preserve and the Easement are ever owned by the same entity, there shall be no express or implied merger by operation of law or otherwise. If any party should claim such a merger, the parties agree that any and all terms and conditions of this Easement shall be deemed covenants and restrictions upon the Preserve, which, shall run with the land according to California and/or other applicable law and otherwise exist in perpetuity.

IN WITNESS WHEREOF, Grantor grants, and Grantee accepts, this Easement the day and year first above written.

**GRANTOR:**

Butte County Department of Public Works

By: _Mike Crump_
  MIKE CRUMP
  PUBLIC WORKS DIRECTOR

**GRANTEE:**

California Open Lands,
a California Non-Profit Corporation

By: _Erin Gaustad_
  Erin Gaustad
  EXECUTIVE DIRECTOR

**STATE OF CALIFORNIA**

County of Butte

On _July 27 2007_, before me, _Betty Hunt Notary Public_,
  Date                Name and Title of Officer (e.g., "Jane Doe, Notary Public")

Personally appeared _Erin Gaustad_
                Name(s) of Signer(s)

☐ personally known to me
☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Betty Hunt_
Signature of Notary Public

Place Notary Seal Above



BETTY HUNT
Commission # 1666306
Notary Public - California
Butte County
My Comm. Expires

CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Butte_____ } ss.

On _September 26, 2007_ before me, _Jennifer G. Goff, Notary Public_
        Date                                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Mike Crump_____
                                        Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

JENNIFER G. GOFF
Commission # 1587589
Notary Public - California
Butte County
My Comm. Expires Jun 14, 2009

_Signature of Notary Public_

―――――――――――― OPTIONAL ――――――――――――
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _Perpetual Conservation Easement Grant_

Document Date: _September 24, 2007_          Number of Pages: _14_

Signer(s) Other Than Named Above: _Erin Gaustad_____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org          Prod. No. 5907          Reorder: Call Toll-Free 1-800-876-6827

**EXHIBIT A – LEGAL DESCRIPTION OF "PRESERVE"**

EXHIBIT "A"

APN 040-600-082

**CONSERVATION EASEMENT**
All that certain real property situate in the County of Butte, State of California, being a portion of Parcel 2 as shown on that certain map entitled "Parcel Map, a Division of Parcel 3 of Parcel Map B", as filed in Book 136 of Maps at pages 14 through 16, in the Office of the County Recorder of the County of Butte, State of California, and also being portion of the real property conveyed by Grant Deed from Nance Canyon Partners, L.P. to County of Butte as recorded September 30, 1996 under Serial No. 96-036116 in the Office of the Recorder, County of Butte, State of California, described as follows:

**COMMENCING** at the most northerly corner of Parcel 1 as shown on said parcel map entitled "Parcel Map, a Division of Parcel 3 of Parcel Map B", said corner laying on the westerly right-of-way line of Nance Canyon Drive, said point also lying on the easterly line of a 100' wide electrical easement as recorded in the Office of the County Recorder of the County of Butte, State of California in Book 322 of Official Records at page 145;

THENCE leaving said westerly right-of-way of Nance Canyon Drive South 41°19'22" East, along the easterly line of Parcel 1 a distance of 974.75 feet;

THENCE leaving said easterly line of Parcel 1, North 48°40'38" East a distance of 20.87 feet to the **TRUE POINT OF BEGINNING**;

THENCE, North 40° 20'14" West, a distance of 253.29 feet, to the beginning of a tangent curve to the right having a radius of 110.00 feet;

THENCE, northerly along said curve, through a central angle of 92°25' 27", for an arc distance of 177.44 feet;

THENCE, North 52°05'13" East, a distance of 397.04 feet, to the beginning of a tangent curve to the right having a radius of 60.00 feet;

THENCE, easterly along said curve, through a central angle of 82°16' 47", for an arc distance of 86.16 feet;

THENCE, South 45° 38'00" East, a distance of 354.77 feet, to the beginning of a tangent curve to the right having a radius of 80.00 feet;

THENCE, southerly along said curve through a central angle of 106°12' 40", for an arc distance of 148.30 feet;

THENCE, South 60° 34'40" West, a distance of 466.28 feet, to the beginning of a tangent curve to the right having a radius of 60.00 feet;

EXHIBIT "A"
Page 1 of 2

THENCE, westerly along said curve, through a central angle of 79°05'07", for an arc distance of 82.82 feet to the **TRUE POINT OF BEGINNING**. Containing 6.08 Acres, more or less

The bearing of South 41°19'22" East along said easterly line of Parcel 1, as shown on said parcel map, filed in Book 136 of Maps at pages 14 through 16 was taken as the basis of bearings for this description.

**END OF DESCRIPTION.**

Approved:

Michael Mays
Deputy County Surveyor
County of Butte, California

Date: 6-5-2006

*(Stamp: LICENSED LAND SURVEYOR, MICHAEL L. MAYS, No. 6967, EXP. 09/30/07, STATE OF CALIFORNIA)*

EXHIBIT "A"
Page 2 of 2



### LEGEND

- ● FOUND MONUMENTS AS NOTED
- × FENCE
- CONSERVATION EASEMENT
- ⊠ TRANSMISSION LINES
- PROPERTY LINE
- DIRT ROAD
- TOP OF BANK

PORTION OF
APN 040-600-082
136 M 14
PARCEL 2
1998-038116

SEDIMENTATION
BASIN

EASEMENT AREA 6.08 ACRES

| DRAWN BY: A.G.   DATE: 5/29/08 | NEAL ROAD LANDFILL | EXHIBIT |
| CHECKED BY: MM   SCALE: 1" = 100' | CONSERVATION EASEMENT | "B" |
| APPROVED: | APN: 040-600-082 | SHEET 1 OF 1 |
| DIRECTOR OF PUBLIC WORKS | | |

-637-

## EXHIBIT B – MAP OF "PRESERVE"

Neal Road Landfill
Conservation Easement

August 2006



**EXHIBIT C – NEAL ROAD LANDFILL OPEN SPACE PRESERVE MANAGEMENT PLAN FOR "PRESERVE"**

# OPEN SPACE PRESERVE MANAGEMENT PLAN
## NEAL ROAD LANDFILL PRESERVE
### BUTTE COUNTY, CALIFORNIA

**MAY 2006**



**PREPARED FOR**

**BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**
**7 COUNTY CENTER DRIVE**
**OROVILLE, CALIFORNIA 95965**

**PREPARED BY**



GALLAWAY
CONSULTING, INC.
115 Meyers Street, Suite 120, Chico, CA 95928
Phone (530) 343-8327    Fax (530) 342-1882

# OPEN SPACE PRESERVE MANAGEMENT PLAN

## NEAL ROAD LANDFILL PRESERVE
### BUTTE COUNTY, CALIFORNIA

**MAY 2006**

PREPARED FOR:

**BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS**
**7 COUNTY CENTER DRIVE**
**OROVILLE, CALIFORNIA 95965**

PREPARED BY:



**GALLAWAY**
C O N S U L T I N G,  I N C.
115 Meyers Street, Suite 120, Chico, CA 95928
Phone(530)343-8327   Fax(530)342-1882

# OPEN SPACE PRESERVE MANAGEMENT PLAN
# NEAL ROAD LANDFILL PRESERVE
# BUTTE COUNTY, CALIFORNIA

## Table of Contents

1.0 INTRODUCTION ............................................................... 1

    1.1 Setting.......................................................................... 1
    1.2 Topography and Soils .............................................. 5
    1.3 Biological Resources................................................ 5
    1.4 Native and Non-Native (Exotic) Plant Species ...... 6
    1.5 Plan Goal .................................................................. 6

2.0 PRESERVE PERSONNEL .......................................... 7

    2.1 Preserve Manager.................................................... 7
    2.2 Use of Qualified Personnel/Monitoring Biologist ... 7
    2.3 Changes in Personnel.............................................. 8

3.0. RECREATION, EDUCATION, AND HABITAT RESTORATION ... 8

    3.1 Recreation................................................................. 8
    3.2 Habitat Restoration/Enhancement ......................... 8

4.0 CORPS NOTIFICATION ............................................... 9

    4.1 No Notification Required .......................................... 9
    4.2 Notification ............................................................... 9
    4.3 Review and Approval ............................................... 9
    4.4 Activities Requiring a Permit ................................... 9
    4.5 Emergency Situations.............................................. 10

5.0 LONG TERM MANAGEMENT OF THE PRESERVE ...... 11

    5.1 Adaptive Management ............................................. 11
    5.2 Preserve Management During Project Construction
        Or Adjacent Construction ...................................... 11
    5.3 Preserve Management Activities and Guidelines.... 12

6.0 LONG TERM MAINTENANCE OF STRUCTURES AND
    IMPROVEMENTS .......................................................... 14

6.1  Signage..................................................................... 15
6.2  Maintenance Vehicle Access Roads............................. 15
6.3  Storm-water Detention Basin .................................... 15
6.4  Firebreaks ................................................................ 15

7.0  PROHIBITED ACTIVITIES WITHIN THE PRESERVE ................... 15

7.1  Access to the Preserve ............................................. 16
7.2  Vegetation Removal.................................................. 16
7.3  Burning and Dumping ............................................... 16
7.4  Disking ..................................................................... 16
7.5  Additional Roads, Trails, Benches, and Utility Lines ............ 16
7.6  Equipment or Fuel Storage ....................................... 16
7.7  Topography ............................................................... 16
7.8  Pesticides and Chemical Agents................................ 17
7.9  Motor Vehicle Use .................................................... 17
7.10 Construction.............................................................. 17
7.11 Non-Native Plants .................................................... 17

8.0  REMEDIATION/RESTORATION ACTIVITIES ........................ 17

8.1  Post Construction Remediation/Restoration ............... 17
8.2  Restoration of Conservation Easement/Vandalism ...... 17
8.3  Timing/Process for Corrective Action ......................... 17

9.0  PRESERVE INSPECTIONS AND REPORTING ........................ 18

9.1  Schedule................................................................... 18
9.2  General Inspections ................................................. 19
9.3  Biological Inspections............................................... 20
9.4  Agency Monitoring/Inspections ................................. 21
9.5  Annual Reporting Requirements ................................ 21

10.0  PRESERVE OWNERSHIP AND FUNDING MECHANISM......... 21

10.1  Preserve Owner ...................................................... 21
10.2  Funding Mechanism................................................. 21

11.0  REFERENCES ................................................................ 22

**Attachment A** U.S. Army Corps of Engineers Individual Permit

**Attachment B** Conservation Easement

## List of Tables and Figures

### Tables

1 Mitigation Guidelines for Construction ............................................... 18

### Figures

1 Location Map ................................................................ 2
2 Preserve Map................................................................ 4

# 1.0 INTRODUCTION

## 1.1 Setting

The Neal Road Landfill Open Space Preserve (Preserve) is located in an unincorporated portion of Butte County south of the City of Chico, California. The Preserve is approximately 3.00 acres in size. It is located within Section 15, T21N R2E, of the Hamlin Canyon California 7.5 minute quadrangle U. S. Department of the Interior, Geological Survey (USGS) (**Figure 1**).

### 1.1.1 Project History

The Butte County Department of Public Works (BCDPW) has proposed to expand the existing Neal Road Landfill. The purpose of the project is to provide additional landfill capacity for an anticipated increase in solid waste generation by the service areas of the landfill, which includes the unincorporated areas of Butte County, the Cities of Biggs, Chico, Gridley and Oroville, and the Town of Paradise. It is estimated that the capacity within the existing landfill would be reached in 2018. The BCDPW has completed the CEQA process, including an alternatives analysis, and the Neal Road Landfill Expansion Project Final EIR was recorded in January 2002 (SCH No. 2001062067).

The Neal Road Landfill expansion project would result in a vertical and horizontal expansion of the existing landfill. The landfill currently has a permitted disposal area of 101 acres. The proposed project would expand the current landfill operations to include a vertical expansion from a maximum elevation of 495 feet to approximately 500 feet and a lateral expansion of approximately 74 acres. At buildout, the landfill refuse footprint would be approximately 140 acres.

Within the expansion area a large wetland (4.94 acres) and 1,794 feet of ephemeral drainages (0.07 acres) have been delineated and verified by the U.S. Army Corps of Engineers (Corps). All of the features, which total 5.01 acres will be impacted by the proposed expansion project. The lateral expansion of the landfill will not result in the fill of these features. However, a storm-water detention basin, leachate pond, and green-waste compost facility are proposed in the area where jurisdictional features occur. These proposed projects will result in indirectly impacting or the direct fill of 5.01 acres of jurisdictional Waters of the United States. Indirect impacts will be caused by redirecting or intercepting drainage water that currently provides wetland hydrology.

The BCDPW has requested a permit from both the Regional Water Quality Control Board and the Corps to fill Waters of the United States that occur on-site. The BCDPW has requested an individual permit and consideration for authorization through the Letter of Permission process. The permit was received from the Corps on December 9, 2003, permit number 200300113. Special Conditions of the permit included developing a mitigation and monitoring plan for the preserve, purchase off-site mitigation credits, creating 3.00 acres of wetland on-site, establishment of a



Figure 1.

buffer of native vegetation around the wetland, create a detailed preserve management plan, scheduled preserve inspections to insure proper function, and submit monitoring reports. The on-site and off-site mitigation elements result in a no-net-loss of wetlands and no loss of wetland functions on-site.

### 1.1.2  Surrounding Land Use

The study site consists of approximately 75 acres. The parcel is currently a landfill. The study site is located south of the City of Chico, north of Neal Road in an unincorporated portion of the County.

### 1.1.3  Regulatory Background

An individual permit authorization (Permit) for the Neal Road Landfill Project was obtained from the U.S. Army Corps of Engineers, dated, December 9, 2003 (Regulatory Branch #200300113) for the impacts to waters of the United States (including wetlands) anticipated as part of the project (**Attachment A**).  A special condition of the Permit was the establishment of a long-term management plan for the portions of the project that contain preserved or mitigation wetlands or are to be restored, and the recordation of a Conservation Easement (**Attachment B**) over these areas protecting them from further development and establishing them as wildlife habitat in perpetuity.  This document, the Neal Road Landfill Operations and Management Plan (Plan), fulfills that requirement.

### 1.1.4  General Preserve Description

The Preserve consists of a small portion of the overall landfill area, located in the southwest corner of the property (**Figure 2**).  The total acreage of the Preserve is 3.00 acres of wetland area, with an additional 25 foot buffer.

- **Wetland Compensation Area (3.00 acres):** This area is where the Corps required 3.00 acres of seasonal emergent marsh habitat to be constructed. The constructed wetlands will be integrated with the actively managed in this area and overall management is the same as that for the Passive Open Space Areas.

Throughout this Plan, all restrictions, uses, monitoring, and management guidelines are assumed to apply to all of these units unless explicitly stated otherwise.



Figure 2

## 1.2  Topography and Soils

The wetland occurs within the Wafap-Hamslough complex. The Wafap component of this complex occurs on bars on low stream terraces, whereas the Hamslough component occurs within low stream areas where clays are deposited.  The parent material for the Hamslough component is clayey alluvium derived from volcanic rock over gravelly alluvium.  The existing wetland area occurs within the clay deposits on the alluvium terrace at the base of a historic drainage.  The landfill currently occupies the historic drainage that originally deposited parent clay material and supplied hydrology.  A duripan typically exists within the Hamslough complex at 20-40 inches, which creates an impermeable layer. The run-off potential for this soil type is high and the soil is poorly drained.  (Soil and water table information provided by the Chico Natural Resource Conservation Service office).

## 1.3  Biological Resources

### 1.3.1  Created Habitats

The existing wetland, a seasonally wet clay-flat wetland, totaling 4.94 acres will be impacted.  Proposed mitigation measures include the creation of on-site seasonal wetland habitats totaling 3.0 acres.  The on-site wetland will occur within the same soil types and has been designed to provide additional wetland functions. Utilizing a combination of on and off-site mitigation the BCDPW mitigation goals are to mitigate the loss of seasonal wetlands at a ration of 1:1 that result in a no-net-loss of wetlands and no loss of wetland functions on-site.

The created wetland will provide more storage and attainment than the existing wetland.  A quantitative description of storage rates is not possible but a comparison of the topography of the existing wetland in relation to the design for the created wetland clearly indicate the created wetland has more capacity to store water. Due to it's design and capacity the created wetland will intercept surface run-off, filter sediments, remove or retain inorganic compounds and thus will contribute to water quality improvement.  The created seasonal wetland will pond water during the winter and a portion of the growing season, which will provide habitat to resident and migrating wildlife. For additional information regarding the functions of the existing wetlands and expected functions of the mitigation wetlands see Appendix A, *Functional Assessment of Existing and Proposed On-site Mitigation Wetlands at the Neal Road Landfill, Butte County, CA. June 24, 2003.*

### 1.3.2 Special-Status Species

No species of concern, threatened, or endangered species were located within the project area during on-site surveys.

## 1.4  Native And Non-Native (Exotic) Plant Species

In several locations throughout this Plan, native and non-native plant species are mentioned. The following definitions of these terms have been included to assist the Preserve Manager in determining the status of plant species found in the Preserve.

### 1.4.1  Native Plants

For the purposes of this Plan, plants native to the Preserve will be defined as those plants believed by the scientific community to have been present in Butte County prior to the settlement of Europeans.  The Jepson Manual can be a reference for determining if a plant is native or non-native. The Preserve Manager can consult with the Monitoring Biologist, local botanists, or the local chapter of the California Native Plant Society (CNPS) to determine if a plant should be considered native to the Preserve.

### 1.4.2  Non-Native (Exotic) Plants

Based on the above definition of plants considered to be native to the Preserve, there are several ways to view what a non-native plant is: there are plants that are not locally native (native to Butte County), plants that are not regionally native (native to Northern California), and then plants that are not native to California or the U.S.

### 1.4.3  Exotic Pest Plants

Exotic pest plants are plants that are not native, and additionally are invasive, replacing native vegetation or native habitats.  The Monitoring Biologist and the Preserve Manager can refer to the species found on the California Exotic Pest Control Council (CalEPPC) List A, List B, and Red Alert List to assist them in determining if a plant is an exotic plant species of concern.  The list can be found at http://www.caleppc.org/.

## 1.5  Plan Goal

The goal of this Plan is to ensure that the preserved and created wetland and upland habitats within the Preserve are maintained in good condition such that they will continue to support the flora and fauna that the Preserve were established to protect (Conservation Values), in perpetuity, and to define the specific methods necessary to meet this goal.  Conservation Values are defined as the physical, biological, and environmental processes needed to maintain the Preserve.  Specific management strategies designed to maintain the Conservation Values are discussed in Section 5.0.

In order to realize the Plan Goal, the following biological goals are established:

- Preserve the abundance and diversity of the native plant and animal species within the wetland, riparian, and oak woodland habitats.

- Protect the Preserve from the effects of adjacent land uses that may adversely impact the Preserve.
- Repair or restore any adverse condition within the Preserve that may affect or potentially affect the Preserve.

It should be noted that while it is the intent of this Operation and Management Plan to comply with the project's existing federal permits, if any discrepancies between this Plan and the federal permits exist, the federal permits override the Plan stipulations unless approved by the Corps where the jurisdiction is the Corps', or the Service where the jurisdiction is the Service's.

## 2.0 PRESERVE PERSONNEL

The Preserve Manager and qualified personel/monitoring biologist are primary personnel that will oversee, monitor and coordinate the maintenance of the Preserve.  They are intended to work together as a team to accomplish the management of the Preserve by exchanging information, problem solving and generally having a proactive relationship.

### 2.1  Preserve Manager

The Preserve will be managed by BCDPW pursuant to the Conservation Easement (**Attachment B**), and this Plan.  The BCDPW will manage and maintain the Preserve as outlined in this Plan and will designate a Preserve Manager.  Funding for the perpetual management and care of the Preserve will be provided for by BCDPW as described under Section 10.0.

#### 2.1.1  Preserve Manager Responsibilities

The Preserve Manager's responsibilities and duties shall include but not be limited to:

- Maintaining signage.
- Coordinating trash removal.
- Conducting thatch/exotic plant management when necessary with qualified personnel.
- Reviewing monitoring data, and recommend and coordinate with the Corps for any remedial action.
- Maintain a Log for the Preserve. This Log will contain a record of all activities, correspondence and determinations regarding the Preserve.
- General Inspections of the Preserve as required by this Plan.
- Coordinating an annual Biological Inspection by a qualified biologist.
- Arrange for any corrective action necessary to ensure the performance of the habitat at the Preserve, as required by this Plan.

### 2.2  Use of Qualified Personnel/Monitoring Biologist

The Preserve Manager shall retain professional biologists, botanists or other types of specialists (the Qualified Personnel, including the Monitoring Biologist) to conduct

specialized tasks.  The Monitoring Biologist, from California Open Lands, shall be familiar with California flora and fauna, and shall have knowledge regarding wetland species and their ecology.

### 2.2.1  Qualified Personnel/Monitoring Biologist Potential Responsibilities

Overall, duties of the Qualified Personnel may include but are not limited to:

- Wetland function and erosion monitoring tasks.
- Evaluating the accumulation of dead vegetative matter and recommending removal if needed.
- Evaluate the presence of newly introduced non-native (exotic) plant species and recommend management, if needed.
- Conducting the Biological Inspection, collecting data on the Preserve and preparing reports required by this Plan.
- Evaluating site conditions and recommending remedial action to the Preserve Manager.
- Assist in reviewing or planning restoration activities, use of the Preserve for education or other tasks such as grant proposals.
- Supervising and monitoring construction activities as set forth in Section 5.2, below.
- Monitor, inspect and report on the Preserve as set forth in Sections 9.1, 9.2, 9.3 and 9.5 below in order to facilitate Preserve management which complies with the requirements of this Plan.

### 2.3  Changes in Personnel

If the Preserve Manager or the Qualified Personnel are changed, the outgoing and incoming personnel will tour the Preserve together, and the former will advise the latter of trends, problem areas, and any administrative difficulties.

## 3.0  RECREATION AND HABITAT RESTORATION

### 3.1  Recreation

There will be no public access of any kind, to the preserve.

### 3.2  Habitat Restoration/Enhancement

In the future the Preserve Manager may want to conduct additional habitat restoration or enhancement within the Preserve.  This could include the removal of non-native (exotic) plant species (see Section 5.3.3), planting native plants (see Section 1.4.1), or other restoration activities.  Restoration activities that involve work in wetlands or waters of the U.S., may require a permit under Section 404 of the Clean Water Act, and/or a Streambed Alteration Agreement from the California Department of Fish and Game (CDFG).  The Preserve Manager will not need to notify the Corps if restoration activities do not require a permit from the Corps; however, these activities will be

reviewed by the monitoring Biologist and will be described in the Annual Report. If there is a question regarding whether a restoration activity will require a Corps permit, the Preserve Manager should seek guidance from the Corps.

## 4.0  CORPS NOTIFICATION

The Corps has expressed a desire to be notified when certain management and maintenance activities are undertaken within the Preserve. It is also recognized that the Preserve Manager needs be able to carry out management and maintenance activities in a timely and responsive manner. Therefore the following notification requirements have been defined:

### 4.1  No Notification Required

If an activity in this Plan does not have a specific requirement for notification, is not a Prohibited Activity (see Section 7.0), review and approval or a permit is not required, then no notification is required. If an activity was not anticipated by this Plan, and therefore is not mentioned, Corps review and approval is required.

### 4.2   Notification

For those activities noted in this Plan as requiring Corps notification, the following action will be taken. All efforts will be made to outline the activities for the coming year in the annual letter report, which is submitted by December 31st of each calendar year. If this is not possible, then the Preserve Manager will submit a separate letter to the Corps. Either will include a written description of the activity, including when the activity will take place and what methodology will be used, as well as a map showing what areas will be targeted.The Corps will have 30 days to contact the Preserve Manager to discuss the activity if the Corps does not approve. If the Preserve Manager is not contacted within 30 days, then the activity will be considered approved. Notification will be made either by fax, email, registered mail, or overnight transmittal.

### 4.3  Review and Approval

For those activities noted in this Plan as requiring Corps notification, the following action will be taken. All efforts will be made to outline the activities for the coming year in the annual letter report, which is submitted by December 31st of each calendar year. If this is not possible, then the Preserve Manager will submit a separate letter to the Corps. Either will include a written description of the activity, including when the activity will take place and what methodology will be used, as well as a map showing what areas will be targeted.The Corps will have 60 days to review, discuss, and approve the activity. For these activities, the approval from the Corps must be written. Submittal of activities for review and approval as well as written approval back from the Corps will be made either by fax, email, registered mail, or overnight transmittal.

### 4.4  Activities Requiring a Permit

-654-

Some of the activities mentioned in this plan have the potential to "impact" wetlands or waters of the U.S. The term "loss of waters of the U.S.", which is the closest term defined in the Federal Register to "impact", is defined on page 2094 of the Federal Register, Volume 67, No. 10 / Tuesday, January 15, 2002 / Notices, as follows:

> Waters of the U.S. that include the filled area and other waters that are permanently adversely affected by flooding, excavation, or drainage because of the regulated activity. Permanent adverse effects include permanent above-grade, at-grade, or below-grade fills that change an aquatic area to dry land, increase the bottom elevation of a waterbody, or change the use of a waterbody. The acreage of loss of waters of the U.S. is the threshold measurement of the impact to the existing waters for determining whether a project may qualify for a NWP; it is not a net threshold calculated after considering compensatory mitigation that may be used to offset losses of aquatic functions and values. The loss of stream bed includes the linear feet of stream bed that is filled or excavated. Waters of the U.S. temporarily filled, flooded, excavated, or drained, but restored to preconstruction contours or elevations after construction, are not included in the acreage or linear foot measurements of loss of waters of the U.S. or loss of stream bed, for the purposes of determining compliance with the threshold limits of the NWPs.

The purpose of this section is to clarify, that while this Plan may call out the maintenance activities as allowed in the Preserve, this does not mean that the activity does not require a separate authorization (permit) under Section 404 of the Clean Water Act. Also, if a project will not result in the permanent loss of wetlands or waters of the U.S., only temporary loss or "impact", a permit is still required. Specific maintenance activities may also qualify for the Clean Water Act Section 404(f) exemption for maintenance. If there is a question regarding whether a maintenance activity will require a Corps permit, the Preserve Manager should seek guidance from the Corps.

Some of these activities may also need a Streambed Alteration Agreement from the CDFG. Pursuant to Section 1600- of the California Fish and Game Code, the CDFG requires entities obtain a Streambed Alteration Agreement for activities affecting the bed, bank, or channel of a lake, river, stream, or drainage, as defined by CDFG.

## 4.5  Emergency Situations

Should an emergency situation arise that requires immediate action in an upland area, and would normally require that the Corps be notified or have review and approval authority, the Corps will be notified verbally within forty-eight (48) hours, with written confirmation of the actions taken within one (1) week. In these situations, "emergency" is a situation which would result in an unacceptable hazard to life, a significant loss of property, or an immediate, unforeseen, and significant economic hardship.

Should an emergency situation arise that requires immediate action in a wetland or waters of the U.S., but would normally require that a permit be obtained from the

Corps, the following applies as stated in the Code of Federal Regulations, Title 33, Chapter II, Part 325, Section 325.2 - Processing of Applications:

> Emergency procedures - Division engineers are authorized to approve special processing procedures in emergency situations. An "emergency" is a situation which would result in an unacceptable hazard to life, a significant loss of property, or an immediate, unforeseen, and significant economic hardship if corrective action requiring a permit is not undertaken within a time period less than the normal time needed to process the application under standard procedures.

California Fish and Game Code Section 1600- also has emergency procedures stipulations that may apply.

## 5.0  LONG TERM MANAGEMENT OF THE PRESERVE

### 5.1  Adaptive Management

In preparing a management plan for habitat to be preserved in perpetuity, it must be acknowledged that there will undoubtedly be future developments in habitat and species management that may affect how the Plan Goal is met. This management plan can only provide guidance for adopting new technologies or practices as they are developed. Ultimately, the Preserve Manager in coordination with the Monitoring Biologist, and the Corps, must determine the appropriate management decision for a given situation. The following management strategies, approved uses, and restrictions are intended to provide a framework for the long-term management and operation of the Preserve. Before considering any management action, the Preserve Manager must consider the Plan Goal, which is to ensure that the protected wetland and upland habitats within the Preserve are maintained in good condition such that it will continue to support the flora and fauna of the uplands and wetlands, in perpetuity.  Furthermore, this Plan cannot anticipate all possible site conditions.  Therefore, if a condition arises which is not specifically addressed by this plan, the Preserve Manager may upon review and approval by the Corps, adopt techniques not described here.

### 5.2  Preserve Management During Project Construction or Adjacent Construction

In general, when there is any construction within a portion of the Preserve or adjacent to the Preserve, the following protection measures will be implemented:

- The minimum necessary construction area will be used.
- The Monitoring Biologist will set construction limits that do not encroach on any preserved wetlands.
- The limits of the construction area will be delineated using high visibility construction fencing.
- If appropriate, a Storm-water Pollution Prevention Plan (SWPPP) will be prepared and best management practices will be adopted to control sediment and erosion

during construction.
- The Monitoring Biologist will attend pre-construction meetings and brief contractors on the location of wetland features or other sensitive habitats.
- The Monitoring Biologist will also conduct a post-construction inspection to determine if those conducting the construction need to do any post-construction remediation.

## 5.3  Preserve Management Activities and Guidelines

The following outlines management and maintenance activities that are allowed within the Preserve.

### 5.3.1  Authorized Access

The intent of the Preserve is to maintain the habitats of these areas in perpetuity. Limited off-trail access to the Preserve by the Preserve Manager will further this goal.  Off-trail pedestrian access to the Preserve should be discouraged through signage, and outreach activities.  Access to the Preserve for maintenance activities is allowed, but should be restricted to the immediate area where maintenance is occurring.  Access to the Preserve in emergency or law enforcement situations, by medical, fire or law enforcement personnel or vehicles is allowed.

### 5.3.2  Non-native Plant Species Management

It is unreasonable to require or expect eradication of established exotic species at the site.  The required management of non-native plants will therefore be limited to the management of newly introduced exotic pest plants and controlling the spread of existing exotic pest plant populations that are a threat to the Conservation Values. The Monitoring Biologist and the Preserve Manager can refer to the species found on the California Exotic Pest Control Council (CalEPCC) List A, List B, and Red Alert List to assist them in determining if a plant is an exotic plant species of concern, and which species should be given priority for management.  Beyond management activities, if the Preserve Manager would like to pursue more extensive removal of non-native species through volunteer efforts or grant funding, that is encouraged.

In addition to the Preserve Manager looking for these four target species and others during the General Inspections, the Monitoring Biologist will also assess the presence of any newly introduced exotic pest plant species during the Biological Inspections and recommend removal as needed.  Three methods of removing or controlling these species are outlined below:

### 5.3.2.1  Hand/Mechanical Removal

Hand removal or use of small hand powered or handheld equipment (such as a Weed Wrench or a chainsaw) should always be the preferred method of removing exotic pest plant species from the Preserve.  If hand removal methods are tried and found to be ineffective, or the problem is too widespread for hand

removal to be practical, then mechanical methods (use of larger equipment with motors such as mowers) or biological controls as described below can be implemented. The Preserve Manager does not need to notify the Corps if removal will be done by hand, hand held equipment, or with a mower. The Corps will be notified if large equipment other than a mower is used.

### 5.3.2.2    Biological Controls

There are several natural enemies of yellow star thistle that have been introduced from Europe to act as biological controls against this invasive species. The insects develop within the seed head of the flower and develop there, feeding on the seeds. County Agricultural Commissioner would be the point of contact for use of these biological controls within the Preserve. The Agricultural Department currently (2002) does have a limited program for providing the hairy weevil for biological control, and should be contacted if it is determined that star thistle control is needed.

Currently, there are studies taking place on the effectiveness of the milfoil weevil in controlling populations of Eurasian milfoil. Care should be taken in identifying milfoil if it becomes problematic, as there are several species of milfoil native to California.

There are no biological controls currently available for Himalayan blackberry or tree of heaven.

If biological control methods are tried and found to be ineffective or if biological control methods are not available for the target species, then herbicides can be used, but only as outlined below. The Corps will be notified if biological controls will be used in the Preserve.

### 5.3.2.3   Use of Herbicides for Non-Native/Exotic Pest Plant Management

Herbicides can be used only for the management of Yellow star thistle, Himalayan blackberry, tree of heaven, Eurasian watermilfoil. List chemical to be used. They must be applied according to the label. This approval does not obviate the need for the Preserve Manager to obtain any other applicable approvals for the use of these chemicals. **None of these chemicals can be used within 25 feet of wetland habitat.** Unless the herbicides used to control these species varies from that described in this section, the Preserve Manager will not need to notify the Corps. However, any actions taken will be described in the Annual Report. If the Preserve Manager believes that the use of a new herbicide, or use one of the herbicides listed above on a new species is warranted, Corps approval must be obtained.

### 5.3.3   Altered Hydrology

In order to the maintain hydrology of the Preserve, the Preserve Manager will take steps to prevent the property owner or adjacent developments adjoining the Preserve from directing the natural flow of drainage, landscaping, and storm-water runoff from their property onto the Preserve unless it was an original design feature of this project. This is especially true in smaller, urban preserves (Clark and others 1998). See **Figure 2** – Drainage Restriction Area for the edges of the Preserve that should not receive any additional drainage from off-site. This does not preclude the use of irrigation for the establishment period for the native plantings.

### 5.3.4 Mosquitoes

If mosquito control is necessary, the local Mosquito Vector Control District will be consulted to select control mechanisms that are the least damaging to the Preserve's habitats. A plan outlining those mechanisms will be submitted to the Corps for review and approval.

### 5.3.5 Beaver Management

The Preserve Manager will be responsible for assessing the beaver population within the Preserve. If beaver dams become established, the Preserve Manager should consult with the Monitoring Biologist to determine if it is best to leave the beavers alone as they are a natural part of the ecosystem, install beaver baffling devices and allow the beavers to remain, breach the beaver dam, or if removal of the beavers is appropriate. The use of beaver baffling devices is allowed. If the Preserve Manager determines removal is appropriate, the Preserve Manager will work with the local California Department of Fish and Game to trap and relocate or hunt the beaver population. The Corps will be notified regarding beaver management.

### 5.3.6 Trash Removal

The Preserve Manager will remove accumulations of trash and other unwanted debris from the Preserve periodically.

## 6.0 LONG TERM MAINTENANCE OF STRUCTURES AND IMPROVEMENTS

(Structures in preserve areas are discouraged. In the instances where they have been authorized, include descriptive text outlining their placement and maintenance. The following section outlines some example text for when structures must be placed in the preserve.) The following paragraphs outline the allowed maintenance of structures and improvements present within the Preserve. Vegetation removal type maintenance (e.g., mowing vegetation along underground sewer line alignments) associated with these structures is not allowed unless explicitly stated below. **If maintenance or replacement activities associated with these structures will impact preserved wetlands or waters of the U.S., the Corps will be notified and any appropriate permits will be obtained (see Section 4.4).** If wetlands or waters of the U.S. will not be impacted by maintenance or replacement of any of these structures or improvements, then the Preserve Manager will review the plans for the activity to be

-659-

sure that as little disturbance to the Preserve occurs as possible, but the Corps will not have to be notified.  These activities will be described in the annual letter report to the Corps.  In addition, disturbed areas will be restored (see Section 8.0).

## 6.1  Signage

Signage will be installed at Preserve to inform the public of the presence of the Preserve.  The Preserve manager will be responsible for the maintenance and replacement of the signage.

## 6.5  Maintenance Vehicle Access Roads

There are two maintenance vehicle access roads that are 10 feet wide decomposed granite.  These allow access to the overhead transmission line towers.  Routine maintenance activities such as adding more decomposed granite and mowing two feet on either side of the maintenance vehicle access roads are allowed.  Chemicals will not be used on the maintenance vehicle access roads.

## 6.6  Storm-water Detention Basin

As part of the project development, it is anticipated that a storm-water detention basin will be created within the Preserve (Figure 2).  The basin will only be constructed such that it doesn't affect any jurisdictional waters of the U.S.  The storm-water detention basin will be designed to catch flow and flow over the berm into the wetland during times of high water.  This will act to dissipate flows, minimize erosion, and to allow some passive treatment of water before it enters the preserved wetlands/waters of the U.S.  Maintenance or repair activities for drainage may occur as needed but must not alter the surrounding open space.  If maintenance or replacement activities will impact preserved wetlands or waters of the U.S., the Corps will be notified and any appropriate permits will be obtained.

## 6.7   Fire Breaks

The berm surrounding the outside of the wetland and storm-water detention basin will act as a fire break.  The berm at its thinnest point is approximately 20 feet wide.  The Corps requires that a survey for ground nesting birds be conducted if firebreaks are to be cut before July 1st to eliminate impacts to these species.  Therefore, the Preserve Manager will be responsible for arranging for a ground nesting bird survey to be conducted each year prior to the mowing of firebreaks.  Firebreaks may be mowed (not disked) such that vegetation is 2 inches high or less. Appendix A, number 6, states that firebreaks are to be avoided. The approval of this document by the Corps supersedes the actual permit.

## 7.0  PROHIBITED ACTIVITIES WITHIN THE PRESERVE

This section outlines the restrictions on activities that can take place in the Preserve.  It is understood that the following activities are prohibited, except as needed to accomplish the above-mentioned management and maintenance activities or as

described below.  Additionally, if any of these activities must be undertaken due to special circumstances, they may be reviewed and approved by the Corps on a case-by-case basis.

## 7.1  Access to the Preserve

The intent of the Preserve is to maintain the habitats of the Preserve in perpetuity. Limited access to the Preserve will further this goal.  Pedestrian access to the Preserve should be discouraged through signage.  See Section 5.3.1 for a description of authorized access.  All other off-trail access to the Preserve is not allowed.

## 7.2  Vegetation Removal

No killing, removal, or alteration of any existing native vegetation will be allowed in the Preserve except as described in this Plan.

## 7.3  Burning and Dumping

No burning or dumping of rubbish, garbage or any other wastes or fill materials will be allowed in the Preserve.  The foregoing prohibition shall not be interpreted to prohibit controlled burning as a method of thatch management.

## 7.4  Discing

No discing can occur in the Preserve.

## 7.5  Additional Roads, Trails, Benches and Utility Lines

Roads, trails, benches and utility lines not called out in this Plan will not be allowed in the Preserve without approval from the Corps.

## 7.6  Equipment or Fuel Storage

There will be no equipment or fuel storage within the Preserve.

## 7.7  Topography

(Disturbance of the topography within in the Preserve for toes of slope, etc. is discouraged.  In instances where the preserve is wide enough to accommodate these activities and approval is obtained, revegetation is necessary.)

Once adjacent development is complete and areas within the Preserve that have been disturbed (as authorized by the Corps) have been revegetated (see Section 8.1), no alteration may be made to the existing topography of the Preserve.  This includes leveling or grading.  No exploration, development, or extraction of oil, gas or minerals may be made from the Preserve.

### 7.8  Pesticides and Chemical Agents

Except as needed for management of the habitat as outlined in this Plan or as approved by the Corps, there shall be no use of any pesticides, fungicides, insecticides or any other chemical agents used to kill or suppress plants, animals, or fungi in the Preserve.

### 7.9  Motor Vehicle Use

No motorized vehicles shall be ridden, brought, used, or permitted on any portion of the Preserve with the exception of the following.  Motorized vehicular use will be restricted to that required for Preserve maintenance purposes such as authorized mosquito abatement, bike trail repair or replacement, and for emergency or law enforcement situations requiring access by medical, fire or law enforcement vehicles.

### 7.10  Construction

Once the preserve is complete and the structures and improvements called out in this Plan are in place, no construction shall be allowed in the Preserve with the exception of the activities mentioned in this Plan.

### 7.11  Non-native Plants

No non-native plants will be planted in the Preserve.

## 8.0  REMEDIATION/RESTORATION ACTIVITIES

### 8.1  Post-Construction Remediation/Restoration

The replacement of the previously mentioned structures or improvements in the Preserve may require post-construction restoration.  These structures or improvements were originally permitted as part of the project through the Corps and CDFG.  For these cases, post-construction remediation/restoration means, for example, hydroseeding areas of the Preserve that were disturbed by equipment, restoring the original grade where the intent was not to alter it, cleaning up construction debris, and generally reverting the area back to pre-construction conditions (**Table 1**).

### 8.2  Restoration of Conservation Easement Violations/Vandalism

It is difficult to anticipate and provide a mitigation measure for all potential violations of the Preserve Conservation Easement; however, the following table outlines some potential violations and mitigation guidelines.  If a particular situation is not listed here, that does not mean that restoration is not required.  In these cases, determining an appropriate mitigation measure will be at the discretion of the Preserve Manager in coordination with the Monitoring Biologist.

### 8.3  Timing/Process for Corrective Actions

Minor corrective measures not requiring notification or approval of the Corps (e.g., prevention of unexpected runoff, prevention of unauthorized access to the area by placing locks on gates, etc.) will be carried out by the Preserve Manager within sixty (60) days, unless site conditions warrant delay (i.e., if soil is saturated and equipment

**Table 1. Mitigation Guidelines for Construction at the Neal Road Landfill Preserve, Butte County, California.**

| Type of Disturbance | Mitigation Guideline |
|---|---|
| Disturbance of Grassy Upland Areas | Restoration of grassy upland areas due to disturbance resulting in bare ground should include seeding the area with native grass seed and implementing the proper erosion control measures until bare ground becomes vegetated again. |
| Removal of Native Tree or Shrub Habitat | Restoration for the removal native trees or shrubs should result in the replacement of the habitat. This could be in the form of planting tree/shrub seeds or seedlings in an amount sufficient to ultimately result in the survival to maturity of the same number of trees or shrubs that were removed. Monitoring of the replacement plants should be done for at least one season. |
| Wetlands/Waters of the U.S. | Restoration for fill/loss of waters of the U.S. should result in the removal of fill from the feature, potentially the minor re-grading and revegetation of the feature (if appropriate) and monitoring for at least two seasons to gauge the feature's recovery. The Preserve Manager will contact the Corps if fill/loss of wetlands or waters of the U.S. has occurred and submit for review and approval what remediation/restoration is proposed (see Section 4.0). While the normal time period for the Corps to review and approve an action is 60 days, the Corps will make every effort to respond in a timely manner to requests regarding wetlands/waters of the U.S. so that restoration can be implemented at the appropriate time of year (e.g. before the rainy season). |
| Structures, Landscaping, Other Improvements, etc. | Any unauthorized structure, landscaping, or other improvement should be removed from the Preserve. If any of the above habitats was disturbed, mitigation will be required using the above mitigation measures as guidelines. |

would damage the upland habitat in the Preserve, it may be necessary to delay work until conditions improve). All other corrective actions will take place when conditions are best suited for restoration to occur, and after the Corps has been notified or the Preserve Manager has received approval.

## 9.0 PRESERVE INSPECTIONS AND REPORTING

### 9.1 Schedule

The monitoring/inspections described below are long-term activities to be carried out in perpetuity. Initially, success monitoring will be taking place at the site to monitor the created habitats to be sure that they are functioning properly. Once these created habitats have met the established success criteria set forth in the Mitigation and Monitoring Plan (Gallaway Consulting, Inc., January 2006) (the Mitigation and Monitoring Plan document is separate from this Open Space Preserve Management Plan)

and have been monitored twice yearly for five years, as required by the Corps, and have met their success criteria, this success monitoring will end.  Once success monitoring ends inspections of the preserve will occur once a year.  During this monitoring period for the created habitats, the success monitoring visits and success monitoring report can fulfill the obligation for the Biological Inspections and Annual Report required by this Plan.  If there are years during the success monitoring period that no success monitoring takes place, then the Biological Inspections and Annual Report will be required.  The General Inspections are required during the success monitoring period.

When required during the success monitoring period, and then in perpetuity, the schedule of inspections for the Preserve is as follows:

- The Monitoring Biologist shall conduct two Biological Inspections each year, one in April or May and one in September or October.  Once project success is achieved monitoring will be reduced to once yearly.
- The Preserve Manager shall conduct (at minimum) two General Inspections each year, one in January and one in July.  Once project success is achieved monitoring will be reduced to once yearly.

## 9.2  General Inspections

The Preserve Manager shall arrange for General Inspections conducted by the Monitoring Biologist in accord with Section 9.1 above, to ensure the integrity of the Preserve.  Inspections will concentrate on an evaluation of the following factors: erosion, fire hazard reduction, condition of signage, trash accumulation, and evidence of unauthorized use by motor vehicles.  The entire perimeter of the Preserve should be covered, as well as meandering transects through its interior.  An Inspection Sheet will be utilized in order to evaluate the above criteria during each field visit.  Previous inspection sheets should be reviewed before each visit in order to determine that a possible or recurring problem area is not missed.  If any problems are identified, more frequent inspections will be done in order to closely track any problems as well as to ensure that remedial actions are effective.  Evaluation and corrective actions for each factor are described below:

### 9.2.1  Erosion

If it is determined during the inspection that adjacent sheet-flow drainage is causing any erosion or other adverse effects upon the Preserve, immediate standard erosion control measures (such as the installation waddles) will be implemented.  If any significant erosion problems occur, the Corps will also be notified and a qualified erosion control specialist will be consulted.

### 9.2.2  Fire Hazard Reduction

If at any time conditions at the Preserve become a fire hazard, the Preserve Manager will work with Corps and the local fire authorities to decide on the best method to reduce the fire risk at the Preserve.

### 9.2.3 Signage

The condition of the signage at the Preserve should be checked during the General Inspection.  The Preserve Manager will be responsible for maintaining the signage at the Preserve.

### 9.2.4 Trash Accumulation

The Preserve Manager will arrange for the removal of trash from the Preserve.

### 9.2.5 Unauthorized Motor Vehicle Use

The perimeter of the Preserve will be inspected for evidence of unauthorized motor vehicle use/access.  If necessary, corrective actions such as repairing locks and gates will be taken.

## 9.3  Biological Inspections

In order to  help ensure the long-term integrity of the wetland and upland habitats of the Preserve, measures must be taken to ensure that the existing conditions are maintained over the long term, including but not limited to inspections by a qualified biologist..

Biological Inspections of the Preserve shall be conducted by the Monitoring Biologist pursuant to Section 9.1 above, in order to monitor wetland function, thatch accumulation, newly introduced exotic species, and overall Preserve function.  The entire perimeter of the Preserve should be covered, as well as meandering transects through its interior.  The goal of these surveys is to ensure that the various habitat types are maintained in perpetuity.  The first inspection is intended to assess the various wetland habitats during the floristic season.  The second will be focused on upland habitats, problem areas, and assessing the success of restoration efforts or remediation activities. Although each of these surveys has a focus, all aspects of the Preserve will be reviewed during each visit.

### 9.3.1  Habitat Function

The purpose of assessing habitat function is to ensure that the created/preserved wetland and upland habitats are continuing have the appropriate hydrologic regime for that habitat type, monitor anthropogenic influences on the different habitats, and to informally document (make a species list as meandering transects are walked) the plant species that are present and animal species that are using the Preserve.

### 9.3.2  Newly Introduced Non-Native Plant Species

The biologist will assess the presence of any newly introduced or increasing populations of non-native plant species and recommend corrective actions as

needed.  Special attention will be paid to exotic pest plants.

### 9.3.3  Preserve Function

The overall Preserve function should be assessed, taking into account the above factors and the purpose of the Preserve, which is to support the flora and fauna of the wetlands and uplands in perpetuity.

## 9.4  Agency Monitoring/Inspection

The Corps (if applicable the U.S. Fish and Wildlife Service and the California Department of Fish and Game) may inspect and monitor the condition of the Preserve at any time.

## 9.5  Annual Reporting Requirements

The Monitoring Biologist shall prepare an Annual Report in conjunction with the Preserve Manager, that will be submitted to the Corps by December 31 of each year.  That letter report shall include at minimum, a map of the Preserve, photos documenting the status of the Preserve, a description of proposed activities and maintenance or management actions as required by this Plan, a description of actions for which Corps notification or approval was not needed, but were carried out during the year, observations from the Biological Inspections, and recommendations for altered management practices as needed.  The report will refer to the Corps regulatory branch number for the project, which is 200300113.

# 10.0  PRESERVE OWNERSHIP AND FUNDING MECHANISM

## 10.1  Preserve Owner

The entire Preserve will be owned by the Butte County Public Works Department.

## 10.2  Funding Mechanism

### 10.2.1  Conservation Easement Endowment

The annual cost of carrying out the tasks of the Preserve Manager have been determined through consultation with the BCDPW.   The amount needed yearly was determined by a maintenance cost analysis, with contingency costs of 10%.  The analysis lists a number of activities, structures, and overhead costs associated with the preserve management and allows the user to choose the tasks that apply.  These costs are then tabulated and can be printed out for budgeting purposes.  The total yearly maintenance cost is $33,753.00.  This budget was established based on estimated cost on the preliminary designs.

The cost of purchasing 2.01 acres of seasonal wetland habitat at the Sheridan Mitigation Bank was $90,450.00.

-666-

## 11.0 REFERENCES

Gallaway Consulting, Inc.  On-site Wetland Mitigation and Monitoring Plan Neal Road Landfill, Butte County, CA. November 2004.

Natural Resource Conservation Service.  Chico, CA.

# Appendix A
### U.S. Army Corps of Engineers Permit

## This Page Was Intentionally Left Blank



## Appendix B
### Conservation Easement

**This Page Was Intentionally Left Blank**

**EXHIBIT D – SECTION 404 PERMIT # 200300113**



**DEPARTMENT OF THE ARMY**
U.S. ARMY ENGINEER DISTRICT, SACRAMENTO
CORPS OF ENGINEERS
1325 J STREET
SACRAMENTO, CALIFORNIA 95814-2922

REPLY TO
ATTENTION OF

**December 9, 2003**

Regulatory Branch (200300113)

Mike Crump
Butte County Public Works Department
7 County Center Drive
Oroville, California  95965

Dear Mr. Crump:

This letter of permission authorizes your proposed discharge of dredged or fill material into approximately 5 acres of waters of the United States, including wetlands, to expand Neal Road Landfill, as shown on the attached drawings.  The project is located in Township 21 North, Range 2 East, MDB&M, near Hamlin Canyon, in Butte County, California.

The term "you" and its derivatives, as used in this permit, means the permittee or any future transferee.  The term "this office" refers to the appropriate district or division office of the Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer. **Work in waters of the United States must be in accordance with the following conditions of authorization:**

Special Conditions:

1.     You shall develop a final comprehensive mitigation and monitoring plan, which must be approved by the Army Corps of Engineers prior to initiation of construction activities.  The plan shall include mitigation location and design drawings, vegetation plans, including target species to be planted, and final success criteria, presented in the format of the Sacramento District's Habitat Mitigation and Monitoring Proposal Guidelines, dated October 25, 1996.  The purpose of this requirement is to insure replacement of functions and values of the aquatic environment that would be lost through project implementation.

-2-

2.    To mitigate for a portion of the loss of 4.94 acres of waters of the United States and indirect effects to 0.07 acres of waters of the United States, you shall purchase 2.01 credits of seasonal wetlands at a Corps approved wetland mitigation bank.  The selected mitigation bank shall include the area of the permitted project within its service area.  Evidence of this purchase shall be provided to this office prior to proceeding with any activity otherwise authorized by this permit.  A list of approved mitigation banks has been included for your reference.

3.    To mitigate for a portion of the loss of 4.94 acres of waters of the United States and indirect effects to 0.07 acres of waters of the United States, you shall establish and maintain a preserve containing 3.00 acres of created, avoided, and preserved waters of the United States, as depicted on the exhibit entitled On-site Wetland Mitigation and Monitoring Plan Neal Road Landfill, Butte County, California, dated August 2003, in perpetuity.  The purpose of this preserve is to insure that functions and values of the aquatic environment are protected.

4.    To minimize external disturbance to preserved waters of the United States, you shall establish a buffer, consisting of native upland vegetation of at least 25 feet in width from the outer limit of jurisdiction of the entire perimeter of all created, preserved, and avoided waters of the United States, including wetlands within the proposed preserve.

5.    To insure that the preserve is properly managed, you shall develop a specific and detailed preserve management plan for the on-site and off-site mitigation, preservation, and avoidance areas.  This plan shall be submitted to and specifically approved, in writing, by the Corps of Engineers prior to engaging in any work authorized by this permit.  This plan shall describe in detail any activities that are proposed within the preserve area(s) and the long term funding and maintenance of each of the preserve areas.

6.    To protect the integrity of the preserve and avoid unanticipated future impacts. no roads, utility lines, trails, benches, equipment or fuel storage, grading, firebreaks, mowing, grazing, planting, discing, pesticide use, burning, or other structures or activities shall be constructed or occur within the on-site and off-site mitigation, preservation, and avoidance areas without specific, advance written approval from the Corps of Engineers.

7.    To assure success of the preserved and created waters of the United States, you shall monitor compensatory mitigation, avoidance, and preservation areas for five years or until the success criteria described in the approved mitigation plan are met, whichever is greater.  This period shall commence upon completion of the construction of the mitigation wetlands.  Additionally, continued success of the mitigation wetlands, without human intervention, must be demonstrated for three consecutive years, once the success criteria have been met. The mitigation plan will not be deemed successful until this criterion has been met.

-3-

8.     You shall submit monitoring reports to this office for each year of the five-year monitoring period, and for each additional year, if remediation is required, by October 1 of each year.  You shall submit an additional monitoring report at the end of the three-year period demonstrating continued success of the mitigation program without human intervention.

9.     To document pre and post-project construction conditions, you shall submit pre-construction photos of the project site prior to project implementation and post-construction photos of the project site within 30 days after project completion.

10.    Prior to initiating any activity authorized by this permit, you shall, to insure long-term viability of mitigation, preservation, and avoidance areas:

        a.     Establish a fully-funded endowment to provide for maintenance and monitoring of on-site and off-site mitigation, preservation, and avoidance areas.

        b.     Designate an appropriate conservation-oriented third part entity to function as preserve manager and to hold the required conservation easements.

        c.     Record permanent conservation easements and deed restrictions maintaining all mitigation, preservation, and avoidance areas as wetland preserve and wildlife habitat in perpetuity.  Copies of the proposed deed restriction and conservation easement language shall be provided to the Corps of Engineers for approval prior to recordation.

General Conditions:

1.     The time limit for completing the work authorized ends on December 31, 2008. If you find that you need more time to complete the authorized activity, submit a request for a time extension to this office for consideration at least one month before the above date is reached.

2.     You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit.  You are not relieved of these requirements if you abandon the permitted activity.  This permit may be transferred upon request provided the work complies with the terms and conditions of this authorization.  When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property. Should you wish to cease to maintain the authorized activity or abandon it without a good faith transfer, you must obtain a permit modification from this office.

-4-

3.   If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found.  We will initiate the Federal and state coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

4.   You must insure that the work complies with the conditions of October 2, 2003, Section 401 water quality certification for this project.

5.   You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

Further Information:

1.   Congressional Authorities:  You have been authorized to undertake the activity described above pursuant to:

( )   Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. 403).

(X)   Section 404 of the Clean Water Act (33 U.S.C. 1344).

( )   Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 U.S.C. 1413).

2.   Limits of this authorization.

a.   This permit does not obviate the need to obtain other Federal, state, or local authorizations required by law.

b.   This permit does not grant any property rights or exclusive privileges.

c.   This permit does not authorize any injury to the property or rights of others.

d.   This permit does not authorize interference with any existing or proposed Federal projects.

3.   Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

a.   Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

-5-

b.  Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

c.  Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

d.  Design or construction deficiencies associated with the permitted work.

e.  Damage claims associated with any future modification, suspension, or revocation of this permit.

4.  The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

5.  This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require a reevaluation include, but are not limited to, the following:

a.  You fail to comply with the terms and conditions of this permit.

b.  The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

c.  Significant new information surfaces which this office did not consider in reaching the original public interest decision.

Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 CFR 325.7 or enforcement procedures such as those contained in 33 CFR 326.4 and 326.5.

6.  Extensions.  General Condition 1 establishes a time limit for the completion of the activity authorized by this permit.  Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the Corps will normally give favorable consideration to a request for an extension of this time limit.

-6-

This letter of permission becomes effective when the Federal official, designated to act for the Secretary of the Army, has signed below. A notice of appeal options is enclosed. Please refer to number 200300113 in any correspondence concerning this permit. If you have any questions, please write to Ms. Laura Whitney, Room 1480 at the letterhead address, or telephone 916-557-7455.

For and on behalf of Lieutenant Colonel Mark W. Connelly, Acting District Engineer.

ORIGINAL SIGNED

Thomas Cavanaugh
Acting Chief, Central
    California/Nevada Section

Attachments (2 drawings)

Copies Furnished: w/ attachments

Jim Deweese, Butte County Public Works Department, 7 County Center Drive, Oroville, California 95965

Jody Gallaway, Gallaway Consulting, Incorporated, 7 Sierra Nevada Court, Chico, California 95928

Stephen R. Finn, Nance Canyon Partners, L.P., Spear Street Tower, One Market, San Francisco, California 94105

Jan Knight, U.S. Fish and Wildlife Service, Endangered Species Branch, 2800 Cottage Way, Suite W2605, Sacramento, California 95825-3901

Mr. Tim Vendlinkski, U.S. Environmental Protection Agency, Region IX, Wetlands Regulatory Office (WTR-8), 75 Hawthorne Street, San Francisco, California, 94105-3901

Bob Williams, California Department of Fish and Game Region 1, 601 Locust Street, Redding, California 96001-2781

Rodney R. McInnis, Acting Regional Administrator, National Marine Fisheries Service, 650 Capitol Mall, Suite 8-300, Sacramento, California 95814-4706

SPILL PREVENTION, CONTROL, AND COUNTERMEASURE PLAN

*Neal Road Recycling and Waste Facility*
*Butte County Public Works*

1023 Neal Road
Paradise, CA 95969

October 30, 2014

Prepared by
Butte County Public Works

*Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538*

*October 2014
Rev: 03
Spill Prevention, Control, and Countermeasure (SPCC) Plan*

# TABLE OF CONTENTS

|  | Page |
|---|---|
| **Introduction** | 1 |
| **Part 1: Plan Administration** | |
| 1.1 Management Approval and Designated Person | 3 |
| 1.2 Professional Engineer Certification | 3 |
| 1.3 Location of SPCC Plan | 4 |
| 1.4 Plan Review | 4 |
| 1.5 Facilities, Procedures, Methods, or Equipment Not Yet Fully Operational | 5 |
| 1.6 Cross-Reference with SPCC Provisions | 5 |
| **Part 2: General Facility Information** | |
| 2.1  Facility Description | 8 |
| 2.2  Evaluation of Discharge Potential | 11 |
| **Part 3: Discharge Prevention – General SPCC Provisions** | |
| 3.1 Compliance with Applicable Requirements | 12 |
| 3.2 Facility Layout Diagram | 12 |
| 3.3 Spill Reporting | 12 |
| 3.4 Potential Discharge Volumes and Direction of Flow | 12 |
| 3.5 Containment and Diversionary Structures | 14 |
| 3.6 Practicability of Secondary Containment | 15 |
| 3.7 Inspections, Tests, and Records | 15 |
| 3.8 Personnel, Training, and Discharge Prevention Procedures | 17 |
| 3.9 Security | 18 |
| 3.10 Tank Truck Loading/Unloading Rack Requirements | 18 |
| 3.11 Brittle Fracture Evaluation | 21 |
| 3.12 Conformance with State and Local Applicable Requirements | 21 |
| **Part 4: Discharge Prevention – SPCC Provisions for Onshore Facilities (Excluding Production Facilities)** | |
| 4.1 Facility Drainage | 22 |
| 4.2 Bulk Storage Containers | 22 |
| 4.3 Transfer Operations, Pumping, and In-Plant Processes | 26 |

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

**Part 5: Discharge Response**

5.1  Response to a Minor Discharge                                                    28

5.2  Response to a Major Discharge                                                   29

5.3  Waste Disposal                                                                          31

5.4  Discharge Notification                                                                31

5.5  Cleanup Contractors and Equipment Suppliers                          33

**List of Tables**

Table 1-1: Plan Review Log                                                                6

Table 1-2: SPCC Cross-Reference                                                      7

Table 2-1: Oil Containers                                                                    9

Table 3-1: Potential Discharge Volume and Direction of Flow             13

Table 3-2: Inspection and Testing Program                                        16

Table 3-3: Fuel Transfer Procedures                                                  20

Table 4-1: List of Oil Containers                                                        23

Table 5-1 Agency Notification and Reporting Chart                            30

**Appendices**

A: Site Plan and Facility Diagram

B: Substantial Harm Determination

C: Facility Inspection Checklists

D: Record of Containment Dike Drainage

E: Record of Discharge Prevention Briefings and Training

F: Calculation of Secondary Containment Capacity

G: Records of Tank Integrity and Pressure Tests

H: Emergency Contacts

I: Discharge Notification Form

J: Discharge Response Equipment Inventory

K: Agency Notification Standard Report

# LIST OF ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AST | Aboveground Storage Tank |
| EPA | U.S. Environmental Protection Agency |
| MADEP | Massachusetts Department of Environmental Protection |
| NPDES | National Pollutant Discharge Elimination System |
| PE | Professional Engineer |
| POTW | Publicly Owned Treatment Works |
| SPCC | Spill Prevention, Control, and Countermeasure |
| STI | Steel Tank Institute |
| UST | Underground Storage Tank |

*Neal Road Recycling and Waste*
*Facility Operations*
CAH 111 000 926 / CAL 000 323 538

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

# INTRODUCTION{tc "INTRODUCTION"}

**Purpose {tc "Purpose " \l 2}**

The purpose of this Spill Prevention, Control, and Countermeasure (SPCC) Plan is to describe measures implemented by Neal Road Recycling and Waste Facility (NRRWF) to prevent oil discharges from occurring, and to prepare NRRWF to respond in a safe, effective, and timely manner to mitigate the impacts of a discharge.

This Plan has been prepared to meet the requirements of Title 40, *Code of Federal Regulations,* Part 112 (40 CFR part 112), and supercedes the earlier Plan developed to meet provisions in effect since 1974.

In addition to fulfilling requirements of 40 CFR part 112, this SPCC Plan is used as a reference for oil storage information and testing records, as a tool to communicate practices on preventing and responding to discharges with employees, as a guide to facility inspections, and as a resource during emergency response.

NRRWF management has determined that this facility does not pose a risk of substantial harm under 40 CFR part 112, as recorded in the "Substantial Harm Determination" included in Appendix B of this Plan.

This Plan provides guidance on key actions that NRRWF must perform to comply with the SPCC rule:

☐ Complete daily, monthly and annual site inspections as outlined in the Inspection, Tests, and Records section of this Plan (Section 3.7) using the inspection checklists included in Appendix C.

☐ Perform preventive maintenance of equipment, secondary containment systems, and discharge prevention systems described in this Plan as needed to keep them in proper operating conditions.

☐ Conduct annual employee training as outlined in the Personnel, Training, and Spill Prevention Procedures section of this Plan (Section 3.8) and document them on the log included in Appendix E.

☐ If either of the following occurs, submit the SPCC Plan to the EPA Region 9 Regional Administrator (RA), California Environmental Protection Agency and Butte County Public Health Department, Environmental Health Division, along with other information as detailed in Section 5.4 of this Plan:

1

&#9633;    The facility discharges more than 1,000 gallons of oil into or upon the navigable waters of the U.S. or adjoining shorelines in a single spill event; or

&#9633;    The facility discharges oil in quantity greater than 42 gallons in each of two spill events within any 12-month period.

&#9633;    Review the SPCC Plan at least once every five (5) years and amend it to include more effective prevention and control technology, if such technology will significantly reduce the likelihood of a spill event and has been proven effective in the field at the time of the review. Plan amendments, other than administrative changes discussed above, must be recertified by a Professional Engineer on the certification page in Section 1.2 of this Plan.

&#9633;    Amend the SPCC Plan within six (6) months whenever where is a change in facility design, construction, operation, or maintenance that materially affects the facility's spill potential. The revised Plan must be recertified by a Professional Engineer (PE).

&#9633;    Review the Plan on an annual basis. Update the Plan to reflect any "administrative changes" that are applicable, such as personnel changes or revisions to contact information, such as phone numbers. Administrative changes must be documented in the Plan review log of Section 1.4 of this Plan, but do not have to be certified by a PE.

2

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# Part 1: Plan Administration{tc "Part 1\: Plan Administration"}

## 1.1   Management Approval and Designated Person (40 CFR 112.7) {tc "1.1 Management Approval and Designated Person (40 CFR 112.7) " \l 2}

NRRWF Company ("NRRWF) is committed to preventing discharges of oil to navigable waters and the environment, and to maintaining the highest standards for spill prevention control and countermeasures through the implementation and regular review and amendment to the Plan. This SPCC Plan has the full approval of NRRWF management. NRRWF has committed the necessary resources to implement the measures described in this Plan.

The Facility Manager is the Designated Person Accountable for Oil Spill Prevention at the facility and has the authority to commit the necessary resources to implement this Plan.

Authorized Facility Representative (facility response coordinator):   Bill Mannel
               Signature:   _____
               Title:   Facility Manager
               Date:   October 30, 2014

## 1.2   Professional Engineer Certification (40 CFR 112.3(d)) {tc "1.2 Professional Engineer Certification (40 CFR 112.3(d)) " \l 2}

The undersigned Registered Professional Engineer is familiar with the requirements of Part 112 of Title 40 of the *Code of Federal Regulations* (40 CFR part 112) and has visited and examined the facility, or has supervised examination of the facility by appropriately qualified personnel. The undersigned Registered Professional Engineer attests that this Spill Prevention, Control, and Countermeasure Plan has been prepared in accordance with good engineering practice, including consideration of applicable industry standards and the requirements of 40 CFR part 112; that procedures for required inspections and testing have been established; and that this Plan is adequate for the facility. [40 CFR 112.3(d)]

This certification in no way relieves the owner or operator of the facility of his/her duty to prepare and fully implement this SPCC Plan in accordance with the requirements of 40 CFR part 112. This Plan is valid only to the extent that the facility owner or operator maintains, tests, and inspects equipment, containment, and other devices as prescribed in this Plan.

_____          _____
Signature                                            Professional Engineer Registration Number

3

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

Shawn O'Brien
Name

Assistant Director, Public Works
Title

Butte County Public Works
Company

_____
Date

## 1.3   Location of SPCC Plan (40 CFR 112.3(e)) {tc "1.3      Location of SPCC Plan (40 CFR 112.3(e)) " \l 2}

In accordance with 40 CFR 112.3(e), a complete copy of this SPCC Plan is maintained at the facility in the office building. The facility operates every day except major holidays.  The facility office is staffed 7:30 AM to 5:00 PM Monday – Friday.

## 1.4   Plan Review (40 CFR 112.3 and 112.5) {tc "1.4  Plan Review (40 CFR 112.3 and 112.5) " \l 2}

### 1.4.1   Changes in Facility Configuration {tc "1.4.1      Changes in Facility Configuration " \l 3}

In accordance with 40 CFR 112.5(a), NRRWF periodically reviews and evaluates this SPCC Plan for any change in the facility design, construction, operation, or maintenance that materially affects the facility's potential for an oil discharge, including, but not limited to:

- commissioning of containers;
- reconstruction, replacement, or installation of piping systems;
- construction or demolition that might alter secondary containment structures; or
- changes of product or service, revisions to standard operation, modification of testing/inspection procedures, and use of new or modified industry standards or maintenance procedures.

Amendments to the Plan made to address changes of this nature are referred to as technical amendments, and must be certified by a PE. Non-technical amendments can be done (and must be documented in this section) by the facility owner and/or operator. Non-technical amendments include the following:

- change in the name or contact information (i.e., telephone numbers) of individuals responsible for the implementation of this Plan; or
- change in the name or contact information of spill response or cleanup contractors.

NRRWF must make the needed revisions to the SPCC Plan as soon as possible, but no later than six months after the change occurs. The Plan must be implemented as soon as possible following any technical amendment, but *no later than six months* from the date of the

4

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

amendment. The Facility Manager is responsible for initiating and coordinating revisions to the SPCC Plan.

### 1.4.2   Scheduled Plan Reviews {tc "1.4.2 Scheduled Plan Reviews " \l 3}

In accordance with 40 CFR 112.5(b), NRRWF reviews this SPCC Plan at least once every five years (in the past, such reviews were required every three years). Revisions to the Plan, if needed, are made within six months of the five-year review. A registered Professional Engineer certifies any technical amendment to the Plan, as described above, in accordance with 40 CFR 112.3(d). The last review of the SPCC occurred on *January 25, 2011*. At that time it was determined that the facility was eligible for self-certification under Tier I due to past history and being under the 10,000 gallon petroleum threshold.  Since that time, it has been determined that the mobile refueling vehicle would fall under SPCC regulations and cause the facility's storage to exceed the 10,000 gallon threshold.  Accordingly, a full SPCC Plan has been developed. This Plan is dated ***October 31, 2014***. The next plan review is therefore scheduled to take place on or prior to ***October 31, 2019***.

### 1.4.3   Record of Plan Reviews {tc "1.4.3  Record of Plan Reviews " \l 3}

Scheduled reviews and Plan amendments are recorded in the Plan Review Log (Table 1-1). This log must be completed even if no amendment is made to the Plan as a result of the review. Unless a technical or administrative change prompts an earlier review of the Plan, the next scheduled review of this Plan must occur by *October 31, 2019.*

## 1.5    Facilities, Procedures, Methods, or Equipment Not Yet Fully Operational (40 CFR 112.7) {tc "1.5 Facilities, Procedures, Methods, or Equipment Not Yet Fully Operational (40 CFR 112.7) " \l 2}

Bulk storage containers at this facility have never been tested for integrity since their installation. Section 4.2.6 of this Plan describes the inspection program to be implemented by the facility following a regular schedule, including the dates by which each of the bulk storage containers must be tested.

## 1.6    Cross-Reference with SPCC Provisions (40 CFR 112.7) {tc "1.6 Cross-Reference with SPCC Provisions (40 CFR 112.7) " \l 2}

This SPCC Plan does not follow the exact order presented in 40 CFR part 112. Section headings identify, where appropriate, the relevant section(s) of the SPCC rule. Table 1-2 presents a cross-reference of Plan sections relative to applicable parts of 40 CFR part 112.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

### Table 1-1: Plan Review Log

| By | Date | Activity | PE certification required? | Comments |
|---|---|---|---|---|
| James Wyse | 1994 | Prepare Plan | Unknown | Intital SPCC Plan |
| Tom Valentino | 9/30/2004 | Review | Yes | Review SPCC Plan |
| Bill Mannel | 9/30/2009 | Scheduled review, edited operator and contact information | No | Change of operator (County of Butte Public Works) and contact information |
| Bill Mannel | 1/25/2011 | Review Plan | No | Determined that facility qualified for Tier I, Self-certification.  Less than 10,000 gal storage.  Changed operator, EC and contact information |
| Bill Mannel | 10/31/2014 | Prepare Plan | Yes | Review determined that facility exceeds 10,000 storage and requires Tier II SPCC Plan |

\* Previous PE certifications of this Plan are summarized below.

| Date | Scope | PE Name | Licensing State and Registration No. |
|---|---|---|---|
| 9/25/2004 | Initial Plan | Tom Valentino | CA, C43100 |
| 10/31/2014 | Revised Plan | Shawn O'Brien | |

-6-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

## Table 1-2: SPCC Cross-Reference

| Provision | Plan Section | Page |
|---|---|---|
| **112.3(d)** | Professional Engineer Certification | 3 |
| **112.3(e)** | Location of SPCC Plan | 4 |
| 112.5 | Plan Review | 4<br>Table 1-1 |
| 112.7 | Management Approval | 3 |
| 112.7 | Cross-Reference with SPCC Rule | Table 1-2 |
| 112.7(a)(3) | Part 2:  General Facility Information<br>Appendix A: Site Plan and Facility Diagram | 8<br>Appendix A |
| 112.7(a)(4) | 5.4 Discharge Notification | 31<br>Appendix I<br>Appendix K |
| 112.7(a)(5) | Part 5: Discharge Response | 28 |
| 112.7(b) | 3.4 Potential Discharge Volumes and Direction of Flow | 12 |
| 112.7(c) | 3.5 Containment and Diversionary Structures | 14 |
| 112.7(d) | 3.6 Practicability of Secondary Containment | 15 |
| 112.7(e) | 3.7 Inspections, Tests, and Records | 15<br>Appendix B |
| 112.7(f) | 3.8 Personnel, Training and Discharge Prevention Procedures | 17 |
| 112.7(g) | 3.9 Security | 18 |
| 112.7(h) | 3.10 Tank Truck Loading/Unloading | 18 |
| 112.7(i) | 3.11 Brittle Fracture Evaluation | 21 |
| 112.7(j) | 3.12 Conformance with Applicable State and Local Requirements | 21 |
| 112.8(b) | 4.1 Facility Drainage | 22 |
| 112.8(c)(1) | 4.2.1 Construction | 23 |
| 112.8(c)(2) | 4.2.2 Secondary Containment | 24 |
| 112.8(c)(3) | 4.2.3 Drainage of Diked Areas | 24<br>Appendix D |
| 112.8(c)(4) | 4.2.4 Corrosion Protection | 25 |
| 112.8(c)(5) | 4.2.5 Partially Buried and Bunkered Storage Tanks | 25 |
| 112.8(c)(6) | 4.2.6 Inspection<br>Appendix B - Facility Inspection Checklists | 25<br>Appendix C |
| 112.8(c)(7) | 4.2.7 Heating Coils | 25 |
| 112.8(c)(8) | 4.2.8 Overfill Prevention System | 25 |
| 112.8(c)(9) | 4.2.9 Effluent Treatment Facilities | 25 |
| 112.8(c)(10) | 4.2.10 Visible Discharges | 26 |
| 112.8(c)(11) | 4.2.11 Mobile and Portable Containers | 26 |
| 112.8(d) | 4.3 Transfer Operations, Pumping and In-Plant Processes | **26** |
| 112.20(e) | Certification of Substantial Harm Determination | Appendix **B** |

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# Part 2: General Facility Information{tc "Part 2\: General Facility Information"}

| | |
|---|---|
| Name: | Neal Road Recycling and Waste Facility |
| Address: | 1023 Neal Road<br>Paradise, CA 95969<br>530.345.4917 |
| **Type:** | Landfill |
| Date of Initial Operations: | 1965 |
| Owner/Operator: | County of Butte<br>7 County Center Drive<br>Oroville, CA 95965 |
| Primary contact: | Bill Mannel, Facility Manager<br>Work:        530.879.2350<br>Cell (24 hours): 530.693.0131 |

## 2.1   Facility Description (40 CFR 112.7(a)(3)) {tc "2.1       Facility Description (40 CFR 112.7(a)(3)) " \l 2}

### 2.1.1   Location and Activities {tc "2.1.1   Location and Activities " \l 3}

The Neal Road Recycling and Waste Facility provides recycling and disposal of solid waste. The facility is permitted to accept 1,500 tons of solid waste per day. Daily operations consist of receiving, compacting and burying solid waste. The NRRWF operates heavy equipment to compact and cover the solid waste. The facility encompasses a maintenance shop to service equipment. Various lubricants are contained in 55-gallon drums and used oil from equipment maintenance is stored in a double walled container at the shop location. Heavy equipment is fueled and serviced by a mobile refueling truck, which has 6 containers onboard totaling 1.230 gallons. A double-walled 8,000 gallon above ground storage tank (AST) is used to store diesel fuel for the equipment. The facility also accepts and recycles used motor oil from the agricultural community. A double-walled 1,000 gallon AST is used to store used motor oil. A 240 gallon double-walled AST is located in the maintenance shop to store used motor oil from the equipment.

The facility recycles a variety of recyclable materials; appliances, metal, concrete, wood waste, tires, electronic devices, fluorescent bulbs, batteries, etc. Landfill operations consist of prohibitive waste load checks and if prohibitive waste is found, it is moved and storage in a dedicated container equipped with secondary containment.

Landfill operations also consist of construction activities such as mass excavations and development of waste modules. The facility accepts septage from commercial septage haulers that unload contents into lined containment ponds under permits issued by the Regional Water

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

Quality Control Board.  The facility also includes a lined containment basin for leachate and 4 unlined ponds to manage storm water.

Hours of operation are between 7:00 AM and 5:00 PM, 7 days per week. Personnel at the facility include a facility manager, a landfill engineer, 2 landfill supervisors, 5 equipment operators, 2 mechanics, 4 scale attendants, 4 maintenance workers and other support personnel.

The Site Plan and Facility Diagram included in Appendix A of this Plan show the location and layout of the facility. The Facility Diagram (Figure A-2) shows the location of oil containers, buildings, loading/unloading and transfer areas, and critical spill control structures.

NRRWF is located approximately 8 miles south of the City of Chico on Highway 99 at 1023 Neal Road, Paradise, CA.  The site is comprised of approximately 200 acres of land and is bordered on all sides by land zoned for grazing cattle.

The site includes an office building, a scale house, and a maintenance shop..

### 2.1.2   Oil Storage {tc "2.1.2      Oil Storage " \l 3}

Oil storage at the facility consists of 3 fixed ASTs. In addition, the facility stores a varying stock of petroleum products in drums inside the maintenance building.

The capacities of oil containers present at the site are listed below and are also indicated on the facility diagram in Figure A-2. All containers with capacity of 55 gallons or more are included.

NRRWF owns a mobile refueling truck consisting of a 730 gallon fuel tank, a 100 gallon hydraulic oil tank, 100 gallon motor oil tank, 100 gallon gear oil tank, 100 gallon used oil tank and a 100 gallon tank for general petroleum product to service the heavy equipment onsite. The truck is parked overnight while full; the capacity of this truck is therefore counted in the total storage capacity for this facility.

**Table 2-1: Oil Containers**

| ID | Storage capacity | Content | Description |
|----|------------------|---------|-------------|
| **Fixed Storage** | | | |
| 1 | 8,000 gallons | Diesel | AST – double-walled horizontal tank on built-in saddles |
| 2 | 240 gallons | Shop Used Oil | Aboveground double-walled horizontal tank Convault |
| 3 | 1,000 gallons | Agricultural Used Oil | Aboveground double-walled horizontal tank Convault |

-9-

*Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538*

*October 2014
Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

| | | | |
|---|---|---|---|
| **Portable Storage** | | | |
| 4 | 250 gallons | Lubricants/hydraulic oil | 55 gallon drums stored in maintenance bldg |
| **Service Vehicles** | | | |
| 5 | 1,230 gallons | 730 gal Diesel, 100 gal motor oil, 100 gal, used motor oil, 100 gal hydraulic oil, 100 gal gear oil, 100 misc oil | Refueling truck* |
| 6 | 40 gallons | Diesel | Mobile tank used to fill small equipment |
| 7 | 40 gallons | Gasoline | Refueling truck – mechanics truck* |

*\* **Note:** NRRWF owns a refueling truck. Truck is used to refuel heavy equipment on site. The delivery truck is periodically parked while full. This truck is therefore counted in the storage capacity for this facility.  A 40 gallons gas tank is installed in the back of the mechanics truck to refuel small portable pumps.*

| | |
|---|---|
| **Total Oil Storage:** | **10,800 gallons** |

-10-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

## 2.2   Evaluation of Discharge Potential {tc "2.2        Evaluation of Discharge Potential " \l 2}

### 2.2.1   Distance to Navigable Waters and Adjoining Shorelines and Flow Paths {tc "2.2.1        Distance to Navigable Waters and Adjoining Shorelines and Flow Paths " \l 3}

The facility is located on relatively level terrain. Drainage generally flows in a westerly direction. In the event of a release, flow direction would be north-west.  Surface drainage for approximately 350 feet before it would enter the storm drainage system and after several thousands of feet would enter one of the three storm water basins onsite. The first basin will hold over 2 million gallons.  The second basin will hold approximately 7 million gallons.  The facility has the ability to hold approximately 10 million gallons of storm water onsite.   Upon discharge from the site, drainage continues west to an unnamed intermittent stream and ultimately to Hamlin Slough several miles from the site.  Spill trajectories are indicated on the facility diagram.

The majority of the surface of the facility is not paved.  A road to the scale house and from the scale house to the septage ponds and landfill unloading area are the only paved surfaces.

### 2.2.2   Discharge History {tc "2.2.2Discharge History " \l 3}

There have been no oil discharges by number or magnitude as outlined in 40 CFR Part 112.4 since the facility's initial SPCC plan.  A discharge under this regulation is defined as one of the following:

- A single spill event in a 12-month period where more than 1,000 gallons of oil were discharged to a navigable waterway

- Two or more spill events in a 12-month period where more than 42 gallons were discharged to a navigable waterway.

-11-

*Neal Road Recycling and Waste*
*Facility Operations*
CAH 111 000 926 / CAL 000 323 538

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

# PART 3: Discharge Prevention - General SPCC Provisions{tc "PART 3\: Discharge Prevention - General SPCC Provisions"}

The following measures are implemented to prevent oil discharges during the handling, use, or transfer of oil products at the facility. Oil-handling employees have received training in the proper implementation of these measures.

## 3.1 Compliance with Applicable Requirements (40 CFR 112.7(a)(2)) {tc "3.1   Compliance with Applicable Requirements (40 CFR 112.7(a)(2)) " \l 2}

With the exception of the mobile refueling truck and 55-gallon storage drums, storage tanks for petroleum products are double-walled tanks. Supervisors inspect these tanks as part of their daily inspection routine. Any leakage would be detected during these visual inspections.

Storage drums are elevated on spill pallets and have all sides visible, and any leak would be readily detected by facility personnel before they can cause a discharge to navigable waters. Corrosion poses minimal risk of failure since drums are single-use and remain on site for a relatively short period of time (less than one year). The drum storage area is inspected at least monthly. This is in accordance with accepted industry practice for drum storage and provides an effective means of verifying container integrity, as noted by EPA in the preamble to the SPCC rule at 67 FR 47120.

The mobile refueling truck is inspected before and after each use by the facility mechanics.

## 3.2 Facility Layout Diagram (40 CFR 112.7(a)(3)) {tc "3.2 Facility Layout Diagram (40 CFR 112.7(a)(3)) " \l 2}

Figure A-1 in Appendix A shows the general location of the facility. Figure A-2 in Appendix A presents a layout of the facility and the location of storage tanks and drums. The diagram also shows the location of storm water drain inlets and the direction of surface water runoff. As required under 40 CFR 112.7(a)(3), the facility diagram indicates the location and content of ASTs, USTs, and transfer stations and connecting piping.

## 3.3 Spill Reporting (40 CFR 112.7(a)(4)) {tc "3.3    Spill Reporting (40 CFR 112.7(a)(4)) " \l 2}

The discharge notification form included in Appendix I will be completed upon immediate detection of a discharge and prior to reporting a spill to the proper notification contacts.

-12-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

## 3.4    Potential Discharge Volumes and Direction of Flow (40 CFR 112.7(b)) {tc "3.4    Potential Discharge Volumes and Direction of Flow (40 CFR 112.7(b)) " \l 2}

Table 3-1 presents expected volume, discharge rate, general direction of flow in the event of equipment failure, and means of secondary containment for different parts of the facility where oil is stored, used, or handled.

### Table 3-1: Potential Discharge Volumes and Direction of Flow

| Potential Event | Maximum volume released (gallons) | Maximum discharge rate | Direction of Flow | Secondary Containment |
|---|---|---|---|---|
| **Bulk Storage Area** (Aboveground Storage Tanks #1, 2, 3, 4, 6) | | | | |
| Failure of aboveground tank (collapse or puncture below product level) | 8,000 | Gradual to instantaneous | W to storm waste basin then intermittent creek | Double-wall, land based response, catch basins |
| Tank overfill | 1 to 120 | 60 gal/min | W to storm waste basin then intermittent creek | Land based response spill kit |
| Leaking pipe or valve packing | 600 | 1 gal/min | W to storm waste basin then intermittent creek | Land based response spill kit |
| **Loading Rack/Unloading Area** | | | | |
| Tank truck leak – fuel supplier | 1 to 6,000 | Gradual to instantaneous | W to storm waste basin then intermittent creek | Land based response spill kit Catch basins |
| Hose leak during truck loading | 1 to 300 | 60 gal/min | W to storm waste basin then intermittent creek | Land based response spill kit Catch basins |
| **Fuel Dispensing Areas** | | | | |
| Tank #1 and diesel dispenser hose/ connections leak | 1 to 150 | 30 gal/minute | W to storm waste basin then intermittent creek. | Land-based spill response capability (spill kit) and catch basin |
| **Maintenance Building** | | | | |
| Leak or failure of drum | 1 to 55 | Gradual to instantaneous | W to storm waste basin then intermittent creek. | Spill pallets, spill kits |

-13-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

| Potential Event | Maximum volume released (gallons) | Maximum discharge rate | Direction of Flow | Secondary Containment |
|---|---|---|---|---|
| Over fill of Waste Oil Tank - Shop | 1 to 10 | Gradual | W to storm waste basin then intermittent creek | Land based response spill kit Catch basins |
| Complete failure of tank on mobile refueling truck | 730 | Gradual to instantaneous | W to storm waste basin then intermittent creek | Land based response spill kit Catch basins |
| **Other Areas** | | | | |
| Over fill of Ag Used Oil Tank | 3 gallons or less | Gradual to instantaneous | W to storm waste basin then intermittent creek | Land based response spill kit Catch basins |

## 3.5   Containment and Diversionary Structures (40 CFR 112.7(c)) {tc "3.5 Containment and Diversionary Structures (40 CFR 112.7(c)) " \l 2}

Methods of secondary containment at this facility include a combination of structures (e.g., dike, berm, built-in secondary containment), drainage systems (e.g., catch basin), and land-based spill response (e.g., drain covers, sorbents) to prevent oil from reaching navigable waters:

&lt;      For bulk storage containers (refer to Section 4.2.2 of this Plan):

&lt;      **Dike.** A concrete dike enclosure is planned around fixed aboveground storage tank #1, as described in Section 4.2.2 of this Plan.

&lt;      **Double-wall tank construction.** Tanks #1, 2, 3 (AST) have double-wall design with a secondary shell designed to contain 110 percent of the inner shell capacity.  Each of these tanks is equipped with a device to check the interstitial area of the tank.  A portable tank is sometimes used to refuel various small pieces of equipment such as storm water pumps that may be deployed at different areas on the site. This portable tank is equipped with a secondary containment tray.

&lt;      **Spill pallets.** Each spill pallet has a capacity of 75 gallons, which can effectively contain the volume of any single 55-gallon drum. Drums are also stored inside the maintenance building and are not exposed to precipitation.

&lt;      At the bulk fuel transfer area (refer to Section 3.10 of this Plan):

-14-

The area used to transfer bulk diesel fuel to the facility's 8,000 gallon AST (Tank#1) does not have physical secondary containment.  During transfer, the trained operator uses portable secondary containment devices to control small amounts of drips from the hose if present.

<   In transfer areas and other parts of the facility where a discharge could occur:

   <   **Drip pans.** Drip pans are used to contain small leaks from the piping/hose connections.

   <   **Sorbent material.** Spill cleanup kits that include absorbent material, booms, and other portable barriers are located inside the maintenance building near the drummed oil storage area and in an outside shed located near the loading rack/unloading area, as shown on the Facility Diagram in Appendix A. The spill kits are located within close proximity of the oil product storage and handling areas for rapid deployment should a spill occur. Sorbent material, booms, and other portable barriers are stored in an area next to the loading rack/unloading area to allow for quick deployment in the event of a discharge during loading/unloading activities or any other accidental discharge outside the dike or loading rack/unloading area, such as from tank vehicles entering/leaving the facility or spills associated with the fuel dispenser.

   <   **Drainage system.** The facility surface drainage is engineered to direct oil that may be discharged outside of engineered containment structures to containment basins.

## 3.6    Practicability of Secondary Containment (40 CFR 112.7(d)) {tc "3.6 Practicability of Secondary Containment (40 CFR 112.7(d)) " \l 2}

NRRWF management has determined that secondary containment is practicable at this facility.

## 3.7    Inspections, Tests, and Records (40 CFR 112.7(e)) {tc "3.7 Inspections, Tests, and Records (40 CFR 112.7(e)) " \l 2}

As required by the SPCC rule, NRRWF performs the inspections, tests, and evaluations listed in the following table. Table 3-2 summarizes the various types of inspections and tests performed at the facility. The inspections and tests are described later in this section, and in the respective

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

sections that describe different parts of the facility (e.g., Section 4.2.6 for bulk storage containers).

**Table 3-2: Inspection and Testing Program**

| Facility Component | Action | Frequency/Circumstances |
|---|---|---|
| Aboveground container | Test container integrity. Combine visual inspection with another testing technique (non-destructive shell testing). Inspect outside of container for signs of deterioration and discharges. | Following a regular schedule (daily, monthly, annual, and during scheduled inspections) and whenever material repairs are made. |
| Container supports and foundation | Inspect container's supports and foundations. | Following a regular schedule (daily, monthly, annual, and during scheduled inspections) and whenever material repairs are made. |
| Liquid level devices (overfill) | Test for proper operation. | Monthly |
| All aboveground valves, piping, and appurtenances | Assess general condition of items, such as flange joints, expansion joints, valve glands and bodies, catch pans, pipeline supports, locking of valves, and metal surfaces. | Monthly |

### 3.7.1   Daily Inspection {tc "3.7.1 Daily Inspection " \l 3}

A NRRWF employee performs a complete walk-through of the facility each day. This daily visual inspection involves: (1) looking for tank/piping damage or leakage, stained or discolored soils, or excessive accumulation of water in diked and bermed areas; and (2) verifying that the dike drain valve is securely closed.

-16-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

### 3.7.2   Monthly Inspection {tc "3.7.2        Monthly Inspection " \l 3}

The checklist provided in Appendix C is used for monthly inspections by NRRWF personnel. The monthly inspections cover the following key elements:

- ☐ Observing the exterior of aboveground storage tanks, pipes, and other equipment for signs of deterioration, leaks, corrosion, and thinning.
- ☐ Observing the exterior of portable containers for signs of deterioration or leaks.
- ☐ Observing tank foundations and supports for signs of instability or excessive settlement.
- ☐ Observing the tank fill and discharge pipes for signs of poor connection that could cause a discharge, and tank vent for obstructions and proper operation.
- ☐ Verifying the proper functioning of overfill prevention systems.
- ☐ Checking the inventory of discharge response equipment and restocking as needed.

All problems regarding tanks, piping, containment, or response equipment must immediately be reported to the Facility Manager. Visible oil leaks from tank walls, piping, or other components must be repaired as soon as possible to prevent a larger spill or a discharge to navigable waters or adjoining shorelines. Pooled oil is removed immediately upon discovery.

Written monthly inspection records are signed by the Facility Manager and maintained with this SPCC Plan for a period of three years.

### 3.7.3   Annual Inspection

Facility personnel perform a more thorough inspection of facility equipment on an annual basis. This annual inspection complements the monthly inspection described above and is performed in June of each year using the checklist provided in Appendix C of this Plan.

The annual inspection is preferably performed after a large storm event in order to verify the imperviousness and/or proper functioning of drainage control systems.

Written annual inspection records are signed by the Facility Manager and maintained with this SPCC Plan for a period of three years.

### 3.7.4   Periodic Integrity Testing {tc "3.7.4        Periodic Integrity Testing " \l 3}

In addition to the above monthly and annual inspections by facility personnel, Tanks #1, 2, 3 are periodically evaluated (commencing 2019) by an outside certified tank inspector following the

-17-

Steel Tank Institute (STI) *Standard for the Inspection of Aboveground Storage Tanks*, SP-001, 2005 version, as described in Section 4.2.6 of this Plan.

## 3.8   Personnel, Training, and Discharge Prevention Procedures (40 CFR 112.7(f)) {tc "3.8      Personnel, Training, and Discharge Prevention Procedures (40 CFR 112.7(f)) " \l 2}

The Facility Manager is the facility designee and is responsible for oil discharge prevention, control, and response preparedness activities at this facility.

NRRWF management has instructed oil-handling facility personnel in the operation and maintenance of oil pollution prevention equipment, discharge procedure protocols, applicable pollution control laws, rules and regulations, general facility operations, and the content of this SPCC Plan. Any new facility personnel with oil-handling responsibilities are provided with this same training prior to being involved in any oil operation.

Annual discharge prevention briefings are held by the Facility Manager for all facility personnel involved in oil operations. The briefings are aimed at ensuring continued understanding and adherence to the discharge prevention procedures presented in the SPCC Plan. The briefings also highlight recently implemented precautionary measures and best practices. Facility operators and other personnel will have the opportunity during the briefings to share recommendations concerning health, safety, and environmental issues encountered during facility operations.

Records of the briefings and discharge prevention training are kept with the facility training records for a period of three years.

## 3.9   Security (40 CFR 112.7(g)) {tc "3.9  Security (40 CFR 112.7(g)) " \l 2}

The facility is surrounded by 8-ft tall security fencing along Neal Road. The fence secures the area of the facility that might be accessed by the public. The facility encompasses 190 acres and is surrounded by cattle grazing land on three sides.  A barbed wire fence is utilized on those sides of the property.  The entrance gates are locked when the facility is unattended.

Area lights illuminate the general area where petroleum products as stored. The lights are placed to allow for the discovery of discharges and to deter acts of vandalism.

The electrical starter controls for the oil pumps, including the fuel dispenser, are located in a inside the maintenance shop. The closet is locked when the pumps are not in use. The maintenance shop is locked when the facility is unattended.

The facility securely caps the loading/unloading connections of facility piping when not in service.

-18-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

## 3.10   Tank Truck Loading/Unloading Requirements (40 CFR 112.7(h)) {tc "3.10 Tank Truck Loading/Unloading Rack Requirements (40 CFR 112.7(h)) " \l 2}

NRRWF management is committed to ensuring the safe transfer of material to and from storage tanks. The following measures are implemented to prevent oil discharges during tank truck loading and unloading operations.

### 3.10.1  Secondary Containment (40 CFR 112.7(h)(1))

There is a remote possibility of a spill of the entire contents of a single compartment of a delivery tank truck (3,000 to 6,000 gallons) if any of the following equipment or procedural failures does occur:

- ☐ The tank on the delivery tank truck fails due to a collision
- ☐ The delivery tank truck piping fails
- ☐ The delivery tank truck valves fail
- ☐ The connection of the delivery hose to the tank or delivery tank truck fails, and the oil product transfer operations are unattended
- ☐ The delivery hose fails, and the oil product transfer operations are unattended

These failures are deemed unlikely to occur for the following reasons:

- ☐ Department of Transportation (DOT) requirements for delivery tank truck construction (49 CFR 178.338 - 345), and cargo tank operator inspection and testing requirements (49 CFR 180.407, 180.409), make delivery tank truck and associated equipment failure unlikely.
- ☐ The possibility of a collision is minimized by locating the oil product transfer areas outside normal traffic routes, and having vehicles obey on-site speed limits.
- ☐ The facility is designed for the movement of large trucks.

During transfer of diesel fuel from delivery truck to the facility's 8,000 gallon AST, trained operator will use a variety of portable secondary containment devices, including drip pans, as needed.

### {tc "3.10.1    Secondary Containment (40 CFR 112.7(h)(1)) " \l 3}
### 3.10.2  Loading/Unloading Procedures (40 CFR 112.7(h)(2) and (3)) {tc "3.10.2 Loading/Unloading Procedures (40 CFR 112.7(h)(2) and (3)) " \l 3}

All suppliers must meet the minimum requirements and regulations for tank truck loading/unloading established by the U.S. Department of Transportation. NRRWF ensures that the vendor understands the site layout, knows the protocol for entering the facility and unloading product, and has the necessary equipment to respond to a discharge from the vehicle or fuel delivery hose.

-19-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

The Facility Manager or his/her designee supervises oil deliveries for all new suppliers, and periodically observes deliveries for existing, approved suppliers.

Equipment filling operations (from mobile refueling truck) are performed by facility personnel trained in proper discharge prevention procedures. The mechanic or other trained facility personnel remain with the vehicle at all times while fuel is being transferred. To prevent overfilling, the mobile refueling truck is equipped with automatic shut off nozzles.  Transfer operations are performed according to the minimum procedures outlined in Table 3-3.

-20-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

**Table 3-3: Fuel Transfer Procedures**

| Stage | | Tasks |
|---|---|---|
| Prior to loading/ unloading | ☐ | Visually check all hoses for leaks and wet spots. |
| | ☐ | Verify that sufficient volume is available in the storage tank or truck. |
| | ☐ | If equipped, lock in the closed position all drainage valves of the secondary containment structure. |
| | ☐ | Secure the tank vehicle with wheel chocks and interlocks. |
| | ☐ | Ensure that the vehicle's parking brakes are set. |
| | ☐ | Verify proper alignment of valves and proper functioning of the pumping system. |
| | ☐ | If filling the refueling truck, inspect the lowermost drain and all outlets. |
| | ☐ | Establish adequate bonding/grounding prior to connecting to the fuel transfer point. |
| | ☐ | Turn off cell phone. |
| During loading/ unloading | ☐ | Driver must stay with the vehicle at all times during loading/unloading activities. |
| | ☐ | Periodically inspect all systems, hoses and connections. |
| | ☐ | When loading, keep internal and external valves on the receiving tank open along with the pressure relief valves. |
| | ☐ | When making a connection, shut off the vehicle engine. When transferring Class 3 materials, shut off the vehicle engine unless it is used to operate a pump. |
| | ☐ | Monitor the liquid level in the receiving tank to prevent overflow. |
| | ☐ | Monitor flow meters to determine rate of flow. |
| | ☐ | When topping off the tank, reduce flow rate to prevent overflow. |
| After loading/ unloading | ☐ | Make sure the transfer operation is completed. |
| | ☐ | Close all tank and loading valves before disconnecting. |
| | ☐ | Securely close all vehicle internal, external, and dome cover valves before disconnecting. |
| | ☐ | Secure all hatches. |
| | ☐ | Disconnect grounding/bonding wires. |
| | ☐ | Make sure the hoses are drained to remove the remaining oil before moving them away from the connection. Use a drip pan. |
| | ☐ | Cap the end of the hose and other connecting devices before moving them to prevent uncontrolled leakage. |
| | ☐ | Remove wheel chocks and interlocks. |
| | ☐ | Inspect the lowermost drain and all outlets on tank truck prior to departure. If necessary, tighten, adjust, or replace caps, valves, or other equipment to prevent oil leaking while in transit. |

-21-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

## 3.11   Brittle Fracture Evaluation (40 CFR 112.7(i)) {tc "3.11 Brittle Fracture Evaluation (40 CFR 112.7(i)) " \l 2}

None of the oil and fuel containers at the NRRWF have undergone any alteration or repair that could potentially cause a brittle failure.  As such no evaluation is necessary.

## 3.12   Conformance with State and Local Applicable Requirements (40 CFR 112.7(j)) {tc "3.12 Conformance with State and Local Applicable Requirements (40 CFR 112.7(j)) " \l 2}

All bulk storage tanks at this facility are listed in the Hazardous Material Response Plan submitted to Butte County Public Health, Division of Environmental Health under the CUPA program.

Storm water runoff is discharged to an intermittent stream as permitted under NPDES permit #CAS000001. The maximum allowable daily oil/grease concentration is 15 mg/L. Grab samples are taken each quarter, following the monitoring requirements specified in the NPDES permit.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

# PART 4: Discharge Prevention – SPCC Provisions for Onshore Facilities (Excluding Production Facilities){tc "PART 4\: Discharge Prevention – SPCC Provisions for Onshore Facilities (Excluding Production Facilities)"}

## 4.1   Facility Drainage (40 CFR 112.8(b)) {tc "4.1      Facility Drainage (40 CFR 112.8(b)) " \l 2}

*Note: A concrete dike is being constructed around the double-walled 8,000 gallon diesel AST (Tank #1) to include the area where the GasBoy fuel pumps are installed and where the mobile refueling truck is loaded.   Project is scheduled to be completed by the end of the year 2014.* Drainage from the concrete dike surrounding tank 1 will be restrained by a manually-operated gate valve to prevent a discharge from entering the facility drainage system. The gate valve is normally sealed closed, except when draining the secondary containment structure. The content of the secondary containment dike is inspected by facility personnel prior to draining to ensure that only oil-free water is allowed to enter the facility storm water drainage system. The bypass valve is opened and resealed under direct personnel supervision. Drainage events are recorded in the log included in Appendix D to this SPCC Plan.

The other ASTs containing oil are double-walled.  If a small spill occurred resulting from overfilling, the spill would be contained using spill kits.  In the event of a catastrophic failure of tanks 1, 2, 3, the discharge would move in a westerly direction approximately 350 feet where it would enter drainage facilities.  If not contained, the flow would ultimately be contained in a 2 million gallon drainage basin.

In addition to typical spill kit controls (booms, pads, portable dikes, etc), facility staff has access to a large stockpile of soil and equipment that would be used to contain any large flow prior to entering the drainage system.

## 4.2   Bulk Storage Containers (40 CFR 112.8(c)) {tc "4.2   Bulk Storage Containers (40 CFR 112.8(c)) " \l 2}

Table 4-1 summarizes the construction, volume, and content of bulk storage containers at NRRWF facility.

-23-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

### Table 4-1: List of Oil Containers

| Tank | Location | Type (Construction Standard) | Capacity (gallons) | Content | Discharge Prevention & Containment |
|------|----------|------------------------------|--------------------|---------|-------------------------------------|
| #1 | Fuel Storage / Dispensing Area | AST dual wall | 8,000 | Diesel | Double-wall Liquid level gauge. |
| #2 | Inside Maintenance Building | AST dual wall | 240 | Used oil – shop | Double-wall Liquid level gauge. |
| #3 | Agricultural Used Oil Shed | AST dual wall | 1,000 | Used oil - ag | Double-wall. Liquid level gauge. |
| #4 | Inside Maintenance Building | Steel drums | 55 | Motor oil, hydraulic oil, gear oil, various lubricants | Spill pallets with built-in containment capacity |
| #5 | Inside Maintenance Building - mobile | Steel Tanks (6) on mobile refueling truck (single wall) | 1,230 (730) | 730 g diesel, 100g motor oil, 100g used motor oil, 100g gear oil, 100g hydraulic oil, 100g misc oil | No secondary containment, daily visual inspection and repair as needed. Spill kit. |
| #6 | Inside Maintenance Building – mobile | Portable steel tank | 40 | Diesel | Metal secondary containment tray. |
| #7 | Inside Maintenance Building - mobile | Portable steel tank in back of service truck | 40 | Gasoline | Single wall tank, daily inspection, spill kit |

### 4.2.1   Construction (40 CFR 112.8 (c)(1))

All oil tanks used at this facility are constructed of steel, in accordance with industry specifications as described above. The design and construction of all bulk storage containers

-24-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

are compatible with the characteristics of the oil product they contain, and with temperature and pressure conditions.

Piping between fixed aboveground bulk storage tank #1 and fuel dispensing pump is made of steel and placed aboveground on appropriate supports designed to minimize erosion and stress.

### 4.2.2   Secondary Containment (40 CFR 112.8(c)(2)) {tc "4.2.2  Secondary Containment (40 CFR 112.8(c)(2)) " \l 3}

*Note: A concrete dike is being constructed around the double-walled 8,000 gallon diesel AST (Tank #1) to include the area where the GasBoy fuel pumps are installed and where the mobile refueling truck is loaded.   Project is scheduled to be completed by the end of the year 2014.*

A dike is provided around the double-walled AST used for storage of diesel fuel for equipment on site (tank #1). The purpose of the dike to provide an additional measure for any minor spill that might result from loading and unloading of the tank and/or mobile refueling truck.  Tank is equipped with liquid level indicator to prevent overfilling.  The liquid level in the bulk storage tank #1 is constantly monitored while it is being filled.

Portable secondary containment is utilized under the hose nozzles while loading the mobile refueling truck from the bulk storage tank (tank #1).  In addition a spill kit is located adjacent to the filling area and on the refueling truck.  Spill kit contains pads, dikes, and sorbent material is staged in the immediate area.  The mechanic / driver monitors the liquid level in the truck's mobile tank while it is being filled.

AST # 2, and #3 are double-walled.  Secondary containment is 110 percent of the tank capacity. Tanks are equipped with liquid level indicators and leak detection devices for the interstitial space.  Since the secondary containment is not open to precipitation, this volume is sufficient to fully contain the product in the event of a leak from the primary container.

The 55-gallon drums are placed on spill pallets inside the maintenance shop. Each spill pallet provides 75 gallons of containment capacity, which is more than the required 55 gallons for any single drum since the drums are not exposed to precipitation.

### 4.2.3   Drainage of Diked Areas (40 CFR 112.8(c)(3)) {tc "4.2.3  Drainage of Diked Areas (40 CFR 112.8(c)(3)) " \l 3}

The concrete dikes (when installed) are drained under direct supervision of facility personnel. The accumulated water is observed for signs of oil prior to draining. The gate valves are normally kept in a closed position and locked except when draining the dike. Dike drainage events are recorded on the form included in Appendix D of this Plan; records are maintained at the facility for at least three years.

-25-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

**4.2.4   Corrosion Protection (40 CFR 112.8(c)(4)) {tc "4.2.4      Corrosion Protection (40 CFR 112.8(c)(4)) " \l 3}**

This section is not applicable since there are no partially buried or bunkered storage tanks at this facility.

**4.2.5   Partially Buried and Bunkered Storage Tanks (40 CFR 112.8(c)(5)) {tc "4.2.5                Partially Buried and Bunkered Storage Tanks (40 CFR 112.8(c)(5)) " \l 3}**

This section is not applicable since there are no partially buried or bunkered storage tanks at this facility.

**4.2.6   Inspections and Tests (40 CFR 112.8(c)(6)) {tc "4.2.6      Inspections and Tests (40 CFR 112.8(c)(6)) " \l 3}**

Visual inspections of ASTs by facility personnel are performed according to the procedure described in this SPCC Plan. Leaks from tank seams, gaskets, rivets, and bolts are promptly corrected. Records of inspections and tests are signed by the inspector and kept at the facility for at least three years.

**4.2.7   Heating Coils (40 CFR 112.8(c)(7)) {tc "4.2.7      Heating Coils (40 CFR 112.8(c)(7)) " \l 3}**

The facility does not have any storage tanks with internal heating coils.

**4.2.8   Overfill Prevention Systems (40 CFR 112.8(c)(8)) {tc "4.2.8      Overfill Prevention Systems (40 CFR 112.8(c)(8)) " \l 3}**

All ASTs are equipped with liquid level indicators. Tank #3 is equipped with a high level indicator alarm. Tanks #1, and #2 are not equipped with alarms.  Personnel are trained to use liquid level devices to ensure adequate capacity is available before adding contents.  For the diesel bulk storage tank #1, facility supervisors record the liquid level of the tank before placing an order for a bulk fuel delivery.  When ordering, a 1,000 gallon buffer is factored in to ensure the tank is not overfilled

Storage drums are not refilled, and therefore overfill prevention systems do not apply.

Facility personnel are present throughout the filling operations to monitor the product level in the tanks.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

### 4.2.9   Effluent Treatment Facilities (40 CFR 112.8(c)(9)) {tc "4.2.9      Effluent Treatment Facilities (40 CFR 112.8(c)(9)) " \l 3}

The facility does not treat storm water discharged into the intermittent creek west of the property.  Storm water is observed and records maintained according to the frequency required by NPDES permit CAS000001 (at least once per month during rainy season).

### 4.2.10  Visible Discharges (40 CFR 112.8(c)(10)) {tc "4.2.10      Visible Discharges (40 CFR 112.8(c)(10)) " \l 3}

Visible discharges from any container or appurtenance – including seams, gaskets, piping, pumps, valves, rivets, and bolts – are quickly corrected upon discovery.

Oil is promptly removed from the diked area and disposed of according to the waste disposal method described in Part 5 of this Plan.

### 4.2.11  Mobile and Portable Containers (40 CFR 112.8(c)(11)) {tc "4.2.11      Mobile and Portable Containers (40 CFR 112.8(c)(11)) " \l 3}

Tanks located on the mobile refueling trucks are single-wall steel containers.  A portable 40 gallon tank used to refuel small equipment is equipped with a secondary container tray which provides for adequate secondary containment in the event of leaks in the primary container shell. The tanks and hoses on the mobile refueling truck are inspected daily for leaks or damage to the container and would be emptied and taken out of commission upon discovery.  Truck is equipped with spill kit.  Portable secondary container devices are used under the hose nozzle when the truck is being loaded from the bulk fuel tank (tank #1).

Small portable oil storage containers, such as 55-gallon drums, are stored inside the maintenance shop where secondary containment is provided by spill pallets and the floor is sloped to drain away from the floor drains and door. Any discharged material is quickly contained and cleaned up using sorbent pads and appropriate cleaning products.

## 4.3    Transfer Operations, Pumping, and In-Plant Processes (40 CFR 112.8(d)) {tc "4.3      Transfer Operations, Pumping, and In-Plant Processes (40 CFR 112.8(d)) " \l 2}

Transfer operations at this facility include:

< The filling of facility mobile refueling trucks using the diesel pump at bulk storage tank #1 and from the mobile refueling truck into the construction equipment.
< The transfer of diesel from tanker trucks at the loading rack/unloading area.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

All pipe supports are designed to minimize abrasion and corrosion and to allow for expansion and contraction. Pipe supports are visually inspected during the monthly inspection of the facility.

All aboveground piping and valves are examined monthly to assess their condition. Inspection includes aboveground valves, piping, appurtenances, expansion joints, valve glands and bodies, catch pans, pipeline supports, locking of valves, and metal surfaces. Observations are noted on the monthly inspection checklist provided in this Plan.

Aboveground piping is located within areas that are not accessible to vehicular traffic (e.g., inside diked area). K-rails and brightly painted bollards are placed where needed to prevent vehicular collisions with equipment.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

# Part 5: Discharge Response{tc "Part 5\: Discharge Response"}

This section describes the response and cleanup procedures in the event of an oil discharge. The uncontrolled discharge of oil to groundwater, surface water, or soil is prohibited by state and possibly federal laws. Immediate action must be taken to control, contain, and recover discharged product.

In general, the following steps are taken:

- <     Eliminate potential spark sources;
- <     If possible and safe to do so, identify and shut down source of the discharge to stop the flow;
- <     Contain the discharge with sorbents, berms, fences, trenches, sandbags, or other material;
- <     Contact the Facility Manager or his/her alternate;
- <     Contact regulatory authorities and the response organization; and
- <     Collect and dispose of recovered products according to regulation.

For the purpose of establishing appropriate response procedures, this SPCC Plan classifies discharges as either "minor" or "major," depending on the volume and characteristics of the material released.

A list of Emergency Contacts is provided in Appendix H. The list is also posted at prominent locations throughout the facility.

## 5.1 Response to a Minor Discharge {tc "5.1 Response to a Minor Discharge " \l 2}

A "minor" discharge is defined as one that poses no significant harm (or threat) to human health and safety or to the environment. Minor discharges are generally those where:

- <     The quantity of product discharged is small (e.g., may involve less than 10 gallons of oil);
- <     Discharged material is easily stopped and controlled at the time of the discharge;
- <     Discharge is localized near the source;
- <     Discharged material is not likely to reach water;
- <     There is little risk to human health or safety; and
- <     There is little risk of fire or explosion.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

Minor discharges can usually be cleaned up by NRRWF personnel. The following guidelines apply:

- < Immediately notify the Facility Manager.
- < Under the direction of the Facility Manager, contain the discharge with discharge response materials and equipment. Place discharge debris in properly labeled waste containers.
- < The Facility Manager will complete the discharge notification form (Appendix I) and attach a copy to this SPCC Plan.
- < If the discharge involves more than 10 gallons of oil, the Facility Manager will notify the appropriate agencies according to Table 5-1

## 5.2   Response to a Major Discharge {tc "5.2   Response   to   a   Major Discharge " \l 2}

A "major" discharge is defined as one that cannot be safely controlled or cleaned up by facility personnel, such as when:

- < The discharge is large enough to spread beyond the immediate discharge area;
- < The discharged material enters water;
- < The discharge requires special equipment or training to clean up;
- < The discharged material poses a hazard to human health or safety; or
- < There is a danger of fire or explosion.

In the event of a major discharge, the following guidelines apply:

- < All workers must immediately evacuate the discharge site via the designated exit routes and move to the designated staging areas at a safe distance from the discharge. Exit routes are included on the facility diagram and posted in the maintenance building, in the office building, and on the outside wall of the outside shed that contains the spill response equipment.
- < If the Facility Manager is not present at the facility, the senior on-site person notifies the Facility Manager of the discharge and has authority to initiate notification and response. Certain notifications are dependent on the circumstances and type of discharge. A discharge that threatens to run offsite may require immediate notification.
- < The Facility Manager (or senior on-site person) must call for medical assistance if workers are injured.
- < The Facility Manager (or senior on-site person) must notify the Fire Department or Police Department.
- < The Facility Manager (or senior on-site person) must call the spill response and cleanup contractors listed in the Emergency Contacts list in Appendix H.

-30-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

&lt;      The Facility Manager (or senior on-site person) must immediately contact agencies listed in the matrix of Table 5-1

&lt;      The Facility Manager (or senior on-site person) must record the call on the Discharge Notification form in Appendix I and attach a copy to this SPCC Plan.

&lt;      The Facility Manager (or senior on-site person) coordinates cleanup and obtains assistance from a cleanup contractor or other response organization as necessary.

If the Facility Manager is not available at the time of the discharge, then the next highest person in seniority assumes responsibility for coordinating response activities.

| TABLE 5-1 AGENCY NOTIFICATION AND REPORTING CHART | | | | |
|---|---|---|---|---|
| {PRIVATE }Release Situation | Immediate Report | Written Report | Report Due | Reference |
| CERCLA hazardous substances (40 CFR, Part 302.4) above the reportable quantity (RQ) | NRC / CalEMA / Butte County Environmental Health / DTSC | CalEMA / DTSC | No later than thirty days | CERCLA / SARA / RCRA / CA Health and Safety Code / CCR, Title 22 |
| Extremely hazardous substance (40 CFR, Part 355) above RQ | NRC / CalEMA / Butte County Environmental Health / DTSC | CalEMA / DTSC | No later than thirty days | SARA / CA Health and Safety Code / CCR, Title 22 |
| California hazardous substance (CA Health and Safety Code) | CalEMA / Butte County Environmental Health / DTSC | CalEMA / DTSC | No later than thirty days | CA Health and Safety Code / CCR, Title 22 |
| Oil or fuel, more than 42 gallons | NRC / CalEMA / RWQCB / Butte County Environmental Health / possibly CA Fish and Game | If required | RWQCB - No later than thirty days | CA Water Code, Section 13272 |
| Leaks from under ground storage tanks | NA – No UST | NA | NA | CCR, Title 13, CA Heath and Safety Code |
| Release to sewer | NA – No Sewer | NA | NA | Clean Water Act / CA Water Code |
| Release to air | Butte County AQMD (within 2 hours or next working day) | As required by Butte Co. AQMD | As required by Butte Co. AQMD | Rule 200 & 201 |

-31-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

| Oil or fuel, more than 1,000 gallons or "harmful quantity" or RQ substance into or upon navigable waters | NRC / CalEMA / Butte County Environmental Health / DTSC / RWQCB / possibly CA Fish and Game | EPA Region IX / DTSC / RWQCB | EPA - No later than sixty days / DTSC / RWQCB - No later than thirty days | Clean Water Act / CA Water Code / CA Health and Safety Code |
|---|---|---|---|---|

## 5.3    Waste Disposal {tc "5.3        Waste Disposal " \l 2}

Wastes resulting from a minor discharge response will be containerized in impervious bags, drums, or buckets. The facility manager will characterize the waste for proper disposal and ensure that it is removed from the facility by a licensed waste hauler within two weeks.

Wastes resulting from a major discharge response will be removed and disposed of by a cleanup contractor.

## 5.4    Discharge Notification {tc "5.4        Discharge Notification " \l 2}

Any size discharge (i.e., one that creates a sheen, emulsion, or sludge) that affects or threatens to affect navigable waters or adjoining shorelines must be reported immediately to the National Response Center (1-800-424-8802). The Center is staffed 24 hours a day.

A summary sheet is included in Appendix I to facilitate reporting. The person reporting the discharge must provide the following information:

☐    Name, location, organization, and telephone number
☐    Name and address of the party responsible for the incident
☐    Date and time of the incident
☐    Location of the incident
☐    Source and cause of the release or discharge
☐    Types of material(s) released or discharged
☐    Quantity of materials released or discharged
☐    Danger or threat posed by the release or discharge
☐    Number and types of injuries (if any)
☐    Media affected or threatened by the discharge (i.e., water, land, air)
☐    Weather conditions at the incident location
☐    Any other information that may help emergency personnel respond to the incident

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
*Spill Prevention, Control, and Countermeasure (SPCC) Plan*

Contact information for reporting a discharge to the appropriate authorities is listed in Appendix H and is also posted in prominent locations throughout the facility (e.g., in the office building, in the maintenance building, and at the loading rack/unloading area).

In addition to the above reporting, 40 CFR 112.4 requires that information be submitted to the United States Environmental Protection Agency (EPA) Regional Administrator and the appropriate state agency in charge of oil pollution control activities (see contact information in Table 5-1) whenever the facility discharges (as defined in 40 CFR 112.1(b)) *more than 1,000 gallons of oil in a single event,* or discharges (as defined in 40 CFR 112.1(b)) *more than 42 gallons of oil in each of two discharge incidents within a 12-month period.* The following information must be submitted to the EPA Regional Administrator and to MADEP within 60 days:

< Name of the facility;
< Name of the owner/operator;
< Location of the facility;
< Maximum storage or handling capacity and normal daily throughput;
< Corrective action and countermeasures taken, including a description of equipment repairs and replacements;
< Description of facility, including maps, flow diagrams, and topographical maps;
< Cause of the discharge(s) to navigable waters and adjoining shorelines, including a failure analysis of the system and subsystem in which the failure occurred;
< Additional preventive measures taken or contemplated to minimize possibility of recurrence; and
< Other pertinent information requested by the Regional Administrator.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

A standard report for submitting the information to the EPA Regional Administrator and to MADEP is included in Appendix K of this Plan.

## 5.5   Cleanup Contractors and Equipment Suppliers {tc "5.5      Cleanup Contractors and Equipment Suppliers " \l 2}

Contact information for specialized spill response and cleanup contractors are provided in Appendix H. These contractors have the necessary equipment to respond to a discharge of oil that affects onsite or offsite locations such as the intermittent stream, including floating booms and oil skimmers.

Spill kits are located at the bulk fuel area, inside the maintenance building and at the agricultural used oil area. The inventory is checked on a monthly basis. Additional supplies and equipment are ordered as needed.

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

**Figure A-1**: Site Plan.

## Appendix A{tc "Appendix A"}



{tc "Site Plan
and Facility Diagram"}

-35-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

**Figure A-2**: Facility Diagram



*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# Appendix B{tc "Appendix B"}
# Substantial Harm Determination{tc "Substantial Harm Determination"}

Facility Name:          NRRWF Company
Facility Address:       1023 Neal Road
                        Paradise, CA 95969

1. Does the facility transfer oil over water to or from vessels and does the facility have a total oil storage capacity greater than or equal to 42,000 gallons?
   Yes            No

2. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons and does the facility lack secondary containment that is sufficiently large to contain the capacity of the largest aboveground oil storage tank plus sufficient freeboard to allow for precipitation within any aboveground storage tank area?
   Yes            No

3. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons and is the facility located at a distance (as calculated using the appropriate formula in 40 CFR part 112 Appendix C, Attachment C-III or a comparable formula) such that a discharge from the facility could cause injury to fish and wildlife and sensitive environments?
   Yes            No

4. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons and is the facility located at a distance (as calculated using the appropriate formula in 40 CFR part 112 Appendix C, Attachment C-III or a comparable formula) such that a discharge from the facility would shut down a public drinking water intake?
   Yes            No

5. Does the facility have a total oil storage capacity greater than or equal to 1 million gallons and has the facility experienced a reportable oil spill in an amount greater than or equal to 10,000 gallons within the last 5 years?
   Yes            No

## Certification {tc "Certification " \l 2}
I certify under penalty of law that I have personally examined and am familiar with the information submitted in this document, and that based on my inquiry of those individuals responsible for obtaining this information, I believe that the submitted information is true, accurate, and complete.

Signature                          Facility Manager

Bill Mannel                        October 31, 2014
Name (type or print)               Date

-37-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

# APPENDIX C{tc "APPENDIX C"}
# Facility Inspection Checklists{tc "Facility Inspection Checklists"}

The following checklists are to be used for monthly and annual facility-conducted inspections. Completed checklists must be signed by the inspector and maintained at the facility, with this SPCC Plan, for at least three years.

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# Monthly Inspection Checklist{tc "Monthly Inspection Checklist"}

This inspection record must be completed *each month* except the month in which an annual inspection is performed. Provide further description and comments, if necessary, on a separate sheet of paper and attach to this sheet. *Any item that receives "yes" as an answer must be described and addressed immediately.

| | Y* | N | Description & Comments |
|---|---|---|---|
| **Storage tanks** | | | |
| Tank surfaces show signs of leakage | | | |
| Tanks are damaged, rusted or deteriorated | | | |
| Bolts, rivets, or seams are damaged | | | |
| Tank supports are deteriorated or buckled | | | |
| Tank foundations have eroded or settled | | | |
| Level gauges or alarms are inoperative | | | |
| Vents are obstructed | | | |
| Secondary containment is damaged or stained | | | |
| Water/product in interstice of double-walled tank | | | |
| Dike drainage valve is open or is not locked | | | |
| **Piping** | | | |
| Valve seals, gaskets, or other appurtenances are leaking | | | |
| Pipelines or supports are damaged or deteriorated | | | |
| Joints, valves and other appurtenances are leaking | | | |
| Buried piping is exposed | | | |
| **Loading/unloading and transfer equipment** | | | |
| Loading/unloading rack is damaged or deteriorated | | | |
| Connections are not capped or blank-flanged | | | |
| Secondary containment is damaged or stained | | | |
| Berm drainage valve is open or is not locked | | | |
| **Security** | | | |
| Fencing, gates, or lighting is non-functional | | | |
| Pumps and valves are locked if not in use | | | |
| **Response Equipment** | | | |
| Response equipment inventory is complete | | | |

Date: _____     Signature: _____

-39-

*Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538*

*October 2014
Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# Annual Facility Inspection Checklist{tc "Annual Facility Inspection Checklist"}

This inspection record must be completed *each year*. If any response requires further elaboration, provide comments in Description & Comments space provided. Further description and comments, if necessary, must be provided on a separate sheet of paper and attached to this sheet. *Any item that receives "yes" as an answer must be described and addressed immediately.

|  | Y* | N | Description & Comments |
|---|---|---|---|
| **Storage tanks** | | | |
| *Tank #1* | | | |
| *Tank surfaces show signs of leakage* | | | |
| *Tank is damaged, rusted or deteriorated* | | | |
| *Bolts, rivets or seams are damaged* | | | |
| *Tank supports are deteriorated or buckled* | | | |
| *Tank foundations have eroded or settled* | | | |
| *Level gauges or alarms are inoperative* | | | |
| *Vents are obstructed* | | | |
| *Tank #2* | | | |
| *Tank surfaces show signs of leakage* | | | |
| *Tank is damaged, rusted, or deteriorated* | | | |
| *Bolts, rivets, or seams are damaged* | | | |
| *Tank supports are deteriorated or buckled* | | | |
| *Tank foundations have eroded or settled* | | | |
| *Level gauges or alarms are inoperative* | | | |
| *Vents are obstructed* | | | |
| *Tank #3* | | | |
| *Tank surfaces show signs of leakage* | | | |
| *Tank is damaged, rusted, or deteriorated* | | | |
| *Bolts, rivets, or seams are damaged* | | | |
| *Tank supports are deteriorated or buckled* | | | |
| *Tank foundations have eroded or settled* | | | |
| *Level gauges or alarms are inoperative* | | | |
| *Vents are obstructed* | | | |
| *Mobile Refueling Truck Tanks* | | | |
| *Tank surfaces show signs of leakage* | | | |
| *Tank is damaged, rusted or deteriorated* | | | |
| *Bolts, rivets or seams are damaged* | | | |
| *Tank supports are deteriorated or buckled* | | | |
| *Tank foundations have eroded or settled* | | | |
| *Level gauges or alarms are inoperative* | | | |
| *Vents are obstructed* | | | |
| *Oil is present in the interstice* | | | |
| *Tank (to be used if tank added to inventory)* | | | |

-40-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

|  | Y* | N | Description & Comments |
|---|---|---|---|
| *Tank surfaces show signs of leakage* | | | |
| *Tank is damaged, rusted, or deteriorated* | | | |
| *Bolts, rivets, or seams are damaged* | | | |
| *Tank supports are deteriorated or buckled* | | | |
| *Tank foundations have eroded or settled* | | | |
| *Level gauges or alarms are inoperative* | | | |
| *Leakage in exhaust from heating coils* | | | |
| **Concrete dike** | | | |
| *Secondary containment is stained* | | | |
| *Dike drainage valve is open or is not locked* | | | |
| *Dike walls or floors are cracked or are separating* | | | |
| *Dike is not retaining water (following large rainfall)* | | | |
| **Piping** | | | |
| *Valve seals or gaskets are leaking* | | | |
| *Pipelines or supports are damaged or deteriorated* | | | |
| *Joints, valves and other appurtenances are leaking* | | | |
| *Warning signs are missing or damaged* | | | |
| **Loading/unloading and transfer equipment** | | | |
| *Loading/unloading connections damaged or deteriorated* | | | |
| *Connections are not capped or blank-flanged* | | | |
| *Rollover berm is damaged or stained* | | | |
| *Berm drainage valve is open or is not locked* | | | |
| *Drip pans have accumulated oil or are leaking* | | | |
| **Security** | | | |
| *Fencing, gates, or lighting is non-functional* | | | |
| *Pumps and valves are not locked (and not in use)* | | | |
| **Response equipment** | | | |
| *Response equipment inventory is incomplete* | | | |

**Annual reminders:**
<    Hold SPCC Briefing for all oil-handling personnel (and update briefing log in the Plan);
<    Check contact information for key employees and response/cleanup contractors and update them in the Plan as needed;

**Additional Remarks:**

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
*Spill Prevention, Control, and Countermeasure (SPCC) Plan*

Date: _____          Signature: _____

# APPENDIX D{tc "APPENDIX D"}
# Record of Containment Dike Drainage{tc "Record of Containment Dike Drainage"}

This record must be completed when rainwater from diked areas is drained into a storm drain or into an open watercourse, lake, or pond, and bypasses the water treatment system. The bypass valve must normally be sealed in closed position. It must be opened and resealed following drainage under responsible supervision.

| Date | Diked Area | Presence of | Time | Time | Signature |
|------|-----------|-------------|------|------|-----------|
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |
|      |           |             |      |      |           |

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03

*Spill Prevention, Control, and Countermeasure (SPCC) Plan*

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# APPENDIX E{tc "APPENDIX E"}
# Record of Annual Discharge Prevention {tc "Record of Annual Discharge Prevention "}
# Briefings and Training

Briefings will be scheduled and conducted by the facility owner or operator for operating personnel at regular intervals to ensure adequate understanding of this SPCC Plan. The briefings will also highlight and describe known discharge events or failures, malfunctioning components, and recently implemented precautionary measures and best practices. Personnel will also be instructed in operation and maintenance of equipment to prevent the discharge of oil, and in applicable pollution laws, rules, and regulations. Facility operators and other personnel will have an opportunity during the briefings to share recommendations concerning health, safety, and environmental issues encountered during facility operations.

| Date | Subjects Covered | Employees in Attendance | Instructor(s) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

-44-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

|  |  |  |  |
|---|---|---|---|

# APPENDIX G{tc "APPENDIX G"}
# Records of Tank Integrity and Pressure Tests{tc "Records of Tank Integrity and Pressure Tests"}

Attach copies of official records of tank integrity and pressure tests.

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

# APPENDIX H{tc "APPENDIX H"}
## Emergency Contacts

| Firm / Agency | Address | Telephone | Notes |
|---|---|---|---|
| **Facility Information** | | | |
| Neal Road Recycling and Waste Facility | 1023 Neal Road Paradise, CA 95969 | 530.345.2326 (scale house) 530.879.2355 (office fax) | |
| **Contact Information** | | | |
| Bill Mannel | | 530.872.6681 (home) 530.893.8748 (mobile) | |
| **Medical Providers** | | | |
| Enloe Hospital | | | |
| **Butte County Agencies** | | | |
| Fire Department | | 911 or 530.872.6264 | |
| Police Department | | 911 or 530.872.6241 | |
| Public Works | | 530.538-7681 | |
| **Butte County Agencies** | | | |
| Office of Emergency Services | 25 County Center Drive Oroville, CA 95965 | 530.538.7373 | |
| Environmental Health Department | 202 Mira Loma Drive Oroville, CA 95965 | 530.538.7281 | |
| Air Quality Management District | 629 Entler Ave., Suite 15 Chico, CA 95928 | 530.332.9400 530.332.9417 | |
| **State of California Agencies** | | | |
| Governor's Office of Emergency Services | 3650 Schriever Avenue Mather, CA. 95655 | 800.852.7550 | |
| Department of Toxic Substances Control | 8800 Cal Center Drive Sacramento, CA 95825 | 916.255.3200 | |
| Regional Water Quality Control Board - CVR | 415 Knollcrest Drive Redding, CA 96002 | 530.224.4845 | |
| California Department of Fish and Game, Region 2 | 1701 Nimbus Road Rancho Cordova, CA 95670 | 916.358.2929 | |
| Industrial Relations (Cal OSHA) | 2424 Arden Way Sacramento, CA 98825 | 916.263.2800 | |
| California Highway Patrol | 2072 3rd Street Oroville, CA 959 | 911 or 530.538.2700 | |

-46-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

| Federal Agencies | | | |
|---|---|---|---|
| National Response Center | | 800.424.8802 | |
| US Environmental Protection Agency Reg. IX | 75 Hawthorne Street San Francisco, CA 94105 | 415.744.1500 | |
| US Coast Guard | | 510.437.3073 | |
| **Vendors / Emergency Response Providers (Private)** | | | |
| NRC Environmental Services Inc. | 1111 Marauder Street Chico, CA 95973 | 800.343.5488 530.343.4356 (fax) | |
| Asbury Oil | 1618 Chico River Road Chico, CA 96928 | 530.345.9043 | |

{tc "Emergency Contacts"}

-47-

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
*Spill Prevention, Control, and Countermeasure (SPCC) Plan*

# APPENDIX I{tc "APPENDIX I"}
# Discharge Notification Form{tc "Discharge Notification Form"}

| Part A: Discharge Information | |
|---|---|
| General information when reporting a spill to outside authorities: | |
| Name: | Neal Road Recycling and Waste Facility |
| Address: | 1023 Neal Road |
| | Paradise, CA 95969 |
| Telephone: | (530) 879-2350 |
| Owner/Operator: | County of Butte |
| | 7 County Center Dr |
| | Oroville, CA 95965 |
| Primary Contact: | Bill Mannel, Facility Manager |
| | Work:        (530)879-2350 |
| | Cell (24 hrs):   (530)693-0131 |

| | |
|---|---|
| Type of oil: | Discharge Date and Time: |
| Quantity released: | Discovery Date and Time: |
| Quantity released to a waterbody: | Discharge Duration: |
| Location/Source: | |
| Actions taken to stop, remove, and mitigate impacts of the discharge: | |
| Affected media:<br>air<br>water<br>soil | storm water sewer/POTW<br>dike/berm/oil-water separator<br>other: _____ |
| Notification person: | Telephone contact:<br>Business:<br>24-hr: |
| Nature of discharges, environmental/health effects, and damages:<br><br>Injuries, fatalities or evacuation required? | |
| **Part B: Notification Checklist** | |

| | Date and time | Name of person receiving call |
|---|---|---|
| **Discharge in any amount** | | |

-48-

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
***Spill Prevention, Control, and Countermeasure (SPCC) Plan***

| | | |
|---|---|---|
| Bill Mannel, Facility Manager and Response Coordinator<br>(530) 879-2350 / (530) 693-0131 | | |
| **Discharge in amount exceeding 10 gallons and *not affecting a waterbody or groundwater*** | | |
| Local Fire Department<br>911 | | |
| Butte County Environmental Health<br>202 Mira Loma, Oroville, CA 95965<br>530-538-7281 | | |
| **Discharge in any amount and affecting (or threatening to affect) a waterbody** | | |
| Local Fire Department<br>911 | | |
| Governor's Office of Emergency Services<br>3650 Schriever Ave, Mather, CA 95655<br>8000-852-7550 | | |
| Department Toxic Substances Control<br>8800 Cal Center Dr., Sacramento, CA 95825<br>530-255-3200 | | |
| Regional Water Quality Control Board<br>415 Knollcrest Dr., Redding, CA 96002<br>530-224-4845 | | |
| CA Fish and Game, Region 2<br>1701 Nimbus Rd., Rancho Cordova, CA 95670<br>916-358-2929 | | |
| NRC Environmental Services Inc.<br>1111 Marauder St., Chico, CA 95973<br>800-343-5488 | | |

# APPENDIX K{tc "APPENDIX K"}
# Agency Notification Standard Report     {tc "Agency Notification Standard Report     "}

Information contained in this report, and any supporting documentation, must be submitted to the EPA Region 9 Regional Administrator, and to CA OES, within 60 days of the qualifying discharge incident.

| | |
|---|---|
| **Facility:** | *Neal Road Recycling and Waste Facility* |
| **Owner/operator:** | *County of Butte* |
| **Name of person filing report:** | |
| **Location:** | *1023 Neal Road, Paradise, CA 95969* |
| **Maximum storage capacity:** | *10,800 gallons* |
| **Daily throughput:** | *266 gallons (average 30) maximum 6,000 gal/d* |

**Nature of qualifying incident(s):**

_____ Discharge to navigable waters or adjoining shorelines exceeding 1,000 gallons
_____ Second discharge exceeding 42 gallons within a 12-month period.

**Description of facility (attach maps, flow diagrams, and topographical maps):**

*NRRWF is a solid waste recycling and disposal facility.  A 8,000 gallon bulk fuel tank is used to store fuel for heavy equipment vehicles.  1,000 gallon and 240 gallon double walled tanks are used to store used motor oil collected from the public and generated from maintenance activities of facility's heavy equipment.*

**Agency Notification Standard Report (cont'd)**

*Neal Road Recycling and Waste*
*Facility Operations*
*CAH 111 000 926 / CAL 000 323 538*

*October 2014*
*Rev: 03*
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

**Cause of the discharge(s), including a failure analysis of the system and subsystems in which the failure occurred:**

**Corrective actions and countermeasures taken, including a description of equipment repairs and replacements:**

**Additional preventive measures taken or contemplated to minimize possibility of recurrence:**

Neal Road Recycling and Waste
Facility Operations
CAH 111 000 926 / CAL 000 323 538

October 2014
Rev: 03
**Spill Prevention, Control, and Countermeasure (SPCC) Plan**

**Other pertinent information:**



# Butte County

# INJURY and ILLNESS PREVENTION PLAN

# and

# SAFETY MANUAL

# Butte County Safety Manual

# Table of Contents

**Resolution No. 91-77 – Resolution Approving the Butte County Injury and Illness Prevention Program**

**Injury and Illness Prevention Program**

**Butte County Code of Safe Practices**

**Hazard Communication Program**

**Respiratory Protection Program**

**Lockout Procedure and Policy**

**Workplace Violence Policy (Guidelines for Security and Safety)**

**Confined Space Policy**

**Hearing Conservation Program**

**Fire Protection Plan**

**General Information**

**Summary of State and Federal Mandated Programs**

**Five Rules of Ladder Safety**

**Ergonomics**
- **What is carpal tunnel syndrome?**
- **Suggested Exercises to Prevent Carpal Tunnel Syndrome**
- **The Shoulder: Identified Risk Factors, Causes and Solutions**

**California Posting Requirements**

- EMERGENCY RESPONSE PLAN
- LANDFILL SAFE PRACTICES
- SPOTTER SAFETY
- EMPLOYEE (NEW) TRAINING

- LOAD CHECKING PROGRAM
- LFG MONITORING PROGRAM
- HEAT RELATED ILLNESS PREVENTION PROGRAM



*Resolution*   No. 91-77

### RESOLUTION APPROVING THE BUTTE COUNTY INJURY AND ILLNESS PREVENTION PROGRAM POLICY AND PROCEDURES MANUAL

**WHEREAS,** Senate Bill 198 which was passed in 1989 included a number of significant changes regarding safety and health in the workplace in California, the most significant of which added Labor Code Section 6401.7; and

**WHEREAS,** the California Code of Regulations, Title 8, Section 1509(2) of the Construction Orders, Section 3203 of the General Industry Safety Orders, and Labor Code Section 6401.7 directed the California Occupational Safety and Health Standards Board to adopt new regulatory requirements regarding an occupational injury and illness prevention program; and

**WHEREAS,** on July 1, 1991, every employer in California is required to have a written injury and illness prevention program, with no exceptions to this requirement; and

**WHEREAS,** it is the desire of the Butte County Board of Supervisors, in keeping with this policy, to define the County's Injury and Illness Prevention Program for compliance with the provisions of the California Code of Regulations, and the California Labor Code; and

**WHEREAS,** it is the policy of the Butte County Board of Supervisors to establish guidelines and procedures for the maintenance of an on-going Injury and Illness Prevention Program, in compliance with the California Code of Regulations. This is accomplished through safety and health inspections, accident investigations, employee training, and departmental safety representatives. Response to safety concerns will be given the highest priority at every level of the County.

**NOW, THEREFORE, BE IT RESOLVED** by the Butte County Board of Supervisors as follows:

-2-

1.   The County of Butte Injury and Illness Prevention Plan attached hereto is hereby adopted to become effective on July 1, 1991.

2.   The Chief Administrative Officer is responsible for the Injury and Illness Prevention Program for Butte County employees. This responsibility is hereby delegated to each department head, court officer and/or appointing authority.

3.   It is the responsibility of these persons to ensure the overall implementation of the Injury and Illness Prevention Program by directing the tasks identified in the plan.

PASSED AND ADOPTED by the Butte County Board of Supervisors this 25th day of June 1991 by the following vote:

AYES:  Supervisors McInturf, McLaughlin, Fulton and Chair Dolan

NOES:  None

ABSENT: None

NOT VOTING:  Supervisor Houx

JANE DOLAN, Chair, Butte County
Board of Supervisors

ATTEST:

WILLIAM H. RANDOLPH, Chief Administrative Officer
and Clerk of the Board of Supervisors

By:

# Appendix A:   Training Reporting Form

# Trained Team Member Log
## Stormwater Management Training Log and Documentation

Facility Name: <u>Neal Road Recycling & Waste Facility</u>

WDID #: <u>5R04I0000249</u>

Stormwater Management Topic: (check as appropriate)

☐ Good Housekeeping                    ☐ Preventative Maintenance

☐ Spill and Leak Prevention and Response        ☐ Material Handling and Waste
Management

☐ Erosion and Sediment Controls              ☐ Quality Assurance and Record
Keeping

☐ Advanced BMPs                      ☐ Visual Monitoring

☐ Stormwater Sampling and Analysis

Specific Training Objective: _____

Location: _____        Date: _____

Instructor:_____        Telephone: _____

Course Length (hours): _____

### Attendee Roster (Attach additional forms if necessary)

| Name | Company | Phone |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

As needed, add proof of external training (e.g., course completion certificates, credentials for QISP).

# Appendix B:   SWPPP Amendment Certification Form

**SWPPP Amendment No.** _____

Facility Name:  Neal Road Recycling & Waste Facility

WDID No.  5R04I0000249

### Legally Responsible Person's Certification of the
### Stormwater Pollution Prevention Plan Amendment

"This Stormwater Pollution Prevention Plan and attachments were prepared under my direction to meet the requirements of the California Industrial General Permit (SWRCB Order No. 2014-0057-DWQ)."

| | |
|---|---|
| _____ | _____ |
| LRP's Signature | Date |
| _____ | _____ |
| LRP Name | LRP Title |
| _____ | _____ |
| Title and Affiliation | Telephone |
| _____ | _____ |
| Address | Email |

## Appendix C:   BMP Implementation Log Form

**BMP IMPLEMENTATION LOG**

| Industrial Activity/Material and Location | BMP Description | Implementation Frequency | Implementation Description or Fact Sheet Reference | Person Responsible for Implementing BMP |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Appendix D:   Monthly BMP Observation Form

## MONTHLY BMP INSPECTION REPORT

| Date and Time of Inspection: | Date Report Written: |
|---|---|
| | |

### Part I. General Information

#### Site Information

Facility Name: Neal Road Recycling & Waste Facility

Facility Address: 1023 Neal Road, Paradise, CA

| Photos Taken:<br>(Circle one) | Yes | No | Photo Reference IDs: |
|---|---|---|---|

#### Weather

| Estimate storm beginning:<br>(date and time) | Estimate storm duration:<br>(hours) |
|---|---|
| Estimate time since last runoff from any drainage area:<br>(days or hours) | Rain gauge reading and location:<br>(in) |

Is a "Qualifying Storm Event" predicted or did one occur (i.e., discharge from site preceded by 48-hrs without discharge)?  (Y/N)
If yes, summarize forecast:

### Exception Documentation (explanation required if inspection could not be conducted).

#### Inspector Information

| Inspector Name: | Inspector Title: |
|---|---|
| Signature: | Date: |

| Part II. BMP Observations. Describe deficiencies in Part III. | | | |
|---|---|---|---|
| **Minimum BMPs (List and Inspect all BMPs Implemented)** | Failures or other Deficiencies (yes, no, N/A) | Action Required (yes/no) | Action Implemented (Date) |
| **Good Housekeeping** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Preventative Maintenance** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Spill and Leak Prevention and Response** | | | |
| | | | |
| | | | |
| | | | |
| **Materials Handling and Waste Management** | | | |
| | | | |
| | | | |
| | | | |
| **Erosion and Sediment Controls** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Part II. BMP Observations Continued. Describe deficiencies in Part III. | | | |
|---|---|---|---|
| **Advanced BMPs (List and Inspect all BMPs Implemented)** | Adequately designed, implemented and effective (yes, no, N/A) | Action Required (yes/no) | Action Implemented (Date) |
| **Exposure Minimization BMPs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Stormwater Containment and Discharge Reduction BMPs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Treatment Control BMPs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Advanced BMPs** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Part III. Descriptions of BMP Deficiencies | | |
|---|---|---|
| **Deficiency** | **Repairs Implemented:**<br>**Note - Repairs must be completed as soon as possible.** | |
| | **Repaired (Y/N)** | **Corrective Action Implemented** |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**Part IV. Additional Corrective Actions Required.** Identify additional corrective actions not included with BMP Deficiencies (Part III) above. Identify BMPs that need more frequent inspection. Note if SWPPP change is required.

| Required Actions | Implementation Date |
|---|---|
| | |
| | |
| | |

# Appendix E: Monthly Visual Observations Form

### *Monthly Visual Observation Log*

| Date and Time of Inspection: | Report Date: |
|---|---|

| Facility Name: |
|---|

| **Weather** |
|---|

| Antecedent Conditions (last 48 hours): | Current Weather: |
|---|---|

| **NSWD Observations** |
|---|

| Were any authorized non-stormwater discharges observed? | Yes ☐    No ☐ |
|---|---|
| Were any **<u>unauthorized</u>** non-stormwater discharges observed? | Yes ☐    No ☐ |

If yes to either, identify source:



| **Outdoor Industrial Equipment and Storage Area Observations** | |
|---|---|
| Complete Monthly BMP Inspection Report | Yes ☐    No ☐ |
| Drainage Area A: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |
| Drainage Area B: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |
| Drainage Area C: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |
| Drainage Area D: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |
| Drainage Area E: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |
| Drainage Area F: | Were any deficiencies or any other potential source of industrial pollutants observed?<br>Yes ☐ No ☐ |

If yes to any, describe:




| Exception Documentation (explanation required if inspection could not be conducted). |
|---|

| *Monthly Visual Observation Log* | |
|---|---|
| Date and Time of Inspection: | Report Date: |
| Inspector Information | |
| Inspector Name: | Inspector Title: |
| Signature: | Date: |

Record to be retained in File Category 40

# Appendix F: Storm Event Visual Observations Form

## *Sampling Event Visual Observation Log*

| Date and Time of Inspection: | Report Date: |
|---|---|

| Facility Name: |
|---|

### Weather

| Antecedent Conditions (last 48 hours): | Weather: |
|---|---|
| Precipitation Total: | Predicted % chance of rain: |

| Estimate storm beginning: _____ (date and time) | Estimate storm duration:_____ (hours) | Estimate time since last storm: _____ (days or hours) | Rain gauge reading:_ _____ (inches) |
|---|---|---|---|

### Sampling Event Observations

Observations: If yes identify location and observe drainage area to identify probable cause

| Odors | Yes ☐   No ☐ |
|---|---|
| Floating material | Yes ☐   No ☐ |
| Suspended Material | Yes ☐   No ☐ |
| Sheen | Yes ☐   No ☐ |
| Discolorations | Yes ☐   No ☐ |
| Turbidity | Yes ☐   No ☐ |

### NSWD Observations

| Were any authorized non-stormwater discharges observed? | Yes ☐ | No ☐ |
|---|---|---|
| Were any **unauthorized** non-stormwater discharges observed? | Yes ☐ | No ☐ |

If yes to either, identify source

### Drainage Area Observations

| Drainage Area | Deficiencies Noted |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Exception Documentation (explanation required if inspection could not be conducted).

| Sampling Event Visual Observation Log | |
|---|---|
| Date and Time of Inspection: | Report Date: |
| | |
| Inspector Information | |
| Inspector Name: | Inspector Title: |
| Signature: | Date: |

*Appendix G: Sampling Log*

| Sampling Log | | |
|---|---|---|
| Facility Name: | Date: | Time Start: |
| Sampler Name: | | |

| Field Meter Calibration | | |
|---|---|---|

pH Meter ID No./Description:

Calibration Date/Time:

| Field pH Measurements | | |
|---|---|---|
| Discharge Location Identifier | pH | Time |
| | | |
| | | |
| | | |
| | | |
| | | |

| Samples Collected | | |
|---|---|---|
| Discharge Location Identifier | Constituent | Time |
| | Oil and Grease | |
| | Total Suspended Solids | |
| | | |
| | | |
| | | |

Additional Sampling Notes:

Time End:

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

# *Appendix H: Chain-of-Custody*

**CHAIN-OF-CUSTODY**　　　　　　　　　　　　**DATE:**　　　　　　　　**Lab ID:**

| | | | | | | | | REQUESTED ANALYSIS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**DESTINATION LAB:**

ATTN:

**ADDRESS:**

**Office Phone:**

**Cell Phone:**

| **SAMPLED BY:** | | |
|---|---|---|
| **Contact:** | | |
| **Facility Name** | | |

| Client Sample ID | Sample Date | Sample Time | Sample Matrix | Container | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | # | Type | Pres. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**SENDER COMMENTS:**　　　　　　　　　　　　　　　　　　　**RELINQU**

| Signature: | |
|---|---|
| Print: | |
| Company: | |
| Date: | |

**LABORATORY COMMENTS:**　　　　　　　　　　　　　　　　　　**RECEI**

| Signature: | |
|---|---|
| Print: | |
| Company: | |
| Date: | |

## Appendix I:    Field Meter Owner's Manual (not used)

- Storm water sampling is conducted by an environmental consultant.

# *File Category 10: Employee Training Logs*

# Trained Team Member Log
## Stormwater Management Training Log and Documentation

Facility Name: <u>Neal Road Recycling & Waste Facility</u>

WDID #: <u>5R04I0000249</u>

Stormwater Management Topic: (check as appropriate)

- ☑ Good Housekeeping
- ☑ Spill and Leak Prevention and Response Management
- ☑ Erosion and Sediment Controls Keeping
- ☑ Advanced BMPs
- ☑ Stormwater Sampling and Analysis

- ☑ Preventative Maintenance
- ☑ Material Handling and Waste
- ☑ Quality Assurance and Record
- ☑ Visual Monitoring

Specific Training Objective: <u>Initial IGP Overview, BMP General Awareness</u>

Location: <u>NRRWF</u>          Date: <u>6/24/15</u>

Instructor: <u>H Cummings, PG 7732</u>     Telephone: <u>530-864-6971</u>

Course Length (hours): <u>1 hr.</u>

### Attendee Roster (Attach additional forms if necessary)

| Name | Company | Phone |
|------|---------|-------|
| Bill Manner | B.C.P.W. | 879-2350 |
| Doug Upton | B.C.P.W. | 518-0091 |
| Jimmie Galloway | B.C.P.W. | 228-8220 |
| Matt Dent | B.C.P.W. | 828-8875 |
| | | |
| | | |

As needed, add proof of external training (e.g., course completion certificates, credentials for QISP).

-762-

# File Category 20:   Certified SWPPP Amendments

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

# File Category 30:    BMP Implementation Logs

**BMP IMPLEMENTATION LOG**

| Industrial Activity/Material and Location | BMP Description | Implementation Frequency | Implementation Description or Fact Sheet Reference | Person Responsible for Implementing BMP |
|---|---|---|---|---|
| Area A, WMUs 1-3, LFG extraction wells and piping | House keeping Inspection Preventative Maintenance Spill & Leak Prevention and Response Material Handling & Waste Management Erosion and Sediment Controls Employee Training QA/Record Keeping Storm Water Containment and Discharge | Weekly | See Sections 4.1.1, through 4.1.7, and 4.2.2 | Solid Waste Manager, Site Supervisor |
| Area B, LFGTE Plant, Non-potable water storage | House keeping Inspection Preventative Maintenance Spill & Leak Prevention and Response Material Handling & Waste Management Erosion and Sediment Controls Employee Training QA/Record Keeping Storm Water Containment and Discharge | Daily | See Sections 4.1.1, through 4.1.7, and 4.2.2 | Solid Waste Manager, Site Supervisor |
| Area C, Temporary Storage of Recyclables | House keeping Inspection Preventative Maintenance Spill & Leak Prevention and Response Material Handling & Waste Management Erosion and Sediment Controls Employee Training QA/Record Keeping Exposure Min. BMPs Storm Water Containment and Discharge | Daily | See Sections 4.1.1, through 4.1.7, 4.2.1, and 4.2.2 | Solid Waste Manager, Site Supervisor |

## BMP IMPLEMENTATION LOG

| Industrial Activity/Material and Location | BMP Description | Implementation Frequency | Implementation Description or Fact Sheet Reference | Person Responsible for Implementing BMP |
|---|---|---|---|---|
| Area D, Steep slope above WMU 4 | Erosion and Sediment Controls Storm Water Containment and Discharge | | See Sections 4.1.1, through 4.1.7, and 4.2.2 | |
| Area E, WMU 4 | House keeping Inspection Preventative Maintenance Spill & Leak Prevention and Response Material Handling & Waste Management Erosion and Sediment Controls Employee Training QA/Record Keeping Exposure Min. BMPs Storm Water Containment and Discharge | Daily | See Sections 4.1.1, through 4.1.7, 4.2.1, and 4.2.2 | |
| Area F, Class II Surface Impoundments, PSB, Temp SW Basins, Inerts pile | House keeping Inspection Preventative Maintenance Spill & Leak Prevention and Response Material Handling & Waste Management Erosion and Sediment Controls Employee Training QA/Record Keeping Exposure Min. BMPs Storm Water Containment and Discharge | Daily | See Sections 4.1.1, through 4.1.7, 4.2.1, and 4.2.2 | |

# File Category 40:   Monthly BMP Observations Checklist

*File Category 50:   Weather Reports*

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

**File Category 60:   Monthly Visual Observations and Photos**

Project No. 70525-01
June 24, 2015

Industrial SWPPP for NRRWF
1023 Neal Road, Paradise, California

**File Category 70:   *Sampling Event Visual Observations***

*File Category 80:   Sampling Logs*