ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>     Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, AND DENNIS SCHMIDT,<br><br>     Defendants. | Case No: 2:20-cv-00123-DJC-DMC<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM CARLON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: February 29, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10, Hon. Daniel J. Calabretta<br>Trial Date: June 24, 2024 |

Brian D. Acree (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

William N. Carlon (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

Suppl. Decl. of W. Carlon in Support of P.'s Mot. for Partial Sum. Judg.  2  Case No. 2:20-cv-00123- DJC-DMC

I, William N. Carlon, declare:

1. I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2. I am one of the attorneys responsible for handling this lawsuit on behalf of Plaintiff California Open Lands.

3. A true and correct copy of excerpts of the transcript from the October 11, 2023 deposition of Defendant Eric Miller, in his capacity as the designated expert on behalf of Defendants, is attached to the Supplemental Appendix of Exhibits in Support of Plaintiff's Motion for Partial Summary Judgment ("Plaintiff's Supplemental Appendix"), filed concurrently, as Exhibit 30. This document was certified by the court reporter.

4. A true and correct copy of excerpts of the transcript from the October 25, 2023 deposition of Sean Covington, in his capacity as the designated expert on behalf of Defendants, is attached to Plaintiff's Supplemental Appendix as Exhibit 31. This document was certified by the court reporter.

5. A true and correct copy of a printout of the "Site Maps / Documents" tab found on the GeoTracker website for the Facility that I took on February 12, 2024 is attached to Plaintiff's Supplemental Appendix as Exhibit 32. This document was obtained from the State Water Resources Control Board GeoTracker database. GeoTracker is the Water Boards' data management system for sites that impact, or have the potential to impact, water quality in California, with emphasis on groundwater. GeoTracker also contains records for various unregulated projects as well as permitted facilities including: Irrigated Lands, Oil and Gas production, operating Permitted USTs, and Land Disposal Sites. GeoTracker makes data available to the public through this system. I have used the GeoTracker database hundreds of times in my more than eight years of handling water quality matters.

6. A true and correct copy of the Central Valley Regional Water Quality Control Board Notice of Violations, dated August 21, 2019 is attached to Plaintiff's

1  Supplemental Appendix as Exhibit 33.  This document was produced by Defendants in
2  response to a discovery request propounded by Plaintiff in this litigation.    I swear
3  under penalty of perjury under the laws of both California and the United States that the
4  foregoing is true and correct and that this declaration was executed on February 12,
5  2024 at Napa, California.

_____
William N. Carlon