ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

[Additional counsel listed on p. 2]

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>    Plaintiff,<br><br>  v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, AND DENNIS SCHMIDT,<br><br>    Defendants. | Case No: 2:20-cv-00123-DJC-DMC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO EVIDENCE, ECF NO. 95** |

1  Brian D. Acree (State Bar No. 202505)
   Law Office of Brian Acree
2  95 3rd Street, Second Floor
   San Francisco, CA 94103-3103
3  Tel: (510) 517-5196
   E-mail: brian@brianacree.com
4
5  William N. Carlon (State Bar No. 305739)
   Law Office of William Carlon
6  437 Post Street
   Napa, CA 94559
7  Tel: (530) 514-4115
   E-mail: william@carlonlaw.com
8
9  Attorneys for Plaintiff
   CALIFORNIA OPEN LANDS

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Response to Defendants' Objections to Evid.　　2　　Case No. 2:20-cv-00123- DJC-DMC

### I. The Evidence Plaintiff Submitted in Support of Its Reply Brief Is Not "New Evidence"

Once again, Defendants get the law wrong. While it is true that "new evidence" is not allowed to be submitted on reply, "evidence submitted with a reply brief is not new evidence when it is submitted to rebut arguments raised in the opposition brief." *Applied Materials, Inc. v. Demaray LLC*, No. 5:20-cv-05676-EJD, 2020 U.S. Dist. LEXIS 236758, 2020 WL 8515132, at *1 (N.D. Cal. Dec. 16, 2020) *See*, *Edwards v. Toys "R" Us*, 527 F.Supp. 2d 1197, 1205 n.31 (C.D. Cal. 2007); *Rayon-Terrell v. Contra Costa County*, 232 Fed. Appx. 626, 629 n.2 (9th Cir. 2007); *Flores v. Point Pickup Techs., Inc.*, No. 1:22-cv-00193-JLT-SKO, 2023 U.S. Dist. LEXIS 214714, at *8 (E.D. Cal. Dec. 1, 2023).

Here, Defendants object to evidence Plaintiff submitted in response to arguments raised in the opposition. ECF No. 95 at 2:17-19. However, the exhibits in question merely provide additional context to the facts raised by Plaintiff in the Motion and disputed by Defendants in the Opposition. The evidence submitted on Reply was not advancing some new legal theory or claim, but rather rebuts the specific arguments that Defendants raised in their Opposition. Exhibit 30 provides deposition testimony that directly rebuts Defendants' opening to their Opposition. Exhibits 31 and 32 provide additional context to Defendants' experts' statements. Exhibit 33 rebuts a claim made by Defendants about the authenticity of a document submitted in support of the Motion. Therefore, the evidence submitted with the Reply is not "new evidence."

The Court should not grant a sur-reply. "With its objections to the evidence . . . defendant has amply argued its position concerning the 'new evidence' and therefore, there is no need for a sur-reply." *Koerner v. Grigas*, 328 F.3d 1039, 1048-49 (9th Cir. 2003). Here, Defendants' objections to evidence have already provided Defendants a chance to respond.

Respectfully Submitted,  
Date: February 13, 2024

LAW OFFICE OF WILLIAM CARLON  
By:   /s/ William Carlon  
Attorney for Plaintiff  
CALIFORNIA OPEN LANDS

Plaintiff's Response to Defendants' Objections to Evid.     3     Case No. 2:20-cv-00123- DJC-DMC