# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| CALIFORNIA OPEN LANDS ) | |
| _Plaintiff_ ) | |
| v. ) | Case No. 2:20-cv-00123-DJC-DMC |
| BUTTE COUNTY DEPT. OF PUBLIC WORKS, et al. ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CALIFORNIA OPEN LANDS

Date: 2/21/2024

_[signature]_
_Attorney's signature_

BRIAN ACREE, Cal Bar 202505
_Printed name and bar number_

Law Offices of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
_Address_

brian@brianacree.com
_E-mail address_

(510) 517-5196
_Telephone number_

_FAX number_