ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
Fax: (707) 782-4062
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

DIANE G. KINDERMANN (State Bar No. 144426)
GLEN C. HANSEN (State Bar No. 166923)
Abbott & Kindermann, Inc.
2100 21st Street
Sacramento, California 95818
Tel: (916) 456-9595
Fax: (916) 456-9599
E-mail: ghansen@aklandlaw.com
        dkindermann@aklandlaw.com

Attorneys for Defendants
BUTTE COUNTY DEPARTMENT OF
PUBLIC WORKS, DENNIS SCHMIDT,
ERIC MILLER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>                    Plaintiff,<br><br>          v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, a political subdivision of the State of California, DENNIS SCHMIDT, and individual, and ERIC MILLER, an individual,<br><br>                    Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**NOTICE OF COMPLETED AGENCY REVIEW; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

**TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency ("federal agencies") have now completed their review of the proposed consent decree settling this case. *See* 33 U.S.C. § 1365(c), requiring that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator;" and 40 C.F.R. § 135.5, requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c).

PLEASE TAKE FURTHER NOTICE that the federal agencies' June 28, 2024 letter confirming that they do not object to the entry of the proposed consent decree is attached hereto as **Exhibit 1**;

**NOW THEREFORE**, Plaintiff California Open Lands respectfully requests that the Court execute and enter the proposed consent decree, attached hereto as **Exhibit 2**, and dismiss the claims with prejudice, except to the extent provided for in the proposed consent decree to interpret, modify or enforce the proposed consent decree.

Date:  June 28, 2024                    LAW OFFICES OF ANDREW L. PACKARD

Andrew L. Packard
Attorneys for Plaintiff
California Open Lands