ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com

BRIAN D. ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, | Case No: 2:20-cv-00123-DJC-DMC |
| Plaintiff, | **DECLARATION OF ANDREW L. PACKARD IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, and DENNIS SCHMIDT, | Hearing Date: October 3, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10, Hon. Daniel J. Calabretta |
| Defendants. | |

I, ANDREW L. PACKARD, hereby declare under penalty of law that the following facts are true and correct:

1.    I make this declaration based on my own personal knowledge, and I am competent to testify to the matters set forth herein.

2.     My firm, together with the Law Office of Brian Acree and the Law Office of William Carlon, represented Plaintiff California Open Lands ("COL") in the above-captioned action.  I served as lead counsel.

3.     I am admitted to practice in the State of California and before all the United States District Courts of California, and am a member of good standing in the state bar.  I make this declaration in support of Plaintiff's Motion for Attorneys' Fees and Costs based on my personal knowledge, and I am competent to testify to the matters set forth herein.

**My Background and Experience**

4.     I earned my law degree from the Boston University School of Law in May 1993 and have been a member of the California Bar since December 1993.  Since 1997, my firm has represented dozens of local, regional and statewide environmental non-profit organizations and individuals in over 150 public interest cases to enforce environmental, consumer protection and "right-to-know" laws.  These citizen enforcement actions have been brought under the Clean Water Act ("CWA"), the Resource Conservation and Recovery Act ("RCRA"), California's Safe Drinking Water and Toxic Enforcement Act ("Proposition 65"), the California Business & Professions Code, and California Code of Civil Procedure section 1094.5.  In support of these cases, my firm regularly uses the provisions of the federal Freedom of Information Act, the California Public Records Act, and California's Strategic Lawsuits Against Public Participation ("SLAPP") statute.

5.     Over the past 27 years, my firm has been lead counsel in over ninety CWA cases, and has represented eight of the California chapters of the international Waterkeeper Alliance in connection with their CWA citizen suit enforcement programs.  My firm currently also represents the California Sportfishing Protection Alliance, the Mateel Environmental Justice Foundation, the Los Angeles Waterkeeper, and Californians for Alternatives to Toxics in connection with their statewide prosecution of Clean Water Act and Proposition 65 "Discharge to Drinking Water" cases.  This work has resulted in several significant published opinions in the United States District Courts of the Northern District of California, the Eastern District of California, and the Central District of California, as well as the Court of Appeals for the Ninth

1  Circuit.

2      6.      Over my 30 years of practicing public interest environmental law on behalf of

3  private clients, I have gained considerable experience negotiating, mediating and litigating

4  attorney fee recoveries.  In the course of this work experience, I have performed many hours of

5  research into prevailing attorney rates in various California legal markets and the case law

6  concerning attorney fee awards, including attorney fee awards by the District Court for the

7  Eastern and Northern Districts of California, the opinions expressed by other attorney fee

8  experts in declarations filed in fee motions, legal periodicals concerning attorney rates, and

9  discussions with other San Francisco Bay Area counsel concerning the rates they charge.

10      7.      In my annual re-setting of my firm's hourly rates for cases of this type, I have

11  relied primarily on market data and fee awards in cases involving citizen suit environmental

12  litigation in the San Francisco Bay Area.

13  **Procedural Background of the Case**

14                          *The Pre-Complaint Phase*

15      8.      Plaintiff's counsel initiated an investigation of the Facility in July of 2019.

16  After issuing public records act requests, assembling and analyzing publicly-available

17  documents comprising seven years of storm water sampling results, leachate spill

18  notifications, Annual Reports, Storm Water Pollution Prevent Plans ("SWPPPs") and

19  communications to and from the Central Valley Regional Water Quality Control Board

20  ("Regional Board"), the State Water Resources Control Board ("State Board"), and the

21  United States Army Corps of Engineers ("USACE"), and bringing a state court action against

22  the County for violations of its conservation easement, Plaintiff issued its Sixty-Day Notice of

23  Violation and Intent to Sue Letter ("Notice Letter") on November 15, 2019.  While the cases

24  involved substantially different areas of law, they shared a common set of facts.  My firm

25  had previously litigated a Clean Water Act case against the County regarding discharges from

26  the same landfill.

27      9.      It is my practice to seek an early settlement of my clients' cases in order that

28  the unlawful discharges at issue can be remediated as efficiently as possible.  To this end, I

Packard Dec ISO Motion              3          Case No.: 2:20-cv-00123-DJC-DMC
For Attorneys' Fees and Costs

generally request a meeting at the site, with experts present, for a robust, settlement-protected discussion, because my clients would rather see more time dedicated to addressing the pollution at issue, and less time to spent litigating the facts and frivolous defenses.  For example, the Notice Letter closed with the statement:

> We intend to file a citizen suit under Section 505(a) of the CWA against Butte County and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  *If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.*  (Emphasis added.)

10.     On December 4, 2019, I received a call from County counsel, Brunella Wood, the same attorney who had been representing the County regarding its refusal to produce documents in response to my client's public records requests dating back to July of 2019.  Ms. Wood asserted that the County was diligently responding to the Regional Board's 13267 Order ("Compliance Order") dated August 28, 2019, and that the County expected the State Board to assess administrative penalties for some or all of the violations described in the Notice Letter.  As a result, it was Ms. Wood's view that any court action filed by COL would be dismissed under the "diligent prosecution" bar to private actions under the CWA.  See 33 U.S.C. § 1319(g)(6).

11.     The parties were unable to make any further progress towards a settlement over the remainder of the 60-day notice period, and Plaintiff filed its Complaint on January 16, 2020.  The County did not pursue its arguments for dismissal and filed an answer on February 27, 2020.

*Early Settlement Efforts and Discovery*

12.     Despite filing the Complaint, Plaintiff continued to pursue a settlement of the action throughout the spring of 2020 -- and the onset of the pandemic: conducting a limited inspection of the easement parcel on February 21, 2020 with the client and local counsel; convening a settlement call on March 11, 2020 with the County's new outside counsel, Abbot & Kindermann; requesting and obtaining a settlement-protected site inspection, with

1    experts present, on May 27, 2020; and convening a second settlement call on July 2, 2020.

2        13.    In preparing their first joint status report in April of 2020, the parties

3    discussed the possibility of seeking an order referring the case to a settlement conference

4    with Magistrate Judge Kendall J. Newman.  ECF No. 11.  Settlement conferences were later

5    held with Magistrate Judge Newman on March 10, 2021, and again on June 29, 2022; neither

6    conference resolved the case.

7        14.    On July 8, 2020, COL finally received a formal written response to its

8    November 15, 2019 Notice Letter.  In its response, the County denied nearly every factual

9    allegation of the Notice Letter and Complaint, and misstated or evaded the legal arguments

10   set forth in the Complaint.  Under these circumstances, settlement discussions had plainly

11   reached an impasse.

12       15.    In the summer and fall of 2020, the parties exchanged initial disclosures and

13   propounded written discovery, culminating in a formal discovery inspection of the Facility on

14   December 3, 2020 and the production of over 5,900 documents.  This work also included the

15   developments of numerous admissions, which helped Plaintiff to narrow the factual and

16   legal issues in dispute, as well as provide an opening for a renewal of settlement discussions.

17       16.    In the fall of 2021, Plaintiff noticed a formal inspection of the Facility during a

18   rain event.  Defendants refused to allow Plaintiff to conduct the inspection, until compelled

19   to do so by court order.  ECF No. 31.  Defendants were also required to pay Plaintiff's

20   reasonable attorneys' fees and costs associated with obtaining the inspection and filing the

21   motion to compel.[1]

22                   *The First Formal Settlement Conference, March 10, 2021*

23       17.    The March 10, 2021, the parties met (by Zoom) with Magistrate Judge Newman

24   to settle both the federal and state actions.[2]

25       18.    In preparation for the conference, and at the direction of the Magistrate Judge,

26

27   [1] Plaintiff is not seeking these hours and costs in this motion.
     [2] In June 2020, COL brought a separate action in state court to enforce the terms of its
28   easement protecting a wetland preserve within the Facility's boundaries.

Plaintiff prepared a comprehensive settlement demand, including all injunctive terms needed to resolve both the CWA violations and the easement violations.

19.     The first conference did not result in a settlement of either action, and the parties proceeded with a second round of discovery work, lasting from May 2021 through April 2022, when it was decided that a second effort with Magistrate Judge Newman might be fruitful.

*The Second Formal Settlement Conference, June 29, 2022*

20.     The second conference with Magistrate Judge Newman was more productive than the first, insofar as the parties exchanged more detailed drafts of a potential consent decree.  However, it did not resolve the case, and the parties proceeded with another six months of discovery while at the same time continuing to keep the settlement discussion moving forward.  During this phase of the case, the County issued its first written discovery to which Plaintiff responded.

21.     By January 2023, the parties had reached an agreement that defense counsel agreed to submit to the Butte County Board of Supervisors.

22.     In early February, 2023, the Board of Supervisors rejected the agreement without explanation, presenting an apparently final impasse to resolving the case and necessitating the completion of discovery and the preparation of a motion for summary judgment.

23.     In March 2023, Plaintiff began conducting the depositions of the persons most knowledgeable designated to testify on behalf of the County.  These depositions carried on through June 2023, due to the County's designation of deponents who were not prepared to testify on the subject matters identified in Plaintiff's deposition notices.

24.     The Parties' expert reports were exchanged on July 15, 2023.  Defendants' first expert reports were wholly inadequate, and after Plaintiff brought this to Defendants' attention, Defendants' revised expert reports were provided on August 22, 2023.

25.     Defendants provided their rebuttal expert report on August 15, 2023, and Plaintiff provided its rebuttal expert report on September 22, 2023.

26.     Deposition of Defendants' four experts and Plaintiff's one expert took place in October, and expert discovery closed in November 2023.

*Plaintiff's Motion for Partial Summary Judgment filed January 18, 2024*

27.     The bulk of the summary judgment work and trial preparation in this case was deferred until all prospects for a settlement were exhausted, and discovery was completed, and took place in the last six months of the case, from November 2023 through April 2024.

28.     Following briefing, oral argument, and supplemental briefs and replies, the Court granted the motion, in part, on April 17, 2024, finding Defendants liable for violations of the CWA under the first cause of action (legally inadequate Storm Water Pollution Prevention Plan) and the third cause action (legally inadequate Monitoring Implementation Plan).  ECF No. 104. Rather than concede that Plaintiff was a prevailing party for purposes of streamlining this motion, Defendants agreed only to the following: "[a]s to the prevailing party issue, the Court's Order on the Plaintiff's Motion for Summary Adjudication [sic] speaks for itself."  **Exhibit 1** to this declaration is a true and correct copy of the parties' communications.

29.     Within twelve days of the Court's ruling on the motion, the parties reached terms on a fully-executed consent decree and submitted it to the Department of Justice for its statutorily-mandated review.

**Summary of Fees Sought and Method of Managing and Tracking Attorneys' Fees**

30.     By this motion, Plaintiff is seeking reimbursement of its reasonable attorneys' fees and costs incurred in bringing this action.  This declaration contains a detailed accounting of the fees sought as compensation for legal services from July 2019 through the present. Attached hereto as **Exhibit 2** are declarations of my co-counsel verifying that they have reviewed the hours and rates sought in this motion.

31.     In preparing this declaration, I have personally reviewed all of the over 1,300 billing entries in this case.

32.     All of the attorney hours for which recovery is sought in this motion are based on contemporaneous time records, to the tenth of an hour, prepared by the attorneys working on this case.  My firm maintains an electronic system for recording and managing time entries

using ToggalTrack™ and Time59™ billing programs, and for all costs incurred for individual matters.  Pursuant to the firm's regular timekeeping practices, Mr. Carlon and I recorded each task we performed and the time spent on each task on the same date that the task was performed.  Mr. Acree similarly maintains contemporaneous time records, recording each task that he performed and the time spent on the task, to the tenth of the hour, on the same date that the task was performed.

33.    I personally oversaw assignments and ensured the appropriate delegation of tasks based on seniority and billing rate.  I leveraged the time of my associate, for example, by assigning him to conduct fact and legal research, issue Public Records Act requests to support the allegations in the Notice Letter, conduct the majority of the discovery, and lead the briefing on the motion for partial summary adjudication.  As the junior lawyer, and lowest biller, Mr. Carlon's time accounts for approximately 60% of the hours billed in this matter.

34.    As described more fully below, I also exercised my professional judgment to ensure that the present fee application represents only those efficient legal service hours reasonably expended in this litigation, further streamlining and eliminating any potential duplication of efforts by different attorneys.  For example, the case involved three attorneys working in different offices, requiring a fair number of conferences to coordinate tasks, strategize about motions and procedure, and discuss theories of liability and the proof required to make the case.  However, as a matter of billing judgment, not every attorney billed for every call on which they were present, even though these types of communications were necessary and reasonable for the prosecution of the case.  The attorneys thus reduced billing by over 30 hours on this basis.

35.    Attached as **Exhibit 3** is a summary of costs that were necessarily incurred as part of this litigation, together with the receipts for these expenses.  In my experience, costs associated with environmental matters such as this can easily exceed $100,000, and here, given how close this case made it to trial, these costs are comparatively low.

36.    Attached as **Exhibit 4** to this declaration is a spreadsheet covering the time records of the timekeepers whom Plaintiff is requesting fees, along with their hourly rate, by

1    year of practice.

2    **Biographical Information on the Attorneys Seeking Fees in this Motion**

3    37.    **ANDREW L. PACKARD**.  My background and experience are set forth in

4    Paragraphs 4 – 6, above.  In this action, I was responsible for the management of all aspects of

5    this case, including client and expert communications, and delegating assignments to my senior

6    associate.  My senior associate, William Carlon, led in the development of the factual record,

7    the preparation of the motion for partial summary judgment, and trial preparation; I led in all

8    aspects of the formal and informal settlement processes, as well as communications with state

9    and federal agencies.

10    38.    This motion seeks reimbursement for 337.9 hours of my work on this case.  See

11    **Exhibit 4**, attached hereto.  I have set my hourly billing rate for purposes of this action at $1,015

12    per hour.  In my opinion, this rate is well within the reasonable 2024 market rate in the San

13    Francisco Bay Area for an attorney with my skill, experience and reputation.  To calculate my

14    hourly rate, my co-counsel and I performed an extensive review of fee awards in cases involving

15    citizen suit environmental enforcement actions in the Northern District of California.  This rate

16    is also informed by my discussions with my expert on attorneys' fees, Richard Pearl, whose

17    declaration in support of this motion is filed herewith.

18    39.    **WILLIAM CARLON**.  Mr. Carlon has practiced law in California for eight years.  He

19    was admitted to the California bar on December 3, 2015.  In February 2016, he joined my firm

20    and began litigating various environmental enforcement cases, including cases under the Clean

21    Water Act and Proposition 65.  Before joining the California bar, Mr. Carlon earned a Bachelor

22    of Arts degree in Communications from the University of California, Davis in 2010.  After

23    working for a year and a half at the Butte County District Attorney's Office he earned his law

24    degree at the University of Oregon School of Law in 2015.  During law school, he worked as a

25    summer associate at the Crag Law Center in Portland, OR, and externed at the United States

26    Federal District Court for the District of Oregon, in Eugene, OR.  He has represented Californians

27    for Alternatives to Toxics, the California Sportfishing Protection Alliance, and Los Angeles

28    Waterkeeper in several CWA enforcement actions against industrial facilities that discharge

1    storm water in violation of their permit requirements.  In January 2024, Mr. Carlon opened his

2    own law office in Napa, California, and has continued litigating cases under the Clean Water Act

3    and Proposition 65, as well as the Endangered Species Act, the Resource Conservation and

4    Recovery Act, and the Administrative Procedures Act.

5        40.    In this case, Mr. Carlon was tasked with developing the evidentiary record,

6    obtaining documents through the California Public Records Act, drafting the Notices and

7    Complaints, propounding discovery, conducting depositions, drafting the motion for partial

8    summary judgment, conducting legal and factual research, and preparation for trial.

9        41.    This motion seeks reimbursement for 660.4 hours of Mr. Carlon's work on this

10   case.  See **Exhibits 2** and **4**.  In consultation with Mr. Carlon, I have set Mr. Carlon's hourly

11   billing rate for the purposes of this action at $730 per hour.  In my opinion, this rate is well

12   within the reasonable 2024 market rate in the San Francisco Bay Area for an attorney with Mr.

13   Carlon's skill, experience, and reputation.  To calculate his hourly rate, my co-counsel and I

14   performed an extensive review of fee awards in cases involving citizen suit environmental

15   enforcement actions in the Northern District of California.  This rate is also informed by my

16   discussions with my expert on attorneys' fees, Richard Pearl, whose declaration in support of

17   this motion is filed herewith.

18       42.    **BRIAN ACREE**.  Mr. Acree graduated with highest honors from Golden Gate

19   University School of Law in San Francisco and has been a member of the California State Bar for

20   twenty-four years.  He was an editor of the Golden Gate University Law Review and earned

21   specialization certificates in environmental and public interest law.  He also worked as a

22   student attorney for the Golden Gate University School of Law Environmental Law and Justice

23   Clinic, where he represented non-profit organizations and in Clean Water Act, CERCLA, and

24   RCRA litigation.  He also worked as a law clerk for Lead Safe California where he assisted in

25   drafting model lead hazard abatement legislation.  In May 2003, he was awarded Golden Gate

26   University School of Law's "Judith G. McKelvey Award for Outstanding Achievement as an

27   Alumnus."

28       43.    Since joining the bar, Mr. Acree has worked as a sole practitioner, and has served

1   as either lead counsel or co-counsel in environmental matters involving the Clean Water Act,

2   RCRA, the California Environmental Quality Act, and various government transparency statutes,

3   including the Brown Act and the California Public Records Act.  He has appeared and argued

4   before the California Court of Appeals for the Second and Third Appellate Districts, has litigated

5   cases in both federal and state courts throughout California, and has submitted amicus briefs

6   that were accepted for consideration by the California Supreme Court. He has also been

7   retained numerous times as a motion practice and brief writing consultant in both federal and

8   state cases, including cases argued before the California Supreme Court. The majority of his law

9   practice takes place in the San Francisco Bay area and the Los Angeles area, where he continues

10  to maintain office addresses.

11          44.     Although Mr. Acree contributed to all aspects of the case strategy, his primary

12  focus was on assisting with the settlement discussions, the briefing for the motion for partial

13  summary judgment, and the briefing for this motion.

14          45.     This motion seeks reimbursement for 100.2 hours of Mr. Acree's work on this

15  case.  See **Exhibits 2** and **4**, attached hereto.  In consultation with Mr. Acree, I have set his

16  hourly billing rate for the purposes of this action at $935 per hour.  In my opinion, this rate is

17  well within the reasonable 2024 market rate in the San Francisco Bay Area for an attorney with

18  Mr. Acree's skill, experience, and reputation. To calculate his hourly rate, my co-counsel and I

19  performed extensive review of fee awards in cases involving citizen suit environmental

20  enforcement actions in the Northern District of California.  This rate is also informed by my

21  discussions with my expert on attorneys' fees, Richard Pearl, whose declaration in support of

22  this motion is filed herewith.

23  **The Fee Rates Sought in this Motion**

24          46.     The rates applied to the attorneys billing in this matter and included in this

25  request are reasonable in light of prevailing community standards for comparable legal work,

26  and are the same rates that they would charge paying clients for comparable legal work.  These

27  billing rates are based primarily on years of legal experience, and are consistent with rates this

28  Court has found reasonable for comparable legal work.

47.     There are only a handful of lawyers who provide "similar services" to Plaintiff's counsel in the Northern District of California.  Citizen suit enforcement of the Clean Water Act is a relatively small practice area, consisting mostly of boutique smaller firms who specialize in environmental law.

48.     In my experience, rates for citizen suit enforcement of the Clean Water Act are determined by evaluating a number of different factors such as a comparison of complex civil litigators' rates, fee awards in the district, and attorney rate standards such as the Laffey Matrix.

**The Hours Expended on this Case**

49.     Plaintiff's counsel expended a reasonable number of hours litigating this case, and the contingent nature of this litigation gave Plaintiff's counsel a reason to put only those hours into this case that were prudently necessary for advancing success.

50.     The hours billed to this case can be divided roughly into six categories, each of which is described in detail below.

Category 1: Investigation, Case Initiation and Management

51.     This category includes Plaintiff's pre-suit investigative work to collect evidence through Public Records Act requests and internet databases; draft the Notice Letter; draft the Complaint and related court filings; and ongoing field investigations for the development of the factual record. The majority of these billing entries were incurred in the first year of the case and involve time spent by counsel familiarizing themselves with the case, conducting Freedom of Information Act requests, interviewing witnesses and assembling and analyzing seven years of storm water sampling results, leachate spill notifications, Annual Reports, Storm Water Pollution Prevent Plans ("SWPPPs") and communications to and from the Central Valley Regional Water Quality Control Board ("Regional Board"), the State Water Resources Control Board ("State Board"), and the United States Army Corps of Engineers ("USACE"). It also included drafting a notice of violation to initiate the case, meeting and conferring with opposing counsel, drafting and filing a complaint and reviewing the answer, and drafting and reviewing initial disclosures. This category also includes billing entries from the next four years of the case

1   for non-discovery based investigations, document review, and discussions with witnesses and

2   regulatory agencies, and for case management related activities and discussions with the court,

3   client and opposing counsel. For example, the State Board conducted a parallel investigation

4   into the leachate discharges at issue in this case, and Plaintiff needed to stay up to date on the

5   progress of that investigation through Public Records Act requests.

6      52.      As shown on **Exhibit 4**, Category 1 (Investigation, Case Initiation and

7   Management) required 117.4 hours of attorney time.

8                                      Category 2: Discovery

9      53.      This category includes the multiple discovery disputes over Facility inspections,

10  propounding and responding to written discovery, the production of over 5,900 documents,

11  and depositions of Defendants' experts, Plaintiff's expert, Defendants' persons most

12  knowledgeable, and Plaintiff's person most knowledgeable.  Two of the disputes brought to the

13  Court's attention resulted in fee sanctions.  ECF Nos. 31, 35, and 86.  Plaintiff conducted a

14  formal discovery inspection of the Facility on December 3, 2020, and then had to move to

15  compel a second wet weather inspection in the Fall of 2021.  These entries also include three

16  "person most qualified" depositions which Plaintiff began to take in March of 2023 and which

17  carried on through June of 2023 in large part due to the County's designation of deponents who

18  were not prepared to testify on the subject matters identified in Plaintiff's deposition notices.

19  This category includes time spent conducting four depositions of Defendants experts, as well as

20  reviewing the expert reports and other documents relied on by the experts for their testimony,

21  a process that required extra time due to revisions in Defendants' reports.  This category also

22  includes time spent interviewing and retaining Plaintiff's expert, familiarizing them with the

23  case, and reviewing documents and coordinating with the expert to prepare the expert reports

24  related to their testimony.  This category also includes routine tasks attendant to discovery,

25  such as drafting and negotiating protective orders and stipulations to extend time. Between

26  April of 2020 and March of 2023, 234.9 hours was spent on discovery when written discovery

27  and site inspections and retention of Plaintiff's expert were the major allocation of discovery

28  time, the remainder was spent after March of 2023 when the focus was on persons most

1  qualified and expert depositions.

2      54.    As shown on **Exhibit 4**, Category 2 (Discovery) required 382.9 hours of attorney

3  time to complete.

4                    Category 3: Settlement Efforts Without Court Assistance

5      55.    This category includes time spent conducting a limited inspection of the

6  easement parcel on February 21, 2020 with the client and local counsel; convening a settlement

7  call on March 11, 2020 with the County's new outside counsel, Abbot & Kindermann;

8  requesting and obtaining a settlement-protected site inspection, with experts present, on May

9  27, 2020; and convening a second settlement call on July 2, 2020.  After the court-assisted

10 efforts described below, the parties proceeded with another six months of discovery while at

11 the same time continuing to keep the settlement discussion moving forward. By January of

12 2023, the parties had reached an agreement that defense counsel agreed to submit to the

13 Butte County Board of Supervisors. In early February 2023, the Board of Supervisors rejected

14 the agreement without explanation, presenting an apparently final impasse to resolving the

15 case and necessitating the completion of discovery and the preparation of a motion for

16 summary judgment.  The parties began discussing settlement again during the summary

17 judgment process, and within twelve days of the Court's ruling on the motion, the parties

18 reached terms on a fully-executed consent decree and submitted it to the Department of

19 Justice for its statutorily-mandated review.

20     56.    As shown on **Exhibit 4**, Category 3 (Settlement Efforts Without Court Assistance)

21 required 214.2 hours of attorney time to complete.

22                    Category 4: Settlement Efforts After Court Assistance

23     57.    This category includes the time spent with Magistrate Judge Newman in four

24 settlement conferences, numerous calls with experts to devise appropriate settlement terms,

25 and the drafting of terms for the Decree.  It includes time spent seeking an order referring the

26 case to a settlement conference with Magistrate Judge Kendall J. Newman.  ECF No. 11.

27 Settlement conferences were later held with Magistrate Judge Newman on March 10, 2021,

28 and again on June 29, 2022.  In preparation for the conferences, and at the direction of the

1  Magistrate Judge, Plaintiff prepared a comprehensive settlement demand, and was required to

2  conduct extensive research on the law regarding the termination and modification of

3  conservation easements because of Defendants settlement positions. The first conference did

4  not result in a settlement. The second conference with Magistrate Judge Newman was more

5  productive than the first, insofar as the parties exchanged more detailed drafts of a potential

6  consent decree.  However, it did not resolve the case either.

7      58.    As shown on **Exhibit 4**, Category 4 (Settlement Efforts After Court Assistance)

8  required 78.4 hours of attorney time to complete.

9                    Category 5: Motion for Summary Judgment

10     59.    After the County refused to approve the settlement agreement drafted after

11  nearly 3 and a half years of litigation and settlement efforts, Plaintiff completed discovery and

12  then prepared a motion for partial summary judgment and began to prepare for trial, with the

13  bulk of the time spent on this phase of the case occurring in between November of 2023 and

14  April of 2024.  Preparation of the motion took three months and required the review of

15  thousands of pages of document production and deposition transcripts to compile the

16  undisputable evidence in support of the motion.  Ultimately, the motion was rested on 92

17  statements of undisputed facts backed by 847 pages of exhibits.  The time required to prepare

18  and file the motion was 100 hours, the reply took 41 hours, and the supplemental briefing

19  ordered by the court took 24.1 hours.  Plaintiff's attorneys spent 20 hours preparing documents

20  and witnesses for trial and preparing the pre-trial conference statement.  The remaining time

21  was spent attending the motion hearing, reviewing the order, and on other tasks attendant to

22  the motion for summary judgment and trial preparation.

23     60.    As shown on **Exhibit 4**, Category 5 (Motion for Summary Judgment) required

24  198.3 hours of attorney time to complete.

25                  Category 6: Motion for Attorneys' Fees and Costs

26     61.    This final category included time spent on this fee motion.  Since Defendants

27  were not willing to concede any substantive factual or legal points relevant to this fee motion,

28  Plaintiff was required to conduct the research necessary to support its rates, including an

Packard Dec ISO Motion              15         Case No.: 2:20-cv-00123-DJC-DMC
For Attorneys' Fees and Costs

extensive review of fee awards and consultation with two experts in fee awards in the relevant

geographic area and practice area.  Plaintiff's counsel were also required to review five years'

worth of billing entries, emails, and documents to review the time expended on this case and

construct a narrative for the court of how the time in this case was expended. They were also

required to categorize the time in a way that made the time spent understandable, exercise

billing judgment regarding what expenditures were reasonable, and to compile exhibits and

evidence in support of the request. As shown on **Exhibit 4**, Category 6 (Motion for Attorneys'

Fees and Costs) required 107.3 hours of attorney time to complete.

<u>Case Costs</u>

62.     Plaintiff has incurred expenses in bringing this action that are of the type

ordinarily and necessarily incurred in litigation and typically billed to clients by their counsel:

the Court's filing fee to initiate this case, investigative services, expert witness invoices, copy

costs, postage or other delivery charges.  As shown on **Exhibit 3**, Plaintiff has incurred

$54,713.10 in litigation costs.

63.     Over ninety percent of these costs are for expert consultants' services and

depositions.  The case was litigated right up until the pre-trial conference, and included

discovery, trial preparations, the depositions of Defendants' three declared experts and one

rebuttal expert, and the preparation of a detailed consent decree.  Plaintiff initially retained

John Lane, a geologist local to Chico and who was familiar with the Facility.  Mr. Lane did much

of the early expert work in the case, until approximately 2021, when Matthew Hagemann was

retained.  Plaintiff's experts conducted numerous in-person inspections of the approximately

229-acre Facility, provided detailed reports and recommendations, educated and advised

Plaintiff's counsel about technical issues related to the Facility's storm water management in

support of litigation and settlement.  Plaintiff's expert was deposed, and assisted with

preparing for Defendants' experts' depositions.  Plaintiff's expert prepared a comprehensive

expert report, requiring the review of hundreds, if not thousands, of pages of dense technical

documents regarding the operations of a large landfill.  Notwithstanding how far this case went

toward trial, these costs are relatively low for an environmental matter such as this.  In

addition, the negotiation of the Decree necessarily involved technical issues related to storm water pollution prevention including detailed review and analysis of the Facility's complex storm water conveyance systems (comprised of a series of sump pumps, manually-operated valves and miles of conduit), as well as the separately managed leachate collection and removal system.  The remaining costs were in the nature of court fees, process server fees, printing, postage, and travel costs -- all reasonably incurred for reasonable, typical out-of-pocket expenses normally charged to a paying client.

<u>Deductions</u>

64.     Plaintiff's counsel have made the following deductions that are not sought in this motion, in addition to exercising good billing judgment throughout.

65.     Approximately 13.8 attorney hours were deducted from this request to account for travel time.

66.     28.1 attorney hours were deducted from this request to account for the awards of fees in discovery sanctions.  *See* **Exhibit 4** (lined out entries reflect time previously awarded).

67.     $680 in costs was deducted from this request to account for the award of costs in discovery sanctions.

68.      Approximately 33.3 hours of attorney time were deducted from this request as a matter of billing discretion regarding the amount of time billed for attorney conferences.

69.     Approximately 63.1 hours of paralegal Nicholas Matera's time.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 24, 2024.

_____

Andrew L. Packard

EXHIBIT 1

RE: COL v Butte County; Federal Fee Motion/Prevailing Party Status

## Glen Hansen <GHansen@aklandlaw.com>

Thu 7/11/2024 4:22 PM

To:Andrew Packard <andrew@packardlawoffices.com>;Diane Kindermann Henderson <DKindermann@aklandlaw.com>

Cc:Lisa Haddix <LHaddix@aklandlaw.com>;Tiara Galindo <tgalindo@aklandlaw.com>;brian <brian@brianacree.com>;William Carlon <william@carlonlaw.com>

Hi Andrew,

Our client will agree to the following:  "As to the prevailing party issue, the Court's Order on the Plaintiff's Motion For Summary Adjudication speaks for itself."

**Glen Hansen**
Senior Counsel



A Professional Corporation
2100 21st Street | Sacramento, CA 95818
tel: (916) 456-9595 | mobile: (916) 956-3842 | fax: (916) 456-9599
<u>website</u> | <u>blog</u> | <u>email</u>

---

This electronic message transmission contains information from the law firm of Abbott& Kindermann, Inc. which may be confidential or privileged. Recipients should not file copies of this e-mail with publicly accessible records.  The information is intended to be for the use of the individual(s) named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

Abbott& Kindermann, Inc. Circular 230 Notice:  To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties.  Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

---

**From:** Andrew Packard <andrew@packardlawoffices.com>
**Sent:** Thursday, July 11, 2024 4:11 PM
**To:** Diane Kindermann Henderson <DKindermann@aklandlaw.com>
**Cc:** Glen Hansen <GHansen@aklandlaw.com>; Lisa Haddix <LHaddix@aklandlaw.com>; Tiara Galindo <tgalindo@aklandlaw.com>; Brian Acree <brian@brianacree.com>; William Carlon <william@carlonlaw.com>
**Subject:** Re: COL v Butte County; Federal Fee Motion/Prevailing Party Status

Hi Diane,
Were you able to get your client's response on conceding the prevailing party issue?
Thank you,
Andrew

On Tue, Jul 2, 2024 at 12:13 PM Diane Kindermann Henderson <<u>DKindermann@aklandlaw.com</u>> wrote:

Hi Andrew,
        Thank you for the question and I understand what you are requesting.   We will reach out the client, but I am not sure if we can

get a response this week due to the holiday. I will see what I can do.
Diane

**Diane G. Kindermann Henderson**



A Professional Corporation
2100 21st Street | Sacramento, CA 95818
tel: (916) 456-9595 | mobile: (916) 201-5701 | fax: (916) 456-9599
website | blog | email

This electronic message transmission contains information from the law firm of Abbott& Kindermann, Inc. which may be confidential or privileged. Recipients should not file copies of this e-mail with publicly accessible records.  The information is intended to be for the use of the individual(s) named above.  If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited.

Abbott& Kindermann, Inc. Circular 230 Notice:  To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties.  Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

**From:** Andrew Packard <andrew@packardlawoffices.com>
**Sent:** Tuesday, July 2, 2024 10:40 AM
**To:** Diane Kindermann Henderson <DKindermann@aklandlaw.com>; Glen Hansen <GHansen@aklandlaw.com>; Lisa Haddix <LHaddix@aklandlaw.com>
**Cc:** Brian Acree <brian@brianacree.com>; William Carlon <william@carlonlaw.com>
**Subject:** COL v Butte County; Federal Fee Motion/Prevailing Party Status

Dear Diane and Glen,
In briefing the Reichardt fee motion, you asserted that CAT was not a prevailing party within the meaning of the fee-shifting provisions of the Clean Water Act, despite the entry of the Consent Decree.   ("There is no declaration of Reichardt's violation of the CWA; no declaration of Reichardt's discharge of pollutants without a NPDES permits, or from the Facility at all; no declaration that Reichardt failed to comply with the requirements of the General Permit or the CWA; no injunction enjoining Reichardt from discharging pollutants from the Facility and to the surface waters surrounding and downstream from the Facility in violation of the Act and the General Permit, or from further violating the substantive and procedural requirements of the General Permit (and no determination that Reichardt ever did); no order for Reichardt to pay civil penalties; and no order for Reichardt to take appropriate actions to restore the quality of navigable waters....")
Can you please confirm whether the County, for the purposes of the fee motion being prepared by COL this week, is willing to concede the issue?  I think it will streamline the arguments for the Court, which is always appreciated.
Thank you,
Andrew

--

The Law Offices of Andrew L. Packard

245 Kentucky Street, Suite B3
Petaluma, CA  94952
**Tel. (707) 782-4060**
**Fax. (707) 782-4062**
Cell (707) 787-7033


The communication contained in this message is considered privileged and confidential.  It is protected by
attorney client privilege and the attorney work product doctrine. If the reader of this message is not the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in  error, please provide notification to the sender
immediately by replying to the message and deleting it from your computer. This Email is covered by the
Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.


--
The Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA  94952
**Tel. (707) 782-4060**
**Fax. (707) 782-4062**
Cell (707) 787-7033


The communication contained in this message is considered privileged and confidential.  It is protected by attorney
client privilege and the attorney work product doctrine. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If
you have received this communication in  error, please provide notification to the sender immediately by replying to
the message and deleting it from your computer. This Email is covered by the Electronic Communications Privacy
Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

EXHIBIT 2

**DECLARATION OF WILLIAM N. CARLON**

I, William N. Carlon, am over the age of 18 years, not a party to this action, and make the following declaration based upon my personal knowledge and if called I would competently testify as follows:

1.      I have reviewed the time entries set forth in the spreadsheet attached as **Exhibit 4** to the Declaration of Andrew L. Packard in Support of this Motion for Attorneys' Fees and Costs bearing my initials ("WC") in the Attorney column.  These entries accurately reflect and describe the time that I have spent in this matter.  I personally recorded my time records contemporaneously and reviewed them in conjunction with contemporaneous records and work product in an exercise of billing judgment.

2.      I have reviewed the statement of my background, education and professional experience as set forth in Mr. Packard's declaration and confirm and attest that it is an accurate statement of my background, education and professional experience, as well as my contributions to this case.

3.      I have conferred with the other attorneys working on this case regarding the fee rates sought in this motion, and believe them to be reasonable rates for attorneys in the San Francisco Bay Area.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 18, 2024 at Napa, California.

/s/ William N. Carlon

William N. Carlon

**DECLARATION OF BRIAN ACREE**

I, Brian Acree, am over the age of 18 years, not a party to this action, and make the following declaration based upon my personal knowledge and if called I would competently testify as follows:

1.      I have reviewed the time entries set forth in the spreadsheet attached as **Exhibit 4** to the Declaration of Andrew L. Packard in Support of this Motion for Attorneys' Fees and Costs bearing my initials ("BA") in the Attorney column.  These entries accurately reflect and describe the time that I have spent in this matter.  I personally recorded my time records contemporaneously and reviewed them in conjunction with contemporaneous records and work product in an exercise of billing judgment.

2.      I have reviewed the statement of my background, education and professional experience as set forth in Mr. Packard's declaration and confirm and attest that it is an accurate statement of my background, education and professional experience, as well as my contributions to this case.

3.      I have conferred with the other attorneys working on this case regarding the fee rates sought in this motion, and believe them to be reasonable rates for attorneys in the San Francisco Bay Area.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 18, 2024.

/s/ Brian Acree

Brian Acree

EXHIBIT 3

**Litigation Costs: COL v. Butte County**

| | |
|---|---|
| NOV Mailing, 11/15/19 | $60.80 |
| USDC filing fee, 1/16/20 | $400.00 |
| ~~Schmidt Deposition, 5/15/23~~ | ~~$680.18~~ Reimbursed previously at ECF 86 |
| Cissell Deposition, 5/17/23 | $1,301.86 |
| Miller Deposition 1, 6/6/23 | $1,972.24 |
| Miller Deposition 2, 10/25/23 | $1,078.17 |
| Fodge Deposition, 10/6/23 | $979.56 |
| Peterson Deposition, 10/25/23 | $1,634.03 |
| Covington Deposition, 11/6/23 | $994.84 |
| **Subtotal** | **$8,421.50** |

**Experts**

| | |
|---|---|
| SWAPE (environmental consulants) | |
| Invoice No. 7487, Nov 16, 2021 | $1,912.50 |
| Invoice No. 7552, Dec 31, 2021 | $7,500.03 |
| Invoice No. 7606, Feb 1, 2022 | $1,581.25 |
| Invoice No. 7768, Apr 25, 2022 | $6,159.00 |
| Invoice No. 8365, Mar 1 2023 | $295.00 |
| Invoice No. 8630, Jun 27, 2023 | $295.00 |
| Invoice No. 8644, Jul 21, 2023 | $6,563.75 |
| Invoice No. 8716, Sep 1, 2023 | $2,507.50 |
| Invoice No. 8740, Oct 3, 2023 | $4,572.50 |
| Invoice No. 8808, Nov 1, 2023 | $6,711.25 |
| | |
| Law Office of Richard Pearl (fee rates) | |
| Invoice dated July 17, 2024 | $8,193.82 |
| | |
| **Expert Subtotal** | **$46,291.60** |
| | |
| **Total Costs** | **$54,713.10** |

EXHIBIT 3

EXHIBIT 4

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AP | 7/24/2019 | confer w/ WC re: investigation and review 2012 case file | 0.4 | 0.4 | | | | | |
| 2 | AP | 7/24/2019 | confer w/ Holly Nielson re: involvement, coordinated strategy | 0.2 | 0.2 | | | | | |
| 3 | WC | 7/24/2019 | investigate facility; review SMARTS data | 4.2 | 4.2 | | | | | |
| 4 | WC | 7/24/2019 | discuss investigation w/AP | 0.4 | 0.4 | | | | | |
| 5 | WC | 10/7/2019 | conf call w/Holly Nielsen and AP re investigation | 0.9 | 0.9 | | | | | |
| 6 | WC | 10/7/2019 | discuss  case strategy and next steps w/AP | 0.4 | 0.4 | | | | | |
| 7 | WC | 10/9/2019 | review docs from Holly | 0.2 | 0.2 | | | | | |
| 8 | WC | 10/17/2019 | review correspondence in file | 1.8 | 1.8 | | | | | |
| 9 | WC | 10/17/2019 | review documents in folders Holly gave us | 1.7 | 1.7 | | | | | |
| 10 | WC | 10/18/2019 | phone call w/Holly re case strategy options | 1.1 | 1.1 | | | | | |
| 11 | AP | 10/21/2019 | review whistle-blower comms | 0.2 | 0.2 | | | | | |
| 12 | AP | 10/21/2019 | confer w/ WC re: retainer terms | 0.2 | 0.2 | | | | | |
| 13 | AP | 10/21/2019 | review comms in my absence and confer w/ WC re: info/investigation status | 0.2 | 0.2 | | | | | |
| 14 | WC | 10/21/2019 | discuss w/AP case strategy | 0.2 | 0.2 | | | | | |
| 15 | WC | 10/21/2019 | draft email to Reed and Edan re interest in case | 0.4 | 0.4 | | | | | |
| 16 | AP | 10/22/2019 | TC w/ whistleblower re case history | 0.5 | 0.5 | | | | | |
| 17 | AP | 10/22/2019 | confer w/ WC re: sampling protocols for soil testing | 0.4 | 0.4 | | | | | |
| 18 | WC | 10/22/2019 | review notes re landfill | 0.6 | 0.6 | | | | | |
| 19 | WC | 10/22/2019 | conf call w/SJ and AP re case details | 0.5 | 0.5 | | | | | |
| 20 | WC | 10/22/2019 | call w/Holly re nov letter, pra letter, docs, and retainer agreement | 0.6 | 0.6 | | | | | |
| 21 | WC | 10/25/2019 | draft retainer agreement | 1.6 | 1.6 | | | | | |
| 22 | AP | 11/1/2019 | confer w/ client and board re: case strategy and enforcement goals | 0.4 | 0.4 | | | | | |
| 23 | WC | 11/1/2019 | conf call w/Board | 0.4 | 0.4 | | | | | |
| 24 | WC | 11/1/2019 | discuss representation issues w/AP | 0.4 | 0.4 | | | | | |
| 25 | WC | 11/1/2019 | edit retainer agreement | 0.9 | 0.9 | | | | | |
| 26 | WC | 11/1/2019 | discuss retainer w/AP | 0.6 | 0.6 | | | | | |
| 27 | AP | 11/4/2019 | TC to Eric Segal (DC whistleblower counsel) re: next steps | 0.2 | 0.2 | | | | | |
| 28 | WC | 11/4/2019 | send retainer agreement to Holly | 0.1 | 0.1 | | | | | |
| 29 | WC | 11/5/2019 | draft notice of violation CWA | 3.4 | 3.4 | | | | | |
| 30 | AP | 11/6/2019 | review SWPPP and monitoring reports | 0.4 | 0.4 | | | | | |
| 31 | AP | 11/6/2019 | TC w/ J. Lane re: case strategy, NOV issues | 0.4 | 0.4 | | | | | |
| 32 | AP | 11/6/2019 | confer w/ WC re: SWPPP deficiencies and sample data | 0.4 | 0.4 | | | | | |
| 33 | AP | 11/6/2019 | review and edit NOV | 0.4 | 0.4 | | | | | |
| 34 | WC | 11/6/2019 | discuss NOV w/AP | 0.4 | 0.4 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | WC | 11/6/2019 | discuss site visit w/John Lane | 0.4 | 0.4 | | | | | |
| 36 | WC | 11/6/2019 | edit/finalize nov; transmit same to HN | 1.3 | 1.3 | | | | | |
| 37 | AP | 11/7/2019 | draft 3-point note to JL and HN re: next steps and review ACE letter | 0.3 | 0.3 | | | | | |
| 38 | WC | 11/7/2019 | finalize retainer agreement and send to client | 0.1 | 0.1 | | | | | |
| 39 | WC | 11/7/2019 | review soil sample results | 0.4 | 0.4 | | | | | |
| 40 | AP | 11/8/2019 | conf. call w/ HN re: recent soil results, parameters to test, board input on NOV, expected timeframes for NOV and CEE mitigation | 0.4 | 0.4 | | | | | |
| 41 | WC | 11/8/2019 | discuss sample results w/AP | 0.4 | 0.4 | | | | | |
| 42 | WC | 11/8/2019 | discuss status of nov w/AP and HN | 0.4 | 0.4 | | | | | |
| 43 | WC | 11/8/2019 | draft email responding to Board comments re NOV | 0.8 | 0.8 | | | | | |
| 44 | WC | 11/13/2019 | edit CWA NOV | 0.5 | 0.5 | | | | | |
| 45 | WC | 11/15/2019 | review comments and make edits to CWA NOV | 0.4 | 0.4 | | | | | |
| 46 | WC | 11/15/2019 | print and mail NOVs | 1.8 | 1.8 | | | | | |
| 47 | AP | 11/18/2019 | confer w/ WC re: issues in NOV | 0.2 | 0.2 | | | | | |
| 48 | AP | 11/18/2019 | review Steve Jackson/HN data | 0.2 | 0.2 | | | | | |
| 49 | WC | 11/21/2019 | discuss case strategy w/AP | 0.4 | 0.4 | | | | | |
| 50 | AP | 12/4/2019 | draft note to client re: County communication | 0.2 | 0.2 | | | | | |
| 51 | AP | 12/4/2019 | TC from Brunella Wood for Butte County, re: documentation of Regional Board actions, various orders for COL to review | 0.5 | 0.5 | | | | | |
| 52 | AP | 12/5/2019 | draft confirming note to BW re: docs, further settlement discussion, COL's PRA request | 0.7 | 0.7 | | | | | |
| 53 | AP | 12/6/2019 | confer w/ HN, BW re: PRA requests to date | 0.6 | 0.6 | | | | | |
| 54 | AP | 12/6/2019 | confer w/ HN, BW re: PRA requests to date | 0.6 | 0.6 | | | | | |
| 55 | AP | 12/6/2019 | draft note to BW re: PRA request | 0.3 | 0.3 | | | | | |
| 56 | AP | 12/6/2019 | plan/prep for call for 12/18 | 0.3 | 0.3 | | | | | |
| 57 | AP | 12/9/2019 | confer w/ WC re: past 2 weeks' developments w/ County PRA status, docs produced | 0.3 | 0.3 | | | | | |
| 58 | AP | 12/9/2019 | rev and respond to comms w/ L. Drabant @ State Board Office of Enf. re: P's NOV | 0.5 | 0.5 | | | | | |
| 59 | WC | 12/9/2019 | review emails and pra docs | 0.2 | 0.2 | | | | | |
| 60 | WC | 12/9/2019 | discuss cmns between HN w/AP | 0.3 | 0.3 | | | | | |
| 61 | WC | 12/10/2019 | discuss case strategy w/AP re state enforcement issues | 0.4 | 0.4 | | | | | |
| 62 | WC | 12/10/2019 | review/catch up on emails from Holly/AP; draft notes re next steps to take | 0.2 | 0.2 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | WC | 12/10/2019 | discuss site layout w/AP; bring AP up to speed on past inspection photographs, and satellite imagery | 1.3 | 1.3 | | | | | |
| 64 | AP | 12/11/2019 | TC w/ Drabant at SB re: OE role in enforcement, possible co-litigation of cases | 0.5 | 0.5 | | | | | |
| 65 | WC | 12/11/2019 | conf call w/LD and AP re state board | 0.5 | 0.5 | | | | | |
| 66 | WC | 12/11/2019 | discuss state board involvement w/AP | 0.2 | 0.2 | | | | | |
| 67 | WC | 12/11/2019 | review photographs and video from site visit | 0.4 | 0.4 | | | | | |
| 68 | AP | 12/12/2019 | confer w/ client + Brunella Wood re: 12/18 conf. call | 0.3 | 0.3 | | | | | |
| 69 | WC | 12/17/2019 | conf call w/Eric Seigel | 0.4 | 0.4 | | | | | |
| 70 | WC | 12/17/2019 | review response to PRA request and draft email responding | 0.3 | 0.3 | | | | | |
| 71 | WC | 12/18/2019 | research PRA case law re privilige logs and production requirements | 0.7 | 0.7 | | | | | |
| 72 | WC | 12/18/2019 | draft email to BW re PRA response | 0.4 | 0.4 | | | | | |
| 73 | AP | 12/19/2019 | prep and attend TC w/ Brunella Wood re: NOV and confer w/ WC, HN re: same afterwards | 0.4 | 0.4 | | | | | |
| 74 | WC | 12/19/2019 | review photos/videos and organize files | 0.7 | 0.7 | | | | | |
| 75 | WC | 12/19/2019 | review files from BW | 0.6 | 0.6 | | | | | |
| 76 | WC | 12/19/2019 | conf call w/AP re prep for BW call | 0.1 | 0.1 | | | | | |
| 77 | WC | 12/19/2019 | conf call w/AP and HN re prep for BW call | 0.1 | 0.1 | | | | | |
| 78 | WC | 12/19/2019 | conf call w/BW | 0.2 | 0.2 | | | | | |
| 79 | WC | 12/19/2019 | review documents; organize folder | 1.7 | 1.7 | | | | | |
| 80 | AP | 12/26/2019 | review grand Jury review of landfill issues and criminal acts by County | 0.2 | 0.2 | | | | | |
| 81 | WC | 12/30/2019 | draft email to BW re site inspection | 0.1 | | | 0.1 | | | |
| 82 | AP | 1/3/2020 | confer w/ WC re: PRA status, press release, inspection scheduling | 0.3 | 0.3 | | | | | |
| 83 | WC | 1/3/2020 | review documents and organize files | 0.6 | 0.6 | | | | | |
| 84 | WC | 1/6/2020 | discuss filing of the complaint | 0.2 | 0.2 | | | | | |
| 85 | WC | 1/6/2020 | draft email to BW following up on site visit, JG, and response to CEE demand letter | 0.1 | | | 0.1 | | | |
| 86 | AP | 1/7/2020 | review comms from whistleblower, and TC with his counsel re 1st Amendment claims, conflicts, rep issues | 0.3 | 0.3 | | | | | |
| 87 | AP | 1/8/2020 | TC w/ whistleblower (SJ) re: his work at the Facility, permit violations, expected witness role, proof needs | 0.3 | 0.3 | | | | | |
| 88 | WC | 1/8/2020 | discuss w/AP re steve jackson's info | 0.3 | 0.3 | | | | | |
| 89 | WC | 1/8/2020 | draft email to HN re press release/PRARs | 0.2 | 0.2 | | | | | |
| 90 | WC | 1/8/2020 | draft complaint | 1.1 | 1.1 | | | | | |
| 91 | WC | 1/9/2020 | draft complaint | 1.5 | 1.5 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | AP | 1/10/2020 | confer with whistleblower and client re collaboration, roles, boundaries | 0.8 | 0.8 | | | | | |
| 93 | WC | 1/10/2020 | draft complaint | 1.3 | 1.3 | | | | | |
| 94 | WC | 1/13/2020 | review case files; county prar results | 2.4 | 2.4 | | | | | |
| 95 | WC | 1/13/2020 | review emails from Brunella re signage; email HN re same | 0.2 | 0.2 | | | | | |
| 96 | WC | 1/14/2020 | conf call w/Board re status of complaint, press release | 0.4 | 0.4 | | | | | |
| 97 | WC | 1/15/2020 | draft complaint | 4.5 | 4.5 | | | | | |
| 98 | WC | 1/15/2020 | edit complaint; finalize same; draft email to BOD/HN transmitting final copy | 0.2 | 0.2 | | | | | |
| 99 | WC | 1/16/2020 | check agency activity to ensure no action has mooted the case | 0.4 | 0.4 | | | | | |
| 100 | WC | 1/16/2020 | finalize complaint; file complaint | 0.6 | 0.6 | | | | | |
| 101 | WC | 1/16/2020 | read and review standing order, scheduling order; calendar dates | 1.0 | 1.0 | | | | | |
| 102 | WC | 1/22/2020 | discuss service of complaint w/HN | 0.1 | 0.1 | | | | | |
| 103 | AP | 1/23/2020 | draft notes to BW re: failure to agree to service of Complaint, continuing failure failure to set inspection, representation issues | 1.1 | 1.1 | | | | | |
| 104 | AP | 1/23/2020 | confer w/ WC re: svc of process details | 0.2 | 0.2 | | | | | |
| 105 | WC | 1/24/2020 | research service rules; gather/combine service documents | 0.3 | 0.3 | | | | | |
| 106 | WC | 1/24/2020 | find process server; send documents/instructions | 0.5 | 0.5 | | | | | |
| 107 | WC | 1/24/2020 | research pacer access for docs for HN | 0.2 | 0.2 | | | | | |
| 108 | WC | 1/24/2020 | review pra docs | 1.0 | 1.0 | | | | | |
| 109 | AP | 1/28/2020 | review terms of easement re: acreage dispute | 0.4 | 0.4 | | | | | |
| 110 | AP | 1/28/2020 | review video taken 1/27 re: recent activities | 0.2 | 0.2 | | | | | |
| 111 | WC | 1/29/2020 | review PRA documents | 1.6 | 1.6 | | | | | |
| 112 | AP | 1/30/2020 | rev Regional Board comm re: non-compliance | 0.2 | 0.2 | | | | | |
| 113 | AP | 1/30/2020 | confer w/ WC re: service issues | 0.2 | 0.2 | | | | | |
| 114 | WC | 1/30/2020 | draft corp disclo statement; send same to client for confirmation before filing | 0.2 | 0.2 | | | | | |
| 115 | WC | 1/30/2020 | file cds | 0.2 | 0.2 | | | | | |
| 116 | WC | 1/30/2020 | draft email to RB re complaint and notice of transmittal | 0.2 | 0.2 | | | | | |
| 117 | AP | 2/4/2020 | review and respond to emails from whistleblower | 0.2 | 0.2 | | | | | |
| 118 | AP | 2/4/2020 | confer w/ WC re: next steps | 0.2 | 0.2 | | | | | |
| 119 | WC | 2/10/2020 | review documents from PRA requests | 2.7 | 2.7 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 120 | WC | 2/11/2020 | review documents from PRA requests | 0.4 | 0.4 | | | | | |
| 121 | WC | 2/12/2020 | review pra documents | 0.9 | 0.9 | | | | | |
| 122 | AP | 2/19/2020 | prep and attend conf. call w/ new counsel (Abbott & Kindermann) and confer with WC re same | 0.4 | 0.4 | | | | | |
| 123 | WC | 2/19/2020 | conf call w/opp counsel | 0.4 | 0.4 | | | | | |
| 124 | AP | 2/21/2020 | rev. and respond to comms w/ client re: 2/21 inspection w/ WC and local counsel Mark Habib, PRA documents | 0.4 | | | 0.4 | | | |
| 125 | AP | 2/27/2020 | review drone footage, ortho maps and GIS data of the Facility | 0.3 | 0.3 | | | | | |
| 126 | WC | 2/28/2020 | review answer and draft email to HN re same | 0.7 | 0.7 | | | | | |
| 127 | AP | 3/11/2020 | prep and attend conf. call w/ Diane Kinderman and Glen Hansen re: inspection issue, global resolution | 0.3 | | | 0.3 | | | |
| 128 | WC | 3/11/2020 | prepare for call w/opp counsel re site visit | 0.9 | | | 0.9 | | | |
| 129 | WC | 3/11/2020 | conf call w/opp counsel re site visit | 0.3 | | | 0.3 | | | |
| 130 | WC | 3/11/2020 | debrief call w/AP; discuss case strategy | 0.2 | | | 0.2 | | | |
| 131 | WC | 3/11/2020 | draft email to HN re conf call w/Opp counsel | 0.3 | | | 0.3 | | | |
| 132 | WC | 3/13/2020 | review docs from County re leachate spill into the Preserve | 0.8 | 0.8 | | | | | |
| 133 | WC | 3/25/2020 | discuss downstream landowner in the mix | 0.3 | 0.3 | | | | | |
| 134 | WC | 4/14/2020 | draft email to DK re site inspection | 0.4 | | | 0.4 | | | |
| 135 | WC | 4/16/2020 | draft JSR for rule 26(f) conf | 1.4 | 1.4 | | | | | |
| 136 | WC | 4/20/2020 | draft JSR | 0.7 | 0.7 | | | | | |
| 137 | AP | 4/22/2020 | review Kinderman letter of 4/21 | 0.4 | | | 0.4 | | | |
| 138 | AP | 4/22/2020 | prep and attend conf. call re: Rule 26 (f) issues | 0.9 | | 0.9 | | | | |
| 139 | WC | 4/22/2020 | prepare for rule 26(f) call | 0.8 | 0.8 | | | | | |
| 140 | WC | 4/22/2020 | conf call w/DK, GH re rule 26(f) | 0.7 | 0.7 | | | | | |
| 141 | AP | 4/28/2020 | review Report of Findings from expert John Lane and confer w/ WC re: same | 0.7 | 0.7 | | | | | |
| 142 | AP | 5/4/2020 | review expert's review of pipe leak reports | 0.2 | 0.2 | | | | | |
| 143 | AP | 5/4/2020 | draft note to whistleblower re: PRA request | 0.2 | 0.2 | | | | | |
| 144 | WC | 5/4/2020 | draft email to holly re site visit | 0.2 | 0.2 | | | | | |
| 145 | AP | 5/5/2020 | proof Joint Case Management Conference Statement due 5/6 | 0.4 | 0.4 | | | | | |
| 146 | AP | 5/5/2020 | review case notes and confer w/ WC re: prompting for consultant report | 0.2 | 0.2 | | | | | |
| 147 | WC | 5/5/2020 | review/edit JSR | 0.8 | 0.8 | | | | | |
| 148 | WC | 5/5/2020 | email jsr to opp counsel | 0.1 | 0.1 | | | | | |
| 149 | WC | 5/6/2020 | draft initial disclosures statement | 0.5 | 0.5 | | | | | |
| 150 | WC | 5/6/2020 | draft initial disclosures statement | 0.5 | 0.5 | | | | | |
| 151 | WC | 5/6/2020 | edit JSR and finalize; transmit final to opp counsel | 0.2 | 0.2 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 152 | WC | 5/11/2020 | draft update for Holly | 0.4 | 0.4 | | | | | |
| 153 | WC | 5/12/2020 | update holly on case status | 0.5 | 0.5 | | | | | |
| 154 | AP | 5/26/2020 | review comms from counsel and confer w/ WC re: same | 0.2 | 0.2 | | | | | |
| 155 | WC | 5/26/2020 | review case law re evidence codes cited by Diane | 0.3 | 0.3 | | | | | |
| 156 | WC | 5/26/2020 | review cases and draft response email re site visit protections | 0.8 | | | 0.8 | | | |
| 157 | WC | 5/26/2020 | draft email to HN re site inspection | 0.2 | | | 0.2 | | | |
| 158 | WC | 5/26/2020 | draft email to JL re site visit | 0.1 | | | 0.1 | | | |
| 159 | WC | 5/26/2020 | review waiver/edit | 0.6 | | | 0.6 | | | |
| 160 | WC | 5/26/2020 | review and calendar scheduling order | 0.5 | 0.5 | | | | | |
| 161 | WC | 5/26/2020 | prepare for site inspection; review swppp; era report; site map | 1.4 | | | 1.4 | | | |
| 162 | WC | 5/26/2020 | edit/review site visit agreement; discuss same w/AP | 0.6 | | | 0.6 | | | |
| 163 | WC | 5/26/2020 | draft email to glen and diane re site visit | 0.2 | | | 0.2 | | | |
| 164 | AP | 5/27/2020 | confer w/ WC re: inspection details, objectives | 0.3 | | 0.3 | | | | |
| 165 | WC | 5/27/2020 | drive to site inspection, Napa to Neal Road (2.4 hours, half not billed) | 1.2 | | | 1.2 | | | |
| 166 | WC | 5/27/2020 | site inspection | 2.8 | | | 2.8 | | | |
| 167 | WC | 5/27/2020 | client meeting with Holly | 1.2 | | | 1.2 | | | |
| 168 | WC | 5/27/2020 | drive from site inspection to Napa (2.4 hours, half not billed) | 1.2 | | | 1.2 | | | |
| 169 | WC | 6/3/2020 | review and organize photographs | 0.9 | | | 0.9 | | | |
| 170 | WC | 6/3/2020 | discuss disco w/AP and NM | 0.4 | | 0.4 | | | | |
| 171 | WC | 6/4/2020 | discuss disco w/NM | 0.1 | | 0.1 | | | | |
| 172 | WC | 6/5/2020 | review inspection requests | 0.4 | | 0.4 | | | | |
| 173 | WC | 6/5/2020 | review disco drafts | 0.3 | | 0.3 | | | | |
| 174 | AP | 6/9/2020 | TC w/ client re: case status | 0.2 | 0.2 | | | | | |
| 175 | WC | 6/24/2020 | review documents and develop settlement strategy | 1.2 | | | 1.2 | | | |
| 176 | AP | 6/25/2020 | review docs from client re: leachate and methane exceedances, air problems at Facility | 0.3 | 0.3 | | | | | |
| 177 | AP | 7/2/2020 | confer w/ D. Kinderman, WC re: documents to be produced by Def, resp. to RB and NOV | 0.3 | | 0.3 | | | | |
| 178 | WC | 7/2/2020 | prep for conf call w/opp counsel | 0.6 | | | 0.6 | | | |
| 179 | WC | 7/2/2020 | conf call w/opp counsel | 0.3 | | | 0.3 | | | |
| 180 | WC | 7/2/2020 | draft email to Dianne re conf call | 0.4 | | | 0.4 | | | |
| 181 | WC | 7/9/2020 | review documents provided by DK | 0.6 | | | 0.6 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 182 | WC | 7/23/2020 | review photographs and documents from site inspection and generate list of questions for opp counsel | 1.0 | | | 1.0 | | | |
| 183 | WC | 7/27/2020 | draft rfas/roggs | 1.7 | | 1.7 | | | | |
| 184 | WC | 7/28/2020 | draft email responding to doc production issues to GH | 0.5 | | 0.5 | | | | |
| 185 | WC | 7/28/2020 | draft letter to diane re settlement questions | 0.4 | | 0.4 | | | | |
| 186 | AP | 7/29/2020 | review client comms w/ WC re: leachate testing, methods, limits, etc. | 0.3 | 0.3 | | | | | |
| 187 | WC | 7/29/2020 | draft disco; roggs/rfas | 0.5 | | 0.5 | | | | |
| 188 | WC | 7/29/2020 | draft rfpds | 0.8 | | 0.8 | | | | |
| 189 | WC | 8/3/2020 | draft RFPDs | 0.8 | | 0.8 | | | | |
| 190 | WC | 8/4/2020 | draft RFPDs | 0.8 | | 0.8 | | | | |
| 191 | WC | 8/5/2020 | draft RFAs | 0.7 | | 0.7 | | | | |
| 192 | WC | 9/4/2020 | draft email to HN re disco | 0.2 | | 0.2 | | | | |
| 193 | WC | 9/8/2020 | draft dicso | 2.6 | | 2.6 | | | | |
| 194 | WC | 9/14/2020 | draft RFPDs | 0.6 | | 0.6 | | | | |
| 195 | AP | 10/5/2020 | draft 1st set of RFAs | 0.8 | | 0.8 | | | | |
| 196 | WC | 10/12/2020 | review/edit disco (RFA/ROGGs) | 2.1 | | 2.1 | | | | |
| 197 | WC | 10/19/2020 | edit RFPDS | 1.2 | | 1.2 | | | | |
| 198 | WC | 10/19/2020 | edit ROGGs/RFAs | 0.4 | | 0.4 | | | | |
| 199 | WC | 10/19/2020 | draft ROGGs | 1.7 | | 1.7 | | | | |
| 200 | WC | 10/19/2020 | draft RFAs | 1.5 | | 1.5 | | | | |
| 201 | WC | 10/20/2020 | draft RFAs | 0.1 | | 0.1 | | | | |
| 202 | WC | 10/21/2020 | work on RFAs | 0.8 | | 0.8 | | | | |
| 203 | WC | 10/21/2020 | draft ROGGS | 1.9 | | 1.9 | | | | |
| 204 | WC | 10/21/2020 | draft RFAs | 4.1 | | 4.1 | | | | |
| 205 | WC | 10/22/2020 | confer w/AP re RFAs | 0.2 | | 0.2 | | | | |
| 206 | WC | 10/22/2020 | finalize disco and print for mailing | 1.7 | | 1.7 | | | | |
| 207 | WC | 10/28/2020 | call w/HN re case updates; discuss disco, settlement issues | 1.1 | | 0.5 | 0.6 | | | |
| 208 | AP | 11/5/2020 | TC w/ Matt Carr (Butte) re: case status | 0.2 | 0.2 | | | | | |
| 209 | WC | 11/17/2020 | phone call w/DK re disco extension | 0.3 | | 0.3 | | | | |
| 210 | WC | 11/24/2020 | review 13267 order | 0.6 | 0.6 | | | | | |
| 211 | BA | 11/24/2020 | Discuss case w AP WC | 0.5 | 0.5 | | | | | |
| 212 | WC | 12/1/2020 | draft demand letter | 2.4 | | | 2.4 | | | |
| 213 | AP | 12/3/2020 | prep and attend site inspection in Chico, mtg w/ expert re: same, travel to Chico (6 hours, 3 hours not billed) | 7.7 | | 7.7 | | | | |
| 214 | AP | 12/3/2020 | mtg w/ expert re: site inspection in Chico | 1.1 | | 1.1 | | | | |
| 215 | WC | 12/3/2020 | prepare for site inspection | 1.2 | | 1.2 | | | | |
| 216 | WC | 12/3/2020 | drive from Napa to Neal Road for inspection (2.5 hours, half not billed) | 1.3 | | 1.3 | | | | |
| 217 | WC | 12/3/2020 | site inspection | 3.5 | | 3.5 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 218 | WC | 12/3/2020 | drive from Neal Road to Napa for site inspection (2.5 hours, half not billed) | 1.3 | | 1.3 | | | | |
| 219 | WC | 12/7/2020 | draft settlement demand | 0.4 | | | 0.4 | | | |
| 220 | WC | 12/8/2020 | draft settlement demand | 3.3 | | | 3.3 | | | |
| 221 | AP | 12/15/2020 | review 12/11 doc production and draft notes to L. Haddix re same | 0.3 | | 0.3 | | | | |
| 222 | WC | 12/15/2020 | draft settlement demand | 5.4 | | | 5.4 | | | |
| 223 | AP | 12/16/2020 | confer w/ WC re: demand outline | 0.4 | | | 0.4 | | | |
| 224 | WC | 12/16/2020 | draft settlement outline mapping out demand | 1.1 | | | 1.1 | | | |
| 225 | WC | 12/16/2020 | discuss settlement strategy w/AP | 0.4 | | | 0.4 | | | |
| 226 | AP | 12/17/2020 | review and refine settlement outline, and confer w/ WC re: details of same | 1.6 | | | 1.6 | | | |
| 227 | AP | 12/18/2020 | prep and attend settlement conf. call | 1.6 | | | 1.6 | | | |
| 228 | WC | 12/18/2020 | discuss settlement strategy w/AP | 0.7 | | | 0.7 | | | |
| 229 | WC | 12/18/2020 | review/edit outline for settlement | 0.6 | | | 0.6 | | | |
| 230 | WC | 12/18/2020 | review RFAs | 0.3 | | 0.3 | | | | |
| 231 | WC | 12/18/2020 | review responses to inspections/document production | 0.8 | | 0.8 | | | | |
| 232 | WC | 12/18/2020 | conf call w/opp counsel re settlment | 1.0 | | | 1.0 | | | |
| 233 | WC | 12/18/2020 | prep for settlement call w/AP | 0.5 | | | 0.5 | | | |
| 234 | WC | 12/21/2020 | review settlement outline; draft settlement demant | 0.4 | | | 0.4 | | | |
| 235 | WC | 12/22/2020 | draft settlement demand | 3.1 | | | 3.1 | | | |
| 236 | WC | 12/22/2020 | doc review for settlement demand | 3.6 | | | 3.6 | | | |
| 237 | WC | 12/22/2020 | draft settlement demand | 0.6 | | | 0.6 | | | |
| 238 | WC | 12/23/2020 | review site inspection photographs; related documents re settlement demand | 1.4 | | | 1.4 | | | |
| 239 | WC | 12/23/2020 | draft settlement demand | 1.1 | | | 1.1 | | | |
| 240 | AP | 12/29/2020 | review comms and draft note to DK re scheduling of Sett Conf | 0.4 | | | 0.4 | | | |
| 241 | WC | 1/4/2021 | review documents for settlement demand | 3.6 | | | 3.6 | | | |
| 242 | WC | 1/4/2021 | draft settlement demand | 2.8 | | | 2.8 | | | |
| 243 | WC | 1/5/2021 | organize files; photographs etc. | 2.7 | 2.7 | | | | | |
| 244 | WC | 1/6/2021 | draft settlement demand | 1.9 | | | 1.9 | | | |
| 245 | WC | 1/7/2021 | draft settlement demand | 1.7 | | | 1.7 | | | |
| 246 | WC | 1/8/2021 | review documents for settlement demand | 1.0 | | | 1.0 | | | |
| 247 | WC | 1/8/2021 | draft settlement demand | 1.0 | | | 1.0 | | | |
| 248 | WC | 1/11/2021 | draft settlement demand letter | 3.7 | | | 3.7 | | | |
| 249 | WC | 1/12/2021 | draft settlement demand letter | 0.3 | | | 0.3 | | | |
| 250 | AP | 1/14/2021 | draft note to DK re: scheduling of settlement conference on 3/10/21 | 0.2 | | | 0.2 | | | |
| 251 | WC | 1/21/2021 | draft stip and order re settlement conf | 0.4 | | | 0.4 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 252 | WC | 1/25/2021 | file and email stipulation to settlement conf w/Judge Newman | 0.3 | | | | 0.3 | | |
| 253 | WC | 1/26/2021 | draft settlement demand letter | 0.5 | | | 0.5 | | | |
| 254 | WC | 1/28/2021 | draft settlement demand letter | 5.1 | | | 5.1 | | | |
| 255 | AP | 1/29/2021 | review and edit demand letter | 1.5 | | | 1.5 | | | |
| 256 | WC | 1/29/2021 | discuss monetary ask issues w/AP | 0.4 | | | 0.4 | | | |
| 257 | WC | 1/29/2021 | draft email to holly and john re hours | 0.3 | | | 0.3 | | | |
| 258 | WC | 1/29/2021 | finalize demand letter and compile attachments; transmit to opposing counsel | 0.7 | | | 0.7 | | | |
| 259 | AP | 2/1/2021 | TC with client and edit demand letter per client input | 0.6 | | | 0.6 | | | |
| 260 | WC | 2/1/2021 | develop monetary demand spreadsheet | 1.3 | | | 1.3 | | | |
| 261 | WC | 2/1/2021 | draft monetary demand | 1.5 | | | 1.5 | | | |
| 262 | WC | 2/1/2021 | discuss fees and costs tally w/AP | 0.3 | | | 0.3 | | | |
| 263 | WC | 2/1/2021 | conf call w/Holly re monetary demand; discuss same w/AP re strategy for settlment conf | 0.6 | | | 0.6 | | | |
| 264 | WC | 2/1/2021 | finalize and transmit monetary demand | 0.3 | | | 0.3 | | | |
| 265 | AP | 2/8/2021 | review and edit memo to COL Board in prep for 2/10/21 board Zoom update | 0.2 | | | 0.2 | | | |
| 266 | WC | 2/8/2021 | review investigative workplan and draft email to HN re next steps | 0.6 | 0.6 | | | | | |
| 267 | WC | 2/8/2021 | review documents from disco | 2.4 | | 2.4 | | | | |
| 268 | AP | 2/9/2021 | review client comms w/ State Bd re: work plan, and illegal fill in Basin #2 | 0.5 | 0.5 | | | | | |
| 269 | WC | 2/9/2021 | discuss steve's emails w/AP | 0.2 | | 0.2 | | | | |
| 270 | WC | 2/9/2021 | review Steve's emails re sed. basin 2 and soils stockpile | 0.8 | | 0.8 | | | | |
| 271 | WC | 2/9/2021 | call w/HN re sed basin 2 and madrone memo | 0.7 | | 0.7 | | | | |
| 272 | WC | 2/10/2021 | review documents from doc production | 6.5 | | 6.5 | | | | |
| 273 | WC | 2/10/2021 | update board on case status | 0.7 | | 0.7 | | | | |
| 274 | WC | 2/19/2021 | doc review from production (disco) | 0.8 | | 0.8 | | | | |
| 275 | WC | 2/26/2021 | discuss Neal Road settlement issues w/AP; re settlement conf and response | 0.2 | | | 0.2 | | | |
| 276 | WC | 2/26/2021 | draft settlement conf statement | 2.2 | | | | 2.2 | | |
| 277 | WC | 2/26/2021 | draft consent judgment; discuss same w/AP | 1.3 | | | 1.3 | | | |
| 278 | WC | 2/26/2021 | draft email to diane re draft consent decree | 0.4 | | | 0.4 | | | |
| 279 | AP | 3/1/2021 | review and edit initial draft Consent Judgment addressing federal claims | 0.5 | | | 0.5 | | | |
| 280 | BA | 3/1/2021 | Review case documents and settlement offers | 2.6 | 2.6 | | | | | |
| 281 | AP | 3/2/2021 | confer w/ BA re: mediation status and strategy | 0.2 | | | 0.2 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 282 | AP | 3/2/2021 | review court minute order and forward to client, expert | 0.2 | | | | 0.2 | | |
| 283 | BA | 3/2/2021 | TC AP settlement meeting | 0.2 | | | | 0.2 | | |
| 284 | AP | 3/3/2021 | review and respond to emails re: sett. conf with DK | 0.3 | | | | 0.3 | | |
| 285 | AP | 3/3/2021 | TC w/ Mag. Newman re: utility of proceeding, and confer w/ client, BA re: same | 0.3 | | | | 0.3 | | |
| 286 | BA | 3/3/2021 | tc AP re settlement | 0.1 | | | | 0.1 | | |
| 287 | AP | 3/4/2021 | review discovery status and deadlines | 0.4 | | 0.4 | | | | |
| 288 | AP | 3/4/2021 | review Defendants' 3/4 sett. response and confer w/ expert re: same | 1.2 | | | | 1.2 | | |
| 289 | AP | 3/5/2021 | TC to Drabandt at State Water Board re case status, mediation status | 0.2 | | | | 0.2 | | |
| 290 | AP | 3/5/2021 | client call re: settlement strategy for mediation | 0.5 | | | | 0.5 | | |
| 291 | AP | 3/5/2021 | draft confidential Sett Conf Statement, and client call re: same | 1.6 | | | | 1.6 | | |
| 292 | AP | 3/8/2021 | prep and attend COL board call re mediation | 0.5 | | | | 0.5 | | |
| 293 | AP | 3/8/2021 | confer w/ experts re: mediation and finalize settlement statement | 0.5 | | | | 0.5 | | |
| 294 | AP | 3/8/2021 | review COL board edits and revise confidential Sett Conf Statement | 0.3 | | | | 0.3 | | |
| 295 | AP | 3/9/2021 | various TCs w/ client, w/ Magistrate Newman, w/ DK, Habib, re: mediation (readiness and procedures) | 0.7 | | | | 0.7 | | |
| 296 | BA | 3/9/2021 | Review case documents and mediation stmnt | 1.5 | 0.7 | | 0.8 | | | |
| 297 | AP | 3/10/2021 | draft note to Army Corp requesting 3/17 mtg | 0.2 | 0.2 | | | | | |
| 298 | AP | 3/10/2021 | prep and attend sett. conf., and post-conf. TCs with client, DK re: same | 2.9 | | | | 2.9 | | |
| 299 | BA | 3/10/2021 | Attend sett conf. | 1.2 | | | | 1.2 | | |
| 300 | AP | 3/11/2021 | attend COL Bd call re: sett. conference summary | 0.2 | | | | 0.2 | | |
| 301 | AP | 3/11/2021 | TCs to client re: PRA request to Army Corp, and renew PRA request w/ ACE | 0.2 | 0.2 | | | | | |
| 302 | AP | 3/15/2021 | prep and attend call w/ Army Corps | 0.3 | 0.3 | | | | | |
| 303 | WC | 3/15/2021 | debrief settlement status w/AP | 0.4 | | | | 0.4 | | |
| 304 | AP | 3/16/2021 | review and respond to proposed stip. extending deadlines, emails to/from Magistrate Newman and Def counsel | 0.2 | | 0.2 | | | | |
| 305 | AP | 3/16/2021 | confer w/ WC, client re: PRAs re: Army Corps permit change application | 0.2 | 0.2 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 306 | WC | 3/16/2021 | review settlement emails; review settlement communications; confer w/AP re same | 1.2 | | | | 1.2 | | |
| 307 | AP | 3/17/2021 | draft note to DK re: settlement status | 0.3 | | | 0.3 | | | |
| 308 | BA | 3/22/2021 | Review request to modify 404 permit, opp | 0.7 | 0.7 | | | | | |
| 309 | AP | 3/25/2021 | review and edit stip to extend disco and motions deadline | 0.2 | | 0.2 | | | | |
| 310 | AP | 4/5/2021 | confer with DK re settlement | 0.2 | | | 0.2 | | | |
| 311 | AP | 4/6/2021 | draft notes to DK re: discovery deadlines, and 4/5 settlement call | 0.4 | | 0.2 | 0.2 | | | |
| 312 | AP | 4/12/2021 | draft outline of settlement process issues for DK | 0.8 | | | 0.8 | | | |
| 313 | AP | 4/13/2021 | confer w/ client re: prospects/interest re further settlement conferences | 0.4 | | | 0.4 | | | |
| 314 | AP | 4/13/2021 | review and respond to settlement emails from DK | 0.5 | | | 0.5 | | | |
| 315 | AP | 4/16/2021 | prep and attend conf. call w/ Magistrate Newman, and note to client re: same | 0.3 | | | | 0.3 | | |
| 316 | AP | 4/20/2021 | draft note to DK re: unsigned order extending discovery | 0.2 | | 0.2 | | | | |
| 317 | AP | 4/21/2021 | draft prompt to DK re map | 0.2 | | 0.2 | | | | |
| 318 | AP | 4/23/2021 | confer w/ WC re: status of disco, and next steps | 0.3 | | 0.3 | | | | |
| 319 | WC | 4/23/2021 | review outstanding and received disco in prep for call w/AP | 0.8 | | 0.8 | | | | |
| 320 | WC | 4/23/2021 | discuss disco status and next steps w/AP | 0.3 | | 0.3 | | | | |
| 321 | AP | 4/26/2021 | draft note to DK re: mediation and notes to clerk of court and client re: settlement call scheduled for 4/27 | 0.4 | | | | 0.4 | | |
| 322 | AP | 4/27/2021 | prep and attend further sett. conf. w/ Mag. Newman | 0.7 | | | | 0.7 | | |
| 323 | AP | 4/27/2021 | confer w/ client re: wetland requirements | 0.2 | | | | 0.2 | | |
| 324 | AP | 4/27/2021 | confer w/ BA and WC re: disco and case management issues in light of failed settlement efforts | 0.6 | | | | 0.6 | | |
| 325 | WC | 4/27/2021 | status update w/BA and AP re settlement discussions; | 0.6 | | | | 0.6 | | |
| 326 | BA | 4/27/2021 | TC re case management AP WC | 0.6 | | | | 0.6 | | |
| 327 | WC | 4/29/2021 | discuss updates to settlement process w/AP | 0.2 | | | | 0.2 | | |
| 328 | AP | 5/3/2021 | review and edit draft protective order | 0.9 | | 0.9 | | | | |
| 329 | AP | 5/5/2021 | TCs w/ COL Board re: status of settlement efforts | 0.5 | | | 0.5 | | | |
| 330 | WC | 5/5/2021 | discuss Prot. Order w/AP | 0.3 | | 0.3 | | | | |
| 331 | WC | 5/5/2021 | review/edit protective order; discuss same w/AP | 2.0 | | 2.0 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 332 | AP | 5/6/2021 | finalize edits to protective order | 0.3 | | 0.3 | | | | |
| 333 | WC | 5/6/2021 | discuss protective order issues and board discussions w/AP | 0.5 | | 0.5 | | | | |
| 334 | WC | 5/6/2021 | review documents | 2.7 | | 2.7 | | | | |
| 335 | AP | 5/12/2021 | review and revise draft P.O. | 0.2 | | 0.2 | | | | |
| 336 | AP | 5/12/2021 | TC w/ DK re: P.O. | 0.2 | | 0.2 | | | | |
| 337 | AP | 5/12/2021 | prep and attend COL Board conf. call | 0.4 | | | 0.4 | | | |
| 338 | AP | 5/13/2021 | TC w/ DK re: settlement proposals and draft note to client re: same | 0.5 | | | 0.5 | | | |
| 339 | AP | 5/14/2021 | review court comms re: P.O. | 0.3 | | 0.3 | | | | |
| 340 | AP | 5/17/2021 | TC and email to DK re: status | 0.1 | 0.1 | | | | | |
| 341 | AP | 5/18/2021 | draft note to COL Board re: Defendants' non-response | 0.3 | | | 0.3 | | | |
| 342 | AP | 5/19/2021 | review response from DK re: settlement, and draft client/Board note re same | 0.6 | | | 0.6 | | | |
| 343 | WC | 5/26/2021 | discuss doc review project w/NM and AP | 0.6 | | 0.6 | | | | |
| 344 | WC | 6/2/2021 | meet with enviro consultants | 0.9 | 0.9 | | | | | |
| 345 | WC | 6/7/2021 | review NM's summary of doc production vs RFPDs | 0.1 | | 0.1 | | | | |
| 346 | WC | 6/7/2021 | review doc production and square missing docs | 0.9 | | 0.9 | | | | |
| 347 | WC | 6/7/2021 | discuss settlement status w/AP | 1.4 | | | | 1.4 | | |
| 348 | AP | 6/8/2021 | review discovery responses to date and assemble discovery plan | 1.5 | | 1.5 | | | | |
| 349 | AP | 6/8/2021 | draft letter in response to County's 5/19 email | 0.8 | | | 0.8 | | | |
| 350 | WC | 6/8/2021 | discuss disco letter w/AP and BA | 0.4 | | 0.4 | | | | |
| 351 | BA | 6/8/2021 | Review correspondence, tc WC AP re same | 0.6 | | 0.6 | | | | |
| 352 | AP | 6/9/2021 | finalize settlement status letter to DK | 0.3 | | | 0.3 | | | |
| 353 | AP | 6/11/2021 | confer w/ Lisa Clay @ US Army Corps re regulatory status of Facility, permit changes | 0.2 | 0.2 | | | | | |
| 354 | AP | 6/15/2021 | review current discovery status and outline next steps | 1.1 | | 1.1 | | | | |
| 355 | AP | 6/15/2021 | draft notes to file re: MQP deposition | 0.4 | | 0.4 | | | | |
| 356 | AP | 6/16/2021 | review and edit paralegal Nick Matera (NM) letter re: errors in privilege log | 0.4 | | 0.4 | | | | |
| 357 | AP | 6/17/2021 | finalize DK letter re: privilege log | 0.5 | | 0.5 | | | | |
| 358 | AP | 6/18/2021 | review discovery plan to augment existing responses and assign meet and confer letters to WC (RFAs) and NM (Wet Insp.) | 0.7 | | 0.7 | | | | |
| 359 | WC | 6/18/2021 | discuss disco responses w/AP | 0.3 | | 0.3 | | | | |
| 360 | WC | 6/21/2021 | discuss response letter to inspection request w/NM | 0.4 | | 0.4 | | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
12 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 361 | WC | 6/21/2021 | review nick's response to wet weather inspection objection | 0.6 | | 0.6 | | | | |
| 362 | WC | 6/22/2021 | discuss response letter w/NM | 0.7 | | 0.7 | | | | |
| 363 | WC | 6/23/2021 | review/edit letter to DK/GH re wet weather inspection | 2.5 | | 2.5 | | | | |
| 364 | WC | 6/25/2021 | review steve jackson email re EPA complaint | 0.1 | | 0.1 | | | | |
| 365 | AP | 7/1/2021 | review whistleblower findings by CSHA and confer w/ WC re: same | 0.2 | 0.2 | | | | | |
| 366 | BA | 7/3/2021 | Review OSHA findings re whistleblower | 0.4 | 0.4 | | | | | |
| 367 | AP | 7/8/2021 | TC call w/ whistleblower and his counsel re case status (theirs and ours), potential CID agreement | 0.9 | 0.9 | | | | | |
| 368 | AP | 7/9/2021 | review and respond to DK settlement letter of 7/2, TC to client HN re: same | 0.9 | | | 0.9 | | | |
| 369 | AP | 7/12/2021 | draft emails re: conf. call on 7/16 | 0.2 | | | 0.2 | | | |
| 370 | AP | 7/12/2021 | review State Board critique of Work Plan | 0.4 | 0.4 | | | | | |
| 371 | AP | 7/12/2021 | review 7/2 disco letter from Glen Hansen re: wet inspection | 0.4 | | 0.4 | | | | |
| 372 | WC | 7/12/2021 | discuss calendaring issues w/AP | 0.3 | 0.3 | | | | | |
| 373 | WC | 7/13/2021 | follow up on FOIA request | 0.5 | 0.5 | | | | | |
| 374 | AP | 7/14/2021 | TC to Glen Hansen re: 7/16 call | 0.2 | | | 0.2 | | | |
| 375 | AP | 7/14/2021 | review Def settlement proposal and draft letter and agenda for next steps | 0.4 | | | 0.4 | | | |
| 376 | AP | 7/15/2021 | draft settlement letter to DK and TC to client re: same | 0.4 | | | 0.4 | | | |
| 377 | AP | 7/15/2021 | review protective order terms re: disclosure to client | 0.2 | | 0.2 | | | | |
| 378 | AP | 7/15/2021 | review Regional Board comments to investigative work plan | 0.3 | 0.3 | | | | | |
| 379 | WC | 7/15/2021 | discuss settlement issues w/AP | 0.8 | | | 0.8 | | | |
| 380 | AP | 7/16/2021 | prep and attend settlement conf. call w/ DK and draft confirming note re: same | 0.6 | | | 0.6 | | | |
| 381 | WC | 7/16/2021 | debrief call w/AP re settlement conf. | 0.3 | | | 0.3 | | | |
| 382 | WC | 7/16/2021 | discuss discovery issues w/AP | 0.3 | | 0.3 | | | | |
| 383 | AP | 7/20/2021 | draft note to DK confirming 7/16 TC re: settlement of both actions together | 0.6 | | | 0.6 | | | |
| 384 | AP | 7/21/2021 | review and respond to Haddix re: settlement call Friday 7/23 | 0.2 | | | 0.2 | | | |
| 385 | AP | 7/22/2021 | draft note to DK w/ agenda for 7/23 settlement call and prep for same | 0.3 | | | 0.3 | | | |
| 386 | AP | 7/23/2021 | attend sett. call, TC to client re: same | 0.6 | | | 0.6 | | | |
| 387 | AP | 7/23/2021 | draft note to DK confirming settlement call | 0.3 | | | 0.3 | | | |
| 388 | AP | 7/26/2021 | review WC's discovery letter | 0.3 | | 0.3 | | | | |
| 389 | AP | 7/26/2021 | mtg w/ BA, WC re: MSJ and related discovery | 0.2 | | 0.2 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 390 | AP | 7/26/2021 | TC to DK re: stip. to extend disco deadlines | 0.2 | | 0.2 | | | | |
| 391 | WC | 7/26/2021 | confer w/AP re settlement developments/strategy | 0.2 | | | 0.2 | | | |
| 392 | BA | 7/26/2021 | TC WC AP re MSJ | 0.2 | | 0.2 | | | | |
| 393 | AP | 7/27/2021 | confer w/ DK and fwd stip extending pre-trial deadlines | 0.3 | | 0.3 | | | | |
| 394 | WC | 7/28/2021 | review stip and cmns re disco deadlines | 0.4 | | 0.4 | | | | |
| 395 | WC | 7/30/2021 | calendar new disco deadlines | 0.2 | | 0.2 | | | | |
| 396 | AP | 8/9/2021 | draft note prompting DK re: settlement, VM re: same | 0.3 | | | 0.3 | | | |
| 397 | AP | 8/10/2021 | TC and emails to DK re: Defendants' failure to provide full and shareable settlement | 0.3 | | | 0.3 | | | |
| 398 | AP | 8/11/2021 | prep and attend TC w/ COL board re: settlement status, next steps in litigation | 0.3 | | | 0.3 | | | |
| 399 | AP | 8/12/2021 | revise Exh A for COL Bd members to be bound by Protective Order and draft client note re same | 0.4 | | 0.4 | | | | |
| 400 | AP | 8/12/2021 | TCs to DK re: letter of intent/land swap, and note to client re same | 0.2 | | | 0.2 | | | |
| 401 | AP | 8/13/2021 | note to DK re: settlement and failure to articulate a proposal | 0.2 | | | 0.2 | | | |
| 402 | AP | 8/16/2021 | draft and issue notice of deposition (PMQ1) | 0.4 | | 0.4 | | | | |
| 403 | AP | 8/16/2021 | revise Discovery Log | 0.2 | | 0.2 | | | | |
| 404 | AP | 8/16/2021 | draft note to DK re: failure to respond re: discovery M&C letter on privilege log errors | 0.3 | | 0.3 | | | | |
| 405 | WC | 8/16/2021 | confer w/AP re disco efforts | 0.7 | | 0.7 | | | | |
| 406 | ~~AP~~ | ~~8/17/2021~~ | ~~review wet inspection meet and confer communications and draft meet and confer letter re: same~~ | ~~1.8~~ | | | | | | |
| 407 | WC | 8/17/2021 | review discovery responses | 0.9 | | 0.9 | | | | |
| 408 | ~~WC~~ | ~~8/17/2021~~ | ~~review disco correspondence re wet weather inspection~~ | ~~0.2~~ | | | | | | |
| 409 | AP | 8/18/2021 | review docs by USACE in response to FOIA request, and draft note to Lisa Clay at USACE clarifying non-settlement status | 0.6 | 0.6 | | | | | |
| 410 | WC | 8/18/2021 | review cmns and responses to FOIA request | 0.5 | | 0.5 | | | | |
| 411 | AP | 8/19/2021 | review document production and RFA responses; update discovery plan | 1.1 | | 1.1 | | | | |
| 412 | WC | 8/20/2021 | research production of documents wrt sources of that info; draft note to client re same | 0.8 | | 0.8 | | | | |
| 413 | ~~WC~~ | ~~8/25/2021~~ | ~~review and respond to M&C response re site inspection~~ | ~~4.4~~ | | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 414 | ~~WC~~ | ~~8/25/2021~~ | ~~finalize and transmit response to M&C response re site inspection~~ | ~~0.1~~ | | | | | | |
| 415 | WC | 8/26/2021 | confer w/AP re disco issues | 0.3 | | 0.3 | | | | |
| 416 | WC | 8/27/2021 | review documents | 1.9 | | 1.9 | | | | |
| 417 | ~~WC~~ | ~~9/2/2021~~ | ~~rev defs' response to site inspection disco request; research mtc procedures in E.D.~~ | ~~0.4~~ | | | | | | |
| 418 | ~~WC~~ | ~~9/2/2021~~ | ~~draft joint statement re disco dispute~~ | ~~1.3~~ | | | | | | |
| 419 | ~~AP~~ | ~~9/13/2021~~ | ~~review discovery comms re: wet inspection and draft Rule 251(c) Joint Statement~~ | ~~1.2~~ | | | | | | |
| 420 | ~~AP~~ | ~~9/13/2021~~ | ~~draft notes to CRD reserving 10/6/21 motion to compel hrg.~~ | ~~0.2~~ | | | | | | |
| 421 | ~~AP~~ | ~~9/14/2021~~ | ~~draft notice of motion and MTC re: wet inspection~~ | ~~0.7~~ | | | | | | |
| 422 | ~~AP~~ | ~~9/15/2021~~ | ~~proof final NOM and motion~~ | ~~0.6~~ | | | | | | |
| 423 | ~~AP~~ | ~~9/15/2021~~ | ~~draft Joint Brief re: inspection compel~~ | ~~0.6~~ | | | | | | |
| 424 | ~~AP~~ | ~~9/15/2021~~ | ~~note to counsel w/proposal briefing schedule~~ | ~~0.2~~ | | | | | | |
| 425 | ~~WC~~ | ~~9/15/2021~~ | ~~review and edit joint statement and nom/mot. to compel~~ | ~~1.5~~ | | | | | | |
| 426 | AP | 9/17/2021 | draft note to DK re: privilege log and failure to meet and confer | 0.2 | | 0.2 | | | | |
| 427 | AP | 9/20/2021 | draft note to DK re 8/6 letter to DK & counsel in state case [proposal to SPLIT global settlement into 2 state and federal consent decrees], and County's signatories to agreement to confidentiality | 0.2 | | | | 0.2 | | |
| 428 | AP | 9/20/2021 | finalize board auth. to issue settlement letter | 0.2 | | | | 0.2 | | |
| 429 | ~~AP~~ | ~~9/23/2021~~ | ~~review defendants' additions to Joint statement and confer w/ WC re: add'l edits due 9/24~~ | ~~0.3~~ | | | | | | |
| 430 | ~~WC~~ | ~~9/24/2021~~ | ~~revise joint statement re inpsection request discovery dispute~~ | ~~1.2~~ | | | | | | |
| 431 | WC | 9/24/2021 | draft response to hansen re confidentiality of depositions | 0.2 | | 0.2 | | | | |
| 432 | WC | 9/27/2021 | draft response to GH re confidentiality of depo transcripts | 1.4 | | 1.4 | | | | |
| 433 | ~~WC~~ | ~~9/28/2021~~ | ~~finalize joint statement; review revisions, and accept edits; compile exhibits and transmit final version to GH~~ | ~~0.3~~ | | | | | | |
| 434 | ~~WC~~ | ~~9/29/2021~~ | ~~file joint statement re disco dispute~~ | ~~0.2~~ | | | | | | |
| 435 | AP | 10/5/2021 | review County's 9/23 settlement comm, and draft settlement response letter to DK | 0.9 | | | 0.9 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 436 | AP | 10/5/2021 | draft email requesting response to 9/20 counter settlement proposal | 0.2 | | | 0.2 | | | |
| 437 | AP | 10/5/2021 | confer w/ WC re: disco and sett. status | 0.4 | | 0.4 | | | | |
| 438 | WC | 10/5/2021 | draft response letter to GH re zoom depos | 1.4 | | 1.4 | | | | |
| 439 | WC | 10/6/2021 | review/edit letter re settlement | 0.4 | | | 0.4 | | | |
| 440 | AP | 10/7/2021 | TC w/ client re: settlement and strategy re: response to 9/23 settlement | 1.6 | | | 1.6 | | | |
| 441 | WC | 10/7/2021 | confer re settlement issues w/AP | 0.5 | | | 0.5 | | | |
| 442 | AP | 10/12/2021 | draft notes to expert re trial needs; TC re: same | 0.3 | | 0.3 | | | | |
| 443 | AP | 10/13/2021 | review WC letter re: MTC PMK deposition | 0.2 | | 0.2 | | | | |
| 444 | WC | 10/13/2021 | legal research re video recording depositions | 1.0 | | 1.0 | | | | |
| 445 | WC | 10/13/2021 | draft letter to GH re video recording depositions | 1.0 | | 1.0 | | | | |
| 446 | AP | 10/14/2021 | TC to court reporters re: Zoom protocols | 0.2 | | 0.2 | | | | |
| 447 | AP | 10/14/2021 | TC w/ expert John Lane re: case status | 0.2 | | 0.2 | | | | |
| 448 | AP | 10/14/2021 | review Glen Hansen offer re: PMQ depo | 0.2 | | 0.2 | | | | |
| 449 | AP | 10/14/2021 | prep and attend TC w/ DK, GH and WC re: PMQ depo | 0.3 | | 0.3 | | | | |
| 450 | WC | 10/14/2021 | confer w/DK and GH re depo video recording | 0.3 | | 0.3 | | | | |
| 451 | WC | 10/14/2021 | confer w/AP re video depo issue | 0.5 | | 0.5 | | | | |
| 452 | WC | 10/14/2021 | research zoom deposition video recordings and draft response to GH | 1.6 | | 1.6 | | | | |
| 453 | AP | 10/15/2021 | TC w/ new expert, Matt Hagemann, re: potential retention in the case, and client call re same | 0.6 | | 0.6 | | | | |
| 454 | AP | 10/18/2021 | confer w/ client and WC re: withdrawal of J. Lane | 0.4 | | 0.4 | | | | |
| 455 | WC | 10/18/2021 | confer w/AP re expert issues | 0.4 | | 0.4 | | | | |
| 456 | WC | 10/20/2021 | discuss depo strategy w/AP | 0.2 | | 0.2 | | | | |
| 457 | ~~AP~~ | ~~10/27/2021~~ | ~~review discovery order granting wet inspections and outline needs for atty dec~~ | ~~0.3~~ | | | | | | |
| 458 | AP | 10/27/2021 | draft note to client re discovery order | 0.3 | | 0.3 | | | | |
| 459 | AP | 10/27/2021 | draft note to expert re inspection preparation | 0.4 | | 0.4 | | | | |
| 460 | ~~WC~~ | ~~10/27/2021~~ | ~~review order re wet weather site inspection~~ | ~~0.2~~ | | | | | | |
| 461 | ~~WC~~ | ~~10/27/2021~~ | ~~legal research re rule 37 fees~~ | ~~0.2~~ | | | | | | |
| 462 | WC | 10/27/2021 | legal research re motion to compel | 2.0 | | 2.0 | | | | |
| 463 | ~~AP~~ | ~~10/28/2021~~ | ~~edit timesheets and confer with WC re out-of-forum rates, and client comms re same~~ | ~~0.4~~ | | | | | | |
| 464 | AP | 10/28/2021 | confer with expert and client re case status | 0.4 | 0.4 | | | | | |
| 465 | AP | 10/28/2021 | draft note to client re case status, expert needs | 0.4 | 0.4 | | | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
16 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 466 | AP | 10/29/2021 | confer w/ expert, client re: scope of retention | 0.4 | 0.4 | | | | | |
| 467 | ~~AP~~ | ~~11/1/2021~~ | ~~draft Packard Dec. ISO MTC~~ | ~~0.4~~ | | | | | | |
| 468 | ~~AP~~ | ~~11/2/2021~~ | ~~revise, proof and file Packard Dec.~~ | ~~0.5~~ | | | | | | |
| 469 | AP | 11/2/2021 | draft prelim notice of formal wet inspection for 11/9 | 0.2 | | 0.2 | | | | |
| 470 | ~~WC~~ | ~~11/2/2021~~ | ~~review/edit decl iso MTC~~ | ~~0.5~~ | | | | | | |
| 471 | AP | 11/3/2021 | draft note to Glen Hansen re: wet inspection | 0.2 | | 0.2 | | | | |
| 472 | AP | 11/3/2021 | conference call w/ expert re: site issues, prep for wet inspection | 0.5 | | 0.5 | | | | |
| 473 | WC | 11/3/2021 | confer w/MH and AP re site inspection strat and expert needs | 0.5 | | 0.5 | | | | |
| 474 | AP | 11/5/2021 | draft meet and confer email to Glen Hansen re refusal to make facility available 11/8-10, 2021, and notify experts re same | 0.9 | | 0.9 | | | | |
| 475 | AP | 11/8/2021 | draft meet and confer letter re: inspection | 1.1 | | 1.1 | | | | |
| 476 | AP | 11/8/2021 | mark-up Defendant's proposed waiver/assumption of risk form | 0.4 | | 0.4 | | | | |
| 477 | AP | 11/8/2021 | draft meet and confer emails to Glen Hansen re: wet inspection on 11/9 and Defendant's refusal of access | 0.8 | | 0.8 | | | | |
| 478 | AP | 11/8/2021 | draft settlement prompt to DK | 0.2 | | | 0.2 | | | |
| 479 | AP | 11/10/2021 | meet and confer re inspection w/ DK and Glen Hansen (GH), WC and draft confirming note re: same | 0.8 | | 0.8 | | | | |
| 480 | WC | 11/10/2021 | conf w/opp counsel re site inspection | 0.4 | | 0.4 | | | | |
| 481 | AP | 11/15/2021 | review and respond to GH email clarifying settlement letters | 0.1 | | | 0.1 | | | |
| 482 | AP | 11/18/2021 | review and respond to GH re: draft waiver and protocols | 0.3 | | 0.3 | | | | |
| 483 | AP | 11/22/2021 | review Defs' sett. comm and fwd to client | 0.1 | | | 0.1 | | | |
| 484 | AP | 11/29/2021 | review settlement comms and draft note to client re: absence of real response | 0.2 | | | 0.2 | | | |
| 485 | AP | 12/2/2021 | draft note to DK re: PMK deposition | 0.3 | | 0.3 | | | | |
| 486 | AP | 12/3/2021 | review and respond to GH re: PMK depo and cancellation of 12/6 deposition | 0.5 | | 0.5 | | | | |
| 487 | AP | 12/6/2021 | prep and attend TC w/ GH re: PMK designees | 0.4 | | 0.4 | | | | |
| 488 | AP | 12/6/2021 | review Def's settlement letter and fwd w/ note to client | 0.4 | | | 0.4 | | | |
| 489 | AP | 12/6/2021 | draft note to GH re: inspections and depos | 0.4 | | 0.4 | | | | |
| 490 | WC | 12/6/2021 | conf w/GH re depos | 0.3 | | 0.3 | | | | |
| 491 | WC | 12/6/2021 | review settlment counter | 0.2 | | | 0.2 | | | |
| 492 | AP | 12/8/2021 | draft note to GH re inspection | 0.2 | | 0.2 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 493 | AP | 12/8/2021 | draft response to County's 12/6 sett. response | 1.8 | | | 1.8 | | | |
| 494 | AP | 12/8/2021 | TC w/ expert re: inspection planning | 0.4 | | 0.4 | | | | |
| 495 | AP | 12/8/2021 | schedule and draft agenda for atty call w/ experts for 12/10 | 0.2 | | 0.2 | | | | |
| 496 | WC | 12/8/2021 | review and edit letter to DK re settlement | 0.3 | | | 0.3 | | | |
| 497 | AP | 12/9/2021 | review and prep for 12/14 inspection and confer w/ expert re: same | 0.4 | | 0.4 | | | | |
| 498 | AP | 12/9/2021 | complete settlement response | 0.3 | | | 0.3 | | | |
| 499 | AP | 12/10/2021 | review site maps, sett. comms, and weather for 12/14 inspections | 0.8 | | 0.8 | | | | |
| 500 | AP | 12/10/2021 | prep and attend call w/ expert re: 12/14 formal inspection | 1.1 | | 1.1 | | | | |
| 501 | WC | 12/10/2021 | conf call w/AP and MH to prep for site inspection | 1.0 | | 1.0 | | | | |
| 502 | AP | 12/13/2021 | prep for 12/14 inspection and TC w/ expert re same | 1.3 | | 1.3 | | | | |
| 503 | AP | 12/14/2021 | attend formal wet inspection of Facility in Chico; discuss inspection w/client and expert | 5.6 | | 5.6 | | | | |
| 504 | AP | 12/14/2021 | travel to/from wet inspection (6 hours total, half not billed) | 3.0 | | 3 | | | | |
| 505 | WC | 12/14/2021 | confer w/AP re site inspection strategy | 0.6 | | 0.6 | | | | |
| 506 | AP | 12/15/2021 | confer w/ expert, WC, re: testing parameters | 0.2 | | 0.2 | | | | |
| 507 | AP | 12/15/2021 | draft update memo to COL Board | 0.3 | 0.3 | | | | | |
| 508 | AP | 12/17/2021 | draft note to GH re: need for PMQ dates, request for all docs in SWPPP blinder | 0.3 | | 0.3 | | | | |
| 509 | AP | 12/22/2021 | draft note to GH re: Miller, Storti and Schmidt depos, SWPPP binder docs | 0.4 | | 0.4 | | | | |
| 510 | AP | 1/4/2022 | draft note to expert re: test results from 12/14 | 0.5 | | 0.5 | | | | |
| 511 | AP | 1/4/2022 | draft note to GH re: Miller depo | 0.3 | | 0.3 | | | | |
| 512 | AP | 1/4/2022 | review discovery log, document index | 0.5 | | 0.5 | | | | |
| 513 | AP | 1/4/2022 | review RFAs responses and draft meet and confer letter re: same | 1.6 | | 1.6 | | | | |
| 514 | AP | 1/5/2022 | finalize edits to RFA m+c letter | 1.7 | | 1.7 | | | | |
| 515 | WC | 1/5/2022 | review and edit letter re RFAs | 0.6 | | 0.6 | | | | |
| 516 | AP | 1/6/2022 | draft roggs, Set 1 | 0.7 | | 0.7 | | | | |
| 517 | WC | 1/6/2022 | confer w/AP re disco issues | 0.4 | | 0.4 | | | | |
| 518 | AP | 1/7/2022 | finalize roggs, Set 1 | 0.7 | | 0.7 | | | | |
| 519 | AP | 1/7/2022 | draft notes for second set. of roggs (exceeding 25 limit) | 0.8 | | 0.8 | | | | |
| 520 | WC | 1/7/2022 | confer w/AP re discovery requests | 1.1 | | 1.1 | | | | |
| 521 | AP | 1/10/2022 | draft note to GH re: depos and new docs | 0.2 | | 0.2 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 522 | AP | 1/13/2022 | review photos and sample data from 12/14 insp. | 0.4 | | 0.4 | | | | |
| 523 | AP | 1/14/2022 | confer w/ expert and WC re: 12/14/21 sample results | 0.4 | | 0.4 | | | | |
| 524 | WC | 1/14/2022 | confer w/AP and MH re sample results | 0.4 | | 0.4 | | | | |
| 525 | AP | 1/18/2022 | TC to DK re: agreement on additional roggs, RFAs and ratios and draft confirming email re: same | 0.3 | | 0.3 | | | | |
| 526 | AP | 1/19/2022 | draft notice and motion to compel RFAs | 0.3 | | 0.3 | | | | |
| 527 | AP | 1/19/2022 | confer w/ client re: test results | 0.2 | 0.2 | | | | | |
| 528 | AP | 1/20/2022 | confer w/ whistleblower | 0.3 | 0.3 | | | | | |
| 529 | AP | 1/20/2022 | draft joint statement re: RFAs and cover note to GH | 0.6 | | 0.6 | | | | |
| 530 | AP | 1/20/2022 | draft meet and confer emails to GH re: failure to amend responses or meet and confer in good faith (MTC) | 0.5 | | 0.5 | | | | |
| 531 | AP | 1/21/2022 | confer w/ whistleblower re: case status (his and ours) | 0.6 | 0.6 | | | | | |
| 532 | AP | 1/25/2022 | confer w/ expert re: sample results, leachate research, potential need for add'l samples | 0.2 | | 0.2 | | | | |
| 533 | AP | 1/26/2022 | confirm Miller deposition | 0.2 | | 0.2 | | | | |
| 534 | AP | 1/26/2022 | prompt DK re: RFAs revisions, and prompt GH re: joint statement revisions for MTC | 0.5 | | 0.5 | | | | |
| 535 | AP | 1/27/2022 | confer w/ expert, client re: VOC testing data | 0.3 | | 0.3 | | | | |
| 536 | AP | 1/28/2022 | prep and attend expert call re: new spreadsheet detailing leachate samples and 12/14/21 sample | 0.7 | | 0.7 | | | | |
| 537 | AP | 1/28/2022 | draft note to expert re: trial deadlines for 2022 and 2023 | 0.3 | | 0.3 | | | | |
| 538 | AP | 1/28/2022 | review Defendents' Amended RFA responses and draft meet and confer letter re: same | 0.4 | | 0.4 | | | | |
| 539 | AP | 1/28/2022 | draft note to Army Corps re PRA request, Defendant's continuing efforts to terminate easement | 0.6 | 0.6 | | | | | |
| 540 | WC | 1/28/2022 | confer w/AP and MH re sampling results | 0.7 | | 0.7 | | | | |
| 541 | AP | 1/31/2022 | draft meet and confer letter re: Defs' RFA responses | 1.2 | | 1.2 | | | | |
| 542 | WC | 1/31/2022 | review and edit letter to kinderman re rfas | 0.3 | | 0.3 | | | | |
| 543 | AP | 2/1/2022 | review Defs' 2nd revised responses and reschedule meet and confer call | 0.2 | | 0.2 | | | | |
| 544 | WC | 2/2/2022 | draft and file withdrawal of motion to compel rfas | 0.4 | | 0.4 | | | | |
| 545 | AP | 2/3/2022 | prep and attend meet and confer call w/ GH Joint Statement re: RFAs | 0.3 | | 0.3 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 546 | AP | 2/3/2022 | draft Joint Statement re: RFAs | 1.8 | | 1.8 | | | | |
| 547 | AP | 2/7/2022 | review and respond re: motion to compel on RFAs Nos. 8-14 and 25, as revised 2/4/22 | 0.4 | | 0.4 | | | | |
| 548 | AP | 2/10/2022 | draft stip re: roggs, limits expanded | 0.2 | | 0.2 | | | | |
| 549 | AP | 2/11/2022 | finalize discovery stip and fwd with cover note | 0.2 | | 0.2 | | | | |
| 550 | AP | 2/15/2022 | file discovery stip + order, providing court w/ Word version of same | 0.2 | | 0.2 | | | | |
| 551 | AP | 2/15/2022 | draft note to Lisa Clay @ USACE | 0.4 | 0.4 | | | | | |
| 552 | WC | 2/16/2022 | confer w/AP re discovery issues | 0.3 | | 0.3 | | | | |
| 553 | AP | 2/17/2022 | renew FOIA request and draft cover note re: same | 0.5 | 0.5 | | | | | |
| 554 | WC | 2/17/2022 | review discovery and save to file | 0.2 | | 0.2 | | | | |
| 555 | AP | 2/23/2022 | draft and file Notice and Motion to Compel RFAs | 0.5 | | 0.5 | | | | |
| 556 | AP | 2/25/2022 | review and respond to GH emails re: disco extension, RFAs | 0.4 | | 0.4 | | | | |
| 557 | AP | 3/15/2022 | draft and file w/d of MTC-RFAs | 0.3 | | 0.3 | | | | |
| 558 | AP | 3/15/2022 | draft email to GH postponing Miller depo | 0.2 | | 0.2 | | | | |
| 559 | AP | 3/15/2022 | review amended RFAs | 0.7 | | 0.7 | | | | |
| 560 | AP | 3/15/2022 | draft new JS re: amended RFAs | 0.4 | | 0.4 | | | | |
| 561 | AP | 3/16/2022 | finalize JS re: 3rd filing of MTC-RFAs | 0.2 | | 0.2 | | | | |
| 562 | AP | 3/16/2022 | draft and file NOM/Motion | 0.3 | | 0.3 | | | | |
| 563 | WC | 3/16/2022 | review deposition notice; research procedure to respond | 1.0 | | 1.0 | | | | |
| 564 | WC | 3/16/2022 | confer w/AP re response to deposition notice | 0.2 | | 0.2 | | | | |
| 565 | WC | 3/16/2022 | draft M&C letter re deposition PMQ | 1.3 | | 1.3 | | | | |
| 566 | WC | 3/16/2022 | review/edit MTC re RFAs | 0.6 | | 0.6 | | | | |
| 567 | WC | 3/16/2022 | draft M&C letter re deposition PMQ | 0.6 | | 0.6 | | | | |
| 568 | AP | 3/17/2022 | review and edit Kinderman letter re: PMQ depo (of COL) | 0.4 | | 0.4 | | | | |
| 569 | AP | 3/17/2022 | review Rogg responses | 0.5 | | 0.5 | | | | |
| 570 | AP | 3/21/2022 | exchange emails w/ GH re-setting date for Miller depo | 0.2 | | 0.2 | | | | |
| 571 | WC | 4/11/2022 | confer w/AP re settlement strategy | 0.5 | | 0.5 | | | | |
| 572 | AP | 4/12/2022 | review Def's JS re: MTC | 0.8 | | 0.8 | | | | |
| 573 | AP | 4/12/2022 | draft and file w/d of MTC | 0.3 | | 0.3 | | | | |
| 574 | WC | 4/12/2022 | confer w/AP re discovery letter | 0.2 | | 0.2 | | | | |
| 575 | WC | 4/12/2022 | review/edit MTC | 0.7 | | 0.7 | | | | |
| 576 | WC | 4/12/2022 | confer w/AP re disco issues | 0.4 | | 0.4 | | | | |
| 577 | WC | 4/13/2022 | confer w/AP re discovery  issues | 0.3 | | 0.3 | | | | |
| 578 | WC | 4/14/2022 | review county's response re pmq depo | 1.1 | | 1.1 | | | | |
| 579 | WC | 4/18/2022 | confer w/AP re disco responses | 0.2 | | 0.2 | | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for  Attorneys' Fees - Exhibit 4
20 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 580 | WC | 4/18/2022 | review discovery letter and draft outline response | 0.5 | | 0.5 | | | | |
| 581 | WC | 4/19/2022 | review M&C letter re PMQ depo and develop response | 0.9 | | 0.9 | | | | |
| 582 | WC | 4/19/2022 | confer w/AP re response to PMQ depo M&C | 0.3 | | 0.3 | | | | |
| 583 | AP | 4/25/2022 | TC and email to client re: settlement | 1.1 | | | 1.1 | | | |
| 584 | AP | 4/25/2022 | prep and attend settlement TC w/ DK | 0.8 | | | 0.8 | | | |
| 585 | WC | 4/25/2022 | confer w/AP re settlement conferences and strategy | 0.7 | | | 0.7 | | | |
| 586 | WC | 4/25/2022 | review County's settlement demand | 0.8 | | | 0.8 | | | |
| 587 | WC | 4/25/2022 | review settlement letter and maps | 0.3 | | | 0.3 | | | |
| 588 | WC | 4/25/2022 | settlement conference w/DK et al | 1.2 | | | 1.2 | | | |
| 589 | AP | 4/26/2022 | draft stip to extend pre-trial deadlines | 0.3 | | 0.3 | | | | |
| 590 | AP | 4/26/2022 | draft email to GH re: stip to extend pre-trial deadlines | 0.3 | | 0.3 | | | | |
| 591 | AP | 4/26/2022 | review and approved stip re: leave to amend | 0.3 | | 0.3 | | | | |
| 592 | AP | 4/26/2022 | confer w/ court re: 6/29 settlement conf. | 0.3 | | | | 0.3 | | |
| 593 | AP | 4/26/2022 | draft request and order for sett. conf. | 0.3 | | | | 0.3 | | |
| 594 | WC | 4/26/2022 | confer w/AP re disco and settlement issues | 0.4 | | | 0.4 | | | |
| 595 | WC | 4/26/2022 | confer w/HN and AP re status of case and settlement strategy | 1.0 | | | 1.0 | | | |
| 596 | AP | 4/27/2022 | proof and file request for sett. conf., and draft note to court re: same | 0.4 | | | | 0.4 | | |
| 597 | WC | 4/27/2022 | confer w/AP re case settlement strategy | 0.8 | | | 0.8 | | | |
| 598 | AP | 5/3/2022 | TC with DOJ re SEP rules and financial benefit | 0.3 | | | | 0.3 | | |
| 599 | AP | 5/3/2022 | draft note to DOJ re 5/3 call | 0.3 | | | | 0.3 | | |
| 600 | AP | 5/3/2022 | confer with DK re changes to land swap being proposed | 0.3 | | | | 0.3 | | |
| 601 | AP | 5/3/2022 | draft confirming email re land swap | 0.6 | | | | 0.6 | | |
| 602 | AP | 5/3/2022 | email client re real estate atty needs | 0.6 | | | | 0.6 | | |
| 603 | WC | 5/3/2022 | review sep question language to DOJ | 0.2 | | | 0.2 | | | |
| 604 | WC | 5/3/2022 | review case file and draft/send new FOIA req | 0.3 | 0.3 | | | | | |
| 605 | AP | 5/4/2022 | prep and attend call with DK and experts | 1.1 | | | | 1.1 | | |
| 606 | AP | 5/4/2022 | review time records and costs for fee demand | 0.8 | | | | 0.8 | | |
| 607 | WC | 5/4/2022 | confer w/AP re settlement response | 0.2 | | | 0.2 | | | |
| 608 | WC | 5/4/2022 | conference call w/Diane re wetland call | 1.1 | | | 1.1 | | | |
| 609 | AP | 5/5/2022 | review 5/4 minute order re sett. conf and draft client note re same | 0.6 | | | | 0.6 | | |
| 610 | AP | 5/6/2022 | draft demand letter re compliance monitoring and fees and costs | 2.3 | | | | 2.3 | | |
| 611 | WC | 5/9/2022 | research condemnation | 0.5 | | | 0.5 | | | |
| 612 | WC | 5/10/2022 | confer w/AP re settlement issues | 0.6 | | | 0.6 | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
21 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 613 | WC | 5/11/2022 | draft email to DK re protective order issues | 0.4 | | 0.4 | | | | |
| 614 | AP | 5/12/2022 | confer with client re site inspection 5/12 | 0.6 | | 0.6 | | | | |
| 615 | AP | 5/12/2022 | confer with WC, BA re 5/13 sett conf cancellation | 0.4 | | | | 0.4 | | |
| 616 | WC | 5/12/2022 | confer w/HN and AP re site visit | 0.4 | | 0.4 | | | | |
| 617 | BA | 5/12/2022 | TC WC AP re settlement and case mgmt | 0.4 | | | | 0.4 | | |
| 618 | AP | 5/13/2022 | TC with DOJ re SEP policy re land gifts | 0.4 | | | | 0.4 | | |
| 619 | AP | 5/13/2022 | prep and attend call with DK re concerns arising out of 5/12 inspection | 0.4 | | 0.4 | | | | |
| 620 | AP | 5/13/2022 | TC with client re settlement call with DK | 0.4 | | | | 0.4 | | |
| 621 | WC | 5/13/2022 | confer w/SB re SEP policy | 0.3 | | | 0.3 | | | |
| 622 | WC | 5/13/2022 | conf call w/opp counsel re sub site issues | 0.6 | | | 0.6 | | | |
| 623 | WC | 5/13/2022 | confer w/AP and HN re discussion w/opp counsel | 0.4 | | | 0.4 | | | |
| 624 | AP | 5/16/2022 | draft and revise CD with specified BMPs | 3.3 | | | | 3.3 | | |
| 625 | AP | 5/16/2022 | TC with referral counsel re transfer language | 0.2 | | | 0.2 | | | |
| 626 | AP | 5/16/2022 | review and draft response to Hansen settlement letter | 0.5 | | | | 0.5 | | |
| 627 | AP | 5/16/2022 | confer with WC re consent decree terms and transfer language | 0.2 | | | | 0.2 | | |
| 628 | WC | 5/16/2022 | confer w/AP re proposed consent decree | 0.2 | | | 0.2 | | | |
| 629 | AP | 5/17/2022 | review GH sett letter re fees and costs and confer with WC re same | 0.3 | | | | 0.3 | | |
| 630 | AP | 5/17/2022 | finalize consent decree terms and transmit to DK with cover note | 1.2 | | | | 1.2 | | |
| 631 | WC | 5/17/2022 | review settlement agreeement draft | 0.5 | | | 0.5 | | | |
| 632 | WC | 5/17/2022 | confer w/AP re proposed consent decree | 0.5 | | | 0.5 | | | |
| 633 | WC | 5/18/2022 | confer w/AP re settlement | 0.1 | | | 0.1 | | | |
| 634 | WC | 5/18/2022 | draft letter to DK re protective order violations | 0.9 | | 0.9 | | | | |
| 635 | AP | 5/20/2022 | review Hansen letters of 5/16 and 5/17 re fees and draft response to same | 1.2 | | | | 1.2 | | |
| 636 | WC | 5/20/2022 | review and edit letter to DK re fees | 0.2 | | | 0.2 | | | |
| 637 | AP | 5/23/2022 | draft note to DK requesting consent decree response, answers to property questions | 0.4 | | | | 0.4 | | |
| 638 | WC | 5/25/2022 | review ACOE FOIA docs | 0.3 | 0.3 | | | | | |
| 639 | WC | 5/25/2022 | confer w/AP re acoe docs and followup | 0.2 | 0.2 | | | | | |
| 640 | WC | 5/26/2022 | draft letter to DK re protective order and cmns to acoe | 2.4 | | 2.4 | | | | |
| 641 | BA | 5/26/2022 | Review letter to DK, email WC re same | 0.3 | | 0.3 | | | | |
| 642 | AP | 5/27/2022 | draft note to GH re discovery extension | 0.2 | | 0.2 | | | | |
| 643 | AP | 5/27/2022 | review Army Corps comms | 0.3 | 0.3 | | | | | |
| 644 | AP | 5/27/2022 | review and edit DK letter re Army Corps comms | 0.3 | 0.3 | | | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for  Attorneys' Fees - Exhibit 4
22 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 645 | WC | 5/27/2022 | confer w/AP re cmn to dk | 0.2 | | 0.2 | | | | |
| 646 | WC | 5/27/2022 | review/edit letter to DK | 0.1 | | 0.1 | | | | |
| 647 | WC | 5/27/2022 | draft letter to corps re county's misreps | 0.8 | 0.8 | | | | | |
| 648 | WC | 5/27/2022 | review edits to corps letter, compile attachs, and transmit same | 0.6 | 0.6 | | | | | |
| 649 | WC | 5/31/2022 | confer w/AP re CMC strategy | 0.3 | 0.3 | | | | | |
| 650 | WC | 5/31/2022 | edit CMCS | 0.1 | 0.1 | | | | | |
| 651 | AP | 6/2/2022 | draft second note to GH re discovery extension | 0.2 | | 0.2 | | | | |
| 652 | AP | 6/9/2022 | draft prompt to DK re failure to negotiate settlement | 0.2 | | | 0.2 | | | |
| 653 | WC | 6/14/2022 | review settlement correspondence to respond to dk | 0.3 | | | 0.3 | | | |
| 654 | WC | 6/14/2022 | draft response to DK | 0.7 | | | 0.7 | | | |
| 655 | WC | 6/15/2022 | draft response to DK | 0.3 | | | 0.3 | | | |
| 656 | BA | 6/20/2022 | Review settlement email from DK | 0.1 | | | | 0.1 | | |
| 657 | WC | 6/22/2022 | draft settlement conference statement | 2.1 | | | | 2.1 | | |
| 658 | BA | 6/22/2022 | Review termination case law and proc | 2.5 | | | | 2.5 | | |
| 659 | AP | 6/23/2022 | review settlement conference statements filed by COL, County and confer with WC, BA re same | 0.4 | | | | 0.4 | | |
| 660 | AP | 6/23/2022 | note to client re settlement conference | 0.2 | | | | 0.2 | | |
| 661 | WC | 6/23/2022 | send draft consent decree to KJN | 0.1 | | | | 0.1 | | |
| 662 | BA | 6/23/2022 | review statutes and case law re termination of easement, Em Dom | 3.1 | | | | 3.1 | | |
| 663 | AP | 6/24/2022 | draft confidential Settlement Conference Statement | 1.1 | | | | 1.1 | | |
| 664 | AP | 6/24/2022 | TC from Magistrate Newman re 6/29 sett conf, format issues | 0.2 | | | | 0.2 | | |
| 665 | AP | 6/27/2022 | draft status update to Magistrate Newman; review sett comms from DK, GH; | 0.2 | | | | 0.2 | | |
| 666 | AP | 6/27/2022 | review sett comms from DK, GH | 0.5 | | | | 0.5 | | |
| 667 | BA | 6/27/2022 | Review proposed CD from DK | 0.6 | | | | 0.6 | | |
| 668 | AP | 6/28/2022 | review sett comms from DK, GH and prepare for 6/29 sett conf | 1.7 | | | | 1.7 | | |
| 669 | AP | 6/28/2022 | confer with client and co-counsel re sett conf | 0.4 | | | | 0.4 | | |
| 670 | AP | 6/28/2022 | confer with L. Clay at Army Corps re permit modification status | 0.3 | 0.3 | | | | | |
| 671 | WC | 6/28/2022 | research cy pres and condemnation | 0.6 | | | | 0.6 | | |
| 672 | WC | 6/28/2022 | confer w/AP, BA, and HN re settlement conf | 0.4 | | | | 0.4 | | |
| 673 | BA | 6/28/2022 | TC AP WC client re settlement | 0.4 | | | | 0.4 | | |
| 674 | BA | 6/28/2022 | Review cy pres case law and takings wrt sett conf | 3.2 | | | | 3.2 | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 675 | AP | 6/29/2022 | prep and attend settlement conference | 5.2 | | | | 5.2 | | |
| 676 | AP | 6/29/2022 | confer with client, WC, BA after conference | 0.5 | | | | 0.5 | | |
| 677 | WC | 6/29/2022 | settlement conference w/Judge Newman | 4.8 | | | | 4.8 | | |
| 678 | WC | 6/29/2022 | confer w/AP, BA, and HN re settlement conf | 0.5 | | | | 0.5 | | |
| 679 | BA | 6/29/2022 | Prep and attend sett conf. | 3.0 | | | | 3 | | |
| 680 | BA | 6/29/2022 | TC AP re settlement | 0.5 | | | | 0.5 | | |
| 681 | WC | 6/30/2022 | draft email to DK re settlement process | 0.4 | | | | 0.4 | | |
| 682 | WC | 6/30/2022 | confer w/DK re settlement issues | 0.3 | | | | 0.3 | | |
| 683 | WC | 6/30/2022 | draft email to client re settlement cmns | 0.2 | | | | 0.2 | | |
| 684 | WC | 7/5/2022 | draft response to DK and confer w/AP re same | 0.6 | | | | 0.6 | | |
| 685 | AP | 7/7/2022 | review DK settlement response, confer with client and draft response to same | 0.8 | | | | 0.8 | | |
| 686 | AP | 7/7/2022 | draft note to GH requesting discovery extension | 0.2 | | 0.2 | | | | |
| 687 | AP | 7/12/2022 | confer with client and DK re scheduling of settlement call | 0.3 | | | 0.3 | | | |
| 688 | AP | 7/12/2022 | review defendants' 7/11 draft of CD | 0.5 | | | 0.5 | | | |
| 689 | AP | 7/14/2022 | TC with client in prep for settlement call | 0.5 | | | 0.5 | | | |
| 690 | AP | 7/14/2022 | settlement call with DK and county counsel | 0.6 | | | 0.6 | | | |
| 691 | WC | 7/14/2022 | confer w/AP and BA re settlement | 0.4 | | | | 0.4 | | |
| 692 | BA | 7/14/2022 | Review CD, tc re set conf | 0.9 | | | 0.9 | | | |
| 693 | AP | 7/15/2022 | review and outline response to DK settlement email | 0.7 | | | 0.7 | | | |
| 694 | AP | 7/22/2022 | review and complete response to DK settlement email | 0.8 | | | 0.8 | | | |
| 695 | AP | 7/22/2022 | review prelim title report and forward to client with cover note | 0.4 | | | 0.4 | | | |
| 696 | AP | 7/22/2022 | review defendants' draft motion | 0.3 | | | 0.3 | | | |
| 697 | BA | 7/22/2022 | Review motion to terminate easement, research auth | 1.4 | | | 1.4 | | | |
| 698 | AP | 7/25/2022 | review and fwd PTR on second property to client with note | 0.5 | | | 0.5 | | | |
| 699 | AP | 7/25/2022 | draft note to US Army Corps re permit status, mitigation plan | 0.4 | 0.4 | | | | | |
| 700 | WC | 7/25/2022 | review motion to terminate easement | 0.6 | | | | 0.6 | | |
| 701 | WC | 7/25/2022 | confer w/AP re army corps nnc | 0.6 | | | | 0.6 | | |
| 702 | WC | 7/26/2022 | draft email to team re motion to extinguish easement | 0.6 | | | | 0.6 | | |
| 703 | AP | 7/28/2022 | TC with Lisa Clay at Army Corps re case status | 0.3 | 0.3 | | | | | |
| 704 | WC | 7/28/2022 | draft and send FOIA request | 0.1 | 0.1 | | | | | |
| 705 | AP | 7/29/2022 | draft note responding to DK re settlement | 0.5 | | | 0.5 | | | |
| 706 | WC | 7/29/2022 | confer w/AP and BA re settlement strategy | 0.2 | | | | 0.2 | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 707 | AP | 8/8/2022 | review and respond to DK settlement note | 0.3 | | | 0.3 | | | |
| 708 | AP | 8/8/2022 | forward site pix and note to client to arrange inspection | 0.2 | | | 0.2 | | | |
| 709 | AP | 8/9/2022 | draft notes to DK, client arranging site inspection | 0.3 | | | 0.3 | | | |
| 710 | AP | 8/12/2022 | draft note to HN re viability of Craig Access Road property | 0.2 | | | 0.2 | | | |
| 711 | AP | 8/12/2022 | obtain COL confirmation of rejection | 0.2 | | | 0.2 | | | |
| 712 | WC | 8/15/2022 | review potential properties for swap | 0.2 | | | | 0.2 | | |
| 713 | WC | 8/17/2022 | confer w/AP re settlement strategy | 0.1 | | | | 0.1 | | |
| 714 | WC | 8/22/2022 | draft email to client | 0.3 | | | | 0.3 | | |
| 715 | WC | 8/26/2022 | review properties, draft email to opp counsel re same | 0.2 | | | | 0.2 | | |
| 716 | WC | 9/1/2022 | call client, leave message | 0.1 | | | | 0.1 | | |
| 717 | AP | 9/2/2022 | review recent settlement comms and draft prompt re same | 0.4 | | | 0.4 | | | |
| 718 | AP | 9/27/2022 | review Glen Hanson email re federal court settlement status and fwd to client | 0.2 | | | 0.2 | | | |
| 719 | AP | 10/5/2022 | draft responses to ROGG Set 1 | 0.4 | | 0.4 | | | | |
| 720 | WC | 10/5/2022 | confer w/AP re disco responses and settlement | 0.3 | | | | 0.3 | | |
| 721 | WC | 10/5/2022 | draft email response to GH | 0.4 | | 0.4 | | | | |
| 722 | WC | 10/5/2022 | confer w/AP re discovery and settlement issues | 0.4 | | 0.4 | | | | |
| 723 | WC | 10/5/2022 | draft email to GH re discovery extension | 0.1 | | 0.1 | | | | |
| 724 | WC | 10/5/2022 | draft email to client re settlement | 0.2 | | | | 0.2 | | |
| 725 | WC | 10/5/2022 | draft response to DK | 0.2 | | | | 0.2 | | |
| 726 | WC | 10/6/2022 | review discovery and prep responses | 0.3 | | 0.3 | | | | |
| 727 | WC | 10/6/2022 | confer w/AP re discovery responses | 0.8 | | 0.8 | | | | |
| 728 | WC | 10/10/2022 | review settlement communications; email diane | 0.2 | | | | 0.2 | | |
| 729 | WC | 10/12/2022 | respond to discovery | 2.1 | | 2.1 | | | | |
| 730 | AP | 10/13/2022 | drat note to expert re expert report, trial deadlines | 0.4 | | 0.4 | | | | |
| 731 | WC | 10/13/2022 | review documents | 2.4 | | 2.4 | | | | |
| 732 | WC | 10/13/2022 | respond to interrogatories | 3.7 | | 3.7 | | | | |
| 733 | WC | 10/14/2022 | Confer w/AP and BA re settlement and case management strategy | 0.4 | | | | 0.4 | | |
| 734 | WC | 10/14/2022 | draft response to interrogatories | 1.5 | | 1.5 | | | | |
| 735 | WC | 10/17/2022 | draft response to interrogatories | 1.5 | | 1.5 | | | | |
| 736 | WC | 10/18/2022 | draft response to interrogatories | 1.2 | | 1.2 | | | | |
| 737 | AP | 10/19/2022 | confer with WC re trial issues, disco strategy, sett. status | 0.6 | | 0.6 | | | | |
| 738 | AP | 10/19/2022 | draft note to DK requesting update | 0.2 | | | 0.2 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 739 | WC | 10/19/2022 | confer w/AP re trial strategy and disco | 0.6 | | 0.6 | | | | |
| 740 | WC | 10/19/2022 | review docs to respond to interrogatories | 0.6 | | 0.6 | | | | |
| 741 | AP | 10/20/2022 | draft request for discovery extension | 0.2 | | 0.2 | | | | |
| 742 | AP | 10/20/2022 | confer with WC re discovery responses/progress and needs | 0.2 | | 0.2 | | | | |
| 743 | WC | 10/20/2022 | draft response to interrogatories | 3.5 | | 3.5 | | | | |
| 744 | AP | 10/24/2022 | TC to expert re convening expert call | 0.2 | | 0.2 | | | | |
| 745 | WC | 11/1/2022 | draft response to interrogatories | 3.8 | | 3.8 | | | | |
| 746 | AP | 11/2/2022 | review and edit responses to Def Rogg Set 1 | 0.4 | | 0.4 | | | | |
| 747 | AP | 11/2/2022 | confer w/ WC re responses to Def Rogg Set 1 | 0.3 | | 0.3 | | | | |
| 748 | AP | 11/2/2022 | review Def responses to RFA Set 1 and draft new RFAs | 3.6 | | 3.6 | | | | |
| 749 | WC | 11/2/2022 | confer w/AP re discovery responses | 0.3 | | 0.3 | | | | |
| 750 | WC | 11/2/2022 | draft responses to interrogatories; review documents re same | 2.4 | | 2.4 | | | | |
| 751 | AP | 11/3/2022 | revise and draft RFA Set 2 | 1.1 | | 1.1 | | | | |
| 752 | AP | 11/3/2022 | draft notes to Kinderman and Hansen re next settlement call | 0.2 | | | 0.2 | | | |
| 753 | WC | 11/3/2022 | prepare and review docs for production | 4.9 | | 4.9 | | | | |
| 754 | WC | 11/3/2022 | confer w/AP re discovery responses | 0.4 | | 0.4 | | | | |
| 755 | WC | 11/3/2022 | draft responses to document requests | 0.9 | | 0.9 | | | | |
| 756 | WC | 11/4/2022 | prepare and review docs for production | 1.0 | | 1.0 | | | | |
| 757 | AP | 11/7/2022 | draft emails to DK re next sett call | 0.2 | | | 0.2 | | | |
| 758 | AP | 11/7/2022 | draft RFA 2 and Rogg Set 2 | 1.5 | | 1.5 | | | | |
| 759 | WC | 11/7/2022 | review/edit rfas | 1.1 | | 1.1 | | | | |
| 760 | WC | 11/7/2022 | review docs iso of RFAs | 0.7 | | 0.7 | | | | |
| 761 | AP | 11/9/2022 | review Defendants' settlement draft | 0.7 | | | 0.7 | | | |
| 762 | AP | 11/10/2022 | review and edit Defendant's 11/8 draft CD | 1.5 | | | 1.5 | | | |
| 763 | AP | 11/10/2022 | teleconference with DK re settlement | 1.2 | | | 1.2 | | | |
| 764 | WC | 11/10/2022 | conf call w/opp counsel re settlement | 1.2 | | | 1.2 | | | |
| 765 | WC | 11/10/2022 | review/edit consent decree | 1.0 | | | 1.0 | | | |
| 766 | AP | 11/11/2022 | draft fee demand letter | 2.2 | | | 2.2 | | | |
| 767 | AP | 11/14/2022 | review and finalize demand letter | 0.3 | | | 0.3 | | | |
| 768 | WC | 11/14/2022 | review and edit letter re settlement | 0.8 | | | 0.8 | | | |
| 769 | WC | 11/14/2022 | edit and review draft consent decree | 1.2 | | | 1.2 | | | |
| 770 | AP | 11/15/2022 | draft RFA Set 2 and outline new roggs and RFPDs | 1.3 | | 1.3 | | | | |
| 771 | WC | 11/16/2022 | review/edit RFAs, set two | 0.6 | | 0.6 | | | | |
| 772 | WC | 11/18/2022 | draft RFA set 2, Rogg Set 2, PMQ NOD | 1.9 | | 1.9 | | | | |
| 773 | AP | 11/18/2022 | review settlement postponement from Hansen and confer with client re same | 0.3 | | | 0.3 | | | |
| 774 | AP | 11/21/2022 | review GH settlement comms | 0.3 | | | 0.3 | | | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
26 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 775 | AP | 11/21/2022 | review privilege log status and draft M&C note to Hansen re same draft RFPD Set 3 draft note to DK re courtesy copies of discovery | 0.6 | | | 0.6 | | | |
| 776 | AP | 11/21/2022 | draft RFPD Set 3 | 0.8 | | | 0.8 | | | |
| 777 | AP | 11/21/2022 | draft note to DK re courtesy copies of discovery | 0.2 | | | 0.2 | | | |
| 778 | AP | 11/29/2022 | review and respond to Kinderman response to preferred parcels for swap | 0.4 | | | 0.4 | | | |
| 779 | AP | 12/2/2022 | TC with client re preferred properties | 0.3 | | | 0.3 | | | |
| 780 | AP | 12/2/2022 | draft note to DK re settlement | 0.3 | | | 0.3 | | | |
| 781 | AP | 12/5/2022 | draft note to DK re privilege log | 0.2 | | 0.2 | | | | |
| 782 | AP | 12/7/2022 | review and edit 12/6 CD from Defendants | 3.5 | | | 3.5 | | | |
| 783 | AP | 12/7/2022 | TC with Army Corps re submission status | 0.2 | 0.2 | | | | | |
| 784 | AP | 12/7/2022 | draft settlement prompt to DK re timeframes/docs | 0.4 | | | 0.4 | | | |
| 785 | AP | 12/8/2022 | draft client note re settlement, parcel selection | 0.4 | | | 0.4 | | | |
| 786 | AP | 12/8/2022 | review and respond to DK, GH re discovery extension | 0.4 | | 0.4 | | | | |
| 787 | WC | 12/8/2022 | confer w/AP re settlement issues and next steps | 0.6 | | | 0.6 | | | |
| 788 | AP | 12/9/2022 | prep and attend conference call with DK re settlement and discovery extensions | 0.4 | | 0.4 | | | | |
| 789 | WC | 12/9/2022 | confer w/DK and GH and AP re settlement | 0.4 | | | 0.4 | | | |
| 790 | AP | 12/12/2022 | review and edit proposed stip re discovery extensions | 0.5 | | 0.5 | | | | |
| 791 | AP | 12/13/2022 | review and resp to emails from GH re discovery and meet and confer re extension stipulation | 0.2 | | 0.2 | | | | |
| 792 | AP | 12/14/2022 | prep and attend m&c call with GH re discovery stipulation, privilege log issues | 0.5 | | 0.5 | | | | |
| 793 | AP | 12/14/2022 | review and edit GH stip re discovery | 0.2 | | 0.2 | | | | |
| 794 | AP | 12/15/2022 | review correspondence re second amended privilege log | 1.5 | | 1.5 | | | | |
| 795 | AP | 12/15/2022 | draft m&c letter re second amended privilege log | 1.4 | | 1.4 | | | | |
| 796 | AP | 12/15/2022 | revise discovery stipulation | 0.6 | | 0.6 | | | | |
| 797 | AP | 12/19/2022 | prep and attend client call re status of litigation, need for Bd decision re parcel choice, client's PMQ deposition | 0.4 | | | 0.4 | | | |
| 798 | AP | 12/19/2022 | draft note to GH re deposition unavailability | 0.2 | | 0.2 | | | | |
| 799 | AP | 12/20/2022 | review and respond to GH re PMQ deposition (HN) | 0.2 | | 0.2 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 800 | AP | 12/21/2022 | draft note to client re reservation of Jan 12 for depo | 0.3 | | 0.3 | | | | |
| 801 | AP | 12/21/2022 | review and edit stip re PMQ | 0.2 | | 0.2 | | | | |
| 802 | AP | 12/23/2022 | TC with whistleblower re case status, next steps | 0.6 | 0.6 | | | | | |
| 803 | AP | 12/27/2022 | draft note to DK re settlement and briefing schedule for motion to ext. | 0.9 | | | 0.9 | | | |
| 804 | AP | 12/27/2022 | review Drozd standing order for motion M&C requirements | 0.2 | | 0.2 | | | | |
| 805 | AP | 12/28/2022 | prep and attend call with client re deposition subjects | 0.3 | | 0.3 | | | | |
| 806 | AP | 1/5/2023 | review GH discovery extension proposal and draft response to same | 0.3 | | 0.3 | | | | |
| 807 | AP | 1/5/2023 | prep and attend COL Board Meeting call | 0.7 | | | 0.7 | | | |
| 808 | AP | 1/6/2023 | review and respond to GH's 1/4 letter re privilege log issues | 1.1 | | 1.1 | | | | |
| 809 | AP | 1/6/2023 | research re scope of A-C privilege | 0.9 | | 0.9 | | | | |
| 810 | AP | 1/6/2023 | draft notes to T. Galanter at Shute Mihaly re mechanics of friendly condemnation actions | 0.4 | | | 0.4 | | | |
| 811 | AP | 1/10/2023 | prepare for PMQ deposition and client call re deposition preparation | 2.0 | | 2 | | | | |
| 812 | AP | 1/10/2023 | review responsive draft settlement agreement and confer with WC, BA re same | 1.3 | | | 1.3 | | | |
| 813 | AP | 1/10/2023 | draft notes to GH re postponing PMQ deposition and responding re privilege issues | 1.3 | | 1.3 | | | | |
| 814 | WC | 1/10/2023 | review settlement draft | 0.2 | | | 0.2 | | | |
| 815 | WC | 1/10/2023 | confer w/AP and BA re settlement | 0.5 | | | 0.5 | | | |
| 816 | BA | 1/10/2023 | TC WC AP re settlement, review draft agreement | 0.8 | | | 0.8 | | | |
| 817 | AP | 1/11/2023 | review and revise draft settlement | 2.1 | | | 2.1 | | | |
| 818 | AP | 1/11/2023 | draft note to GH re case status | 1.1 | | | 1.1 | | | |
| 819 | AP | 1/11/2023 | re-tally case fees and costs to date | 0.4 | | | 0.4 | | | |
| 820 | AP | 1/12/2023 | review and edit consent decree per client instructions | 1.3 | | | 1.3 | | | |
| 821 | AP | 1/12/2023 | prep and attend call with client re settlement | 1.6 | | | 1.6 | | | |
| 822 | AP | 1/13/2023 | confer with Sarah Sigman re condemnation issues | 0.3 | | | 0.3 | | | |
| 823 | WC | 1/17/2023 | confer w/AP re settlement status | 0.4 | | | 0.4 | | | |
| 824 | AP | 1/19/2023 | review and edit consent decree draft with WC | 1.2 | | | 1.2 | | | |
| 825 | WC | 1/19/2023 | review/edit cd | 1.0 | | | 1.0 | | | |
| 826 | WC | 1/19/2023 | confer w/DK re settlement | 0.3 | | | 0.3 | | | |
| 827 | WC | 1/19/2023 | confer w/client re settlement | 0.6 | | | 0.6 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 828 | WC | 1/19/2023 | draft final edits to CD and send to client for approval | 0.3 | | | 0.3 | | | |
| 829 | AP | 1/23/2023 | review and respond to GH stip re depos and disco | 0.3 | | 0.3 | | | | |
| 830 | AP | 1/26/2023 | draft notes to DK and client re settlement status | 0.4 | | | 0.4 | | | |
| 831 | AP | 1/27/2023 | confer with DK, GH, WC re County BOS rejection of consent decree, next steps | 0.3 | | | 0.3 | | | |
| 832 | WC | 1/27/2023 | confer w/AP, DK, and GH re settlement | 0.3 | | | 0.3 | | | |
| 833 | WC | 1/27/2023 | review CD draft and draft email to DK re same | 0.7 | | | 0.7 | | | |
| 834 | AP | 1/30/2023 | note to DK re possible 2/1 conference call | 0.2 | | | 0.2 | | | |
| 835 | WC | 1/30/2023 | confer w/Holly re status of setlement | 0.5 | | | 0.5 | | | |
| 836 | AP | 1/31/2023 | note to DK re settlement status | 0.2 | | | 0.2 | | | |
| 837 | AP | 2/2/2023 | review settlement and draft note to DK requesting County's response re fees before 2/3 call | 0.5 | | | 0.5 | | | |
| 838 | AP | 2/3/2023 | review and edit Defs' 2/2 settlement draft | 1.1 | | | 1.1 | | | |
| 839 | AP | 2/3/2023 | review and respond to GH re settlement questions, extensions re discovery | 0.2 | | | 0.2 | | | |
| 840 | WC | 2/3/2023 | review draft consent decree; review emails w/counsel; draft letter in response to GH's email | 2.4 | | | 2.4 | | | |
| 841 | WC | 2/3/2023 | review/edit draft CD | 0.8 | | | 0.8 | | | |
| 842 | WC | 2/6/2023 | confer w/AP re settlement strategy | 0.5 | | | 0.5 | | | |
| 843 | AP | 2/7/2023 | review Defendants' discovery responses | 0.4 | | 0.4 | | | | |
| 844 | AP | 2/8/2023 | review DK response to settlement and confer with WC re same | 0.3 | | | 0.3 | | | |
| 845 | WC | 2/8/2023 | review correspondence from DK and call re same; review draft CD | 0.2 | | | 0.2 | | | |
| 846 | AP | 2/10/2023 | note to GH re need for discovery call to re-set deadlines | 0.2 | | 0.2 | | | | |
| 847 | AP | 2/14/2023 | prep and attend discovery meet and confer with DK, WC and GH | 0.7 | | 0.7 | | | | |
| 848 | AP | 2/14/2023 | review and return draft of 3rd discovery stipulation to Defs | 0.3 | | 0.3 | | | | |
| 849 | AP | 2/14/2023 | confirm client depo for March 9th | 0.2 | | 0.2 | | | | |
| 850 | WC | 2/14/2023 | draft letter re settlement status | 0.2 | | | 0.2 | | | |
| 851 | AP | 2/15/2023 | TC w/ client re settlement status and strategy | 0.6 | | | 0.6 | | | |
| 852 | WC | 2/15/2023 | confer w/AP and HN re case status updates | 0.6 | 0.6 | | | | | |
| 853 | AP | 2/21/2023 | confirm and calendar final discovery stip. (ordered) | 0.2 | | 0.2 | | | | |
| 854 | WC | 2/21/2023 | confer w/AP re case status and strategy | 0.9 | 0.9 | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 855 | WC | 2/21/2023 | review document production | 0.3 | | 0.3 | | | | |
| 856 | AP | 2/27/2023 | prep and attend expert meeting re report and deposition | 0.6 | | 0.6 | | | | |
| 857 | WC | 2/27/2023 | confer w/MH and AP re expert disco | 0.4 | | 0.4 | | | | |
| 858 | WC | 2/27/2023 | confer w/AP re disco and case strategy | 0.5 | | 0.5 | | | | |
| 859 | AP | 3/6/2023 | client mtg. re deposition prep. | 0.6 | | 0.6 | | | | |
| 860 | WC | 3/6/2023 | confer w/AP and HN re pmq depo | 0.6 | | 0.6 | | | | |
| 861 | WC | 3/7/2023 | Prepare for pmq depo defense | 0.8 | | 0.8 | | | | |
| 862 | AP | 3/9/2023 | attend Nielsen deposition | 2.1 | | 2.1 | | | | |
| 863 | AP | 3/9/2023 | confer with WC and client after deposition | 0.2 | | 0.2 | | | | |
| 864 | WC | 3/9/2023 | prep and attend COL PMQ deposition | 2.6 | | 2.6 | | | | |
| 865 | WC | 3/10/2023 | prepare for PMQ deposition | 0.8 | | 0.8 | | | | |
| 866 | AP | 3/21/2023 | draft note to DK requesting MQP dates | 0.2 | | 0.2 | | | | |
| 867 | AP | 3/23/2023 | review and respond re PMQ deposition scheduling | 0.2 | | 0.2 | | | | |
| 868 | WC | 4/7/2023 | draft outline for msj | 2.1 | | | | | 2.1 | |
| 869 | WC | 4/7/2023 | review documents in support of MSJ | 0.3 | | | | | 0.3 | |
| 870 | WC | 4/10/2023 | review documents in support of MSJ | 2.8 | | | | | 2.8 | |
| 871 | AP | 4/11/2023 | draft atty memo to file re expert discovery deadlines | 0.3 | | 0.3 | | | | |
| 872 | WC | 4/11/2023 | draft outline for PMQ depo | 3.4 | | 3.4 | | | | |
| 873 | WC | 4/18/2023 | prep for pmq deposition | 2.9 | | 2.9 | | | | |
| 874 | WC | 4/19/2023 | prepare stip for expert disco | 0.6 | | 0.6 | | | | |
| 875 | WC | 4/20/2023 | prepare for PMQ deposition | 3.9 | | 3.9 | | | | |
| 876 | WC | 4/20/2023 | finalize and file stip and proposed order re expert disco | 0.2 | | 0.2 | | | | |
| 877 | WC | 4/21/2023 | prepare for PMQ deposition | 2.8 | | 2.8 | | | | |
| 878 | WC | 4/23/2023 | prepare for PMQ deposition | 2.1 | | 2.1 | | | | |
| 879 | WC | 4/24/2023 | prepare for PMQ deposition | 1.4 | | 1.4 | | | | |
| 880 | WC | 4/24/2023 | prepare for no show while waiting for response from opposing counsel re costs and reschudle | 0.5 | | 0.5 | | | | |
| 881 | WC | 5/2/2023 | prepare for PMQ Deposition | 1.8 | | 1.8 | | | | |
| 882 | WC | 5/3/2023 | prepare for PMQ Deposition | 3.1 | | 3.1 | | | | |
| 883 | WC | 5/4/2023 | prepare for PMQ Deposition | 2.1 | | 2.1 | | | | |
| 884 | WC | 5/5/2023 | prepare for PMQ Deposition | 0.9 | | 0.9 | | | | |
| 885 | ~~WC~~ | ~~5/5/2023~~ | ~~PMQ deposition~~ | ~~1.2~~ | | | | | | |
| 886 | ~~WC~~ | ~~5/5/2023~~ | ~~draft letter to hansen; draft joint statment~~ | ~~0.6~~ | | | | | | |
| 887 | ~~WC~~ | ~~5/5/2023~~ | ~~draft MTC and JS re PMQ depo~~ | ~~1.2~~ | | | | | | |
| 888 | ~~WC~~ | ~~5/8/2023~~ | ~~edit and file notice of motion and motion to compel deposition~~ | ~~0.1~~ | | | | | | |
| 889 | ~~WC~~ | ~~5/11/2023~~ | ~~draft email to Glen re depo fees~~ | ~~0.6~~ | | | | | | |
| 890 | ~~WC~~ | ~~5/12/2023~~ | ~~draft email to counsel re disco dispute~~ | ~~0.3~~ | | | | | | |
| 891 | ~~WC~~ | ~~5/12/2023~~ | ~~review/edit joint statement~~ | ~~0.2~~ | | | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 892 | AP | 5/15/2023 | confer with WC re expert report, stip and MSJ planning re last fact depos | 0.2 | | 0.2 | | | | |
| 893 | ~~WC~~ | ~~5/15/2023~~ | ~~confer w/AP re disco issues~~ | ~~0.2~~ | | | | | | |
| 894 | ~~WC~~ | ~~5/15/2023~~ | ~~review correspondence; draft email to court reporter re invoices; draft email to hansen re costs/fees and rescheduling expert deadline~~ | ~~0.5~~ | | | | | | |
| 895 | WC | 5/15/2023 | draft stip re rescheduling expert disco | 0.7 | | 0.7 | | | | |
| 896 | WC | 5/15/2023 | prepare for PMQ deposition | 1.2 | | 1.2 | | | | |
| 897 | AP | 5/16/2023 | confer with WC re Cissell deposition | 0.3 | | 0.3 | | | | |
| 898 | WC | 5/16/2023 | conduct pmq deposition (Cissell) | 5.3 | | 5.3 | | | | |
| 899 | ~~WC~~ | ~~5/16/2023~~ | ~~review Glen's email; draft response~~ | ~~0.2~~ | | | | | | |
| 900 | ~~WC~~ | ~~5/17/2023~~ | ~~review/edit joint statement~~ | ~~0.5~~ | | | | | | |
| 901 | ~~WC~~ | ~~5/17/2023~~ | ~~prepare for miller deposition~~ | ~~1.5~~ | | | | | | |
| 902 | WC | 5/18/2023 | attend CMC | 0.3 | 0.3 | | | | | |
| 903 | ~~WC~~ | ~~5/19/2023~~ | ~~prepare for miller deposition~~ | ~~0.6~~ | | | | | | |
| 904 | ~~WC~~ | ~~5/22/2023~~ | ~~draft and file request to appear by video~~ | ~~0.1~~ | | | | | | |
| 905 | WC | 5/22/2023 | review depo transcript; draft outline for MSJ/trial prep | 1.5 | | | | | 1.5 | |
| 906 | WC | 5/23/2023 | review Cissell Depo transcript | 1.6 | | 1.6 | | | | |
| 907 | WC | 5/24/2023 | prepare for miller deposition | 2.8 | | 2.8 | | | | |
| 908 | ~~WC~~ | ~~5/24/2023~~ | ~~prepare for miller deposition~~ | ~~0.4~~ | | | | | | |
| 909 | WC | 5/25/2023 | Conduct pmq deposition (Miller) | 6.5 | | 6.5 | | | | |
| 910 | ~~WC~~ | ~~6/5/2023~~ | ~~prepare for motion to compel hearing; review joint statement and exhibits~~ | ~~0.2~~ | | | | | | |
| 911 | ~~WC~~ | ~~6/5/2023~~ | ~~hearing on mtc pmq depo~~ | ~~0.4~~ | | | | | | |
| 912 | ~~WC~~ | ~~6/5/2023~~ | ~~prepare time spreadsheet per court's order~~ | ~~0.5~~ | | | | | | |
| 913 | ~~WC~~ | ~~6/6/2023~~ | ~~draft bill of costs and file w/court~~ | ~~0.2~~ | | | | | | |
| 914 | ~~WC~~ | ~~6/9/2023~~ | ~~draft reply to bill of costs~~ | ~~0.9~~ | | | | | | |
| 915 | WC | 6/21/2023 | review miller depo transcript | 0.7 | | 0.7 | | | | |
| 916 | WC | 6/23/2023 | review and prepare summary of miller depo transcript | 2.2 | | 2.2 | | | | |
| 917 | WC | 6/26/2023 | review/edit expert report | 0.9 | | 0.9 | | | | |
| 918 | AP | 6/27/2023 | prep and attend call with expert re 7/14 expert report | 0.7 | | 0.7 | | | | |
| 919 | WC | 6/27/2023 | confer w/MH and AP re expert report | 0.5 | | 0.5 | | | | |
| 920 | WC | 7/5/2023 | coordinate with MH to draft outline for expert report | 0.7 | | 0.7 | | | | |
| 921 | WC | 7/10/2023 | coordinate with MH and review/edit expert report | 3.0 | | 3.0 | | | | |
| 922 | WC | 7/11/2023 | edit/review expert report | 1.1 | | 1.1 | | | | |
| 923 | WC | 7/12/2023 | review documents supporting expert report; edit/review expert report | 4.2 | | 4.2 | | | | |
| 924 | AP | 7/13/2023 | review and edit draft expert report | 0.6 | | 0.6 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 925 | WC | 7/13/2023 | confer w/MH re expert report; review/edit expert report | 1.9 | | 1.9 | | | | |
| 926 | WC | 7/14/2023 | draft expert disclosure | 0.3 | | 0.3 | | | | |
| 927 | WC | 7/14/2023 | review and compile docs for production | 1.3 | | 1.3 | | | | |
| 928 | WC | 7/14/2023 | finalize expert report and prep for tranmission | 0.5 | | 0.5 | | | | |
| 929 | AP | 7/17/2023 | review def expert report and confer with WC re same | 0.3 | | 0.3 | | | | |
| 930 | WC | 7/17/2023 | review expert report | 0.8 | | 0.8 | | | | |
| 931 | WC | 7/17/2023 | confer w/AP re expert report | 0.3 | | 0.3 | | | | |
| 932 | WC | 7/18/2023 | confer w/client re status updates | 0.6 | 0.6 | | | | | |
| 933 | WC | 8/9/2023 | review defendants' expert report | 0.9 | | 0.9 | | | | |
| 934 | WC | 8/11/2023 | draft m&c letter expert reports | 0.9 | | 0.9 | | | | |
| 935 | WC | 8/15/2023 | draft email to GH re expert disco deadlines | 0.3 | | 0.3 | | | | |
| 936 | WC | 8/15/2023 | draft stip and send to GH | 0.8 | | 0.8 | | | | |
| 937 | WC | 8/16/2023 | draft letter to opp counsel re msj; review standing order re same | 0.8 | | | | | 0.8 | |
| 938 | WC | 8/17/2023 | confer w/AP re msj strategy | 0.4 | | | | | 0.4 | |
| 939 | WC | 8/25/2023 | review settlement cmns; draft email to Glen re MSJ and settlement | 0.6 | | | 0.6 | | | |
| 940 | WC | 8/28/2023 | confer w/MH re rebuttal report | 0.8 | | 0.8 | | | | |
| 941 | WC | 8/28/2023 | draft MSJ | 1.0 | | | | | 1.0 | |
| 942 | AP | 9/5/2023 | confer with WC re MSJ and expert rebuttal strategy | 0.6 | | | | | 0.6 | |
| 943 | WC | 9/5/2023 | confer w/AP re case status and next steps | 0.6 | 0.6 | | | | | |
| 944 | WC | 9/14/2023 | coordinate w/MH re expert report rebuttal; review expert report rebuttal; review docs in support of same | 1.4 | | 1.4 | | | | |
| 945 | WC | 9/18/2023 | review docs in support of expert rebuttal; review/edit expert rebuttal | 1.3 | | 1.3 | | | | |
| 946 | WC | 9/19/2023 | review/edit expert rebuttal | 1.3 | | 1.3 | | | | |
| 947 | WC | 9/20/2023 | review/edit expert rebuttal; review docs in support of same | 2.1 | | 2.1 | | | | |
| 948 | WC | 9/21/2023 | draft MSJ | 3.8 | | | | | 3.8 | |
| 949 | WC | 9/22/2023 | review/edit expert rebuttal; finalize same | 0.4 | | 0.4 | | | | |
| 950 | WC | 9/22/2023 | review deposition testimony; prep for expert depositions | 1.1 | | 1.1 | | | | |
| 951 | WC | 9/22/2023 | draft MSJ | 0.6 | | | | | 0.6 | |
| 952 | AP | 9/28/2023 | TC with witness whistleblower re case status, trial dates | 0.5 | 0.5 | | | | | |
| 953 | AP | 9/29/2023 | review expert depo scheduling comms | 0.2 | | 0.2 | | | | |
| 954 | WC | 9/29/2023 | review GH email re expert depos; respond to same; draft email to court reporter re scheduling same | 0.5 | | 0.5 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 955 | WC | 10/2/2023 | prepare for fodge deposition | 0.9 | | 0.9 | | | | |
| 956 | WC | 10/3/2023 | prepare for fodge deposition | 0.8 | | 0.8 | | | | |
| 957 | WC | 10/3/2023 | draft email to GH re expert depo | 0.6 | | 0.6 | | | | |
| 958 | WC | 10/4/2023 | review email from counsel and draft response | 0.4 | | 0.4 | | | | |
| 959 | WC | 10/4/2023 | prepare for fodge deposition; review documents | 1.4 | | 1.4 | | | | |
| 960 | WC | 10/4/2023 | prep and attend deposition of Ginger Fodge | 2.5 | | 2.5 | | | | |
| 961 | WC | 10/5/2023 | draft response to GH re document production re miller | 0.2 | | 0.2 | | | | |
| 962 | WC | 10/5/2023 | draft email to cocounsel re settlement | 0.2 | | | 0.2 | | | |
| 963 | WC | 10/5/2023 | prepare for Miller Deposition | 2.3 | | 2.3 | | | | |
| 964 | WC | 10/5/2023 | review Miller transcript in prep for depo | 0.4 | | 0.4 | | | | |
| 965 | WC | 10/5/2023 | review email and respond to GH re miller depo | 0.4 | | 0.4 | | | | |
| 966 | WC | 10/6/2023 | draft response to joint letter re covington depo | 3.0 | | 3.0 | | | | |
| 967 | WC | 10/6/2023 | review fodge docs | 1.9 | | 1.9 | | | | |
| 968 | AP | 10/9/2023 | review settlement email from GH and draft response to same | 0.6 | | | 0.6 | | | |
| 969 | WC | 10/9/2023 | confer w/Hagemann re depo | 0.1 | | 0.1 | | | | |
| 970 | WC | 10/9/2023 | prepare for peterson deposition | 4.1 | | 4.1 | | | | |
| 971 | WC | 10/9/2023 | review defendants' motion draft response to GH re same | 0.2 | | 0.2 | | | | |
| 972 | WC | 10/10/2023 | prep and conduct peterson deposition | 7.4 | | 7.4 | | | | |
| 973 | WC | 10/10/2023 | draft stipulation extending deadlines | 0.4 | | 0.4 | | | | |
| 974 | WC | 10/10/2023 | prepare for miller deposition; review miller docs | 0.7 | | 0.7 | | | | |
| 975 | WC | 10/11/2023 | review counsel's email; draft response | 0.2 | | 0.2 | | | | |
| 976 | WC | 10/11/2023 | review docs from miller | 2.7 | | 2.7 | | | | |
| 977 | WC | 10/11/2023 | conduct miller deposition | 3.0 | | 3.0 | | | | |
| 978 | WC | 10/12/2023 | review edits to stip; edit same | 0.1 | | 0.1 | | | | |
| 979 | WC | 10/12/2023 | draft response to GH; confer w/GH re rescheduling depos | 0.6 | | 0.6 | | | | |
| 980 | WC | 10/12/2023 | review deposition testimony | 1.8 | | 1.8 | | | | |
| 981 | WC | 10/13/2023 | schedule hagemann depo | 0.1 | | 0.1 | | | | |
| 982 | WC | 10/17/2023 | review docs/depo transcript | 0.7 | | 0.7 | | | | |
| 983 | WC | 10/17/2023 | review depo transcript; outline msj | 0.8 | | | | | 0.8 | |
| 984 | WC | 10/18/2023 | review miller depo transcript | 3.3 | | 3.3 | | | | |
| 985 | WC | 10/19/2023 | review cissell depo transcript | 1.4 | | 1.4 | | | | |
| 986 | WC | 10/23/2023 | prepare for covington deposition | 1.7 | | 1.7 | | | | |
| 987 | WC | 10/24/2023 | prepare for covington deposition; review docs/emails | 4.5 | | 4.5 | | | | |
| 988 | WC | 10/25/2023 | convington deposition | 4.1 | | 4.1 | | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 989 | WC | 10/25/2023 | review miller 2 depo transcript | 1.1 | | 1.1 | | | | |
| 990 | WC | 10/30/2023 | prepare for hagemann deposition | 0.3 | | 0.3 | | | | |
| 991 | WC | 10/31/2023 | prep and attend hagemann deposition | 6.1 | | 6.1 | | | | |
| 992 | AP | 11/2/2023 | review and respond to Def's draft 16 of consent decree | 0.5 | | | 0.5 | | | |
| 993 | AP | 11/2/2023 | draft note and TC to client re settlement progress | 0.4 | | | 0.4 | | | |
| 994 | AP | 11/2/2023 | tally case fees and costs and discuss rates with WC, BA | 0.5 | | | 0.5 | | | |
| 995 | WC | 11/2/2023 | review revised consent decree | 0.8 | | | 0.8 | | | |
| 996 | BA | 11/2/2023 | tc AP WC re fee motion and ED cases | 0.3 | | | 0.3 | | | |
| 997 | AP | 11/3/2023 | review and edit settlement draft, and share with client with cover note | 1.6 | | | 1.6 | | | |
| 998 | AP | 11/6/2023 | prep and attend client call re settlement response | 1.2 | | | 1.2 | | | |
| 999 | AP | 11/6/2023 | TC to BA re research on termination of easements | 0.3 | 0.3 | | | | | |
| 1000 | BA | 11/6/2023 | TC AP re condemnation | 0.3 | 0.3 | | | | | |
| 1001 | WC | 11/6/2023 | confer w/client re settlement and litigation strategy | 1.1 | | | 1.1 | | | |
| 1002 | WC | 11/6/2023 | review case law re flat rates on expert deposition; draft email to opposing counsel re same; confer w/expert re same | 1.0 | | 1.0 | | | | |
| 1003 | AP | 11/7/2023 | outline settlement demand letter | 0.8 | | | 0.8 | | | |
| 1004 | WC | 11/7/2023 | review miller 2 depo transcript | 1.3 | | 1.3 | | | | |
| 1005 | AP | 11/8/2023 | draft settlement letter to DK | 1.6 | | | 1.6 | | | |
| 1006 | AP | 11/8/2023 | client call re board changes and relinquishment of easement | 0.4 | 0.4 | | | | | |
| 1007 | WC | 11/8/2023 | review peterson and fodge deposition transcripts | 1.3 | | 1.3 | | | | |
| 1008 | WC | 11/8/2023 | draft MSJ outline | 0.5 | | | | | 0.5 | |
| 1009 | WC | 11/8/2023 | confer w/Holly and co-counsel re settlement | 0.4 | | | 0.4 | | | |
| 1010 | WC | 11/8/2023 | review covington deposition transcript | 0.3 | | 0.3 | | | | |
| 1011 | AP | 11/9/2023 | finalize settlement letter | 0.4 | | | 0.4 | | | |
| 1012 | WC | 11/9/2023 | review/edit settlement letter | 0.6 | | | 0.6 | | | |
| 1013 | WC | 11/9/2023 | draft MSJ | 0.8 | | | | | 0.8 | |
| 1014 | BA | 11/9/2023 | Review and edit settlement offer | 0.4 | | | 0.4 | | | |
| 1015 | WC | 11/13/2023 | draft MSJ section re discharge w/out permit | 1.0 | | | | | 1.0 | |
| 1016 | WC | 11/15/2023 | draft MSJ section re discharge w/out permit | 2.5 | | | | | 2.5 | |
| 1017 | WC | 11/16/2023 | draft site map section of MSJ arg | 1.5 | | | | | 1.5 | |
| 1018 | WC | 11/17/2023 | draft MSJ | 1.9 | | | | | 1.9 | |
| 1019 | AP | 11/22/2023 | review and respond re settlement proposal expiration | 0.5 | | | 0.5 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1020 | WC | 11/27/2023 | review GH email; review calendar and draft proposed schedul | 0.5 | | | | | 0.5 | |
| 1021 | AP | 11/29/2023 | review and respond to Defs' proposed new trial dates | 0.2 | | | 0.2 | | | |
| 1022 | AP | 11/30/2023 | review and respond to GH settlement communication | 0.8 | | | 0.8 | | | |
| 1023 | AP | 11/30/2023 | review WC letter responding to mitigation analysis | 0.2 | | | 0.2 | | | |
| 1024 | WC | 11/30/2023 | finalize and file joint status report re trial dates | 0.1 | | | | | 0.1 | |
| 1025 | WC | 11/30/2023 | draft letter to GH re penalties and mitigation offer | 2.2 | | | 2.2 | | | |
| 1026 | WC | 12/5/2023 | draft site map section of MSJ arg | 0.6 | | | | | 0.6 | |
| 1027 | WC | 12/5/2023 | draft SWPPP and site map sections of MSJ | 2.5 | | | | | 2.5 | |
| 1028 | WC | 12/6/2023 | review and edit mpa | 1.6 | | | | | 1.6 | |
| 1029 | WC | 12/6/2023 | draft industrial activity section of mpa | 1.8 | | | | | 1.8 | |
| 1030 | WC | 12/6/2023 | draft swppp section of MSJ | 0.6 | | | | | 0.6 | |
| 1031 | WC | 12/6/2023 | review and edit mpa | 0.6 | | | | | 0.6 | |
| 1032 | WC | 12/7/2023 | edit/review MPA | 1.4 | | | | | 1.4 | |
| 1033 | WC | 12/11/2023 | review docs for MPA | 0.3 | | | | | 0.3 | |
| 1034 | WC | 12/11/2023 | edit/review MPA | 0.6 | | | | | 0.6 | |
| 1035 | AP | 12/12/2023 | confer with SWAPE to confirm expert invoice status | 0.4 | | | 0.4 | | | |
| 1036 | AP | 12/12/2023 | TC to BA re trial dates, MSJ briefing | 0.2 | | | | | 0.2 | |
| 1037 | WC | 12/12/2023 | draft SWPPP sections of MSJ | 3.8 | | | | | 3.8 | |
| 1038 | BA | 12/12/2023 | TC AP re MSJ briefing and argument | 0.2 | | | | | 0.2 | |
| 1039 | AP | 12/13/2023 | review sett. comm from GH and fwd to client with note | 0.3 | | | 0.3 | | | |
| 1040 | AP | 12/13/2023 | confer with BA re MSJ briefing | 0.2 | | | | | 0.2 | |
| 1041 | WC | 12/13/2023 | draft MIP section of MPA | 2.8 | | | | | 2.8 | |
| 1042 | WC | 12/13/2023 | draft standing portion of MPA | 1.6 | | | | | 1.6 | |
| 1043 | BA | 12/13/2023 | TC AP re MSJ briefing and argument | 0.2 | | | | | 0.2 | |
| 1044 | WC | 12/14/2023 | draft mpa standing, mip sections | 2.7 | | | | | 2.7 | |
| 1045 | WC | 12/14/2023 | draft ssuf; review docs in support re same | 3.5 | | | | | 3.5 | |
| 1046 | WC | 12/15/2023 | draft ssuf; review docs in support re same | 4.5 | | | | | 4.5 | |
| 1047 | WC | 12/18/2023 | draft ssuf; review docs in support re same; edit/review mpa | 2.4 | | | | | 2.4 | |
| 1048 | WC | 12/19/2023 | review documents | 2.4 | | | | | 2.4 | |
| 1049 | WC | 12/19/2023 | review swppps/quarterly reporting iso ssuf | 3.6 | | | | | 3.6 | |
| 1050 | AP | 12/21/2023 | review trial order and local rules, and draft trial dates memo to BA and expert | 0.8 | | | | | 0.8 | |
| 1051 | AP | 1/8/2024 | confer with client and BA re case status | 0.2 | | | | | 0.2 | |
| 1052 | BA | 1/8/2024 | tc WC re MPA for MSJ | 0.3 | | | | | 0.3 | |
| 1053 | BA | 1/8/2024 | TC AP re MSJ status | 0.2 | | | | | 0.2 | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1054 | WC | 01/08/2024 | confer w/brian acree re status of msj MPA and ssuf and next steps to complete | 0.3 | | | | | 0.3 | |
| 1055 | BA | 1/11/2024 | TC WC re MSJ | 0.5 | | | | | 0.5 | |
| 1056 | WC | 01/11/2024 | Review retainer agreements; draft letter to client and co-counsel agreement between LOALP/LOBA/LOWC | 0.7 | 0.7 | | | | | |
| 1057 | WC | 01/11/2024 | review and edit MPA for MSJ; draft Nielsen declaration in support of same | 0.4 | | | | | 0.4 | |
| 1058 | WC | 01/11/2024 | draft Nielsen declaration in support of MSJ | 0.2 | | | | | 0.2 | |
| 1059 | WC | 01/11/2024 | confer w/BA re status of MSJ | 0.5 | | | | | 0.5 | |
| 1060 | WC | 01/11/2024 | draft Nielsen declaration in support of MSJ; send email to BA re status of brief and assignments | 0.4 | | | | | 0.4 | |
| 1061 | WC | 01/12/2024 | review and edit SUF; review underlying docs, including SWPPPS; draft appendix of exhibits; draft carlon decl iso pmsj | 1.9 | | | | | 1.9 | |
| 1062 | AP | 1/13/2024 | draft client memo re case status | 0.4 | | | | | 0.4 | |
| 1063 | WC | 01/14/2024 | draft SUF; review underlying docs and compile exhibits for appendix | 1.0 | | | | | 1.0 | |
| 1064 | WC | 01/14/2024 | draft SUF; draft appendix of evidence; review docs in support of same | 2.8 | | | | | 2.8 | |
| 1065 | AP | 1/15/2024 | review and markup Def's settlement draft and forward to client w/ request for conference call, w/ BA | 2.2 | | | 2.2 | | | |
| 1066 | BA | 1/15/2024 | TC AP re MSJ and settlement | 0.3 | | | 0.3 | | | |
| 1067 | WC | 01/15/2024 | draft SUF; review supporting docs; draft appendix of evidence | 1.6 | | | | | 1.6 | |
| 1068 | WC | 01/15/2024 | compile appendix of evidence | 1.3 | | | | | 1.3 | |
| 1069 | WC | 01/15/2024 | draft SUF; review supporting docs; draft appendix of evidence | 0.7 | | | | | 0.7 | |
| 1070 | WC | 01/15/2024 | compile appendix of evidence | 1.4 | | | | | 1.4 | |
| 1071 | AP | 1/16/2024 | revise client declaracction for MSJ | 0.8 | | | | | 0.8 | |
| 1072 | AP | 1/16/2024 | tally case fees and costs for settlement | 0.4 | | | 0.4 | | | |
| 1073 | AP | 1/16/2024 | TC with client re settlement draft | 0.4 | | | 0.4 | | | |
| 1074 | BA | 1/16/2024 | Revise MSJ brief, decs | 3.5 | | | | | 3.5 | |
| 1075 | WC | 01/16/2024 | draft S. Jackson declaration re observations and videos | 0.6 | | | | | 0.6 | |
| 1076 | WC | 01/16/2024 | review consent decree and AP notes to same | 0.1 | | | | | 0.1 | |
| 1077 | WC | 01/16/2024 | draft S. Jackson declaration re observations and videos | 0.8 | | | | | 0.8 | |
| 1078 | WC | 01/16/2024 | draft Carlon declaration iso MSJ | 1.3 | | | | | 1.3 | |
| 1079 | WC | 01/16/2024 | review/edit introduction and beginning of facts section of MPA to MSJ | 0.3 | | | | | 0.3 | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1080 | WC | 01/16/2024 | reviewand edit Holly declaration iso MSJ; draft email to BA re what other information we need | 0.3 | | | | | 0.3 | |
| 1081 | WC | 01/16/2024 | draft email to BA re status of MSJ and assignment of remaining tasks | 0.2 | | | | | 0.2 | |
| 1082 | AP | 1/17/2024 | draft settlement note to DK | 0.2 | | | 0.2 | | | |
| 1083 | AP | 1/17/2024 | revise client declaration for MSJ, prepare exhibits and send to client with cover note | 0.4 | | | | | 0.4 | |
| 1084 | BA | 1/17/2024 | Revise MSJ brief, standing sections | 3.8 | | | | | 3.8 | |
| 1085 | WC | 01/17/2024 | legal research re costs to support standing; draft email to AP and BA re same for HN declaration supporting standing section of MSJ | 0.2 | | | | | 0.2 | |
| 1086 | WC | 01/17/2024 | review SJ declaration iso msj edits and finalize for signature; send to SJ for signature | 0.3 | | | | | 0.3 | |
| 1087 | WC | 01/17/2024 | legal research re organizational standing, costs of litigation, injury in fact; draft email to co-counsel re same | 0.6 | | | | | 0.6 | |
| 1088 | WC | 01/17/2024 | review/edit MPA iso MSJ; plug in SUF cites into same | 1.0 | | | | | 1.0 | |
| 1089 | WC | 01/17/2024 | review/edit MPA iso MSJ; plug in SUF cites into same; review and edit Nielsen decl and plug references into MPA and SUF | 1.1 | | | | | 1.1 | |
| 1090 | WC | 01/17/2024 | cite check mpa iso msj | 1.1 | | | | | 1.1 | |
| 1091 | WC | 01/17/2024 | draft RJN iso MSJ | 0.4 | | | | | 0.4 | |
| 1092 | WC | 01/17/2024 | review/edit MPA; tech check and citations/TOA/TOC | 1.4 | | | | | 1.4 | |
| 1093 | BA | 1/18/2024 | Revise MSJ brief | 1.7 | | | | | 1.7 | |
| 1094 | WC | 01/18/2024 | review/edit MPA; tech check; discuss filing timeline and last edits w/BA | 0.8 | | | | | 0.8 | |
| 1095 | WC | 01/18/2024 | finalize MSJ package and prepare for filing | 0.3 | | | | | 0.3 | |
| 1096 | WC | 01/18/2024 | revise SUF is MSJ | 1.7 | | | | | 1.7 | |
| 1097 | WC | 01/18/2024 | revise nielsen declaration | 0.1 | | | | | 0.1 | |
| 1098 | WC | 01/18/2024 | review and edit MPA iso MSJ; final tech check and prepare for filing | 1.0 | | | | | 1.0 | |
| 1099 | WC | 01/18/2024 | file MSJ and supporting docs | 0.5 | | | | | 0.5 | |
| 1100 | WC | 01/19/2024 | review scheduling order and calendar opposition/reply and trial dates; draft email to BA re division of labor for opp and reply and hearing for MSJ | 0.4 | | | | | 0.4 | |
| 1101 | AP | 1/24/2024 | finalize settlement counter | 0.7 | | | 0.7 | | | |
| 1102 | AP | 1/24/2024 | draft client note re settlement status | 0.2 | | | 0.2 | | | |
| 1103 | AP | 2/2/2024 | review Def's Opp to MSJ and fwd to client with cover notes | 0.9 | | | | | 0.9 | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
37 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1104 | WC | 02/05/2024 | review opp to MSJ; draft reply outline; review docs in support of same | 2.5 | | | | | 2.5 | |
| 1105 | WC | 02/05/2024 | review opp and supporting filings; draft reply outline | 1.5 | | | | | 1.5 | |
| 1106 | WC | 02/06/2024 | draft reply brief; review docs in support of same | 2.6 | | | | | 2.6 | |
| 1107 | WC | 02/07/2024 | draft reply brief sections on issues 2 and 3 | 1.6 | | | | | 1.6 | |
| 1108 | WC | 02/07/2024 | draft reply brief sections on SWPPP and MIP; review and edit section on discharge | 2.4 | | | | | 2.4 | |
| 1109 | BA | 2/8/2024 | Review reply, SSUF | 3.2 | | | | | 3.2 | |
| 1110 | WC | 02/08/2024 | edit reply brief section on discharges; review miller depo transcript; review covington depo transcript; review IFR and expert reports | 2.5 | | | | | 2.5 | |
| 1111 | WC | 02/08/2024 | edit reply brief section on swppp | 0.6 | | | | | 0.6 | |
| 1112 | WC | 02/08/2024 | draft responses to Defendants' SAUF | 3.0 | | | | | 3.0 | |
| 1113 | BA | 2/9/2024 | Review reply, research impeachment cases | 2.8 | | | | | 2.8 | |
| 1114 | WC | 02/09/2024 | review and edit reply brief sections on discharge | 1.5 | | | | | 1.5 | |
| 1115 | WC | 02/09/2024 | draft responses to Defendants' SAUF | 0.7 | | | | | 0.7 | |
| 1116 | WC | 02/09/2024 | review and edit reply brief sections on swppp | 1.3 | | | | | 1.3 | |
| 1117 | WC | 02/10/2024 | review/edit reply brief; prepare suppl appendix of evid iso same; prepare suppl carlon decl iso same; cite check and review legal authorities | 3.0 | | | | | 3.0 | |
| 1118 | BA | 2/11/2024 | Review reply | 3.7 | | | | | 3.7 | |
| 1119 | WC | 02/11/2024 | review/edit reply brief, responses to SAUF, draft suppl appendix and suppl carlon decl | 1.0 | | | | | 1.0 | |
| 1120 | BA | 2/12/2024 | Review and finalize reply to MSJ | 3.1 | | | | | 3.1 | |
| 1121 | WC | 02/12/2024 | review and edit reply brief, suppl appendix of evidence, suppl carlon decl | 0.8 | | | | | 0.8 | |
| 1122 | WC | 02/12/2024 | finalize and file Reply brief and related papers | 0.6 | | | | | 0.6 | |
| 1123 | AP | 2/13/2024 | review reply, objections to reply/req for sur reply, and COL objections to be filed 2/14 | 0.4 | | | | | 0.4 | |
| 1124 | BA | 2/13/2024 | Review response to obj to evid | 0.2 | | | | | 0.2 | |
| 1125 | WC | 02/13/2024 | draft response to objections to evidence | 1.1 | | | | | 1.1 | |
| 1126 | WC | 02/16/2024 | review draft consent decree | 0.1 | | | 0.1 | | | |
| 1127 | AP | 2/26/2024 | confer with BA re oral argument for MSJ and division of labor | 0.4 | | | | | 0.4 | |
| 1128 | BA | 2/26/2024 | TC AP re MSJ | 0.4 | | | | | 0.4 | |
| 1129 | AP | 2/28/2024 | MSJ hrg prep | 3.2 | | | | | 3.2 | |
| 1130 | BA | 2/28/2024 | TC AP re MSJ hearing | 0.6 | | | | | 0.6 | |

Declaration of Andrew Packard in Support of
Plaintiff's Motion for Attorneys' Fees - Exhibit 4
38 of 46
Case No.: 2:20-cv-00123-DJC-DMC

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1131 | AP | 2/29/2024 | prep and attend MSJ hrg in Sacramento | 1.6 | | | | | 1.6 | |
| 1132 | AP | 2/29/2024 | travel to/from MSJ hrg in Sacramento (6 hours, 1/2 not billed) | 3.0 | | | | | 3 | |
| 1133 | AP | 3/1/2024 | note/call to client re hrg status, expectations re next steps | 0.2 | | | | | 0.2 | |
| 1134 | AP | 3/18/2024 | confer with client re settlement | 0.2 | | | 0.2 | | | |
| 1135 | WC | 03/18/2024 | review local rules re trial brief and pre-trial conference statement | 0.5 | | | | | 0.5 | |
| 1136 | AP | 3/19/2024 | review Order re Supp Brief, confer with BA and draft note to client re same | 0.6 | | | | | 0.6 | |
| 1137 | BA | 3/19/2024 | Review local and fed rules re PTCS | 0.8 | | | | | 0.8 | |
| 1138 | BA | 3/19/2024 | review req for supp briefing, tc AP re same | 0.6 | | | | | 0.6 | |
| 1139 | WC | 03/19/2024 | review local rules for pre-trial conference statement and draft email to BA re same | 0.6 | | | | | 0.6 | |
| 1140 | WC | 03/19/2024 | review court's order re suppl briefing; confer w/BA re same; draft outline for suppl brief | 1.2 | | | | | 1.2 | |
| 1141 | AP | 3/20/2024 | revise consent decree | 0.9 | | | 0.9 | | | |
| 1142 | AP | 3/20/2024 | confer with client re settlement | 0.2 | | | 0.2 | | | |
| 1143 | WC | 03/20/2024 | review order on suppl briefing; draft outline for suppl brief | 0.5 | | | | | 0.5 | |
| 1144 | WC | 03/20/2024 | review and edit settlement | 0.3 | | | 0.3 | | | |
| 1145 | BA | 3/21/2024 | TC WC AP re supp briefing, PTCS | 0.6 | | | | | 0.6 | |
| 1146 | AP | 3/21/2024 | confer with BA and WC re settlement, supplemental brief and pretrial conference statement | 0.6 | | | 0.3 | | 0.3 | |
| 1147 | BA | 3/21/2024 | TC WC AP re settlement and MSJ | 0.6 | | | 0.3 | | 0.3 | |
| 1148 | WC | 03/21/2024 | confer w/AP and BA re suppl brief, settlement, and trial prep | 0.6 | | | 0.3 | | 0.3 | |
| 1149 | WC | 03/21/2024 | draft supplemental brief | 0.5 | | | | | 0.5 | |
| 1150 | AP | 3/22/2024 | revise settlement draft | 0.3 | | | 0.3 | | | |
| 1151 | WC | 03/22/2024 | draft supplemental brief | 0.7 | | | | | 0.7 | |
| 1152 | BA | 3/25/2024 | Review and respond to emails re settlement | 0.2 | | | 0.2 | | | |
| 1153 | BA | 3/25/2024 | Review supp brief | 1.5 | | | | | 1.5 | |
| 1154 | WC | 03/25/2024 | review settlement communications; confer w/BA re settlement strategy; draft email to co-counsel re settlement propsal | 2.4 | | | 2.4 | | | |
| 1155 | WC | 03/25/2024 | draft supplemental brief | 2.6 | | | | | 2.6 | |
| 1156 | BA | 3/26/2024 | Review revise supp brief | 2.1 | | | | | 2.1 | |
| 1157 | BA | 3/26/2024 | Review Pretrial Conf Stmnt | 1.5 | | | | | 1.5 | |
| 1158 | WC | 03/26/2024 | draft joint pretrial conference statement | 1.4 | | | | | 1.4 | |
| 1159 | BA | 4/2/2024 | Review MSJ supp opp | 2.1 | | | | | 2.1 | |
| 1160 | BA | 4/2/2024 | Review MSJ supp opp, tc WC re reply | 2.6 | | | | | 2.6 | |
| 1161 | BA | 4/2/2024 | Review MSJ supp reply | 1 | | | | | 1 | |
| 1162 | WC | 04/02/2024 | draft joint pretrial conference statement | 1.4 | | | | | 1.4 | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1163 | WC | 04/02/2024 | draft reply to supplemental brief | 1.4 | | | | | 1.4 | |
| 1164 | WC | 04/02/2024 | draft email to Brian about reply re supplemental briefing | 0.1 | | | | | 0.1 | |
| 1165 | WC | 04/02/2024 | draft joint pretrial conference statement | 1.2 | | | | | 1.2 | |
| 1166 | WC | 04/03/2024 | draft joint pretrial conference statement | 0.2 | | | | | 0.2 | |
| 1167 | BA | 4/4/2024 | Revise Pretrial Conf Stmnt | 1.3 | | | | | 1.3 | |
| 1168 | WC | 04/04/2024 | draft joint pretrial conference statement | 4.2 | | | | | 4.2 | |
| 1169 | WC | 04/05/2024 | draft reply to supplemental briefing | 1.3 | | | | | 1.3 | |
| 1170 | WC | 04/08/2024 | draft reply to supplemental briefing | 0.6 | | | | | 0.6 | |
| 1171 | AP | 4/9/2024 | review all case communications 3/23-4/8 and draft email to counsel re same | 1.6 | | | 1.6 | | | |
| 1172 | AP | 4/9/2024 | review COL's supp brief re MSJ | 0.5 | | | | | 0.5 | |
| 1173 | BA | 4/9/2024 | Review reply MSJ brief | 1.1 | | | | | 1.1 | |
| 1174 | WC | 04/09/2024 | draft reply to supplemental briefing | 1.5 | | | | | 1.5 | |
| 1175 | WC | 04/09/2024 | finalize and file reply to supplemental briefing | 0.5 | | | | | 0.5 | |
| 1176 | AP | 4/10/2024 | review sett counter rec'd 4/9 and draft response to same | 0.3 | | | 0.3 | | | |
| 1177 | AP | 4/10/2024 | confer with client and co-counsel re Def counter | 0.5 | | | 0.3 | | 0.2 | |
| 1178 | AP | 4/10/2024 | revise consent decree and draft cover re same after client assent to mitigation | 2.1 | | | 2.1 | | | |
| 1179 | WC | 04/10/2024 | confer w/AP and BA re settlement and trial prep | 0.5 | | | 0.3 | | 0.2 | |
| 1180 | AP | 4/11/2024 | review GH emails and confer with BA re same | 0.4 | | | 0.4 | | | |
| 1181 | AP | 4/11/2024 | draft note to client re settlement | 0.4 | | | 0.4 | | | |
| 1182 | BA | 4/11/2024 | Review pre trial conf stmnt | 0.8 | | | | | 0.8 | |
| 1183 | BA | 4/11/2024 | TC AP re settlement, trial | 0.4 | | | 0.4 | | | |
| 1184 | WC | 04/11/2024 | edit joint pretrial conference statement | 0.9 | | | | | 0.9 | |
| 1185 | WC | 04/11/2024 | edit joint pretrial conference statement; confer w/BA re settlement and PTCS | 1.1 | | | | | 1.1 | |
| 1186 | WC | 04/11/2024 | review/edit joint pretrial conference statement | 0.6 | | | | | 0.6 | |
| 1187 | WC | 04/11/2024 | review final edits to joint pretrial conference statement | 0.2 | | | | | 0.2 | |
| 1188 | WC | 04/11/2024 | file pretrial conference statement and send chambers copy via email | 0.1 | | | | | 0.1 | |
| 1189 | AP | 4/15/2024 | revise consent decree per discussions with BA, WC in response to GH comments | 0.6 | | | 0.6 | | | |
| 1190 | AP | 4/15/2024 | draft notes to client re approval, remittance details and final edits | 0.5 | | | 0.5 | | | |
| 1191 | AP | 4/15/2024 | draft note to GH re settlement | 0.3 | | | 0.3 | | | |
| 1192 | BA | 4/15/2024 | Review CJ draft, tc WC AP re same | 0.6 | | | 0.6 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1193 | WC | 04/15/2024 | confer w/AP and BA re settlement and pretrial conference | 0.2 | | | 0.1 | | 0.1 | |
| 1194 | AP | 4/17/2024 | review MSJ decision and confer with WC, BA re same | 1.3 | | | | | 1.3 | |
| 1195 | AP | 4/17/2024 | draft note to GH re sett Status in light of MSJ ruling | 0.4 | | | 0.4 | | | |
| 1196 | BA | 4/17/2024 | Review MSJ ruling, tc WC AP | 1.1 | | | | | 1.1 | |
| 1197 | WC | 04/17/2024 | review order on MSJ | 0.3 | | | | | 0.3 | |
| 1198 | WC | 04/17/2024 | confer w/BA and AP re impact of MSJ and next steps in settlement negotiations/trial prep | 0.7 | | | | | 0.7 | |
| 1199 | AP | 4/18/2024 | review and revise consent decree compliance deadlines | 0.2 | | | 0.2 | | | |
| 1200 | AP | 4/18/2024 | draft note to GH re compliance deadlines | 0.2 | | | 0.2 | | | |
| 1201 | AP | 4/18/2024 | prep and attend Pre-Trial Conference | 0.6 | | | | | 0.6 | |
| 1202 | BA | 4/18/2024 | Review email re settlement | 0.1 | | | 0.1 | | | |
| 1203 | WC | 04/18/2024 | review exhibit A to consent decree | 0.1 | | | 0.1 | | | |
| 1204 | WC | 04/18/2024 | review consent decree; prepare for pretrial conference | 0.8 | | | 0.4 | | 0.4 | |
| 1205 | WC | 04/18/2024 | prep and attend pretrial conference | 0.5 | | | | | 0.5 | |
| 1206 | AP | 4/23/2024 | modify consent decree with final edits, xmit to GH and client | 0.5 | | | 0.5 | | | |
| 1207 | AP | 4/25/2024 | assemble final settlement and exhibits, send to Def and client for signatures | 0.4 | | | 0.4 | | | |
| 1208 | AP | 4/29/2024 | note to GH re COL authority to bind | 0.2 | | | 0.2 | | | |
| 1209 | AP | 4/30/2024 | draft and file notice of settlement | 0.4 | | | 0.4 | | | |
| 1210 | AP | 4/30/2024 | draft certified mail agency/DOJ review letter with consent decree enclosure | 0.4 | | | 0.4 | | | |
| 1211 | AP | 5/1/2024 | confer with client and draft note to COL re settlement, status and deadline for DOJ review | 0.3 | | | 0.3 | | | |
| 1212 | AP | 5/1/2024 | draft DK re settlement of fees, incorporating BA edits re same | 1.1 | | | | | | 1.1 |
| 1213 | AP | 5/1/2024 | comms with Fred Evenson, Brian Acree and Chris Sproul re fee motion, ED rates, current developments | 0.4 | | | | | | 0.4 |
| 1214 | BA | 5/1/2024 | Review offer to settle fee claims, tc AP | 0.9 | | | | | | 0.9 |
| 1215 | AP | 5/3/2024 | confer with Sproul re current ED rates, advisability of retaining fee expert Richard Pearl | 0.2 | | | | | | 0.2 |
| 1216 | AP | 5/6/2024 | review and edit timesheets (2019) | 0.5 | | | | | | 0.5 |
| 1217 | AP | 5/6/2024 | review and respond to DK final offer re fees and costs, and relay to client | 0.2 | | | | | | 0.2 |
| 1218 | AP | 5/7/2024 | review and edit timesheets (2000) | 0.8 | | | | | | 0.8 |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1219 | AP | 5/7/2024 | outline narrative section of MPA for fee motion | 0.3 | | | | | | 0.3 |
| 1220 | AP | 5/7/2024 | TC with fee expert Richard Pearl re retention on fee motion | 0.6 | | | | | | 0.6 |
| 1221 | AP | 5/8/2024 | draft note to expert Richard Pearl with attachments explaining case background, atty bios | 0.3 | | | | | | 0.3 |
| 1222 | AP | 5/9/2024 | review ECF case docket and draft 4-year timeline for litigation | 0.9 | | | | | | 0.9 |
| 1223 | AP | 5/9/2024 | review and edit timesheets (2021) | 1.9 | | | | | | 1.9 |
| 1224 | AP | 5/10/2024 | confer with BA, WC re briefing assignments | 0.3 | | | | | | 0.3 |
| 1225 | BA | 5/10/2024 | TC WC AP re fee motion | 0.3 | | | | | | 0.3 |
| 1226 | AP | 5/11/2024 | review and edit timesheets (2021) | 1.2 | | | | | | 1.2 |
| 1227 | AP | 5/11/2024 | review and edit timesheets (2022) | 0.4 | | | | | | 0.4 |
| 1228 | AP | 5/14/2024 | review and edit timesheets (2022) | 1.3 | | | | | | 1.3 |
| 1229 | AP | 5/15/2024 | review and edit 2023 and 2024 time records | 1.1 | | | | | | 1.1 |
| 1230 | AP | 5/15/2024 | draft notes to expert Richard Pearl re anticipated briefing schedule | 0.3 | | | | | | 0.3 |
| 1231 | AP | 5/20/2024 | draft note to client re need for letter to DOJ from COL as part of settlement review and oversight role | 0.4 | | | 0.4 | | | |
| 1232 | AP | 5/22/2024 | draft DOJ letter for client | 0.6 | | | 0.6 | | | |
| 1233 | BA | 5/28/2024 | Review DOJ settlement notification | 0.1 | | | 0.1 | | | |
| 1234 | AP | 5/28/2024 | draft note to client re DOJ letter and confer with client re same | 0.2 | | | 0.2 | | | |
| 1235 | AP | 5/28/2024 | draft Packard ISO of fee motion, re case history, settlement efforts, discovery, MSJ and trial prep | 2.4 | | | | | | 2.4 |
| 1236 | AP | 6/5/2024 | draft notes to supporting declarants re briefing schedule for fee motion | 0.3 | | | | | | 0.3 |
| 1237 | BA | 6/21/2024 | TC AP re DOJ terms revision | 0.4 | | | 0.4 | | | |
| 1238 | AP | 6/21/2024 | draft notes and confer with Rose Foundation | 0.7 | | | 0.7 | | | |
| 1239 | AP | 6/21/2024 | revise CD per client and Rose discussions | 0.5 | | | 0.5 | | | |
| 1240 | AP | 6/21/2024 | confer with BA re changes | 0.4 | | | 0.4 | | | |
| 1241 | AP | 6/21/2024 | note to DOJ confirming call and providing draft language for DOJ review | 0.6 | | | 0.6 | | | |
| 1242 | AP | 6/21/2024 | draft notes to, and confer with client | 0.6 | | | 0.6 | | | |
| 1243 | AP | 6/21/2024 | confer with Ennis at DOJ re issues with direct P. payment | 0.6 | | | 0.6 | | | |
| 1244 | WC | 6/24/2024 | review hours and prepare exhibit for fee motion | 2.6 | | | | | | 2.6 |
| 1245 | AP | 6/24/2024 | TC to DOJ re amended consent decree | 0.4 | | | 0.4 | | | |
| 1246 | AP | 6/24/2024 | draft note to DK re amendments to CD | 0.3 | | | 0.3 | | | |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1247 | AP | 6/24/2024 | notes to expert and co-counsel re 7/2 conference call | 0.2 | | | | | | 0.2 |
| 1248 | BA | 6/25/2024 | Review hours and update exh | 1.1 | | | | | | 1.1 |
| 1249 | AP | 6/25/2024 | draft notice of non-objection & request for entry | 0.3 | | | 0.3 | | | |
| 1250 | AP | 6/25/2024 | draft note to defense counsel re 6/28 deadline for COL's filing of status report/request for entry | 0.2 | | | 0.2 | | | |
| 1251 | AP | 6/26/2024 | draft notes to expert, co-counsel re 7/2 conference call | 0.2 | | | | | | 0.2 |
| 1252 | AP | 6/26/2024 | draft notes to DOJ and Def counsel re amended CD language, mechanics of filing | 0.2 | | | 0.2 | | | |
| 1253 | WC | 6/27/2024 | review hours and prepare exhibit for fee motion | 0.9 | | | | | | 0.9 |
| 1254 | AP | 6/27/2024 | draft agenda for expert call 7/2 and seek input from co-counsel | 0.2 | | | | | | 0.2 |
| 1255 | AP | 6/27/2024 | TC with DOJ re approval of amended CD language | 0.2 | | | 0.2 | | | |
| 1256 | AP | 6/27/2024 | draft note to Rose re need for letter accepting funding restrictions language | 0.2 | | | 0.2 | | | |
| 1257 | AP | 6/27/2024 | draft note to client re final approval of amended language by DOJ | 0.2 | | | 0.2 | | | |
| 1258 | WC | 6/28/2024 | review hours and prepare exhibit for fee motion | 0.8 | | | | | | 0.8 |
| 1259 | AP | 6/28/2024 | draft note confirming client and Rose Foundation's accepting of amended CD | 0.2 | | | 0.2 | | | |
| 1260 | AP | 6/28/2024 | proof, assemble and file notice of non-objection & request for entry | 0.2 | | | 0.2 | | | |
| 1261 | AP | 7/1/2024 | confer with CRD re available motion hrg dates and notify co-counsel re same | 0.2 | | | | | | 0.2 |
| 1262 | AP | 7/1/2024 | draft agenda and update for expert call 7/2 | 0.3 | | | | | | 0.3 |
| 1263 | AP | 7/1/2024 | draft NOM, attestation re M&C efforts and MPA brief | 3.6 | | | | | | 3.6 |
| 1264 | BA | 7/2/2024 | Attend portion of call with expert re fee motion | 0.3 | | | | | | 0.3 |
| 1265 | AP | 7/2/2024 | draft MPA | 1.9 | | | | | | 1.9 |
| 1266 | AP | 7/2/2024 | draft Nielsen Dec | 0.5 | | | | | | 0.5 |
| 1267 | AP | 7/2/2024 | draft Packard Dec | 0.8 | | | | | | 0.8 |
| 1268 | AP | 7/2/2024 | draft note to Def counsel re willingness to concede prevailing pty issue | 0.3 | | | | | | 0.3 |
| 1269 | AP | 7/2/2024 | draft note to expert re out of forum rates evidence | 0.2 | | | | | | 0.2 |
| 1270 | AP | 7/2/2024 | prep and attend expert call | 0.8 | | | | | | 0.8 |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1271 | WC | 7/2/2024 | confer w/R. Pearl, AP and BA re reasonable rates | 0.7 | | | | | | 0.7 |
| 1272 | WC | 7/2/2024 | confer w/AP and BA re fee motion assignments | 0.2 | | | | | | 0.2 |
| 1273 | WC | 7/2/2024 | draft email to holly re declaration iso fee motion | 0.1 | | | | | | 0.1 |
| 1274 | BA | 7/3/2024 | Review MPA, suggest edits | 1.0 | | | | | | 1.0 |
| 1275 | AP | 7/3/2024 | draft Packard Dec | 4.2 | | | | | | 4.2 |
| 1276 | AP | 7/3/2024 | draft MPA | 0.7 | | | | | | 0.7 |
| 1277 | WC | 7/3/2024 | review and edit packard declaration in support of fee motion | 1.5 | | | | | | 1.5 |
| 1278 | AP | 7/7/2024 | review and respond to expert re briefing issues | 0.3 | | | | | | 0.3 |
| 1279 | BA | 7/8/2024 | Review Nielsen dec | 0.6 | | | | | | 0.6 |
| 1280 | AP | 7/8/2024 | outline/draft Sproul Dec | 0.9 | | | | | | 0.9 |
| 1281 | WC | 7/8/2024 | review and revise nielsen declaration iso fee motion | 0.8 | | | | | | 0.8 |
| 1282 | WC | 7/8/2024 | review pearl declaration and draft email to co-counsel re same | 0.4 | | | | | | 0.4 |
| 1283 | BA | 7/9/2024 | TC AP re declaration needs and strategy | 0.3 | | | | | | 0.3 |
| 1284 | AP | 7/9/2024 | prep and attend second expert call (setting ND and ED rates) | 0.6 | | | | | | 0.6 |
| 1285 | AP | 7/9/2024 | TC with BA re rate-setting and support for briefs | 0.3 | | | | | | 0.3 |
| 1286 | AP | 7/9/2024 | TC with Sproul re rate-setting and support for briefs | 0.3 | | | | | | 0.3 |
| 1287 | AP | 7/9/2024 | TC with Stuart Wilcox at EA re rate-setting and support for briefs | 0.4 | | | | | | 0.4 |
| 1288 | WC | 7/9/2024 | prep (review draft declaration and supporting materials) and attend t/c w/R. Pearl and AP re fee motion declaration | 1.4 | | | | | | 1.4 |
| 1289 | AP | 7/10/2024 | review expert (Wilcox) charts and draft rate-setting note to co-counsel | 0.4 | | | | | | 0.4 |
| 1290 | AP | 7/10/2024 | draft note to expert (Pearl) re attorney credentials and rate-setting | 0.2 | | | | | | 0.2 |
| 1291 | WC | 7/10/2024 | Review/edit MPA iso fee motion | 1.2 | | | | | | 1.2 |
| 1292 | BA | 7/11/2024 | Review and edit Fee Motion Exhibits | 1.1 | | | | | | 1.1 |
| 1293 | WC | 7/11/2024 | Review/edit MPA iso fee motion; research case law re rates/hours | 2.0 | | | | | | 2.0 |
| 1294 | AP | 7/11/2024 | draft short atty credentials for expert dec | 0.2 | | | | | | 0.2 |
| 1295 | AP | 7/11/2024 | update AP time records to Master Hours | 0.2 | | | | | | 0.2 |
| 1296 | WC | 7/12/2024 | Review/edit fee motion MPA sections on prevailing party, hours, out-of-forum rates | 1.7 | | | | | | 1.7 |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1297 | WC | 7/12/2024 | Draft fee motion mpa section re search for counsel | 1.3 | | | | | | 1.3 |
| 1298 | WC | 7/12/2024 | Confer w/AP and BA re fee motion status and briefing assignments and strategy | 0.5 | | | | | | 0.5 |
| 1299 | WC | 7/12/2024 | Legal research re expert opinion in fee motions | 0.4 | | | | | | 0.4 |
| 1300 | AP | 7/12/2024 | review order approving entry of CD and notify client re same | 0.2 | 0.2 | | | | | |
| 1301 | AP | 7/12/2024 | confer with BA, WC re briefing assignments re motion for fees | 0.2 | | | | | | 0.2 |
| 1302 | WC | 7/15/2024 | review/edit MPA section re rates | 2.2 | | | | | | 2.2 |
| 1303 | AP | 7/15/2024 | draft Carlon/Acree mini-decs [Exh 6 to Packard Dec] | 0.2 | | | | | | 0.2 |
| 1304 | AP | 7/15/2024 | review and edit Pearl Dec | 1.8 | | | | | | 1.8 |
| 1305 | AP | 7/15/2024 | review and edit MPA | 0.8 | | | | | | 0.8 |
| 1306 | BA | 7/16/2024 | Edits decs and review billing entries | 2.3 | | | | | | 2.3 |
| 1307 | AP | 7/16/2024 | review and edit MPA | 0.7 | | | | | | 0.7 |
| 1308 | AP | 7/16/2024 | research re collateral/binding effect on fed court of state court findings of fact re same facts/similar law qs. | 0.6 | | | | | | 0.6 |
| 1309 | AP | 7/16/2024 | confer with expert Pearl | 0.5 | | | | | | 0.5 |
| 1310 | WC | 7/17/2024 | Review MPA and email AP/BA re same | 0.4 | | | | | | 0.4 |
| 1311 | WC | 7/17/2024 | Review/edit exhibit to fee motion; confer w/BA re same; emails to co-counsel re same | 1.7 | | | | | | 1.7 |
| 1312 | WC | 7/17/2024 | Review/edit Nielsen declaration iso fee motion | 0.2 | | | | | | 0.2 |
| 1313 | AP | 7/17/2024 | confer with Pearl re final edits and exhibits | 0.4 | | | | | | 0.4 |
| 1314 | AP | 7/17/2024 | review and edit MPA | 0.4 | | | | | | 0.4 |
| 1315 | AP | 7/17/2024 | review and edit Sproul dec | 0.5 | | | | | | 0.5 |
| 1316 | BA | 7/17/2024 | review Nielsen dec | 0.4 | | | | | | 0.4 |
| 1317 | AP | 7/18/2024 | proof Nielsen dec and obtain client approval | 0.5 | | | | | | 0.5 |
| 1318 | AP | 7/18/2024 | proof Sproul dec | 0.6 | | | | | | 0.6 |
| 1319 | AP | 7/18/2024 | proof Pearl dec | 0.4 | | | | | | 0.4 |
| 1320 | AP | 7/18/2024 | proof RJN | 0.2 | | | | | | 0.2 |
| 1321 | AP | 7/18/2024 | revise Packard dec | 1.4 | | | | | | 1.4 |
| 1322 | AP | 7/18/2024 | proof master hours spreadsheet | 0.8 | | | | | | 0.8 |
| 1323 | AP | 7/18/2024 | proof MPA | 0.9 | | | | | | 0.9 |
| 1324 | BA | 7/18/2024 | draft RJN iso fee motion | 0.6 | | | | | | 0.6 |
| 1325 | WC | 7/18/2024 | Review/edit exhibits in support of fee motion | 0.4 | | | | | | 0.4 |
| 1326 | WC | 7/18/2024 | Review/edit HN declaration in support of fees motion | 0.3 | | | | | | 0.3 |
| 1327 | WC | 7/19/2024 | Finalize HN declaration; emails to co-counsel re remaining tasks for fee motion | 0.1 | | | | | | 0.1 |

| Entry No. | Atty | Time Date | Description | Hours | 1 - Investig., Initiation & | 2 - Discovery | 3 - Settl. Efforts w/o Court Assist. | 4 - Court-Facilitated Settlement Efforts | 5 - Mot. for Sum. Judg./Trial Prep | 6 - Fee Motion |
|---|---|---|---|---|---|---|---|---|---|---|
| 1328 | WC | 7/19/2024 | Confer w/BA re status of motion for fees and supporting decls/exhs | 0.3 | | | | | | 0.3 |
| 1329 | WC | 7/19/2024 | Confer w/AP and BA re status of motion for fees and remaining tasks | 0.3 | | | | | | 0.3 |
| 1330 | WC | 7/19/2024 | Review/edit exhibits to Packard Declaration in support of motion for fees | 0.2 | | | | | | 0.2 |
| 1331 | WC | 7/19/2024 | Review/edit packard dec, mpa, nielsen dec in support of fee motion | 1.6 | | | | | | 1.6 |
| 1332 | WC | 7/19/2024 | Edit Packard Dec iso fee motion | 0.1 | | | | | | 0.1 |
| 1333 | AP | 7/19/2024 | revise citations in MPA | 0.9 | | | | | | 0.9 |
| 1334 | AP | 7/19/2024 | proof Packard Declaration | 0.7 | | | | | | 0.7 |
| 1335 | AP | 7/19/2024 | confer with BA, WC re briefing assignments and strategy | 0.4 | | | | | | 0.4 |
| 1336 | AP | 7/19/2024 | assemble exhibits to supporting declarations | 0.3 | | | | | | 0.3 |
| 1337 | BA | 7/19/2024 | Review Declarations and revise exhibits, revise MPA re categories of time | 3.6 | | | | | | 3.6 |
| 1338 | BA | 7/20/2024 | Revise MPA re rates, review expert decs and compile for MPA | 6.9 | | | | | | 6.9 |
| 1339 | BA | 7/21/2024 | Revise MPA, Review entries | 4.1 | | | | | | 4.1 |
| 1340 | BA | 7/22/2024 | Revise MPA, tc AP re same | 1.1 | | | | | | 1.1 |
| 1341 | AP | 7/22/2024 | confer with BA re HN declaration and revise fore client review | 0.5 | | | | | | 0.5 |
| 1342 | AP | 7/22/2024 | review and edit MPA | 0.9 | | | | | | 0.9 |
| 1343 | WC | 7/22/2024 | Review/edit MPA to fee motion | 2.5 | | | | | | 2.5 |
| 1344 | WC | 7/22/2024 | Review/edit MPA and Packard dec iso fee motion | 0.9 | | | | | | 0.9 |
| 1345 | WC | 7/22/2024 | Edit exhibits to Packard declaration iso fee motion | 0.2 | | | | | | 0.2 |
| 1346 | AP | 7/23/2024 | confer with BA, WC re final edits to Nielsen dec to sync with MPA | 0.7 | | | | | | 0.7 |
| 1347 | BA | 7/23/2024 | Confer w WC AP, finalize brief | 2.8 | | | | | | 2.8 |
| 1348 | WC | 7/24/2024 | Review/edit MPA, Packard Dec, Nielsen Dec, and exhibits in support of motion for fees | 2.5 | | | | | | 2.5 |
| 1349 | BA | 7/24/2024 | Final review/edit MPA, exhibits, Packard Dec; finalize for filing | 1.8 | | | | | | 1.8 |
| | | **GRAND TOTAL** | | **1098.5** | **117.4** | **382.9** | **214.2** | **78.4** | **198.3** | **107.3** |

| Lodestar, By Atty. | Hours | Rate | Fees |
|---|---|---|---|
| Packard, Andrew | 337.9 | $ 1,015 | $ 342,968.50 |
| Acree, Brian | 100.2 | $ 935 | $ 93,687.00 |
| Carlon, William | 660.4 | $ 730 | $ 482,092.00 |
| **TOTAL Lodestar** | | | **$ 918,747.50** |