1  Diane G. Kindermann (SBN 144426)
   dkindermann@aklandlaw.com
2  Glen C. Hansen (SBN 166923)
   ghansen@aklandlaw.com
3  ABBOTT & KINDERMANN, INC.
   2100 21st Street
4  Sacramento, California 95818
   Telephone:   (916) 456-9595
5  Facsimile:   (916) 456-9599

6  Attorneys for Defendants
   BUTTE COUNTY DEPARTMENT OF
7  PUBLIC WORKS, DENNIS SCHMIDT,
   ERIC MILLER

8

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12  CALIFORNIA OPEN LANDS, a non-          **No.  2:20-CV-00123-KJM-DMC**
    profit land trust organization,
13                                          **DECLARATION OF DIANE G.**
                  Plaintiff,                **KINDERMANN IN SUPPORT OF**
14                                          **DEFENDANTS' OPPOSITION TO**
          v.                                **PLAINTIFF'S MOTION FOR ATTORNEYS'**
15                                          **FEES AND COSTS**
    BUTTE COUNTY DEPARTMENT OF
16  PUBLIC WORKS, a political
    subdivision of the State of California, Hearing:    October 3, 2024
17  DENNIS SCHMIDT, an individual,         Time:       1:30 p.m.
    and ERIC MILLER, an individual,        Location:   Courtroom: 10
18                                          Judge:      Hon. Daniel J. Calabretta
                  Defendants.
19

20

21

22         I, Diane G. Kindermann, declare,

23         1.     I am a Shareholder with the law firm of Abbott & Kindermann, Inc., which is

24  counsel of record for Defendants Butte County Department Of Public Works, Dennis

25  Schmidt and Eric Miller ("Defendants") in this action.  If called as a witness, I could and

26  would competently testify to the following facts of which I have personal knowledge,

27  except those matters alleged upon information and belief, and as to those, I believe

28  them to be true.

---

-1-
**DECLARATION OF DIANE KINDERMANN RE OPPOSITION TO ATTORNEYS' FEE MOTION**

2.      I am familiar with many attorneys in the Sacramento area that are active and available to pursue Clean Water Act enforcement actions.  The following are four (4) attorneys among many that could have addressed the concerns of COL.

**A.      Donald Mooney, Esq.**
417 Mace Boulevard, Suite J334
Davis, CA  95618
(530) 758-2377
dbmooney@dcn.org

According to https://www.linkedin.com/in/don-mooney-94894424/ (last accessed August 7, 2024):

Litigation in state and federal courts, as well as providing counsel, in the areas of water rights, water quality, the California Environmental Quality Act, the National Environmental Policy Act, the Clean Water Act, the Administrative Procedure Act, the Endangered Species Act, the Marine Mammal Protection Act, real property law, and eminent domain law, public meetings law, the Public Records Act, and the Freedom of Information Act.

**B.      Adam D. Brumm, Esq.**
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5
Davis, CA 95616
(800) 545-7215, ext. 906
adam@edendefenders.org

According to https://edendefenders.org/ (last accessed August 7, 2024):

An environmental citizen's group based in the California Central Valley region who defends local waterways and protect animal habitats and human recreation areas by holding polluters accountable.  Eden Environmental Defenders protects our beautiful California waterways, with a focus on the environmentally disadvantaged Central Valley Region.  This includes all waterways

DECLARATION OF DIANE KINDERMANN RE OPPOSITION TO ATTORNEYS' FEE MOTION

1   in the Sacramento-San Joaquin Delta, such as the Sacramento, San

2   Joaquin River, American, Mokelumne, and Cosumnes Rivers, which

3   are impaired due to historically high amounts of industrial and

4   agricultural pollution.

5   **C.** **Robert E. Donlan**
        Ellison Schneider Harris & Donlan LLP
6       2600 Capitol Ave, Ste 400
        Sacramento, CA 95816-5931
7       (916) 447-2166
8       red@eslawfirm.com

9   According to http://eslawfirm.com/attorneys/water-attorneys/robert-

10  e-donlan (last accessed August 7, 2024):

11  Ellison Schneider Harris & Donlan LLP is a law firm focusing on

12  energy, water, land use and environmental law. Since its founding in

13  1990, our firm's goal has been to combine small-firm service with

14  large-firm sophistication and expertise.

15  From power plant siting and greenhouse gas emission compliance

16  issues to navigating the complexities surrounding California water

17  rights and water quality issues, we are dedicated to providing

18  consistent, high-quality legal advice and creative solutions to

19  achieve the best possible outcomes for our clients' complex legal

20  and regulatory needs.

21
22  **D.** **Eric Robinson**
        Kronick Moskovitz Tiedemann & Girard
        1331 Garden Hwy, 2nd Floor
23      Sacramento, CA 95833
        (916) 321-4576
24      erobinson@kmtg.com

25  According to https://kmtg.com/attorneys/eric-n-robinson/ (last

26  accessed August 7, 2024):

27  Eric, the firm's Managing Shareholder, represents public and private

28  sector clients in the fields of natural resources and environmental

**DECLARATION OF DIANE KINDERMANN RE OPPOSITION TO ATTORNEYS' FEE MOTION**

law. He provides counsel on obtaining and defending water rights and water supplies, obtaining environmental compliance approvals for development projects under local, state, and federal laws, and litigates in state and federal courts. Eric speaks frequently on water-related issues for a variety of educational and professional organizations.

3.     A timeline of events in this case, which was shown in Defendants' evidence and exhibits in support of its Opposition To Plaintiff's Motion For Partial Summary Judgment (and the Investigative Final Report, prepared by Compliance SFO, Inc. & Formation Environmental, LLC, dated December 14, 2022, p. vii, attached as Exhibit F to County's Appendix In Opposition To Motion For Partial Summary Judgment (Docket 93-8, at 227-311)) are as follows:

•     Beginning on November 8th, 2018,  a series of man-made and natural events caused severe damage to the NRRWF. The Camp Fire destroyed infrastructure required to operate the NRRWF fully under state and federal regulatory requirements.

•     These stormwater best management practices, waste management units poly- covers, and other infrastructure required to meet local, state and federal regulations were destroyed .

•     The destroyed infrastructure was being repaired when a series of atmospheric rivers impacted the NRRWF beginning in the early part of February 2019. The intense rainfall associated with these severe local storm events overwhelmed the repairs of the NRRWF  infrastructure from the Camp Fire damage that were in progress at that point.

•     In response to the discharges, NRRWF  personnel promptly collected stormwater discharge samples from specified stormwater sampling sites during the February 14, 2019 in February 26, 2019 leachate seep events.

•     NRRWF personnel were overwhelmed by the work necessary to respond to the seeps, but continued to sample and gather data as required and notified the

**DECLARATION OF DIANE KINDERMANN RE OPPOSITION TO ATTORNEYS' FEE MOTION**

1    Regional Water Quality Control Board  ("RWQCB") of the seeps on March 6, 2019.

2         •       The RWQCB was also provided with all of the discharge and sampling data

3    in the NRRWF's first quarter monitoring report.

4         •       The Butte County Department of Public Works submitted its First Quarter

5    2019 Monitoring Report for the NRRWF by April 19, 2019 and it described and

6    summarized the data for groundwater, leachate, and soil gas sampling in compliance

7    with Waste Discharge Requirements and Monitoring and Reporting Program Order

8    Number R5-2011-0049.

9         •       On August 21, 2019 a Notice of Violation was issued by the RWQCB

10   memorializing the discharges and requesting more details to supplement the April 19,

11   2019 monitoring report.

12        •       On October 11, 2019, the Butte County Department of Public Works

13   submitted a Supplement to its First Quarter 2019 Monitoring Report for the NRRWF as

14   requested by the RWQCB on August 21, 2019.

15        •       Separately, the State Water Resources Control Board  ("State Water

16   Board") issued a Notice of Violation on June 11, 2020 and on November 18, 2020,

17   issued an Investigative Order requesting additional investigation of the 2019 discharges

18   after the Camp Fire at the NRWWF.

19        •       The County's Final Investigative Order was provided to the State Water

20   Board in December 2022 and after review, the State Water Board concluded that neither

21   remediation nor fines were warranted for the discharges that occurred in February 2019.

22        I declare under penalty of perjury under the laws of the State of California and the

23   United States of America that the foregoing is true and correct, except as to those

24   matters alleged on information and belief and, as to those matters, I believe them to be

25   true.

26        Executed on August 7, 2024, at Sacramento, California.

27

28

        _Diane Kindermann_

        Diane G. Kindermann

DECLARATION OF DIANE KINDERMANN RE OPPOSITION TO ATTORNEYS' FEE MOTION