ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com

BRIAN D. ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA OPEN LANDS,<br><br>    Plaintiff,<br><br>    v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, and DENNIS SCHMIDT,<br><br>    Defendants. | Case No: 2:20-cv-00123-DJC-DMC<br><br>**DECLARATION OF WILLIAM CARLON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: October 3, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10, Hon. Daniel J. Calabretta |

I, WILLIAM CARLON, hereby declare under penalty of law that the following facts are true and correct:

1.  I make this declaration based on my own personal knowledge, and I am competent to testify to the matters set forth herein.

2.  My firm, together with the Law Office of Brian Acree and the Law Offices

Carlon Reply Dec ISO Motion                1        Case No.: 2:20-cv-00123-DJC-DMC
For Attorneys' Fees and Costs

1  of Andrew Packard, represented Plaintiff California Open Lands ("COL") in the above-
2  captioned action.
3      3.   Using the information provided by Defendants' counsel Diane Kindermann
4  in her declaration supporting Defendants' opposition to Plaintiff's fee motion, (ECF No.
5  114-3), I performed an online search to determine the availability and qualifications of
6  attorneys Donald Mooney, Adam Brumm, Robert Donlan, and Eric Robinson.
7      4.   Using the PACER website, (https://pacer.login.uscourts.gov), I accessed
8  the United States District Court for the Eastern District of California electronic filing
9  system and performed separate queries using the names of each attorney listed in ¶ 3
10 above.
11     5.   I also performed this search in the Northern and Central Districts of
12 California.
13     6.   I also searched for each attorney's name in Lexis Advance
14 (https://advance.lexis.com).
15     7.   I also obtained and reviewed each of the 60-day notices of violations sent
16 to the State Water Resources Control Board for the year 2020 to see whether any of the
17 lawyers listed in ¶ 3 above were named as lead counsel in a noticed citizen suit during
18 that time.
19     8.   I also searched the Secretary of State's business search for "Central
20 Valley Eden Environmental Defenders," Mr. Brumm's organization, and reviewed the
21 articles of organization, which were filed on November 24, 2020.
22     9.   Based on my review of PACER filings, it appears Mr. Brumm filed his first
23 citizen enforcement of a Clean Water Act violation in November 2022.
24     10.  Mr. Mooney has some experience in the Clean Water Act, but he has not
25 brought a citizen enforcement action regarding pollutant discharges under the Act in
26 over 15 years.
27     11.  Based on my search detailed above, it appears Mr. Mooney is primarily
28 focused on section 404 of the Clean Water Act, which involves the issuance of permits

by the U.S. Army Corps of Engineers.

12. Mr. Mooney represented one of the local organizations that Plaintiff contacted, the Butte Environmental Council, in a section 404 case. *See Butte Environmental Council v. United States Army Corps of Engineers*, 607 F.3d 570 (9th Cir. 2010).

13. I was not able to find any case where Robert Donlan of Ellison Schneider Harris & Donlan LLP brought a citizen suit action to enforce any provision of the Clean Water Act, let alone the General Permit in particular. Mr. Donlan apparently specializes in water rights law. *See e.g.*, *Barnes v. Hussa*, 136 Cal. App. 4th 1358, 1359, 39 Cal. Rptr. 3d 659 (2006) (Mr. Donlan represented defendants in a dispute over the use of a pipeline to divert water for agricultural use); *Tehama-Colusa Canal Auth. v. United States DOI*, 721 F.3d 1086 (9th Cir. 2013) (Mr. Donlan represented various water agencies as amici curiae in an action to establish priority water rights in the Central Valley); *Woodbridge Irrigation Dist. v. E. Bay Mun. Util. Dist.*, 2021 Cal. Super. LEXIS 87427 (Sac. Sup. Ct., May 4, 2021) (Mr. Donlan represented defendant in a water rights dispute); *City of Marina v. Cty. of Monterey*, 97 Cal. App. 5th 17, 315 Cal. Rptr. 3d 230 (2023) (Mr. Donlan represented an intervenor and real party in interest in a groundwater sustainability dispute).

14. I was not able to find any case where Eric Robinson of Kronick Moskovitz Tiedemann & Girard brought a citizen suit action to enforce any provision of the Clean Water Act, let alone the General Permit in particular. *See e.g.*, *Antelope Valley Groundwater Cases*, 59 Cal. App. 5th 241, 272 Cal. Rptr. 3d 517 (2020) (Mr. Robinson represented cross-defendants in an series of cases involving groundwater rights); *San Luis & Delta-Mendota Water Auth. v. Jewell*, No. 1:13-CV-01232-LJO-GSA, 2014 U.S. Dist. LEXIS 119939 (E.D. Cal. Aug. 27, 2014) (Mr. Robinson represented various water agencies in a dispute involving water allocations from the Central Valley Project); *Santa Clarita Org. for Planning & Env't v. Castaic Lake Water Agency*, 1 Cal. App. 5th 1084, 206 Cal. Rptr. 3d 33 (2016) (Mr. Robinson represented defendants in a water rights

1 dispute); *In re Bay-Delta etc.*, 43 Cal. 4th 1143, 77 Cal. Rptr. 3d 578, 184 P.3d 709 (2008) (Mr. Robinson represented various water agencies in a CEQA challenge to the CALFED PEIS/R).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2024.

_____
William Carlon