ANDREW L. PACKARD (State Bar No. 168690)
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060
E-mail: andrew@packardlawoffices.com

BRIAN D. ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
Tel: (510) 517-5196
E-mail: brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
E-mail: william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIA OPEN LANDS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, | Case No: 2:20-cv-00123-DJC-DMC |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, ERIC MILLER, and DENNIS SCHMIDT, | Hearing Date: October 3, 2024 |
| Defendants. | Hearing Time: 1:30 p.m. |
| | Courtroom: 10, Hon. Daniel J. Calabretta |

Packard Response to Defendants'         1         Case No.: 2:20-cv-00123-DJC-DMC
Opposition to RJN

1    Plaintiff properly requested that the court take judicial notice of a decision of the

2    California Court of Appeal and a decision of the Superior Court for the County of Butte in the

3    related state case in this action.  Defendants do not deny that the documents are what they

4    purport to be – state court filings in a related case.  It is undeniable then that the documents

5    are of a *type* for which judicial notice may be granted.  (*Reyn's Pasta Bella, LLC v. Visa USA, Inc.*

6    (9th Cir. 2006) 442 F.3d 741, 746 fn.6 [Court "may take judicial notice of court filings and other

7    matters of public record."]; *Markel v. Union of Orthodox Jewish Congregations of America* (C.D.

8    Cal. 2023) 648 F.Supp.3d 1181, 1185.)

9    Instead, Defendants simply invent a host of reasons for why taking judicial notice of

10   routine court documents would somehow be improper, falsely claiming for instance that

11   Plaintiff is requesting judicial notice of the truth of facts that were stated in the decisions.

12   These invented reasons intentionally misinterpret Plaintiff's request for judicial notice.

13   The basis for Plaintiff's request is simple and straightforward.  The decisions are relevant

14   because the state courts addressed very closely related issues of law and fact to those that the

15   court is faced with on this fee motion.  The Court of Appeal and the superior court both

16   addressed the legal issue of whether out-of-forum rates are appropriate, in a case involving the

17   same parties and largely the same operative facts.  While those decisions are not dispositive of

18   the factual and legal issues presented in this case, there can be no legitimate argument that

19   they are not at least persuasive and relevant to how this court should address similar issues of

20   fact and law.

21   Plaintiff accordingly presents these decisions for the same reason that Defendants cite

22   to decisions of other federal courts – as persuasive authority for how other courts have

23   addressed the issues presented in this motion.  The documents are thus proper to take judicial

24   notice of.

25

26   Date 8/19/24

27   _____
     Andrew L. Packard

28

Packard Response to Defendants'            2            Case No.: 2:20-cv-00123-DJC-DMC
Opposition to RJN