Diane Kindermann Henderson, Bar No. 144426
  dkindermann@fennemorelaw.com
FENNEMORE LLP
10640 Mather Blvd, Suite 200
Mather, California 95655
Tel: (916) 920-5286
Fax: (916) 920-8608

Attorneys for Butte County
Dep't of Public Works

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OPEN LANDS, a non-profit land trust organization,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE COUNTY DEPARTMENT OF PUBLIC WORKS, DENNIS SCHMIDT, and ERIC MILLER,<br><br>　　　　Defendants. | Case No. 2:20-cv-00123-DJC-DMC<br><br>**NOTICE OF CHANGE OF:**<br><br>☒　**FIRM NAME**<br>☒　**ADDRESS**<br>☒　**PHONE NUMBER**<br>☒　**EMAIL** |

As of February 9, 2026, my contact information has changed:

FIRM: FENNEMORE

ADDRESS: 10640 Mather Blvd., Ste. 200, Mather, CA 95655

PHONE NO.: (916) 920-5286

EMAIL: dkindermann@fennemorelaw.com

Dated:  April 13, 2026　　　　　　　FENNEMORE LLP


By:　_____
　　　Diane Kindermann Henderson
　　　Attorneys for Butte County Dep't of Public Works

FENNEMORE LLP
ATTORNEYS AT LAW
SACRAMENTO

NOTICE OF CHANGE OF ADDRESS